# EXHIBIT 2

**Saba** University School of Medicine <admissions@saba.edu>

To: Norti044@fiu.edu

Fri 5/31/2019 5:34 AM

**APPLY NOW**   **LEARN MORE**

For more than 25 years, we've built a reputation as one of the world's leading international medical schools, based on our commitment to providing future physicians with a top-quality medical education.

It's a mission we've lived up to, with a **100% USMLE Step 1 first-time pass rate** and residency placements at some of the most prestigious and competitive teaching hospitals in North America.

Our approach is simple and effective. **Saba gets you "thinking like a Doctor" from the moment you step foot on campus.** We offer:

- Small class sizes with more extensive student-teacher interaction

- A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

- Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

We also believe in starting your clinical skills early and developing your research muscle through our unique **Research Literature and Analysis program (RLRA)** in your fourth semester. All this leads to creating Saba Doctors who are ready to show their worth in residencies from the moment they walk through the door.

**Fill out your Application.** We have three start dates: January, May and September. It will just take a few minutes, but it could be the most important step in becoming the doctor you wish to be!