# EXHIBIT 3

## University School of Medicine for a simple reason: At Saba, Your Education Comes First.

With this single-minded focus on the success of our students, Saba achieves results other schools simply can't match:

- The average USMLE Step1 pass rate for the past five years for Saba Students is >99%
- 94% of grads obtain US or Canadian Residencies (among eligible graduates between 2013 -18)
- Approvals and recognition that enable Saba graduates to practice in all 50 US states and the 10 provinces of Canada

Saba's entire Open House schedule, including location, dates and registration, can be viewed here.

This is the best way to get a first-hand introduction to our curriculum, faculty, campus, clinical program and more.

Take advantage of this opportunity to meet with our Admissions Team and learn about openings in our upcoming semesters.

Image

### SUMMER OPEN HOUSE DATES

Image

#### Orlando, FL
Orlando Airport Marriott Lakeside
7499 Augusta National Dr
June 5, 2019 | 7:30-8:30 PM

**REGISTER NOW**

#### Miami, FL
Miami Marriott Biscayne Bay
1633 N Bayshore Dr
June 6, 2019 | 7:30-8:30 PM

**REGISTER NOW**

#### Carlsbad, CA
Westin Carlsbad Resort
5480 Grand Pacific Dr
Tuesday, June 25, 2019 | 6:00-7:15pm

**REGISTER NOW**

#### Los Angeles, CA
Westin Los Angeles Airport
5400 W Century Blvd
Thursday, June 27, 2019 | 6:00-7:15pm

**REGISTER NOW**

Image

 Image
**Residencies**

 Image
**Financing**

 Image
**Curriculum**

Saba graduates consistently earn residencies at a rate on par with U.S. medical schools and significantly outpacing graduates of other international medical schools.

Saba is one of the select few international schools approved for U.S. Federal Student Loans and in Canada for provincial loans.

Saba's curriculum, structured to US/Canadian standards, is taught in a close-knit community with extensive one-on-one interaction with your professors.