# EXHIBIT 4

**Saba** University Is Your Big Advantage!

**Saba** University School of Medicine <admissions@saba.edu>
To: Norti044@fiu.edu
Sat 6/8/2019 5:35 AM

