# EXHIBIT 5

# The First Step to a Saba MD!

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list. | I trust content from admissions@saba.edu. | Show blocked content

**S** **Saba** University School of Medicine <admissions@saba.edu>
To: Norti044@fiu.edu
Sun 6/16/2019 5:35 AM

**APPLY NOW   LEARN MORE**

For more than 25 years, we've built a reputation as one of the world's leading international medical schools, based on our commitment to providing future physicians with a top-quality medical education.

It's a mission we've lived up to, with a **100% USMLE Step 1 first-time pass rate** and residency placements at some of the most prestigious and competitive teaching hospitals in North America.

Our approach is simple and effective. **Saba gets you "thinking like a Doctor" from the moment you step foot on campus.** We offer:

• Small class sizes with more extensive student-teacher interaction

• A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

• Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

We also believe in starting your clinical skills early and developing your research muscle through our unique **Research Literature and Analysis program (RLRA)** in your fourth semester. All this leads to creating Saba Doctors who are ready to show their worth in residencies from the moment they walk through the door.

**Fill out your Application**. We have three start dates: January, May and September. It will just take a few minutes, but it could be the most important step in becoming the doctor you wish to be!

Saba University School Of Medicine | P.O Box 1000, Saba, Dutch Caribeean | (978) 862-9600 | Email Admissions

Copyright 2018 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: Contact Preferences