UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>          Defendants. | No. 1:23-cv-12002 |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

      Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to Alexander Elson, National Student Legal Defense Network, 1701 Rhode Island Ave NW, Washington D.C. 20036, to appear on behalf of Plaintiff Natalia Ortiz in the above-captioned action.

      As grounds for this motion, the undersigned represents the following:

      1)     Alexander Elson is and has been a member in good standing of the bar of the District of Columbia since 2018. In addition, Mr. Elson has been admitted to practice in the State of New York since 2010;

      2)     There are no disciplinary proceedings pending against Mr. Elson as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past;

      3)     Mr. Elson has reviewed the rules of this Court and will abide by the rules of this Court;

4)      In further support of this motion, Mr. Elson has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3, which is attached hereto as Exhibit A; and

5)      In compliance with Local Rule 7.1(a)(2), Defense Counsel has been notified of this Motion and state that defendants do not oppose the relief requested.

WHEREFORE, the undersigned counsel respectfully moves that Alexander Elson be admitted to practice before this Court *pro hac vice*.

DATED:  August 31, 2023                                    Respectfully submitted,

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO# 637477)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: pegan@bermantabacco.com

**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  August 31, 2023                             */s/ Patrick T. Egan*
                                                                    Patrick T. Egan