UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>  Defendants. | No. 1:23-cv-12002 |

**EXHIBIT A**

**CERTIFICATE OF GOOD STANDING OF ALEXANDER ELSON IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Alexander Elson, hereby certify that:

1) Since December 11, 2018, I have been a member in good standing of the bar of the District of Columbia, where I regularly practice law.

2) I am also admitted to practice in the state of New York as well as the United States District Courts for the Southern and Eastern Districts of New York.

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5) I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

1

6)       I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7)       My name, firm name, street address, and telephone number are as follows:

    Alexander Elson
    National Student Legal Defense Network
    1701 Rhode Island Ave. NW
    Washington, DC 20036
    (202) 734-7495

DATED:  August 31, 2023                       Respectfully submitted,

                                                                 */s/ Alexander Elson*