# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>     Defendants. | No. 1:23-cv-12002 |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to Margaret M. Siller, Maynard Nexsen PC, 1131 4th Avenue S, Suite 320, Nashville, TN 37210, to appear on behalf of Plaintiff Natalia Ortiz in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1) Margaret M. Siller is and has been a member in good standing of the bar of the State of Tennessee since 2021. In addition, Margaret M. Siller has been admitted to practice in the State of New York since 2014 and Washington, D.C. since 2018. Margaret M. Siller is also admitted to practice in the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the Western, Middle, and Eastern Districts of Tennessee, the District of Columbia as well as the United States Courts of Appeals for the Sixth and Ninth Circuits.

2) There are no disciplinary proceedings pending against Margaret M. Siller as a member of the bar in any jurisdiction, nor has she been subject to any such disciplinary proceedings in the past;

3) Margaret M. Siller has reviewed the rules of this Court and will abide by the rules of this Court; and

4) In further support of this motion, Margaret M. Siller has submitted herewith her Certification of Good Standing as required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Margaret M. Siller be admitted to practice before this Court *pro hac vice*.

DATED: September 6, 2023                                   Respectfully submitted,

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: pegan@bermantabacco.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  September 6, 2023                             */s/ Patrick T. Egan*
                                                                      Patrick T. Egan