UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>Defendants. | No. 1:23-cv-12002 |

**EXHIBIT A**

**CERTIFICATION OF GOOD STANDING OF MARGARET M. SILLER IN SUPPORT OF HER MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Margaret M. Siller, hereby certify that:

1)   Since June 10, 2021, I have been a member in good standing of the bar of the highest court of the State of Tennessee where I regularly practice law.

2)   I am also admitted to practice in the State of New York as of February 24, 2014 and Washington, D.C. as of January 5, 2018.

2)   I am also admitted to practice in the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the Western, Middle, and Eastern Districts of Tennessee, the District of Columbia as well as the United States Courts of Appeals for the Sixth and Ninth Circuits.

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5) I have not previously has a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6) I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7) My name, firm name, street address, telephone number, and fax number are as follows:

Margaret M. Siller
MAYNARD NEXSEN PC
1131 4th Avenue South
Suite 320
Nashville, TN 37210
T: (629) 258-2253
F: (629) 258-2251
E: MSiller@maynardnexsen.com


DATED: September 6, 2023              Respectfully submitted,

                                      */s/ Margaret M. Siller*