AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Natalia Ortiz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-12002-WGY |
| Saba University School of Medicine, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Natalia Ortiz.

Date:  09/08/2023

*Attorney's signature*

Alexander Elson (DC Bar No. 1602459)
*Printed name and bar number*

1701 Rhode Island Ave NW
Washington D.C. 20036
*Address*

alex@defendstudents.org
*E-mail address*

202-734-7495
*Telephone number*

*FAX number*