AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Natalia Ortiz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-12002-WGY |
| Saba University School of Medicine, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Natalia Ortiz.

Date: 09/08/2023

/s/ Margaret M. Siller
*Attorney's signature*

Margaret M. Siller
*Printed name and bar number*

1131 4th Avenue S, Suite 320
Nashville, TN 37210

*Address*

msiller@maynardnexsen.com
*E-mail address*

(629) 258-2253
*Telephone number*

(629) 258-2251
*FAX number*