UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>      Plaintiff<br><br>  v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Daryl J. Lapp of Locke Lord LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, as lead counsel of record for the defendants, Saba University School of Medicine and R3 Education, Inc., in the above-captioned action.

                      SABA UNIVERSITY SCHOOL OF MEDICINE;
                      AND R3 EDUCATION, INC.,

                      /s/Daryl J. Lapp
                      Daryl J. Lapp (BBO No. 554980)
                        daryl.lapp@lockelord.com
                      Elizabeth H. Kelly (BBO No. 672277)
                        liz.kelly@lockelord.com
                      LOCKE LORD LLP
                      111 Huntington Avenue
                      Boston, MA  02199
                      617.230.0100

November 3, 2023

135137916v.1

**Certificate of Service**

      I certify that on November 3, 2023 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                                    /s/Daryl J. Lapp
                                                    Daryl J. Lapp