UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATALIA ORTIZ, on behalf of herself and a
class of similarly situated persons,

        Plaintiff

     v.

SABA UNIVERSITY SCHOOL OF MEDICINE;
and R3 EDUCATION, INC.,

        Defendants.

Civil Action No.: 1:23-cv-12002-WGY

**CORPORATE DISCLOSURE STATEMENT**

Saba University School of Medicine is a privately held company, wholly owned by Saba University Management Company, another privately held company, which is wholly owned by R3 Education, Inc., another privately held company.  R3 Education, Inc.'s ultimate parent corporation is Global University Systems Holding BV, also privately held.  There is no publicly held company that owns, directly or indirectly, 10% or more of R3 Education's stock.

SABA UNIVERSITY SCHOOL OF MEDICINE;
and R3 EDUCATION, INC.,

/s/Daryl J. Lapp
Daryl J. Lapp (BBO No. 554980)
  daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
  liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

Dale A. Evans, Jr., (*pro hac vice pending*)
dale.evans@lockelord.com
LOCKE LORD, LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL  33401
561.820.0248

Michael J. McMorrow (*pro hac vice pending*)
michael.mcmorrow@lockelord.com
LOCKE LORD, LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0246

November 3, 2023

### Certificate of Service

I certify that on November 3, 2023 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly

135138277v.2