UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff<br><br>   v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**DECLARATION OF MICHAEL J. MCMORROW**

I, Michael J. McMorrow, state the following under oath:

1. I am Senior Counsel at the law firm of Locke Lord LLP and submit this Declaration in support of the application by the Defendants Saba University School of Medicine and R3 Education, Inc. ("the Defendants") to permit me to appear and participate, *pro hac vice*, as counsel for the Defendants in the above-captioned matter.

2. I was admitted to practice law in the State of Illinois in 2000. I am a current member in good standing of the Bar of the State of Illinois and am licensed to practice before the highest court in Illinois. I am also a member of the bar of the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Judicial Panel on Multidistrict Litigation, and the Supreme Court.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

135138986v.1

5. I have never had a *pro hac vice* admission to this Court revoked for misconduct.

6. I have read the Local Rules of the United States District Court for the District of Massachusetts. I agree to comply with the Local Rules.

7. The Defendants have requested that I represent them in this matter. I am fully familiar with the facts and events surrounding this litigation.

8. If admitted *pro hac vice*, I will immediately notify the Court of any matter affecting my standing at the bar of any other Court.

9. I respectfully submit that there is good cause for my admission *pro hac vice* as counsel for the Defendants.

Signed under the penalties of perjury this 3rd day of November 2023.

/s/ Michael J. McMorrow
Michael J. McMorrow

135138986v.1