# EXHIBIT A

7/5/19
750



# SABA UNIVERSITY SCHOOL OF MEDICINE

**In the U.S.**
c/o R3 Education Inc. • 27 Jackson Road, Suite 301 • Devens, MA 01434
Tel. (978) 862-9600 • Fax (978) 862-9699 • www.saba.edu
Admissions: admissions@saba.edu • Clinicals: clinical@saba.edu • Finance Office: finance@saba.edu

## *Letter of Intent to Enroll & Tuition Deposit Form*

**Please return this form to: 27 Jackson Road, Suite 301, Devens, MA 01434**

Legal Name: __Ortiz Lopez__ (Last)   __Natalia__ (First)   _____ (Middle)

I have been accepted into the following semester: **September 2019**

Date of Birth (MM/DD/YYYY): [redacted]   Soc. Sec. or SIN # [redacted]

Citizenship: __U.S.A.__   and/or permanent resident of: _____   Gender (M/F): __F__

Permanent Address: _____ __Fort Lauderdale__
__Fl__ / __33312__
Street / City
State / Zip or Postal Code

Permanent Telephone Number: _____   Cell Phone Number [redacted]

Permanent Email Address: [redacted]__@gmail.com__

### TUITION DEPOSIT ($750.00 USD)

__✓__ A.) I have submitted the NON-REFUNDABLE tuition deposit of $750 via wire transfer.

_____ B.) I have included a check/money order in the amount of $750 towards the NON-REFUNDABLE tuition deposit with this form.

### CERTIFICATION STATEMENT

By signing this form, I acknowledge that I intend to enroll in Saba University School of Medicine in the semester indicated and that I am submitting my deposit to secure my seat in this class. I further acknowledge that this deposit is non-refundable in the event that I do not actually enroll in this semester or another semester that I may be permitted to defer into. Finally, I agree to notify the Office of Admissions immediately and in a timely manner if I decide not to attend.

This contractual obligation can be nullified only by formally submitting a written withdrawal request through the Campus Administration Office or the Office of Admissions. This document is a legal contract between Saba University and the student who signs this form. All tuition and fees must be paid in full when due prior to class matriculation. I understand that I must pay all costs stipulated and that late fees will be assessed in accordance with the current late fee policy.

Saba University reserves the right to change tuition and fees whenever such action is deemed necessary. The obligation to pay tuition is contractual.

_____   __06/29/19__
Signature of Student                Date

**On Saba**
P.O. Box 1000 • Saba, Dutch Caribbean • Tel. 011-599-4163456 • Fax 011-599-4163458