UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>      Plaintiff<br><br>   v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Elizabeth H. Kelly of Locke Lord LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, as co-counsel of record for the defendants, Saba University School of Medicine and R3 Education, Inc., in the above-captioned action.

                                              SABA UNIVERSITY SCHOOL OF MEDICINE;
                                              AND R3 EDUCATION, INC.,

                                              /s/Elizabeth H. Kelly
                                              Daryl J. Lapp (BBO No. 554980)
                                                 daryl.lapp@lockelord.com
                                              Elizabeth H. Kelly (BBO No. 672277)
                                                 liz.kelly@lockelord.com
                                              LOCKE LORD LLP
                                              111 Huntington Avenue
                                              Boston, MA  02199
                                              617.230.0100

November 3, 2023

135137891v.1

**Certificate of Service**

      I certify that on November 3, 2023 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                              /s/ Elizabeth H. Kelly
                                              Elizabeth H. Kelly