UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>   Plaintiff<br><br> v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>   Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**JOINT MOTION TO EXTEND TIME FOR BRIEFING
AND TO CONTINUE HEARING ON MOTION TO DISMISS**

Pursuant to Rule 7.1 (b) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the Plaintiff Natalia Ortiz together with counsel for Defendants Saba University School of Medicine and R3 Education, Inc. (collectively the "Parties"), hereby moves to extend the schedule for briefing in response to Defendants' Motion to Dismiss and to continue the hearing currently scheduled for December 5, 2023. As grounds for this motion, the Parties state as follows:

  1.  On August 30, 2023, Plaintiff filed her Class Action Complaint.

  2.  On November 3, 2023, the Defendants filed their Motion to Dismiss in this matter.

  3.  On November 6, 2023, this Court issued an Electronic Notice setting a hearing on Defendants' Motion to Dismiss for December 5, 2023.

  4.  Due to holidays and scheduling issues, counsel for Plaintiff requires additional time to respond to the Motion to Dismiss, and Defendants assent to the request to extend the response date to December 1, 2023.

1

5. Defendants have requested leave to file a Reply Brief in support of their Motion to Dismiss fourteen (14) days after filing of the response to address any issues raised by Plaintiff in her response, and Plaintiff assents to the request.

6. The proposed extension and Reply will push the briefing past the currently scheduled hearing date, and the parties jointly request a new hearing date at the Court's convenience.

WHEREFORE, the Parties respectfully request that this Court enter an Order setting forth the following schedule:

- Plaintiff's response due December 1, 2023;
- Defendants' Reply due December 15, 2023;
- Hearing date of December 5, 2023 continued; and
- Hearing rescheduled to a date after the holidays that is convenient to the Court.

Dated: November 9, 2023                      Respectfully submitted,

| | |
|---|---|
| **NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons** | **SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,** |
| /s/ *Patrick T. Egan*<br>BERMAN TABACCO<br>Patrick T. Egan (BBO #637477)<br>Christina L. Gregg (BBO#709220)<br>One Liberty Square<br>Boston, MA 02109<br>(617) 542-8300<br>pegan@bermantabacco.com<br>cgregg@bermantabacco.com<br><br>MAYNARD NEXSEN PC<br>Margaret M. Siller (admitted *pro hac vice*)<br>1131 4th Avenue South, Suite 320<br>Nashville, TN 37210<br>(629) 258-2253<br>msiller@maynardnexsen.com | /s/Daryl J. Lapp<br>Daryl J. Lapp (BBO No. 554980)<br>daryl.lapp@lockelord.com<br>Elizabeth H. Kelly (BBO No. 672277)<br>liz.kelly@lockelord.com<br>LOCKE LORD LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>617.230.0100<br><br>Dale A. Evans, Jr., (*pro hac vice pending*)<br>dale.evans@lockelord.com<br>LOCKE LORD, LLP<br>777 South Flagler Drive – East Tower Suite 215<br>West Palm Beach, FL 33401<br>561.820.0248 |

2

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK<br>Alexander S. Elson (admitted *pro hac vice*)<br>1701 Rhode Island Ave. NW<br>Washington, DC 20036<br>(202) 734-7495<br>alex@defendstudents.org | Michael J. McMorrow (admitted *pro hac vice*)<br>michael.mcmorrow@lockelord.com<br>LOCKE LORD, LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>312.443.0246 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED: November 9, 2023                      */s/ Patrick T. Egan*
                                                      Patrick T. Egan