UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>   Plaintiff<br><br>  v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>   Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## [PROPOSED] ORDER APPROVING JOINT MOTION TO EXTEND TIME FOR BRIEFING AND TO CONTINUE HEARING ON MOTION TO DISMISS

This matter comes before the Court on the parties Joint Motion to Extend Time For Briefing and to Continue Hearing on Motion To Dismiss. The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

- Plaintiff shall file a response to Defendants' motion to dismiss on or before December 1, 2023;
- Defendants may file a Reply on or before December 15, 2023;
- The Hearing date of December 5, 2023 is continued; and
- The Hearing will be rescheduled to a date after the holidays that is convenient to the Court.

**IT IS SO ORDERED.**


**DATED**: _____    _____

                        **Hon. William G. Young**
                        **UNITED STATES DISTRICT JUDGE**