UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>      Plaintiff<br><br>   v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a) and this Court's Order of November 6, 2023, please enter the appearance *pro hac vice* of Michael J. McMorrow of Locke Lord LLP, 111 S. Wacker Drive, Chicago, Illinois 60606, as co-counsel of record for the defendants, Saba University School of Medicine and R3 Education, Inc., in the above-captioned action.

          SABA UNIVERSITY SCHOOL OF MEDICINE;
          AND R3 EDUCATION, INC.,

          /s/Michael J. McMorrow
          Michael J. McMorrow (IL ARDC 6272702)
             michael.mcmorrow@lockelord.com
          LOCKE LORD LLP
          111 S. Wacker Drive
          Chicago, IL 60606
          312.443.0246

          Daryl J. Lapp (BBO No. 554980)
             daryl.lapp@lockelord.com
          Elizabeth H. Kelly (BBO No. 672277)
             liz.kelly@lockelord.com
          LOCKE LORD LLP
          111 Huntington Avenue
          Boston, MA  02199
          617.230.0100

November 13, 2023

135338704v.1

**Certificate of Service**

      I certify that on November 13, 2023 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                                 /s/ Michael J. McMorrow
                                                 Michael J. McMorrow

135338704v.1