UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>   Plaintiff<br><br> v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>   Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

### ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF DALE A. EVANS JR. FOR THE DEFENDANTS

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the Defendants Saba University School of Medicine and R3 Education, Inc. ("the Defendants"), hereby move to admit attorney Dale A. Evans Jr., *Pro Hac Vice*, for the Defendants in this action. In support of this motion, the Declaration of Dale A. Evans, Jr. is submitted herewith. In further support of this motion, Defendants state as follows:

1. The Defendants have retained Dale A. Evans Jr. of Locke Lord LLP in West Palm Beach, Florida to assist in defending them in this case. Attorney Evans is admitted to and is a member in good standing of the Bar of Florida, and the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the District of Columbia, and the United States Court of Appeals for the Eleventh Circuit. There are no disciplinary proceedings pending against Attorney Evans in any jurisdiction. He has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts. (Evans Decl.)

2.	The undersigned, who is a member of the bar of this Court, has entered an appearance for the Defendants, will act as co-counsel in this case, and will appear at conferences and hearings as appropriate.

3.	Counsel for the Plaintiff has been contacted, and assents to the relief requested in this motion.

WHEREFORE, the Defendants and the undersigned counsel respectfully request that this Court admit Dale A. Evans, Jr. *Pro Hac Vice* as counsel for the Defendants.

        **SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,**

/s/Daryl J. Lapp
Daryl J. Lapp (BBO No. 554980)
daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

Dale A. Evans, Jr., (*pro hac vice pending*)
dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL  33401
561.820.0248

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD, LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0246

December 8, 2023

135138791v.2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local rule 7.1(A)(2), the undersigned certifies that on November 3, 2023, counsel for the defendants conferred by telephone with counsel for the plaintiff, who assented to the allowance of this motion.

/s/ Daryl J. Lapp
Daryl J. Lapp

## CERTIFICATE OF SERVICE

I certify that on December 8, 2023, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Daryl J. Lapp
Daryl J. Lapp