UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>   Plaintiff<br><br> v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>   Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## DECLARATION OF DALE A. EVANS, JR.

I, Dale A. Evans Jr., state the following under oath:

1. I am a partner at the law firm of Locke Lord LLP and submit this Declaration in support of the application by the Defendants Saba University School of Medicine and R3 Education, Inc. ("the Defendants") to permit me to appear and participate, *pro hac vice*, as counsel for the Defendants in the above-captioned matter.

2. I was admitted to practice law in the State of Florida in 2012. I am a current member in good standing of the Bar of the State of Florida and am licensed to practice before the highest court in Florida. I am also a member of the bar of the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the District of Columbia, and the United States Court of Appeals for the Eleventh Circuit.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar

135138940v.2

in any jurisdiction.

      5.      I have never had a *pro hac vice* admission to this Court revoked for misconduct.

      6.      I have read the Local Rules of the United States District Court for the District of Massachusetts.  I agree to comply with the Local Rules.

      7.      The Defendants have requested that I represent them in this matter.  I am fully familiar with the facts and events surrounding this litigation.

      8.      If admitted *pro hac vice*, I will immediately notify the Court of any matter affecting my standing at the bar of any other Court.

      9.      I respectfully submit that there is good cause for my admission *pro hac vice* as counsel for the Defendants.

      Signed under the penalties of perjury on December 8, 2023.

                                     /s/ Dale A. Evans, Jr.
                                     Dale A. Evans, Jr.