UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>   v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Dale A. Evans Jr. of Locke Lord LLP, 777 South Flagler Drive, Suite 215 – East Tower, West Palm Beach FL 33401, as counsel of record for the defendants, Saba University School of Medicine and R3 Education, Inc., in the above-captioned action.

                                                SABA UNIVERSITY SCHOOL OF
                                                MEDICINE; AND R3 EDUCATION, INC.,

                                                */s/ Dale A. Evans Jr.*
                                                Dale A. Evans Jr., *pro hac vice*
                                                Florida Bar Number: 98496
                                                dale.evans@lockelord.com
                                                LOCKE LORD LLP
                                                777 South Flagler Drive
                                                Suite 215 – East Tower
                                                West Palm Beach, FL  33401
                                                (516) 833-7700

December 15, 2023

**CERTIFICATE OF SERVICE**

I certify that on December 15, 2023 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

*/s/ Dale A. Evans Jr.*
Dale A. Evans Jr., *pro hac vice*

135643153