# Exhibit 8

COMMONWEALTH OF MASSACHUSETTS

SUPREME JUDICIAL COURT

SUFFOLK, ss.                                                                                    OE-144

In Re: COVID-19 (Coronavirus) Pandemic

<u>ORDER</u>

The Seventh Updated Order Regarding Court Operations Under the Exigent Circumstances Created by the COVID-19 (Coronavirus) Pandemic, issued July 1, 2021, effective July 12, 2021, and as amended by order issued and effective January 24, 2022 (Seventh Updated Order), is hereby rescinded effective January 1, 2024, except that the provisions of paragraph 6 (Jury Trials) shall continue to apply in trials where the jury is empaneled prior to January 1, 2024.

On and after January 1, 2024, the time periods of general continuances effectuated by the Seventh Updated Order and Prior SJC Orders, as that term is defined in the Seventh Updated Order, shall continue to be excluded from speedy trial computations under Mass. R. Crim. P. 36.

KIMBERLY S. BUDD                     )
                                                         ) Chief Justice
                                                         )
FRANK M. GAZIANO                     )
                                                         ) Justices
                                                         )
DAVID A. LOWY                            )
                                                         )
                                                         )
ELSPETH B. CYPHER                     )
                                                         )
                                                         )
SCOTT L. KAFKER                         )
                                                         )
                                                         )
DALILA ARGAEZ WENDLANDT )
                                                         )
                                                         )
SERGE GEORGES, JR.                    )

Entered:   November 1, 2023
Effective:  January 1, 2024

1