UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br>*Defendants*. | 1:23-cv-12002-WGY |

## [PROPOSED] CASE MANAGEMENT SCHEDULE

Plaintiff Natalia Ortiz and Defendants Saba University School of Medicine and R3 Education, Inc., by and through their undersigned counsel, hereby submit this Proposed Case Management Schedule pursuant to this Court's instructions at the January 17, 2024 hearing.

| Event | Date |
|---|---|
| Commencement of Discovery[1] | January 24, 2024 |
| Answer | February 7, 2024 |
| Rule 26(a)(1) Initial Disclosures | February 21, 2024 |
| Submission of Proposed Protective Order/ESI Protocol | February 21, 2024 |
| Initial Case Management Conference | Court's Discretion |

---

[1] At this time, the parties do not believe that any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules for the District of Massachusetts are necessary in this case. To the extent that a potential need to change the limitations on discovery comes to the attention of a party, the parties agree to meet and confer regarding the same.

| *Class Certification* | |
|---|---|
| Motion | June 7, 2024 |
| Opposition | July 19, 2024 |
| Reply | August 16, 2024 |
| *Expert Reports and Depositions* | |
| Opening expert reports | September 13, 2024 |
| Rebuttal expert reports | October 4, 2024 |
| Reply expert reports | October 25, 2024 |
| Expert depositions completed | November 8, 2024 |
| Completion of fact and expert discovery | November 8, 2024 |
| *Summary Judgment and Daubert* | |
| Motions | November 15, 2024 |
| Oppositions | December 13, 2024 |
| Replies | December 27, 2024 |
| Motions *in limine* due | January 20, 2025 |
| Pre-trial conference | Court's discretion |
| Trial | February 2025 |

Dated: January 31, 2024	Respectfully submitted,


/s/ Patrick T. Egan
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO#709220)
**BERMAN TABACCO**
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cgregg@bermantabacco.com

**MAYNARD NEXSEN PC**
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*


/s/ Elizabeth H. Kelly
Daryl J. Lapp (BBO No. 554980)
Elizabeth H. Kelly (BBO No. 672277)
**LOCKE LORD LLP**
111 Huntington Avenue
Boston, MA 02199
(617) 230-0100
daryl.lapp@lockelord.com
liz.kelly@lockelord.com

**LOCKE LORD, LLP**
Dale A. Evans, Jr.
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL 33401
(561) 820-0248
dale.evans@lockelord.com

**LOCKE LORD, LLP**
Michael J. McMorrow
111 S. Wacker Drive
Chicago, IL 60606
(312) 443-0246
michael.mcmorrow@lockelord.com

*Counsel for Defendants*

\* \* \* \* \*

SO ORDERED

Dated:_____         _____
                                         HON. WILLIAM G. YOUNG
                                         UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, the foregoing [Proposed] Case Management Schedule was filed through the CM/ECF system, which will send notice electronically to the registered participants identified below and identified on the Notice of Electronic Filings (NEF).

Daryl J. Lapp
Elizabeth H. Kelly
**LOCKE LORD LLP**
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 230-0100
Email: daryl.lapp@lockelord.com
      liz.kelly@lockelord.com

Dale A. Evans, Jr.
**LOCKE LORD LLP**
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL 33401
Telephone: (561) 820-0248
Email: dale.evans@lockelord.com

Michael J. McMorrow
**LOCKE LORD LLP**
111 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0246
Email: michael.mcmorrow@lockelord.com

                            */s/ Patrick T. Egan*
                            Patrick T. Egan