UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATALIA ORTIZ, on behalf of herself and a )
class of similarly situated persons,       )
                                           )
    *Plaintiff*,                           )
                                           )
v.                                         )
                                           )
                                           )          1:23-cv-12002-WGY
                                           )   Feb 1, 2024
SABA UNIVERSITY SCHOOL OF                  )   So ordered as modified as the case
MEDICINE AND R3 EDUCATION, INC.,           )   management schedule:
                                           )   Discovery due Nov. 8, 2024
                                           )   Dispositive motions due Nov 15, 2024
    *Defendants*.                          )
                                                         William G. Young
                                                         District Judge

[~~PROPOSED~~] CASE MANAGEMENT SCHEDULE

Plaintiff Natalia Ortiz and Defendants Saba University School of Medicine and R3 Education, Inc., by and through their undersigned counsel, hereby submit this Proposed Case Management Schedule pursuant to this Court's instructions at the January 17, 2024 hearing.

| Event | Date |
| --- | --- |
| Commencement of Discovery[1] | January 24, 2024 |
| Answer | February 7, 2024 |
| Rule 26(a)(1) Initial Disclosures | February 21, 2024 |
| Submission of Proposed Protective Order/ESI Protocol | February 21, 2024 |
| Initial Case Management Conference | Court's Discretion |

---

[1] At this time, the parties do not believe that any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules for the District of Massachusetts are necessary in this case. To the extent that a potential need to change the limitations on discovery comes to the attention of a party, the parties agree to meet and confer regarding the same.

| | |
|---|---|
| **Class Certification** | |
| Motion | June 7, 2024 |
| Opposition | July 19, 2024 |
| Reply | August 16, 2024 |
| **Expert Reports and Depositions** | |
| Opening expert reports | September 13, 2024 |
| Rebuttal expert reports | October 4, 2024 |
| Reply expert reports | October 25, 2024 |
| Expert depositions completed | November 8, 2024 |
| Completion of fact and expert discovery | November 8, 2024 |
| **Summary Judgment and Daubert** | |
| Motions | November 15, 2024 |
| Oppositions — 21 days after filing | ~~December 13, 2024~~ |
| Replies | ~~December 27, 2024~~ Dec. 1, 2024 |
| Motions *in limine* due | January 20, 2025 |
| Pre-trial conference | Court's discretion |
| Trial | February 2025 |

Dated: January 31, 2024                          Respectfully submitted,

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO#709220)
**BERMAN TABACCO**
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cgregg@bermantabacco.com

2