UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>       Plaintiff<br><br>  v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>       Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**DEFENDANTS' MOTION FOR CLARIFICATION OF THE ORDER ON DEFENDANTS' MOTION TO DISMISS, DKT. No. 33**

Defendants, Saba University School of Medicine ("Saba") and R3 Education, Inc. ("R3"), move for clarification of the Court's Order, dated January 31, 2024, denying the Defendants' Motion to Dismiss (Dkt. No. 33). In support of this Motion the Defendants state as follows:

1.      The Plaintiff's Complaint alleges violation of M.G.L. ch. 93A §2 (Count I), violation of Mass. G. L. ch. 266 § 91 (Count II), and unjust enrichment (Count III).

2.      The Defendants Moved to Dismiss Plaintiff's Complaint, which the Plaintiff opposed.

3.      The Court held a hearing on Defendants' Motion to Dismiss on January 17, 2024.

4.      At the hearing, the Court indicated it was dismissing the unjust enrichment claim without prejudice, but denying the Motion with respect to the other claims. *See* Dkt. No. 37, Tr. at p. 4-5 ("Unjust enrichment is out, without prejudice, we'll see where the other claims go.").

5.      On January 31, 2024, the Court entered an Order on the docket stating, "the Court enters an order denying [15] Motion to Dismiss for Failure to State a Claim for the reasons stated

on the record." Dkt. No. 33. The Order does not reflect the Court's dismissal of the unjust enrichment claim that was announced in open court on January 17, 2024.

6.      Because the record indicates that the Motion was allowed in part with respect to the unjust enrichment claim, the Defendants respectfully ask that the Court clarify the January 31, 2024 order.

7.      Plaintiff does not oppose the relief sought in this motion.

WHEREFORE, the Defendants move for clarification that the unjust enrichment claim (Count III) is dismissed without prejudice.

**SABA UNIVERSITY SCHOOL OF MEDICINE;
AND R3 EDUCATION, INC.,**

*/s/Elizabeth H. Kelly*
Daryl J. Lapp (BBO No. 554980)
daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

Dale A. Evans, Jr., (*pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD, LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL  33401
561.820.0248

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD, LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0246

February 16, 2024

136456694v.2

**LOCAL RULE 7.1 CERTIFICATION**

I certify that on February 16, 2024, counsel for the defendants conferred with counsel for the Plaintiff by email, who indicated that Plaintiff would not oppose this motion.

*/s/ Elizabeth H. Kelly*
Elizabeth H. Kelly

**Certificate of Service**

I certify that on February 16, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

*/s/ Elizabeth H. Kelly*
Elizabeth H. Kelly

136456694v.2