**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons, | Case No. 1:23-cv-12002-WGY |
| *Plaintiff*, | |
| v. | |
| SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC., | |
| *Defendants.* | |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE**
**PROPOSED PROTECTIVE ORDER AND ESI PROTOCOL**

Now comes the Plaintiff in the above-captioned action to move this Court to extend the deadline set forth in the approved Case Management Schedule (ECF No. 35) for filing of the Proposed Protective Order and ESI Protocol by up to seven (7) days to February 28, 2024.  In support of this Motion, Plaintiff states as follows:

1.      The Case Management Schedule as ordered sets the deadline for the submission of the Proposed Protective Order and ESI Protocol as February 21, 2024.

2.      The parties have been in the process of exchanging drafts and revisions to these submissions.  The parties are still in the process of resolving a narrow subset of disputes concerning the proposed Protective Order and ESI Protocol.  Counsel for Plaintiff believe that short extension will allow the parties to complete the conferral process on the proposed order and ESI Protocol.

3.      Pursuant to Local Rule 7.1(a)(2), Plaintiff's counsel has conferred with Defendants' counsel regarding this request.  Defendants have assented-to the relief sought.

4.      No party will be prejudiced by granting this Motion.

WHEREFORE, Plaintiff respectfully requests approval to submit the Proposed Protective Order and ESI Protocol on or before February 28, 2024.

**DATED:** February 21, 2024                    Respectfully Submitted,

*/s/ Patrick T. Egan*

BERMAN TABACCO
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO#709220)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cgregg@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), Plaintiff conferred with Defense Counsel who assented to the relief sought in this motion.

DATED: February 21, 2024                    */s/ Patrick T. Egan*
                                            Patrick T. Egan


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: February 21, 2024                    */s/ Patrick T. Egan*
                                            Patrick T. Egan