IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br>*Defendants*. | 1:23-cv-12002-WGY |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, the parties: (i) [Proposed] Confidentiality Stipulation and Protective Order; and (ii) Stipulated Protocol for Producing Documents and Electronically Stored Information were filed and served through the CM/ECF system, which will send notice electronically to the registered participants identified on the Notice of Electronic Filings (NEF).

Dated: Feb. 28, 2024

Respectfully submitted,

*/s/ Patrick T. Egan*
BERMAN TABACCO
Patrick T. Egan (BBO #637477)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com

*Counsel for Plaintiff Natalia Ortiz and the Putative Class*

1