UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>  *Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br><br>  *Defendants*. | 1:23-cv-12002-WGY<br>CLASS ACTION |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERNCES THERETO UNDER SEAL

Plaintiff Natalia Ortiz, by and through her counsel, having moved pursuant to Local Rule 7.2 for an order authorizing the filing under seal of portions of Plaintiff Natalia Ortiz's Motion for Class Certification, including Exhibits 1–3, 6–7, 9, 11–12, 14, 18, 20, 22, 24–25, and 27 to the Declaration of Margaret M. Siller ("Siller Declaration") and Memorandum of Law in Support of her Rule 23(b)(3) Motion for Class Certification, which cites to portions of these exhibits (the "Class Certification Confidential-Designated Materials") (the "Motion"); and the Court, having considered the papers and arguments submitted in concerning this motion; and good cause having been shown;

  IT IS HEREBY ORDERED THAT:

    1. Plaintiff's motion for leave is GRANTED;

1

2. An unredacted copy of Exhibits 1–3, 6–7, 9, 11–12, 14, 18, 20, 22, 24–25, and 27 to the Declaration of Margaret M. Siller ("Siller Declaration") and Plaintiff Natalia Ortiz's Memorandum of Law in Support of Her Motion for Class Certification shall be filed underseal.

.

IT IS SO ORDERED.

DATED: _____                          _____
                                              Hon. William G. Young
                                              United States District Judge