UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   1:23-cv-12002-WGY<br>)   CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF NATALIA ORTIZ'S MOTION FOR CLASS CERTIFICATION

Plaintiff Natalia Ortiz ("Ms. Ortiz"), on behalf of herself and all others similarly situated, respectfully submits this Motion for Class Certification ("Motion") pursuant to Federal Rule of Civil Procedure ("Rule") 23(a) and 23(b)(3). In support of this Motion, Ms. Ortiz relies on the contemporaneously filed: Memorandum of Law in Support of her Motion for Class Certification, the Declaration of Natalia Ortiz Lopez, the Declaration of Margaret M. Siller and all exhibits attached thereto, the Declaration of Alexander S. Elson, and the Declaration of Patrick T. Egan and the exhibit attached thereto.  A proposed order is attached with this motion.

Ms. Ortiz respectfully requests that the Court: (i) certify a class pursuant to Rule 23(a) and Rule 23(b)(3); (ii) appoint her as class representative pursuant to Rule 23(a) and Rule 23(b)(3); and (iii) appoint Maynard Nexsen PC, the National Student Legal Defense Network, and Berman Tabacco as class counsel pursuant to Rule 23(g).

Dated: June 7, 2024                                          Respectfully submitted,

/s/ *Patrick T. Egan*
BERMAN TABACCO
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO#709220)
One Liberty Square
Boston, MA 02109
(617) 542-8300
pegan@bermantabacco.com
cgregg@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*
*and the Proposed Class*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, on June 5, 2024, counsel for Ms. Ortiz conferred with counsel for Defendants by email in a good-faith effort to narrow or resolve the issues raised in this Motion. Defendants will oppose the relief requested.

/s/ *Patrick T. Egan*