UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>    *Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br>    *Defendants*. | 1:23-cv-12002-WGY<br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING
PLAINTIFF NATALIA ORTIZ'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Natalia Ortiz, having moved for certification of this action as a class action and appointment of class representative and class counsel pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3) and 23(g); and the Court, having considered the papers and arguments submitted in support of and in opposition to the motion; and good cause having been shown;

WHEREAS the Proposed Class is defined as follows:

All individuals who enrolled at Saba from September 2017 to the date of the certification order in this matter who: 1) are no longer enrolled at Saba and 2) did not sit for the USMLE Step 1 exam. Excluded from the Class are: Defendants, any entity in which Defendants have a controlling interest, and Defendants officers, directors, legal representatives, successors, and assigns.

WHEREAS the Court finds, pursuant to Rule 23(a) that: (1) the Class is so numerous that joinder of all members is impracticable; (2) there are questions of law or fact common to the Class; (3) the claims of Plaintiff are typical of the claims of the Class; and (4) Plaintiff will fairly and adequately protect the interests of the Class;

1

WHEREAS the Court finds, pursuant to Rule 23(b)(3), that questions of law or fact common to members of the Class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy; and

WHEREAS the Court finds, pursuant to Rule 23(g), that Maynard Nexsen PC, the National Student Legal Defense Network, and Berman Tabacco as Class Counsel will fairly and adequately represent the interests of the Class;

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for class certification and appointment of class representative and class counsel is GRANTED;

2. The Class, as defined above, is certified pursuant to Rules 23(a) and 23(b)(3);

3. Plaintiff Natalia Ortiz is appointed as Class Representative pursuant to Rules 23(a) and 23(b)(3); and

4. Pursuant to Rule 23(g), Maynard Nexsen PC, the National Student Legal Defense Network, and Berman Tabacco are appointed as Class Counsel.

IT IS SO ORDERED.

DATED: _____  _____
Hon. William G. Young
United States District Judge