IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>    *Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br>    *Defendants*. | 1:23-cv-12002-WGY |

## DECLARATION OF NATALIA ORTIZ LOPEZ
## IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION

Natalia Ortiz Lopez, being duly sworn, deposes and says under penalty of perjury:

1.  I am a resident of Florida.

2.  I was a student at Saba University School of Medicine ("Saba") from September 2019 until my dismissal from the program in August 2022.

3.  For many years, my dream was to become a medical doctor. When I was researching medical schools, I visited Saba's website and social media accounts, where I was immediately impressed by Saba's very high USMLE passage rates. After I requested additional information about Saba's program, I received many emails from Saba highlighting the school's passage rates on the USMLE Step 1 exam. These emails emphasized that almost every Saba student passes the USMLE Step 1 exam.

1

4. As part of the decision process, I also attended an open house hosted by Saba. Saba's representatives at the open house repeated the statements made in Saba's emails about the very high Step 1 passage rates.

5. Saba never informed me through written correspondence, orally, or otherwise that a large percentage of Saba students do not pass, or even sit for, the Step 1 exam.

6. I enrolled at Saba in September 2019. In August 2021, I took Saba's internal pretest for Step 1, and on August 12, 2021, I learned that I did not pass the pretest. I did not want to give up on my goal of becoming a physician, so in accordance with Saba's requirements, I retook certain fifth semester classes and paid additional tuition.

7. I took the internal pretest again in December 2021 and again in April 2022; however, I did not earn a passing score on either of these additional attempts. In August 2022, Saba dismissed me from its program. Although I completed all of the required coursework, I never sat for the Step 1 exam.

8. I am willing to serve as a representative party on behalf of the class and fully understand the duties and responsibilities of serving as a representative plaintiff. I understand that I owe a duty to all members of the class to provide fair and adequate representation, and to continue to work actively with class counsel in order to obtain the best possible result for the class. I intend to pursue this litigation for the best interests of all class members.

9. I have diligently pursued the effective prosecution of this action to date. I selected counsel based on the firms' substantial experience and expertise in prosecuting education actions, complex actions, and class actions. I have reviewed and authorized the filing of the Complaint and various other pleadings, motions, discovery requests, and responses.

10.     I have participated in strategic decisions and have communicated frequently with my counsel concerning case status, Court orders, and discovery, including with respect to pre-trial discovery and the collection of potentially relevant documents from my files. I will continue to fulfill my duties to the proposed class by consulting with, and by directing the efforts of, the selected counsel in this litigation.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: June 5, 2024

_____
Natalia Ortiz Lopez

*Proposed Class Representative*