UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>    *Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br>    *Defendants*. | 1:23-cv-12002-WGY<br>CLASS ACTION |

**DECLARATION OF MARGARET M. SILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Margaret M. Siller, being duly sworn, deposes and says under penalty of perjury:

1. I am a shareholder in the Nashville, Tennessee office of Maynard Nexsen PC ("Maynard") and am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in this Declaration is based upon my personal knowledge and pursuant to 28 U.S.C. § 1746.

2. Along with my co-counsel, Alexander S. Elson at the National Student Legal Defense Network ("Student Defense") and Patrick T. Egan of Berman Tabacco, I represent Plaintiff Natalia Ortiz ("Plaintiff" or "Ms. Ortiz") in the above-captioned action. I make this Declaration in support of Ms. Ortiz's Motion for Class Certification ("Motion"), the appointment of Ms. Ortiz as Class Representative, and the appointment of Ms. Ortiz's counsel as Class Counsel.

1

## QUALIFICATIONS AND EXPERIENCE

3. I am licensed to practice law in the State of New York, the State of Tennessee, and the District of Columbia. I am also duly admitted to appear before the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the District of Columbia, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States District Court for the Middle District of Tennessee, the United States District Court for the Western District of Tennessee, and the United States District Court for the Eastern District of Tennessee. I have been admitted to appear before this Court *pro hac vice*.

4. I am a graduate of Northwestern University School of Law (J.D., *cum laude*, 2013), University of Hawai'i (MEdT, 2009) and Georgetown University (B.S.F.S., *magna cum laude*, 2007).

5. Upon graduating from law school, I joined the New York office of Quinn Emanuel Urquhart & Sullivan, LLP as an associate and practiced there from 2013 to 2015. From 2015 to 2016, I clerked for the Honorable Victor Marrero of the United States District Court for the Southern District of New York. Thereafter, I rejoined Quinn Emanuel Urquhart & Sullivan, LLP as an associate in their Washington, D.C. office from 2016 to 2018 and was then an associate at the New York office of Selendy Gay PLLC from 2018 to 2020. I then worked for the Office of the Tennessee Attorney General in its Consumer Protection Division from 2020 to 2021, focusing on multistate investigations and enforcement actions. I joined Maynard in 2021.

6. In the course of my practice, I have obtained judgments and settlements in the billions on behalf of plaintiffs throughout the country, and I have extensive experience in public impact litigation, consumer protection, and complex litigation generally. My representative engagements include:

 a. Spearheading a class action against a federal student loan servicer for misrepresentations related to the Public Service Loan Forgiveness Program;

 b. Leading an action against a federal government agency on behalf of multiple individuals and a labor union regarding failures in the administration of the Public Service Loan Forgiveness Program;

 c. Representing plaintiffs in several residential mortgage-backed securities matters including the Federal Housing Finance Agency against eighteen financial institutions, securing a total recovery of over $25 billion in settlements and a judgment in one matter affirmed by the United States Court of Appeals for the Second Circuit;

 d. Helping residential solar customers get just and reasonable payments for power they export to the grid by representing a non-profit advocating for solar customers in the renewable energy market; and

 e. Directing litigation involving deceptive and unfair practices related to opioids, healthcare, financial institutions, technology companies, and data privacy in my capacity as an Assistant Attorney General.

## SABA LITIGATION

7. Since the inception of this case, I have been personally involved in identifying and investigating the claims asserted in this case and my firm has exhausted considerable resources to

(a) investigate and verify the claims and defenses at issue; (b) review publicly available information about Defendants; (c) prepare a comprehensive Class Action Complaint ("Complaint"); (d) research and briefing to oppose Defendants' motion to dismiss; (e) presenting oral argument before the Court; (f) drafting discovery and discovery responses; (g) engage in extensive meet and confers with Defendants; and (h) obtain and commence review of a significant number of produced documents.

8. Maynard has prosecuted and will continue to prosecute this action vigorously on behalf of Plaintiff and the proposed class, representing the interests of the class fairly and adequately, and will commit the resources necessary to resolve this case on the best terms possible for members of the class.

9. In this Motion, the proposed class seeks to recover the total amount of tuition, fees, and costs paid to Defendants for attendance. Although discovery is ongoing, Defendants have already produced records from which damages for each class member can be readily determined.

## EXHIBITS TO MOTION

10. Attached as Exhibit 1 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba University School of Medicine ("Saba") presentation pertaining to enrollment, which bears the following Bates numbers: R3S00000081 through R3S00000128 (designated confidential by Defendants).

11. Attached as Exhibit 2 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation pertaining to enrollment, which bears the following Bates numbers: R3S00003900 through R3S00003944 (designated confidential by Defendants).

12. Attached as Exhibit 3 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an R3 Education, Inc. ("R3") presentation pertaining to enrollment, which bears

the following Bates numbers: R3S00003702 through R3S00003720 (designated confidential by Defendants).

13. Attached as Exhibit 4 is a true and correct copy, as produced by Ms. Ortiz, of a screenshot from the FAQ section of Saba's website, which bears the following Bates number: P-000838.

14. Attached as Exhibit 5 is a true and correct copy, as produced by Ms. Ortiz, of a recruiting email from Saba's admissions office to Ms. Ortiz dated November 2, 2018, which bears the following Bates number: P-000359.

15. Attached as Exhibit 6 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012265 through R3S00012286 (designated confidential by Defendants).

16. Attached as Exhibit 7 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012418 through R3S00012444 (designated confidential by Defendants).

17. Attached as Exhibit 8 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of Saba's 2020-2021 MD Program Prospectus, which bears the following Bates numbers: R3S00001083 through R3S00001132.

18. Attached as Exhibit 9 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012037 through R3S00012066 (designated confidential by Defendants).

19. Attached as Exhibit 10 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a recruiting email from Saba's admissions office to Ms. Ortiz dated November 2, 2018, which bears the following Bates numbers: R3S00004463 through R3S00004464.

20. Attached as Exhibit 11 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012091 through R3S00012115 (designated confidential by Defendants).

21. Attached as Exhibit 12 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation pertaining to recruiting, which bears the following Bates numbers: R3S00003945 through R3S00003979 (designated confidential by Defendants).

22. Attached as Exhibit 13 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba webinar presentation pertaining to recruiting, which bears the following Bates numbers: R3S00018045 through R3S00018089.

23. Attached as Exhibit 14 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a recruiting email from Saba's admissions office, which bears the following Bates numbers: R3S00012773 through R3S00012776 (designated confidential by Defendants).

24. Attached as Exhibit 15 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a reproduction of a page on a previous version of Saba's website, which bears the following Bates numbers: R3S00004229 through R3S00004231.

25. Attached as Exhibit 16 is a true and correct copy, as served on Ms. Ortiz by Defendants, of Defendants' Responses to Natalia Ortiz's First Set of Interrogatories dated April 5, 2024.

26. Attached as Exhibit 17 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a flyer for a November 7, 2018 admissions open house hosted by Saba in Jacksonville, Florida, which bears the following Bates number: R3S00003653.

27. Attached as Exhibit 18 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation pertaining to enrollment, which bears the following Bates numbers: R3S00012588 through R3S00012604 (designated confidential by Defendants).

28. Attached as Exhibit 19 is a true and correct copy, as produced by Ms. Ortiz, of a post from one of Saba's social media accounts, which bears the following Bates number: P-000835.

29. Attached as Exhibit 20 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012527 through R3S00012545 (designated confidential by Defendants).

30. Attached as Exhibit 21 is a true and correct copy, as produced by Ms. Ortiz, of one of Saba's social media advertisements, which bears the following Bates number: P-000840.

31. Attached as Exhibit 22 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Don Donahue to Lipsheon Jhand dated February 19, 2021, which bears the following Bates numbers: R3S00012685 through R3S00012686 (designated confidential by Defendants).

32. Attached as Exhibit 23 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Don Donahue to Sabastian Dyer dated October 7, 2020, which bears the following Bates numbers: R3S00012687 through R3S00012688.

33. Attached as Exhibit 24 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Don Donahue to Kim T. Coon dated August 27, 2020, which bears the following Bates numbers: R3S00012689 through R3S00012690 (designated confidential by Defendants).

34. Attached as Exhibit 25 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Joan Carter to Don Donahue dated March 13, 2020, which bears the following Bates numbers: R3S00012691 through R3S00012692 (designated confidential by Defendants).

35. Attached as Exhibit 26 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Joan Carter to Don Donahue dated March 19, 2019, which bears the following Bates number: R3S00012696.

36. Attached as Exhibit 27 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from the Saba admissions office to a prospective student (email address redacted) dated October 19, 2020, which bears the following Bates numbers: R3S00017443 through R3S00017445 (designated confidential by Defendants).

37. Attached as Exhibit 28 is a true and correct copy, as produced by Ms. Ortiz, of an email from the Saba admissions office to Ms. Ortiz dated July 26, 2019, which bears the following Bates numbers: P-000222 through P-000224.

38. Attached as Exhibit 29 is a true and correct copy, as produced by Ms. Ortiz, of an email from the Saba admissions office to Ms. Ortiz dated May 29, 2019, which bears the following Bates numbers: P-000234 through P-000241.

39. Attached as Exhibit 30 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated July 15, 2019, which bears the following Bates numbers: P-000293 through P-000295.

40. Attached as Exhibit 31 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated January 2, 2019, which bears the following Bates numbers: P-000296 through P-000298.

41. Attached as Exhibit 32 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated July 5, 2019, which bears the following Bates numbers: P-000315 through P-000318.

42. Attached as Exhibit 33 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated June 8, 2019, which bears the following Bates numbers: P-000319 through P-000322.

43. Attached as Exhibit 34 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated November 2, 2018, which bears the following Bates number: P-000359.

44. Attached as Exhibit 35 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated June 16, 2019, which bears the following Bates numbers: P-000393 through P-000398.

45. Attached as Exhibit 36 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz, which bears the following Bates numbers: P-000399 through P-000404.

46. Attached as Exhibit 37 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated June 23, 2019, which bears the following Bates numbers:  P-000405 through P-000410.

47. Attached as Exhibit 38 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated July 2, 2019, which bears the following Bates numbers: P-000799 through P-000804.

48.     Attached as Exhibit 39 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of Saba's Student Handbook (revised July 14, 2017), which bears the following Bates numbers: R3S00002135 through R3S00002182.

49.     Attached as Exhibit 40 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a chart showing enrollment and exit dates for every student during the class period, which bears the following Bates number: R3S00011799.

50.     Attached as Exhibit 41 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a chart showing the total funds received on behalf of each student during the class period, which bears the following Bates number: R3S00011839.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: June 7, 2024

_____
Margaret M. Siller