# EXHIBIT  2



# FIND YOUR EDGE AT SABA

 **SABA UNIVERSITY** SCHOOL OF MEDICINE

**PRESENTERS**

Don Donahue | Enrollment Services

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003900



WHY SABA?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003901



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# A LEADER IN INTERNATIONAL MEDICINE

- **25+ year history** of academic excellence

- **2,500+** graduates

- **Established** track record





SABA UNIVERSITY SCHOOL OF MEDICINE

**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003903



**A BEAUTIFUL DUTCH ISLAND.**

**A PRISTINE LOCATION.**

**AN IDEAL LOCATION TO LEARN.**

**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# APPROVALS AND ACCREDITATION

- Saba has ALL of the **necessary U.S. state approvals & recognitions**

- Saba the ONLY school in the Caribbean with **accreditation from a leading European educational authority**





**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003905



# MODELED ON U.S. STANDARDS

**LCME-MODELED CURRICULUM**
Lab and classroom work in Saba's Basic Sciences program conforms to standards reviewed by Liaison Committee on Medical Education (LCME) for US allopathic medical schools

**CLASS SIZE**
Class sizes at Saba are comparable class sizes found at many U.S. & Canadian medical schools—supporting mentorship and collaborative learning



**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003906





RESULTS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003908

# RESIDENCY PLACEMENTS ACROSS U.S. & CANADA

- **Anesthesiology**
- **Diagnostic Radiology**
- **Emergency Medicine**
- **Family Medicine**
- **Internal Medicine**
- **Neurology**
- **Preliminary Surgery**
- **Obstetrics and Gynecology**
- **Pediatrics**
- **Surgery**
- **Vascular Surgery**





**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003909

# RESIDENCY PLACEMENTS AT TOP MEDICAL CENTERS

  

  







- CLEVELAND CLINIC
- DALHOUSIE UNIVERSITY
- JOHNS HOPKINS
- MAYO CLINIC SCHOOL OF MEDICINE
- MCMASTER UNIVERSITY / HAMILTON GENERAL
- QUEENS UNIVERSITY KINGSTON
- RUSH UNIVERSITY MEDICAL CENTER— CHICAGO
- UNIVERSITY OF ROCHESTER / STRONG MEM. HOSPITAL
- UNIVERSITY OF TORONTO
- UNIVERSITY OF WESTERN ONTARIO (SCHULICH)
- WASHINGTON UNIVERSITY IN ST. LOUIS
- YALE UNIVERSITY

 SABA UNIVERSITY SCHOOL OF MEDICINE

**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003910

# RESIDENCY PLACEMENT: HOW SABA COMPARES



- On par with U.S. Medical Schools - From 2013 to 2017 94% of eligible graduates from 2013 to 2018 attained a residency

- Higher than U.S. Osteopathic Medical Schools

- Significantly higher than U.S. graduates of International Medical Schools

**Saba vs. US Medical Schools**   **Saba vs. Osteopathic Schools**   **Saba vs. Other International Medical Schools**

*(1) Source: National Residency Matching Program®, Results and Data – 2013-2016 Main Residency Match®*


SABA UNIVERSITY SCHOOL OF MEDICINE

**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Jaclyn Rivington
2017 Saba Graduate
Residency: Case Western Reserve
Internal Medicine

**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003912



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003913

# USMLE STEP 1

## USMLE IS THE KEY "PIVOT POINT" IN MED SCHOOL

- Passing with a high score on first attempt has a major impact on your residency

- Saba provides all students with extensive preparation

- Saba's first time pass rate exceeds most US medical schools and ALL other international medical schools

### FIRST TIME PASS RATE





**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003914

# USMLE PASS RATES



## USMLE STEP 1: SABA 100%*

U ARKANSAS: 86%
U TENNESSEE: 86%
U NEW MEXICO: 89%

MUA: 96%
BROWN: 96%

LSU: 97%
U ILLINOIS: 97%
YALE: 97%

SABA: 100%
HARVARD: 99%
STANFORD: 99%
JOHNS HOPKINS: 100%

Source:  As reported in U.S. News and World Report, 2016

## USMLE STEP 2 & 3 |  MCCEE

Saba's pass rates on USMLE Step 2 & 3 comparable to U.S. Schools

Preparation for USMLE largely overlaps material required for non-clinical questions on Canada's MCCQE1



**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
R3S00003918



# THE CURRICULUM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# AT THE FOREFRONT OF MEDICAL EDUCATION

- **Holistic**
- **Progressive:** Foundational | Highly Integrated | System based
- **Clinical Instruction Parallels System/Organ Approach**
- **Anatomy vs. Simulation Labs**
- **Research**



**THE CURRICULUM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# KEY ELEMENTS OF THE SABA CURRICULUM



- **Contemporary Curriculum** – based on "best practices" at leading institutions
- **Varied Learning Formats**
- **Weekly Clinical Correlate Sessions**: clinical application of basic science
- **Campus Infrastructure Developed in Parallel with the Curriculum** – e.g., interactive small group facility; standardized patient lab



**THE CURRICULUM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# RESEARCH: LITERATURE REVIEW AND ANALYSIS

RLRA is a major asset in obtaining a great residency and in being recognized during the residency

This unique module:

- **Further develops students' abilities** to evaluate and assimilate scientific evidence
- **Reinforces the skills required** to critically appraise ever-evolving medical knowledge
- **Includes regular interaction** with a faculty research mentor for oversight
- **Results in final paper that is evaluated by a faculty committee**, often leading to students publishing and presenting their work nationally and internationally



**SABA UNIVERSITY SCHOOL OF MEDICINE**

## THE CURRICULUM // RESEARCH MODULE

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003922



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003923



# CLINICAL PROGRAM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2 YEARS OF CORE AND CLINICAL CLERKSHIPS IN THE U.S.

- **Broad exposure** to a wide range of patient conditions
- **Physical exams**, history taking, case presentations, lab analysis, grand rounds, conferences, & patient logs
- Continuous **monitoring and mentoring**
- **Highly structured:** weekly assessments by Saba faculty



**5 CORE CLERKSHIPS**

**42 WEEKS**

Surgery, Internal Medicine, Pediatrics, Psychiatry, Obstetrics & Gynecology

**ELECTIVE CLERKSHIPS**

**30 WEEKS**

Based upon your projected medical specialty

**SABA UNIVERSITY SCHOOL OF MEDICINE**

**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# CLINICAL ELECTIVES

## INTERNAL MEDICINE

- **Gastroenterology**
- **Infectious Disease**
- **Nephrology**
- **Pulmonary Medicine**
- **Critical Care Medicine / ICU**
- **Rheumatology & Immunology**
- **Urgent Care**
- **Hematology**
- **HIV Care**

## SURGERY

- **Trauma Surgery**
- **Surgery Critical Care ICU**
- **Wound Care**
- **Cardio Vascular Surgery**
- **Surgery Transplantation**
- **Burn Surgery**
- **Colon & Rectal Surgery**
- **Craniofacial Surgery**
- **Endovascular Surgical Neuroradiology**
- **Pediatric Cardiothoracic**

## PEDIATRICS

- **Emergency Medicine**
- **Hematology/Oncology**
- **Allergy and Immunology**
- **Infectious Diseases**
- **Pulmonology**
- **Endocrinology**
- **Gastroenterology**
- **Neonatal & Perinatal Medicine**
- **Ambulatory Medicine**
- **Nephrology**
- **Developmental-Behavioral**
- **Anesthesiology**
- **Electrophysiology**

SABA UNIVERSITY SCHOOL OF MEDICINE

**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003926

# 2015-16 CLINICAL ROTATIONS



**200+ Hospitals**
**2000+ CORES**
**3000+ ELECTIVES**



SABA
UNIVERSITY
SCHOOL OF MEDICINE

**CLINICAL PROGRAM**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**R3S00003927**

# FROM SABA TO SURGERY



SABA UNIVERSITY SCHOOL OF MEDICINE

CLINICAL PROGRAM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003929



# TUITION & FINANCING

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Source: American Association of Medical Colleges (AAMC), and individual school web sites , 2016-17; median US is out-of-state.

# FINANCIAL AID FOR U.S. STUDENTS

Saba University School of Medicine is approved to participate in the William D. Ford U.S. Federal Direct Loan Program.

**US Citizens & Permanent Residents may apply:**

**www.fafsa.ed.gov**
**School Code: G37803**





**TUITION & FINANCING**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003932



SABA: THE ISLAND

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# UNLIKE ANY OTHER CARIBBEAN ISLAND

- Quiet (no major resorts) and extremely safe
- **A destination for discriminating travelers:** Small hotels, guest houses and highly regarded restaurants
- **Country:** The Netherlands
- Language (English), Electricity (110Volt)





SABA UNIVERSITY SCHOOL OF MEDICINE

**SABA: THE ISLAND**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003934



FASHION    BEAUTY    CULTURE    LIVING    RUNWAY    VIDEO    SHOP

# A Guide to Saba: The Caribbean's Best-Kept Secret

MAY 31, 2017 2:04 PM
*by* ANNE RODERIQUE-JONES





**SABA: THE ISLAND**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003935



SABA: THE ISLAND

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003936



A Day in the Life of a Saba Student

Rachel Hicks

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003937



# HOW TO APPLY TO SABA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- Applications accepted **throughout the year**

- 1st semester classes **begin in September, January and May**

- **Apply online**



**HOW TO APPLY TO SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003939

# A HOLISTIC APPLICATIONS PROCESS

- Looking at **each applicant individually**

- **Submit paperwork early:** EARLY applicants have a better chance of securing a place in their semester of choice

- **FULL APPLICANT REVIEW: 3-5 WEEKS, INCLUDING INTERVIEW**



SABA UNIVERSITY SCHOOL OF MEDICINE

**HOW TO APPLY TO SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# LET'S MEET AN ALUMNUS





QUESTIONS



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## WHY



## RESIDENCIES

**EXCELLENT PLACEMENTS AT LEADING MEDICAL CENTERS**

## USMLE

**100% FIRST TIME STEP I PASS RATE**

## APPROVALS

**GRADUATES CAN PRACTICE ACROSS U.S. & CANADA**

## ACADEMICS

**AT THE FOREFRONT OF MEDICAL EDUCATION**

## VALUE

**AFFORDABLE, UNCOMPROMISED, QUALITY FINANCING**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003944