# EXHIBIT 3



# INTERNATIONAL MEDICAL SCHOOL GRADUATES & U.S. HEALTHCARE




SABA UNIVERSITY SCHOOL OF MEDICINE | MEDICAL UNIVERSITY OF THE AMERICAS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# TOPICS FOR TODAY

1. US Healthcare & International Medical Schools
2. Evaluating International Medical Schools
3. About Saba and MUA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003704



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003705

# THE CRITICAL ROLE OF INTERNATIONAL MEDICAL SCHOOLS

# INTERNATIONAL MEDICAL SCHOOL GRADUATES
## An Essential Role in U.S. Healthcare



**Of Current Practicing U.S. Physicians
25% Are Graduates of International Medical Schools**

*SOURCE: American Medical Association*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     R3S00003706

# EVALUATING INTERNATIONAL MEDICAL SCHOOLS

- Residency Placement
- USMLE: 1st Time Pass Rate
- Ability to Practice Across the US
- Title IV Approval
- Residency Placement
- Academic Environment: Curriculum, Class Sizes, Clinicals, Faculty

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# SABA AND MUA RESIDENCY PLACEMENTS

Placements in Primary Care, Specialties and Subspecialties at Medical Centers Across the US and Canada

## PLACEMENTS

- CLEVELAND CLINIC
- DALHOUSIE UNIVERSITY
- JOHNS HOPKINS
- MAYO CLINIC SCHOOL OF MEDICINE
- MCMASTER UNIVERSITY / HAMILTON GENERAL
- QUEENS UNIVERSITY KINGSTON
- RUSH UNIVERSITY MED. CENTER—CHICAGO
- UNIV. OF ROCHESTER / STRONG MEM. HOSPITAL
- UNIVERSITY OF TORONTO
- WASHINGTON UNIVERSITY IN ST. LOUIS
- YALE UNIVERSITY

## SPECIALTIES

- ANESTHESIOLOGY
- DIAGNOSTIC RADIOLOGY
- EMERGENCY MEDICINE
- FAMILY MEDICINE
- INTERNAL MEDICINE
- NEUROLOGY
- PRELIMINARY SURGERY
- OBSTETRICS AND GYNECOLOGY
- PEDIATRICS
- PRELIMINARY SURGERY
- SURGERY
- VASCULAR SURGERY

**HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS**

# FIRST-TIME PASS RATE ON USMLE
## USMLE Is the Key "Pivot Point" in Med School



- Taken midway in med school—before clinical rotations
- First-time pass rate is critical
- Passing with a high score on your first attempt has a major impact on your ability to get a good residency

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003710



# HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

## ACCREDITATION & APPROVALS

Saba and MUA voluntarily undergo rigorous evaluation by accreditation and licensing authorities

- New York, California* & Florida
- NVAO—Saba the ONLY Caribbean school with European Accreditation
- U.S. Dept. of Education—when a school is eligible for U.S. Federal Direct Student Loans

**WHEN A SCHOOL IS APPROVED BY NEW YORK, CALIFORNIA AND FLORIDA, IT MEANS YOU CAN PRACTICE ACROSS THE U.S. AND CANADA**

* MUA California approval expected 2015-16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003711

## HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# MODERN, SYSTEMS-BASED INTEGRATED CURRICULUM
## Clinical Experience from Day 1



- Both Saba and MUA have implemented curriculums that are at the forefront of medical education
- Learning the science and how to apply it clinically from the very start of medical school

**SMALL CLASS SIZES AND HIGH FACULTY-TO-STUDENT RATIO CREATES A SUPPORTIVE LEARNING ENVIRONMENT THAT HELPS STUDENTS SUCCEED.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS**

# RESEARCH MODULE
## Learning How To Evaluate Medical Information



**Physicians today must be able to use the latest research—evaluate, apply clinically, communicate to patients**

- Research Module completed by all students is unique to Saba and MUA
- Research is a major asset when our students apply for residencies
- Many of our students have had their work published

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                  R3S00003713

# HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

## CLINICAL PROGRAM
### 2 Years of Core & Clinical Clerkships in U.S.



- Broad exposure to a wide range of patient conditions
- Weekly assessments by faculty and clinical deans
- An opportunity to demonstrate how well you can perform in a clinical setting

**BOTH SABA AND MUA HAVE A HIGHLY STRUCTURED CLINICAL PROGRAM AT LEADING MEDICAL CENTERS IN THE US AND CANADA.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                           R3S00003714

# HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# FACULTY & FACILITIES



- **FACILITIES:** Modern campus with comprehensive learning facilities, e.g., Learning Systems, Gross Anatomy Lab, USMLE Test Prep. Center
- **FACULTY:** Full time, Experienced Teachers, All have Ph.D.'s and/or M.D.'s

## THE OPPORTUNITY TO TEACH FULL TIME AND WORK DIRECTLY WITH STUDENTS DRAWS FACULTY TO SABA AND MUA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER					R3S00003715



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003716





- First Class: 1993
- 2000+ Graduates
- Small: Approximately 80 students per class
- Based on USMLE Results & Residency Placement: Top International Medical School

- First Class: 1998
- 1250+ graduates
- Small: Approximately 80 students per class
- Medical School and Pre-Med Program



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003717

# SABA AT A GLANCE

| | |
|---|---|
| Systems-based Curriculum: | Yes |
| USMLE 1st Time Pass Rate: | 99% |
| Clinical Program: | Extensive across U.S. |
| Residency Placement Rate: | On Par with US Schools |
| Accreditations/Approvals: | ALL Critical Approvals |
| Faculty/Facilities: | Full-time Faculty, All with Ph.D.'s/M.D.'s. Modern campus |
| Tuition/Financing: | Affordable/Eligible for US Student Loans |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003718

# MUA AT A GLANCE

| | |
|---|---|
| Systems-based Curriculum: | Yes |
| USMLE 1st Time Pass Rate: | 95% |
| Clinical Program: | Extensive across U.S. |
| Residency Placement Rate: | At Top Medical Centers |
| Accreditations/Approvals: | New York, Florida; California |
| Faculty/Facilities: | Full-time Faculty, All with Ph.D.'s/M.D.'s. Modern campus |
| Tuition/Financing: | Affordable/Eligible for US Student Loans |

MUA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# WHAT SETS US APART...

**Small Class Sizes**
**Modern Campuses**
**Wide Range Of Clinical Affiliations**
**Excellent And Engaged Faculty**
**Supportive Community**
**Cost-effective Tuition**
**Outstanding Results**

**It's That Simple**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                   R3S00003720