# EXHIBIT 4



**What is the success rate of your graduates?**

Saba University School of Medicine graduates have an excellent track record. Since 1992, more than 3,000 doctors have received their start at Saba University School of Medicine. Our graduates have an extensive track record of excellent performance on the critical USMLE Step 1 exam. Virtually every student passes the USMLE Step 1 on their first attempt. 100% USMLE Step 1 Exam first-time pass rate (2021) - a consistently strong performance

P-000838