# EXHIBIT  11

# Saba

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Paid Social - Awareness**

# Facebook ads



Link

US & CA



Link

US & CA



Link

US & CA

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012092

**Paid Social - Traffic**

# Facebook ads



Link

US & CA



Link

US & CA



Link

US & CA



Link

Canada



Link

US

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Paid Social – Conversion

# Facebook ads









CA & US

Link

CA & US

Link

CA & US

Link

CA & US

Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Paid Social - Conversion

# Facebook ads



Link

CA & US



Link

CA & US



Link

CA & US

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012095

**Paid Social - Conversion**

# Facebook ads







CA & US

Link

US

Link

CA

Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012096

**Paid Social – Website Remarketing**

# Facebook ads





US

Link

US

Link

**Note:** For people who viewed and visited the website

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012097

**Paid Social – Website Remarketing**

# Facebook ads







US

Link

US

Link

US

Link

**Note:** For people who viewed and visited the website

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012098

## Paid Social – App Remarketing

# Facebook ads







US & CA

Link

**Note:** For people who still need to start their application

US & CA

Link

**Note:** For people who still need to start their application

US & CA

Link

**Note:** For people who still need to start their application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012099

## Paid Social – App Remarketing

# Facebook ads







**US & CA**

**Link**

**Note:** For people who started but didn't complete the application

**US & CA**

**Link**

**Note:** For people who started but didn't complete the application

**US & CA**

**Link**

**Note:** For people who started but didn't complete the application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Paid Social – December Webinar**

# Facebook ads



**US & CA**

**Link**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                    R3S00012101

# PPC

## Google Ads - Conversion - Search – Brand & Competitor

Ad · courses.saba.edu/saba/medical_school ⋮

**Saba School of Medicine | 100% USMLE Step 1 Pass Rate**

Study Medicine at Saba University School of Medicine, and practice in the U.S or Canada. Saba offers a dedicated faculty, 24/7 gross anatomy lab and small classes. Inquire now! Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school ⋮

**Admissions open for May 2023 | Study your med program at Saba**

Inquire now to join over +3,000 doctors who now work at top hospitals in the U.S & CA. Saba offers a dedicated faculty, 24/7 gross anatomy lab and small classes. Inquire now! Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school ⋮

**Succeed as a Saba doctor | Admissions open for May 2023**

Saba offers a dedicated faculty, 24/7 gross anatomy lab and small classes. Inquire now! Study Medicine at Saba University School of Medicine, and practice in the U.S or Canada. Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Google Ads - Conversions - Search – Brand & Competitor - RLSA

Ad · courses.saba.edu/saba/medical_school ⋮

### Choose Success. Choose Saba | Seats still available for May

Saba offers a dedicated faculty, 24/7 gross anatomy lab and small classes. Inquire now! Inquire now to join over +3,000 doctors who now work at top hospitals in the U.S & CA. Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school ⋮

### Join 3K+ successful doctors | Start Med School This May

Study Medicine at Saba University School of Medicine, and practice in the U.S or Canada. Saba offers a dedicated faculty, 24/7 gross anatomy lab and small classes. Inquire now! Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school ⋮

### Looking for a med program? | Admissions open for May 2023

Enroll at Saba, a U.S-Modeled Medical School In The Caribbean with 30+ years of success. Saba offers a dedicated faculty, 24/7 gross anatomy lab and small classes. Inquire now! Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

**Audience Targeting:**
We are using people who visited landing pages but didn't get converted earlier. Time range is 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Google Ads - Conversion - Search – Caribbean

Ad · courses.saba.edu/saba/medical_school   ⋮

## Med Program in the Caribbean | Saba School of Medicine

Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Inquire now to Become a Doctor at One of the Top Medical Universities in The Caribbean.
Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars.
Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school   ⋮

## Med School in the Caribbean | Residencies in U.S and Canada

Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Inquire now to Become a Doctor at One of the Top Medical Universities in The Caribbean.
Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars.
Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school   ⋮

## Med Program in the Caribbean | Apply now for May 2023 term

Study your Med Program in the Caribbean, practice at top hospitals in the U.S and Canada. Join
an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars.
Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Google Ads – Conversions - Search – Caribbean - RLSA

Ad · courses.saba.edu/saba/medical_school   ⋮

### Saba Caribbean Medical School | Interested in our Med Program?

Study your Med Program in the Caribbean, practice at top hospitals in the U.S and Canada.
Inquire now to Become a Doctor at One of the Top Medical Universities in The Caribbean.
Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars.
Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school   ⋮

### Interested in our Med Program? | Caribbean Accredited School

Study your Med Program in the Caribbean, practice at top hospitals in the U.S and Canada.
Become a doctor at Saba University School of Medicine in the Caribbean. Inquire Now! Approved
for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities:
Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school   ⋮

### Interested in our Med Program? | Admissions open for May 2023

Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Become a doctor at Saba University School of Medicine in the Caribbean. Inquire Now! Approved
for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities:
Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

**Audience Targeting:**
We are using people who visited
landing pages but didn't get
converted earlier. Time range is
180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   R3S00012105

# Google Ads - Conversion - Search – Generic

Ad · courses.saba.edu/saba/medical_school    ⋮

## Attend Med School at Saba | Residencies in U.S and Canada

Study your Med Program in the Caribbean, practice at top hospitals in the U.S and Canada.
Inquire now to Become a Doctor at One of the Top Medical Universities in The Caribbean.
Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars.
Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school    ⋮

## Start Med School in May 2023 | Merit scholarships available

Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Inquire now to Become a Doctor at One of the Top Medical Universities in The Caribbean.
Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars.
Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school    ⋮

## Choose SABA to Study Medicine | Apply for Med School this May

Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Become a doctor at Saba University School of Medicine in the Caribbean. Inquire Now! Approved
for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities:
Accomodation, Laboratories, Medical library, Student associations, Explore Saba Island, Scuba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Google Ads - Conversions - Search – Generic - RLSA

Ad · courses.saba.edu/saba/medical_school ⋮

**There's Still Time to Apply | Get your documents reviewed**

Study your Med Program in the Caribbean, practice at top hospitals in the U.S and Canada. Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates. Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school ⋮

**Complete your Saba Inquiry | Experience the Saba advantage**

Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates. Study your Med Program in the Caribbean, practice at top hospitals in the U.S and Canada. Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars. Amenities: Accomodation, Laboratories, Medical library, Student associations, Explore Saba...

**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

Ad · courses.saba.edu/saba/medical_school ⋮

**Submit your Saba Inquiry | Top Caribbean Med School**

Inquire now to Become a Doctor at One of the Top Medical Universities in The Caribbean. Study your Med Program in the Caribbean, practice at top hospitals in the U.S and Canada. Approved for US Fin Aid. Approved in NY, & FL. Learn in small classes. On-demand webinars.



**Top Residency Matches**
Earn competitive placements.
Medical Centers in US & CA.

**What Makes Saba different**
24/7 Gross Anatomy Lab.
Small classes & dedicated faculty.

**Fund your med school**
New Saba Scholars Grant.
Merit-based Scholarships.

**Join our Live Webinars**
Learn about the Saba experience.
Speak to our admissions directors.

**Audience Targeting:**
We are using people who visited landing pages but didn't get converted earlier. Time range is 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Display

## Google Ads - Conversion - Display – Generic





## Google Ads - Conversions - Display – Website Rmkt






**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Website Remarketing (Non-converters)
- Placements
- Age groups from 18 to 44.

**Audience Targeting:**
We are using people who visited landing pages
but didn't get converted earlier. Time range is 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Display

### Google Ads – Remarketing - Display – Application Remarketing

**Start Your App**

 



**Continue Your App**

 



**Audience Targeting:** We are using people who converted but still not started Application for Start Your App campaigns

**Audience Targeting:** We are using people who started application but didn't submit it for Continue Your App campaigns

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Discovery

## Google Ads - Conversion - Discovery – Generic

 



**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Website Remarketing (Non-converters)
- Placements
- Age groups from 18 to 44.

## Google Ads - Conversions - Discovery – Website Rmkt

 

**Audience Targeting:**
We are using people who visited landing pages but didn't get converted earlier. Time range is 180 days.



# Discovery

## Google Ads - Remarketing - Discovery – Application Remarketing

### Start Your App



### Continue Your App







**Audience Targeting:** We are using people who converted but still not started Application for Start Your App campaigns

**Audience Targeting:** We are using people who started application but didn't submit it for Continue Your App campaigns

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Video

### Google Ads - Conversion - Video – Generic



https://www.youtube.com/watch?v=D_MVhaevgxM

**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Remarketing (Non-Converters)
- Placements

Age groups: from 18 to 44.

### Google Ads - Awareness - Video – Brand Awareness



https://www.youtube.com/watch?v=qwo9wPnE7wQ

**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Remarketing (Non-Converters)
- Placements

Age groups: from 18 to 44.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Performance Max

## Google Ads - Conversion – Performance Max

### Search

Ad · courses.saba.edu/find_out_more ▼

**Top Caribbean Med Program | Practice in the U.S and Canada**

Thinking about starting Med School? Choose Saba and join 3,000+ proud Saba graduates. Meet Saba's superb faculty & benefit from our 7:1 student-to-faculty ratio. Inquire Now.

### Video



https://www.youtube.com/watch?v=D_MVhaevgxM

### Gmail



### Discovery



### Display



**Audience:** We are using Custom Intent, In-market & Customer match lists as Audience Signals for Performance Max campaigns

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| PPC - Discovery | PPC - Display | PPC - Search | PPC - Video | Paid Social |
|---|---|---|---|---|
| https://courses.saba.edu/start-med-school-usa<br>https://courses.saba.edu/start-med-school-canada | https://courses.saba.edu/start-med-school-usa<br>https://courses.saba.edu/start-med-school-canada | https://courses.saba.edu/start-med-school-usa<br>https://courses.saba.edu/start-med-school-canada | https://courses.saba.edu/md-program-usa-video<br>https://courses.saba.edu/md-program-canada-video | https://courses.saba.edu/start-med-school-usa<br>https://courses.saba.edu/start-med-school-canada |
| https://courses.saba.edu/start-your-application<br>https://courses.saba.edu/continue-your-application | https://courses.saba.edu/start-your-application<br>https://courses.saba.edu/continue-your-application | https://courses.saba.edu/discover-what-makes-saba-different<br>https://courses.saba.edu/medicine-caribbean | https://courses.saba.edu/discover-what-makes-saba-different | https://courses.saba.edu/start-your-application<br>https://courses.saba.edu/continue-your-application |
| | | https://courses.saba.edu/md-program-puerto-rico | | https://courses.saba.edu/future-doctor |
| | | https://courses.saba.edu/future-doctor | | https://courses.saba.edu/upcoming-events |
| | | https://courses.saba.edu/discover-what-makes-saba-different-a/b-testing<br>https://courses.saba.edu/medicine-caribbean-a/b-testing | | https://www.saba.edu/why-saba/<br>https://courses.saba.edu/discover-what-makes-saba-different |
| | | https://courses.saba.edu/start-med-school-usa-a/b-testing | | https://www.saba.edu/admissions/scholarships/ |
| | | https://courses.saba.edu/start-med-school-canada-a/b-testing | | |

| | PPC Search | PPC Display | PPC Discovery | PPC Video | Paid Social |
|---|---|---|---|---|---|
| Traffic | | | | | https://www.saba.edu/why-saba/? |
| Brand Awareness | | | | https://courses.saba.edu/discover-what-makes-saba-different | https://courses.saba.edu/discover-what-makes-saba-different? |
| Conversion | • https://courses.saba.edu/start-med-school-usa<br>• https://courses.saba.edu/start-med-school-canada<br>• https://courses.saba.edu/discover-what-makes-saba-different<br>• https://courses.saba.edu/medicine-caribbean<br>• https://courses.saba.edu/start-med-school-usa-a/b-testing<br>• https://courses.saba.edu/start-med-school-canada-a/b-testing<br>• https://courses.saba.edu/discover-what-makes-saba-different-a/b-testing<br>• https://courses.saba.edu/medicine-caribbean-a/b-testing | • https://courses.saba.edu/start-med-school-usa<br>• https://courses.saba.edu/start-med-school-canada | • https://courses.saba.edu/start-med-school-usa<br>• https://courses.saba.edu/start-med-school-canada | | https://courses.saba.edu/start-med-school-canada?<br><br>https://courses.saba.edu/start-med-school-usa?<br><br>https://courses.saba.edu/upcoming-events?<br>https://www.saba.edu/admissions/scholarships/? |
| Website Remarketing | https://courses.saba.edu/future-doctor | https://courses.saba.edu/future-doctor | https://courses.saba.edu/future-doctor | | https://courses.saba.edu/future-doctor? |
| Leads Remarketing | | | | | https://courses.saba.edu/start-your-application |
| Applications Remarketing | • https://courses.saba.edu/start-your-application<br>• https://courses.saba.edu/continue-your-application | • https://courses.saba.edu/start-your-application<br>• https://courses.saba.edu/continue-your-application | https://courses.saba.edu/start-your-application<br>https://courses.saba.edu/continue-your-application | | https://courses.saba.edu/continue-your-application? |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER