# EXHIBIT  12



# LIFE BY DEGREES



## PRESENTER
**Scott Graham** | Enrollment Team
**Sarah Russell** | Director of Admissions

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



WHY SABA?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# A LEADING INTERNATIONAL MEDICAL SCHOOL

- **25+ year history** of academic excellence
- **Thousands of** successful graduates
- **Established** track record





**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003947



**A BEAUTIFUL DUTCH ISLAND.**

**A PRISTINE LOCATION.**

**A UNIQUE & SUPPORTIVE LEARNING ENVIRONMENT.**

**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003948

# ACCREDITATION & APPROVALS



•• NVAO: Accredited by the NVAO—leading European accreditation organization.



•• One of the few international medical schools approved by New York and Florida.



• Accreditation comparability and approval for U.S. Federal Direct Student Loans received by U.S. Dept. of Education.

**WITH A DEGREE FROM SABA, YOU CAN PRACTICE MEDICINE WHERE YOU DESIRE IN THE U.S. AND CANADA.**



WHY SABA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003949



# A PROVEN & EFFECTIVE LEARNING METHODOLOGY

TIGHT KNIT COMMUNITY OF STUDENTS & FACULTY

COLLABORATIVE LEARNING ENVIRONMENT

CLOSE STUDENT/ TEACHER INTERACTION

Class sizes at Saba are comparable to class sizes found at many U.S. & Canadian medical schools— supporting mentorship and collaborative learning

WHY SABA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003950



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003951

# USMLE STEP 1

- Passing with a high score on first attempt is key to residency

- Saba provides all students with **extensive preparation**

- Saba's first time pass rate **exceeds** most US medical schools and ALL international medical schools

- USMLE **Step 1** test score averages comparable to US allopathic schools

- USMLE **Step 2** pass and test scores comparable to US schools

- Prep work for the USMLE largely prepares students for the **Canadian exams.**

CONSISTENT RESULTS
USMLE STEP 1: SABA > 99% ON
FIRST TRY

### 5 YEAR AVERAGE FIRST TIME PASS RATE



Source: USMLE.ORG



SABA UNIVERSITY
SCHOOL OF MEDICINE

**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003952

# RESIDENCY PLACEMENTS ACROSS U.S. & CANADA

- **Anesthesiology**
- **Diagnostic Radiology**
- **Emergency Medicine**
- **Family Medicine**
- **Internal Medicine**
- **Neurology**
- **Preliminary Surgery**
- **Obstetrics and Gynecology**
- **Pediatrics**
- **Surgery**
- **Vascular Surgery**





**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003953

# RESIDENCY PLACEMENTS AT TOP MEDICAL CENTERS

  

  







- CLEVELAND CLINIC
- DALHOUSIE UNIVERSITY
- JOHNS HOPKINS
- MAYO CLINIC SCHOOL OF MEDICINE
- MCMASTER UNIVERSITY / HAMILTON GENERAL
- QUEENS UNIVERSITY KINGSTON
- RUSH UNIVERSITY MEDICAL CENTER—CHICAGO
- UNIVERSITY OF ROCHESTER / STRONG MEM. HOSPITAL
- UNIVERSITY OF TORONTO
- UNIVERSITY OF WESTERN ONTARIO (SCHULICH)
- WASHINGTON UNIVERSITY IN ST. LOUIS
- YALE UNIVERSITY



**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003954

# RESIDENCY ATTAINMENT: HOW SABA COMPARES

- 94% of eligible Saba graduates have attained residency (from 2013 to 2018), leading to thousands of our graduates practicing in the US and Canada.
- Our residency results are comparable to US allopathic medical schools. Saba graduates consistently earn coveted positions at top medical centers.
- We have a proven process to prepare students for attaining a residency



Saba vs. US Medical Schools   Saba vs. Osteopathic Schools   Saba vs. Other International Medical Schools

*(1) Source: National Residency Matching Program®, Results and Data – 2013-2016 Main Residency Match®*



**SABA UNIVERSITY** SCHOOL OF MEDICINE

**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# BECOMING A PHYSICIAN



| SABA UNIVERSITY | | | | POST M.D. | |
|---|---|---|---|---|---|
| **BASIC SCIENCES** | **STEP 1 LICENSING** | **CLINICAL ROTATIONS** | **STEP 2 LICENSING** | **RESIDENCY** | **PRACTICE MEDICINE** |
| 5 Semesters | USMLE Step 1 | US Hospitals | USMLE Step 2 | Post Grad | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# THE CURRICULUM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# SYSTEMS-BASED CURRICULUM

## AT THE FOREFRONT OF MEDICAL EDUCATION

**INTEGRATED**

Medical knowledge and application

**EXPERIENTIAL**

Clinical focus from Day 1

**RESEARCH FOCUS**

Learning how to evaluate medical knowledge



SABA UNIVERSITY SCHOOL OF MEDICINE

**THE CURRICULUM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003958

# KEY ELEMENTS OF THE SABA CURRICULUM

- **Contemporary Curriculum** – based on "best practices" at leading institutions
- **Varied Learning Formats** – including cases, clinical skills, labs and lectures
- **Campus Infrastructure Developed in Parallel with the Curriculum** – e.g., interactive small group facility; standardized patient lab



 SABA UNIVERSITY SCHOOL OF MEDICINE

**THE CURRICULUM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# SABA FACULTY

## FULL TIME M.D.'s, EXPERIENCED TEACHERS



- All Saba faculty hold M.D.'s, Ph.D.'s in the field in which they teach

- All Saba faculty are full-time and hired with prior teaching experience in their field of expertise


SABA UNIVERSITY SCHOOL OF MEDICINE

**THE CURRICULUM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003960

# SABA CAMPUS

## ALL CLASSROOMS ON THE SABA CAMPUS ARE FULLY EQUIPPED WITH THE LATEST MULTIMEDIA LEARNING SYSTEMS

 



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003961





# RESEARCH: LITERATURE REVIEW AND ANALYSIS

RLRA is a major asset in obtaining a great residency and in being recognized during the residency

This unique module:

- **Further develops students' abilities** to evaluate and assimilate scientific evidence
- **Reinforces the skills required** to critically appraise ever-evolving medical knowledge
- **Includes regular interaction** with a faculty research mentor for oversight
- **Results in final paper that is evaluated by a faculty committee**, often leading to students publishing and presenting their work nationally and internationally

SABA UNIVERSITY SCHOOL OF MEDICINE

## THE CURRICULUM // RESEARCH MODULE

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003962

# CLINICAL MEDICINE PROGRAM

## FIVE SEMESTERS OF CORE & CLINICAL CLERKSHIPS

**5 CORE CLERKSHIPS**

Internal Medicine, Pediatrics, Psychiatry, Obstetrics and Gynecology, and Surgery

**ELECTIVE CLERKSHIPS**

Tailored clinical experience based on projected medical specialty.

**CLERKSHIPS & USMLE**

Performance is critical part of steps toward a great residency.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Objectives and Measurements

- **Broad exposure** to a wide range of patient conditions
- **Physical exams**, history taking, case presentations, lab analysis, grand rounds, conferences, & patient logs
- Continuous **monitoring and mentoring**
- **Highly structured:** weekly assessments by Saba faculty



**SABA**
UNIVERSITY
SCHOOL OF MEDICINE

**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003964

# 2018-19 CLINICAL ROTATIONS



**300+ SITES FOR ELECTIVES**

 SABA UNIVERSITY SCHOOL OF MEDICINE

**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# TUITION & FINANCING

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# TUITION & FINANCES



**SABA TUITION**

**BASIC SCIENCES:**
(SEMESTERS 1–5):
$17,850 PER SEMESTER

**CLINICAL MEDICINE:**
(SEMESTERS 6–10):
$20,700 PER SEMESTER

*As of July 2019*

Source: American Association of Medical Colleges (AAMC), and individual school web sites , 2019-20; median US is out-of-state.



**TUITION & FINANCING**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003967

# FINANCIAL AID FOR U.S. STUDENTS

Saba University School of Medicine is approved to participate in the William D. Ford U.S. Federal Direct Loan Program.

**US Citizens & Permanent Residents may apply:**

**www.fafsa.ed.gov**
**School Code: G37803**





**TUITION & FINANCING**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



SABA: THE ISLAND

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003971



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# HOW TO APPLY TO SABA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003974

# **HOW TO APPLY**



- Applications accepted throughout the year

- New classes in September, January and May

- Apply online, by mail or fax

- Contact: admissions@saba.edu, 978-862-9600

SABA
UNIVERSITY
SCHOOL OF MEDICINE

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# A HOLISTIC APPLICATIONS PROCESS

- Looking at **each applicant individually**

- **Submit paperwork early:** EARLY applicants have a better chance of securing a place in their semester of choice

- **FULL APPLICANT REVIEW: 3-5 WEEKS, INCLUDING INTERVIEW**



**SABA** UNIVERSITY SCHOOL OF MEDICINE

**HOW TO APPLY TO SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003977





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## WHY



## RESIDENCIES

**EXCELLENT PLACEMENTS AT LEADING MEDICAL CENTERS**

## USMLE

**99% FIRST TIME STEP I PASS RATE**

## APPROVALS

**GRADUATES CAN WHERE THEY WANT
ACROSS U.S. & CANADA**

## ACADEMICS

**AT THE FOREFRONT OF MEDICAL EDUCATION**

## VALUE

**ACCESSABLE, UNCOMPROMISED QUALITY, FINANCIAL AID**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003979