# EXHIBIT 14



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                                       R3S00012773



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**	**R3S00012774**



# Excellence through education

Dear prospective medical student,

Saba University School of Medicine was founded in 1992 with a bold vision: to establish an international alternative to U.S. and Canadian medical schools that would not only provide an excellent medical education and expansive career opportunities but also maintain an affordable tuition.

**What makes the Saba curriculum so successful?**

Saba University provides you with a comprehensive course of study in the Basic Sciences that will prepare you for the USMLE, your clinical studies and residency. The five semesters of the Basic Sciences curriculum represent a progression beginning with foundational concepts in the basic and clinical sciences, leading to organ-systems-focused courses that

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
R3S00012775

integrate each foundational discipline to both normal human function and disease. Applications of basic science to clinical medicine are highlighted throughout. Along the way you will become well versed in clinical skills necessary for success in the Clinical Medicine portion of the curriculum (which will be the primary focus of your second five semesters).

The university provides extensive preparation in a fifth semester course titled "Foundations of Clinical Medicine". At the beginning of this course, you are given a diagnostic pretest to help identify problem areas and individualize learning goals. At the end of the course, you are administered a full-length simulated comprehensive exam. This exam takes place in a state-of-the-art test center on the Saba campus that was specifically designed to simulate the conditions under which you will take the USMLE Step 1 Exam.

In short, Saba University is committed to doing everything possible to help ensure your success on this all-important exam. Saba University students' 99%* USMLE Step 1 first-time pass rate speaks for itself.

*2015-2019 average

Begin your medical journey

Saba University School of Medicine © 2020

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                     R3S00012776