# EXHIBIT 15

The Wayback Machine - https://web.archive.org/web/20170813233117/http://saba.edu:80/academics/basic-sciences-curric...

menu

- Home
- Accreditation & Approvals
- About Us
- Admissions
- Open Houses
- Academics
- Student Life
- Our Graduates
- For Alumni
- Contact Us
- Blog

Saba University School of Medicine

- Search
- Gainful Employment
- Student Consumer Information

- Home
- About Us
- Admissions
- Academics
- Student Life
- Our Graduates
- For Alumni
- Contact Us
- Blog

+

- Academics
    - Basic Sciences Curriculum
        - USMLE Step 1 Exam Prep
        - Learning Facilities
    - Research Module
    - Clinical Medicine Curriculum
        - Hospital Affiliations
    - Other Programs
    - Our Faculty
        - Faculty
        - Administration
    - Academic Calendar
    - Course Catalog

Search Search ...   Search

- Home
- Academics
- Basic Sciences Curriculum
- USMLE Step 1 Exam Prep

# USMLE Step 1 Exam Prep

"Saba's pass rates are extremely high—at the 99th percentile. Among my friends, all of us scored above the national average."

—Harold Watson, MD

2015 Saba Graduate
Residency: Orlando Health

Preparation for the USMLE Step 1 Exam is an important part of the Saba University Basic Sciences curriculum.

The USMLE Step 1 Exam is widely considered one of the most difficult of all professional licensing evaluations, comprising about 350 multiple-choice questions in seven one-hour test blocks.

The university provides extensive preparation in a fifth semester course titled "Foundations of Clinical Medicine". At the beginning of this course, you are given a diagnostic pretest to help identify problem areas and individualize learning goals. At the end of the course, you are administered a full-length simulated comprehensive exam. This exam takes place in a state-of-the-art test center on the Saba campus that was specifically designed to simulate the conditions under which you will take the USMLE Step 1 Exam.

In short, Saba University is committed to doing everything possible to help ensure your success on this all-important exam. Saba University students' 99% USMLE Step 1 first-time pass rate speaks for itself.

- Academics
  - Basic Sciences Curriculum
    - USMLE Step 1 Exam Prep
    - Learning Facilities
  - Research Module
  - Clinical Medicine Curriculum
    - Hospital Affiliations
  - Other Programs
  - Our Faculty
    - Faculty
    - Administration
  - Academic Calendar
  - Course Catalog

Research That Leads to Residencies

PLAY VIDEO

Research That Leads to Residencies

PLAY VIDEO

## CANADIAN?

### See why Saba's the right choice.

Saba University School of Medicine
P.O. Box 1000
Saba, Dutch Caribbean
599-416-3456
978-862-9600
Contact Admissions

- Home

- About Us
- Admissions
- Academics
- Student Life
- Our Graduates
- For Alumni
- Contact Us
- Course Catalog

- mySaba
- Forms
- Employment
- Student Consumer Information
- Gainful Employment
- FAQs
- News & Events
- Privacy Policy
- Webinar

Copyright ©2015 Saba University School of Medicine. All Rights Reserved.