# EXHIBIT 17

# SABA UNIVERSITY SCHOOL OF MEDICINE

# EDUCATING MDs IS OUR MISSION



### ADMISSIONS OPEN HOUSE
### JACKSONVILLE

**November 7, 2018**
**Wednesday**
5:30-6:45 PM

**JACKSONVILLE MARRIOTT**
4670 Salisbury Road
Jacksonville

## Find Your Edge at Saba

### 100% USMLE STEP 1

Each year, virtually every Saba student passes the USMLE Step 1 on their first attempt. In 2017, Saba's first-time pass rate was a perfect 100%. That's an achievement unmatched by any other international medical school.

### RESIDENCY RESULTS: 94%

Saba's success continues into residencies: our graduates consistently earn coveted positions at top medical centers giving Saba a leading placement rate: From 2013 to 2018, 94% of eligible Saba graduates attained a residency.

### PRACTICE ANYWHERE

Approvals/Recognitions in New York, California, and Florida—and the only international medical school with European accreditation—mean that with a Saba degree you can practice anywhere.

### MAKING MEDICAL EDUCATION AFFORDABLE

Saba University has always been committed to making a top-quality medical education affordable, offering a tuition that's 30% to 40% below comparable schools, while maintaining the quality of our education. In addition, Saba is one of the few international schools eligible to participate in U.S. Federal Direct Loan programs.



### Launch Your Medical Career!

Saba has classes starting in January, May and September.

 **WEBINAR**

**Unable to make the Admissions Open House?**

Here's another great option: Watch our webinar—in less than 15 minutes you'll get an overview of our program of medicine.

View it any time on **saba.edu/admissions/watch-a-webinar**

Questions? Call the Saba Admissions Office at 978-862-9600 or email admissions@saba.edu