# EXHIBIT  20

Saba

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012527

**Paid Social - Conversion**

# Facebook ads



CA & US

Link



CA & US

Link



CA & US

Link

**Paid Social – Conversion**

# Facebook ads







Link

Link

Link

CA

US

CA & US

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012529

**Paid Social – R3MedSchool (Conversion)**

# Facebook ads



**US & CA**

**Link**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                R3S00012530

**Paid Social – Website RMK**

# Facebook ads



Link

US & CA

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012531

**Paid Social – Lead Remarketing (Start Your Application )**

# Facebook ads





<strong>US & CA</strong>

<strong>Link</strong>

<strong>US & CA</strong>

<strong>Link</strong>

**Note:** For Audience  who still need to start the application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012532

**Paid Social – App Remarketing (Continue Your Application)**

# Facebook ads







Link

US & CA

Link

CA & US

**Note:** For Audience who started but didn't complete the application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012533

**Paid Social – Conversion (Canadian Acceptance Campaign)**

# Facebook ads



CA

**Link**



CA

**Link**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Paid Social – Conversion (U.S. Campaign)**

# Facebook ads





US
Link

US
Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# PPC

## Google Ads - Conversion - Search – Brand & Competitor

Sponsored

 courses.saba.edu/saba/medical_school

98% USMLE Step 1 Pass Rate - Scholarships of up to $150K

Bridge Canada's Doctor Shortage and Become One with Saba - Residency Rate: 97%. Saba
offers a dedicated faculty, 24/7 gross anatomy lab and small classes. Inquire now. Degree
programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. 98% USMLE
Pass Rate.

Up to $105K Scholarships · Financial Aid

Sponsored

 courses.saba.edu/saba/medical_school

Admissions @ Saba Med School - Now enrolling for 2024

Study Medicine at Saba University School of Medicine and practice in the U.S. or Canada.
Become a Part of Saba's Strong American Alumni Community. Degree programs: Med Program,
Basic Sciences, Clinical Training. Financial Aid Available.

Join our Events · 2024 Admissions Open · 97% Residency Rate · Accredited by ACCM

Sponsored

 courses.saba.edu/saba/medical_school

Applications are open for May - Scholarships of up to $150K

Study Medicine at Saba University School of Medicine and practice in the U.S. or Canada.
Bridge Canada's Doctor Shortage and Become One with Saba - Residency Rate: 97%. Degree
programs: Med Program, Basic Sciences, Clinical Training. Financial Aid Available.

Join our Events · Financial Aid · Enroll for May 2024 term · 98% USMLE Pass Rate

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                           R3S00012536

# Google Ads - Conversions - Search – Brand & Competitor - RLSA

Sponsored

 courses.saba.edu/saba/medical_school

Intentionally small classes - Scholarships of up to $105K

Ready to become a Saba doctor? Earn top residencies at medical centers across U.S & Canada.
Start your application today and get an expedited decision within 2 working days.

Sponsored

 courses.saba.edu/saba/medical_school

Take the next step. Enroll - Scholarships of up to $150K

Ready to become a Saba doctor? Earn top residencies at medical centers across U.S & Canada.
Start your application today and get an expedited decision within 2 working days. 97%
Residency Rate.

2024 Admissions Open · Accredited by ACCM

Sponsored

 courses.saba.edu/saba/medical_school

Enroll at Saba's Med Program - Saba's Top Med Program

Are you serious about starting Med School? Choose Saba and Join +3K proud Saba graduates.
Ready to become a Saba doctor? Earn top residencies at medical centers across U.S & Canada.
Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. 98%
USMLE Pass Rate. Financial Aid Available.

97% Residency Rate · 98% USMLE Pass Rate

**Audience Targeting:**
We are targeting people who
previously visited landing
pages but didn't convert. The
time range for this audience is
set at 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012537

# Google Ads - Conversion - Search – Caribbean

Sponsored

 courses.saba.edu/saba/medical_school

Match in the U.S. or Canada - Top Caribbean Medical School
Be the Doctor Canada Needs with Saba - Up to $150K scholarships available. Canada needs doctors. Earn your med degree at Saba in the Caribbean. Let's talk. Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate.
Accredited by ACCM · 98% USMLE Pass Rate

Sponsored

 courses.saba.edu/saba/medical_school

Scholarships of up to $105K - Top Caribbean Medical School
The U.S. needs doctors. Earn your med degree at Saba in the Caribbean. Let's talk. Be the Doctor the U.S. Needs with Saba - Up to $105K scholarships available. Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. 98% USMLE Pass Rate.
Accredited by ACCM · 98% USMLE Pass Rate · Enroll for Jan 2024 term

Sponsored

 courses.saba.edu/saba/medical_school

Become a Doctor in the U.S. - Med School in the Caribbean
The U.S. needs doctors. Earn your med degree at Saba in the Caribbean. Let's talk. Be the Doctor the U.S. Needs with Saba - Up to $105K scholarships available. Degree programs: Med Program, Basic Sciences, Clinical Training. 98% USMLE Pass Rate. Financial Aid Available. 97% Residency Rate.
98% USMLE Pass Rate · 2024 Admissions Open · Financial Aid · Accredited by ACCM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012538

# Google Ads – Conversions - Search – Caribbean - RLSA

Sponsored

 courses.saba.edu/saba/medical_school

**Study at Saba in the Caribbean - 97% Residency Placement Rate**

Aspiring doctor in the U.S? Saba has 97% sustained residency attainment, 3 years running.
Make Saba your Caribbean Med School. Join smaller classes & a strong student network.
Degree programs: Med Program, Basic Sciences, Clinical Training. 98% USMLE Pass Rate.
Financial Aid Available.

2024 Admissions Open · 98% USMLE Pass Rate · Enroll for Jan 2024 term

Sponsored

 courses.saba.edu/saba/medical_school

**Study at Saba in the Caribbean - Intentionally small classes**

Study medicine in the Caribbean, practice in the U.S and CA. Inquire for a
consultation. Make Saba your Caribbean Med School. Join smaller classes & a strong
student network. 98% USMLE Pass Rate. Financial Aid Available. 97% Residency
Rate.

98% USMLE Pass Rate · Enroll for Jan 2024 term · Financial Aid · Accredited by ACCM



Sponsored

 courses.saba.edu/saba/medical_school

**Scholarships of up to $105K - Questions? Meet us at an event**

Make Saba your Caribbean Med School. Join smaller classes & a strong student network.
Aspiring doctor in the U.S? Saba has 97% sustained residency attainment, 3 years running.
Degree programs: Med Program, Basic Sciences, Clinical Training. 98% USMLE Pass Rate.

Financial Aid · 98% USMLE Pass Rate

**Audience Targeting:**
We are targeting people who
previously visited landing pages
but didn't convert. The time range
for this audience is set at 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Display Network

**Google Ads - Conversion - Display – Generic**









**Audience:**
- Custom Intent Audience
- Placements
- Age groups from 18 to 44.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                R3S00012540

# Display Network

## Google Ads – Remarketing - Display – Leads and Apps Remarketing

### Start Your App

### Continue Your App







**Audience Targeting:**  For the Start Your App campaigns, we are targeting people who have converted into a lead but have not yet started the application.

**Audience Targeting:** For the Continue Your App campaigns, we are targeting people who have started an application but haven't submit it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Discovery Network

**Google Ads - Conversion - Discovery – Generic**



Achieve Your Dreams at Saba. Aspiring doctor in the U.S.? Saba has 97% sustained residency attainment, 3 year...

Sponsored
 



Start Your Medical Program. Aspiring doctor in the U.S.? Saba has 97% sustained residency attainment, 3 year...

Sponsored
 



Canada Needs Doctors. Become a Part of Saba's Strong Canadian Alumni Community

Sponsored
 Saba Medical University



Canada Needs Doctors. Become a Part of Saba's Strong Canadian Alumni Community

Sponsored
 Saba Medical University

**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Placements
- Age groups from 18 to 44.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Discovery Network

### Google Ads – Remarketing - Discovery – Leads and Apps Remarketing

| Start Your App | Continue Your App |
|---|---|

 

 

**Audience Targeting:** For the Start Your App campaigns, we are targeting people who have converted into a lead but have not yet started the application.

**Audience Targeting:** For the Continue Your App campaigns, we are targeting people who have started an application but haven't submit it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012543

# Bing ads

## Brand



## Competitor



**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

| | PPC Search | PPC Display | PPC Discovery | PPC Video | Paid Social |
|---|---|---|---|---|---|
| Traffic | | | | | |
| Brand Awareness | | | | https://courses.saba.edu/discover-what-makes-saba-different | |
| Conversion | • https://courses.saba.edu/discover-what-makes-different-rank-one<br>• https://courses.saba.edu/medical-degree-canadian-applicants<br>• https://courses.saba.edu/medicine-caribbean-v1 | • https://courses.saba.edu/start-med-school-usa<br>• https://courses.saba.edu/start-med-school-canada<br>• https://courses.saba.edu/medical-degree-american-applicants | • https://courses.saba.edu/medical-degree-canadian-applicants | | https://courses.saba.edu/start-med-school-canada?<br><br>https://courses.saba.edu/start-med-school-usa?<br><br>https://courses.saba.edu/medical-degree-canadian-applicants-meta?<br>https://courses.saba.edu/medical-degree-american-applicants-meta?<br>https://courses.saba.edu/saba-university-school-of-medicine? |
| Website Remarketing | https://courses.saba.edu/future-doctor | | | | https://courses.saba.edu/discover-what-makes-saba-different? |
| Leads Remarketing | | | | | https://r3education.force.com/saba/s/login/SelfRegister? |
| Applications Remarketing | | • https://courses.saba.edu/continue-your-application<br>• https://courses.saba.edu/start-med-school-canada<br>• https://r3edu.my.site.com/saba/s/login/SelfRegister | • https://courses.saba.edu/continue-your-application<br>• https://courses.saba.edu/start-med-school-canada<br>• https://courses.sab | | https://courses.saba.edu/continue-your-application? |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER