# EXHIBIT 21



P-000840