# EXHIBIT 23

**From:** Don Donahue on behalf of Don Donahue <d.donahue@r3education.com>
**Sent:** Wednesday, October 7, 2020 3:34 PM
**To:** Sabastian Dyer
**Subject:** Re: R3 Progression rate percentages

The whole period. No school wants to talk about this. Students believe it is schools fault when they fail. Unfortunately, this comes with the territory.

On Wed, Oct 7, 2020, 1:31 AM Sabastian Dyer <sabastian.dyer@gus.global> wrote:

Hi Don,

Richard passed this on and I'm just doing the competitor analysis – when med schools talk about attrition rates, they refer to the whole period of study, or just up to before USMLE?

What would our attrition rates be for MUA, Saba and SMU?

Best,

Sab


**Sabastian Dyer**
Head of Marketing
**Global UniversitySystems**
30 Holborn
Buchanan House, London, EC1N 2LX,
**Direct:** +44 (0) 20 3750 4078
**Switchboard:** +44 (0)20 3435 4455
**Email:** sabastian.dyer@gus.global
**Web:** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** Richard Fitzgerald <richard.fitzgerald@gus.global>
**Sent:** 23 April 2020 09:04

**To:** Sabastian Dyer <sabastian.dyer@gus.global>
**Subject:** R3 Progression rate percentages

Hi Sab,

Hope you're doing well.

Attached is the % progression rates for R3 by semester.

Best,

Rich

R3S00012688