# EXHIBIT 25

**From:** d.donahue@r3education.com
**Sent:** Friday, March 13, 2020 2:03 PM
**To:** John Marvin
**Subject:** FW: Standard Questions/Concerns, and Answers with a few Canadian nuggets

John, Joan's word for mac isn't working.  See below.  It's in an email

**From:** Joan Carter <j.carter@r3education.com>
**Sent:** Friday, March 13, 2020 8:53 AM
**To:** Don Donahue <d.donahue@r3education.com>
**Subject:** Re: Standard Questions/Concerns, and Answers with a few Canadian nuggets


Standard Questions and Concerns/Answers
Question:
Is Saba a legitimate medical school and will I get an MD if I go there?
Answer:
Yes, Saba is a fully accredited and approved medical school, and has been educating students to become medical doctors for over 25 years. Saba MDs are practicing in every field of medicine across the U.S and Canada.
Question:
I am looking at alot of medical schools. Remind me which one Saba is again?
Answer:
Saba is a fully accredited medical school located on the Dutch island of Saba. Saba graduates are practicing medicine across the US and Canada in every field of medicine, from family medicine to surgery.
Question:
I read some bad things online about the school, like attrition.
Answer:
Unfortunately online information is not always accurate so we think it is important to stick with facts. As in any medical school environment, you will have your best chance of success in an environment that fosters consistent interaction among students and professors in a supportive and collaborative classroom. Saba teaches medicine in classes that range from 60-80 students, and questions and answers are a key component of the classroom experience. Professors are available before and after class and most weekends to assist students and make sure they are successful. There is a strong tradition of mentoring as well among the student body and all the support necessary to make students successful.
While this is, and has always been Saba's philosophy we cant speak to other larger and more impersonal schools in the Caribbean.
Question:
Do you get alot of hurricanes at Saba?
Answer:
Saba is a small and pristine Dutch island and as a result of the island topography has not endured any notable damage from storms that may have passed over the island.
Question:
Thanks, but I am going to look at XYZ school instead?
Answer:
Sure, and it is important to do research and keep all your options open. Where you choose to go to medical school is a big decision. May I ask where else you are looking, and what factors you are taking into consideration? I can be a resource in general for you.
Question:
Thanks, but I dont really have any questions right now. Answer:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                    R3S00012691

Ok no problem. Just want you to know that I can be a resource for you. May I ask if you are still looking to apply to medical school in the near future, or have your plans gone in a different direction?
Question:
Yes, I plan to apply in the near future. Just not sure about your school? Answer:
Got it. I understand that you might have questions about schools as you do your research. Let me share with you that Saba is a fully accredited and approved medical school, and has been educating students to become medical doctors for over 25 years. Saba MDs are practicing in every field of medicine across the U.S and Canada. Would you feel more comfortable speaking directly with someone in the admissions department about the school?
Question:
I am not sure I could get into your school? Answer:
Saba looks at each applicant holistically, taking into account not only test scores and GPAS but also your clinical experience, your letters of recommendation, your personal statement and your desire to practice medicine. If you would like I am happy to connect you with an admissions representative who can do an initial evaluation for you?
Question:
I heard Caribbean medical schools are really expensive? Answer:
Interestingly, Saba's tuition is lower than the average U.S. medical school tuition, and among the least expensive of the fully accredited Caribbean medical schools. Saba's philosophy for over 25 years has always been to maintain an affordable tuition while providing an excellent medical education.
Question:
I dont think I can afford to go to medical school? Answer:
Saba University School of Medicine has been approved to participate in the Federal Student Loan Program, and therefore as a US. citizen or an eligible non-citizen you can apply for a loan to fully fund your medical school tuition at Saba.
Question:
I am a Canadian and I am concerned that I wont be able to afford the tuition?
Answer:
We understand your financial concerns. Interestingly, Saba's tuition is lower than the average U.S. medical school tuition, and among the least expensive of the fully accredited Caribbean medical schools. Canadian students like you are eligible for federal loans in your province. In addition, numerous banks including CIBC, RBC, TD and BOM provide student lines of credit to supplement these loans. Lastly, you may be eligible to apply for the Saba Canadian Merit Scholarship which will help you with financing your education.
Question:
I am Canadian and just met a graduate from Saba but dont know much about this school. What can you tell me about Saba as a Canadian?
Answer:
Saba historically has been the school of choice for Canadians seeking their medical education outside of Canada. Each incoming class at Saba is close to 50% Canadian on average, and the school's reputation is well established in Canada. Saba has a very strong track record of residency placements in Canada, and there are Saba graduates throughout the country practicing in every field of medicine.

> On Mar 13, 2020, at 9:05 AM, <d.donahue@r3education.com> <d.donahue@r3education.com> wrote:
>
> Do you have this in word to share with St Matthews?
>
> **From:** Joan Carter <j.carter@r3education.com>
> **Sent:** Thursday, March 12, 2020 5:59 PM
> **To:** Don Donahue <d.donahue@r3education.com>
> **Subject:** Standard Questions/Concerns, and Answers with a few Canadian nuggets

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                          R3S00012692