# EXHIBIT 28

| | |
|---|---|
| **Message** | |
| **From**: | Saba University School of Medicine [admissions@saba.edu] |
| **Sent**: | 7/26/2019 9:34:04 AM |
| **To**: | norti044@fiu.edu |
| **Subject**: | How a Saba Doctor Helped Make Surgical History in Canada |



# Making Surgical History in Canada

The announcement of Canada's first successful hand transplant operation had special meaning for Saba University School of Medicine. Giancarlo McEvenue MD, a Saba grad, was a member of the team of surgeons who took part in this landmark achievement in Canadian medicine.

McEvenue was an honours graduate of the University of Toronto before heading to Saba for his medical degree. His dream was to come back to Canada and make a difference as a physician. And that's exactly what happened.

Learn more about Giancarlo and the many other Saba graduates who are making a difference in the lives of thousands of patients.

**Graduate Profiles**

Saba University is the only international medical school with a 99% first-time USMLE pass rate, outstanding residency placement and the approvals that enable our students to practice across the US and Canada.

Saba is now accepting applications. We have three start dates through the year: January, May and September. Are you ready to join the thousands of physicians who proudly call themselves Saba doctors?

**Learn More**

Saba University School of Medicine | P.O. Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

P-000223



Copyright ©2019 Saba University School of Medicine | Privacy Policy | Gainful Employment

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000224