# EXHIBIT 29

Message

**From**: Saba Events [events@saba.edu]
**Sent**: 5/29/2019 12:10:02 AM
**To**: norti044@fiu.edu
**Subject**: Meet with us beginning next week




REGISTER NOW
Meet with SABA at a city near you



EDUCATING MDs IS OUR MISSION

For 25+ years, students have been coming to Saba University School of Medicine for a simple reason: **At Saba, Your Education Comes First.**

With this single-minded focus on the success of our students, Saba achieves results other schools simply can't match:

- The average USMLE Step1 pass rate for the past five years for Saba Students is >99%
- 94% of grads obtain US or Canadian Residencies (among eligible graduates between 2013 -18)
- Approvals and recognition that enable Saba graduates to practice in all 50 US states and the 10 provinces of Canada

**Saba's entire Open House schedule, including location, dates and registration,** can be viewed here.

This is the best way to get a first-hand introduction to our curriculum, faculty, campus, clinical program and more.

Take advantage of this opportunity to meet with our Admissions Team and learn about openings in our upcoming semesters.



# SUMMER OPEN HOUSE DATES

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

## Orlando, FL

REGISTER NOW

**Orlando Airport Marriott Lakeside**
**7499 Augusta National Dr**
**June 5, 2019 | 7:30-8:30 PM**

## Miami, FL

REGISTER NOW

**Miami Marriott Biscayne Bay**

**1633 N Bayshore Dr**

**June 6, 2019 | 7:30-8:30 PM**

## Carlsbad, CA

REGISTER NOW

**Westin Carlsbad Resort**

**5480 Grand Pacific Dr**
**Tuesday, June 25, 2019 | 6:00-7:15pm**

# Los Angeles, CA

REGISTER NOW

**Westin Los Angeles Airport**

**5400 W Century Blvd**

**Thursday, June 27, 2019 | 6:00-7:15pm**

[illegible]

[illegible]

## Residencies

[illegible]

## Financing

[illegible]

## Curriculum

Saba graduates consistently earn residencies at a rate on par with U.S. medical schools and significantly outpacing graduates of other international medical schools.

Saba is one of the select few international schools approved for U.S. Federal Student Loans and in Canada for provincial loans.

Saba's curriculum, structured to US/Canadian standards, is taught in a close-knit community with extensive one-on-one interaction with your professors.

**Launch Your Application to Saba**

**Questions?**
Email admissions
or call us at (978) 862-9600

---

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Rd, Devens, MA, 01434, United States