# EXHIBIT 32

Message
--- 
**From**: Saba University School of Medicine [admissions@saba.edu]
**Sent**: 7/5/2019 9:35:08 AM
**To**: norti044@fiu.edu
**Subject**: Saba University Is Your Big Advantage!





Saba's 100% first-time pass rate on the USMLE Step 1 outperforms most medical schools—and is the clear leader among international schools.



Saba gets you where you want to go: from 2013-2018, 94% of eligible Saba grads attained residency and are currently practicing across the U.S. and Canada.



For an idea of where you can go with a medical degree from Saba look no further than the top appointment Saba graduates earned in 2018 at Cleveland Clinic (Orthopedic Surgery), MedStar/Johns Hopkins (General Surgery), University of Ottawa (Head & Neck Surgery, Bridgeport Hospital/Yale (Internal Medicine) and other top institutions. See the complete **list** here.



Take advantage of Saba's reputation and experience gained over more than 25 years of educating doctors—a proven environment for medical education that puts you and your success first.





Saba University School Of Medicine | P.O Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

Copyright 2018 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000318