# EXHIBIT 34

| | |
|---|---|
| **Message** | |
| From: | Admission [do-not-reply@saba.edu] |
| Sent: | 11/2/2018 10:02:31 PM |
| To: | norti044@fiu.edu |
| Subject: | Saba University School of Medicine |



Thank you for your interest in **Saba University School of Medicine** -- a school known for its academic excellence and graduate achievement.

- Each year, virtually **every Saba student passes the USMLE** on their first attempt -- an unprecedented achievement unmatched by any other international medical school.
- And our graduates **consistently earn** coveted residencies, significantly outpacing the placement rate of other international medical schools.

Our website (www.saba.edu) can provide you with the information you need on our curriculum, campus, faculty, tuition, admissions requirements, recent residency placements and more.

- Download the Saba Viewbook.
- View the Saba Webinar; it takes less than 15 minutes. Register Here.
- Apply now: Click Here to apply for any of our three upcoming semesters: September, January and May.

Feel free to reach out to the Admissions Department—we are here to help you every step of the way.

Yours truly,   Chris Cebula
Director of Admissions
Saba University School of Medicine
978-862-9600
admissions@saba.edu