# EXHIBIT 35

Message

**From**: Saba University School of Medicine [admissions@saba.edu]
**Sent**: 6/16/2019 9:35:05 AM
**To**: Norti044@fiu.edu
**Subject**: The First Step to a Saba MD!

APPLY NOW  LEARN MORE

For more than 25 years, we've built a reputation as one of the world's leading international medical schools, based on our commitment to providing future physicians with a top-quality medical education.

It's a mission we've lived up to, with a 100**% USMLE Step 1 first-time pass rate** and residency placements at some of the most prestigious and competitive teaching hospitals in North America.

Our approach is simple and effective. Saba gets you "thinking like a Doctor" from the moment you step foot on campus. We offer:

* Small class sizes with more extensive student-teacher interaction

* A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

* Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

* Small class sizes with more extensive student-teacher interaction

* A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

* Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

We also believe in starting your clinical skills early and developing your research muscle through our unique Research Literature and Analysis program (RLRA) in your fourth semester. All this leads to creating Saba Doctors who are ready to show their worth in residencies from the moment they walk through the door.

Fill out your Application. We have three start dates: January, May and September. It will just take a few minutes, but it could be the most important step in becoming the doctor you wish to be!





Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States