UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>    *Plaintiff*,<br><br>v.<br><br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br>    *Defendants*. | 1:23-cv-12002-WGY<br>**CLASS ACTION** |

### DECLARATION OF ALEXANDER S. ELSON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Alexander S. Elson, declares as follows:

1. I am vice president and cofounder of the National Student Legal Defense Network ("Student Defense"), am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The facts set out in this Declaration are based upon my personal knowledge and pursuant to 28 U.S.C. § 1746.

2. Along with my co-counsel, Margaret M. Siller at Maynard Nexsen PC and Patrick T. Egan of Berman Tabacco, I represent Plaintiff Natalia Ortiz ("Plaintiff" or "Ms. Ortiz") in the above-captioned action. I make this Declaration in support of Ms. Ortiz's Motion for Class Certification, the appointment of Ms. Ortiz as Class Representative, and the appointment of Ms. Ortiz's counsel as Class Counsel ("Motion").

## QUALIFICATIONS AND EXPERIENCE

3.  I am licensed to practice law in the State of New York and the District of Columbia. I am also duly admitted to appear before the United States District Court for the District of Columbia, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York. I have been admitted to appear before this Court *pro hac vice*.

4.  I graduated from Washington University School of Law in May 2009 and was admitted to the bar of New York State in February 2010. From 2009-2011, I was a litigation associate at Paul, Weiss, Rifkind Wharton & Garrison, LLP in New York City. From 2011-2012, I served as a law clerk to the Honorable Charles R. Norgle on the United States District Court for the Northern District of Illinois. Following my clerkship, I returned to Paul, Weiss, Rifkind Wharton & Garrison, LLP where I continued to serve as a litigation associate until September of 2015, when I moved to Washington D.C. to work as an attorney in the Enforcement Unit at the United States Department of Education ("Department"), Office of Federal Student Aid ("FSA"). At FSA, I helped established the borrower defense unit, to implement the Department's authority to provide student loan relief to student loan borrowers who were subject to unlawful deception and other similar acts by their colleges. I remained employed by the Department until January 2018, when I joined Student Defense.

5.  In my nearly fifteen years of legal practice, I have worked on a diverse range of complex litigation matters, including but not limited to consumer protection class actions, actions under the Administrative Procedure Act ("APA") relating to the Department's implementation of the Higher Education Act, as well as securities, employment discrimination, insurance fraud, contract, civil rights, prisoners' rights, asylum, fair housing, and school funding cases. I have also

served as an adjunct professor for Washington University School of Law's externship program in New York City.

6. Student Defense is a not-for-profit organization, recognized by the Internal Revenue Service as tax exempt under section 501(c)(3) of the Internal Revenue Code, that, *inter alia*, provides legal advice and representation to students and former students to ensure that higher education provides a launching point to economic mobility.

7. Counsel at Student Defense, including the undersigned, have extensive experience representing students in class action consumer protection cases against institutions of higher education. Student Defense currently represents students in the following proposed class action lawsuits: *Dunagan v. Illinois Institute of Art-Chicago*, No. 1:19-cv-809 (N.D. Ill. notice of removal filed on Feb. 7, 2019); *Favell, et al., v. University of Southern California, et al.*, No. 2:23-cv-00846-SPG-MAR (C.D. Cal. notice of removal filed Feb. 3, 2023); *and Lopez v. Cal. Inst. of Tech., et al.,* No. CGC-23-607810 (Cal. Sup. Ct. filed on July 20, 2023). Student Defense attorneys also previously represented classes of students in *Detmer, et al. v. La'James College of Hairstyling, et al.*, LACL147597 (Polk County, Iowa filed on March 20, 2020) (settlement class approved and upheld by Iowa Court of Appeals) and *Carroll et al. v. Walden University, LLC et al.* No. 1:22-cv-00051-ELH (D. Md. filed on Jan. 7, 2022) (settlement class preliminarily approved for purposes of settlement).

8. Student Defense's attorneys, including the undersigned, also have extensive experience in putative class-action and APA litigation on behalf of students or student loan borrowers against the United States Department of Education including: *Barber v. DeVos*, No. 1:20-cv-1137 (CJN) (D.D.C. filed on April 30, 2020); *Passut v. DeVos*, No. 1:19-cv-1606 (RBW) (D.D.C. filed on June 3, 2019); *Infusino v. DeVos*, No. 1:19-cv-3162 (D.D.C. filed on Oct. 22,

2019) and *Blanchette v. DeVos*, No. 1:19-cv-1775 (D.D.C. filed on June 18, 2019), and represented individual students in *Armour v. DeVos*, No. 1:19-cv-2556 (D.D.C. filed on Aug. 23, 2019) and *Gold v. DeVos*, No. 1:18-cv-2706 (D.D.C. filed on Nov. 11, 2018).

9. Counsel at Student Defense has also represented organizations challenging, under the APA, unlawful agency actions that have harmed postsecondary students and/or student loan borrowers including: *Weingarten v. DeVos*, No. 1:19-cv-2056 (D.D.C. filed on July 11, 2019); *American Federation of Teachers v. DeVos*, No. 5:20-cv-00455-EJD (N.D. Cal. filed on Jan. 22, 2020); *National Education Association v. DeVos*, No. 3:18-cv-5173 (N.D. Cal. filed on Aug. 23, 2018); and *Housing and Economic Rights Advocates v. DeVos*, No. 3:18-cv-6854 (N.D. Cal. filed on Nov. 13, 2018).

## SABA LITIGATION

10. Since the inception of this case, I have been personally involved in identifying and investigating the claims asserted in this case, and my organization has exhausted considerable resources to (a) investigate and verify the claims and defenses at issue; (b) review publicly available information about Defendants; (c) prepare a comprehensive Class Action Complaint; (d) research and briefing to oppose Defendants' motion to dismiss; (e) draft discovery and discovery responses; and (f) obtain and commence review of a significant number of produced documents.

11. Student Defense has prosecuted and will continue to prosecute this action vigorously on behalf of Plaintiff and the proposed class, representing the interests of the class fairly and adequately, and will commit the resources necessary to resolve this case on the best terms possible for members of the class.

I declare that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: June 7, 2024

_____
Alexander S. Elson