UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br>1:23-cv-12002-WGY<br>CLASS ACTION |

### DECLARATION OF PATRICK T. EGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Patrick T. Egan, being duly sworn, deposes and says under penalty of perjury:

1. I am an attorney admitted to practice in this Court and a partner in the Boston office of Berman Tabacco. I am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in this Declaration is based upon my personal knowledge and pursuant to 28 U.S.C. § 1746.

2. Along with my co-counsel, Margaret M. Siller at Maynard Nexsen PC and Alexander S. Elson at the National Student Legal Defense Network ("Student Defense"), I represent Plaintiff Natalia Ortiz ("Plaintiff" or "Ms. Ortiz") in the above-captioned action. I make this Declaration in support of Ms. Ortiz's Motion for Class Certification, the appointment of Ms. Ortiz as Class Representative, and the appointment of Ms. Ortiz's counsel as Class Counsel ("Motion").

1

3. Since the inception of this case, I have been personally involved in identifying and investigating the claims asserted in this case and my firm has exhausted considerable resources to (a) investigate the claims and defenses at issue; (b) review publicly available information about Defendants; (c) prepare a comprehensive Class Action Complaint ("Complaint"); (d) research and brief opposition Defendants' motion to dismiss; (e)€ prepare discovery and discovery responses; and (f) obtain and commence review of discovery.

4. Berman Tabacco has prosecuted and will continue to prosecute this action vigorously on behalf of Ms. Ortiz and the proposed class, representing the interests of the class fairly and adequately, and will commit the resources necessary to resolve this case on the best terms possible for members of the class.

5. As detailed in my firm's resume (attached hereto as **Exhibit A**), Berman Tabacco has been prosecuting complex class actions, like this one, since 1982.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: June 7, 2024                             /s/ *Patrick T. Egan*