# EXHIBIT A



## THE FIRM

Berman Tabacco is a national law firm with 33 attorneys located in offices in Boston and San Francisco. Since its founding in 1982, the firm has devoted its practice to complex litigation, primarily representing plaintiffs seeking redress under U.S. federal and state securities, antitrust and consumer laws.

Berman Tabacco is rated AV Preeminent® by *Martindale-Hubbell*®.  *Benchmark Litigation* ranked the firm as a *Top Ten Plaintiffs' Firm* for its work "on behalf of individuals and institutions who have suffered financial harm due to violations of securities or antitrust laws" for the 8th consecutive year (2017-2024).  *Benchmark Litigation* also ranked the firm as *Highly Recommended* in 2024—the 13th consecutive time the firm has received that distinction.[1]  *The Legal 500* also ranked the firm as *recommended* in securities litigation in its 2017-2023 U.S. editions and as *recommended* in antitrust litigation in its 2019-2023 U.S. editions, noting in 2019 that the firm is known for its "soup-to-nuts excellence, from legal analysis through to trial preparation and trial," and that clients had noted that the firm makes a "very comprehensive effort, with no stone left unturned."  In 2020, *The Legal 500* reported client praise for Berman including that the firm has "[a]n excellent team from top to bottom. It provides superb responsiveness and is able to dig in hard at a moment's notice." And further that, the team is "always prepared and [has] deep knowledge of the issue. It is a pleasure to observe a team that so well coordinated."  Additionally, *Chambers USA* recognized the firm in its *Securities Litigation – Mainly Plaintiff* category (2021-2023) in both its *USA Nationwide* and *California* editions.  The firm was previously recognized by *Chambers USA* in the same category in 2017 and 2018 in its *USA Nationwide* edition.  Berman Tabacco was also recognized in both securities and antitrust litigation by *U.S. News & World Report—Best Lawyers* in the thirteenth Edition of the *Best Law Firms* rankings (2023 ed.) and was previously recognized in antitrust (2019-2022) and securities (2020-2022) litigation. Berman Tabacco's lawyers are frequently singled out for favorable comments by our clients, presiding judges and opposing counsel.

## SECURITIES LITIGATION PRACTICE

Berman Tabacco has over 40 years of experience in securities litigation and has represented public pension funds and other institutional investors in this area since 1998.  Berman Tabacco's attorneys have prosecuted hundreds of class actions, recovering over $15 billion on behalf of the firm's clients and the classes they represented.  As reported by Cornerstone Research, the firm has successfully prosecuted some of the most significant shareholder class action lawsuits.[2]  Indeed, the firm appears as among the firms with the most settlements on the list of the top 100 largest securities class actions in SCAS' published report, *Top 100 U.S. Class Action Settlements of All Time (as of 12/31/2022).*[3]  According to ISS Securities Class Action Services "Top 50 for 2015" report, Berman Tabacco was one of only six firms that recovered

---

[1] *See* https://www.benchmarklitigation.com/Firm/Berman-Tabacco-California/Profile/109234#review.

[2] Cornerstone Research, *Securities Class Action Filings: 2011 Year in Review* (2012), p. 23, *available at* http://securities.stanford.edu/research-reports/1996-2011/Cornerstone-Research-Securities-Class-Action-Filings-2011-YIR.pdf.

[3] *Top 100 U.S. Class Action Settlements of All Time as of December 31, 2022*, pp. 15, 21 (ISS SCAS 2023), https://www.bermantabacco.com/wp-content/uploads/2023/01/SCAS-Top-100-US-Settlements-of-All-Time-as-of-2022-12-31.pdf.



more than half-a-billion dollars for investors in 2015.[4]  SCAS similarly ranked the firm among the few that obtained over half-a-billion in settlements in 2004 and 2009, and ranked the firm 3rd in terms of settlement averages for class actions in 2009, 2010 and 4th in 2004 (SCAS ceased rankings according to settlement sizes in 2012).  In addition to financial recoveries, the firm has achieved significant changes in corporate governance and business practices of defendant companies.

Specifically, the firm has been appointed lead or co-lead counsel in more than 100 actions, recovering billions of dollars on behalf of defrauded investors and the classes they represent under the Private Securities Litigation Reform Act of 1995 ("PSLRA").  The firm has an extremely rigorous case-evaluation process and highly experienced litigation attorneys.  Its dismissal rate for cases brought under the PSLRA is less than 20%, which is less than half the overall dismissal rate for such cases reported by one authoritative study.[5]

Berman Tabacco serves as monitoring, evaluation and/or litigation counsel to nearly 100 institutional investors, including statewide plans in more than 16 states, 17 public funds with more than $50 billion in assets, six of the 10 largest public funds in the country and 10 of the largest 20.[6]  For many institutional investors, the firm's services include electronically monitoring the client's portfolio for losses due to securities fraud in U.S. securities cases.

The firm provides portfolio monitoring, case evaluation and litigation services to its institutional clients, including the litigation of class and individual claims pursuant to U.S. federal and state securities laws, as well as derivative cases pursuant to state law.  The firm also offers institutional investors legal services in other areas, including (a) representing institutional investors in general commercial litigation; (b) representing institutional investors in their capacity as defendants in constructive fraudulent transfer cases; (c) negotiating resolution of disputes with money managers and custodians; and (d) pursuing shareholder rights, such as books and records demands and merger and acquisition cases.

---

[4] ISS's report "lists the top 50 plaintiffs' law firms ranked by the total dollar value of the final class action settlements occurring in 2015 in which the law firm served as lead or co-lead counsel."  ISS Securities Class Action Services, *Top 50 for 2015*, at p. 4 (May 2016), https://www.bermantabacco.com/wp-content/uploads/2018/05/scastop502015.pdf.

[5]  Firm data reflects dismissal rates through present.  Overall dismissal rates come from *Securities Class Action Filings: 2022 Year in Review*, pp. 22, 34 (Cornerstone Research 2023), https://www.cornerstone.com/wp-content/uploads/2023/01/Securities-Class-Action-Filings-2022-Year-in-Review.pdf.

[6] Based on a March 2023 query of the Standard & Poor's *Money Market Directories*, whereby public pension funds were ranked according to defined benefit assets under management.  Actual valuation dates vary.



Firm Resume

## SECURITIES LITIGATION RESULTS

Examples of the firm's settlements include:

*Carlson v. Xerox Corp.*, No. 00-cv-1621 (D. Conn.).  Representing the Louisiana State Employees' Retirement System as co-lead counsel, Berman Tabacco negotiated a $750 million settlement to resolve claims of securities fraud against Xerox, certain top officers and its auditor KPMG LLP.  When it received final court approval in January 2009, the recovery was the 10th largest securities class action settlement of all time.  The judge praised plaintiffs' counsel for obtaining "a very large settlement" despite vigorous opposition in a case complicated by an alleged fraud that "involved multiple accounting standards that touched on numerous aspects of a multinational corporation's business, implicated operating units around the world, and spanned five annual reporting periods. … [and] the rudiments of the accounting principles at issue in the case were complex, as were numerous other aspects of the case. … The class received high-quality legal representation and obtained a very large settlement in the face of vigorous opposition by highly experienced and skilled defense counsel."

*In re IndyMac Mortgage-Backed Litigation*, No. 09-cv-4583 (S.D.N.Y.).  Representing the Wyoming State Treasurer's Office and the Wyoming Retirement System as lead plaintiffs, Berman Tabacco achieved settlements totaling $346 million in a case regarding the securitization and sale of mortgage-backed securities ("MBS") by IndyMac Bank and related entities.  In February 2015, the court approved a $340 million settlement with six underwriters of IndyMac MBS offerings, adding to a previous $6 million partial settlement and making the total recovery one of the largest MBS class action settlements to date.  This settlement is extraordinary, not only because of its size but also because $340 million of the settlement amount was paid entirely by underwriters who had due diligence defenses.  In most other MBS cases, by contrast, plaintiffs were able to recover the settlement fund monies from the issuing entities, who are held to a strict liability standard for which there is no due diligence defense.  (The issuer in this action, IndyMac Bank, is no longer in existence.)

*In re Bristol-Myers Squibb Securities Litigation*, No. 02-cv-2251 (S.D.N.Y.).  Berman Tabacco represented the Fresno County Employees' Retirement Association and Louisiana State Employees' Retirement System as co-lead plaintiffs and negotiated a settlement of $300 million in July 2004.  At that time, the settlement was the largest by a drug company in a U.S. securities fraud case.

*In re The Bear Stearns Cos. Inc. Securities, Derivative and ERISA Litigation*, Master File No. 08-MDL No. 1963/08 Civ. 2793 (S.D.N.Y).  Berman Tabacco acted as co-lead counsel for court-appointed lead plaintiff the State of Michigan Retirement Systems in this case arising from investment losses suffered in the Bear Stearns Companies' 2008 collapse. The firm negotiated $294.9 million in settlements, comprised of $275 million from Bear Stearns and $19.9 million from auditor Deloitte & Touche LLP. The settlement received final approval November 9, 2012.  At the time, the settlement for $294.9 million represented one of the 40 largest securities class action settlements under the PSLRA.  This is particularly significant in light of the fact that no government entity had pursued actions or claims against Bear Stearns or its former officers and directors related to the same conduct complained of in the firm's action.

*In re El Paso Securities Litigation*, No. H-02-2717 (S.D. Tex.).  Representing the Oklahoma Firefighters Pension and Retirement System as co-lead plaintiff, Berman Tabacco helped negotiate a settlement totaling



Firm Resume

$285 million, including $12 million from auditors PricewaterhouseCoopers.  The court granted final approval of the settlement in March 2007.

*California Public Employees' Retirement System v. Moody's Corp.*, No. CGC-09-490241 (Cal. Super. Ct. San Francisco Cty.).  As sole counsel representing the California Public Employees' Retirement System (CalPERS), the firm obtained a combined $255 million settlement with the credit rating agencies Moody's and Standard & Poor's to settle CalPERS' claim that "Aaa" ratings on three structured investment vehicles were negligent misrepresentations under California law.  In addition to achieving a substantial recovery for investment losses, this case was groundbreaking in that (a) the settlements rank as the largest known recoveries from Moody's and S&P in a private lawsuit for civil damages, and (b) it resulted in a published appellate court opinion finding that rating agencies can, in certain circumstances, be liable for negligent misrepresentations under California law for their ratings of privately-placed securities.

*In re Centennial Technologies Securities Litigation*, No. 97-cv-10304 (D. Mass.).  Berman Tabacco served as sole lead counsel in a class action involving a massive accounting scandal that shot down the company's high-flying stock.  Berman Tabacco negotiated a settlement that permitted a turnaround of the company and provided a substantial recovery for class members.  The firm negotiated changes in corporate practice, including strengthening internal financial controls and obtaining 37% of the company's stock for the class. The firm also recovered $20 million from Coopers & Lybrand, Centennial's auditor at the time.  In addition, the firm recovered $2.1 million from defendants Jay Alix & Associates and Lawrence J. Ramaekers for a total recovery of more than $35 million for the class. The firm subsequently obtained a $207 million judgment against former Centennial CEO Emanuel Pinez.

*In re Digital Lightwave Securities Litigation*, No. 98-152-cv-T-24C (M.D. Fla.).  As co-lead counsel, Berman Tabacco negotiated a settlement that included changing company management and strengthening the company's internal financial controls.  The class received 1.8 million shares of freely tradable common stock that traded at just below $4 per share when the court approved the settlement.  At the time the shares were distributed to the members of the class, the stock traded at approximately $100 per share and class members received more than 200% of their losses after the payment of attorneys' fees and expenses.  The total value of the settlement, at the time of distribution, was almost $200 million.

*In re Lernout & Hauspie Securities Litigation*, No. 00-11589 (D. Mass.), and *Quaak v. Dexia, S.A.*, No. 03-11566 (D. Mass.).  In December 2004, as co-lead counsel, Berman Tabacco negotiated what was then the third-largest settlement ever paid by accounting firms in a securities class action – a $115 million agreement with the U.S. and Belgian affiliates of KPMG International.  The case stemmed from KPMG's work for Lernout & Hauspie Speech Products, a software company driven into bankruptcy by a massive fraud.  In March 2005, the firm reached an additional settlement worth $5.27 million with certain of Lernout & Hauspie's former top officers and directors.  In the related *Quaak* case, the firm negotiated a $60 million settlement with Dexia Bank Belgium to settle claims stemming from the bank's alleged role in the fraudulent scheme at Lernout & Hauspie.  The court granted final approval of the Dexia settlement in June 2007, bringing the total settlement value to more than $180 million.

*In re BP PLC Securities Litigation*, No. 10-md-2185 (S.D. Tex.).  The firm was co-lead counsel representing co-lead plaintiff Ohio Public Employees Retirement System.  Lead plaintiffs reached a $175 million settlement to resolve claims brought on behalf of a class of investors who purchased BP's American Depositary Shares ("ADS") between April 26, 2010 and May 28, 2010.  The action alleged that BP and two



of its former officers made false and misleading statements regarding the severity of the Gulf of Mexico oil spill.  More specifically, plaintiffs alleged that BP misrepresented that its best estimate of the oil spill flow rate was from 1,000 to 5,000 barrels of oil per day, when internal BP estimates showed substantially higher potential flow rates.  On February 13, 2017, the court granted final approval of the settlement, ending more than six years of hard-fought litigation that included extensive fact and expert discovery, multiple rounds of briefing on defendants' motions to dismiss, two rounds of briefing on class certification, a successful defense of BP's appeal of the district court's class certification decision and briefing on cross-motions for summary judgment.  This settlement reportedly represents one of only four mega securities class action settlements (settlements of $100 million or more) in 2017.  *See Securities Class Action Settlements-2017 Review and Analysis*, p. 4 (Cornerstone Research 2018), https://securities.stanford.edu/research-reports/1996-2017/Settlements-Through-12-2017-Review.pdf.  Additionally, claimants received 115% over their recognized losses.

*In re Fannie Mae 2008 Securities Litigation*, No. 08-cv-7831 (S.D.N.Y.). As co-lead counsel representing the Massachusetts Pension Reserves Investment Management Board, a co-lead plaintiff for the common stock class, Berman Tabacco helped negotiate a $170 million settlement with Fannie Mae.  To achieve the settlement, which was approved in March 2015, plaintiffs had to overcome the challenges posed by the federal government's placement of Fannie Mae into conservatorship and by the Second Circuit's upholding of dismissal of similar claims against Freddie Mac, Fannie Mae's sibling Government-Sponsored Enterprise.

*In re Symbol Technologies, Inc. Securities Litigation*, No. 2:02-cv-01383 (E.D.N.Y.).  Berman Tabacco represented the Louisiana Municipal Police Employees' Retirement System as co-lead plaintiff, obtaining a $139 million partial settlement in June 2004.  Subsequently, Symbol's former auditor, Deloitte & Touche LLP, agreed to pay $24 million, bringing the total settlement to $163 million.  The court granted final approval in September 2006.

*In re Prison Realty Securities Litigation*, No. 3:99-cv-0452 (M.D. Tenn.) (*In re Old CCA Securities Litigation*, No. 3:99-cv-0458).  The firm represented the former shareholders of Corrections Corporation of America, which merged with another company to form Prison Realty Trust, Inc. The action charged that the registration statement issued in connection with the merger contained untrue statements.  Overcoming arguments that the class's claims of securities fraud were released in prior litigation involving the merger, the firm successfully defeated the motions to dismiss.  It subsequently negotiated a global settlement of approximately $120 million in cash and stock for this case and other related litigation.

*Oracle Cases*, Coordination Proceeding, Special Title (Rule 1550(b)) No. 4180 (Cal. Super. Ct. San Mateo Cty.).  In this coordinated derivative action, Oracle Corporation shareholders alleged that the company's Chief Executive Officer, Lawrence J. Ellison, profited from illegal insider trading.  Acting as co-lead counsel, the firm reached a settlement, pursuant to which Mr. Ellison would personally make charitable donations of $100 million over five years in Oracle's name to an institution or charity approved by the company and pay $22 million in attorneys' fees and expenses associated with the prosecution of the case.  The innovative agreement, approved by a judge in December 2005, benefited Oracle through increased goodwill and brand recognition, while minimizing concerns that would have been raised by a payment from Mr. Ellison to the company, given his significant ownership stake.  The lawsuit resulted in important changes to Oracle's



internal trading policies that decrease the chances that an insider will be able to trade in possession of material, non-public information. This case remains one of the largest derivative settlements.[7]

*In re International Rectifier Securities Litigation*, No. 07-cv-2544 (C.D. Cal.). As co-lead counsel representing the Massachusetts Laborers' Pension Fund, the firm negotiated a $90 million settlement with International Rectifier Corporation and certain top officers and directors. The case alleged that the company engaged in numerous accounting improprieties to inflate its financial results. The court granted final approval of the settlement in February 2010. At the settlement approval hearing, the Honorable John F. Walter, the presiding judge, praised counsel, stating: "I think the work by the lawyers – all the lawyers in this case – was excellent. … In this case, the papers were excellent. So it makes our job easier and, quite frankly, more interesting when I have lawyers with the skill of the lawyers that are present in the courtroom today who have worked on this case … the motion practice in this case was, quite frankly, very intellectually challenging and well done. … I've presided over this consolidated action since its commencement and have nothing but the highest respect for the professionalism of the attorneys involved in this case. … The fact that plaintiffs' counsel were able to successfully prosecute this action against such formidable opponents is an impressive feat."

*In re State Street Bank & Trust Co. ERISA Litigation*, No. 07-cv-8488 (S.D.N.Y.). The firm acted as co-lead counsel in this consolidated class action case, which alleged that defendant State Street Bank and Trust Company and its affiliate, State Street Global Advisors, Inc., (collectively, "State Street") breached their fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA") by failing to prudently manage the assets of ERISA plans invested in State Street fixed income funds during 2007. After well over a year of litigation, during which Berman Tabacco and its co-counsel reviewed approximately 13 million pages of documents and took more than 30 depositions, the parties negotiated an all-cash $89.75 million settlement, which received final approval in 2010.

*In re Philip Services Corp. Securities Litigation*, No. 98-cv-0835 (S.D.N.Y). As co-lead counsel, Berman Tabacco negotiated settlements totaling $79.75 million with the bankrupt company's former auditors, top officers, directors and underwriters. The case alleged that Philip Services and its top officers and directors made false and misleading statements regarding the company's publicly reported revenues, earnings, assets and liabilities. The district court initially dismissed the claims on grounds of *forum non conveniens*, but the firm successfully obtained a reversal by the United States Court of Appeals for the Second Circuit. The court granted final approval of the settlements in March 2007.

*In re Reliant Securities Litigation*, No. 02-cv-1810 (S.D. Tex.). As lead counsel representing the Louisiana Municipal Police Employees' Retirement System, the firm negotiated a $75 million cash settlement from the company and Deloitte & Touche LLP. The settlement received final approval in January 2006.

*In re KLA-Tencor Corp. Securities Litigation*, No. 06-cv-04065 (N.D. Cal.). Representing co-lead plaintiff Louisiana Municipal Police Employees' Retirement System, Berman Tabacco negotiated a $65 million agreement to settle claims that KLA-Tencor illegally backdated stock option grants, issued false and misleading statements regarding grants to key executives and inflated the company's financial results by understating expenses associated with the backdated options. The court granted final approval of the

---

[7] Kevin LaCroix, *Largest Derivative Lawsuit Settlements*, The D&O Diary (Dec. 5, 2014, updated July 20, 2023), https://www.dandodiary.com/2014/12/articles/shareholders-derivative-litigation/largest-derivative-lawsuit-settlements/.



settlement in 2008.  At the conclusion of the case, Judge Charles R. Breyer praised plaintiffs' counsel for "working very hard" in exchange for an "extraordinarily reasonable" fee, stating: "I appreciate the fact that you've done an outstanding job, and you've been entirely reasonable in what you've done.  Congratulations for working very hard on this."

*City of Brockton Retirement System v. Avon Products Inc.*, No. 11-cv-04665 (S.D.N.Y.).  As a member of the executive committee representing named plaintiffs City of Brockton Retirement System and Louisiana Municipal Police Employees' Retirement System, the firm negotiated a $62 million settlement.  The action alleged that Avon Products, Inc. violated federal securities laws by failing to disclose to investors the size and scope of the Company's violations of the Foreign Corrupt Practices Act of 1977 ("FCPA").  In response to Avon's piecemeal disclosures over the course of more than a year, which ultimately revealed the true extent of the FCPA violations, the company's stock lost nearly 20% of its pre-disclosure value.  This case was one of the very few successful securities cases premised on FCPA violations.

*Ehrenreich v. Witter*, No. 95-cv-6637 (S.D. Fla.).  The firm was co-lead counsel in this case involving Sensormatic Electronics Corp., which resulted in a settlement of $53.5 million.  When it as approved in 1998, the settlement was one of the largest class action settlements in the state of Florida.

*In re Thomas & Betts Securities Litigation*, No. 2:00-cv-2127 (W.D. Tenn.).  The firm served as co-lead counsel in this class action, which settled for more than $51 million in 2004.  Plaintiffs had accused the company and other defendants of issuing false and misleading financial statements for 1996, 1997, 1998, 1999 and the first two quarters of 2000.

*In re Enterasys Networks, Inc. Securities Litigation*, No. C-02-071-M (D.N.H.).  Berman Tabacco acted as sole lead counsel in a case against Enterasys Networks, Inc., in which the Los Angeles County Employees Retirement Association was lead plaintiff.  The company settled in October 2003 for $17 million in cash, stock valued at $33 million and major corporate governance improvements that opened the computer networking company to greater public scrutiny.  Changes included requiring the company to back a proposal to eliminate its staggered board of directors, allowing certain large shareholders to propose candidates to the board and expanding the company's annual proxy disclosures.  The settlement received final court approval in December 2003.

*Giarraputo v. UNUMProvident Corp.*, No. 2:99-cv-00301 (D. Me.).  As a member of the executive committee representing plaintiffs, Berman Tabacco secured a $45 million settlement in a lawsuit stemming from the 1999 merger that created UNUMProvident.  Shareholders of both predecessor companies accused the insurer of misleading the public about its business condition before the merger.  The settlement received final approval in June 2002.

*In re Aegean Marine Petroleum Network, Inc. Securities Litigation*, No. 18-cv-04993-NRB (S.D.N.Y.).  As sole Lead Counsel representing the sole Lead Plaintiff, Utah Retirement Systems ("URS"), Berman Tabacco negotiated settlements totaling $41,749,999, in a securities fraud class action involving Aegean Marine Petroleum Network, Inc. ("Aegean"), a marine fuel logistics company based in Greece that supplies and markets refined marine fuel and lubricants to ships in port and at sea, and several former officers.  The alleged fraudulent scheme took place over at least an eight-year period during which the company's founder and former officers allegedly (i) significantly overstated the company's income and revenue and issued false and misleading financial statements; (ii) overstated the company's assets and the strength of its balance



sheet by improperly booking approximately $200 million in bogus accounts receivables; (iii) misled investors concerning the adequacy of the company's internal controls over financial reporting; and iv) misappropriated $300 million of company assets.  The Court has approved settlements totaling over $41.9 million in this case, including $14.9 million settlements with each of Aegean's two outside auditors, and $11,949,999 in settlements with the Aegean's former Chief Financial Officer and its founder  This is an excellent resolution not only because they represent significant percentage of maximum damages but because plaintiffs obtained settlements with foreign defendants, including outside auditors against whom securities claims are challenging and one individual who personally paid to settle the claims against him.  Claims administration is ongoing.

*In re General Electric Co. Securities Litigation*, No. 09 Civ. 1951 (S.D.N.Y.).  The firm served as Lead Counsel on behalf of the State Universities Retirement System of Illinois in a lawsuit against General Electric Co. and certain of its officers.  A settlement in the amount of $40 million was reached with all the parties.  The court approved the settlement on September 6, 2013.

*In re UCAR International, Inc. Securities Litigation*, No. 98-cv-0600 (D. Conn.).  The firm represented the Florida State Board of Administration as the lead plaintiff in a securities claim arising from an accounting restatement.  The case settled for $40 million cash and the requirement that UCAR appoint an independent director to its board of directors.  This is believed to be the first securities class action that included corporate governance changes.  The settlement was approved in 2000.

*In re American Home Mortgage Securities Litigation*, No. 07-MD-1898 (E.D.N.Y.).  As co-lead counsel representing the Oklahoma Police Pension & Retirement System, the firm negotiated a $37.25 million settlement – including $4.75 million from auditors Deloitte & Touche and $8.5 million from underwriters – despite the difficulties American Home's bankruptcy posed to asset recovery.  The plaintiffs contended that American Home had failed to write down the value of certain loans in its portfolio, which declined substantially in value as the credit markets unraveled.  The settlement received final approval in 2010 and was distributed in 2011.

*In re Avant, Securities Litigation*, No. 96-cv-20132 (N.D. Cal.).  Avant!, a software company, was charged with securities fraud in connection with its alleged theft of a competitor's software code, which Avant! incorporated into its flagship software product.  Serving as lead counsel, the firm recovered $35 million for the class.  The recovery resulted in eligible class claimants receiving almost 50% of their losses after attorneys' fees and expenses.

*In re SmartForce PLC d/b/a SkillSoft Securities Litigation*, No. 02-cv-544 (D.N.H.).  Representing the Teachers' Retirement System of Louisiana as co-lead plaintiff, Berman Tabacco negotiated a $30.5 million partial settlement with SkillSoft.  Subsequently, the firm also negotiated an $8 million cash settlement with Ernst & Young Chartered Accountants and Ernst & Young LLP, SkillSoft's auditors at the time.  The settlements received final approval in September 2004 and November 2005, respectively.

*In re Sykes Enterprises, Inc. Securities Litigation*, No. 8:00-cv-212-T-26F (M.D. Fla.).  The firm represented the Florida State Board of Administration as co-lead plaintiff.  Sykes Enterprises was accused of using improper means to match the company's earnings with Wall Street's expectations.  The firm negotiated a $30 million settlement.



*In re Valence Securities Litigation*, No. 95-cv-20459 (N.D. Cal.).  Berman Tabacco served as co-lead counsel in this action against a Silicon Valley-based company for overstating its performance and the development of an allegedly revolutionary battery technology.  After the Ninth Circuit reversed the district court's decision to grant summary judgment in favor of defendants, the case settled for $30 million in Valence common stock.

*In re Sybase II, Securities Litigation*, No. 98-cv-0252-CAL (N.D. Cal.).  Sybase was charged with inflating its quarterly financial results by improperly recognizing revenue at its wholly owned subsidiary in Japan.  Acting as co-lead counsel, the firm obtained a $28.5 million settlement.

*Norfolk County Retirement System v. Smith (Sinclair Broadcast Group Derivative Action)*, No. 18-cv-03952 (D. Md.).  Berman Tabacco was Plaintiffs' Counsel representing Norfolk County Retirement System in this shareholder derivative action against Sinclair's controlling shareholders and Board of Directors which alleged that defendants breached their fiduciary duties by knowingly and intentionally breaching the terms of a merger agreement between Sinclair Broadcast Group and Tribune Media Company.  The case settled and provided far-reaching benefits, including substantial corporate governance reforms, including the creation of two new Board committees, along with nearly $25 million in financial recovery, $4.76 million of which was paid directly by individual defendants.  The Court granted final approval on November 20, 2020.  In its final approval order, the Court noted that "[i]n this case, plaintiffs' counsel secured an excellent settlement that includes significant corporate governance reforms that would not have resulted from a trial on the merits."

*In re Force Protection Inc. Securities Litigation*, No. 08-cv-845 (D.S.C.).  As co-lead counsel representing the Laborers' Annuity and Benefit System of Chicago, the firm negotiated a $24 million settlement in a securities class action against armored vehicle manufacturer Force Protection, Inc.  The settlement addressed the claims of shareholders who accused the company and its top officers of making false and misleading statements regarding financial results, failing to maintain effective internal controls over financial reporting and failing to comply with government contracting standards.

*In re Zynga Inc. Securities Litigation*, No. 12-cv-04007 (N.D. Cal.).  As co-lead counsel, the firm negotiated a $23 million recovery to settle claims against the company and certain of its officers.  The case alleged that the company and its highest-level officers falsely touted accelerated bookings and aggressive growth through 2012, while concealing crucial information that Zynga was experiencing significant declines in bookings for its games and upcoming Facebook platform changes that would negatively impact Zynga's bookings.  Then, while Zynga's stock was trading at near a class-period high, defendants obtained an early release from the IPO lock-up on their shares to enable them and a few other insiders to reap over $593 million in proceeds in a secondary offering of personally held shares.  The secondary offering was timed just three months before Zynga announced its dismal Q2 2012 earnings at the end of the class period, which caused Zynga's stock to plummet.  The court granted final approval of the settlement in February 2016.

*In re ICG Communications Inc. Securities Litigation*, No. 00-cv-1864 (D. Colo.).  As co-lead counsel representing the Strategic Marketing Analysis Fund, the firm negotiated an $18 million settlement with ICG Communications Inc.  The case alleged that ICG executives misled investors and misrepresented growth, revenues and network capabilities.  The court granted final approval of the settlement in January 2007.

*Hayden, et al. v. Portola Pharmaceuticals, Inc., et al.*, No. 3:20-cv-00367-VC (N.D. Cal.).  As sole lead counsel representing sole Lead Plaintiff Alameda County Employees' Retirement Association the firm



negotiated a $17.5 million settlement after prevailing on the motions to dismiss, conducting extensive discovery and filing a motion for class certification.  The case was brought on behalf of investors in Portola Pharmaceuticals, Inc. ("Portola"), a biopharmaceutical company that developed and commercialized treatments for thrombosis and other hematologic diseases.  The complaint alleged that defendants improperly recognizing revenue under ASC-606 while under-reserving for returns and made misleading statements about the company's business, operations, and prospects.  The court approved the settlement on March 6, 2023.

*In re Critical Path, Inc. Securities Litigation*, No. 01-cv-0551 (N.D. Cal.).  The firm negotiated a $17.5 million recovery to settle claims of accounting improprieties at a California software development company.  Representing the Florida State Board of Administration, the firm was able to obtain this recovery despite difficulties arising from the fact that Critical Path teetered on the edge of bankruptcy.  The settlement was approved in June 2002.

*Koch v. Healthcare Services Group, Inc., et al.*, No. 2:19-cv-01227-ER (E.D. Pa.).  As lead counsel representing the Utah Retirement Systems in a class action brought on behalf of investors in Healthcare Services Group, Inc., one of the largest providers of housekeeping and laundry services to hospitals and other healthcare service organization, the firm negotiated a $16.8 million settlement.  The Court granted final approval of the settlement on January 12, 2022.

*In re Sunrise Senior Living, Inc. Securities Litigation*, No. 07-cv-00102 (D.D.C.).  A federal judge granted final approval of a $13.5 million settlement between Oklahoma Firefighters Pension and Retirement System, represented by Berman Tabacco, and Sunrise Senior Living Inc.

*Hallet v. Li & Fung, Ltd.*, No. 95-cv-08917 (S.D.N.Y.).  Cyrk Inc. was charged with misrepresenting its financial results and failing to disclose that its largest customer was ending its relationship with the company.  In 1998, Berman Tabacco successfully recovered more than $13 million for defrauded investors.

*In re Warnaco Group, Inc. Securities Litigation*, No. 00-cv-6266 (S.D.N.Y.).  Representing the Fresno County Employees' Retirement Association as co-lead plaintiff, the firm negotiated a $12.85 million settlement with several current and former top officers of the company.

*Oklahoma Police Pension and Retirement System v. Sterling Bancorp, Inc., et al.*, No. 2:20-cv-10490 (E.D. Mich.).  As lead counsel representing sole Lead Plaintiff Oklahoma Police Pension and Retirement System in this securities fraud class action lawsuit against Sterling Bancorp, Inc., certain of its current and former officers and directors, and the underwriters for the Company's initial public offering, the firm negotiated a settlement of all claims in exchange for $12.5 million, which was approved by the court on September 23, 2021.

*Gelfer v. Pegasystems, Inc.*, No. 98-cv-12527 (D. Mass.).  As co-lead counsel, Berman Tabacco negotiated a settlement valued at $12.5 million, $4.5 million in cash and $7.5 million in shares of the company's stock or cash, at the company's option.

*Sand Point Partners, L.P. v. Pediatrix Medical Group, Inc.*, No. 99-cv-6181 (S.D. Fla.).  Berman Tabacco represented the Florida State Board of Administration, which was appointed co-lead plaintiff along with several other public pension funds.  The complaint accused Pediatrix of Medicaid billing fraud, claiming that



the company illegally increased revenue and profit margins by improperly coding treatment rendered. The case settled for $12 million on the eve of trial in 2002.

*In re Molten Metal Technology Inc. Securities Litigation*, No. 1:97-cv-10325 (D. Mass.), and *Axler v. Scientific Ecology Group, Inc.*, No. 1:98-cv-10161 (D. Mass.). As co-lead counsel, Berman Tabacco played a key role in settling the actions after Molten Metal and several affiliates filed a petition for bankruptcy reorganization in Massachusetts. The individual defendants and the insurance carriers in Molten Metal agreed to settle for $11.91 million. After the bankruptcy, a trustee objected to the use of insurance proceeds for the settlement. The parties agreed to pay the trustee $1.325 million of the Molten Metal settlement. The parties also agreed to settle claims against Scientific Ecology Group for $1.25 million, giving Molten Metal's investors $11.835 million.

*In re CHS Electronics, Inc. Securities Litigation*, No. 99-8186-CIV (S.D. Fla.). The firm helped obtain an $11.5 million settlement for co-lead plaintiff Warburg, Dillon, Read, LLC (now UBS Warburg).

*In re Summit Technology Securities Litigation*, No. 96-cv-11589 (D. Mass.). Berman Tabacco, as co-lead counsel, negotiated a $10 million settlement for the benefit of the class.

*In re Exide Corp. Securities Litigation*, No. 98-cv-60061 (E.D. Mich.). Exide was charged with having altered its inventory accounting system to artificially inflate profits by reselling used, outdated or unsuitable batteries as new ones. As co-lead counsel for the class, Berman Tabacco recovered more than $10 million in cash for class members.

*In re Fidelity/Micron Securities Litigation*, No. 95-cv-12676 (D. Mass.). The firm recovered $10 million in cash for Micron investors after a Fidelity Fund manager touted Micron while secretly selling the stock.

*In re Par Pharmaceutical Securities Litigation*, No. 06-cv-03226 (D.N.J.). As counsel for court-appointed plaintiff, the Louisiana Municipal Police Employees' Retirement System, Berman Tabacco obtained an $8.1 million settlement from the company and its former CEO and CFO, which the court approved in January 2013. The case alleged that the company had misled investors about its accounting practices, including overstatement of revenues.

*In re Interspeed, Inc. Securities Litigation*, No. 00-cv-12090-EFH (D. Mass.). Berman Tabacco served as co-lead counsel and negotiated a $7.5 million settlement on behalf of the class. The settlement was reached in an early stage of the proceedings, largely as a result of the financial condition of Interspeed and the need to salvage a recovery from its available assets and insurance.

*In re Aqua Metals, Inc. Securities Litigation*, No. 4:17-CV-07142-HSG (N.D. Cal.). Berman Tabacco served as co-lead counsel for court-appointed lead plaintiff Plymouth County Retirement Association and negotiated a $7 million settlement on behalf of the class. The court granted final approval of the settlement on March 2, 2022.

*In re Abercrombie & Fitch Co. Securities Litigation*, No. M21-83 (S.D.N.Y.). As a member of the executive committee in this case, the firm recovered more than $6 million on behalf of investors. The case alleged that the clothing company misled investors with respect to declining sales, which affected the company's financial condition. The court granted final approval of the settlement in January 2007.



*In re Digital Domain Media Group, Inc. Securities Litigation*, No. 12-14333-CIV (S.D. Fla.).  As co-lead counsel, Berman Tabacco obtained a $5.5 million settlement on behalf investors of Digital Domain Media Group, Inc. ("DDMG") that was approved by both bankruptcy court and the Southern District of Florida. The lead plaintiffs alleged that DDMG, a digital production company that was forced to file for bankruptcy in September 2012, less than 10 months after its initial public offering ("IPO"), misled investors in documents filed with the U.S. Securities and Exchange Commission as part of the IPO and in other statements made throughout the class period. Among other things, the lawsuit alleged that the defendants misled the public about DDMG's ability to raise capital and fund its operations, falsely reassuring investors about the company's ability to meet operating expenses while it "burned" cash at a rate that threatened its viability. In fact, according to a September 18, 2012 article in the Palm Beach Post, DDMG had difficulties meeting payroll as far back as 2010. According to the same article, then-Chairman and CEO John C. Textor "himself predicted a 'train wreck' in an email to an investor in early 2010."

*In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.).  As counsel to court-appointed bondholder representatives, the County of Fresno, California and the Fresno County Employees' Retirement Association, Berman Tabacco helped a team of lawyers representing the lead plaintiff, the New York State Common Retirement Fund, obtain settlements worth more than $6.13 billion.

*Daccache, et al. v. Raymond James Financial, Inc., et al.*, No. 16-cv-21575 (S.D. Fla.); *Shaw et al. v. Raymond James Financial, Inc., et al.*, No. 5:16-cv-00129-GWC (D. Vt. May 17, 2016).  Berman Tabacco served on the Plaintiffs' Steering Committee in this RICO class action brought on behalf of investors in limited partnerships associated with the Jay Peak ski resort in Vermont.  Plaintiffs, foreign nationals whose investments were made through the federal "EB-5 Immigrant Investor Program," alleged that over $200 million in investor funds were misappropriated and/or otherwise misused in an elaborate, Ponzi-like scheme.  Defendants' scheme was revealed in April 2016, when the SEC announced multiple securities fraud charges and an asset freeze against Jay Peak and related business entities, the resort's Florida-based owner and the resort's principal officer.  Plaintiffs alleged that those individuals and entities, as well as certain financial institutions and their employees, devised and executed a complex money laundering scheme wherein investor funds were improperly transferred from escrow accounts to investment accounts that were controlled by Jay Peak's owner and used for purposes other than those specified in the limited partnership documents.  Among other things, plaintiffs alleged the improper commingling of investor funds and the misappropriation of more than $50 million in investor funds by Jay Peak's owner for his personal use.  Plaintiffs sought recovery under Florida's RICO Act and also asserted claims for common law fraud, breach of fiduciary duty, negligence, civil conspiracy, and breach of contract.  On April 13, 2017, Defendant Raymond James & Associates, Inc. agreed to a $150 million settlement, which was approved on June 30, 2017.

## ANTITRUST LITIGATION PRACTICE

Berman Tabacco has a national reputation for our work prosecuting antitrust class actions involving price-fixing, market allocation agreements, patent misuse, monopolization and group boycotts among other types of anticompetitive conduct.  Representing clients ranging from Fortune 500 companies and public pension funds to individual consumers, the experienced senior attorneys in our antitrust practice group have engineered substantial settlements and changed business practices of defendant companies, recovering more than $1 billion for our clients overall.



Berman Tabacco has played a major role in the prosecution of numerous landmark antitrust cases.  For example, the firm was lead counsel in the Toys "R" Us litigation, which developed the antitrust laws with respect to "hub and spoke" conspiracies and resulted in a $56 million settlement.  Berman Tabacco brought the first action centered on so-called "reverse payments" between a brand name drug maker and a generic drug maker, resulting in an $80 million settlement from the drug makers, which had been accused of keeping a generic version of their blood pressure medication off the market.

The firm's victories for victims of antitrust violations have come at the trial court level and also thro landmark appellate court victories, which have contributed to shaping private enforcement of antitrust law.  For example, in the Cardizem CD case, Berman Tabacco was co-lead counsel representing health insurer Aetna in an antitrust class action and obtained a pioneering ruling in the federal court of appeals regarding the "reverse payment" by a generic drug manufacturer to the brand name drug manufacturer.  In a first of its kind ruling, the appellate court held that the brand name drug manufacturer's payment of $40 million per year to the generic company for the generic to delay bringing its competing drug to market was a *per se* unlawful market allocation agreement. Today that victory still shapes the ongoing antitrust battle over competition in the pharmaceutical market.

In the firm's case against diamond giant De Beers, the Third Circuit, sitting *en banc*, vacated an earlier panel decision and upheld the certification of a nationwide settlement class, removing the last obstacle to final approval of an historic $295 million settlement.  The Third Circuit's important decision provides a roadmap for obtaining settlement class certification in complex, nationwide class actions involving laws of numerous states.

In 2016, the firm won reversal of a grant of summary judgment for defendant automakers in a group boycott-conspiracy case involving the export of new motor vehicles from Canada to the U.S.  The California Court of Appeal found that plaintiffs had presented evidence of "patently anticompetitive conduct" with evidence gathered in the pre-trial phase, which was powerful enough to go to a jury.  The ruling is a rare example of an appellate court analyzing and reversing a trial court's evidentiary rulings to find evidence of a conspiracy.

Today the firm currently represents clients in significant antitrust class actions around the country, including actively representing major public pension funds in prosecuting price-fixing in the financial derivatives and commodities markets in the Euribor and Yen LIBOR actions and the Foreign Currency Exchange Rate action.

While the majority of antitrust cases settle, our attorneys have experience taking antitrust class actions to trial. Our experience also allows us to counsel medium and larger-sized corporations considering whether to participate as a class member or opt-out and pursue an individual strategy.

## ANTITRUST LITIGATION RESULTS

Over the past nearly three decades, Berman Tabacco has actively prosecuted scores of complex antitrust cases that led to substantial settlements for its clients.  These include:

*In re NASDAQ Market-Makers Antitrust Litigation*, No. 94-cv-3996 (S.D.N.Y.).  The firm played a significant role in one of the largest antitrust settlements on record in a case that involved alleged price-fixing by more



than 30 NASDAQ Market-Makers on about 6,000 NASDAQ-listed stocks over a four-year period.  The settlement was valued at nearly $1 billion.

*In re GSE Bonds Antitrust Litig.*, No. 1:19-cv-01704-JSR (S.D.N.Y.).  Berman Tabacco represented named plaintiff Electrical Workers Pension Fund Local 103, I.B.E.W. and Local 103, I.B.E.W. Health Benefit Plan. The complaint asserted claims under the Sherman Act and alleged that ten of the world's largest banks conspired to fix the prices of unsecured bonds issued by the government-sponsored entities familiarly known as Fannie Mae and Freddie Mac.  The settlement of $386.5 million received final approval on June 16, 2020.  This $386.5 million settlement was significant because it was the third largest class action settlement in 2020 according to ISS Securities Class Action Services.

*In re Foreign Currency Conversion Fee Antitrust Litigation*, MDL No. 1409 (S.D.N.Y.).  Berman Tabacco, as head of discovery against defendant Citigroup Inc., played a key role in reaching a $336 million settlement. The agreement settled claims that the defendants, which include the VISA, MasterCard and Diners Club networks and other leading bank members of the VISA and MasterCard networks, violated federal and state antitrust laws in connection with fees charged to U.S. cardholders for transactions effected in foreign currencies.

*In re DRAM Antitrust Litigation*, No. M:02-cv-01486 (N.D. Cal.).  As liaison counsel, the firm actively participated in this multidistrict litigation, which ultimately resulted in significant settlements with some of the world's leading manufacturers of Dynamic Random Access Memory (DRAM) chips.  The defendant chipmakers allegedly conspired to fix prices of the DRAM memory chips sold in the United States during the class period.  The negotiated settlements totaled nearly $326 million.

*Sullivan v. DB Investments, Inc.*, No. 04-02819 (D.N.J.).  Berman Tabacco represented a class of diamond resellers, such as diamond jewelry stores, in this case alleging that the De Beers group of companies unlawfully monopolized the worldwide supply of diamonds in a scheme to overcharge resellers and consumers. In May 2008, a federal judge approved the settlement, which included a cash payment to class members of $295 million, an agreement by De Beers to submit to the jurisdiction of the United States court to enforce the terms of the settlement and a comprehensive injunction limiting De Beers' ability to restrict the worldwide supply of diamonds in the future. This case is significant not only because of the large cash recovery but also because previous efforts to obtain jurisdiction over De Beers in both private and government actions had failed.  On August 27, 2010, the United States Court of Appeals for the Third Circuit agreed to hear arguments over whether to uphold the district court's certification of the settlement class.  By agreeing to schedule an *en banc* appeal before the full court, the Third Circuit vacated a July 13, 2010 ruling by a three-judge panel of the appeals court that, in a 2-to-1 decision, had ordered a remand of the case back to the district court, which may have required substantial adjustments to the original settlement.  On February 23, 2011, the Third Circuit, sitting *en banc*, again heard oral argument from the parties.  On December 20, 2011, the *en banc* Third Circuit handed down its decision affirming the district court in all respects.

*Dennis v. JPMorgan Chase & Co., No. 16-cv-06496 (S.D.N.Y.).*  Berman Tabacco was plaintiff's counsel representing Orange County Employees' Retirement System in this class action alleging defendants conspired to manipulate the Australian Bank Bill Swap Reference Rate ("BBSW") and the prices of BBSW-based derivatives during the class period rate in violation of the Clayton Act, the Commodity Exchange Act



Firm Resume

and other laws.  Plaintiffs reached $185.875 million in total settlements, which were approved by the court on November 2, 2022.

*In re Lithium Ion Batteries Antitrust Litigation*, No. 13-md-2420-YGR (N.D. Cal.).  As co-lead class counsel for Direct Purchaser Plaintiffs ("DPPs") in this this multidistrict antitrust litigation, the firm achieved settlements totaling $139.3 million.  The litigation arose from an alleged worldwide conspiracy to fix prices of lithium-ion rechargeable batteries ("LiBs").  LiBs are components of LiB camcorders, digital cameras and laptop computers.  The alleged conspiracy involved some of the largest companies in the world—Sony, Samsung SDI, Panasonic, Sanyo, LG Chem, Toshiba, Hitachi Maxell and NEC Corp.  The lawsuit alleges that defendants participated in a conspiracy to fix prices of LiBs, which affected the prices paid for the batteries and certain products in which the batteries are used.  Plaintiffs successfully defeated multiple motions to dismiss involving complex issues of antitrust standing and the pleading of conspiracy allegations. Berman Tabacco and the team negotiated multiple settlements totaling $139.3 million.  The court granted final approval on May 16, 2018.

*In re Sorbates Direct Purchaser Antitrust Litigation*, No. C 98-4886 CAL (N.D. Cal.).  The firm served as lead counsel alleging that six manufacturers of Sorbates, a food preservative, violated antitrust laws through participation in a worldwide conspiracy to fix prices and allocations to customers in the United States.  The firm negotiated a partial settlement of $82 million with four of the defendants in 2000.  Following intensive pretrial litigation, the firm achieved a further $14.5 million settlement with the two remaining defendants, Japanese manufacturers, in 2002.  The total settlement achieved for the class was $96.5 million.

*In re Disposable Contact Lens Antitrust Litigation*, MDL No. 1030 (M.D. Fla.).  The firm acted as co-lead counsel and chief trial counsel.  Representing both a national class and the State of Florida, the firm helped secure settlements from defendants Bausch & Lomb and the American Optometric Association before trial and from Johnson & Johnson after five weeks of trial.  The settlements were valued at more than $92 million and also included significant injunctive relief to make disposable contact lenses available at more discount outlets and more competitive prices.

*In re Cardizem CD Antitrust Litigation*, No. 99-01278 (E.D. Mich.).  In another case involving generic drug competition, Berman Tabacco, as co-lead counsel, helped secure an $80 million settlement from French-German drug maker Aventis Pharmaceuticals and the Andrx Corporation of Florida.  The payment to consumers, state agencies and insurance companies settled claims that the companies conspired to prevent the marketing of a less expensive generic version of the blood pressure medication Cardizem CD. The state attorneys general of New York and Michigan joined the case in support of the class.  The firm achieved a significant appellate victory in a first of its kind ruling that the brand name drugmaker's payment of $40 million per year for the generic company to delay bringing its generic version of blood-pressure medication Cardizem CD to market constituted an agreement not to compete that is a *per se* violation of the antitrust laws.

*In re Toys "R" Us Antitrust Litigation*, MDL No. 1211 (E.D.N.Y.).  Berman Tabacco negotiated a $56 million settlement to answer claims that the retailer violated laws by colluding to cut off or limit supplies of popular toys to stores that sold the products at lower prices.  The case developed the antitrust laws with respect to a "hub and spoke" conspiracy, where a downstream power seller coerces upstream manufacturers to the detriment of consumers.  One component of the settlement required Toys "R" Us to donate $36 million worth of toys to needy children throughout the United States over a three-year period.



<div align="right">Firm Resume</div>

*In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation*, MDL No. 05-1671 (C.D. Cal.).  Berman Tabacco, as co-lead counsel, negotiated a $48 million settlement with Union Oil Company and Unocal.  The agreement settled claims that the defendants manipulated the California gas market for summertime reformulated gasoline and increased prices for consumers.  The noteworthy settlement delivered to consumers a combination of clean air benefits and funding for alternative fuel research.

*In re Abbott Laboratories Norvir Antitrust Litigation*, Nos. 04-1511, 04-4203 (N.D. Cal.).  Berman Tabacco acted as co-lead counsel in a case on behalf of indirect purchasers alleging that the defendant pharmaceutical company engaged in an illegal leveraged monopoly in the sale of its AIDS boosting drug known as Norvir (or Ritanovir).  Plaintiffs were successful through summary judgment, including the invalidation of two key patents based on prior art, but were reversed on appeal in the Ninth Circuit as to the leveraged monopoly theory.  The case settled for $10 million, which was distributed net of fees and costs on a *cy pres* basis to 10 different AIDS research and charity organizations throughout the United States.

*Automotive Refinishing Paint Antitrust*, J.C.C.P. No. 4199 (Cal. Super. Ct.).  In this class action, indirect purchaser-plaintiffs brought suit in California State Court against five manufacturers of automotive refinishing coatings and chemicals alleging that they violated California law by unlawfully conspiring to fix paint prices.  Settlements were reached with all defendants totaling $9.4 million, 55% of which was allocated among an End-User Class consisting of consumers and distributed on a *cy pres*, or charitable, basis to thirty-nine court-approved organizations throughout California, and the remaining 45% of which was distributed directly to a Refinishing Class consisting principally of auto-body shops located throughout California.

*In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-07789 (S.D.N.Y.).  The Firm is one of plaintiffs' counsel representing client, a named plaintiff.  The class action alleges that at least 16 banks fixed the prices of foreign currency exchange between 2003 and 2013 by manipulating certain benchmark prices and by conspiring to increase the spread between bid and ask prices in the spot market.  Settlements were reached with all but one defendant, which totaled over $2.3 billion. Trial against the remaining defendant, Credit Suisse, resulted in a defense verdict.

## CONSUMER PRACTICE/PRIVACY LITIGATION

With almost 40 years of class action litigation experience, Berman Tabacco is committed to bringing justice to the victims of fraudulent and abusive practices.  Over the years, the firm has prosecuted and obtained recoveries for consumers against various business such as banks, computer electronics and software companies, brokers and product manufacturers.

In recent years, Berman Tabacco applied its extensive complex class action experience to fight against unlawful and predatory lending practices.  Berman Tabacco served as lead counsel in several class actions brought on behalf of individuals arguing that their need for short-term cash has been exploited by illegal online payday lending schemes.  The cases allege that payday lenders issued loans in the name of sham companies established by Native American tribes, including American Web Loan, Plain Green and Great Plains Lending, in a brazen attempt to dodge usury laws and charge unlawful triple-digit interest rates.



In addition to recovering monies for consumers, the firm has obtained ground-breaking decisions for the benefit of consumers, including in cases against Wells Fargo and Morgan Stanley.

## Data Breach/Privacy Litigation

From data breaches to concealed tracking software and compromised health records, Berman Tabacco's privacy attorneys represent consumers harmed by businesses that fail to safeguard private information and covertly monetize client data for profit.  Our attorneys are involved in key actions concerning major data breaches impacting personally identifiable information and protected health information; as well as actions with companies secretly recording and tracking web user interactions.

Representative Matters:

> *In re LastPass Data Security Incident Litig.*, No. 1:22-cv-12057-PBS (D. Mass.).  Attorneys from Berman Tabacco serve as Interim Co-Lead Counsel representing plaintiffs in this action against LastPass, a company in the business of storing and securing login credentials, identities, and passwords, for a data breach that exposed data of more than 33 million users and 100,000 businesses worldwide.

> *In re Shields Health Care Group, Inc. Data Breach Litigation*, No. 1:22-CV-10901-PBS (D. Mass.). Attorneys from Berman Tabacco serves as Interim Co-Liaison Counsel representing plaintiffs in the Shields Health Care Data Breach Litigation. This suit concerns a 2022 breach of patient data maintained by Shields Health Care Group, Inc., including a range of personal and health information.

> *In re Intellihartx Data Security Incident Litigation*, No. 3:23-cv-1224 (N.D. Ohio).  Attorneys from Berman Tabacco serves as a member of the Plaintiffs' Executive Committee in this action concerning a data breach of personal and health related information impacting nearly 500,000 patients.

> *James v. Allstate Insurance Company*, et. al. 23-cv-01931-JSC (N.D. Cal.). Berman Tabacco is counsel in this action in which plaintiff alleges an insurance company violated California privacy laws by surreptitiously observing and recording web users' keystrokes, mouse clicks, and other electronic communications, including entry of personally identifiable information and protected health information.

> *Love v. Ladder Financial, Inc.*, No. 3:23-cv-4234-JCS (N.D. Cal.).  Berman Tabacco serves as counsel in this action in which alleges that a company that provides insurance quotes for consumers violated California privacy laws by surreptitiously observing and recording web user's keystrokes, mouse clicks, and other electronic communications, including entry of personally identifiable information and protected health information.

## CONSUMER/PRIVACY LITIGATION RESULTS

Examples of the firm's settlements include:

*In re Think Finance, LLC, et al.*, No. 17-33964-hdh11 (Bankr. N.D. Tex.).  Berman Tabacco played a pivotal role in securing approximately $47 million in relief to consumer borrowers who took out unlawful, high-interest loans issued in the name of Native American-affiliated online lenders, Plain Green and Great Plains



Firm Resume

Lending.  Plaintiffs allege that non-tribal entities and individuals, including a Texas-based payday lender called Think Finance, improperly attempted to use tribal sovereign immunity as a shield for their unlawful, triple-digit lending enterprise.  The settlement represents a significant achievement given that the bulk of the recovery was secured through Chapter 11 bankruptcy proceedings that Think Finance initiated while litigation was pending against it, a step that typically leads to a substantially limited, if any, recovery for plaintiffs.

*Mclaughlin v. Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage*, No. 3:15-CV-02904 (N.D. Cal.). Berman Tabacco served as local counsel for a class of borrowers with mortgages held and serviced by Wells Fargo in an action alleging that the bank's payoff statements violated the Truth in Lending Act ("TILA") as they failed to disclose insurance claim funds. Plaintiffs achieved a precedent-setting opinion holding that TILA requires the bank to include insurance claim funds in its mortgage payoff statements. *See McLaughlin v Wells Fargo Bank NA*, No. 3:15-cv-02904-WHA, 2015 WL 10889993 (N.D. Cal. Oct. 29, 2015). The case settled for 88% of the total maximum statutory damages available under TILA. The settlement also requires Wells Fargo to disclose insurance claim funds on all of its payoff statements going forward.

*Trabakoolas v. Watts Water Technologies, Inc.*, No. 4:12-Cv-01172-Ygr (N.D. Cal.).  Berman Tabacco served on the plaintiffs' steering committee and served as liaison counsel for this successful product liability design defect class action involving toilet nut connectors. Plaintiffs alleged a toilet connector manufactured by Watts Water Technologies, Inc., which had been installed in approximately 25 percent of homes and commercial properties built in the U.S. since the year 2000, suffered from a design defect. This defect could result in water flowing into the home, potentially causing catastrophic water damage. The settlement provided a fund of $23 million to reimburse class members who experienced property damage and to pay for replacement of toilet nut connectors for those with allegedly defective parts.

*Roskind v. Morgan Stanley Dean Witter & Co.*, 80 Cal. App. 4th 345 (Cal. App. 1st Dist. 2000).  Berman Tabacco obtained a landmark ruling from the California Court of Appeal, holding that federal law does not preempt investors from bringing unfair business practices claims under the Business & Professions Code of California.  Defendant brought this matter to the U.S. Supreme Court but the firm was successful in upholding this ruling.  *See Roskind v. Morgan Stanley Dean Witter & Co.*, 2000 Cal. Lexis 6583 (Aug. 16, 2000) (petition for review denied); *Morgan Stanley Dean Witter & Co. v. Roskind*, 531 U.S. 1119 (2001) (writ of certiorari denied).

*Carlin v. DairyAmerica, Inc.*, No. 1:09-cv-00430 (E.D. Cal.).  Berman Tabacco, as member of the Interim Executive Committee and as liaison counsel, obtained a $40 million on behalf of a class of dairy farmers who sold raw milk according to prices set by the federal government.  Plaintiffs claimed that DairyAmerica, the nation's largest marketer of non-fat dry milk and a California-based milk processing firm, California Dairies, conspired to inflate their own profits at the expense of dairy farmers by misreporting critical data used by the government to set raw milk prices.

## PENDING CASES

The firm currently acts as lead or co-lead counsel in high-profile securities, antitrust and consumer class actions and also represents investors in individual actions and derivative cases.



Firm Resume

The following is a representative list of active class action cases.

> *Erwin v. Veradigm Inc.*, No. 1:23-cv-16205 (N.D. Ill.).  Lead counsel for court-appointed lead plaintiff Alameda County Employees' Retirement Association.

> *In re Inotiv, Inc. Securities Litigation*, No. 4:22-CV-045-PPS-JEM (N.D. Ind.).  Lead counsel for court-appointed lead plaintiff Oklahoma Police Pension and Retirement System.

> *Ontario Provincial Council of Carpenters' Pension Trust Fund, et al. v. S. Robson Walton, et al.*, C.A. No. 2021-0827 (Del. Ch.).  Counsel for plaintiff Norfolk County Retirement System.

> *Bricklayers Pension Fund of Western Pa. Derivatively on Behalf of Centene Corporation v. Brinkley, et al.*, C.A. No. 2022-1118-MTZ (Del. Ch.). Counsel for plaintiff.

> *In re Emergent BioSolutions Inc. Derivative Litigation*, C.A. No. 2021-0974-MTZ (Del. Ch.).  Counsel for Employees Retirement System of the State of Rhode Island

> *In re European Government Bonds Antitrust Litigation*, No. 19-cv-2601 (S.D.N.Y.).  Interim Co-Lead Counsel and Counsel for plaintiff San Bernardino County Employees' Retirement Association.  To date, $40 million in partial settlements have been reached, pending final approval with the court.

> *Oliver, et al. v. American Express Co., et al.*, No. 1:19-cv-00566-NGG-SMG (S.D.N.Y.).  Co-Chairs of Plaintiffs' Executive Committee of interim class counsel in antitrust class action.

> *Hayden, et al. v. Portola Pharmaceuticals, Inc., et al.*, No. 2:19-cv-01227-ER (E.D. Pa.).  Lead counsel for court-appointed lead plaintiff Alameda County Employees' Retirement Association.

> *In re Aegean Marine Petroleum Network, Inc. Securities Litigation*, No. 18-cv-04993-NRB (S.D.N.Y.).  Lead counsel for court-appointed lead plaintiff Utah Retirement Systems.

> *Teamsters Local 443 Health Services & Ins. Plan, et al. v. Chou (AmerisourceBergen Corp.)*, No. 2019-0816 (Del. Ch.).  Counsel in derivative action involving AmerisourceBergen Corporation, which commenced by the issuance of a books and records demand, *San Antonio Fire & Police Pension Fund v. AmerisourceBergen Corp.*, C.A. No. 2018-0551 (Del. Ch.).

> *In re UnitedHealth Section 220 Litigation*, C.A. No. 0681-TMR (Del. Ch.).  Co-lead counsel representing plaintiff Amalgamated Bank.

> *Sullivan v. Barclays PLC*, No. 13-cv-2811 (S.D.N.Y.).  Counsel for plaintiffs and represents California State Teachers' Retirement System.  To date, over $651.5 million in partial settlements have been reached and approved by the court.

> *Laydon v. Mizuho Bank, Ltd.*, No. 1:12-cv-03419 (GBD) (S.D.N.Y.), and *Sonterra Capital Master Fund, Ltd. v. UBS AG*, No. 1:15-cv-05844 (GBD) (S.D.N.Y).  Counsel for plaintiffs and represents California State Teachers' Retirement System and Oklahoma Police Pension and Retirement System. To date, over $329.5 million in partial settlements have been reached and approved by the court.



> *Iron Workers District Council of New England Health and Welfare Fund v. Teva Pharmaceutical Industries Ltd.*, No. 1:23-cv-11131 (D. Mass.).  Represents the named plaintiff and the proposed class.

> *In re European Government Bonds Antitrust Litigation*, No. 19-cv-2601 (S.D.N.Y.).  Interim Co-Lead Counsel and Counsel for plaintiff San Bernardino County Employees' Retirement Association.

> *In re LastPass Data Security Incident Litig.*, No. 1:22-cv-12057-PBS (D. Mass.).  Attorneys from Berman Tabacco serve as Interim Co-Lead Counsel representing plaintiffs in this data breach class.

> *In re Intellihartx Data Security Incident Litigation*, No. 3:23-cv-01224-JRK (N.D. Ohio).  Member of the court-appointed Plaintiffs' Executive Committee.

## TRIAL EXPERIENCE

The firm is experienced in taking class actions to trial.  Over the years, Berman Tabacco's attorneys have tried cases against pharmaceutical companies in courtrooms in New York and Boston, a railroad conglomerate in Delaware, one of the nation's largest trustee banks in Philadelphia, a major food retailer in St. Louis and the top officers of a failed New England bank.

The firm has been involved in more trials than most of the firms in the plaintiffs' class action bar.  Our partners' trial experience includes:

> *In re PHC, Inc. Shareholder Litigation*, No. 1:11-cv-11049-PBS (D. Mass.).  After two-week trial in 2017 in this breach of fiduciary class action, jury verdict for plaintiffs but no damage award. Following post-trial briefing, court exercised its equitable power and ordered $3 million award by defendant.

> *Conway v. Licata*, No. 13-12193 (D. Mass.).  2015 jury verdict for defendants (firm's client) after two-week trial on the vast majority of counts, awarding the plaintiffs a mere fraction of the damages sought.  Jury also returned a verdict for defendants on one of their counterclaims.

> *In re MetLife Demutualization Litigation*, No. 00-Civ-2258 (E.D.N.Y.).  This case settled for $50 million after the jury was empaneled.

> *White v. Heartland High-Yield Municipal Bond Fund*, No. 00-C-1388 (E.D. Wis.).  Firm attorneys conducted three weeks of a jury trial against final defendant, PwC, before a settlement was reached for $8.25 million.  The total settlement amount was $23.25 million.

> *In re Disposable Contact Lens Antitrust Litigation*, MDL No. 1030 (M.D. Fla.).  Settled for $60 million with defendant Johnson & Johnson after five weeks of trial.

> *Gutman v. Howard Savings Bank*, No. 2:90-cv-02397 (D.N.J.).  Jury verdict for plaintiffs after three weeks of trial in individual action.  The firm also obtained a landmark opinion allowing investors to pursue common law fraud claims arising out of their decision to retain securities as opposed to purchasing new shares.  *See Gutman v. Howard Savings Bank*, 748 F. Supp. 254 (D.N.J. 1990).

> *Hurley v. Federal Deposit Insurance Corp.*, No. 88-cv-940 (D. Mass.).  Bench verdict for plaintiffs.



<span style="float:right">Firm Resume</span>

> *Levine v. Fenster*, No. 2-cv-895131 (D.N.J.).  Plaintiffs' verdict of $3 million following four-week trial.

> *In re Equitec Securities Litigation*, No. 90-cv-2064 (N.D. Cal.).  Parties reached a $35 million settlement at the close of evidence following five-month trial.

> *In re ICN/Viratek Securities Litigation*, No. 87-cv-4296 (S.D.N.Y.).  Hung jury with 8-1 vote in favor of plaintiffs; the case eventually settled for over $14.5 million.

> *In re Biogen Securities Litigation*, No. 94-cv-12177 (D. Mass.).  Verdict for defendants.

> *Upp v. Mellon*, No. 91-5219 (E.D. Pa.).  In this bench trial, tried through verdict in 1992, the court found for a class of trust beneficiaries in a suit against the trustee bank and ordered disgorgement of fees.  The Third Circuit later reversed based on lack of jurisdiction.



Firm Resume

# OUR ATTORNEYS

## *Partners*

## DANIEL E. BARENBAUM



A partner in the firm's San Francisco office and member of the firm's Executive Committee, Daniel Barenbaum focuses his practice on securities litigation.  Mr. Barenbaum was one of the lead attorneys representing the California Public Employees' Retirement System in the landmark case brought against the major credit rating agencies (Standard & Poor's and Moody's) in connection with the marketing of one of the largest, most complex structured-finance securities ever devised.  The case settled for a total of $255 million.  He also represented co-lead plaintiff for the common stock class Massachusetts Pension Reserves Investment Management Board in a case that settled for $170 million against Fannie Mae; the complaint centered on misrepresentations regarding the amount of subprime and Alt-A on the company's books and the lack of adequate risk controls used and disclosed to manage those types of loans.  Further, Mr. Barenbaum regularly represents institutional investor clients in matters involving multi-party issues/disputes and complex discovery (for documents, individual depositions, and institutional "person most knowledgeable" depositions of key executives), including matters where they stand to collect millions of dollars as potential beneficiaries of certain government agencies' investigations or civil actions.

Mr. Barenbaum is one of the lead partners for the team representing sole Lead Plaintiff Alameda County Employees' Retirement Association in *Erwin v. Veradigm Inc.*, No. 1:23-cv-16205 (N.D. Ill.).  Veradigm is a healthcare technology company that offers electronic health records, financial management, population health management, and consumer solutions to hundreds of thousands of healthcare providers.  The case, which was brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as well as SEC Rule 10b-5, alleges that the company made materially false and misleading statements during the Class Period regarding its revenues, gross margins, and earnings growth. Plaintiffs specifically allege that defendants made materially false and misleading statements including that Veradigm (a) overstated its historical revenues by at least $20 million, (b) artificially inflated its revenue by recording duplicate transactions, among other things, over a more-than-two-year period; (c) artificially inflated its earnings and margins and materially misrepresented demand for the company's products and services during the Class Period; (d) failed to maintain effective internal controls over its financial reporting; and (e) failed to comply with Generally Accepted Accounting Principles regarding appropriate revenue recognition practices; and that as a result of the foregoing, the Company's financial projections were materially false and misleading and lacked any reasonable basis.  Despite first identifying the issue over a year ago in February 2023, the Company has, as of March 2024, yet to restate those financials or file the yet-to-be filed tardy financial statements.

Mr. Barenbaum was one of the lead partners for the team representing the sole Lead Plaintiff Alameda County Employees' Retirement Association in *Hayden v. Portola Pharmaceuticals Inc., et al.*, No. 3:20-cv-00367-VC (N.D. Cal.)—securities litigation brought on behalf of investors in Portola Pharmaceuticals, Inc., a biopharmaceutical company that developed and commercialized treatments for thrombosis and other



hematologic diseases.  Portola's primary product was Andexxa, a reversal drug for apixaban- and rivaroxaban-treated patients with life-threatening or uncontrolled bleeding.  The action alleged that, between January 8, 2019 and February 26, 2020, defendants issued materially false and misleading statements related to the sales of Andexxa.  Lead Plaintiff's complaint alleged violations of Sections 10(a) and 20(a) of the Securities Exchange Act of 1934, and Sections 11, 12(a)(2), and 15 of the Securities Act of 1933. The company is alleged to have made material misrepresentations and related omissions  about (1) its compliance with GAAP, specifically as to recognizing revenue under ASC-606 and under-reserving for returns given that Portola's product Andexxa had a short-shelf-life and the company therefore offered a generous return policy on all expired product; and (2) customer demand and utilization of Andexxa for those that purchased it (*e.g.*, hospital and hospital-system pharmacies), both as to depth (regularity of usage) and breadth (types of bleeds prescribed for).  In June 2022, after fully briefing the motion for class certification, the parties reached a settlement in the amount of $17.5 million, which was approved by the court on March 6, 2023.

Mr. Barenbaum has been an integral member of the firm's litigation teams, such as for *In re International Rectifier Securities Litigation*, No. 07-cv-02544 (C.D. Cal.), where the firm acted as co-lead counsel representing the Massachusetts Laborers' Pension Fund for an alleged accounting fraud that originated at the company's foreign subsidiary.  Mr. Barenbaum was also a key member of the team that developed the firm's individual-case strategy necessitated by the Supreme Court's decision in *Morrison v. National Australia Bank, Ltd.*, 561 U.S. 247, 130 S. Ct. 2869 (2010), in *In re BP, p.l.c. Securities Litigation*, No. 10-md-2185 (S.D. Tex.).  Mr. Barenbaum previously worked to prepare for trial *In re MetLife Demutualization Litigation*, No. 00-Civ-2258 (E.D.N.Y.) – a case before the Hon. Jack Weinstein that settled after the jury was empaneled.

Mr. Barenbaum was formerly an associate and partner at Lieff, Cabraser, Heimann & Bernstein, LLP where he was a member of the securities practice group and actively litigated, among other cases, two state-court individual securities actions involving large-scale accounting fraud.  The first was against McKesson HBOC, where the firm represented two Merrill Lynch mutual funds and that alleged state law claims; the case settled days before trial was to commence.  The second involved Peregrine Systems, Inc., where the firm represented individual directors whose company had been acquired by Peregrine and whose options and shares had been converted to Peregrine shares.  Mr. Barenbaum worked on all facets of litigation in those cases, from dispositive motions to discovery to appeals to oral argument.

At Lieff Cabraser, Mr. Barenbaum was a supervising partner on the firm's Vioxx injury cases, where the firm had a leadership role in the large multidistrict litigation.  In that role, Mr. Barenbaum oversaw service pursuant to the Hague Convention of hundreds of Vioxx complaints against foreign (U.K) defendants and also acted as the primary point of contact for all foreign co-counsel and their clients.  Prior to that, Mr. Barenbaum was the lead associate on the Sulzer Hip Implant injury cases, where he oversaw the service of hundreds of Sulzer complaints against foreign defendants in several countries (including Switzerland).

Mr. Barenbaum has been ranked by *Benchmark Litigation* as a *California State Litigation Star* (2020-2024), *San Francisco Local Litigation Star* (2020-2024), and *Noted Star* (2020-2024) *in Plaintiff Work and Securities.*  He was recognized as a *Recommended Attorney* in *Securities Litigation* by *The Legal 500* (U.S. edition 2017-2020).  In 2020, *The Legal 500* reported a client's praise for Mr. Barenbaum stating that he "is top-notch with superb attention to detail when drafting papers, arguing motions and negotiating."  He has also been selected as a *Super Lawyer* by *Northern California Super Lawyers* magazine (2020-2023).



Firm Resume

Mr. Barenbaum is the author of *Delineating Covered Class Actions Under SLUSA*, *Securities Litigation Report* (December-January 2005), and *Class Certification of Medical Monitoring Claims in Mass Tort Product Liability Litigation* (Leader Publications, 1999); co-author of *Why Event-Driven Securities Class Actions Often Succeed*, Daily Journal (Apr. 5, 2023), *The Currency of Capitalism With a Social Conscience*, Financier Worldwide Magazine (June 2018) and *Snap Judgment—S&P Dow Jones and FTSE Russell Indices Ensure That Investors Retain Voting Rights*, Financier Worldwide Magazine (October 2017); and contributing author to *California Class Actions Practice and Procedures* (Elizabeth J. Cabraser, Editor-in-Chief, 2003).  Having successfully obtained his Series 7 and 66 licenses, Mr. Barenbaum was previously registered with the U.S. Securities and Exchange Commission as both a broker-dealer representative and an investment advisor.

Mr. Barenbaum earned his J.D. and M.B.A. degrees in 2000 from Emory University, where he received the business school award for *Most Outstanding Academic Accomplishment*.  He obtained his B.A. in English from Tufts University in 1994.  Mr. Barenbaum was Notes and Comments Editor for the Emory Bankruptcy Developments Journal (1999-2000).

Mr. Barenbaum is a member in good standing of the state bar of California, as well as the Northern, Central, Southern, and Eastern Districts of California.  He is also admitted to the Ninth Circuit of the U.S. Court of Appeals and has been admitted *pro hac vice* in federal and state courts around the country.

## NORMAN BERMAN



In 1982, Norman Berman co-founded Berman Tabacco & Pease LLP, a predecessor to Berman Tabacco.  He focuses his practice principally on complex securities and antitrust litigation. He also oversees and coordinates the firm's mergers and acquisitions litigation practice.

During the course of his career, Mr. Berman has litigated numerous cases to successful resolution, recovering many millions of dollars on behalf of defrauded investors.  He was among the lead attorneys in the *In re Philip Services Corp. Securities Litigation*; *In re Force Protection Inc. Securities Litigation* and the *ICG Communications, Inc.* class actions.  In the case against Philip Services, Mr. Berman assisted in recovering a $79.75 million settlement in this alleged fraud at a Canadian company, which gave rise to issues of foreign discovery.  Until recently, that settlement includes the largest recovery ever obtained from a Canadian auditor.  In the class action against Force Protection, he assisted in securing a $24 million settlement.  In ICG Communications, he helped to successfully secure an $18 million settlement.  Co-lead plaintiffs in the case alleged that ICG executives misled investors and misrepresented ICG's growth, revenues and network capabilities throughout the class period.

Mr. Berman was also part of the team that achieved a $750 million recovery in *Carlson v. Xerox Corp.*, in which the firm represented the Louisiana State Employees' Retirement System as co-lead counsel.  Mr. Berman coordinated and conducted discovery, including a massive document review, in that international fraud class action.  At the time, the recovery was the 10th largest securities class action settlement in history.



<div align="right">Firm Resume</div>

Mr. Berman has acted as trial counsel in a number of successful cases, including *Hurley v. Federal Deposit Insurance Corp.*, where the court entered an $18 million judgment against the failed First Service Bank for Savings, and *ICN Securities Litigation*, which settled after trial for more than $14.5 million in 1996.  The trial team's work in *ICN* prompted positive judicial comment.  Mr. Berman also acted as a senior member of the trial team in the case of *In re Biogen Securities Litigation* and as a member of the trial team in *In re Zila Inc. Securities Litigation*, which settled during trial preparation, *Poughkeepsie Savings Bank v. Morash* and other matters.

Mr. Berman is *AV Preeminent®* rated by *Martindale-Hubbell®*.  *Benchmark Litigation* has designated him as a *Local Litigation Star* (2013-2015, 2017-2024) and a *Massachusetts State Litigation Star* (2018-2024) in *Securities*.  He has also been named a *Super Lawyer* by *Massachusetts Super Lawyers Magazine* in 2004-2006 and every year since 2009.  He was also selected by *Lawdragon* for its *500 Leading Plaintiff Financial Lawyers* guide (2019-2024), as featured in *Lawdragon's The Plaintiff Issue* magazine.

Mr. Berman is co-author of a chapter on expert testimony in a handbook on Massachusetts Evidence published by Massachusetts Continuing Legal Education.

Mr. Berman graduated from Boston University in 1970 and from Suffolk University Law School in 1974. While in law school, he was a member of the Public Defenders Group and, following law school, was an intern with the Massachusetts Defenders Committee.

Mr. Berman is a member in good standing in the Commonwealth of Massachusetts and the state of Connecticut and is also admitted to practice before the U.S. Supreme Court, the U.S. District Courts for the District of Massachusetts, District of Connecticut, and the Eastern District of Wisconsin, and the United States Courts of Appeals for the First, Third and Fourth Circuits.

## STEVEN J. BUTTACAVOLI



A partner in the firm's Boston office, Steven J. Buttacavoli focuses his practice on securities, RICO, and consumer class action litigation.

At Berman Tabacco, Mr. Buttacavoli was among the partners who represented lead plaintiff Utah Retirement Systems in securities class action litigation, *Koch v. Healthcare Services Group, Inc., et al.*, No. 2:19-cv-01227-ER (E.D. Pa.).  The case settled for $16.8 million, which was approved by the court on January 12, 2022.  He is also among the partners representing the lead plaintiff Oklahoma Police Pension and Retirement System in *In re Inotiv, Inc. Securities Litigation*, No. 4:22-CV-045-PPS-JEM (N.D. Ind.), a securities fraud class action lawsuit against Inotiv, Inc. and certain of its executive officers on behalf of all persons who acquired publicly traded Inotiv securities between September 21, 2021 and June 13, 2022, inclusive.  Plaintiffs allege that defendants materially false and misleading statements and/or material omissions concerning the Company's business, operations, and regulatory compliance policies related to its acquisition of Envigo RMS, LLC ("Envigo"). Specifically, Plaintiffs allege that Inotiv misled investors regarding the existence of widespread and flagrant violations of federal animal welfare regulations at an Envigo dog breeding facility located in Cumberland, Virginia that led the U.S. Department of Justice to take action to rescue more than 4,000 animals and



shutter the facility, as well as the risks associated with an ongoing federal criminal investigation into the importation of research primates from Asia.

Mr. Buttacavoli was one of the lead attorneys who managed day-to-day litigation activities on behalf of the Ohio Public Employees Retirement System, co-lead plaintiff in *In re BP p.l.c. Securities Litigation*. Mr. Buttacavoli assisted in drafting the amended complaint, drafting the opposition to defendants' motion to dismiss, drafting plaintiffs' motion for class certification, drafting summary judgment and *Daubert* briefs, and led fact and expert discovery efforts in this matter. The court granted final approval to a $175 million settlement in BP class action in February 2017. Mr. Buttacavoli also represented four Ohio pension funds in connection with the litigation and settlement of *Ohio Public Employees Retirement System, et al. v. BP plc*, No. 12-cv-1837 (S.D. Tex.), a separate, individual action filed against BP in connection with the funds' purchase of BP ordinary shares on the London Stock Exchange. He also helped coordinate lead plaintiff's investigation and analysis of securities fraud claims against the General Electric Co., drafted the consolidated amended complaint in a class action against the company, drafted lead plaintiff's opposition to defendants' motions to dismiss and subsequent briefing with the court and conducted discovery in that matter, which settled for $40 million in 2013. Mr. Buttacavoli also helped coordinate lead plaintiff's investigation and analysis of securities fraud claims against the former top executives of BankUnited, drafted the consolidated amended complaint and opposition to defendants' motions to dismiss and drafted materials prepared in connection with the mediation and settlement of *In re BankUnited Securities Litigation*. Mr. Buttacavoli also advises whistleblowers in connection with the reporting of potential securities violations to the U.S. Securities and Exchange Commission and has advised numerous clients regarding potential claims involving custodian banks' foreign currency exchange pricing practices. He represented whistleblowers in connection with the drafting and submission of an application for an SEC whistleblower award that resulted in an award of over $50 million, which was the second-largest SEC whistleblower award at the time.

In addition to his securities litigation practice, Mr. Buttacavoli is a lead member of the Berman Tabacco team that pioneered the prosecution of nationwide federal RICO class actions against the operators and financial backers of allegedly unlawful online lending schemes that attempt to circumvent federal and state law through sham relationships with Native American tribes. These efforts resulted in significant settlements for the benefit of the victims of those schemes, including *Solomon, et al. v. American Web Loan, Inc., et al.*, No. 17-cv-145 (E.D. Va.) (which settled for a total value of over $186 million, including $86 million in cash, cancelation of over $100 million in outstanding debt, and other non-monetary and injunctive relief) and *Gingras, et al. v. Victory Park Capital Advisors, LLC, et al.*, No. 17-cv-00233 (D. Vt.), *Gingras, et al. v. Rosette, et al.,* No. 15-cv-101 (D. Vt.), and *Granger, et al. v. Great Plains Lending, LLC, et al.*, No. 1:18-cv-00112 (M.D.N.C.) (which led to over $47 million in settlements).

Mr. Buttacavoli also represents several current and former Massachusetts firefighters in complex, federal multidistrict litigation alleging that the firefighters' exposure to PFAS "forever chemicals" in protective turnout gear and firefighting foam caused the firefighters to be diagnosed with and treated for cancers and other serious illnesses. The cases are currently pending as part of MDL proceedings in the United States District Court for the District of South Carolina, *In re: Aqueous Film-Forming Foams Products Liability Litigation*, No. 2:18-mn-2873-RMG (D.S.C.).

Prior to joining Berman Tabacco in 2009, Mr. Buttacavoli worked as an associate at major corporate law firms in Boston, where he defended securities class actions and U.S. Securities and Exchange Commission enforcement actions, conducted internal investigations, responded to criminal investigations by the United



Firm Resume

States Attorney's Office, and advised clients in connection with litigation risk analysis and mitigation strategies.

Mr. Buttacavoli was recognized as a *Recommended Attorney* in *Securities Litigation* by *The Legal 500* (U.S. edition 2017-2019).  He was also ranked as a *Super Lawyer* by *Massachusetts Super Lawyers Magazine* in 2021-2023.

Mr. Buttacavoli earned an A.B. in International Relations from the College of William & Mary and a Master of Public Policy degree from Georgetown University.  In 2001, he earned his J.D., *magna cum laude,* from the Georgetown University Law Center, where he was a member of the Order of the Coif.  Mr. Buttacavoli was also a Senior Articles and Notes Editor for the *American Criminal Law Review*.  Mr. Buttacavoli is the co-author of the Securities Litigation chapter in a leading Massachusetts treatise on expert witnesses, Securities Litigation, in *Massachusetts Expert Witnesses* (4th Ed. 2022).

Mr. Buttacavoli is a member in good standing in the state and federal courts of the Commonwealth of Massachusetts and the United States Courts of Appeals for the First, Second, Third, Fourth, and Eleventh Circuits.

## KATHLEEN M. DONOVAN-MAHER



Kathleen M. Donovan-Maher is the Managing Partner of the Firm's Boston office and member of the firm's Executive Committee.  She focuses her practice on prosecuting class actions, including RICO (Racketeer Influenced and Corrupt Organizations Act), ERISA (Employee Retirement Income Security Act), breach of fiduciary duty, securities, antitrust, corporate fraud, and whistleblower cases.  Ms. Donovan-Maher has been a plaintiffs' lawyer for over 30 years and has served as lead or co-lead counsel in large, complex cases in federal courts around the country.

During her career, Ms. Donovan-Maher has successfully helped to prosecute numerous class actions.  She represents current and former Massachusetts firefighters in complex, federal multidistrict litigation alleging that the firefighters' exposure to PFAS "forever chemicals" in protective turnout gear and firefighting foam caused the firefighters to be diagnosed with and treated for cancers and other serious illnesses.  She also led Berman Tabacco's efforts to bring financial justice to people who were taken advantage of by unlawful online payday lending schemes, which succeeded in securing, collectively, over $126 million in cash and other relief for the consumer borrower classes in those matters.  Ms. Donovan-Maher led the firm's team in a class action brought on behalf of investors in limited partnerships associated with the Jay Peak ski resort in Vermont, which recovered over $150 million to benefit investors who were harmed by an alleged Ponzi-like scheme.

She led the day-to-day prosecution of the litigation against General Electric Co., which settled for $40 million in 2013.  Ms. Donovan-Maher also served as discovery captain in the *NASDAQ Market Makers Antitrust Litigation,* which settled for $1.027 billion and was a member of the trial team in the *ICN/Viratek Securities Litigation*, which settled for $14.5 million after the jury deadlocked at the conclusion of the 1996 trial.  Other cases in which Ms. Donovan-Maher has played a chief role include, but are not limited to, *In re BankUnited Securities Litigation, In re American Home Mortgage, Wyatt v. El Paso Corp., In re Enterasys Networks, Inc.*



<div align="right">

*Firm Resume*

</div>

*Securities Litigation* and *In re SmartForce/SkillSoft Securities Litigation.*  In addition to a monetary award, the *Enterasys Networks* settlement also included corporate governance improvements, requiring the company to back a proposal to eliminate its staggered board of directors, allow certain large shareholders to propose candidates to the board and expand the company's annual proxy disclosures.  In all cases, Ms. Donovan-Maher's efforts helped achieve significant financial recoveries for such public retirement systems as the State Universities Retirement System of Illinois, Oklahoma Police Pension & Retirement System, the Los Angeles County Employees Retirement Association and the Teachers' Retirement System of Louisiana.

In *In re Centennial Technologies Litigation,* Ms. Donovan-Maher secured a $207 million judgment against defendant Emanuel Pinez, Centennial's founder and former CEO and Chairman of the Board of Directors who was the primary architect of one of the largest financial frauds in Massachusetts history at the time.

*Martindale-Hubbell®* has rated her AV Preeminent® and selected her for the *Martindale-Hubbell®* 2013 *Bar Register of Preeminent Women Lawyers™.*  She was also selected as one of *New England's Top-Rated Lawyers* by *Martindale-Hubbell®* (2013, 2018-2023), as featured in *The National Law Journal.  Martindale-Hubbell®* also selected her as a *Top-Rated Litigator* (2019) and as one of its *Women Leaders In Law* (2021-2023).  She has also been designated by *Benchmark Litigation* as a *Local Litigation Star* (2013-2015, 2021-2024) and a *Massachusetts State Litigation Star* (2021-2024) and was recognized as a *Benchmark Plaintiff Top 150 Women in Litigation.*  She has also been designated as a *Super Lawyer* by *Massachusetts Super Lawyers* magazine (2004-2005, 2020-2023).  She was also selected as one of the *Top Lawyers* of the year by *Boston Magazine* (2021-2022) and was selected by *Lawdragon* for its *500 Leading Plaintiff Financial Lawyers* guide (2019-2024), as featured in *Lawdragon's The Plaintiff Issue* magazine.

Over the years, Ms. Donovan-Maher has authored continuing legal education articles for such groups as ALI-ABA and PLI.  She is also a member of Phi Delta Phi, Delta Mu Delta National Honor Society in Business Administration, Omicron Delta Epsilon International Honor Society of Economics, the American Bar Association and the Boston Bar Association.

Ms. Donovan-Maher graduated from Suffolk University *magna cum laude* in 1988, receiving a B.S. degree in Business Administration, concentrating in Finance with a minor in Economics.  Ms. Donovan-Maher earned an award for maintaining the highest grade point average among students with concentrations in Finance.  She graduated from Suffolk University Law School three years later after serving two years on the *Transnational Law Review.*

Ms. Donovan-Maher is a member in good standing in the state and federal courts of the Commonwealth of Massachusetts, and she is admitted to practice law in the U.S. District Court for the District of Massachusetts, the U.S. Supreme Court and the U.S. Courts of Appeals in the First, Second, Third, Fourth and Eleventh Circuits.



Firm Resume

## PATRICK T. EGAN



A partner in Boston, Patrick T. Egan focuses his practice on securities, antitrust, and data privacy litigation. Mr. Egan has litigated numerous cases to successful resolution, recovering hundreds of millions of dollars on behalf of defrauded investors.

Mr. Egan was one of the firm's lead attorneys representing the Wyoming State Treasurer and Wyoming Retirement System in the *In re IndyMac Mortgage-Backed Securities Litigation* in which the firm achieved settlements totaling $346 million. He was also a lead attorney representing the Michigan State Retirement Systems in the *In re Bear Stearns Companies* litigation stemming from the 2008 collapse of the company. Plaintiffs successfully recovered $294.9 million for former Bear Stearns shareholders.

Mr. Egan has worked on a number of important cases, including *Lernout & Hauspie* and the related case, *Quaak v. Dexia, S.A.* (*In re Lernout & Hauspie Sec. Litig.*, No. 00c-11589 (D. Mass.), and *Quaak v. Dexia, S.A.*, No. 03-11566 (D. Mass.). Those cases stem from a massive accounting fraud scheme at Lernout & Hauspie Speech Products, N.V., a bankrupt Belgian software company. As co-lead counsel, the firm recovered more than $180 million on behalf of former Lernout & Hauspie shareholders. In addition, Mr. Egan was one of the attorneys at Berman Tabacco representing CalPERS against credit ratings agency Moody's, based on Moody's misrepresentations regarding the creditworthiness of three structured investment vehicles, which settled for $255 million. *California Public Employees' Ret. Sys. v. Moody's Corp.*, No. CGC-09-490241 (Cal. Super. Ct. San Francisco County). Recently, Mr. Egan served as a lead partner (i) representing the sole Lead Plaintiff Utah Retirement Systems ("URS") in *Koch v. Healthcare Services Group, Inc., et al.*, No. 2:19-cv-01227-ER (E.D. Pa.), a class action that alleged that defendants issued materially false and misleading statements and failed to disclose "earnings management" practices that allowed HCSG to consistently meet or beat earnings per share estimates that, in turn, caused the price of the company's stock to be artificially inflated (case settled for $16.8 million, which was approved by the court on January 12, 2022); and (ii) representing the sole Lead Plaintiff Oklahoma Police Pension and Retirement System in *Oklahoma Police Pension and Retirement System v. Sterling Bancorp, Inc., et al.*, No. 2:20-cv-10490 (E.D. Mich.), a class action which alleged that defendants issued materially untrue and misleading statements concerning, *inter alia*, the Sterling's loan underwriting, risk management, compliance and internal controls, including regarding the Company's Advantage Loan Program, the Company's largest lending program (case settled for $12.5 million, which was approved by the court on September 23, 2021).

Mr. Egan currently serves as the lead partner representing the lead plaintiff Oklahoma Police Pension and Retirement System in *In re Inotiv, Inc. Securities Litigation*, No. 4:22-CV-045-PPS-JEM (N.D. Ind.), a securities fraud class action lawsuit against Inotiv, Inc. and certain of its executive officers on behalf of all persons who acquired publicly traded Inotiv securities between September 21, 2021 and June 13, 2022, inclusive. Plaintiffs allege that defendants materially false and misleading statements and/or material omissions concerning the Company's business, operations, and regulatory compliance policies, specifically related to its acquisition of Envigo RMS, LLC ("Envigo") and the existence of widespread and flagrant violations of federal animal welfare regulations at an Envigo dog breeding facility located in Cumberland, Virginia that led the U.S. Department of Justice to take action to rescue more than 4,000 animals and shutter the facility.



Mr. Egan is also experienced in antitrust litigation.  He is currently one of the lead attorneys for the firm representing plaintiffs and the $240 billion pension fund California State Teachers' Retirement System in the ongoing *Euribor* (*Sullivan v. Barclays PLC, et al.*, No. 13-cv-2811 (S.D.N.Y.)) and *Yen Libor* (*Laydon v. Mizuho Bank, Ltd.*, No. 1:12-cv-03419 (GBD) (S.D.N.Y.), and *Sonterra Capital Master Fund, Ltd. v. UBS AG*, No. 1:15-cv-05844 (GBD) (S.D.N.Y)) antitrust cases involving U.S., European, and Japanese banks' manipulation of interest rate benchmarks and agreements to fix bid-ask spread prices on interest rate derivatives (*Euribor* has yielded $651.5 million, and *Yen Libor* $329.5 million).  He was also one of the lead attorneys representing Orange County Employees' Retirement System in *Dennis v. JP Morgan Chase & Co.*, No. 16-cv-06496-LAK (S.D.N.Y), an action alleging that U.S., European, and Australian banks manipulated the interest rate benchmark used to price derivatives that were denominated in Australian dollars and sold to U.S. investors, which recently settled for $185.875 million, which was approved by the court on November 2, 2022.

Mr. Egan also leads our privacy practice group, which is committed to aiding consumers harmed by businesses that fail to safeguard private information and covertly monetize client data for profit. In this role, Mr. Egan, and our privacy team, are involved in key actions concerning major data breaches impacting personally identifiable information and protected health information; as well as actions with companies secretly recording and tracking web user interactions.

Mr. Egan also represents whistleblowers who provide information and assistance to the U.S. Securities and Exchange Commission, U.S. Commodities Futures Trading Commission, U.S. Internal Revenue Service and state regulators in connection with their enforcement of the federal and state laws.  Mr. Egan also represents whistleblowers in actions filed under the Federal False Claims Act.

Prior to joining the firm in 1999 and being named partner in 2006, Mr. Egan worked at the U.S. Department of Labor, where he served as an attorney advisor for the Office of Administrative Law Judges. Mr. Egan also serves as an Adjunct Faculty member of the Business Studies department at Assumption University, with a focus on Business Law, Corporate Governance and White-Collar Crime.

Mr. Egan has been ranked by *Benchmark Litigation* as a *Local Litigation Star* (2013-2015, 2021-2024) and as a *Massachusetts State Litigation Star* (2018-2024) in *Competition* and *Securities*.  He was recognized by *The Legal 500* (U.S. edition) as a *Recommended Attorney* in *Securities Litigation* (2018-2019) and *Antitrust* (2019-2023).  He has also been selected as a *Super Lawyer* by *Massachusetts Super Lawyers* magazine (2022-2023).

Mr. Egan received a B.A. in Political Science *cum laude* from Providence College in 1993.In 1997, he graduated *cum laude* from Suffolk University Law School.  While at Suffolk, Mr. Egan served on the editorial board of the *Suffolk University Law Review* and authored a note entitled, *Virtual Community Standards: Should Obscenity Law Recognize the Contemporary Community Standard of Cyberspace*, 30 Suffolk University L. Rev. 117 (1996).

Mr. Egan is a frequent lecturer on topics related to securities litigation and healthcare fraud. He has also served as an Adjunct professor on topics related to Corporate Governance, White Collar Crime, and Business Law. In addition, Mr. Egan holds a Certificate from Bentley University's Executive and Professional Education Program for a Mini MBS: Business Essentials.



Firm Resume

Mr. Egan is a member in good standing in the Commonwealth of Massachusetts, the states of Connecticut and New York, as well as the U.S. District Courts for the District of Massachusetts, the Southern District of New York, Eastern District of New York and the Eastern District of Michigan.  He is also admitted to practice before the U.S. Supreme Court and U.S. Courts of Appeals in the First, Second and Fourth Circuits.

## STEVEN L. GROOPMAN



Steven L. Groopman is a partner in the firm's Boston office.  He currently maintains an interdisciplinary practice primarily focused on the healthcare industry, including antitrust, consumer, RICO, ERISA, and corporate governance matters.

Mr. Groopman joined Berman Tabacco in June 2015 after serving as a law clerk to the Honorable Dickinson R. Debevoise, on the U.S. District Court for the District of New Jersey, and working as an associate at a New York law firm.

Mr. Groopman is currently representing a proposed class of third-party payors in *Iron Workers District Council of New England Health and Welfare Fund v. Teva Pharmaceutical Industries Ltd.*, No. 1:23-cv-11131 (D. Mass.), alleging that defendant Teva and its affiliates, embarked on a nearly decade-long (and continuing) anticompetitive scheme to delay generic competition for QVAR, its blockbuster line of brand-name asthma inhalers.

He is also currently representing an institutional shareholder of Centene Corporation in *Bricklayers Pension Fund of Western Pennsylvania v. Brinkley, et al.*, No. 2022-1118-MTZ (Del. Ch.), alleging that Centene's Board of Directors failed to oversee compliance in connection with Medicaid cost reporting, resulting in a massive Medicaid fraud.

Mr. Groopman was previously a key member of the firm's litigation team in federal RICO class actions against the operators and financial backers of allegedly unlawful online lending schemes that attempt to circumvent federal and state law through sham relationships with Native American tribes.  *Solomon, et al. v. American Web Loan, Inc., et al.*, No. 17-cv-145 (E.D. Va.), *Gingras, et al. v. Victory Park Capital Advisors, LLC, et al.*, No. 17-cv-00233 (D. Vt.) and *Gingras, et al. v. Rosette, et al.,* No. 15-cv-101 (D. Vt.).

Mr. Groopman was previously a key member of the firm's litigation team in federal RICO class actions against the operators and financial backers of allegedly unlawful online lending schemes that attempt to circumvent federal and state law through sham relationships with Native American tribes.  *Solomon, et al. v. American Web Loan, Inc., et al.*, No. 17-cv-145 (E.D. Va.), *Gingras, et al. v. Victory Park Capital Advisors, LLC, et al.*, No. 17-cv-00233 (D. Vt.) and *Gingras, et al. v. Rosette, et al.,* No. 15-cv-101 (D. Vt.).

Mr. Groopman was recognized by *Benchmark Litigation* in its *40 & Under List* in *Plaintiff Class Action* (2022-2023) and has been named by *New England Super Lawyers* magazine as a *Super Lawyer* (2023) and previously as a *Rising Star* (2017-2022).

Mr. Groopman earned his J.D from the George Washington University Law School and his B.A., magna cum laude, from Brown University.



Mr. Groopman is a member in good standing of the state bars of Massachusetts and New York, the U.S. District Court for the District of Massachusetts, the U.S. District Courts for the Southern and Eastern Districts of New York and the Second and Fourth Circuits of the U.S. Court of Appeals.

## CARL HAMMARSKJOLD



A partner in the firm's San Francisco office, Carl Hammarskjold focuses his practice on antitrust cases.  Mr. Hammarskjold represents the firm's clients and class plaintiffs in several financial market manipulation and antitrust class actions on behalf of investors alleging that major banks colluded to fix the prices of bonds and derivatives, including Euribor (*Sullivan v. Barclays PLC, et al.*, No. 13-cv-2811 (S.D.N.Y.) (to date, partial settlements of $651.1 million have been reached and approved by the court)), Yen Libor (*Sonterra Capital Master Fund, LTD. v. UBS AG, et al.*, No. 15-cv-5844 (S.D.N.Y.) (to date, partial settlements of $329.5 million have been reached and approved by the court)), and European Government Bonds (*In re European Government Bonds Antitrust Litigation*, No. 19-cv-2601-VM-SN (S.D.N.Y.) and *Ohio Carpenters' Pension Fund, et al. v. Deutsche Bank AG, et al.*, No. 1:22-cv-10462-ER (S.D.N.Y.)). He also represents plaintiffs in an antitrust and consumer protection class action against American Express that challenges Amex's anti-steering rules as anticompetitive (*Oliver, et al., v. American Express Company, et al.*, No. 1:19-cv-00566-NGG-SJB (E.D.N.Y.)).

Mr. Hammarskjold also represented the firm's clients and class plaintiffs in Australian Dollar (*Dennis, et al. v. JPMorgan Chase & Co.*, et al., No. 16-cv-06496 (S.D.N.Y)) (settled for $185.875 million, which was approved by the court on November 2, 2022), and *In re GSE Bonds Antitrust Litigation*, No. 19-cv-01704 (S.D.N.Y.) (settled with all defendants for $386.5 million, which was approved by the court on June 16, 2020).  He also represented class plaintiffs in a nationwide antitrust class action on behalf of direct purchasers of lithium ion rechargeable batteries that resulted in settlements totaling $139.3 million.  *In re Lithium Ion Batteries Antitrust Litigation*, No. 13-md-02420-YGR (N.D. Cal.).  Mr. Hammarskjold was also one of the firm's attorneys assisting in Sterling Bancorp, Inc. Securities Litigation (*Oklahoma Police Pension and Retirement System v. Sterling Bancorp, Inc, et al.*, No. 5:20-Cv-10490-JEL-EAS (E.D. Mich.)), which settled for $12.5 million, which was approved by the court on September 23, 2021.

Prior to joining Berman Tabacco in 2018, Mr. Hammarskjold worked for a San Francisco-based plaintiffs' law firm specializing in antitrust class actions and other complex, multidistrict litigation in federal court. He was also a business litigator at a large, national law firm. During his prior work in the plaintiffs' bar, Mr. Hammarskjold represented class plaintiffs in containerboard antitrust litigation (*Kleen Products, LLC, et al. v. Packaging Corp. of America, et al.*, No. 10-cv-05711 (N.D. Ill.)) and was part of the appellate team whose work resulted in a published Ninth Circuit opinion in *Bozzio v. EMI Group Ltd, et al.*, No. 13-15685 (9th Cir.).

Mr. Hammarskjold serves on the Executive Committee of the Antitrust & Business Regulation Section of the San Francisco Bar Association.

Mr. Hammarskjold is rated AV Preeminent® by *Martindale-Hubbell*®.  He was recognized in *The Best Lawyers in America*® and *Northern California Best Lawyers* for *Mass Tort Litigation / Class Actions – Plaintiffs* (2021-2023).  He was also recognized as a *Recommended Attorney* in *Antitrust* by *The Legal 500*



Firm Resume

(U.S. edition 2023) and was selected by *Northern California Super Lawyers* magazine as a *Super Lawyer* in 2023, and previously as a *Rising Star* in 2016-2021.

Mr. Hammarskjold earned his J.D., *summa cum laude*, from the University of San Francisco School of Law, where he graduated first in his class and received the Academic Excellence Award for Extraordinary Contribution to the Intellectual Life of the School. During law school, he served as an extern for the Honorable William H. Alsup at the U.S. District Court for the Northern District of California. Mr. Hammarskjold has a B.A. from Pomona College.

Mr. Hammarskjold is a member in good standing of the state bar of California, the U.S. District Court for the Northern and Central Districts of California, the U.S. District Court for the Eastern District of Michigan and the Ninth Circuit of the U.S. Court of Appeals.

## NICOLE LAVALLEE



Nicole Lavallee, the managing partner of the firm's San Francisco office and member of the firm's Executive Committee, focuses her practice on prosecuting securities and derivative actions. She is also an integral member of the firm's New Case Investigations Team, which oversees the firm's portfolio monitoring program and investigates potential securities law violations to determine whether a case meets the firm's exacting standards.

Since the enactment of the PSLRA, Ms. Lavallee has prosecuted numerous high-profile securities fraud cases for the firm.  For example, she was one of the lead attorneys overseeing the *In re IndyMac Mortgage-Backed Securities Litigation*, No. 09-cv-4583 (S.D.N.Y.), which settled for $346 million – one of the largest private MBS recoveries on record and the largest of any case where the issuer bank was in bankruptcy.

Over the years, Ms. Lavallee has been the lead partner managing the day-to-day prosecution of numerous other cases, where she handled or oversaw case investigation and factual development and briefing (including appeal briefing), conducted depositions, argued key motions (including motions to dismiss, motions for summary judgment and/or discovery motions), and participated in settlement negotiations. Examples that resulted in favorable judicial commentary include: (i) *In re KLA-Tencor Corp. Securities Litigation*, No. C06-04065 (N.D. Cal.), an options-backdating class action, representing co-lead plaintiff the Louisiana Municipal Police Employees' Retirement System, which settled for $65 million; (ii) *In re International Rectifier Securities Litigation*, No. 07-cv-02544 (C.D. Cal.), on behalf of the co-lead plaintiff Massachusetts Laborers' Pension Fund, alleging manipulation of the company's financial results, which settled for $90 million in 2009; and (iii) *Oracle Cases*, Coordination Proceeding, Special Title (Rule 1550(b)), No. JCCP 4180 (Cal. Super. Ct. San Mateo Cty.), a derivative case alleging that Lawrence Ellison engaged in illicit insider trading, and which settled weeks before trial when Defendant Larry Ellison agreed to make $100 million in charitable donations in Oracle's name.  Most recently, she oversaw (i) the securities class action captioned *Koch v. Healthcare Services Group, Inc., et al.*, No. 2:19-cv-01227-ER (E.D. Pa.), on behalf of lead plaintiff the Utah Retirement Systems ("URS"), which settled for $16.8 million, which was approved by the court on January 12, 2022; (ii) *In re Aqua Metals, Inc. Securities Litigation*, No. 4:17-CV-07142-HSG (N.D. Cal.), on behalf of lead plaintiff Plymouth County Retirement Association ("PCRA"), which recently settled for $7 million; and (iii) *Hayden v. Portola Pharmaceuticals, Inc., et al.*, No. 3:20-cv-00367-VC



(N.D. Cal.), on behalf of lead plaintiff ACERA, which settled for $17.5 million, which was approved by the court on March 6, 2023.

Ms. Lavallee also represented numerous institutional clients in opt-out actions, including *State of Oregon v. McKesson HBOC, Inc.*, Master File No. 307619 (Cal. Super. Ct. San Francisco Cty.), an individual opt-out action brought on behalf of the retirement systems for Colorado, Utah, and Minnesota, and opt-out actions on behalf of State of Michigan Retirement System and Fresno County Employees' Retirement Association against Countrywide Financial Corp. (*State Treasurer of The State of Michigan v. Countrywide Financial Corp.*, No. CV-11-00809 (C.D. Cal.) and *Fresno County Employees Retirement Association v. Countrywide Financial Corp.*, No. CV-11-00811 (C.D. Cal.)). She has also worked on several securities-fraud trials over the past 25 years.

Currently, Ms. Lavallee is a lead partner at Berman Tabacco on several class action securities fraud cases. She is overseeing *In re Aegean Marine Petroleum Network, Inc. Securities Litigation*, No. 18-cv-04993-NRB (S.D.N.Y.), where the firm is lead counsel representing lead plaintiff the Utah Retirement Systems. Ms. Lavallee and the team successfully recently reached over $41.9 million in settlements with Aegean's outside auditors, the former founder and former CEO all of whom were Greece residents and the claims administration is ongoing. She is also one of the lead partners in a securities fraud class action lawsuit against Veradigm Inc., *Erwin v. Veradigm Inc.*, No. 1:23-cv-16205 (N.D. Ill.), in which the firm represents the sole lead plaintiff Alameda County Employees' Retirement Association.  The complaint, which was brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as well as SEC Rule 10b-5, alleges that the company made materially false and misleading statements during the Class Period regarding its revenues, gross margins, and earnings growth.

Ms. Lavallee has been ranked by *Chambers USA* in California under *Litigation-Securities* (2021-2023) which quoted an opposing counsel as stating that "Nicole is a good adversary, she is smart and puts up a good fight for her clients."  One client described her as *"great in terms of communication and understanding how to bring a case together, produce a strategy and make a path for a way forward."*  In 2023, *Benchmark Litigation* named her one of the *Benchmark Top 205 Women in Litigation.*  She has also been ranked by *Benchmark Litigation* as a *California State Litigation Star* (2019-2024), *San Francisco Local Litigation Star* (2020-2024), and *Noted Star* (2019-2024) in *Plaintiff Work* and *Securities.*  She was also recognized in *The Best Lawyers in America®* for *Litigation-Securities* (2021-2024) and *Mass Tort Litigation/Class Actions–Plaintiffs* (2024), and in the *Northern California Best Lawyers* for Litigation-Securities (2021-2024) and *Mass Tort Litigation/Class Actions–Plaintiffs* (2024).  In 2020 and again in 2023, Ms. Lavallee was ranked as one of the *Top Women Lawyers* in California by the *Daily Journal.*  She was also recognized as a *Recommended Attorney in Securities Litigation* by *The Legal 500* (U.S. edition 2017-2023).  *Northern California Super Lawyers* magazine named her to their lists of the *Top 100* attorneys in California (2021) and the *Top 50 Women* attorneys in California (2021).  She has also been *named* a *Super Lawyer* by *Northern California Super Lawyers* magazine (2017-2023) and was included in *San Francisco Magazine's Top Women Attorneys in Northern California* (2017-2022). Ms. Lavallee has an AV Preeminent® rating from *Martindale-Hubbell®* and was selected for the *MartindaleHubbell® Bar Register of Preeminent Women Lawyers™*.  *Martindale-Hubbell®* also selected her as a *Top-Rated Litigator* (2019), as one of its *Women Leaders In Law* (2021-2023) and as one of the *California Top-Rated Lawyers* (2023).  Ms. Lavallee was selected by *Lawdragon* for its *500 Leading Plaintiff Financial Lawyers* guide (2019-2024), as featured in *Lawdragon's The Plaintiff Issue* magazine.



Firm Resume

Ms. Lavallee has authored numerous articles and lectured on securities litigation. She was co-chair for the 2016 Cross-Border Litigation Forum, a gathering of the most senior legal practitioners in U.S./Canada cross-border litigation (was also on the Steering Committee for the 2012 and 2014 forums), and she is currently on the Steering Committee for the 2020 Cambridge Forum on Plaintiffs' Class Action Litigation (where she previously served on the Steering Committee for the 2019 forum).  Further, Ms. Lavallee has been active in the Bar Association of San Francisco ("BASF"), having served on the Steering Committee of the Women's Impact Network: No Glass Ceiling 2.0 and as a Member of BASF's Policy Impact Working Group of the Women's Impact Network.

A native of Canada, Ms. Lavallee is a 1989 graduate of the French Civil Law School at Université de Montréal and obtained her a Common Law degree from Osgoode Hall Law School in Toronto in 1991.  She received her undergraduate degree in Health Sciences and in Pure and Applied Sciences from Vanier College in Montreal in 1986.

Ms. Lavallee is a member in good standing of the state bar of California, all federal courts in the Ninth Circuit and the Ninth Circuit of the U.S. Courts of Appeals.

## KRISTIN J. MOODY



Kristin J. Moody is a partner in the firm's San Francisco office, where she focuses her practice on securities litigation. She has successfully litigated numerous class actions that have resulted in substantial settlements for defrauded investors.

Currently, she is one of the partners prosecuting *In re Aegean Marine Petroleum Network, Inc. Securities Litigation*, No. 18-cv-04993-NRB (S.D.N.Y.), a case in which the firm is Lead Counsel representing sole Lead Plaintiff, Utah Retirement Systems in a securities fraud class action lawsuit against Aegean Marine Petroleum Network, Inc. ("Aegean"), a marine fuel logistics company based in Greece that supplies and markets refined marine fuel and lubricants to ships in port and at sea, and several former officers.  The team successfully reached settlements with Aegean's outside auditors located in Greece for $29.8 million, which was approved by the court on September 14, 2022, and with the two individual defendants, the former Chief Financial Officer and Aegean's founder, for an additional $11,949,999, which were approved on October 19, 2023.  Ms. Moody serves as the lead partner for the firm prosecuting *Wang v. Zymergen Inc.*, No. 3:21-cv-06028-VC (N.D. Cal.), a securities fraud class action brought on behalf of investors of Zymergen securities alleging that the Registration Statement for the Company's April 2021 IPO contained material misrepresentations and omissions.  As alleged, when the truth was revealed, including when Zymergen announced downward revisions to expected revenue, delays and cancellations in its product pipeline, and smaller market opportunities for its products as well as the departure of members of management, the Class suffered statutory damages under the Securities Act.

Ms. Moody was lead partner for the team prosecuting *Oklahoma Police Pension & Retirement System v. Sterling Bancorp, Inc, et al.*, No. 5:20-cv-10490-JEL-EAS (E.D. Mich.), a securities fraud class action lawsuit against Sterling Bancorp, Inc., certain of its current and former officers and directors, and the underwriters for the Company's initial public offering (the "IPO").  The case was brought on behalf of investors who purchased or otherwise acquired Sterling common stock from November 17, 2017 through and including



March 17, 2020 (the "Class Period"), including shares sold in the IPO.  Sterling, headquartered in Southfield, Michigan, is the unitary thrift holding company of Sterling Bank and Trust which specializes in residential mortgages.  The case alleges that defendants issued materially untrue and misleading statements concerning, *inter alia*, the Company's loan underwriting, risk management, compliance and internal controls, including regarding the Company's Advantage Loan Program, the Company's largest lending program which the Company completely shut down by the end of the Class Period.  The case reached a settlement of $12.5 million, which was approved by the court on September 23, 2021.  Ms. Moody also recently served as one of the lead partners for the team prosecuting *In re Aqua Metals, Inc. Securities Litigation*, No. 4:17-cv-07142-HSG (N.D. Cal.), a securities class action against Aqua Metals, Inc. and certain of its former executives. The case alleged that the defendants engaged in a widespread fraud to mislead investors about, among other things, the implementation and operations of the Company's purportedly proven AquaRefining technology that would supposedly revolutionize the $22 billion lead acid battery recycling business.  The case settled for $7 million, which was approved by the court on March 2, 2022.  Ms. Moody also represented lead plaintiff in *In re Zynga, Inc. Securities Litigation*, where she investigated and drafted the complaint and successful opposition to the motion to dismiss, conducted discovery, and participated in mediation. The case reached a settlement of $23 million.  Ms. Moody also investigated and drafted the consolidated amended complaint in a class action against General Electric Co., certain of its officers and directors, and underwriters of its public offering; drafted lead plaintiff's opposition to defendants' motions to dismiss and subsequent briefing with the court; and conducted discovery in the matter. The case settled for $40 million. Further, Ms. Moody assisted in the litigation of *In re BP p.l.c. Securities Litigation*, where she helped draft the amended complaint and the successful opposition to defendants' motion to dismiss. BP and Lead Plaintiffs for the "post-explosion" class reached a settlement in the amount of $175 million.

Ms. Moody also served as lead partner for the firm in *McLaughlin v. Wells Fargo Bank, N.A.*, No. 3:15-cv-02904-WHA (N.D. Cal.), which achieved a precedent-setting opinion holding that Wells Fargo Bank, NA is required under the Truth in Lending Act ("TILA") to indicate the amount of property insurance proceeds held by the bank on plaintiff customer's payoff statement.  The litigation ultimately attained a settlement which provided $880,000 to the damages class (more than $2,900 for each damages class member), which is 88% of the total maximum statutory damages that could have been recovered if fully litigated.  The settlement also requires Wells Fargo to disclose insurance claim funds on all of its payoff statements going forward, which is a benefit beyond what could have been achieved at trial.  Ms. Moody also managed litigation, coordinated and conducted discovery, counseled clients, and participated in mediation in *In re Force Protection Securities Litigation*, which settled for $24 million. Ms. Moody further coordinated and conducted discovery, counseled the client, and participated in mediation in litigation against International Rectifier Corp. and several of its former officers and directors for an alleged fraud at a foreign subsidiary, which settled for $90 million. In addition, Ms. Moody participated in the motion to dismiss briefing and mediation in *In re American Home Mortgage Securities Litigation*, which settled for $37.25 million, despite the difficulties American Home's bankruptcy posed to asset recovery.

Prior to joining Berman Tabacco, Ms. Moody practiced at Holland & Knight, LLP in Boston and Morrison & Foerster, LLP in San Francisco.  While at Morrison & Foerster, Ms. Moody represented clients in complex commercial litigation matters with a focus on securities litigation. At Holland & Knight, she represented clients in a range of white-collar criminal matters, government and regulatory investigations, and complex civil litigation, including securities litigation.  Ms. Moody has also represented clients in a number of *pro bono* matters, including discrimination and political asylum cases.



Ms. Moody was selected as a *Super Lawyer* by *Northern California Super Lawyers* magazine (2020-2023) and was included in *San Francisco Magazine's Top Women Attorneys in Northern California* (2020-2022). She was also selected by *Lawdragon* for its *500 Leading Plaintiff Financial Lawyers* guide (2019-2024), as featured in *Lawdragon's The Plaintiff Issue* magazine.

Ms. Moody has published several articles in the areas of accounting fraud, securities class actions, and derivative suits. She has also taught business law courses at Fisher College and previously sat on the Fisher College Advisory Board. Ms. Moody has also served as an Advisory Board member for the non-profit Generation Citizen.

Ms. Moody earned an LL.M. from New York University School of Law in 2003, a J.D., *cum laude*, from Boston College Law School in 1999, and a B.A., *cum laude*, in English and Legal Studies from Bucknell University in 1995. While in law school, she was Notes and Comments Editor of the Boston College International and Comparative Law Review and was active in the Women's Law Center.

Ms. Moody is a member in good standing in the Commonwealth of Massachusetts, the state of California, and is also admitted to practice in the U.S District Court for the Northern, Central, Eastern and Southern Districts of California, the U.S. District Court for the District of Massachusetts, the Eastern District of Michigan, and the U.S. Courts of Appeals for the First, Third, Ninth, and Federal Circuits.

## NATHANIEL L. ORENSTEIN


A partner in the firm's Boston office, Nathaniel L. Orenstein focuses his practice on securities and antitrust litigation.  He is currently engaged in a number of matters to ensure that corporate directors' meet their fiduciary obligations to their shareholders.

Most recently, Mr. Orenstein successfully prosecuted in *Norfolk County Retirement System v. David D. Smith*, Civ. No. 1:18-cv-03952 (D. Md.) a case concerning a merger between Sinclair Broadcast Group and Tribune Media Company that was blocked by the U.S. Department of Justice ("DOJ") and the U.S. Federal Communications Commission ("FCC") because Sinclair proposed "sham" divestiture transactions to the FCC and "engaged in misrepresentation and/or lack of candor" with respect to those related party transactions.   The settlement provided far-reaching benefits to Sinclair and its shareholders, including substantial corporate governance reforms, comprised of, among other things, the creation of two new board committees, along with nearly $25 million in financial recovery – including a rare $5 million personal contribution from Sinclair's controlling shareholder.  In approving the settlement, the Court noted that "[i]n this case, plaintiffs' counsel secured an excellent settlement that includes significant corporate governance reforms that would not have resulted from a trial on the merits."

Mr. Orenstein's representative cases also include: *In re Bluegreen Corporation Shareholder Litigation*, No. 502011CA018111 (15th Judicial Cir., Florida) ($36.5 million settlement and $80 million in benefit to class secured to date as member of Executive Committee); *In re TPC Group, Inc. Shareholders' Litigation*, No. 7865-VCN (Delaware Chancery) ($79 million benefit to class while co-lead counsel); *Louisiana Municipal Police Employees' Retirement System v. EnergySolutions, Inc.*, C.A. No. 8350-VCG (Delaware Chancery) ($36 million benefit to class as co-lead counsel); *In re El Paso Corporation Shareholder*



Firm Resume

*Litigation*, No. 6949-CS (Delaware Chancery) ($110 million benefit to class as member of Executive Committee); *In re American Home Mortgage Securities Litigation*, No. 07-MD-1898 (E.D.N.Y.) ($37.25 million benefit to class as member of litigation team); *In re Force Protection Inc. Securities Litigation*, No. 2:08-cv-845 CWH (D.S.C.) ($24 million benefit to class as member of litigation team); and *In Re: Nexium (Esomeprazole) Antitrust Litigation*, No. 12-md-02409-WGY (D. Mass.) ($24 million benefit to class secured to date as local counsel).

Prior to joining Berman Tabacco, Mr. Orenstein was a staff attorney for the Securities Division of the Office of the Secretary of the Commonwealth of Massachusetts.  While there, he performed company examinations as well as investigated and pursued enforcement actions to detect and prevent fraud at hedge funds and related companies.  Mr. Orenstein was the lead attorney on many investigations and actions against broker-dealers, investment advisors and others.

Prior to obtaining his J.D. from the New York University School of Law in 2005, Mr. Orenstein served as a member of the mutual fund and insurance brokerage investigation teams for the Office of the New York State Attorney General's Investment Protection Bureau.  As a legal intern, he assisted with the Bureau's investigation work including, case planning, discovery and settlement negotiation.

In addition to his work for the Commonwealth and for New York State, Mr. Orenstein was the Associate Director for the Center for Insurance Research, a consumer advocacy organization.  In this role, he supported Center attorneys in litigating complex insurance reorganization transactions.  He also testified in regulatory and legislative proceedings on behalf of policyholders concerning market conduct and insurance rate setting.

*Benchmark Litigation* has ranked Mr. Orenstein as a *Massachusetts Future Star* (2021-2024) and *Massachusetts Super Lawyers Magazine* named him a *Super Lawyer* (2020-2023) and a *Rising Star* (2014-2015).

Mr. Orenstein earned a J.D. from New York University School of Law in 2005, and a B.A. in Economics from Bates College in 1997.

Mr. Orenstein is a member in good standing in the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit.

## MATTHEW D. PEARSON



A partner in the firm's San Francisco office, Matthew D. Pearson focuses his practice on antitrust, securities and consumer protection litigation. Mr. Pearson devotes a substantial amount of his time monitoring and evaluating  foreign securities litigation, tracking developments in foreign class action and securities law, and assists clients interested in litigating abroad.

Since joining the firm in 2005, Mr. Pearson has served in key roles on a number of the firm's leading securities and antitrust cases. On the securities side, Mr. Pearson was part of the litigation team in *In re The Bear Stearns*



*Cos. Inc. Securities, Derivative and ERISA Litigation*, Master File No. 08-MDL No. 1963 (S.D.N.Y.), which resulted in settlements totaling $294.9 million for aggrieved investors.

In his antitrust practice, Mr. Pearson was a prominent member of the firm's team leading the *In re New Motor Vehicles Canadian Export Antitrust Litigation*, No. 03-md-1532 (D. Me.), involving allegations that major automakers unlawfully conspired to stop the export of cheaper new Canadian vehicles into the United States. Mr. Pearson was involved in all aspects of this nationwide, multi-jurisdictional litigation, including discovery, class certification, extensive expert reports, summary judgment, appeals in multiple courts, and settlement. The federal case ended in 2009. Mr. Pearson currently represents car buyers in a related litigation in California state court, captioned *In re Automobile Antitrust Cases I and II*, JCCP Nos. 4298 and 4303 (San Francisco Superior Court), which settled with the last remaining defendant, Ford Canada, for $82 million, bringing the total settlement in this action to $137.85 (including three prior settlements of $55.85 million for class members in the federal and California actions, which have been approved). The Court approved the $82 million settlement on October 31, 2022 and claims administration is ongoing.

Mr. Pearson also assisted in the firm's efforts to achieve a historic $295 million settlement with De Beers, where the firm represented a class of diamond resellers alleging De Beers unlawfully monopolized the worldwide supply of diamonds. The settlement was significant because, in addition to the $295 million cash payment, the settlement included an agreement by De Beers to submit to the jurisdiction of the U.S. court to enforce the terms of the settlement and a comprehensive injunction limiting De Beers' ability to restrict the worldwide supply of diamonds in the future. The firm's work in this case – believed to be the first successful prosecution of De Beers under U.S. antitrust laws – serves as a template for corralling foreign monopolists.

Mr. Pearson co-authored an amicus brief submitted to the California Supreme Court on behalf of three unions in the Kwikset case, involving products falsely labeled as "Made in the USA." The California Supreme Court's ultimate opinion (*Kwikset Corp. v. Superior Court*, 51 Cal. 4th 310 (2011)), was highly favorable to our clients' interests and became one of the leading opinions regarding standing under California's Unfair Competition Law.

*Benchmark Litigation* ranked Mr. Pearson as a *California Future Star* in 2024. He has also been recognized as a *Recommended Attorney* in *Antitrust* by *The Legal 500* (U.S. edition 2023) and was selected as a *Super Lawyer* by *Northern California Super Lawyers* magazine (2021-2023).

Mr. Pearson received his law degree in 2004 from the University of California, Davis, School of Law, where he completed the King Hall Public Service Law Program. He completed his undergraduate studies at the University of California, Los Angeles, earning a Bachelor of Arts in Political Science, with an International Relations concentration.

Mr. Pearson is a member in good standing in the state bar of California, and the United States District Courts for the Northern, Central and Southern Districts of California.

Firm Resume

# TODD A. SEAVER



A partner in the San Francisco office, Todd A. Seaver litigates both antitrust and investment-related matters, with a primary focus on developing and litigating antitrust cases. He has led the day-to-day management of one of the largest antitrust class actions in history, and has litigated antitrust cases involving varied industries of high-tech, pharmaceuticals, autos, chemicals, consumer electronics, biotech, diamonds and online retailing. He is a leader of the firm's antitrust practice group, marshalling the firm's extensive investigative resources and then litigating the cases.

Currently, Mr. Seaver is co-lead counsel for consumer plaintiffs in an antitrust class action against American Express, *Oliver v. American Express Co.*, No. 1:19-cv-00566-NGG (E.D.N.Y.).  The action is at the forefront of the payments industry and is now shaped by the landmark ruling in *Ohio v. American Express Co.*, 138 S. Ct. 2274 (2018), in which the U.S. Supreme Court articulated a new analytical framework for so-called "two-sided" markets.

Mr. Seaver is also presently counsel for plaintiffs and represents California State Teachers' Retirement System (CalSTRS) in the Euribor (*Sullivan v. Barclays PLC, et al.*, No. 13-cv-2811 (S.D.N.Y.)) and Yen Libor (*Laydon v. Mizuho Bank, Ltd.*, No. 1:12-cv-03419 (GBD) (S.D.N.Y.), and *Sonterra Capital Master Fund, Ltd. v. UBS AG*, No. 1:15-cv-05844 (GBD) (S.D.N.Y)) antitrust cases involving Wall Street banks' manipulation of interest rate benchmarks and bid-ask spread price fixing on interest rate derivatives.

Mr. Seaver also represented Orange County Employees' Retirement System (OCERS) in an antitrust class action (*Dennis v. JP Morgan Chase & Co.*, No. 16-cv-06496-LAK (S.D.N.Y)) alleging that U.S., European, and Australian banks manipulated the interest rate benchmark used to price derivatives that were denominated in Australian dollars and sold to U.S. investors that recently settled for $185 million  He also represented Fresno County Employees' Retirement Association (FCERA) in *In re Foreign Exchange Benchmark Rates Antitru*st Litigation, No. 13-cv-07789 (S.D.N.Y.), an antitrust class action against Wall Street banks for manipulating a foreign currency exchange rate benchmark and fixing bid-ask spreads on trillions of dollars of foreign currency exchange transactions.

Mr. Seaver led the plaintiffs' efforts in *In re New Motor Vehicles Canadian Export Antitrust Litigation*, No. 03-md-1532 (D. Me.), in which Berman Tabacco was lead counsel.  The case alleged that major auto manufacturers unlawfully conspired to stop the export of cheaper new Canadian vehicles into the United States for use or resale.  The federal case ended in 2009. Mr. Seaver was one of the lead partners for the firm in California state court, captioned *In re Automobile Antitrust Cases I and II*, JCCP Nos. 4298 and 4303 (San Francisco Superior Court), which recently settled with the last remaining defendant, Ford Canada, for $82 million, bringing the total settlement in this action to $137.85 (including three prior settlements of $55.85 million for class members in the federal and California actions, which have been approved).  The Court approved the $82 million settlement on October 31, 2022.

Mr. Seaver also had a leading role in several cases, including, *In re Lithium Ion Batteries Antitrust Litigation*, No. 13-md-2420-YGR (N.D. Cal.), where the firm was co-lead counsel for direct purchaser plaintiffs. Settlements were reached totaling $139.3 million for the direct purchaser class (final approval on the last three settlements was granted on May 16, 2018).  The lawsuit alleged that defendants, including LG,



Panasonic, Sony, Hitachi and Samsung, participated in a conspiracy to fix the prices of lithium ion rechargeable batteries, which affected the prices paid for the batteries and certain products in which the batteries were used and which the defendants sold.  Mr. Seaver argued and defeated motions to dismiss and deposed fact witnesses and defendants' expert economist and made the oral argument in opposition to defendants' *Daubert* motions to exclude plaintiffs' expert economist's opinions at class certification.

Mr. Seaver led efforts for the firm in an action against Netflix and Wal-Mart, *In re Online DVD Rental Antitrust Litigation*, in which Berman Tabacco was among lead counsel.  He was responsible for managing many aspects of discovery, class certification and summary judgment, as well as for achieving partial settlement with defendant Wal-Mart.  He successfully argued in Ninth Circuit Court of Appeals for that case on an issue of first impression regarding the Class Action Fairness Act and settlements involving a mix of cash consideration and electronic store gift cards.  He was also one of the lead counsel in *In re Optical Disk Drive Antitrust Litigation* and also worked on a number of the firm's high-profile cases including *Cardizem CD*, still the leading generic drug competition case, which settled in 2003 for $80 million.  In the Cardizem CD case, Berman Tabacco was co-lead counsel representing health insurer Aetna in an antitrust class action and obtained a pioneering ruling in the federal court of appeals regarding the "reverse payment" by a generic drug manufacturer to the brand name drug manufacturer.  In a first of its kind ruling, the appellate court held that the brand name drug manufacturer's payment of $40 million per year to the generic company for the generic to delay bringing its competing drug to market was a per se unlawful market allocation agreement. Today that victory still shapes the ongoing antitrust battle over competition in the pharmaceutical market.

Mr. Seaver spearheaded the landmark case against the major credit rating agencies (Standard & Poor's and Moody's), *California Public Employees' Retirement System v. Moody's Corp.*, No. CGC-09-490241 (Cal. Super. Ct. San Francisco Cty.).  The case, filed on behalf of the nation's largest state pension fund, the California Public Employees' Retirement System (CalPERS), was groundbreaking litigation that held the rating agencies financially responsible for negligent misrepresentations in rating structured investment vehicles.  Moody's and Standard & Poor's agreed to pay a total of $255 million ($130 million and $125 million, respectively) to settle CalPERS' claim that "Aaa" ratings on three SIVs were negligent misrepresentations under California law.  This case was groundbreaking in that (i) the settlements rank as the largest known recoveries from Moody's and S&P in a private lawsuit for civil damages; and (ii) it resulted in a published appellate court opinion finding that rating agencies can, contrary to decades of jurisprudence, be liable for negligent misrepresentations under California law for their ratings of privately-placed securities.

Mr. Seaver was previously associated with the law firm Devine, Millimet & Branch, P.A., where he practiced commercial litigation.  He was an adjunct Professor of Law with the New England School of Law in 2003, teaching Appellate Advocacy.

Mr. Seaver is a member of the American Bar Association's Antitrust Section and served a two-year term on the executive committee (2012-2014).  He is also a member of the Advisory Board of the American Antitrust Institute

Mr. Seaver was ranked by *Benchmark Litigation* as a *California Litigation Star* (2022-2024), *Local Litigation Star* (2019-2020, 2022-2024), and *Noted Star* (2019-2023) in *Plaintiff Work* and *Securities California*, and as a *California Future Star* (2020-2021).  He was recognized by *The Legal 500* (U.S. edition) as a *Recommended Attorney* in *Securities Litigation* (2017-2018) and *Antitrust* (2019-2023).  In 2020, *The Legal*



Firm Resume

*500* reported a client's praise for Mr. Seaver stating that he "displays deep knowledge of specialized finance."  He was also named a *Super Lawyer* by *Northern California Super Lawyers Magazine* (2017-2023).  He has also been recognized by *Global Competition Review's Who's Who Legal: Competition* (2017-2023).  *Who's Who Legal* also named Mr. Seaver a *Thought Leader* in Competition (2019-2020, 2022-2023) and a *Thought Leader: USA* (2023).  He was selected by *Lawdragon* for its *500 Leading Plaintiff Financial Lawyers* guide (2019-2024), as featured in *Lawdragon's The Plaintiff Issue* magazine.

Mr. Seaver graduated *magna cum laude* from Boston University in 1994 with a B.A. in International Relations.  He earned a M.Sc. from the London School of Economics in 1995 and graduated *cum laude* from the American University Washington College of Law in 1999.  While in law school, Mr. Seaver served as a law clerk at the Federal Trade Commission's Bureau of Competition and as a judicial extern for the Honorable Ricardo M. Urbina, U.S. District Court for the District of Columbia.

Mr. Seaver is a member in good standing in the Commonwealth of Massachusetts, the states of California and New Hampshire, as well as the U.S. District Courts for the District of Massachusetts, the District of New Hampshire, and the Northern, Eastern, Central and Southern Districts of California.

## LESLIE R. STERN



A partner in Boston, Leslie R. Stern heads the New Case Investigations Team for institutional clients.  The team investigates possible securities law violations, gauging clients' damages and evaluating the merits of cases to determine the best course of legal action.

In her role with the New Case Investigations Team, Ms. Stern oversees a portfolio monitoring program that combines the power of an online loss calculation system with the hands-on work of a dedicated group of attorneys, investigators and financial analysts.  Her case development duties include preparing detailed case analyses and recommendations and advising clients on their legal options.

Ms. Stern is a seasoned litigator with more than a decade of experience on cases such as *Carlson v. Xerox Corp.*, in which Berman Tabacco represented the Louisiana State Employees' Retirement System as co-lead counsel.  Upon approval in January 2009, the $750 million Xerox settlement ranked as the 10th largest securities class action recovery of all time.  Ms. Stern also worked extensively on *In re Bristol Myers-Squibb Securities Litigation*, which settled for $300 million.  As part of the litigation team in *Giarraputo v. UNUMProvident Corp.*, No. 2:99cv00301 (D. Me.), Ms. Stern helped secure a $45 million settlement in a lawsuit stemming from the merger that created UNUMProvident.  She also has experience prosecuting derivative actions.  She was a member of the litigation team in a derivative suit brought against the directors of Oxford Health Plans Inc.  As co-lead counsel in the case, Ms. Stern and the Firm represented individual investors seeking to recover damages sustained by the company because of its directors' breaches of their fiduciary duties, gross mismanagement, corporate waste of assets and breach of duty of loyalty with respect to self-dealing stock transactions.  Ms. Stern has also served on several trial teams, including  *In re Biogen Sec. Litig.*, No. 94-cv-12177 (D. Mass.), and *In re Zila Inc. Sec. Litig.*, No. 99-cv-00115 (D. Ariz.), which settled during trial preparation.  Ms. Stern was also one of the attorneys representing a Firm client in a class action against numerous financial institutions alleging that ten of the world's largest banks conspired to fix the prices of unsecured bonds issued by the government-sponsored agencies familiarly known as Federal



Firm Resume

National Mortgage Association ("Fannie Mae") and Federal Home Loan Mortgage Corporation ("Freddie Mac"). *City of Birmingham Retirement & Relief System, et al. v. Bank of America, N.A., et. al.*, No. 1:19-cv-01704-JSR (S.D.N.Y.). The case settled for $386.5 million. Currently Ms. Stern is also overseeing several breach of fiduciary duty actions.

Prior to joining Berman Tabacco in 1998 and being named partner in 2003, Ms. Stern practiced general civil litigation.

Ms. Stern is a member of both the National Association of Public Pension Attorneys and the National Association of Women Lawyers.

Ms. Stern was designated by *Benchmark Litigation* as a *Local Litigation Star* (2013-2015, 2021-2024) and as a *Massachusetts State Litigation Star* (2021-2024) in Securities and was also recognized among the *Benchmark Plaintiff Top 150 Women in Litigation*. She was recognized as a *Recommended Attorney in Securities Litigation* by *The Legal 500* (U.S. edition 2017-2023) and as a *Super Lawyer* by *Massachusetts Super Lawyers* magazine (2023). She was selected by *Lawdragon* for its *500 Leading Plaintiff Financial Lawyers* guide (2019-2024), as featured in *Lawdragon's The Plaintiff Issue* magazine.

She earned a B.S. degree in Finance from American University in 1991 and graduated *cum laude* from Suffolk University Law School in 1995. While at Suffolk, Ms. Stern served on the Suffolk University Law Review's editorial board and authored three publications.

Ms. Stern is a member in good standing in the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts. She has also been admitted to practice in the First and Fourth Circuits of the U.S. Courts of Appeals.

## JOSEPH J. TABACCO, JR.



Joseph J. Tabacco, Jr., the founding member of Berman Tabacco's San Francisco office and member of the firm's Executive Committee, litigates antitrust, securities fraud, commercial high tech and intellectual property matters.

Prior to 1981, Mr. Tabacco served as senior trial attorney for the U.S. Department of Justice, Antitrust Division in both the Central District of California and the Southern District of New York. In that capacity, he had major responsibility for several criminal and civil matters, including the antitrust trial of *United States v. IBM*. Since entering private practice in the early 1980s, Mr. Tabacco has served as trial or lead counsel in numerous antitrust and securities cases and has been involved in all aspects of state and federal litigation. In private practice, Mr. Tabacco has also tried a number of securities cases, each of which resolved successfully at various points during or after trial, including *In re MetLife Demutualization Litigation* (settled after jury empaneled), *Gutman v. Howard Savings Bank* (plaintiffs' verdict after six-week trial), *In re Equitec Securities Litigation* (settled after six months of trial) and *In re Ramtek Securities Litigation*.



Mr. Tabacco currently oversees the firm's class action litigation teams in the firm's price-fixing/market manipulation cases alleging that major banks colluded to fix the prices of derivatives and other financial instruments by manipulating numerous financial benchmark rates.  This includes representing California State Teachers' Retirement System, one of the country's largest public pension funds, in (i) *Sullivan v. Barclays PLC et al.*, No. 13-cv-2811 (S.D.N.Y.), a class action against numerous Wall Street banks for price-fixing financial instruments tied to the Euro Interbank Offered Rate (the "Euribor"), in which there are partial settlements to date of $651.5 million, of which $546.5 million has been approved by the court and $105 million was preliminarily approved on April 18, 2023; and (ii) *Laydon v. Mizuho Bank, Ltd.*, No. 1:12-cv-03419 (GBD) (S.D.N.Y.), and *Sonterra Capital Master Fund, Ltd. v. UBS AG*, No. 1:15-cv-05844 (GBD) (S.D.N.Y.), two related class actions against numerous financial institutions for price-fixing financial instruments tied to the London Interbank Offered Rate ("LIBOR") for the Japanese Yen and the Euroyen Tokyo Interbank Offered Rate ("TIBOR"), which have total approved settlements in the amount of $329.5 million.

Mr. Tabacco was one of the firm's lead attorneys representing the Wyoming State Treasurer and Wyoming Retirement System in the *In re IndyMac Mortgage-Backed Securities Litigation* in which the firm achieved settlements totaling $346 million.  He also oversaw *California Public Employees' Retirement System v. Moody's Corp.*, No. CGC-09-490241 (Cal. Super. Ct. San Francisco Cty.), the pioneering case that held credit rating agencies (Standard & Poor's and Moody's) financially responsible for their negligence in rating structured investment vehicles.  After settling with both McGraw Hill Companies and Moody's, California Public Employees' Retirement System' total recovery for the case was $255 million.  Over the decades, Mr. Tabacco has prosecuted numerous securities fraud and antitrust cases against both domestic and international companies.

Mr. Tabacco oversaw *In re Lithium Ion Batteries Antitrust Litigation*, No. 13-md-2420-YGR (N.D. Cal.), which achieved settlements in the total amount of $139.3 million for a class of direct purchasers of lithium-ion rechargeable batteries (final approval on the last three settlements was granted on May 16, 2018).  The lawsuit alleged that defendants, including LG, Panasonic, Sony, Hitachi and Samsung, participated in a conspiracy to fix the prices of lithium ion rechargeable batteries, which affected the prices paid for the batteries and certain products in which the batteries are used and which the defendants sell.

Since June 2007, Mr. Tabacco has served as an independent member of the Board of Directors of Beyond, Inc. (formerly Overstock, Inc.), a publicly traded company internet retailer.  He is Chairman of the Board's Nominating & Corporate Governance Committee and also serves as a member of the Board's Compensation Committee.  He has also served as a member of the American Antitrust Institute Advisory Board since 2008.  He also frequently lectures and authors articles on securities and antitrust law issues and is a member of the Advisory Board of the Institute for Consumer Antitrust Studies at Loyola University Chicago School of Law and the Advisory Board of the Center for Law, Economics & Finance at the George Washington School of Law.  Mr. Tabacco is also a former teaching fellow of the Attorney General's Advocacy Institute in Washington, D.C., and has served on the faculty of ALI-ABA on programs about U.S.-Canadian business litigation and trial of complex securities cases.

Mr. Tabacco is AV Preeminent® rated by *Martindale-Hubbell*®.  For 17 consecutive years, he has been among the top U.S. securities litigators ranked by *Chambers USA* (2007-2023) who hailed Mr. Tabacco as "a formidable plaintiff-side litigator, with a wealth of experience handling securities class actions.  A market source describes him as 'a master of orchestrating lawsuits and striking settlements,' adding: 'He strikes fear in the heart of defendants.'"  *Chambers* further noted a client's praise for Mr. Tabacco: "His legal

knowledge and skills are at the highest level. His combined intelligence and experience results in well-reasoned and thoughtful arguments to further our case." Mr. Tabacco was featured by the *Daily Journal* as one of the *Top Antitrust Lawyers in California* in 2020 and 2022, as one of the *Top Plaintiffs Lawyers in California* in 2017, and as one of California's top 30 securities litigators, a group chosen from both the plaintiff and defense bars. He was also recognized by *Global Competition Review's Who's Who Legal: Competition*, most recently in 2023—a designation he has received for the past 10 years since the creation of the publication's Plaintiffs section. Additionally, for 20 consecutive years, Mr. Tabacco has been named a *Super Lawyer* by *Northern California Super Lawyers Magazine*, which features the top 5% of attorneys in the region (2004-2023). Additionally, Mr. Tabacco was ranked in the *Top 100 list* of attorneys in California in the *Northern California Super Lawyers Magazine* (2019-2022). He was ranked by *Benchmark Litigation* as a *California State Litigation Star* (2019-2024), *San Francisco Local Litigation Star* (2017-2024), and *Noted Star* in *Antitrust, Intellectual Property, Securities*, and *Plaintiff Work* (2019-2024). He was recognized by *The Legal 500* (U.S. edition) as a *Recommended Attorney* in *Securities Litigation* (2017-2019, 2021-2023) and *Antitrust* (2019-2023). *The Best Lawyers in America*® recognized Joe as *Lawyer of the Year* in *Litigation-Securities* for 2022. He has been further recognized by *The Best Lawyers in America*® for *Litigation-Antitrust* (2018-2024), *Litigation-Securities* (2019-2024) and *Mass Tort Litigation / Class Actions—Plaintiffs* (2024), and in the *Northern California Best Lawyers* for *Litigation-Antitrust* and *Litigation-Securities* (2021-2023), and Mass Tort Litigation / Class Actions—Plaintiffs (2024). He was also selected by *Lawdragon* for its *500 Leading Plaintiff Financial Lawyers* guide (2019-2024), as featured in *Lawdragon's The Plaintiff Issue* magazine. Mr. Tabacco has also been singled out by a top defense attorney for exemplifying "the finest tradition of the trial bar." *Chambers USA has* hailed Mr. Tabacco as "a formidable plaintiff-side litigator, with a wealth of experience handling securities class actions. A market source describes him as 'a master of orchestrating lawsuits and striking settlements,' adding: 'He strikes fear in the heart of defendants.'" *Chambers* further noted a client's praise for Mr. Tabacco: "His legal knowledge and skills are at the highest level. His combined intelligence and experience results in well-reasoned and thoughtful arguments to further our case."

Mr. Tabacco earned a J.D., *with honors*, from George Washington School of Law in 1974, and a B.A. in Government from University of Massachusetts-Amherst in 1971.

Mr. Tabacco is a member in good standing in the states of California and New York, and the Commonwealth of Massachusetts, as well as the U.S. District Courts for all districts in California, the District of Massachusetts, the District of Colorado (currently inactive), Eastern District of Michigan, the Southern and Eastern Districts of New York, the District of Columbia (currently inactive), the First, Second, Third, Sixth and Ninth Circuits of the U.S. Courts of Appeal and the U.S. Supreme Court.

## *Associates*

### SEAN MICAH AKCHIN

Sean Micah Akchin is an associate in Berman Tabacco's San Francisco office. Since joining the firm in 2024, Mx. Akchin is dedicating his efforts to seeking financial justice through antitrust litigation.

Prior to joining Berman Tabacco, Mx. Akchin worked in Manhattan, New York, where their practice focused on antitrust law, Ponzi schemes, and intellectual property disputes. During their time in New York, Mx.



Firm Resume

Akchin also maintained an expansive pro-bono practice representing Tibetan refugees, local schools, and national charitable organizations.

In law school, Mx. Akchin worked as a research assistant and teaching assistant for Professor Arthur R. Miller in revising and editing the civil procedure treatise, *Wright & Miller's Federal Practice and Procedure*. Additionally, Mx. Akchin interned at the Center for Public Research and Leadership at Columbia University, wherein Mx. Akchin helped design and implement a procedure for identifying and assisting students at risk of not graduating high school.  Sean served as a staff editor for the New York University Journal of Legislation & Public Policy.

Before law school, Mx. Akchin taught mathematics and English literature in north Texas public schools and is forever proud and thankful to have spent time with every one of those students.

Mx. Akchin is a member in good standing of the State Bar of New York and the Southern and Eastern districts of New York.  Mx. Akchin is not admitted in California.

## CHRISTINA GREGG



Christina Gregg is an associate at the Boston office of Berman Tabacco where she litigates complex civil actions seeking financial justice for consumers and investors. Ms. Gregg focuses her practice on securities and complex civil litigation, including data privacy litigation.

Ms. Gregg is a 2021 graduate of Suffolk University Law School. While in law school, Ms. Gregg interned with the Massachusetts Attorney General's Office in the Environmental Protection Division, where she assisted in both regulatory enforcement and consumer protection actions against entities including ExxonMobil and Bayer AG. She also served as a legal intern for the Honorable David A. Lowy of the Massachusetts Supreme Judicial Court.

In law school, Ms. Gregg served as managing editor of the Suffolk Law Journal of Trial & Appellate Advocacy and president of the Environmental Law Society. She also participated in a number of moot court competitions, including the Irving R. Kaufman Securities Law Moot Court Competition and Hon. Walter H. McLaughlin Appellate Advocacy Competition.

During law school, she served as a student attorney with the Suffolk Law Prosecutor's Program, working in the Juvenile Unit of the Suffolk County District Attorney's Office. She also served as a teaching fellow with the Marshall-Brennan Constitutional Literacy Project in a Boston public school.

Ms. Gregg earned a B.A. in Journalism and Political Science from the University of Massachusetts Amherst in 2014.

Ms. Gregg is a member in good standing of the state bar of Massachusetts and the U.S. District Court for the District of Massachusetts.

**BERMAN | TABACCO**                                                                     Firm Resume

## BROOKE LOWELL



Brooke Lowell is an associate at the Boston office of Berman Tabacco where she litigates complex civil actions seeking financial justice for consumers and investors. Ms. Lowell focuses her practice on antitrust litigation. Prior to joining the firm in 2023, Ms. Lowell worked on a variety of commercial litigation matters, including antitrust and defamation cases.

Ms. Lowell is a 2020 graduate of William & Mary Law School. While in law school, Ms. Lowell served as executive editor of the *William & Mary Bill of Rights Journal* and vice president of the Equality Alliance. She also externed for the Legal Aid Society of Eastern Virginia and William & Mary's Office of Diversity and Inclusion.

Ms. Lowell earned a B.A. in Political Science from Simmons College in 2017.

Ms. Lowell is a member in good standing in the Commonwealth of Massachusetts, the State of New York, and the Southern and Eastern Districts of New York.

## JEFF ROCHA



Jeff Rocha is an associate in Berman Tabacco's San Francisco office, handling matters in the area of securities litigation. Prior to joining the firm in 2019, Mr. Rocha focused his practice on commercial litigation in the areas of corporate and healthcare fraud, unfair business practices, professional liability, consumer protection, and employment and labor law. He enjoys trial experience and has successfully mediated several cases to resolution.

Mr. Rocha also has substantial experience in the prosecution of complex insurance fraud *qui tam* actions. In that capacity, he assisted a legal team responsible for obtaining millions of dollars in civil judgments against individuals and entities involved in widespread criminal conspiracies. Mr. Rocha has been a member of the litigation teams in (i) *In re Aegean Marine Petroleum Network, Inc. Securities Litigation*, No. 18-cv-04993-NRB (S.D.N.Y.) (global settlement of $41,749,99); (ii) *Hayden v. Portola Pharmaceuticals Inc., et al.*, No. 3:20-cv-00367-VC (N.D. Cal.) ($17.5 million settlement); (iii) Utah Retirement Systems v. Healthcare Services Group, Inc., et al., No. 2:19-cv-01227-ER (E.D. Pa.) ($16.8 million settlement); (iv) *In re Aqua Metals, Inc. Securities Litigation*, No. 4:17-cv-07142-HSG (N.D. Cal.) ($7 million settlement). He is currently the lead associate on *Erwin v. Veradigm Inc.*, No. 1:23-cv-16205 (N.D. Ill.), in which the firm represents the sole lead plaintiff Alameda County Employees' Retirement Association in a securities fraud class action brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as well as SEC Rule 10b-5, alleging that the company made materially false and misleading statements during the Class Period regarding its revenues, gross margins, and earnings growth.

Mr. Rocha attended law school at the University of San Francisco, where he graduated *cum laude* and received a business law certificate with honors. During his studies, he earned a CALI Award of Excellence for the Future in contracts and served as a judicial extern for three San Francisco judges, including a federal magistrate at the United States District Court for the Northern District of California.



<div align="right">Firm Resume</div>

Before studying law, Mr. Rocha earned a B.S. in Business Administration with a concentration in Corporate Finance from California State University, Fresno.  After completing his undergraduate studies, Mr. Rocha worked for a national brokerage firm as a series 7 and 63 licensed senior stockbroker, gaining valuable insights about capital markets and firsthand experience in the field of finance.

He is a member in good standing of the State Bar of California and the U.S. District Courts for the Northern, Central, and Eastern Districts of California.

*Northern California Super Lawyer*s magazine named Mr. Rocha a *Rising Star* in 2018-2023.

## CHRISTINA M. SARRAF



An associate in the firm's San Francisco office, Christina Sarraf focuses her practice on securities, antitrust, and privacy ligation. Prior to joining the firm in 2022, she worked as an associate in the San Francisco office of the nation's largest injury firm where she represented consumers in class action litigation in both state and federal court. Ms. Sarraf played an important role in a variety of high-profile privacy and automotive cases against major tech companies and automobile manufacturers.

Prior to her complex litigation experience, Ms. Sarraf has also advised Silicon Valley startups on corporate compliance and intellectual property protection. Christina earned her J.D. at the University of New Mexico School of Law.  While in law school, Ms. Sarraf externed at the Sixth District Court of Appeal for the State of California and clerked at Bay Area Legal Aid in San Francisco and various private firms in New Mexico.

Ms. Sarraf was appointed Co-Chair of the Younger Lawyers Division of the Northern District of California Chapter of the Federal Bar Association, where she also serves on the Executive Committee. She was also appointed to the Advisory Council to the Women in Leadership, Professional Development Program offered by Regional & Continuing Education at CSU, Chico. She is admitted to practice in the State of California, and in the U.S. District Court for the Northern, Central, Eastern, and Southern Districts of California.

## PIERCE STANLEY



Pierce Stanley is an associate at the San Francisco office of Berman Tabacco where he assists in litigating complex civil actions seeking justice for consumers.  Mr. Stanley focuses on privacy and antitrust matters. Mr. Stanley is a 2023 graduate of the University of San Francisco School of Law.  While in law school, Mr. Stanley served as Editor-in-Chief of the *USF Intellectual Property and Technology Law Journal*.  He was a privacy extern at Verily Life Sciences and previously served as a judicial extern for the Honorable Andrew Y.S. Cheng of the complex litigation department of the California Superior Court, County of San Francisco.

In law school, Mr. Stanley worked for the Federal Trade Commission, where he assisted in federal government enforcement of consumer protection and competition matters.  Additionally, he worked for the



<div align="right">

Firm Resume

</div>

American Civil Liberties Union (ACLU) of Northern California's technology and civil liberties program and the Digital Justice Initiative of the Lawyers' Committee for Civil Rights. Mr. Stanley also served as a student clinician with the USF Internet and Intellectual Property Justice Clinic where he assisted clients with privacy and trademark matters.

Before law school, Mr. Stanley worked as a public interest law fellow for Demand Progress in Washington, D.C., where he advocated for net neutrality. He also worked as a data analyst and researcher at the Council on Foreign Relations and the Brookings Institution, and he further served as an editor of *The New Republic* magazine.

Mr. Stanley earned a B.A. in History and Political Science from Columbia University in 2010.

## ALEX VAHDAT



Alex Vahdat focuses his practice on antitrust and securities litigation. Prior to joining the firm in 2022, Mr. Vahdat worked as an associate in a law firm focusing on commercial and employment litigation. Before that, he worked as an associate at a San Francisco law firm where he represented plaintiffs in consumer class action matters and whistleblowers in qui tam actions.

Mr. Vahdat is a graduate of the University of California, Davis, where he earned his J.D. from the School of Law in 2012 and a B.A. in Political Science in 2007. While in law school, Mr. Vahdat interned at the San Francisco District Attorney's Office and the U.C. Davis School of Law Civil Rights Clinic, where he represented indigent clients alleging civil rights abuses. Mr. Vahdat was an editor for the UC Davis Business Law Journal and participated in moot court competitions. Before law school, Mr. Vahdat worked as a paralegal in a law firm representing plaintiffs in consumer class litigation and claims involving the Truth in Lending Act.

Mr. Vahdat is admitted to practice law in the State of California and the U.S. District Courts for the Northern, Central, Southern, and Eastern Districts of California.

## *Of Counsel*

## MICHAEL STOCKER DARK



Of counsel in the firm's San Francisco office, Michael Stocker Dark has litigated securities and antitrust class action cases nationwide for nearly twenty-five years. Mr. Dark joined Berman Tabacco in 2023 after working as a Deputy Inspector General for the County of Los Angeles, where he oversaw operations of the Los Angeles County Sheriff's Department. Prior to that, he was a principal litigator and General Counsel at one of the largest plaintiffs class action



Firm Resume

firms in the U.S.  His work has been repeatedly recognized in Benchmark Litigation and in the National Law Journal's Plaintiffs Hot List.

He has served on the Markets Advisory Council for the Council of Institutional Investors and on the Board of the John L. Weinberg Center of Corporate Governance of the University of Delaware, and now sits as a member of the American Law Institute.

Mr. Dark earned a B.A. in East Asian Languages from the University of California at Berkeley, a Juris Doctor from University of California, Hastings College of the Law, and a Master of Criminology from the University of Sydney in Australia.

Mr. Dark is a member in good standing in the states of California and New York, as well as the U.S. District Courts for the Northern, Central and Southern Districts of California, the District of Minnesota, the Southern and Eastern Districts of New York and the Second, Ninth and Tenth Circuits of the U.S. Courts of Appeal.

## JAY ENG



Jay Eng is Of Counsel to the firm.  Mr. Eng has over 20 years of experience in securities litigation, including actions brought under the PSLRA, individual and opt-out cases and mergers and acquisition litigation filed on behalf of public pension funds and retail investors.  Mr. Eng has been involved in all aspects of the prosecution of such cases, including case evaluation, strategic planning, trial preparation, court appearances, settlement negotiations and jury trials. As a key member of the New Case Investigations Team for institutional clients, Mr. Eng investigates possible securities law violations, gauging clients' damages and evaluating the merits of cases to determine the best course of legal action.

Mr. Eng played a key role in several of the firm's most prominent cases.  In *In re IndyMac Mortgage-Backed Securities Litigation*, No. 09-Civ. 04583 (S.D.N.Y.), the firm represented the Wyoming State Treasurer and the Wyoming Retirement System and negotiated settlements totaling $346 million in connection with claims concerning the misrepresentation of IndyMac mortgage loan underwriting practices.  In *In re El Paso Securities Litigation*, H-02-2717 (S.D. Tex.), the firm represented the Oklahoma Firefighters Pension & Retirement System against El Paso stemming from misrepresentations of its natural gas and oil reserves. This case resulted in a settlement totaling $285 million, including $12 million from auditors PricewaterhouseCoopers.  In *In re Reliant Securities Litigation*, No. 02-cv-1810 (S.D. Tex.), the firm represented the Louisiana Municipal Police Employees' Retirement System against Reliant Energy, and later its subsidiary, Reliant Resources, in connection with accounting improprieties in the energy trading business.  The firm negotiated a $75 million cash settlement from Reliant and its accountant Deloitte & Touche LLP.

Mr. Eng was also on the trial team in *White v. Heartland High-Yield Municipal Bond Fund*, No. 00-C-1388 (E.D. Wis.), which was one of the few cases to go to trial after the passage of the PSLRA.  Following three weeks of trial, the firm obtained an $8.25 million settlement against Heartland's auditor PricewaterhouseCoopers.  Mr. Eng also worked on a number of matters on behalf of the firm's public pension fund clients including: *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.) ($6.13



Firm Resume

billion settlement) (Fresno County Employees' Retirement Association); *In re Enterasys Networks, Inc. Securities Litigation*, No. C-02-071-M (D.N.H.) ($50 million settlement) (Los Angeles County Employees Retirement Association); *In re Sunrise Senior Living, Inc. Securities Litigation*, No. 07-cv-00102 (D.D.C.) ($13.5 million) (Oklahoma Firefighters Pension & Retirement System); and *In re Buca, Inc. Securities Litigation*, No. 05-cv-1762 (D. Minn.) ($1.6 million settlement) (West Palm Beach Police Pension Fund). Mr. Eng was a member of the litigation team prosecuting *California Public Employees' Retirement System v. Moody's Corp.*, No. CGC-09-490241 (Cal. Super. Ct. San Francisco County), against credit ratings agencies based on allegedly negligent misrepresentations regarding the creditworthiness of three structured investment vehicles.  The firm achieved settlements totaling $255 million from Moody's (defendants Moody's Corp. and Moody's Investors' Services, Inc.) and McGraw Hill Companies, Inc. (S&P).  The settlements rank as the largest known recoveries from Moody's and S&P in a private lawsuit for civil damages relating to ratings.  Mr. Eng also served as counsel for lead plaintiffs in *In re Digital Domain Media Group, Inc. Securities Litigation*, No. 12-14333-CIV (S.D. Fla.), a securities class action stemming from the rapid collapse of the digital production company Digital Domain Media Group, Inc., which filed for bankruptcy less than one year after going public, which settled for $5.5 million.

Mr. Eng has served as a trial court law clerk in Florida state and federal courts.  He is also a member of the Public Investors Arbitration Bar Association.

Mr. Eng is AV Preeminent® rated by *Martindale-Hubbell*®.  He has been recognized as a *Super Lawyer* in the 2022 and 2023 editions of the *Massachusetts Super Lawyers* magazine and as a *Rising Star* in the 2010 and 2011 editions of *Florida Super Lawyers*.

Mr. Eng earned a J.D. from Tulane Law School in 1998, and a B.A. in Economics from Florida State University in 1994.

Mr. Eng is a member in good standing in the Commonwealth of Massachusetts and the state of Florida, as well as the U.S. District Court for the District of Massachusetts, the U.S. District Court for the Southern, Middle and Northern Districts of Florida, the U.S. District Court for the Eastern District of Wisconsin, the U.S. Court of Appeals for the Eighth and Eleventh Circuits, and the United States Supreme Court.

## CHRISTOPHER T. HEFFELFINGER



Christopher T. Heffelfinger, Of Counsel in Berman Tabacco's San Francisco office, has devoted most of his professional career to pursuing justice on behalf of those who have been harmed by financial fraud and anticompetitive-unfair trade practices.  For nearly forty years, Mr. Heffelfinger has worked collaboratively as co-lead and participatory counsel in a variety of cases many industries in both securities and antitrust matters.

Mr. Heffelfinger has run a number of PSLRA cases including *In re Warnaco Group Inc. Securities Litigation*, No. 00-CIV-06266 (S.D.N.Y), where he represented Fresno County Employees' Retirement Association, which settled for $12.85 million following reversal of dismissal by the Second Circuit.  Mr. Heffelfinger also has extensive experience in securities class actions generally, having prosecuted, for example, *In re Avant! Securities Litigation*, No. 96-cv-20132 (N.D. Cal.) (recovering $35 million for the class, almost 50% of losses, net of attorneys' fees and



expenses).  Mr. Heffelfinger participated as counsel in *In re LDK Solar Securities Litigation*, No. C-07-05182-WHA (N.D. Cal.), a case alleging an inventory accounting fraud by this Chinese company regarding its treatment of different grades poly-silicon used in the production of solar panels.  He participated in all phases of discovery including deposition practice in Hong Kong, expert work, summary judgment and trial preparation.  *LDK Solar* settled for $13 million.  Similarly, Mr. Heffelfinger was requested by lead counsel in *In re Broadcom Corp., Securities Litigation*, No. 01-cv-00275 (C.D. Cal.), to conduct a series of depositions (fact and expert) in a securities case alleging the improper accounting treatment of warrants used by Broadcom to make acquisitions of other companies.  *Broadcom* settled for $150 million.  Mr. Heffelfinger also participated as Lead Counsel with other Berman attorneys in the Aegean Marine Securities case where he focused principally on allegations against the overseas accountants.  Settlements were reached with Aegean's outside auditors located in Greece totaling $29.8 million, which were approved by the court on September 14, 2022, and with the two individual defendants, the former Chief Financial Officer and Aegean's founder, for an additional $11,949,999, which were approved on October 19, 2023.

Mr. Heffelfinger served as Lead Counsel from Berman Tabacco defending the California Public Employees' Retirement System (CalPERS), California State Teachers' Retirement System (CalSTRS), and the Regents of the University of California (Regents) in the Tribune Fraudulent Transfer Actions (involving transfers of publicly traded securities) both in the MDL in the Southern District of New York and in the California Superior Court, fully resolved in favor of clients in 2022 in both forums.  The actions in both the federal MDL and California involved overlapping claims for constructive and intentional fraudulent transfers. CalPERS, CalSTRS, and the Regents were part of a group of many investors who were sued for monies they received when they tendered their Tribune shares back to Tribune prior to Tribune's 2008 bankruptcy as part of a two-step leveraged buyout transaction. The Plaintiffs in the MDL included Deutsche Bank Trust Company, Law Debenture Trust Company, and Wilmington Trust Company who were also plaintiffs in the California Action, and who had sought to recover proceeds paid to defendant shareholders in connection with the Tribune's 2007 LBO.  Those payments resulted in fraudulent transfer actions initiated in the federal courts (later transferred to the Southern District of New York as part of an MDL) and in Alameda State Court, California

Mr. Heffelfinger has also served as co-lead or participatory counsel in the following cases:  In *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation (Indirect Case)*, No. M:02-cv-01486 (N.D. Cal.), Mr. Heffelfinger was appointed by the Special Master, Ret. U.S. District Court Judge Charles B. Renfrew, to serve as settlement allocation counsel for indirect reseller purchasers in DRAM. The case obtained final approval, with the Special Master acknowledging in his Report and Recommendations to the Court that the efforts by the parties to resolve the allocation issues were an essential link in the sequence of negotiations that culminated in the proposed plan of distribution.  Mr. Heffelfinger was also the lead partner for the firm in the prosecution of *In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation*, MDL No. 05-1671 (C.D. Cal.) which alleged that defendants manipulated the California gas market for summertime reformulated gasoline and artificially increased prices for consumers.  As co-lead counsel, the firm achieved a settlement valued at $48 million.  Chris was also an integral member of the team representing toy purchaser consumers as co-lead counsel in *In re Toys "R" Us Antitrust Litigation* (USDC-ED NY. 2000), a Federal Multi District Litigation alleging that Toys "R" Us had conspired with certain toy manufacturers to not sell certain popularly promoted toys to deep discount retailers such as Costco, in contravention of the antitrust laws and various state unfair competition/practices statutes.  The team achieved a settlement with a combined value of $56 million.



Firm Resume
_____

Mr. Heffelfinger has an *AV Preeminent®* rating by *Martindale-Hubbell®*.  He has been recognized by *The Best Lawyers in America®* for *Litigation-Antitrust* (2018-2024) and *Litigation-Securities* (2023-2024), and in *Northern California Best Lawyers* for *Litigation-Antitrust* (2021-2024) and *Litigation-Securities* (2023-2024). He was recognized as a *Recommended Attorney* in *Antitrust* by *The Legal 500* (U.S. edition 2019-2020). He has also been named a *Super Lawyer* by *Northern California Super Lawyers* magazine every year since 2009.  He has also been recognized by *Global Competition Review's Who's Who Legal: Competition* (2021-2023).  He was selected by *Lawdragon* for its *500 Leading Plaintiff Financial Lawyers* guide (2019-2024), as featured in *Lawdragon's The Plaintiff Issue* magazine.

Mr. Heffelfinger served on active duty as an infantry officer in the U.S. Marine Corps, 1977-80, and again for nine months in 1990-1991 when he was recalled as a Captain with a rifle company in support of Operations Desert Shield/Storm.  He has lectured periodically on discovery matters, including electronically stored information, deposition practice and evidentiary foundations in commercial litigation.

Mr. Heffelfinger received his B.A. in Economics from Claremont McKenna College in 1977 and his J.D. from the University of San Francisco School of Law in 1984 where he was a member of the Law Review.

Mr. Heffelfinger is a member in good standing of the state bar of California, the U.S. District Court for the Northern, Eastern, Central and Southern Districts of California, and the Ninth Circuit U.S. Court of Appeals.

## SARAH KHORASANEE MCGRATH



Of counsel in the firm's San Francisco office, Sarah Khorasanee McGrath focuses her practice on antitrust litigation.  Ms. McGrath joined Berman Tabacco in 2010 after working as a contract attorney for the Department of Justice, Antitrust Division.  Prior to that, she was an attorney volunteer with the City and County of San Francisco Office of the Public Defender and the Eviction Defense Center.

Northern California *Super Lawyers Magazine* named Ms. McGrath a *Rising Star* in 2013-2015 and 2017-2019.  She was also included in *San Francisco Magazine's Top Women Attorneys in Northern California* in 2013-2015 and 2017-2019.

Ms. McGrath is and has been a member of the Executive Committee of the Federal Bar Association, Northern District of California Chapter ("FBA") since 2021.  She previously served as the FBA's President in 2020, President-Elect in 2019, Treasurer in 2018, Vice President in 2016-2017 and Co-Chair of their Young Lawyers Division for the Norther District of California from 2013-2015.

Ms. McGrath earned a B.A. in Communications from the University of California at San Diego in 2002 and a J.D. from the New England School of Law in 2008.  While in law school, Ms. McGrath worked as a judicial extern to the Honorable Eric Taylor, Superior Court of California, County of Los Angeles.

Ms. McGrath is a member in good standing of the state bar of California, the U.S. District Court for the Northern and Central Districts of California and the U.S. Court of Appeals for the Ninth Circuit.



<span style="float:right">Firm Resume</span>

## JUSTIN N. SAIF



An *of counsel* attorney in the firm's Boston office, Justin Saif focuses his practice on complex class action litigation. Mr. Saif has litigated securities, RICO, consumer, and ERISA class actions in federal court, successfully recovering hundreds of millions of dollars for aggrieved consumers, shareholders, and institutional investors.

Mr. Saif has been an integral part of the firm's largest cases for more than a decade, and his commitment to the firm's clients has driven significant firm successes. Mr. Saif represented the Massachusetts Pension Reserves Investment Management Board in *In re Fannie Mae 2008 Securities Litigation*, which alleged that Fannie Mae and two individual defendants made material misrepresentations regarding and failed to disclose (a) that an enormous volume of mortgages on its books were "subprime" and "Alt-A" as defined internally by the company and throughout the industry, and (b) that defendants had inadequate internal controls to manage the significant risks created by the company's purchases of those types of loans. Mr. Saif made crucial contributions to the case, including the drafting of the Second Amended Joint Consolidated Class Action Complaint and the opposition to defendants' motions to dismiss and preparing for and participating in mediation. That case settled for $170 million.

Mr. Saif played a key role in drafting the consolidated class action complaint and opposition to motion to dismiss in the litigation against The Bear Stearns Companies, Inc. and its auditor, Deloitte & Touche LLP, representing the State of Michigan Retirement Systems. He also oversaw the initial document review team. That case settled for $294.9 million. Mr. Saif was a key member of the litigation team in *In re Force Protection Securities Litigation*, representing the Laborers' Annuity and Benefit Fund of Chicago. He drafted discovery requests and responses, coordinated electronic document review and analysis, and prepared for mediation. The Force Protection matter settled for $24 million. Mr. Saif also played a vital part in *In re Par Pharmaceutical Securities Litigation*, representing the Louisiana Municipal Employees Retirement System, including preparing for and participating in a mediation that led to an $8.1 million settlement.

Prior to joining Berman Tabacco in 2008, Mr. Saif worked as an associate at Foley Hoag LLP in Boston, where he focused on complex civil litigation including securities litigation, U.S. Securities and Exchange Commission enforcement matters, and professional liability matters involving lawyers and accountants.

Mr. Saif earned an A.B. in Psychology from Harvard University in 1999, graduating *cum laude*. In 2004 he earned a J.D. from the University of Chicago. While in law school, he worked at the MacArthur Justice Center, an impact litigation firm and legal clinic focused on reforming the criminal justice system.

Mr. Saif is a member in good standing in the state and federal courts of the Commonwealth of Massachusetts and the U.S. Court of Appeals for the First Circuit. He is a member of the Boston Bar Association.

**BERMAN|TABACCO**

<span style="float:right">Firm Resume</span>

## *Staff Attorneys*

## MACKLINE BASTIEN



Mackline Bastien joined the firm in 2015 as a staff attorney. Prior to joining Berman Tabacco, Ms. Bastien managed a solo practice in the Boston area where she represented clients in family law, business formation and housing matters.  In addition, she represented an individual in a civil dispute as well as a buyer purchasing a business.

Ms. Bastien received her J.D. from Thomas M. Cooley Law School in 2005 and her L.L.M. from Boston University School of Law in 2008.  While in law school, Ms. Bastien completed an externship at Hubbard Law Offices, P.C., in Lansing, Michigan where she assisted the general counsel for the Michigan Association of County Drain Commissioner regarding land-use issues and property rights matters.  She received her B.S. in Business Administration from Columbia Union College in 2001.

She is a member in good standing in the Commonwealth of Massachusetts.

## KAREN DIDRICKSON

Karen Didrickson joined the San Francisco office of Berman Tabacco as a project attorney in 2019.  She has over a decade of experience in complex litigation and discovery matters.  Ms. Didrickson has worked on a wide range of cases, including antitrust and securities litigation.  Ms. Didrickson also has experience as an ERISA attorney at the global human resources consulting firms Mercer and Willis Towers Watson, and the multinational accounting firm Deloitte.  In addition, she was an instructor at Golden Gate University School of Law where she taught a course on employee benefits law, with an emphasis on qualified plans.

Ms. Didrickson earned her B.A. in Political Science from Willamette University in 1982 and her J.D. (1994) and LL.M. (1995 in Taxation) from the Golden Gate University School of Law.

Ms. Didrickson is a member in good standing of the state bar of California.

## BRIAN J. DRAKE



A staff attorney at the firm's Boston office, Brian Drake focuses his practice on representing investors and consumers in cases involving unfair competition, consumer protection, securities, and complex litigation.  Mr. Drake also represents whistleblowers who provide information and assistance to the U.S. Securities and Exchange Commission in connection with their enforcement of the federal securities laws.

Prior to Berman Tabacco, Mr. Drake was a staff attorney at a number of prominent law firms in Washington, D.C. and Boston, where he developed a broad range of expertise, primarily in the areas of anti-trust and tax litigation.



Firm Resume

Mr. Drake received his J.D. from the George Washington University Law School and his B.S. in Mechanical Engineering from the University of California, San Diego in 1994.

Mr. Drake is a member in good standing of the state bars Virginia and the District of Columbia.  Mr. Drake is not admitted in the Commonwealth of Massachusetts.

## LAURA M. FALARDEAU



Laura M. Falardeau is a project attorney in the firm's Boston office. For over a decade she has worked to hold accountable market manipulators and anticompetitive violations that affect millions of people across the country. Laura focuses her practice on representing investors and consumers in complex litigation involving unfair competition, consumer protection, securities, and breach of fiduciary duty.

Ms. Falardeau joined the firm in 2011 after working at several major law firms in Boston, primarily in securities litigation.  Earlier in her career, Ms. Falardeau served as an associate attorney at a law firm in the Boston area focusing on probate and bankruptcy.

Ms. Falardeau earned her B.A. in Economics and History from the University of Massachusetts, Amherst in 2000 and her J.D. from Northeastern University School of Law in 2006.  At Northeastern University School of Law, Ms. Falardeau interned for Judge Peter W. Agnes, Jr. of the Massachusetts Superior Court.  During law school Ms. Falardeau also represented victims of domestic violence at Greater Boston Legal Services and served as a Hearings Officer at the Boston Public Health Commission.

Ms. Falardeau is a member in good standing in the Commonwealth of Massachusetts.

## BERNA M. LEE



A staff attorney in the firm's Boston office, Berna Lee joined the firm in 2015, prior to which, Ms. Lee worked as an associate at a number of New York law firms.

Ms. Lee earned a B.A. in English Literature from Dartmouth College in 1993. She received her J.D., *cum laude*, from the Georgetown University Law Center in 1999, where she served on the *Georgetown Journal of Legal Ethics*, was a member of the Appellate Litigation Clinic and interned for the Honorable Gladys Kessler of the U.S. District Court for the District of Columbia.

Ms. Lee is a member in good standing of the state bars of Rhode Island and New York, as well as the U.S. District Courts of the Southern and Eastern Districts of New York.  Ms. Lee is not admitted in the Commonwealth of Massachusetts.

**BERMAN | TABACCO**                                                    Firm Resume

## ELLEE K. MCKIM



A staff attorney in the firm's Boston office, Ellee K. McKim focuses her practice on representing investors and consumers in cases involving unfair competition, consumer protection, securities, and complex litigation. Prior to joining the firm, Ms. McKim served as an associate attorney at a commercial litigation firm in Boston.

Ms. McKim earned a J.D. from Northeastern University School of Law in 2009. At Northeastern University School of Law, Ms. McKim interned for Judge Joyce London Alexander of the United States District Court for the District of Massachusetts. She also served as lawyering fellow for the law school's social justice program.  She earned an M.A. in Political Science from the University of Chicago in 2005 and a B.A. in Political Science from the University of Missouri in 2001.

Ms. McKim is a member in good standing in the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit.

## JOHN REARDEN



John Rearden joined the Boston office of Berman Tabacco as a Staff Attorney in 2019.  Prior to joining the firm, Mr. Rearden worked as a discovery attorney for several major law firms in the Boston area.  Earlier in his career, Mr. Rearden worked as an associate attorney in Southern Florida where he specialized in commercial litigation and consumer securities fraud.

Mr. Rearden earned a B.A. in History from St. Anselm College in 1994 and his J.D. from Florida Coastal School of Law in 2002.  While in law school, Mr. Rearden was named as a Dean's Scholar for academically ranking in the top 10% of all students and also received an Award for Academic Excellence in International Law.  Mr. Rearden was also a member of the Florida Coastal Law Review.

Mr. Rearden is a member in good standing in the Commonwealth of Massachusetts and the State of Florida.

# BERMAN | TABACCO

Firm Resume

*Other Key Personnel*

## JAMES HOUGHTON, SENIOR INVESTIGATOR



James A. Houghton is a Senior Investigator based in our firm's Boston office. A member of the Association of Certified Fraud Examiners, Mr. Houghton works closely with our litigation and investigative teams to conduct complex financial investigations into potential fraud schemes. Mr. Houghton's knowledge and insight has brought a unique handling to the process of uncovering evidence of fraud. Such processes often include obtaining nonpublic information through interviews with former employees at suspect companies and conducting research.

Prior to joining Berman Tabacco, Mr. Houghton was a Special Agent for the Defense Criminal Investigative Service, the Law Enforcement and Investigative arm of the Department of Defense Inspector General's Office. While there, he gained 18 years' experience directing all aspects of defense and financial fraud investigations. His cases frequently involved investigations of companies with receivable-based loans with banks. Mr. Houghton handled complex and sensitive investigations that led to both fraud and Qui Tam lawsuits, often working jointly with the U.S. Attorney General's Office and other federal agencies, including the Federal Bureau of Investigations. As a result of his investigations, Mr. Houghton has testified regularly in federal courts. Mr. Houghton's skill and expertise have led to him receiving the Department of Justice Award for Public Service on two separate occasions. Mr. Houghton further received the 2018 Investigations award from the Intelligence Community Inspectors General.

Mr. Houghton has also been a Special Agent for Naval Criminal Investigative Service and a Financial Analyst for the Federal Bureau of Investigations. He has received Top Secret and Sensitive Compartmented Information Clearance.

Mr. Houghton earned a B.S. in Business Administration and Accounting from Stonehill College. He also attended the Federal Law Enforcement Training Center for White Collar Crime and Financial Fraud Training, as well as their Criminal Investigator Training Program.

## JEANNINE M. SCARSCIOTTI, SENIOR PORTFOLIO ANALYST



Jeannine M. Scarsciotti, the firm's senior portfolio analyst has more than 15 years' experience in providing portfolio monitoring, loss calculation and settlement services to the firm's institutional clients. Ms. Scarsciotti works collaboratively with a team of portfolio analysts to provide clients with comprehensive monitoring services. Her team works closely with the firm's attorneys in refining loss calculations to reflect estimated recoverable damages as opposed to market losses. The portfolio analysts, along with the New Case Investigations Team attorneys, routinely work with damage experts to develop regression analyses and analyze confounding information that will impact an investor's ultimate recoverable damages. Ms. Scarsciotti also devotes a substantial portion of her

**BERMAN│TABACCO**                                                    Firm Resume

time offering guidance to the firm's institutional clients in understanding their eligibility in securities class action settlements and helping clients with any custodian bank matters or data reconciliation issues that may arise.

## KAREN BEAULIEU, PORTFOLIO ANALYST



Karen Beaulieu is a key member of the Firm's Boston-based portfolio analyst team since 2006. She is responsible for calculating losses for the Firm's clients as part of the case evaluation phase, as well as the lead plaintiff process. Ms. Beaulieu also heads the Firm's production of the global portfolio monitoring reports and settlement reports. She is actively engaged in the Firm's international monitoring program. Ms. Beaulieu works with the Firm's New Case Investigations Team in monitoring Firm clients' exposure to U.S and international litigation. Ms. Beaulieu has a B.S. in Business Administration from Framingham State and an Associate Degree in Business Administration from Fisher College.

## JESSICA MISRA, PORTFOLIO ANALYST



Jessica Misra is an integral member of the Firm's Boston-based portfolio analyst team. She specializes in performing securities monitoring for U.S. and international litigation, as well as sophisticated loss analysis. Her loss analysis duties include analyzing transactional data to determine trading losses for a wide variety of investments, including securities, bonds and commodities. In addition, Ms. Misra has a lead role in the Firm's team that proactively monitors the financial markets for potential securities fraud and corporate mismanagement that may negatively impact shareholder value. Prior to joining Berman Tabacco in 2016, Ms. Misra served as an Equity Fundamentals and Estimate Data Analyst at Bloomberg. Ms. Misra received a Bachelor of Science in Business Administration with a double major in Accounting and Finance from Rider University.

## KATHY BECKER, SENIOR PARALEGAL AND LITIGATION SUPPORT MANAGER



Kathy Becker is the senior paralegal in the Firm's San Francisco and plays an integral role in many of the Firm's cases. Ms. Becker has over three decades of complex litigation experience and has been working on securities, antitrust and consumer class action cases for over two decades. Prior to joining Berman Tabacco in 2012, Ms. Becker worked at several San Francisco Bay Area firms focusing on plaintiff-side consumer and securities class action cases. She also has significant trial experience, having assisted on six federal and state trials. In 2017, Ms. Becker was selected Paralegal of the Year by the Bar Association of San Francisco. Ms. Becker has a B.A. (with distinction) in Humanistic Studies from the McGill University in Montreal, Quebec.



Firm Resume

## BETO SEGURA, PARALEGAL



Beto Segura is a Paralegal in the Firm's San Francisco office dedicated to the Firm's efforts to monitor and evaluate international securities litigation.  Mr. Segura assists the team primarily by monitoring international securities litigation, obtaining and compiling relevant documentation and tracking client outreach.  Mr. Segura has a B.A. in Political Science from the University of California, Berkeley.

## OFFICES

### MASSACHUSETTS

One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

### CALIFORNIA

425 California Street, Suite 2300
San Francisco, CA 94104
Phone: (415) 433-3200
Fax: (415) 433-6382

###