CUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>  *Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br><br>  *Defendants*. | 1:23-cv-12002-WGY<br>CLASS ACTION |

## PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

  Plaintiff Natalia Ortiz, by and through her counsel, hereby moves pursuant to Local Rule 7.2 for an order authorizing the filing under seal of portions of Plaintiff Natalia Ortiz's Motion for Class Certification, including Exhibits 1–3, 6–7, 9, 11–12, 14, 18, 20, 22, 24–25, 27, 40 and 41[1] to the Declaration of Margaret M. Siller ("Siller Declaration") and Memorandum of Law in Support of her Rule 23(b)(3) Motion for Class Certification, which cites to portions of these exhibits (the "Class Certification Confidential-Designated Materials") (the "Motion"). A proposed order is attached with this motion.

  In support of this Motion, Plaintiff files the accompanying memorandum, in addition to filing redacted versions of the Siller Declaration and Memorandum of Law in support of her Rule 23(b)(3) Motion for Class Certification on the public docket.

---

[1] Plaintiff's initial motion to seal filed June 7, 2024 (ECF. No. 48) mistakenly omitted Siller Declaration Exhibits 40 and 41 from this motion.

1

WHEREFORE, Plaintiff respectfully requests leave to file under seal the unredacted copies of Plaintiff's Class Certification Confidential-Designated Materials.

Dated: June 10, 2024			Respectfully Submitted,

/s/ Patrick T. Egan

BERMAN TABACCO
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO#709220)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cgregg@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

      I hereby certify that, on June 5, 2024, counsel for Ms. Ortiz conferred with counsel for Defendants by email in a good-faith effort to narrow or resolve the issues raised in this Motion. Plaintiff was not in a position to share the final brief and specific exhibits designated as "Confidential" by Defendants prior to the filing deadline. As such, Defendants are not able to take a position on Plaintiff's request until after receiving the documents covered by the motion.

Dated: June 10, 2024　　　　　　　　　　　　　　*/s/ Patrick T. Egan*
　　　　　　　　　　　　　　　　　　　　　　　　Patrick T. Egan