UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>    *Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br>    *Defendants*. | 1:23-cv-12002-WGY<br>CLASS ACTION |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
AMENDED MOTION FOR LEAVE TO FILE CERTAIN
DOCUMENTS AND REFERENCES THERETO UNDER SEAL**

Plaintiff Natalia Ortiz, by and through her counsel, hereby submits this Memorandum in Support of her Amended Motion pursuant to Local Rule 7.2 for an Order authorizing the filing under seal of portions of Plaintiff Natalia Ortiz's Motion for Class Certification, including Exhibits 1–3, 6–7, 9, 11–12, 14, 18, 20, 22, 24–25, 27, 40 and 41[1] to the Declaration of Margaret M. Siller ("Siller Declaration"), and the Memorandum of Law in Support of her Rule 23(b)(3) Motion for Class Certification, which cites to portions of these exhibits (the "Class Certification Confidential-Designated Materials") (the "Motion"). In support of this Motion, Plaintiff states as follows:

On February 29, 2024, the Court entered a Confidentiality Stipulation and Protective Order governing the exchange of confidential information in the above-captioned action.  ECF No. 46

---

[1] Plaintiff's initial motion to seal filed June 7, 2024 (ECF. No. 48) mistakenly omitted Siller Declaration Exhibits 40 and 41 from this motion.

(the "Protective Order").  Under Paragraph 8 of the Protective Order, any motions to file Confidential Information under seal "shall be filed in accordance with the rules of the Court."

Although nothing in the Class Certification Confidential-Designated Materials has been designated confidential by Plaintiff (and Plaintiff reserves her right to dispute that any such material is confidential), portions of the class certification filing contain or describe materials that Defendants have designated as Confidential.  Plaintiff believes these materials would assist the Court's consideration for Plaintiff's Motion for Class Certification.

Accordingly, Plaintiff respectfully requests leave, pursuant to Local Rule 7.2, to file under seal those portions of the class certification filing that contain or describe the Class Certification Confidential-Designated Materials, including Exhibits 1–3, 6–7, 9, 11–12, 14, 18, 20, 22, 24–25, 27, 40 and 41 to the Siller Declaration and the memorandum of law, which cites to portions of these exhibits.

On June 7, 2024, Plaintiff filed redacted versions of the Siller Declaration and the memorandum of law on the public docket.

WHEREFORE, Plaintiff respectfully requests leave to file under seal the unredacted copies of Plaintiff's Class Certification motion papers.

Dated**:** June 10, 2024

Respectfully Submitted,

*/s/ Patrick T. Egan*

BERMAN TABACCO
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO#709220)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cgregg@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*