UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br><br>*Defendants*. | 1:23-cv-12002-WGY<br>CLASS ACTION |

## CERTIFICATE OF SERVICE

Patrick T. Egan, being duly sworn, deposes and says under penalty of perjury:

I am an attorney admitted to practice in this Court and a partner in the Boston office of Berman Tabacco. I am over the age of 18 years and am not a party to this action.

I hereby certify that, on June 10, 2024, the following documents were filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filings (NEF):

- PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- [PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- PLAINTIFF'S MEMORANDUM IN SUPPORT OF AMENDED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- CERTIFICATE OF SERVICE

I further certify that true and correct *unredacted* copies of the following documents were be served by email on the Counsel of Record for Defendants listed below on Friday, June 7, 2024:

- PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION **[UNREDACTED/CONDITIONALLY UNDER SEAL VERSION]**

- EXHIBITS 1–3, 6–7, 9, 11–12, 14, 18, 20, 22, 24–25, 27, 40, and 41 TO THE DECLARATION OF MARGARET M. SILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION **[UNREDACTED/CONDITIONALLY UNDER SEAL VERSIONS]**

<u>SERVICE VIA EMAIL ON COUNSEL OF RECORD FOR DEFENDANTS</u>

Daryl J. Lapp (BBO No. 554980)
daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
liz.kelly@lockelord.com
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199
Tel:  617.230.0100

Dale A. Evans, Jr.
dale.evans@lockelord.com
Locke Lord LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL 33401
Tel:  561.820.0248

Michael J. McMorrow
michael.mcmorrow@lockelord.com
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606
Tel:  312.443.0246

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at Boston, Massachusetts on June 10, 2024

/s/ *Patrick T. Egan*