UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>    Plaintiff<br><br>    v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>    Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**DEFENDANTS' MOTION
FOR LEAVE TO EXCEED PAGE LIMIT**

The Defendants Saba University School of Medicine and R3 Education, Inc. (collectively, "Defendants"), hereby respectfully move for leave to exceed the page limit and file a memorandum of law of up to 30 pages in opposition to Plaintiff's motion for class certification. In support of their motion, the Defendants state as follows:

1. On June 7, 2024, Plaintiff filed a motion for class certification (Dkt. 50) and supporting memorandum of law (Dkt. 51).

2. Defendants' opposition to the motion is due on or before July 19, 2024.

3. Defendants' memorandum analyzes and explains how Plaintiff does not meet the four prerequisites for class certification under Federal Rule of Civil Procedure 23(a), as well as fails to meet the predominance and superiority requirements under Rule 23(b)(3). Given the nature and complexity of the facts and legal issues involved in adequately briefing this significant class-certification issue, Defendants request additional pages to adequately address the arguments raised in Plaintiff's motion, as well as additional paramount issues absent in Plaintiff's motion.

4. Therefore, Defendants seek leave to exceed the page limit in Local Rule 7.1(b)(4) for up to 30 pages.

WHEREFORE, the Defendants respectfully request that they be granted leave to file a memorandum in opposition to Plaintiff's motion for class certification up to 30 pages.

| | |
|---|---|
| July 18, 2024 | SABA UNIVERSITY SCHOOL OF MEDICINE, and R3 EDUCATION, INC., |

*/s/ Daryl J. Lapp*
Daryl J. Lapp, BBO # 554980
daryl.lapp@lockelord.com
Elizabeth H. Kelly, BBO # 672277
liz.kelly@lockelord.com
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, MA  02199
617.239.0100

Dale A. Evans, Jr., (admitted *pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD, LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL  33401
561.820.0248

Michael J. McMorrow (admitted *pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD, LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0246

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel certifies that Defendants' counsel conferred with counsel for the Plaintiff, by email on July 17, 2024 and July 18, 2024 in good faith to resolve or narrow the issue.

/s/ Daryl Lapp
Elizabeth H. Kelly

### CERTIFICATE OF SERVICE

I certify that on July 18, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Daryl Lapp
Elizabeth H. Kelly

138101902