UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>　　　　Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## **MOTION TO SEAL CONFIDENTIAL MATERIALS**

Pursuant to Local Rule 7.2, Defendants Saba University School of Medicine and R3 Education, Inc. (collectively "Defendants"), hereby move this Court for an order sealing Exhibits 6–7, 9, 11, 20, 22, 24, 25, and 40–41 to the Declaration of Margaret M. Siller (ECF No. 53) that accompanies Plaintiff Natalia Ortiz's Motion for Class Certification and Memorandum of Law in support thereof ("Confidential Exhibits"). In addition, Defendants move to file under seal unredacted versions of Defendants' forthcoming memorandum in opposition to Plaintiff's Motion for Class Certification (due to be filed on July 19, 2024) and documents attached thereto, specifically Plaintiff's deposition transcript, and deposition exhibits No. 3 (Plaintiff's Supplemental Responses and Objections to Defendant Saba's First Set of Interrogatories) and 20 (text messages with another Saba student) from that deposition, as well as the Declaration of Terry Moya that accompanies the opposition memorandum ("Opposition Materials").

In support of this Motion, Defendants file an accompanying memorandum, a declaration in support thereof, and a Proposed Order as an attachment to this motion.

1

WHEREFORE, Defendants respectfully request an order to seal the Confidential Exhibits and Opposition Materials until further order of the court.

| | |
|---|---|
| July 19, 2024 | SABA UNIVERSITY SCHOOL OF MEDICINE, R3 EDUCATION, INC. |

/s/Elizabeth H. Kelly
Daryl J. Lapp (BBO #554980)
daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO #672277)
liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
T: (617) 239-0100
T: (617) 227-4420

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: 312-443-0700
F: 312-443-0336

Dale Evans (*pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700
F: 561-655-8719

## CERTIFICATE OF SERVICE

I certify that on July 19, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that, on July 15, 2024, counsel for Defendants conferred with counsel for Ms. Ortiz, and by email thereafter, in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly
