# ATTACHMENT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>    v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**[PROPOSED] ORDER GRANTING**
**MOTION TO SEAL CONFIDENTIAL MATERIALS**

Defendants Saba University School of Medicine and R3 Education, Inc. (collectively "Defendants"), having moved this Court pursuant to Local Rule 7.2 for an order sealing Exhibits 6–7, 9, 11, 20, 22, 24, 25, and 40–41 to the Declaration of Margaret M. Siller accompanying Plaintiff Natalia Ortiz's Motion for Class Certification and Memorandum of Law in support thereof ("Confidential Exhibits"); Defendants also having moved to seal unredacted versions of Defendants' memorandum in opposition to Plaintiff's Motion for Class Certification and the attached transcript of Plaintiff's deposition transcript, deposition exhibits no. 3 (Plaintiff's Supplemental Responses and Objections to Defendant Saba's First Set of Interrogatories) and 20 (text messages with another Saba student) from that deposition, as well as the Declaration of Terry Moya that accompanies the opposition memorandum ("Opposition Materials"); and the Court, having considered the papers and arguments submitted in Defendants' Motion; and good cause having been shown;

It is hereby ORDERED that:

Defendants' Motion to Seal Confidential Materials is GRANTED.

1

ENTER as an Order of this Court:

Enter:                                           By order:

_____                  _____

July __, 2024                                    Presented by:

                                                 SABA UNIVERSITY SCHOOL OF MEDICINE,
                                                 R3 EDUCATION, INC.

                                                 /s/ Elizabeth H. Kelly
                                                 Daryl J. Lapp (BBO #554980)
                                                    daryl.lapp@lockelord.com
                                                 Elizabeth H. Kelly (BBO #672277)
                                                    liz.kelly@lockelord.com
                                                 LOCKE LORD LLP
                                                 111 Huntington Avenue
                                                 Boston, MA 02199
                                                 T: (617) 239-0100
                                                 T: (617) 227-4420

                                                 Michael J. McMorrow (*pro hac vice*)
                                                    michael.mcmorrow@lockelord.com
                                                 LOCKE LORD LLP
                                                 111 South Wacker Drive, Suite 4100
                                                 Chicago, IL 60606
                                                 T: 312-443-0700
                                                 F: 312-443-0336

                                                 Dale Evans (*pro hac vice*)
                                                    dale.evans@lockelord.com
                                                 LOCKE LORD LLP
                                                 777 South Flagler Drive
                                                 Suite 215 East Tower
                                                 West Palm Beach, FL 33401
                                                 T: 561-833-7700
                                                 F: 561-655-8719

Dated: July 19, 2024