UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>   v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**DECLARATION IN SUPPORT OF
MOTION TO SEAL CONFIDENTIAL MATERIALS**

I Terry Moya, hereby declare and certify as follows:

   1.  I am the Chief Financial Officer of Saba University School of Medicine ("Saba") and have held this position at all times relevant to the issues in this case.

   2.  I make this declaration in support of the Motion to Seal Confidential Materials of defendants, Saba and R3 Education, Inc. (collectively "Defendants").

   3.  The information in this declaration is taken from my own personal knowledge and review of Saba's business records.

   4.  On June 7, 2024, Plaintiff Natalia Ortiz ("Plaintiff") filed a Motion for Class Certification (ECF No. 50) with the accompanying Declaration of Margaret M. Siller (ECF No. 53), which included various confidential exhibits subject to the Protective Order in this case ("Siller Exhibits"). The opposition to Plaintiff's Motion for Class Certification similarly contains information and exhibits of sensitive and confidential nature with student information (collectively with the Siller Exhibits, "Confidential Exhibits").

1

2

5.  I certify that the information contained within the Confidential Exhibits is of sensitive and confidential nature, including business strategy and information, as well as student information.

6.  The Motion to Seal is necessary to protect students and Saba's sensitive information and redactions would not sufficiently protect the confidential nature of the documents.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2024                                   Signed by: /s/ Terry Moya

**CERTIFICATE OF SERVICE**

      I certify that on July 19, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                            /s/ Elizabeth H. Kelly
                                            Elizabeth H. Kelly