UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>　　　　　Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## DECLARATION OF TERRY MOYA

Terry Moya, being duly sworn, deposes and says under penalties of perjury:

1. I am the Chief Financial Officer of Saba University School of Medicine ("Saba") and have held this position at all times relevant to the issues in this case.

2. I am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in this Declaration is based upon my personal knowledge pursuant to 28 U.S.C. § 1746, and review of Saba's business and student records.

3. I make this declaration in opposition to Natalia Ortiz's Motion for Class Certification.

4. According to Saba's records, Plaintiff's Proposed Class Definition[1] includes students from forty (40) different states, and the District of Columbia and Puerto Rico, in addition to those from foreign nations. Those states are: Alabama, Arkansas, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Kansas, Kentucky, Louisiana,

---

[1] The proposed class definition, set forth in page 7 of Plaintiff's Memorandum of Law in Support of Her Motion for Class Certification, is: "all individuals who enrolled at Saba from September 2017 to the date of the certification order in this matter who: 1) are no longer enrolled at Saba and 2) did not sit for the USMLE Step 1 exam."

Massachusetts, Maryland, Michigan, Minnesota, Missouri, Montana, Nebraska, New Jersey, New Mexico, New York, Nevada, North Carolina, North Dakota, Ohio, Oklahoma, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, Washington, Wisconsin, and West Virginia.

5. ██████ was on a leave of absence from Saba until April 2024.

6. ██████ graduated from Saba in 2023.

7. ██████ graduated from Saba in 2024.

8. ██████ also graduated from Saba in 2024.

9. ██████ was dismissed in August 2022 for failing the Foundations of Clinical Medicine course twice. He enrolled in, and transferred his Saba credits to, Xavier University School of Medicine.

10. ██████ instituted a lawsuit against Saba in Massachusetts superior court (*see* ██████ *v. R3 Education, Inc., d/b/a Saba University School of Medicine*, C.A. No. ██████).

11. ██████ withdrew from Saba in April 2022 and transferred her credits to the American University of the Caribbean.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2024                                Signed by: /s/ Terry Moya

138091410v.3

**CERTIFICATE OF SERVICE**

    I certify that on July 19, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                       /s/ Daryl J. Lapp
                                       Daryl J. Lapp

138091410v.3