UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>　　　　Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**DECLARATION OF DALE EVANS**

I, Dale Evans, declare as follows:

　　1.　　I am a member of the bar of the State of Florida, Partner at the law firm Locke Lord LLP, and admitted to appear in this matter *pro hac vice*. I am co-counsel of record for the Defendants, Saba University School of Medicine and R3 Education, Inc., in the above-captioned action.

　　2.　　I make this declaration for the purpose of transmitting to the Court true and correct copies of the following documents (after redacting other student names and personally identifiable information).

　　3.　　Exhibit 1 contains excerpts of the deposition transcript of Natalia Ortiz, dated June 28, 2024.

　　4.　　Exhibit 2 is a copy of Plaintiff's Supplemental Responses to Interrogatories, and it was marked as Exhibit 3 to Plaintiff's deposition.

　　5.　　Exhibit 3 is a copy of fifteen documents referenced in Plaintiff's Supplemental Responses to Interrogatories (Interrogatory No. 10) and produced by Plaintiff.

1

6. Exhibit 3A is a copy of document Bates labeled P-000206–P-000209 comprising a June 8, 2019 email.

7. Exhibit 3B is a copy of a document bates-labeled P-000210–P-000213 comprising a June 5, 2019 email.

8. Exhibit 3C is a copy of a document bates-labeled P-000222–P-000224 comprising a July 26, 2019 email.

9. Exhibit 3D is a copy of a document bates-labeled P-000234–P-000241 comprising a May 29, 2019 email.

10. Exhibit 3E is a copy of a document bates-labeled P-000293–P-000295 comprising a July 15, 2019 email.

11. Exhibit 3F is a copy of a document bates-labeled P-000296–P-000298 comprising a January 2, 2019 email.

12. Exhibit 3G is a copy of a document bates-labeled P-000300–P-000302 comprising a June 29, 2019 email.

13. Exhibit 3H is a copy of a document bates-labeled P-000315–P-000318 comprising a July 5, 2019 email.

14. Exhibit 3I is a copy of a document bates-labeled P-000319 - P-000322 comprising a June 8, 2019 email.

15. Exhibit 3J is a copy of a document bates-labeled P-000359–P-000359 comprising a November 2, 2018 email.

16. Exhibit 3K is a copy of a document bates-labeled P-000393–P-000398 comprising a June 16, 2019 email.

138109862v.2

17. Exhibit 3L is a copy of a document bates-labeled P-000399–P-000404 comprising a May 31, 2019 email.

18. Exhibit 3M is a copy of a document bates-labeled P-000405–P-000410 comprising a June 23, 2019 email.

19. Exhibit 3N is a copy of a document bates-labeled P-000799–P-000804 comprising a July 2, 2019 email.

20. Exhibit 3O is a copy of a document bates-labeled P-000830–P-000840.

21. Document P-000830 is an advertisement that began to run on September 9, 2022; P-00831 advertises 2021 USMLE passage rate; P-000832 is an advertisement for January 2023 based on 2021 USMLE passage rate; P-000833 is an advertisement that started running on Sep 9, 2022; P-00834 to P-00835 does not contain a date on that Facebook version, but the public version of this Facebook page states it is from Sep 29, 2022; P-00836 is a Saba Instagram page advertising 2021 USMLE passage rate; P-000837 is a Saba LinkedIn page advertising 2021 USMLE passage rate; P-000838 is a screenshot of Saba's website showing 2021 USMLE passage rate; P-000839 is an Instagram ad from October 22, 2020; and P-000840 is the same Instagram ad as P-000839.

22. Exhibit 4 contains text messages between Plaintiff and ▮▮▮▮▮▮▮▮, and they were marked as Exhibit 20 to Plaintiff's deposition.

23. Exhibit 5 is a copy of the court order for the *Commonwealth v. Corinthian Colleges, Inc.*, No. 2014-1093-E (Mass. Super. Ct. Aug. 1, 2016) unreported case.

24. Exhibit 6 is a copy of the docket sheet from ▮▮▮▮▮▮▮▮'s court action against Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮.

I declare under penalty of perjury that the foregoing is true and correct.

3

138109862v.2

Executed on July 19, 2024                                     Signed by: /s/ Dale Evans

## CERTIFICATE OF SERVICE

    I certify that on July 19, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                                /s/ Daryl J. Lapp
                                                Daryl J. Lapp

138109862v.2