Message

| | |
|---|---|
| **From:** | Medical University of the Americas - Admissions [admissions@mua.edu] |
| **Sent:** | 6/8/2019 9:34:12 AM |
| **To:** | norti044@fiu.edu |
| **Subject:** | Four Reasons to Attend MUA |



**MUA has a well-deserved reputation for academic excellence and graduate success.** This high level of commitment has made MUA an international leader in the education of MDs over the past two decades.

P-000206

## USMLE STEP I PASS RATE PERFORMANCE

MUA students have **an exceptional 99% first-time pass rate on USMLE Step I,** a key first step in attaining a great residency. The extensive preparation for this exam is core to this outcome.

## RESIDENCY PLACEMENT

For an idea of where you can go with a medical degree from MUA **look no further than the top appointments our graduates earned in 2018:** Case Western *(Family Medicine)*, Johns Hopkins *(General Surgery)*, University of Connecticut *(Neurology)*, University of Toronto *(Internal Medicine)*, Wake Forest Baptist Medical Center *(Orthopedic Surgery)* and other top institutions. See the complete list here.

## AFFORDABILITY

**Tuition and fees at MUA are the lowest of the Tier 1 international medical schools.** American students are approved to participate in the William D. Ford Federal Direct Unsubsidized Stafford and Grad PLUS Loan programs. Canadian students are eligible for Federal Loans through the Ministry of Education Student Support Branch in the province of residence.

## GROSS ANATOMY

**MUA follows a system/organ-based curriculum which is used at the top US schools.** First semester students launch their academic career with gross anatomy as a critical early step in their educational development as MD students.

Take a tour of our beautiful campus on Nevis
and view some "Day in the Life of an MUA student" videos.



P-000208

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 302, Devens, MA, 01434, United States

P-000209

Message

| | |
|---|---|
| **From:** | Sarah Russell [s.russell@mua.edu] |
| **Sent:** | 6/5/2019 9:34:18 AM |
| **To:** | norti044@fiu.edu |
| **Subject:** | Four Reasons to Attend MUA |



**MUA has a well-deserved reputation for academic excellence and graduate success.** This high level of commitment has made MUA an international leader in the education of MDs over the past two decades.

## USMLE STEP I PASS RATE PERFORMANCE

MUA students have **an exceptional 99% first-time pass rate on USMLE Step I,** a key first step in attaining a great residency. The extensive preparation for this exam is core to this outcome.

## RESIDENCY PLACEMENT

For an idea of where you can go with a medical degree from MUA **look no further than the top appointments our graduates earned in 2018:** Case Western *(Family Medicine)*, Johns Hopkins *(General Surgery)*, University of Connecticut *(Neurology)*, University of Toronto *(Internal Medicine)*, Wake Forest Baptist Medical Center *(Orthopedic Surgery)* and other top institutions. See the complete list here.

## AFFORDABILITY

**Tuition and fees at MUA are the lowest of the Tier 1 international medical schools.** American students are approved to participate in the William D. Ford Federal Direct Unsubsidized Stafford and Grad PLUS Loan programs. Canadian students are eligible for Federal Loans through the Ministry of Education Student Support Branch in the province of residence.

## GROSS ANATOMY

**MUA follows a system/organ-based curriculum which is used at the top US schools.** First semester students launch their academic career with gross anatomy as a critical early step in their educational development as MD students.

Take a tour of our beautiful campus on Nevis
and view some "Day in the Life of an MUA student" videos.



Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 302, Devens, MA, 01434, USA

P-000213

**Message**

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 7/26/2019 9:34:04 AM |
| **To:** | norti044@fiu.edu |
| **Subject:** | How a Saba Doctor Helped Make Surgical History in Canada |



# Making Surgical History in Canada

The announcement of Canada's first successful hand transplant operation had special meaning for Saba University School of Medicine. Giancarlo McEvenue MD, a Saba grad, was a member of the team of surgeons who took part in this landmark achievement in Canadian medicine.

McEvenue was an honours graduate of the University of Toronto before heading to Saba for his medical degree. His dream was to come back to Canada and make a difference as a physician. And that's exactly what happened.

Learn more about Giancarlo and the many other Saba graduates who are making a difference in the lives of thousands of patients.

**Graduate Profiles**

Saba University is the only international medical school with a 99% first-time USMLE pass rate, outstanding residency placement and the approvals that enable our students to practice across the US and Canada.

**Saba is now accepting applications. We have three start dates through the year: January, May and September. Are you ready to join the thousands of physicians who proudly call themselves Saba doctors?**

**Learn More**



Saba University School of Medicine | P.O. Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

P-000223



Copyright ©2019 Saba University School of Medicine | Privacy Policy | Gainful Employment

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

Message

| | |
|---|---|
| **From**: | Saba Events [events@saba.edu] |
| **Sent**: | 5/29/2019 12:10:02 AM |
| **To**: | norti044@fiu.edu |
| **Subject**: | Meet with us beginning next week |



P-000234





EDUCATING MDs IS OUR MISSION

P-000236



For 25+ years, students have been coming to Saba University School of Medicine for a simple reason: **At Saba, Your Education Comes First.**

With this single-minded focus on the success of our students, Saba achieves results other schools simply can't match:

- The average USMLE Step1 pass rate for the past five years for Saba Students is >99%

- 94% of grads obtain US or Canadian Residencies (among eligible graduates between 2013 -18)

- Approvals and recognition that enable Saba graduates to practice in all 50 US states and the 10 provinces of Canada

**Saba's entire Open House schedule, including location, dates and registration, can be viewed here.**

This is the best way to get a first-hand introduction to our curriculum, faculty, campus, clinical program and more.

Take advantage of this opportunity to meet with our Admissions Team and learn about openings in our upcoming semesters.

P-000237



## SUMMER OPEN HOUSE DATES

## Orlando, FL

**REGISTER NOW**

**Orlando Airport Marriott Lakeside**
**7499 Augusta National Dr**
**June 5, 2019 | 7:30-8:30 PM**


## Miami, FL

**REGISTER NOW**

**Miami Marriott Biscayne Bay**
**1633 N Bayshore Dr**
**June 6, 2019 | 7:30-8:30 PM**


## Carlsbad, CA

**REGISTER NOW**

**Westin Carlsbad Resort**
**5480 Grand Pacific Dr**
**Tuesday, June 25, 2019 | 6:00-7:15pm**

P-000239

# Los Angeles, CA

## Westin Los Angeles Airport

**5400 W Century Blvd**
**Thursday, June 27, 2019 | 6:00-7:15pm**

REGISTER NOW

### Residencies

Saba graduates consistently earn residencies at a rate on par with U.S. medical schools and significantly outpacing graduates of other international medical schools.

### Financing

Saba is one of the select few international schools approved for U.S. Federal Student Loans and in Canada for provincial loans.

### Curriculum

Saba's curriculum, structured to US/Canadian standards, is taught in a close-knit community with extensive one-on-one interaction with your professors.

P-000240

## Launch Your
## Application to Saba

**Questions?**

Email admissions
or call us at (978) 862-9600

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Rd, Devens, MA, 01434, United States

Message

| From: | Saba University School of Medicine [admissions@saba.edu] |
| Sent: | 7/15/2019 9:35:05 AM |
| To: | norti044@fiu.edu |
| Subject: | Ready for Anatomy? |



## Your First Semester in Med School...

For years, the first-year course in **Anatomy** defined the medical school experience. While some schools have dropped the course, at top medical schools— including Saba University School of Medicine—it's a key part of the curriculum.

Giving our students the opportunity to experience Anatomy—and plenty of hands-on patient experience—are key reasons why Saba students consistently achieve a 99% first-time pass rate on the USMLE and earn outstanding residency placements.

At Saba, we are committed to having a curriculum at the forefront of medical education. Watch these video interviews with recent Saba graduates and learn more.

Videos

At Saba, our class sizes are intentionally small to provide the kind of experience that we know is essential to the education of great doctors. We are now accepting students for new classes starting In January, May and September.

P-000293



P-000294



Copyright ©2019 Saba University School of Medicine | Privacy Policy | Gainful Employment

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

Message

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 1/2/2019 10:36:02 AM |
| **To:** | norti044@fiu.edu |
| **Subject:** | Ready for Anatomy? |



## Your First Semester in Med School...

For years, the first-year course in **Anatomy** defined the medical school experience. While some schools have dropped the course, at top medical schools— including Saba University School of Medicine—it's a key part of the curriculum.

Giving our students the opportunity to experience Anatomy—and plenty of hands-on patient experience—are key reasons why Saba students consistently achieve a 99% first-time pass rate on the USMLE and earn outstanding residency placements.

At Saba, we are committed to having a curriculum at the forefront of medical education. Watch these video interviews with recent Saba graduates and learn more.

**Videos**

At Saba, our class sizes are intentionally small to provide the kind of experience that we know is essential to the education of great doctors. We are now accepting students for new classes starting In January, May and September.



Saba University School of Medicine | P.O. Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions



Copyright ©2017 Saba University School of Medicine | <u>Privacy Policy</u>

Follow this link to update your communication preferences: <u>Contact Preferences</u>

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000298

Message

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 6/29/2019 9:34:06 AM |
| **To:** | norti044@fiu.edu |
| **Subject:** | Research That Gets Residencies |



## Research That Leads to Residencies…

All students at Saba University School of Medicine complete an innovative research module—a review of medical literature on an important medical topic.

Why? At Saba, we believe it is essential for today's doctors to be able to carefully assess and evaluate medical literature. And there's another benefit—our students find that their research projects set them apart when it comes to applying for a residency.

Watch this quick video and listen to Saba University President Joseph Chu (MD, Georgetown University School of Medicine) explain more about Saba's research module. Discover what has made Saba a leader among international medical schools.

**Watch the Video**

Small class sizes. An outstanding clinical program. An innovative research module that helps our students get top residencies. It's all part of what sets Saba apart from any other international medical school.

**Saba is now accepting applications for our next incoming classes—we have three start dates: January, May and September. Are you ready to join the thousands of physicians who proudly call themselves Saba doctors?**



Saba University School of Medicine | P.O. Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions



Copyright ©2017 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000302

Message

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 7/5/2019 9:35:08 AM |
| **To:** | norti044@fiu.edu |
| **Subject:** | Saba University Is Your Big Advantage! |



APPLY NOW  LEARN MORE



**Saba's 100% first-time pass rate on the USMLE Step 1 outperforms most medical schools—and is the clear leader among international schools.**



**Saba gets you where you want to go: from 2013-2018, 94% of eligible Saba grads attained residency and are currently practicing across the U.S. and Canada.**



**For an idea of where you can go with a medical degree from Saba look no further than the top appointment Saba graduates earned in 2018 at Cleveland Clinic (Orthopedic Surgery), MedStar/Johns Hopkins (General Surgery), University of Ottawa (Head & Neck Surgery, Bridgeport Hospital/Yale (Internal Medicine) and other top institutions. See the complete list here.**

**Take advantage of Saba's reputation and experience gained over more than 25 years of educating doctors—a proven environment for medical education that puts you and your success first.**



P-000316



P-000317

Saba University School Of Medicine | P.O Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

Copyright 2018 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

Message

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 6/8/2019 9:35:04 AM |
| **To:** | Norti044@fiu.edu |
| **Subject:** | Saba University Is Your Big Advantage! |



APPLY NOW   LEARN MORE

**Saba's 100% first-time pass rate on the USMLE Step 1 outperforms most medical schools—and is the clear leader among international schools.**

**Saba gets you where you want to go: from 2013-2018, 94% of eligible Saba grads attained residency and are currently practicing across the U.S. and Canada.**

**For an idea of where you can go with a medical degree from Saba look no further than the top appointment Saba graduates earned in 2018 at Cleveland Clinic (Orthopedic Surgery), MedStar/Johns Hopkins (General Surgery), University of Ottawa (Head & Neck Surgery, Bridgeport Hospital/Yale (Internal Medicine) and other top institutions. See the complete list here.**

**Take advantage of Saba's reputation and experience gained over more than 25 years of educating doctors—a proven environment for medical education that puts you and your success first.**



P-000320



P-000321

Saba University School Of Medicine | P.O Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

Copyright 2018 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

| Message | |
|---|---|
| **From:** | Admission [do-not-reply@saba.edu] |
| **Sent:** | 11/2/2018 10:02:31 PM |
| **To:** | norti044@fiu.edu |
| **Subject:** | Saba University School of Medicine |

Thank you for your interest in **Saba University School of Medicine** -- a school known for its academic excellence and graduate achievement.

•        Each year, virtually **every Saba student passes the USMLE** on their first attempt -- an unprecedented achievement unmatched by any other international medical school.

•        And our graduates **consistently earn** coveted residencies, significantly outpacing the placement rate of other international medical schools.

Our website (www.saba.edu) can provide you with the information you need on our curriculum, campus, faculty, tuition, admissions requirements, recent residency placements and more.

•        Download the Saba Viewbook.

•        View the Saba Webinar; it takes less than 15 minutes. Register Here.

•        Apply now: Click Here to apply for any of our three upcoming semesters: September, January and May.

Feel free to reach out to the Admissions Department—we are here to help you every step of the way.

Yours truly, Chris Cebula
Director of Admissions
Saba University School of Medicine
978-862-9600
admissions@saba.edu

Message

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 6/16/2019 9:35:05 AM |
| **To:** | Norti044@fiu.edu |
| **Subject:** | The First Step to a Saba MD! |

APPLY NOW LEARN MORE

For more than 25 years, we've built a reputation as one of the world's leading international medical schools, based on our commitment to providing future physicians with a top-quality medical education.

It's a mission we've lived up to, with a 100**% USMLE Step 1 first-time pass rate** and residency placements at some of the most prestigious and competitive teaching hospitals in North America.



Our approach is simple and effective. **Saba gets you "thinking like a Doctor" from the moment you step foot on campus.** We offer:

- Small class sizes with more extensive student-teacher interaction

- A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

- Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

- Small class sizes with more extensive student-teacher interaction

- A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

- Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

We also believe in starting your clinical skills early and developing your research muscle through our unique Research Literature and Analysis program (RLRA) in your fourth semester. All this leads to creating Saba Doctors who are ready to show their worth in residencies from the moment they walk through the door.

Fill out your Application. We have three start dates: January, May and September. It will just take a few minutes, but it could be the most important step in becoming the doctor you wish to be!

P-000395



P-000396



Saba University School Of Medicine | P.O Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

Copyright 2018 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: <u>Contact Preferences</u>

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000398

Message

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 5/31/2019 9:34:03 AM |
| **To:** | Norti044@fiu.edu |
| **Subject:** | The First Step to a Saba MD! |

APPLY NOW  LEARN MORE

For more than 25 years, we've built a reputation as one of the world's leading international medical schools, based on our commitment to providing future physicians with a top-quality medical education.

It's a mission we've lived up to, with a 100**% USMLE Step 1 first-time pass rate** and residency placements at some of the most prestigious and competitive teaching hospitals in North America.



Our approach is simple and effective. **Saba gets you "thinking like a Doctor" from the moment you step foot on campus. We offer:**

- Small class sizes with more extensive student-teacher interaction

- A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

- Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

- Small class sizes with more extensive student-teacher interaction

- A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

- Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

We also believe in starting your clinical skills early and developing your research muscle through our unique Research Literature and Analysis program (RLRA) in your fourth semester. All this leads to creating Saba Doctors who are ready to show their worth in residencies from the moment they walk through the door.

Fill out your Application. We have three start dates: January, May and September. It will just take a few minutes, but it could be the most important step in becoming the doctor you wish to be!

P-000401



P-000402



Follow this link to update your communication preferences: <u>Contact Preferences</u>

P-000403

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000404

Message

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 6/23/2019 9:35:06 AM |
| **To:** | norti044@fiu.edu |
| **Subject:** | The First Step to a Saba MD! |

APPLY NOW  LEARN MORE

For more than 25 years, we've built a reputation as one of the world's leading international medical schools, based on our commitment to providing future physicians with a top-quality medical education.

It's a mission we've lived up to, with a 100**% USMLE Step 1 first-time pass rate** and residency placements at some of the most prestigious and competitive teaching hospitals in North America.



Our approach is simple and effective. **Saba gets you "thinking like a Doctor" from the moment you step foot on campus.** We offer:

• Small class sizes with more extensive student-teacher interaction

• A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

• Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

• Small class sizes with more extensive student-teacher interaction

• A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

• Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

We also believe in starting your clinical skills early and developing your research muscle through our unique Research Literature and Analysis program (RLRA) in your fourth semester. All this leads to creating Saba Doctors who are ready to show their worth in residencies from the moment they walk through the door.

Fill out your Application. We have three start dates: January, May and September. It will just take a few minutes, but it could be the most important step in becoming the doctor you wish to be!

P-000407



P-000408



Saba University School Of Medicine | P.O Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

Copyright 2018 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: Contact Preferences

P-000409

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000410

Message

| | |
|---|---|
| **From:** | Saba University School of Medicine [admissions@saba.edu] |
| **Sent:** | 7/2/2019 9:35:13 AM |
| **To:** | ortizandrean@gmail.com |
| **Subject:** | The First Step to a Saba MD! |

APPLY NOW   LEARN MORE

For more than 25 years, we've built a reputation as one of the world's leading international medical schools, based on our commitment to providing future physicians with a top-quality medical education.

It's a mission we've lived up to, with a 100**% USMLE Step 1 first-time pass rate** and residency placements at some of the most prestigious and competitive teaching hospitals in North America.



Our approach is simple and effective. **Saba gets you "thinking like a Doctor" from the moment you step foot on campus.** We offer:

• Small class sizes with more extensive student-teacher interaction

• A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

• Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

• Small class sizes with more extensive student-teacher interaction

• A distinguished faculty, with exceptional qualifications along with a personal commitment to your education

• Modern curriculum and a technologically advanced campus, anatomy classes taught with real cadavers, and state-of-the-art test centers

We also believe in starting your clinical skills early and developing your research muscle through our unique Research Literature and Analysis program (RLRA) in your fourth semester. All this leads to creating Saba Doctors who are ready to show their worth in residencies from the moment they walk through the door.

Fill out your Application. We have three start dates: January, May and September. It will just take a few minutes, but it could be the most important step in becoming the doctor you wish to be!

P-000801



P-000802



Saba University School Of Medicine | P.O Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

Copyright 2018 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: Contact Preferences

P-000803

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000804

✔ Active                                            •••

Started running on Sep 9, 2022

Platforms 

ID: 1436988206787124

See ad details

 **Saba University School of Medicine**
Sponsored

With a 30 year history of educating aspiring doctors, we
prepare students to secure top results and residencies. Saba's
results are comparable with medical schools in the U.S. and
Canada. Hear what Dr. Malika Hudani has to say about our
success rates.



COURSES.SABA.EDU
**Successful Pass Rates**                          Learn more
Secure top residencies

P-000830



Q  Search Twitter

← Saba University School of Medicine
6,536 Tweets

DISCOVER THE
Saba Advantage
ACCEPTING APPLICATIONS FOR
JANUARY, MAY & SEPTEMBER 2023

Follow

## Saba University School of Medicine
@sabamedschool

Saba offers an excellent medical education with students consistently achieving a first-time average pass rate of 100% on the USMLE Step 1 (2021).

⊙ Devens, MA   ⊘ saba.edu   📅 Joined March 2010

**2,273** Following   **2,335** Followers

Not Followed by anyone you're following

Meet us in Calgary
Meet us in Dayton
Meet us in Detroit
Meet us in Indianapolis

### You might like

S&S   Speed & Scale
@speedandscale
🄀 Promoted
Follow

Medical University of ...
@MUA_Medicine
Follow

UMHS   UMHS St. Kitts
@UMHSstkitts
Follow

P-000831

P-000832



saba.edu

Student Consumer Information   Virtual Student Lounge

Apply Now

Inquire today

## Discover The Saba Advantage

Apply for January 2023 Term

Remember, the MCAT is required for the January term! Check out the upcoming test dates here for the U.S. and here for Canada.

WHATSAPP

**Saba Scholars Grant**
Find out more

**7:1**
Student-to-faculty ratio for enhanced personalized attention

**100%**
First-time pass rate USMLE Step 1 (2021)

**94%**
of eligible graduates attain residencies (2019-2021)
See 2022 residency postings here

 Active

· · ·

Started running on Sep 9, 2022

Platforms  

ID: 1436988206787124

See ad details

---

 **Saba University School of Medicine**
Sponsored

With a 30 year history of educating aspiring doctors, we prepare students to secure top results and residencies. Saba's results are comparable with medical schools in the U.S. and Canada. Hear what Dr. Malika Hudani has to say about our success rates.



COURSES.SABA.EDU
**Successful Pass Rates**                    Learn more
Secure top residencies



# Saba University School of Medicine

@sabamedschool · College & university

Home     Reviews     Live     Photos     More ▼

∂ Contact us

🔓 saba.edu

⋯

## About                                    See all

⊙ 01434 The Bottom, Bonaire,
   Saint Eustatius and Saba

ⓘ Saba University offers an excellent
   medical education with students
   consistently achieving a first-time
   average pass rate of 99% on the USMLE
   Step 1.

ⓘ Located on a Dutch island in the
   Caribbean, Saba University School of
   Medicine offers an excellent medical
   program that is accredited by NVAO.
   Why do... See more

👍 18,404 people like this

📷 18,933 people follow this

Saba University School of Medicine
7h · 🌐

Our first semester students undergo the rite of passage known as
the White Coat Ceremony — you don a short white coat, a symbol of
your status as a full-fledged medical student. 🥼

Upon graduation from Saba, that short coat will be replaced by a
long one, a sign of your status as a full-fledged physician. 👨‍⚕️👩‍⚕️

Join us in welcoming our future #SabaDoctors in the comments
below 👇



P-000834

## Saba University School of Medicine

01434 The Bottom, Bonaire, Saint Eustatius and Saba

THE BOTTOM

Saba University offers an excellent medical education with students consistently achieving a first-time average pass rate of 99% on the USMLE Step 1.

Located on a Dutch island in the Caribbean, Saba University School of Medicine offers an excellent medical program that is accredited by NVAO. Why do so many students choose Saba University?

- On average, 99% of students pass the USMLE Step 1 on their first attempt
- Small classes taught by expert faculty, many of whom hold PhDs or MDs.
- Excellent location in the Caribbean
- Our students achieve residencies at top hospitals across the US and Canada
- Affordable tuition in comparison to other top medical schools
- Discover more about Saba University by visiting our website: https://bit.ly/2Qpoldl **See less**

18,404 people like this





the White Coat Ceremony — you don a short white coat, a symbol of your status as a full-fledged medical student.

Upon graduation from Saba, that short coat will be replaced by a long one, a sign of your status as a full-fledged physician.

Join us in welcoming our future #SabaDoctors in the comments below

+5

951            1 Share

P-000835

P-000836



Instagram

Search

## sabamedschool

Message   Follow

517 posts   2,618 followers   681 following

**Saba University School of Medicine**
College & university
Saba offers an excellent medical education. Our students have consistently achieved an average first-time pass rate of 100% on USMLE Step 1 (2021).
tap.bio/@sabamedschool

Takeovers   Why Saba   Our Gradu...   White Coat   Our Faculty

P-000837



DISCOVER THE
**Saba Advantage**

CEPTING APPLICATIONS FOR JANUARY,
AY & SEPTEMBER 2023

⊕ www.saba.edu



# Saba University School of Medicine

We offer an excellent medical education with students consistently achieving a first–time ave. pass rate of 100% (2021).

Higher Education · Devens, Massachusetts · 1,759 followers

See all 127 employees on LinkedIn

[ + Follow ]   ( Visit website �%ᵗ )   ( More )

Home   About   Posts   Jobs   Alumni   Insights   Videos



Home ▸ FAQ

Student Consumer Information    Virtual Student Lounge

**What is the success rate of your graduates?**

Saba University School of Medicine graduates have an excellent track record. Since 1992, more than 3,000 doctors have received their start at Saba University School of Medicine. Our graduates have an extensive track record of excellent performance on the critical USMLE Step 1 exam. Virtually every student passes the USMLE Step 1 on their first attempt. 100% USMLE Step 1 Exam first-time pass rate (2021) – a consistently strong performance

Inquire today    Apply Now

This website makes use of cookies to enhance browsing and provide additional functionality. By continuing to visit this site you agree to our use of cookies. Please read our Privacy and Cookies policy to find out more. Privacy and Cookies policy

Allow cookies

P-000839





P-000840