# EXHIBIT 4

**EXHIBIT 20**

**10/28/21, 1:49 PM**

David Woode [Saba]

As for myself, it literally has been a rollercoaster with lows & highs. During august I was pretty pissed about exit but I also had to deal with this bullshit rule change they tried to pull on us. On our syllabus in the the spring, we were entitled to 3 attempts at comp and they changed the rule over the summer to 2. They tried to make us pay 13k to relake but we fought them cause we didn't have our final attempt. A few of us students tried to ask admin as to why we wouldn't have our final attempt (cause nothing in the new syllabus said that the rule would be applied retroactively). We got ignored and I got yelled at & hung up on by Clifton lol

**10/28/21, 1:53 PM**

David Woode [Saba]

I was so FUCKING mad lol But I also was not going to along with their bullshit. So myself and another student contacted both the US department of education & the SVAC (the accrediting board in the Netherlands) about what they were doing. This whole process took like a month and a half. But finally there was a really helpful lady in the Netherlands that helped us out and contacted Steven Rodger (the CEO of Saba). She runs the team that visits the island and gives Saba their accreditation. So basically Saba got scared and gave us our attempt back 😊

**10/28/21, 1:54 PM**

David Woode [Saba]

But man... august and September were hella stressful. October I've been chill. And only resumed studying last week

**10/29/21, 7:55 AM**

Nati

Wtf they tried to make you pay 13k?? Why??? That's so good that you guys were able to scare them, Saba is ridiculous. I can't wait to be done with the school. It's so sad how they make their alumni hate them. Well at least you won that fight, sorry that you had to go through all that, it really is insane. I'm gonna have to grind hard this month

**10/29/21, 7:56 AM**

Nati

This upcoming month*

**10/29/21, 1:09 PM (Viewed 11/2/21, 9:00 AM)**

David Woode [Saba]

Yeah definitely. We just continue to look forward now. We'll all be grinding for sure but I feel good about it this time. Really glad you're doing better & def looking forward to hearing your stories.

**10/29/21, 1:26 PM (Viewed 11/2/21, 9:00 AM)**

David Woode [Saba]

Oh also, I mayyyy come down to Miami again in March with my girl for my bday. Contemplating it atleast depending on what happens with school. If it happens, imma need your suggestions

**10/29/21, 2:24 PM**

Nati

Omg yes I got you! Just let me know and I'll make a list for you

**10/29/21, 2:51 PM**

David Woode [Saba]

Liked "Omg yes I got you! Just let me know and I'll make a list for you"

**12/9/21, 10:15 AM**

Nati

So I didn't pass, I knew I wasn't going too because I honestly didn't study like I should have and I contemplated leaving the program. I'm not upset but I'm still kinda bleh, do you have any advice or words of wisdom?

**12/9/21, 10:16 AM**

Nati

I'm sorry I'm throwing this out of nowhere 😩

**12/9/21, 10:16 AM (Viewed 12/9/21, 10:17 AM)**

David Woode [Saba] ▮▮▮▮▮▮

No because I got the exact same score as last time and didn't pass either. I'm actually just stunned again

**12/9/21, 10:18 AM**

David Woode [Saba] ▮▮▮▮▮▮

Sorry

**12/9/21, 10:18 AM**

Nati ▮▮▮▮▮▮

No wayyyy, ugh we're gonna have to switch it up and just really push through then

**12/9/21, 10:18 AM (Viewed 12/9/21, 10:25 AM)**

David Woode [Saba] ▮▮▮▮▮▮

I'm honestly not even sure what to do differently

**12/9/21, 10:19 AM (Viewed 12/9/21, 10:25 AM)**

David Woode [Saba] ▮▮▮▮▮▮

I studied pretty hard I thought and did plenty of questions this time

**12/9/21, 10:21 AM (Viewed 12/9/21, 10:25 AM)**

David Woode [Saba] ▮▮▮▮▮▮

I was locked in, more than any point. I'm legit shocked.

**12/9/21, 10:26 AM**

Nati ▮▮▮▮▮▮

Dammm ugh I'm sorry, I'm trying to think of how to go about this now

**12/9/21, 10:27 AM**

Nati ▮▮▮▮▮▮

I know someone who did the Kansas class for exit so I'm gonna ask how it went for her

**12/9/21, 10:27 AM**

David Woode [Saba] ▮▮▮▮▮▮

She did it for exit or step?

**12/9/21, 10:27 AM**

Nati ▮▮▮▮▮▮

Exit

**12/9/21, 10:28 AM**

David Woode [Saba] ▮▮▮▮▮▮

You can do that?

**12/9/21, 10:28 AM**

David Woode [Saba] ▮▮▮▮▮▮

Shit I didn't know

**12/9/21, 10:29 AM**

Nati ▮▮▮▮▮▮

She paid for it

**12/9/21, 10:30 AM**

David Woode [Saba] ▅▅▅▅

Well that was my 3rd attempt so I don't know what to do

**12/9/21, 10:30 AM**

David Woode [Saba] ▅▅▅▅

And received 190 on these last two

**12/9/21, 10:30 AM**

Nati ▅▅▅▅

I'm gonna ask how it went for her and let you know what she says, I'm gonna go into work for a little bit now so I'll text you later

**12/9/21, 10:30 AM (Viewed 12/9/21, 10:32 AM)**

David Woode [Saba] ▅▅▅▅

Sounds good. Talk in a bit

**12/9/21, 11:58 AM (Viewed 12/9/21, 1:30 PM)**

David Woode [Saba] ▅▅▅▅

Do you know how many times she attempted exit?

**12/9/21, 1:30 PM**

Nati ▅▅▅▅

This was her second time taking it and she said it helped, she passed

**12/9/21, 1:31 PM (Viewed 12/9/21, 1:32 PM)**

David Woode [Saba] ▅▅▅▅

Congrats to her

**12/9/21, 1:32 PM (Viewed 12/9/21, 1:57 PM)**

David Woode [Saba] ▅▅▅▅

Wish I knew about the Kansas thing but yeah I have to figure out what to do with focm and all that now.

**12/9/21, 1:57 PM**

Nati ▅▅▅▅

Same..... I don't wanna go back to the island

**12/9/21, 2:55 PM (Viewed 12/9/21, 2:59 PM)**

David Woode [Saba] ▅▅▅▅

A couple ppl told me they just did the nbme forms and referred to first aid

**12/9/21, 2:56 PM (Viewed 12/9/21, 2:59 PM)**

David Woode [Saba] ▅▅▅▅

They improved by 40 points

**12/9/21, 2:59 PM**

Nati ▅▅▅▅

Idk if I'm gonna continue with the program, I'm gonna really sit and think about it this weekend

**12/9/21, 3:00 PM**

Nati ▅▅▅▅

And if I do I'll take the course

**12/9/21, 3:00 PM (Viewed 12/9/21, 3:50 PM)**

David Woode [Saba] ▅▅▅▅

Honestly I feel exactly the same way

**12/9/21, 3:00 PM (Viewed 12/9/21, 3:50 PM)**

David Woode [Saba] ▅▅▅▅

I really don't know what to do

**12/9/21, 3:01 PM (Viewed 12/9/21, 3:50 PM)**

David Woode [Saba] ███████████

Like if there was a way to just pay for the course and pay to take exit through prometric, I'd do that

**12/9/21, 3:01 PM (Viewed 12/9/21, 3:50 PM)**

David Woode [Saba] ███████████

Or if I need to transfer. But yeah I also have to think through some things

**12/9/21, 3:50 PM**

Nati ███████████

Is there a way to talk to the school to make this an option?

**12/9/21, 3:50 PM**

Nati ███████████

What would be the benefit of transferring?

**12/9/21, 3:51 PM**

David Woode [Saba] ███████████

They do this at other medical schools but I've been told Saba doesn't do it. Friends from other schools complete the basic sciences and then they schedule their own exit

**12/9/21, 3:52 PM**

Nati ███████████

Oh wow, wow. Is there a way to talk to our school about this?

**12/9/21, 3:52 PM**

David Woode [Saba] ███████████

You can suggest it. I've challenged the school so much but this time I have no basis to stand on

**12/9/21, 3:53 PM**

David Woode [Saba] ███████████

But I know it's possible. I even contacted prometric and they said it depends on the medical school

**12/9/21, 3:53 PM**

Nati ███████████

Who can I get in touch with from Saba to suggest this?

**12/9/21, 3:53 PM (Viewed 12/9/21, 3:55 PM)**

David Woode [Saba] ███████████

I'd rather pay to go to Kansas and then schedule the test (like they do for step), then to go back to island and do focm

**12/9/21, 3:54 PM (Viewed 12/9/21, 3:55 PM)**

David Woode [Saba] ███████████

I'm not really sure. I learned a few months ago that ppl on the island don't really have a say in what goes on

**12/9/21, 3:54 PM (Viewed 12/9/21, 3:55 PM)**

David Woode [Saba] ███████████

It would be someone from Devens most likely

**12/9/21, 3:55 PM**

David Woode [Saba] ███████████

To see if someone else would be willing to continue onwards instead delaying exit 4 months

**12/9/21, 3:55 PM**

Nati ███████████

Me too. I looked at the schedule. They offer the online program and there's one in Feb for 4 weeks.

**12/9/21, 3:56 PM**

Nati

Hmmmm if we can transfer and not retake things, then I'd be down to do this

**12/9/21, 3:56 PM (Viewed 12/9/21, 3:57 PM)**

David Woode [Saba]

Can you send me the link for this?

**12/9/21, 3:57 PM**

David Woode [Saba]

To retake focm is 13K

**12/9/21, 3:57 PM**

Nati

Go on Google and type IOMB it'll pop up

**12/9/21, 3:57 PM**

Nati

WTF

**12/9/21, 3:58 PM**

Nati

Well that just added returning to the island to the cons side of the list

**12/9/21, 4:00 PM**

David Woode [Saba]

Yeah it's ridiculous honestly. And I see the dates you're talking about. They have online and in person in January as well

**12/9/21, 4:00 PM**

David Woode [Saba]

And online 4 weeks

**12/9/21, 4:01 PM**

David Woode [Saba]

Feb 14th

**12/9/21, 4:01 PM**

Nati

I was thinking of the January class as well

**12/9/21, 4:01 PM**

Nati

Yea that's the one I originally looked at

**12/9/21, 4:01 PM**

David Woode [Saba]

Yeah I'd love to do that and then redoing focm

**12/9/21, 4:01 PM**

Nati

That's what I was thinking

**12/9/21, 4:02 PM**

Nati

But I'm gonna fully think about this during the weekend

**12/9/21, 4:02 PM (Viewed 12/9/21, 4:03 PM)**

David Woode [Saba]

You're thinking of leaving?

**12/9/21, 4:03 PM**

Nati ████████████████████████████

Yes

**12/9/21, 4:03 PM**

David Woode [Saba] ████████

If the Kansas thing is an option then I'll do it. But going back to the island, paying 13k and redoing focm is hard for me to justify

**12/9/21, 4:03 PM**

Nati ████████████████████████████

I'm very confused right now as to what I want to do

**12/9/21, 4:04 PM (Viewed 12/9/21, 4:10 PM)**

David Woode [Saba] ████████

I want to continue. But I'm just mad I'm so delayed on everything. And I want something that will actually help me pass this test

**12/9/21, 4:04 PM (Viewed 12/9/21, 4:10 PM)**

David Woode [Saba] ████████

Focm doesn't do that

**12/9/21, 4:04 PM (Viewed 12/9/21, 4:10 PM)**

David Woode [Saba] ████████

I understand

**12/9/21, 4:06 PM (Viewed 12/9/21, 4:10 PM)**

David Woode [Saba] ████████

All I can say is that you've come so far and worked hard to get to this point

**12/9/21, 4:07 PM (Viewed 12/9/21, 4:10 PM)**

David Woode [Saba] ████████

If you want to consider this Kansas thing, then I'd suggest contacting the school today because when they go on vacation it's tough to reach anyone

**12/9/21, 4:11 PM**

Nati ████████████████████████████

If I decide to stay the Kansas thing is happening for sure, take it before FOCM and then go to Saba and do what we have to do

**12/9/21, 4:12 PM**

Nati ████████████████████████████

I just feel lost right now and that sucks. Like I've been feeling lost for months now so it's not this exam that made me feel this way. Idk what's been making me feel like this, I just wanna get to the point we're I felt like I was doing what I was meant to do with my life

**12/9/21, 4:16 PM (Viewed 12/9/21, 4:21 PM)**

David Woode [Saba] ████████

You free for a quick call?

**12/9/21, 4:18 PM (Viewed 12/9/21, 4:21 PM)**

David Woode [Saba] ████████

Yeah I have to figure something out. My head is honestly spinning and I'm worn out

**12/9/21, 4:20 PM (Viewed 12/9/21, 4:21 PM)**

David Woode [Saba] ████████

In regards to this.... I know exactly how you feel.

**12/9/21, 4:21 PM**

Nati ████████████████████████████

Yea wanna talk now?

**12/9/21, 4:22 PM**

David Woode [Saba] ▮▮▮▮▮▮▮

Yes

**12/10/21, 7:49 AM (Viewed 12/10/21, 10:13 AM)**

David Woode [Saba] ▮▮▮▮▮▮▮

Hey Natalia, would you want to try sending and email this morning to shruti to see if she can send a request to Devens to consider the Kansas idea? (I'd send one as well)

**12/10/21, 10:13 AM**

Nati ▮▮▮▮▮▮▮

Yea let's do it! I'lol be home in a half hour so I'll write something up then

**12/10/21, 10:15 AM (Viewed 12/10/21, 11:19 AM)**

David Woode [Saba] ▮▮▮▮▮▮▮

Sounds good!

**12/10/21, 11:25 AM (Viewed 12/10/21, 11:26 AM)**

David Woode [Saba] ▮▮▮▮▮▮▮

If you get a response back, please let me know. I'm about to send mine in a few

**12/10/21, 11:26 AM**

Nati ▮▮▮▮▮▮▮

I'm writing mine up now, I'm bad at writing emails so I'm just trying to make sure it's okay

**12/10/21, 11:30 AM (Viewed 12/10/21, 11:31 AM)**

David Woode [Saba] ▮▮▮▮▮▮▮

I just phrased mine as asking for permission to take the Kansas IMOB review course as a substitute for FOCM. I explained that I demonstrated competency in passing the shelf exams on my first try but came a few points shy of the passing grade for exit. I'd like the opportunity to prepare solely for the exit exam by enrolling in this course as a substitute.

**12/10/21, 11:31 AM**

David Woode [Saba] ▮▮▮▮▮▮▮

And if it's required, I can rewrite the shelf's and pay the fees associated with the shelf exams and the exit (as opposed to paying entirely for focm)

**12/10/21, 11:32 AM**

Nati ▮▮▮▮▮▮▮

Okay perfect I'm sending mine now

**12/10/21, 11:33 AM**

David Woode [Saba] ▮▮▮▮▮▮▮

Perfect!

**12/10/21, 11:36 AM**

David Woode [Saba] ▮▮▮▮▮▮▮

I looked into it some more yesterday. I called nbme yesterday and they mentioned that you're able to take shelf exams and exit through nbme directly if the school approves it. It'd be blessed if we can do that alongside the Kansas course but it's a long shot

**12/10/21, 11:36 AM**

Nati ▮▮▮▮▮▮▮

Omg that would be amazing! Ugh why is Saba so annoying about this, welll at least we are giving it a shot

**12/10/21, 11:36 AM (Viewed 12/10/21, 11:37 AM)**

David Woode [Saba] ▮▮▮▮▮▮▮

Or we do Kansas and return to Saba for the shelves and exit without paying/taking focm

**12/10/21, 11:37 AM**

David Woode [Saba] ▮▮▮▮▮▮▮

Yeah it's worth a shot

**12/10/21, 12:44 PM (Viewed 12/10/21, 12:46 PM)**

David Woode [Saba]

https://www.usmle.org/change-step-1-passing-standard-begins-january-26-2022
(Sent with URL)

**12/10/21, 12:45 PM (Viewed 12/10/21, 12:46 PM)**

David Woode [Saba]

Nah I think they're increasing the cutoff

**12/10/21, 12:45 PM (Viewed 12/10/21, 12:46 PM)**

David Woode [Saba]

Shit

**12/10/21, 12:47 PM**

Nati

Oh shit '

**12/10/21, 1:22 PM**

Nati

She resolved but pretty much just restated the syllabus

**12/10/21, 1:53 PM (Viewed 12/10/21, 4:25 PM)**

David Woode [Saba]

Sorry I was driving but we probably got the same response. Fml

**12/10/21, 1:56 PM (Viewed 12/10/21, 4:25 PM)**

David Woode [Saba]

Thx for trying!

**12/10/21, 4:25 PM (Delivered 12/10/21, 4:26 PM)**

Nati

Of course!!!

**12/19/21, 9:36 PM (Viewed 12/20/21, 12:14 PM)**

David Woode [Saba]

How've you been?

**12/20/21, 12:15 PM**

Nati

Hey I've been doing okay, I think I am gonna go back to Saba

**12/20/21, 12:40 PM (Viewed 12/20/21, 12:51 PM)**

David Woode [Saba]

Yeah likewise. If you have recommendations on places, just let me know

**12/20/21, 12:41 PM (Viewed 12/20/21, 12:51 PM)**

David Woode [Saba]

Apart from the school, you're well? Took a break hopefully & enjoying the holidays

**12/20/21, 12:52 PM**

Nati

Yea I took a mini break but i'm getting back into today, how about you? How have you been?
I'm gonna message my old land lord and see what comes up

**12/20/21, 1:19 PM (Viewed 12/20/21, 1:22 PM)**

David Woode [Saba]

You need a study partner?

**9/19/22, 11:25 AM**

Nati

Are you free to catch up today? Like over the phone?

**9/19/22, 2:35 PM**

David Woode [Saba]

Hey, I just finished work. Yeah hit me up whenever you're ready

**9/19/22, 7:58 PM**

Nati

Wait David I'm sorry can we catch up tomorrow? I've been cleaning and I'm not even close to being done

**9/19/22, 8:08 PM**

David Woode [Saba]

Yeahh definitely, no worries. Today isn't the greatest day tbh

**9/19/22, 8:24 PM**

Nati

Awwww daviddd okie nice tomorrow then 😊

**9/19/22, 8:50 PM**

David Woode [Saba]

Liked "Awwww daviddd okie nice tomorrow then 😊"

**9/22/22, 9:57 PM (Viewed 9/22/22, 11:35 PM)**

David Woode [Saba]

Yooo you free tn?

**9/22/22, 11:35 PM**

Nati

Oh David I'm so sorry I just responding

**9/22/22, 11:42 PM (Viewed 9/23/22, 4:00 AM)**

David Woode [Saba]

No worriess, hit me up tmr or weekend

**9/26/22, 9:06 PM (Viewed 9/26/22, 9:30 PM)**

David Woode [Saba]

Yoo stay safe with that hurricane. Shit looks crazy... but so is Florida

**9/26/22, 9:31 PM**

Nati

We both call at the worst times

**9/26/22, 9:31 PM**

Nati

Lol I'm in south Florida right now so thankfully things aren't looking too bad for us here

**9/26/22, 9:35 PM (Viewed 9/26/22, 10:47 PM)**

David Woode [Saba]

Just eating. Give me like 10mins or so

**9/29/22, 3:41 PM (Viewed 9/29/22, 4:41 PM)**

David Woode [Saba]

Can I ask you for a favor?

**9/29/22, 3:41 PM (Viewed 9/29/22, 4:41 PM)**

David Woode [Saba]

If you get the chance, there's somebody I want you to speak with regarding your experience at Saba

**9/29/22, 3:42 PM (Viewed 9/29/22, 4:41 PM)**

David Woode [Saba] ███████

abigail@defendstudents.org

**9/29/22, 3:42 PM (Viewed 9/29/22, 4:41 PM)**

David Woode [Saba] ███████



https://www.defendstudents.org/about/staff/abigail-moats
(Sent with URL)

**9/29/22, 3:42 PM (Viewed 9/29/22, 4:41 PM)**

David Woode [Saba] ███████

**9/29/22, 3:43 PM (Viewed 9/29/22, 4:41 PM)**

David Woode [Saba] ███████

She gave me permission to forward her contact information to you. But I'd would if you can speak on your experience with Saba to her (from start to finish).

**9/29/22, 5:08 PM**

Nati ███████

Oh perfect! Okie so what should I say when I reach out?

**9/29/22, 5:08 PM**

Nati ███████

I'll reach out tonight btw

**9/29/22, 5:09 PM**

Nati ███████

Driving to Tampa with John soon so need to take care of whatever damage the hurricane did

**9/29/22, 6:00 PM (Viewed 9/29/22, 7:39 PM)**

David Woode [Saba] ███████

Oh stay safe! Hopefully you both are well

**9/29/22, 6:02 PM (Viewed 9/29/22, 7:39 PM)**

David Woode [Saba] ███████

When you email Abigail, you can start by saying that you'd like to setup a time to speak with her about Saba, and that I referred you to her.

**9/29/22, 6:04 PM (Viewed 9/29/22, 7:39 PM)**

David Woode [Saba] ▉



**9/29/22, 6:05 PM (Viewed 9/29/22, 7:39 PM)**

David Woode [Saba] ▉

**10/3/22, 2:39 PM**

David Woode [Saba ▉

Hey Nati, one more favour I forgot to ask for. If you wouldn't mind, can you send that info to your friend Tori? I say this because of her incident with Dr. Ripple. The Kansas IOMB course is not part of the Saba curriculum (as it is not in the any of the handbooks or student consumer guide).

**10/3/22, 2:40 PM**

David Woode [Saba] ▉

If she was disciplined for her actions, she has every right to report

**10/3/22, 2:41 PM**

David Woode [Saba ▉

**and if she really wanted I could direct her on how to sue R3 to recoup those costs back (x3) and what legal statues apply in her case (but that's a separate matter)

**10/4/22, 12:32 PM**

Nati ▉

I'm so sorry I haven't responded but I've been reading the messages. I'll hit up Tori, and I'm speaking to the lawyer tomorrow btw

**10/4/22, 2:34 PM**

David Woode [Saba] ▉

Amazing!

**10/4/22, 2:37 PM**

David Woode [Saba]

I emailed her yesterday detailing all the Saba stuff (I.e the fiasco with leaving the island during Covid, Sunny's accident, the student who was murdered, Dr. Lea, Dr. Robson, short answer during Covid.... So many things).

**10/4/22, 2:37 PM**

Nati

Oh dam yea I'll be talking to her about everything I know then too

**10/4/22, 2:44 PM (Viewed 10/4/22, 2:55 PM)**

David Woode [Saba]

You're excellent at speaking. I suggest having list of things to speak about and she'll also have questions for you. A lot of her questions will be about what Saba claims (I.e on their website) but doesn't actually follow through on

**10/4/22, 2:44 PM (Viewed 10/4/22, 2:55 PM)**

David Woode [Saba]

Let me know if you need anything

**10/4/22, 2:55 PM**

Nati

Okie dokie I'll make the list and I'll be ready for her, I'll reach out to Tori today too

**10/4/22, 3:05 PM (Viewed 10/4/22, 3:37 PM)**

David Woode [Saba]

Loved "Okie dokie I'll make the list and I'll be ready for her, I'll reach out to Tori today too"

**10/24/22, 11:02 PM (Viewed 10/25/22, 2:57 PM)**

David Woode [Saba]

File attachment with MIME type: image/png
Came across this today

**10/25/22, 2:57 PM**

Nati

And you thought of me #

**10/25/22, 2:57 PM**

Nati

I'm so glad I gave you this gift

**10/25/22, 9:41 PM (Viewed 10/25/22, 11:51 PM)**

David Woode [Saba]

😂😂 that has to be the most selfish text ever

**10/25/22, 9:43 PM (Viewed 10/25/22, 11:51 PM)**

David Woode [Saba]

You're turning 26 next week... you should be more considerate as you age 😊

**10/25/22, 11:52 PM**

Nati

LMFAO I am so considerate and you know it, awwww you remembered # dude I keep forgetting cause I officially move up to Tampa this Sunday

**10/25/22, 11:52 PM**

Nati

Crazyyyyy......

**10/25/22, 11:52 PM**

Nati

How are you doing??? What's the update on you know what

**10/26/22, 10:20 PM (Viewed 10/26/22, 10:58 PM)**

David Woode [Saba]

You're moving for good?? Good luck with the move!

**10/26/22, 10:22 PM (Viewed 10/26/22, 10:58 PM)**

David Woode [Saba]

I'm alright, there's a bunch to up date you on but in regards to that, we're still waiting on R3 to make a decision. We sent something called a chapter 93A demand letter due to the error in process regarding the appeal. As for the other firm (student defense), I haven't heard from Abigail yet. Last I heard the firm was doing research

**10/26/22, 10:59 PM**

Nati

Yes I'm moving dude, starting a brand new chapter in my life 😊 she sent a link to apply for a potential loan forgiveness thing but that's about it from her, do you know when you'll find out?

**10/28/22, 1:49 PM (Viewed 10/28/22, 3:05 PM)**

David Woode [Saba]

Wow! How do you feel about all of it??

**10/28/22, 1:50 PM (Viewed 10/28/22, 3:05 PM)**

David Woode [Saba]

I think I should find out next week. That'll be the the 30 days

**10/28/22, 1:50 PM (Viewed 10/28/22, 3:05 PM)**

David Woode [Saba]

For Abigail, did she email you today??

**10/28/22, 3:05 PM**

Nati

Yes sir she did, I'm gonna send her stuff next week cause I'm like hella stressed with the packing and whatnot

**10/30/22, 9:50 PM (Viewed 10/31/22, 12:38 PM)**

David Woode [Saba]

I bet you're exhausted but I hope your move went well today!

**10/31/22, 12:39 PM**

Nati

Thank you David!! I'm dead, I was so stressed yesterday and Saturday

**10/31/22, 1:31 PM (Viewed 10/31/22, 1:58 PM)**

David Woode [Saba]

How did it go overall?

**10/31/22, 1:32 PM (Viewed 10/31/22, 1:58 PM)**

David Woode [Saba]

Also, bad news on the you know what front

**10/31/22, 1:58 PM**

Nati

What's the bad news??

**10/31/22, 2:09 PM**

Nati

Oh David it was soooo stressful, like dude, i didn't stop packing till 4am Sunday, got an hour of sleep, finished up putting what was left in the truck, then at 12 my mom and her bf drove the truck and I drove my car with benji up to Tampa. We unloaded into storage units the moment we got to Tampa and yea.... It was a lot but it's done thankfully

**10/31/22, 2:47 PM (Viewed 10/31/22, 2:49 PM)**

David Woode [Saba] ▮▮▮▮

Amazing! What ultimately made you decide to move up there?

**10/31/22, 2:49 PM**

Nati ▮▮▮▮

I'm moving in with John, we got a place together

**10/31/22, 2:51 PM (Viewed 10/31/22, 3:04 PM)**

David Woode [Saba] ▮▮▮▮

And just the lawyer stuff, basically in short version we filed something called a demand letter under one of Massachusetts statues regarding something that was stated in the student consumer doc. Their response was they denied the allegations. Just some stupid shit. Even during the process I lost motivation

**10/31/22, 2:51 PM (Viewed 10/31/22, 3:04 PM)**

David Woode [Saba] ▮▮▮▮

Liked "I'm moving in with John, we got a place together"

**10/31/22, 2:53 PM (Viewed 10/31/22, 3:04 PM)**

David Woode [Saba] ▮▮▮▮

😂 I meant what was the deciding point that made you want to do that!

**10/31/22, 3:06 PM**

Nati ▮▮▮▮

Oh no David, don't loose motivation, I'm gonna go through my documents tomorrow and send them to Abigail cause I gotta have something

**10/31/22, 3:07 PM**

Nati ▮▮▮▮

Ohhhhh dude, he's the one for me, and I applied to the school here and got accepted so it's like right now life was taking me this direction

**10/31/22, 3:10 PM (Viewed 10/31/22, 3:20 PM)**

David Woode [Saba] ▮▮▮▮

Ohhh this was a different lawyer for my stuff. The Abigail stuff was just extra. I sent her so much yesterday. If you google St James med, they were sued by the FTC and Student Defense is trying to model that lawsuit I think.

**10/31/22, 3:10 PM (Viewed 10/31/22, 3:20 PM)**

David Woode [Saba] ▮▮▮▮

Emphasized "Ohhhh dude, he's the one for me, and I applied to the school here and got accepted so it's like right now life was taking me this direction"

**10/31/22, 3:11 PM (Viewed 10/31/22, 3:20 PM)**

David Woode [Saba] ▮▮▮▮

I love to hear it! It makes me happy that you're happy

**10/31/22, 3:21 PM**

Nati ▮▮▮▮

Ohhhh Omg wait they denied things? So you can't take it or is a different tactic gonna be attempted?

**10/31/22, 3:22 PM**

Nati ▮▮▮▮

Ohhhh okay I get

**10/31/22, 3:22 PM**

Nati ▮▮▮▮

Thank you!!! Whenever you wanna visit, we have a spare room so you're more than welcome

P-001515

**3/15/24, 1:36 PM (Viewed 3/15/24, 1:38 PM)**

David Woode [Saba] ███████

Home for the day studying

**3/15/24, 1:49 PM**

Nati ███████



**3/15/24, 2:49 PM (Viewed 3/15/24, 2:58 PM)**

David Woode [Saba] ███████

Loved an image

**3/28/24, 1:32 PM (Viewed 3/28/24, 1:42 PM)**

David Woode [Saba] ███████

Hey Nati, did you happen to get anything in the mail from R3 regarding a security breach of your information?

**3/28/24, 1:43 PM**

Nati ███████

Like physical mail?

**3/28/24, 1:43 PM (Viewed 3/28/24, 3:06 PM)**

David Woode [Saba] ███████

Yes physical mail

**3/28/24, 3:06 PM**

Nati ███████

Oh I'll go check but not as of right now

**3/28/24, 3:25 PM (Viewed 3/28/24, 3:57 PM)**

David Woode [Saba] ███████

Likewise, haven't gotten it myself... friend got a mail from them stating that her medical records, health info, drivers license and others had been breached. Just keep an eye out just in case

**3/28/24, 3:26 PM (Viewed 3/28/24, 3:57 PM)**

David Woode [Saba] ███████

Hope all is well. Will talk after our exams are out the way

**3/28/24, 3:57 PM**

Nati ███████

Omg what the fuck, I moved from the address they had before on file so am I even gonna get a letter?

**3/28/24, 3:59 PM**

Nati ███████

Dude hope all is well too, just met the mermaid btw ⌃ so brocks and Franky are now part of the group, that thriller island one was so creepy

**3/28/24, 4:57 PM (Viewed 3/29/24, 7:26 AM)**

David Woode [Saba] ███████

If I get it, I'll follow up and let you know.

**3/28/24, 4:58 PM (Viewed 3/29/24, 7:26 AM)**

David Woode [Saba]

And niceee!! You've come a long way!! I have my IM exam tomorrow but afterwards I'm good for a bit

**3/29/24, 7:27 AM**

Nati

Omg david good luck today!!! Okie I'll give you a call how about this weekend?

**3/29/24, 7:27 AM**

Nati

Liked "If I get it, I'll follow up and let you know. "

**3/29/24, 7:27 AM**

Nati

Thank you '

**3/30/24, 1:54 PM (Viewed 3/31/24, 11:23 AM)**

David Woode [Saba]

Thank you!! ⌃  yeah this weekend or whenever. No rush. Whenever you're free.

**3/30/24, 1:55 PM (Viewed 3/31/24, 11:23 AM)**

David Woode [Saba]

Loved "Thank you ⌃ "

**3/31/24, 8:08 AM (Viewed 3/31/24, 11:23 AM)**

David Woode [Saba]

Happy Easter!! 🐣

**3/31/24, 11:24 AM**

Nati

Happy Easter dude!!!! Let's talk later in the week, have exams tomorrow 🐰

**3/31/24, 4:51 PM (Viewed 3/31/24, 4:53 PM)**

David Woode [Saba]

Loved "Happy Easter dude!!!! Let's talk later in the week, have exams tomorrow 🐰"

**3/31/24, 4:51 PM (Viewed 3/31/24, 4:53 PM)**

David Woode [Saba]

Yeah definitely! Or later in the month is fine. Focus on your exams. All the best!

**4/5/24, 3:36 PM**

Nati

I'm basically at the arch where luffy is trying to rescue Ace and I had to look that shit up dude, I don't wanna watch ace die, like why?

**4/5/24, 3:37 PM**

David Woode [Saba]

WHYYYYY DID YOU LOOK THAT UP!!!!

**4/5/24, 3:37 PM**

David Woode [Saba]

Whyyy

**4/5/24, 3:37 PM**

David Woode [Saba]

Why Natalia

**4/5/24, 3:38 PM**

David Woode [Saba]

Also very impressed that you've watched like 10 years of material in a matter of weeks

**4/5/24, 3:38 PM**

Nati

I had to, I needed to know, the closer it was getting to his rescue the more I felt his death coming so I had to, whyyyy david whyyyyy

**4/5/24, 3:38 PM**

Nati

LOL god that's actually really bad 😩

**4/5/24, 3:38 PM**

David Woode [Saba]

Call me I'm so mad

**4/5/24, 3:39 PM**

David Woode [Saba]

Otherwise I'll send you a voice note

**4/5/24, 3:39 PM**

Nati

Voice note, I'm gonna go work out and study in a bit

**4/5/24, 3:40 PM**

Nati

I had to say something I can't believe he's gonna die, should I just skip ahead? Like ugh this is so sad

**4/5/24, 3:40 PM**

David Woode [Saba]

Nope you gotta watch the whole war

**4/5/24, 3:40 PM**

David Woode [Saba]

There's stuff beyond that to

**4/5/24, 3:40 PM**

Nati

But I am loving luffy working with his precious enemies

**4/5/24, 3:40 PM**

Nati

Previous***

**4/5/24, 3:40 PM (Viewed 4/5/24, 3:41 PM)**

David Woode [Saba]

You'll understand the timeskip

**4/5/24, 3:41 PM**

David Woode [Saba]

Literally the most depressing scene in one piece

**4/5/24, 3:41 PM**

David Woode [Saba]

Tell me you didn't watch the scene yet atleast

**4/5/24, 3:41 PM**

David Woode [Saba]

I was very emotional

**4/5/24, 3:41 PM**

Nati

Ohhh true the time skip!!! Oh that part was really cute