# EXHIBIT 6

Doe, John et al vs. R3 Education, Inc. Doing Business as Saba University School of Medicine

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 04/07/2023
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Tortious Action
- Status Date:
- 04/07/2023
- Case Judge:
- 
- Next Event:
- 11/13/2024

| All Information | Party | Event | Tickler | Docket | Disposition |

## Party Information

**Doe, John**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney: Scarino, Esq., Robert H<br>Bar Code: 444340<br>Address: Law Office of Robert Scarino<br>57 Obery St<br>Suite 1<br>Plymouth, MA  02360<br>Phone Number: (508)296-9292 |

*More Party Information*

- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney: Scarino, Esq., Robert H<br>Bar Code: 444340<br>Address: Law Office of Robert Scarino<br>57 Obery St<br>Suite 1<br>Plymouth, MA  02360<br>Phone Number: (508)296-9292 |

*More Party Information*

**R3 Education, Inc.**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | Attorney: Evans, Jr., Dale A.<br>Bar Code: PHV98496FL<br>Address:<br>Phone Number:<br>Attorney: Kelly, Esq., Elizabeth H |

- Bar Code
  672277
- Address
  Locke Lord LLP
  111 Huntington Ave
  Boston, MA  02199
- Phone Number
  (617)239-0100
- Attorney
  Lapp, Esq., Daryl J
- Bar Code
  554980
- Address
  Locke Lord LLP
  111 Huntington Ave
  Prudential Center
  Boston, MA  02199-7613
- Phone Number
  (617)239-0174
- Attorney
  Vega Crespo, Esq., Nathalie M
- Bar Code
  712480
- Address
  Hinckley Allen
  2800 Financial Plaza
  Providence, RI  02903
- Phone Number
  (401)276-6421

**More Party Information**

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 11/13/2024 02:00 PM | Civil J Rm 520 | Courtroom 520 | Final Pre-Trial Conference | | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 04/07/2023 | 07/06/2023 | 90 | 07/31/2023 |
| Answer | 04/07/2023 | 05/24/2024 | 413 | 07/31/2023 |
| Rule 12/19/20 Served By | 04/07/2023 | 08/07/2023 | 122 | |
| Rule 12/19/20 Filed By | 04/07/2023 | 09/05/2023 | 151 | |
| Rule 12/19/20 Heard By | 04/07/2023 | 10/04/2023 | 180 | |
| Rule 15 Served By | 04/07/2023 | 08/07/2023 | 122 | |
| Rule 15 Filed By | 04/07/2023 | 09/05/2023 | 151 | |
| Rule 15 Heard By | 04/07/2023 | 10/04/2023 | 180 | |
| Discovery | 04/07/2023 | 04/01/2024 | 360 | |
| Rule 56 Served By | 04/07/2023 | 06/03/2024 | 423 | |
| Rule 56 Filed By | 04/07/2023 | 07/03/2024 | 453 | |
| Final Pre-Trial Conference | 04/07/2023 | 07/30/2024 | 480 | |
| Judgment | 04/07/2023 | 04/07/2025 | 731 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 04/07/2023 | Attorney appearance<br>On this date Robert H Scarino, Esq. added for Plaintiff John Doe | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 04/07/2023 | Case assigned to:<br>DCM Track F - Fast Track was added on 04/07/2023 | | Image |
| 04/07/2023 | Original civil complaint filed. | 1 | Image |
| 04/07/2023 | Civil action cover sheet filed. | 2 | Image |
| 04/07/2023 | Demand for jury trial entered. | | Image |
| 04/07/2023 | John Doe's MOTION for appointment of Special Process Server.<br>to appoint Quickserv All State Process Servers as Constable. | 3 | Image |
| 04/07/2023 | Plaintiff(s) John Doe's Motion to<br>Proceed Under Pseudonym | 4 | Image |
| 04/07/2023 | John Doe's Memorandum in support of<br>Motion to Proceed Under Pseudonym | 5 | Image |
| 04/11/2023 | Endorsement on Motion for Appointment of Special Process Server (#3.0): ALLOWED<br>Dated 4/11/23 After review motion ALLOWED. (Bllomer,J.) Copy mailed. | | Image |
| 04/11/2023 | Endorsement on Motion to Proceed Under Psdeudonym (#4.0): ALLOWED<br>Dated 4/11/23 ALLOWED. (Bllomer,J.) Copy mailed. | | Image |
| 05/23/2023 | Service Returned for<br>Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine: Service accepted by counsel;<br><br>Daryl J. Lapp on 5/17/2023 | 6 | Image |
| 06/05/2023 | Received from<br>Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine: Answer to original complaint; | 7 | Image |
| 06/05/2023 | Attorney appearance<br>On this date Daryl J Lapp, Esq. added as Private Counsel for Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine | | |
| 06/05/2023 | Attorney appearance<br>On this date Elizabeth H Kelly, Esq. added as Private Counsel for Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine | | |
| 06/21/2023 | Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine's Motion to reconsider order allowing Plaintiff's EX PARTE motion to proceed under pseudonym. | 8 | Image |
| 06/21/2023 | R3 Education, Inc. Doing Business as Saba University School of Medicine's Memorandum in support of<br>Defendant's motion for reconsideration. | 8.1 | Image |
| 06/21/2023 | Opposition to Defendant's motion to reconsider order allowing Plaintiff's EX PARTE motion to proceed under a pseudonym. filed by John Doe | 8.2 | Image |
| 06/21/2023 | Reply/Sur-reply<br><br>Reply Memorandum in support of Defendant's motion to reconsider order allowing Plaintiff's EX PARTE motion to proceed under a pseudonym. | 8.3 | Image |
| 06/21/2023 | Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine's Notice of Filing and List of Documents filed Pursuant to Rule 9A. | 8.4 | Image |
| 06/28/2023 | Endorsement on Motion of the Defendant to Reconsider Order Allowing Plaintiff's Ex Parte Motion to Proceed Under Pseudonym (#8.0): ALLOWED<br>Upon review, the motion to reconsider is Allowed and the court hereby Vacates its prior decision on 04-11-23 allowing plaintiff to proceed under a pseudonym (John Doe). Plaintiff may file an amended complaint under his true name. (Dated: 06.27.23) notice sent 6/28/23<br><br>Judge: Bloomer, Hon. William F | | Image |
| 06/28/2023 | Party status:<br>Plaintiff Doe, John: Inactive; | | |
| 06/28/2023 | Plaintiff John Doe's Notice of<br>Filing Amended Complaint | 9 | Image |
| 06/28/2023 | Amended: amended complaint filed by ▮▮▮▮▮▮▮<br>and Demand for Jury Trial | 10 | Image |
| 06/28/2023 | Attorney appearance<br>On this date Robert H Scarino, Esq. added as Private Counsel for Plaintiff ▮▮▮▮▮▮▮ | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/29/2023 | Answer to amended complaint and jury demand<br><br>Applies To: R3 Education, Inc. Doing Business as Saba University School of Medicine (Defendant) | 11 | Image |
| 01/19/2024 | Plaintiff, Defendant ▮▮▮▮ R3 Education, Inc. Doing Business as Saba University School of Medicine's Joint Motion to Extend Discovery and Summary Judgment Deadlines | 12 | Image |
| 02/05/2024 | Endorsement on Motion to Extend Discovery and Summary Judgment Deadlines (Joint Motion) (#12.0): ALLOWED<br>Discovery extended 4-1-24. Rule 56 filing deadline to 6-3-24. (Dated: 2/5/24) notice sent 2/5/24<br><br>Judge: Frison, Hon. Shannon | | Image |
| 03/27/2024 | Attorney appearance<br>On this date Nathalie M Vega Crespo, Esq. added as Private Counsel for Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine | | |
| 03/27/2024 | Attorney appearance electronically filed. | | Image |
| 04/18/2024 | Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine's Assented to Motion to<br>Admit Dale A. Evans, Jr. Pro Hac Vice | 13 | Image |
| 04/24/2024 | Endorsement on Motion to Admit Dale A. Evans, Jr. Pro Hac Vice (Assented to Motion) (#13.0): ALLOWED<br>(Dated: 4/23/24) notice sent 4/24/24<br><br>Judge: Budreau, Hon. James | | Image |
| 04/25/2024 | Attorney appearance<br>On this date Dale A. Evans, Jr. added as Private Counsel for Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine | | |
| 05/06/2024 | Plaintiff ▮▮▮▮ Motion for amended complaint | 14 | Image |
| 05/06/2024 | ▮▮▮▮ Memorandum in support of #14 motion. | 14.1 | Image |
| 05/06/2024 | Opposition to #14 motion. filed by R3 Education, Inc. Doing Business as Saba University School of Medicine | 14.2 | Image |
| 05/06/2024 | Plaintiff ▮▮▮▮ Notice of filing and rule 9A list of documents. | 14.3 | Image |
| 05/07/2024 | Endorsement on Motion to (#14.0): Amend Complaint ALLOWED<br>To the extent that defendants believe they need to extend discovery and/or motion deadlines, they should file a motion seeking such relief. (Dated: 5/7/24) notice sent 5/7/24<br><br>Judge: Budreau, Hon. James | | Image |
| 05/07/2024 | Amended: Second amended complaint filed by ▮▮▮▮<br>(Filed in Court) | 15 | Image |
| 05/15/2024 | Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine's Assented to Motion to extend deadline to file answer to second amended complaint and motions for summary judgment, and to continue the pretrial conference. | 16 | Image |
| 05/20/2024 | Endorsement on Motion to Extend Deadline to File Answer to Second Amended Complaint and Motion for Summary Judgment, and to Continue The Pretrial Conference (#16.0): ALLOWED<br>Motion Allowed. Answer deadline 5/24/24, R. 56 filing deadline 7-3-24. FPTC continued to 11-13-24 at 2pm via zoom ID 160 506 3147 passcode 496486. (Budreau, J.) | | Image |
| 05/24/2024 | Received from<br>Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine: Answer to Second Amended Complaint; | 17 | Image |
| 06/11/2024 | Answer to amended complaint | 18 | Image |
| 07/03/2024 | Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine's Motion in Summary Judgment | 19 | Image |
| 07/03/2024 | R3 Education, Inc. Doing Business as Saba University School of Medicine's Memorandum in support of<br>Defendant's Motion For Summary Judgment | 19.1 | Image |
| 07/03/2024 | Opposition to Defendant's Motion For Summary Judgment filed by ▮▮▮▮ | 19.2 | Image |
| 07/03/2024 | R3 Education, Inc. Doing Business as Saba University School of Medicine's Reply Memorandum in support of<br>Defendant's Motion For Summary Judgment | 19.3 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/03/2024 | Defendant R3 Education, Inc. Doing Business as Saba University School of Medicine's Statement of material facts<br>In Support Of Defendant's Motion For Summary Judgment | 19.4 | Image |
| 07/03/2024 | Exhibits/Appendix<br><br>(519 Pages) | | Image |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |