# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-12002<br><br>Honorable William G. Young |

## PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure 26 and 37 and Local Rule 37.1 of the United States District Court for the District of Massachusetts, Plaintiff Natalia Ortiz, individually and on behalf of all others similarly situated, hereby files this Motion to Compel Defendants to Produce Documents.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that the Court compel Defendants Saba University School of Medicine and R3 Education, Inc. to produce non-privileged documents discussing or referencing *FTC v. St. James School of Medicine,* No. 1:22-cv-1919 (N.D. Ill.), as set forth in Plaintiff's Document Request No. 9.

**DATED:** July 22, 2024

Respectfully Submitted,
*/s/ Patrick T. Egan*

BERMAN TABACCO
Patrick T. Egan (BBO #637477)

1

Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109
(617) 542-8300
pegan@bermantabacco.com
cgregg@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

NATIONAL STUDENT LEGAL
DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1 AND 37.1**

Plaintiff certifies that this motion complies with the provisions set forth in Rules 7.1(a)(2) and 37.1 of the Local Rules of the United States District Court for the District of Massachusetts, and that Plaintiff attempted in good faith to resolve the parties' dispute prior to bringing it to the Court's attention. The parties held meet and confers over Zoom regarding this dispute (and others) on April 24, 2024 and June 14, 2024. These meetings lasted between 30 minutes to one hour. The Parties have also exchanged written correspondence concerning this dispute, including correspondence dated: April 10, 19, 22, 25, and 29, 2024; May 2, 7, 10, 17, and 23, 2024; June 6, 2024; July 8, and 11, 2024. Participating counsel generally included John Robison Alford Jr. and Margaret Siller for Plaintiffs, and Dale Evans and Elizabeth Kelly for Defendants. Further, Plaintiff conferred with Defendants' counsel via email and telephone call on July 19, 2024 in good faith to resolve or narrow the issue.

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: July 22, 2024                                    */s/ Patrick T. Egan*
                                                                                 Patrick T. Egan