## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-12002<br><br>Honorable William G. Young |

## DECLARATION OF JOHN ROBISON ALFORD, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS

I, John Robison Alford, Jr., state the following under oath:

1. I am an attorney at Maynard Nexsen PC, counsel for Plaintiff Natalia Ortiz in this matter. I have personal knowledge of the documents set forth in this declaration and if called to testify as a witness, could and would do so under oath.

2. Attached as Exhibit 1 is a true and correct copy of the complaint filed on April 14, 2022 in *FTC v. St. James School of Medicine,* No. 1:22-cv-1919 (N.D. Ill.).

3. Attached as Exhibit 2 is a true and correct copy of Defendants' Responses to Plaintiff Natalia Ortiz's First Requests for Production of Documents.

4. Attached as Exhibit 3 is a true and correct copy of email communications between Plaintiff's counsel and Defendants' counsel on April 19, 22, and 29, 2024, and May 7, 10, and 17, 2024.

5. Attached as Exhibit 4 is a true and correct copy of Plaintiff's April 29, 2024 letter to Defendants, memorializing the meet-and-confer held on April 24, 2024.

1

6.    Attached as Exhibit 5 is a true and correct copy of Defendants' May 10, 2024 letter to Plaintiff, responding to Plaintiff's April 29, 2024 meet-and-confer letter.

7.    Attached as Exhibit 6 is a true and correct copy of email communications between Plaintiff's counsel and Defendants' counsel on April 10 and 25, 2024; May 2, 10, and 23, 2024; and June 6, 2024.[1]

8.    Attached as Exhibit 7 is a true and correct copy of email communications between Plaintiff's counsel and Defendants' counsel on July 8 and 11, 2024.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Date: July 22, 2024

_____
John Robison Alford, Jr.

---

[1] Within these emails, Plaintiff's counsel errantly reference St. James School of Medicine within the proposed search terms rather than St. Matthews University School of Medicine, an entity owned by R3 Education, Inc.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATED: July 22, 2024                                            */s/ Patrick T. Egan*
                                                                                 Patrick T. Egan