# EXHIBIT 3

## John Robison Alford, Jr.

| | |
|---|---|
| **From:** | John Robison Alford, Jr. |
| **Sent:** | Friday, May 17, 2024 5:01 PM |
| **To:** | Evans, Dale; Margaret M. Siller; Patrick Egan; Alex Elson; Ben Grimes |
| **Cc:** | Kelly, Elizabeth H.; McMorrow, Michael; Lapp, Daryl |
| **Subject:** | RE: Ortiz v. R3 and Saba - Discovery - Meet and Confer |

Dale –

Thank you for the letter dated May 10, 2024 ("May 10, 2024 Letter"). Below are responsive comments. Once we have an opportunity to study the supplemental production and the explanations Ms. Kelly provided this morning, we may have additional comments.

**Interrogatory Nos. 3, 4; Request for Production No. 16**: As to your comment that an additional request for production is required for the backup materials relied on to produce these charts, we point you to Request for Production No. 21. This request for production expressly asks for "[a]ny documents referenced or relied upon . . . to answer Plaintiff's Interrogatories . . . or [] referenced in Defendants' Initial Disclosures." Your May 10, 2024 Letter notes that Defendants did not withhold responsive documents to Request for Production No. 21; however, you failed to produce the backup materials as requested. Moreover, Defendants' Initial Disclosures list "[d]ocuments sufficient to show the reasons why Saba students left Saba prior to taking the USMLE Step 1 exam from 2017 to present." Data regarding why students left Saba prior to taking Step 1 is incorporated into the produced documents Bates numbered R3S00011799 and R3S0001839, but the backup materials have yet to be produced. There is no need to issue another request for production for the backup materials used to create the charts at issue, and your stance is inconsistent with Defendants' response to Request for Production No. 21.

**Requests for Production Nos. 3 and 9**: You state that Defendants will stand on their objections as to documents submitted to the NVAO and the Licensing Commission, as well as documents concerning the *St. James* litigation. Defendants' objections state that this litigation does not concern Saba's approval by any accrediting body or government. This objection ignores the fact that documents sent to Defendants' accrediting and licensing agencies directly touch and concern Defendants' Step 1 passage rates, graduation rates, and advertising. Therefore, these communications are relevant to the claims at hand. As to Defendants' discussions regarding the *St. James* litigation, the objection that such discussions will "not make any fact of consequence to the claims in this lawsuit more or less likely" is unfounded. As noted in our April 29, 2024 letter, the *St. James* matter involved almost identical issues presented in this litigation. Defendants' discussions as to how *St. James* may affect their business model, specifically as to advertising Step 1 passage rates, are categorically relevant to the claims and any such discussion will have a profound impact on the facts of consequence in this litigation.

Rule 26(b)(1) of the Federal Rules of Civil Procedure provides that, "[u]nless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case .... Information within this scope of discovery need not be admissible in evidence to be discoverable." Fed. R. Civ. P. 26(b)(1). "[B]ecause discovery itself is designed to help define and clarify the issues, the limits set forth in Rule 26 must be construed broadly to encompass any matter that bears on, or that reasonably could lead to other matters that could bear on, any issue that is or may be in the case." *LaRoe v. Div. of Bureau of Special Educ. Appeals*, No. 3:21-CV-30020-MGM, 2024 WL 1093052, *2 (D. Mass. Mar. 13, 2024) (citing *Green v. Cosby*, 152 F. Supp. 3d 31, 34 (D. Mass. 2015)). We have met our burden of demonstrating the relevancy of documents between Defendants and the NVAO and/or the Licensing Commission as well Defendants' internal discussions regarding the *St. James* litigation. In light of Defendants' discovery obligations under Rule 26 and case law, we ask that Defendants yet again reconsider their objections before we are required to seek Court intervention.

**Request for Production No. 18**: We are agreeable to limiting the request to market research related to the USMLE *Step 1* as you suggest.

**Request for Production No. 1**: We do not plan on sending an additional request as to documents concerning the litigation hold. Please confirm that Defendants do in fact have a litigation hold in effect as is required.

**John Robison Alford, Jr.**
Associate | Education
P: 205.254.1847
jalfordjr@MaynardNexsen.com | vCard

1901 Sixth Ave N, Suite 1700
Birmingham, AL 35203



**From:** Evans, Dale <Dale.Evans@lockelord.com>
**Sent:** Friday, May 17, 2024 2:14 PM
**To:** Margaret M. Siller <msiller@MaynardNexsen.com>; John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>; Patrick Egan <pegan@bermantabacco.com>; Alex Elson <alex@defendstudents.org>; Ben Grimes <BGrimes@maynardnexsen.com>
**Cc:** Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>; Lapp, Daryl <Daryl.Lapp@lockelord.com>
**Subject:** FW: Ortiz v. R3 and Saba - Discovery - Meet and Confer

Maggie,

In reference to the amended scope of Interrogatory No. 1, Plaintiff is looking for information regarding HCMI-related submissions or responses. Can you please clarify what HCMI means in this context?

Dale A. Evans Jr.
**Locke Lord LLP**
Tel: (561) 820-0248

**From:** Evans, Dale
**Sent:** Friday, May 10, 2024 5:36 PM
**To:** Margaret M. Siller <msiller@MaynardNexsen.com>; John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>; Patrick Egan <pegan@bermantabacco.com>; Alex Elson <alex@defendstudents.org>; Ben Grimes <BGrimes@maynardnexsen.com>
**Cc:** Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>; 'Daryl Lapp' <Daryl.Lapp@lockelord.com>
**Subject:** RE: Ortiz v. R3 and Saba - Discovery - Meet and Confer

Maggie,

Please see the attached response letter.

Thanks,

Dale A. Evans Jr.

...

**Locke Lord LLP**
Tel: (561) 820-0248

---

**From:** Evans, Dale
**Sent:** Tuesday, May 7, 2024 6:19 PM
**To:** Margaret M. Siller <msiller@MaynardNexsen.com>; John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>; Lapp, Daryl <Daryl.Lapp@lockelord.com>; Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>
**Cc:** Patrick Egan <pegan@bermantabacco.com>; Alex Elson <alex@defendstudents.org>; Ben Grimes <BGrimes@maynardnexsen.com>
**Subject:** RE: Ortiz v. R3 and Saba - Discovery - Meet and Confer

Maggie,

We expect to provide defendants' response by the end of the week.

Thanks,

**Dale A. Evans Jr.**
**Locke Lord LLP**
Tel: (561) 820-0248

---

**From:** Margaret M. Siller <msiller@MaynardNexsen.com>
**Sent:** Tuesday, May 7, 2024 11:39 AM
**To:** Evans, Dale <Dale.Evans@lockelord.com>; John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>; Lapp, Daryl <Daryl.Lapp@lockelord.com>; Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>
**Cc:** Patrick Egan <pegan@bermantabacco.com>; Alex Elson <alex@defendstudents.org>; Ben Grimes <BGrimes@maynardnexsen.com>
**Subject:** RE: Ortiz v. R3 and Saba - Discovery - Meet and Confer

**\*\* External Email -- Sender:** msiller@maynardnexsen.com **\*\***

Counsel,

Please advise when we can expect a response on the deficiencies identified in the correspondence below and discussed during the parties' telephonic meet-and-confer session.

Best,
Maggie

**Margaret M. Siller**
Shareholder|Litigation
P: 629.258.2253
msiller@MaynardNexsen.com|vCard

1131 4th Ave. South, Suite 320
Nashville,TN37210



**From:** Margaret M. Siller
**Sent:** Monday, April 29, 2024 5:37 PM
**To:** Evans, Dale <Dale.Evans@lockelord.com>; John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>; Lapp, Daryl <Daryl.Lapp@lockelord.com>; Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>
**Cc:** Patrick Egan <pegan@bermantabacco.com>; Alex Elson <alex@defendstudents.org>; Ben Grimes <BGrimes@maynardnexsen.com>
**Subject:** RE: Ortiz v. R3 and Saba - Discovery - Meet and Confer

Counsel,

Please see the attached correspondence.

Best,
Maggie

**Margaret M. Siller**
Shareholder|Litigation
P: 629.258.2253
msiller@MaynardNexsen.com|vCard

1131 4th Ave. South, Suite 320
Nashville,TN37210



**From:** Evans, Dale <Dale.Evans@lockelord.com>
**Sent:** Monday, April 22, 2024 5:59 PM
**To:** John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>; Lapp, Daryl <Daryl.Lapp@lockelord.com>; Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>
**Cc:** Patrick Egan <pegan@bermantabacco.com>; Margaret M. Siller <msiller@MaynardNexsen.com>; Alex Elson <alex@defendstudents.org>; Ben Grimes <BGrimes@maynardnexsen.com>
**Subject:** RE: Ortiz v. R3 and Saba - Discovery - Meet and Confer

John,

We are available on Wednesday between 2-4 pm ET.

Please let us know if that works. Thanks.

**Dale A. Evans Jr.**
**Locke Lord LLP**
Tel: (561) 820-0248

**From:** John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>
**Sent:** Friday, April 19, 2024 4:52 PM
**To:** Evans, Dale <Dale.Evans@lockelord.com>; Lapp, Daryl <Daryl.Lapp@lockelord.com>; Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>
**Cc:** Patrick Egan <pegan@bermantabacco.com>; Margaret M. Siller <msiller@MaynardNexsen.com>; Alex Elson <alex@defendstudents.org>; Ben Grimes <BGrimes@maynardnexsen.com>
**Subject:** Ortiz v. R3 and Saba - Discovery - Meet and Confer

4

**\*\* External Email -- Sender: jalfordjr@maynardnexsen.com \*\***

Dale –

We would like to set up a time for a meet and confer regarding the parties' discovery. We would like to discuss Defendants' written discovery responses, as well as the proposed search terms and custodian list you provided. As noted in your April 15 email, you would like to discuss Plaintiff's written discovery responses as well.

Are you available mid-next week to discuss? Wednesday or Thursday work best for us.

Thank you,
-JRA

**John Robison Alford, Jr.**
Associate|Education
P: 205.254.1847
jalfordjr@MaynardNexsen.com|vCard

1901 Sixth Ave N, Suite 1700
Birmingham,AL35203



Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.



_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information, including our privacy notices and policies, visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have

received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.