# EXHIBIT 7

**John Robison Alford, Jr.**

| | |
|---|---|
| **From:** | Kelly, Elizabeth H. <Liz.Kelly@lockelord.com> |
| **Sent:** | Thursday, July 11, 2024 8:33 AM |
| **To:** | John Robison Alford, Jr. |
| **Cc:** | Margaret M. Siller; Evans, Dale; Patrick Egan; Alex Elson; Lapp, Daryl; McMorrow, Michael |
| **Subject:** | RE: Ortiz v. R3 and Saba - Meet and Confer Follow Up |

John,
Our responses are in red below.
Thank you,
Liz

**Elizabeth H. Kelly**
Senior Counsel
**Locke Lord LLP**
111 Huntington Avenue
Boston, MA 02199
T: 617-239-0774
F: 866-955-9265
M: 617-470-5174
liz.kelly@lockelord.com
View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**

---

**From:** John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>
**Sent:** Monday, July 8, 2024 2:14 PM
**To:** Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>
**Cc:** Margaret M. Siller <msiller@MaynardNexsen.com>; Evans, Dale <Dale.Evans@lockelord.com>; Patrick Egan <pegan@bermantabacco.com>; Alex Elson <alex@defendstudents.org>; Lapp, Daryl <Daryl.Lapp@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>
**Subject:** Ortiz v. R3 and Saba - Meet and Confer Follow Up

**\*\* External Email -- Sender:** jalfordjr@maynardnexsen.com **\*\***

Liz –

We write to follow up on our June 14th meet and confer regarding concerns related to Defendants' discovery.

Since our call, Defendants have made one additional production set. As understood from prior correspondence, additional supplemental productions will be served. Please let us know how many productions remain and when we can expect to receive those productions. We anticipate one more production. We are aiming for next week.

1

During our call, you asked that we provide search terms to locate R3's discussions regarding Step 1 without reference to an institution. Here is our proposed terms: (("Step 1" AND pass*) OR  ATTRITION) AND NOT ("Medical University of the Americas" or "MUA" or "Saba" or "SUSOM" or "St. Matthews" or "SMUSOM"). We are willing to review other terms should you wish to provide alternatives. Running this search would yield a review of 11,195 documents.

As to the our concerns raised regarding Defendants' Interrogatory responses, Defendants noted they will consider producing backup materials used in response to Interrogatory Nos. 3 and 4. Regarding Interrogatory 3, we have not identified any materials that would support the figures seen in Defendants' response. Regarding Interrogatory 4, the data seen within the production – *see*, *e.g.*, R3S00017468; R3S00017470; and R3S00017584—do not match the data seen in the chart provided as an answer to the interrogatory. For instance, the charts have similar numbers for Semester 1, Summer and Fall 2021 (39 and 68),  but the numbers diverge from there. Please produce the relevant data or point us to the backup documents within the production such that we can understand Defendants' responses to Interrogatory Nos. 3 and 4. We are looking into this and will try to get back to you this week.

Defendants agreed to provide documents submitted to the NVAO that contain the term "graduation rate." We have yet to locate these documents in a production set. Let us know when we can expect this production. The 2017 submission is produced at R3S26244.

Defendants agreed to discuss the production of communications with the Florida Licensing Commission. We have not located any such documents. Let us know if we can expect this production, or if we are at an impasse on this issue.  R3S26218 and R3626231 are from the 2019 and 2023 submissions to Florida.

Defendants also agreed to consider running search terms for communications regarding St. James that do not include attorneys. The purpose of this search is to determine whether non-privileged documents on the topic exist. Let us know if you have performed this search and the results thereof, or if Defendants are declining to conduct such a search.  We have thought about your idea and we stand on our objections.  If there are non privileged communications about a different lawsuit against a different school that our clients have nothing to do with, they have nothing to do with this case.  The St. James lawsuit is not comparable to the facts of this case for many reasons which we are happy to be able to explain to the court.

Thank you,
-JRA

**John Robison Alford, Jr.**
Associate | Education
P: 205.254.1847
jalfordjr@MaynardNexsen.com | vCard

1901 Sixth Ave N, Suite 1700
Birmingham, AL 35203



Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.



Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information, including our privacy notices and policies, visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.