# **<u>EXHIBIT A</u>**

Exhibits: 1-26                 Volume 1, Pages 1-226

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12002-WGY

----------------------------

NATALIA ORTIZ, on behalf of

herself and a class of similarly

situated persons

Plaintiff

vs.

SABA UNIVERSITY SCHOOL OF MEDICINE

and R3 EDUCATION, INC.

Defendants

----------------------------

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF NATALIA ORTIZ

Friday, June 28, 2024, 9:25 a.m.

Locke Lord, LLP

111 Huntington Avenue

Boston, Massachusetts

--------Reporter:  David A. Arsenault, RPR--------

Farmer Arsenault Brock LLC

Boston, Massachusetts

617.728.4404

1      Q.   Do you recall seeing anything else on the

2   Saba University website when you were researching

3   medical schools?

4      A.   No.

5      Q.   Did you look at the courses that were

6   required at these different medical schools?

7      A.   What do you mean by required?  They

8   required you to take while attending?

9      Q.   Yes.

10     A.   No.

11     Q.   Why not?

12     A.   Because I figured they were all going to be

13  science based and I'll learn when I'm in school.

14     Q.   Did you research any of these schools'

15  prerequisites for sitting for the USMLE Step 1?

16     A.   No.

17     Q.   Why not?

18     A.   Because the only prerequisite I thought you

19  needed was to attend, be attending school.  You get

20  basic sciences and then you start taking your Step

21  1.

22     Q.   And what was that understanding based on?

23     A.   Just a general idea that that's how it

24  works.

1      A.   I don't remember.
2      Q.   Did you confirm, though -- I understand you
3   might not remember today, but do you remember
4   checking?
5      A.   I don't remember, I don't remember if I
6   specifically searched a school and whether that
7   school had cadavers or not.
8      Q.   Are you able to name any Caribbean schools
9   that do not have cadavers?
10      A.   No.   I would be speculating.
11      Q.   Other than the USMLE pass rate, what else
12   did you learn about the education at Saba
13   University?
14      A.   That they had good professors, the small
15   classroom sizes.
16      Q.   Did you learn anything about the curriculum
17   at Saba, what particular courses you would be
18   taking?
19      A.   No.
20      Q.   Did you learn anything about where they
21   have their clinical rotations?
22      A.   I believe I did a little research on that
23   in regards to whether they had opportunities in the
24   United States to do rotations, but I didn't look

1              Do you see that?

2       A.   Yes.

3       Q.   The phrase "on their first attempt," that

4  necessarily only includes folks that actually took

5  the Step 1, correct?

6       A.   Yes.

7       Q.   There are several links on this website --

8  this email, rather.  Did you click any of these

9  links?

10      A.   Not that I recall.

11      Q.   So you don't recall clicking the link to

12  the Saba website?

13      A.   I don't recall.

14      Q.   Did you review the Saba View Book before

15  applying to Saba?

16      A.   No, I don't remember.

17      Q.   Sitting here today, do you remember what

18  content the Saba View Book covered?

19      A.   I don't remember reviewing the view book so

20  I wouldn't be able to tell you.

21      Q.   Besides yourself, who else received this

22  email?

23      A.   I don't know.

24      Q.   You understand you brought this lawsuit on

1   behalf of a class of students similarly situated,

2   correct?

3       A.   Correct.

4       Q.   Sitting here today, do you know whether any

5   of your class members received this email?

6       A.   I do not know.

7       Q.   I want to turn the page to Exhibit 2.  This

8   is a March 31, 2019 email.  Do you recognize it?

9       A.   Yes.

10      Q.   There are a number of features or aspects

11  of Saba that are listed in this email, including a

12  few that are set out in a bulleted list.  Do you see

13  that?

14      A.   Yes.

15      Q.   How important were each of these factors to

16  you when you were deciding to apply to Saba

17  University?

18      A.   Important.

19      Q.   So they publish a 100 percent USMLE Step 1

20  first-time pass rate.  Was that important to you?

21      A.   Having a high USMLE Step 1 first-time pass

22  rate, that specifically was not important to me.

23  But because they advertised it, to me it spoke on

24  their education, and that was important to me.

1     Q.  Why wasn't it necessarily important to you?

2  Did you feel like whether the pass rate was a

3  hundred percent or 90 percent, did you feel like you

4  had what it took to pass the Step 1?

5     A.  Yes.  And it said first-time pass rate.  So

6  it doesn't necessarily, like what they advertise

7  that it was the first time, to me that spoke on

8  their education.  I just confused myself a little

9  bit.  Can we repeat the question?

10          MR. EVANS:  Can you read that back.

11          (Question read by the reporter.)

12          REPORTER:  "Why was it not necessarily

13  important to you?  Did you feel like, like the pass

14  rate was a hundred percent or 90 percent, did you

15  feel that you had what it took to pass the Step 1?"

16          MR. EGAN:  Objection to form.

17     A.  Yes, I thought I had what it took to pass

18  the Step 1, but that wasn't important to me, because

19  to me what was important is the education you are

20  getting in order to take this exam.  Because that

21  education is what you use to actually take the exam.

22  So that's what was important.

23     Q.  So if I'm understanding you correctly, this

24  pass rate was important to you because it showed

1    Q.  This list also listed a distinguished

2  faculty.  Was that important to you as well?

3    A.  Yes.

4    Q.  And it lists below that a modern curriculum

5  and a technologically advanced campus, anatomy

6  classes taught with real cadavers, and state-of-the-

7  art test centers.  Was that important to you as

8  well?

9    A.  Yes.  And to go back on your previous

10  question, a distinguished faculty wasn't necessarily

11  the most important, it was the exceptional

12  qualifications and a personal commitment to your

13  education.

14    Q.  So looking at these various aspects of Saba

15  University, which of these were more important to

16  you, if you had to rank them or sort of weigh them?

17  Were there any that stood out over the others?

18    A.  No.  They all seemed like great things.

19    Q.  Any of these factors here, are any of them

20  sort of deal breakers; if one of them wasn't present

21  you weren't going to go to Saba no matter what?

22    A.  No.

23    Q.  What would you say the most important

24  factor about Saba was in your decision to attend the

1   school?  Was it starting early?

2       A.  Starting early.

3       Q.  I want to flip the page to Exhibit 3.  Do

4   you recognize this document?

5       A.  No.

6       Q.  It is attached to your complaint.  Was it

7   an advertisement or part of an email?

8       A.  I'm going to assume an email because I

9   don't have physical advertisements.

10      Q.  You didn't keep a copy of any of the

11  advertisements that you viewed before applying to

12  Saba?

13              MR. EGAN:  Objection to form.

14      A.  Like physical documents?

15      Q.  Or like stored on your computer?

16      A.  No.  Whatever is on my email is what I

17  have.

18      Q.  Okay.  So this email refers to a June 6th

19  open house at the Miami Marriott, Biscayne Bay.  Is

20  that the one you went to?

21      A.  I believe so, yes.

22      Q.  Let's flip the page to the next exhibit,

23  Exhibit 4.  Do you recognize this document?

24      A.  Yes.

1    if you need to refer back to them -- but did Saba

2    ever make any statements to you about its attrition

3    rate before you enrolled?

4        A.   Not that I'm aware of.

5        Q.   Before you enrolled at Saba, did you ever

6    ask anyone at Saba what its attrition rate was?

7        A.   No.

8               (Marked, Exhibit 14, Saba University

9    School of Medicine 2018 to 2020 catalog.)

10       Q.   I'm showing you what we marked as Exhibit

11   14.  Do you recognize this document?

12       A.   Yes.

13       Q.   This is the Saba University School of

14   Medicine 2018 to 2020 catalog, correct?

15       A.   Yes.

16       Q.   Have you reviewed this document prior to

17   today?

18       A.   Like at any point in life?

19       Q.   Yes.

20       A.   Yes.

21       Q.   When did you first receive this document?

22       A.   I don't remember.

23       Q.   Was it before or after you started at Saba?

24       A.   I don't remember.

1                MR. EVANS:  I'm sorry.  I thought you

2    said 610.

3                MR. EGAN:  We are on the same page.

4        Q.  Do you know whether this catalog was

5    available online?

6        A.  I don't know.

7        Q.  Do you understand from this box that's

8    called Requirements for Graduation that you would

9    have to pass all of your basic science courses to

10   advance?

11       A.  Correct, yes.

12       Q.  And you understand now that one of those

13   courses in basic sciences is Foundations of Clinical

14   Medicine?

15       A.  I understand that, yes.

16       Q.  I want to go to the following page, Page

17   11, Bates 630.  This is the basic sciences

18   curriculum, correct?

19       A.  Correct.

20       Q.  And in Semester 5 here Foundations of

21   Clinical Medicine is reflected on the curriculum,

22   right?

23       A.  Correct.

24       Q.  And it is 16 credit hours?

1    A.  Yes.

2    Q.  If we skip ahead to Page 14, and in

3  particular the section titled Fifth Semester, Second

4  Block, there's information about Foundations of

5  Clinical Medicine, right?

6    A.  Yes.

7    Q.  And at the end of it, of that description

8  the last sentence says:  "At the end of the course

9  students are administered a full-length, simulated,

10  comprehensive exam."

11         Is that right?

12    A.  Correct.

13    Q.  And that's the NBME comp exam, right?

14    A.  As of the present yes, I am aware of that.

15  That is the exam that is given.

16    Q.  But regardless of the actual, the specific

17  title of the exam, this catalog discloses that

18  there's a full-length, simulated, comprehensive

19  exam, right?

20    A.  That there - Yes.

21    Q.  I'll skip ahead to Page 21, which doesn't

22  have a page number.  So the Bates is 640.  In

23  particular there's a section on Dismissal.  Do you

24  see that?

1      A.   Yes.

2      Q.   It states that:  "Failure to maintain

3  academic performance as determined by the student

4  promotions committee is grounds for dismissal,"

5  right?

6      A.   Correct.

7      Q.   On page -- by the way, what did you

8  understand this section to mean?

9      A.   The dismissal section?

10     Q.   In particular Subsection 1 of the dismissal

11  section.

12     A.   I understand this, that if a student

13  doesn't pass the things they need to pass they are

14  dismissed.

15     Q.   I would like to go to Page 29, please,

16  Bates 648.  Under the Fees and Deposit section

17  there's a shelf exam fee for the Saba campus only.

18  Do you see that?

19     A.   Yes.

20     Q.   What do you understand that to mean?

21     A.   That there was an exam.

22     Q.   Which exam?

23     A.   I have no idea what it was.

24     Q.   You don't recall when it was that you

Natalia Ortiz - Vol 1 - 6/28/2024

```
 1   reviewed this document?

 2        A.   I don't recall going through this document

 3   extensively.  I don't recall when I went through

 4   this document.

 5        Q.   And you don't recall whether you saw this

 6   before you even enrolled or after?

 7        A.   Correct.

 8        Q.   And you don't know whether it is available

 9   on Saba's website?

10        A.   Correct.

11             (Marked, Exhibit 15, Saba University

12   School of Medicine Student Handbook.)

13        Q.   Ms. Ortiz, we are showing you what we

14   marked as Exhibit 15.  Do you recognize this

15   document?

16        A.   It says here that it is the handbook.

17        Q.   Have you reviewed this handbook prior to

18   today?

19        A.   No.

20        Q.   You've never seen this document before?

21        A.   No.

22             (Marked, Exhibit 16, Saba University

23   Program of Medicine, 2018 to 2020, OER.)

24        Q.   Ms. Ortiz, I'm showing you what we marked
```

1   as Exhibit 16.  Do you recognize this document?

2        A.  No.

3        Q.  It is titled Program of Medicine, 2018

4   to 2020.  There's an abbreviation for O E R, an

5   acronym for a Dutch phrase that I'm not going to

6   attempt to pronounce.  You've never seen this

7   document before?

8        A.  Not to my recollection.

9        Q.  You never looked at this on Saba's website?

10       A.  No.

11              MR. EVANS:  Off the record.

12              THE VIDEOGRAPHER:  The time is 12:28.

13   We are off the record.

14              (A recess was taken.)

15              (A luncheon recess was taken.)

16

17

18

19

20

21

22

23

24

1    Q.  Ms. Ortiz, do you recognize this letter?

2    A.  Yes.

3    Q.  What is it?

4    A.  This is an email of notifying me that I

5  failed the NBME comprehensive a second time.

6    Q.  And it is dated December 10, 2021; is that

7  correct?

8    A.  Yes.

9    Q.  So does that refresh your recollection of

10  when you took the second instance?

11    A.  Yes, it does.

12    Q.  Did you take the second -- did you make

13  your second attempt at the comp exam in December of

14  2021 or was it even earlier than that?

15    A.  December of 2021.

16    Q.  Do you get your results immediately when

17  you take those tests or is there a lag?

18    A.  If I remember correctly, there's about a

19  few days of a lag.

20    Q.  This letter says that because you failed

21  the second attempt you therefore failed Foundations

22  of Clinical Medicine, correct?

23    A.  Correct.

24    Q.  And so this letter says that you were

Natalia Ortiz - Vol 1 - 6/28/2024

1      Q.  Ms. Ortiz, I'm showing I what's been marked

2   as Exhibit 22.  Do you recognize this document?

3      A.  Yes.

4      Q.  What is it?

5      A.  This is the email letting me know that I

6   did not pass Foundations of Clinical Medicine and

7   that I was dismissed from the basic science program.

8      Q.  This letter gives you an option to file an

9   appeal for your dismissal, right?

10      A.  Yes.

11      Q.  Did you utilize that option?

12      A.  No.

13      Q.  Why not?

14      A.  I felt discouraged at this point.  And -- I

15   felt discouraged at this point and I was exhausted.

16      Q.  Did you feel like in dismissing you Saba

17   didn't follow its guidelines or curriculum?

18      A.  No.

19           (Marked, Exhibit 23, Email, no intent to

20   appeal, 08-16-22.)

21           MR. EGAN:  Belated objection to form on

22   the last one.

23           MR. EVANS:  Can you read the question

24   back.

```
 1    anxiety and performance at Saba?
 2              MR. EGAN:  Objection.
 3         A.  No.
 4         Q.  I'm going to go back to the complaint.
 5         A.  5.
 6              (Discussion off the record.)
 7         Q.  Coming back to your complaint, it was filed
 8    on August 30, 2013.  You see the timestamp on the
 9    top?
10         A.  Yes.
11         Q.  You were dismissed in August of 2022,
12    correct?
13         A.  Correct.
14         Q.  Why didn't you file it any earlier than a
15    year later?
16         A.  I have it understood that for a complaint
17    you need to acquire documents.  My lawyers have been
18    handling that side of things.
19         Q.  Did anything prevent you from filing it
20    earlier?
21         A.  No.
22         Q.  I would like to go to Paragraph 4, please.
23         A.  Paragraph 4 or Page 4?
24         Q.  Paragraph 4.
```

1    Q.  All the ads and emails that we looked at

2  earlier, do any of them contain a guarantee that you

3  can point to?

4    A.  No.

5    Q.  You just mentioned they guaranteed the

6  level of education.  What do you mean by that?

7    A.  I didn't say that they guaranteed the level

8  of education; but through their advertisement they

9  created this false sense of they have a good

10  education to the consumer, me, being somebody who

11  has seen it, I remember what I thought, and it

12  wasn't true.

13    Q.  And how was that not true?

14    A.  Sorry, I misspoke.  It was misleading.

15    Q.  And how was it misleading, because they

16  didn't list the attrition rate along with it?

17    A.  Because they don't disclose that

18  information, yeah.

19    Q.  Look at Paragraph 6.  Your allegation says:

20  "What defendants do not disclose to the public is

21  that only approximately half the students who enroll

22  at Saba even sit for the USMLE because they either

23  drop out of the program, or because the defendants,

24  in an effort to make their percentages appear high

1   today, that's not true, is it?

2           MR. EGAN:  Objection.

3     Q.  In particular we went over the catalog,

4   which lists that requirement.

5     A.  Yes.

6     Q.  So is that statement true, Paragraph 6?

7           MR. EGAN:  Objection.

8     A.  Is the statement in Paragraph 6 false, is

9   that what you're asking me, or not true?

10     Q.  Right.  How is this statement accurate

11   "something students are not told before they enroll"

12   when the catalog lists that requirement?

13     A.  The requirement is listed, but the

14   statement is not false because the statement also

15   includes the efforts of Saba to increase their

16   percentages, to make their percentages appear high.

17   They mislead.  I don't know how else to answer that

18   question.

19     Q.  So is your position that students are not

20   told about the Saba-administered pretest before they

21   enroll?

22           MR. EGAN:  Objection to form.

23     A.  As I found out today, there's a mention of

24   a pretest in their catalog.

1   other fashion?

2           MR. EGAN:  Objection to form.

3       A.  Yes.  I love my mom.

4       Q.  And Ed Financial is your servicer as of

5   today?

6       A.  Yes.

7       Q.  I want to go back to Paragraph 9 of the

8   complaint, please.  The first sentence says:  "These

9   representations communicate to students that taking

10  out substantial debt to attend Saba will be worth

11  the risk because at Saba they are near certain to

12  succeed."

13          Where did Saba say that students are

14  near certain to succeed?

15      A.  I believe one of their advertisements says

16  -- I don't know if Saba says that, the near certain

17  to succeed part.  I don't know how to answer that

18  question.  I don't know where it says that, "near

19  certain to succeed."  But my lawyers helped put this

20  together.  And I agree that the representations

21  communicate that taking a substantial debt will be

22  worth the risk.  I can't specify where it says "near

23  certain to succeed" specifically.

24      Q.  So in your answer to Interrogatory Number 1

1      A.   No.

2      Q.   You think your browser history would

3    reflect that you navigated to those pages?

4      A.   I don't know.

5      Q.   All of these ads that we just looked at,

6    some of which are current and some of which are past

7    ads, do any of them contain a future guarantee of

8    success for prospective students?

9              MR. EGAN:   Objection to form.

10     A.   No.

11     Q.   I would like to direct your attention to

12   Paragraph 79, please.   Paragraph 79 contains a table

13   that runs onto Page 26.   Have you seen this table

14   before?

15     A.   Yes.

16     Q.   The description on Paragraph 79 or the

17   statement says:   "According to data produced to the

18   undersigned counsel by the Department of Education

19   pursuant to the Freedom of Information Act,

20   since 2015 the following number of Saba students

21   have sat for the USMLE Step 1 exam per year."

22             Have you reviewed the data that was

23   referenced in this paragraph that was provided by

24   the Department of Education?

1  schools never sat for Step 1; is that correct?

2          MR. EGAN:  Objection to form.

3      A.  Correct.

4      Q.  And you never applied to any U.S. medical

5  schools, right?

6      A.  Correct.

7      Q.  But even if U.S. medical schools are having

8  folks that don't sit for the Step 1, wouldn't you

9  agree that attrition is an unavoidable consequence

10  for all medical schools in some amount?

11          MR. EGAN:  Objection to form.

12      A.  Can you restate or ask it a different way?

13  I don't understand it.

14      Q.  Sure.  Would you agree with the notion that

15  attrition happens in all medical schools?

16      A.  Yes.

17      Q.  So were all medical school students that

18  don't sit to for the Step 1 exam entitled to a

19  refund of their tuition?

20          MR. EGAN:  Objection to form.

21      A.  No.

22      Q.  Why not?

23      A.  Because not every student -- because these

24  universities do not advertise a certain thing, a