# EXHIBIT B

Case 1:23-cv-12002-WGY   Document 76-2   Filed 08/05/24   Page 2 of 3

EXHIBIT 14
6-28-24






# SABA UNIVERSITY SCHOOL OF MEDICINE

## 2018-2020 CATALOG




PUBLIC

R3S00000616

## FOURTH SEMESTER

### MED 811 SYSTEMS & DISEASE II (REPRO/GI/PEDS)

The Systems & Disease series of courses begin with a detailed review of pertinent human body structure & function as well as cell / tissue structure & function. This will be followed by the presentation of the individual systems in detail, including relevant pathology, physiology, pharmacology, clinical skills and clinical presentations of disease. All content will be integrated. Additionally, Clinical Correlate sessions will introduce students to the relationship between individual systems, pharmacology and clinical medicine with emphasis on diagnostics, therapeutics and disease causation. These sessions will include didactic instruction, group problem-solving exercises and critical appraisal of the primary literature. This course covers the Reproductive and and Gastrointestinal systems, and Pediatrics. **(13 credits; 196 hrs.)**

### MED 812 SYSTEMS & DISEASE III (CV/RESP/RENAL)

This course covers the Cardiovascular, Respiratory and Renal systems, and follows the structure described in MED 811 - Systems & Disease II. **(13 credits; 199 hrs.)**

### MED 816 CLINICAL SKILLS IV

After a review of the skills developed in Clinical Skills I–III, students will continue to develop their communication skills and ability to perform a complete history and physical exam. Physical exam skills will be reinforced by more in-depth instruction in the physical exam skills that correspond to the systems studied in Systems & Disease, concentrating on the integumentary, cardiovascular, respiratory, renal and neurological systems. Students will further develop their ability to complete a problem-focused history and physical exam. Documentation skills will focus on the complete history and physical exam with oral presentations and the patient notes for both a complete history and physical exam and a focused patient visit. **(6 credits; 96 hrs.)**

## FIFTH SEMESTER – FIRST BLOCK

### MED 911 SYSTEMS & DISEASE IV (MSK/HEME/IMMUNO/INTEG/MULTI)

This course covers the Hematologic, Immune, Integumentary and Musculoskeletal systems as well as Multisystem disease. It follows the structure described in MED 811 - Systems & Disease II. **(12 credits; 189 hrs.)**

### MED 916 CLINICAL SKILLS V

After a review of the skills developed in Clinical Skills I–IV, students will continue to develop their communication skills and ability to perform a complete history and physical exam. Physical exam skills will be reinforced by more in-depth instruction in the physical exam skills that correspond to the systems studied in Systems & Disease V, concentrating on the gastrointestinal, endocrine, reproductive, and musculoskeletal systems. Students will further develop their ability to complete a problem-focused history and physical exam. Documentation skills will be further developed with focused patient visits, with additional instruction on medical order writing, diagnostic decision-making, and prescription writing. **(3 credits; 45 hrs.)**

### MED 919 RESEARCH CURRICULUM – CRITICAL APPRAISAL

Students will participate in the critical appraisal of contemporary medical literature, including publications representing various study designs as well as the incorporation of basic science principles. Selected primary literature will range from preclinical investigation through the various phases of clinical trials. Templates such as PICOT (population, intervention, comparison, outcome and time) will be introduced and utilized. This course will be integrated with the content presented in MED 911 - Systems & Disease V. Skills acquired in this course will allow students to successfully complete the research module, Research: Literature Review and Analysis (RLRA). **(1 credit; 14 hrs.)**

## FIFTH SEMESTER – SECOND BLOCK

### MED 918 FOUNDATIONS OF CLINICAL MEDICINE

This course utilizes daily live lectures and other materials to provide a structured, integrated review of the basic sciences. An emphasis is placed on understanding of disease processes and clinical problem solving. Students attend daily live lectures. Early in the course students are given a diagnostic pre-test to help identify problem areas and individualize learning goals. At the end of the course students are administered a full-length, simulated comprehensive exam. **(16 credits; 241 hrs.)**

PUBLIC
R3S00000633