# **EXHIBIT C**

Teaching and Examination Regulations
SABA UNIVERSITY SCHOOL OF MEDICINE



6-28-24
EXHIBIT
16

# Program of Medicine
**2018-20**
Onderwijs- en Examenregeling ("OER")
August 1, 2019
Version 1.0

**Saba University School of Medicine**

PUBLIC
R3S00003222

# Teaching and Examination Regulations
## SABA UNIVERSITY SCHOOL OF MEDICINE

### 4.2 Examination [*tentamens en examens*] and Assessment Methods [*beoordeling*]

#### a. Basic Sciences

For students who begin the program on or after September 2018, and certain students subject to remediation, as specified by the university, the examinations and assessment methods for the Basic Sciences courses are described in detail in the course syllabi and are summarized in the following table.

**Basic Sciences Assessment Methods by Course**

| Semester | Number | Course Description | Assessment Methods |
|---|---|---|---|
| First Semester | MED512 | Human Body Structure & Function | • Five block exams & NBME Shelf Exam |
| | MED514 | Human Histology and Physiology | • Five Block exams<br>• Small group case presentations |
| | MED516 | Clinical Skills I | • Four exams<br>• Small group exercises |
| Second Semester | MED611 | Metabolism & Nutrition | • Five exams & NBME Shelf Exam |
| | MED612 | Genetics & Development | • Five exams<br>• Student presentations |
| | MED613 | Infection / Defense / Response | • Five exams & NBME Shelf Exam<br>• Lab exercises<br>• Student presentations |
| | MED614 | Medical Ethics | • Two exams<br>• Student presentations |
| | MED616 | Clinical Skills II | • Three exams<br>• Small group exercises |
| | MED617 | Foundational / Applied Clinical Correlate | • Class preparedness & participation |
| | MED619 | Research Curriculum - Evidence Based Medicine | • Practical search assessment<br>• Summary review paper |
| Third Semester | MED712 | Systems & Disease I (Introduction/Neuro) | • Five exams |
| | MED714 | Neuroscience & Neurology | • Five exams & NBME Shelf Exam<br>• Student presentations |
| | MED716 | Clinical Skills III | • Four exams<br>• Small group exercises |
| | MED719 | Behavioral Medicine | • Five exams & NBME Shelf Exam |
| Fourth Semester | MED811 | Systems & Disease II (Repro/GI/PEDS) | • Five exams<br>• Class preparedness & participation |
| | MED812 | Systems & Disease III (CV/Resp/Renal) | • Five exams<br>• Class preparedness & participation |
| | MED816 | Clinical Skills IV | • Four Exams<br>• Small group exercises |
| Fifth Semester | MED911 | Systems & Disease V (Heme/Immune/Integument/MSK/Multisystem) | • Five exams & NBME Shelf Exams<br>• Class preparedness & participation |
| | MED918 | Foundations of Clinical Medicine | • NBME Shelf Exams<br>• Comprehensive NBME Shelf Exam |
| | MED916 | Clinical Skills V | • Two exams<br>• Small group exercises |
| | MED919 | Research Curriculum - Critical Appraisal | • Written appraisals of the primary literature<br>• Class preparedness & participation |

Page 18

# Teaching and Examination Regulations
## SABA UNIVERSITY SCHOOL OF MEDICINE

| Research | | Research: Literature Review and Analysis | • Research paper assessed by Committee |

For students who begin the program on or after January 2015 and prior to September 2018, and certain students subject to remediation, as specified by the university, the examinations and assessment methods for the Basic Sciences courses are described in detail in the course syllabi and are summarized in the following table.

**Basic Sciences Assessment Methods by Course**

| Semester | Number | Course Description | Assessment Methods |
|---|---|---|---|
| First Semester | MED511 | Scientific Foundations | • Two exams<br>• Class preparedness & participation |
| | MED512 | Human Body Structure & Function | • Four exams & NBME Shelf Exam |
| | MED513 | Cell / Tissue Structure & Function | • Four exams<br>• Small group case presentations |
| | MED516 | Clinical Skills I | • Four exams<br>• Small group exercises |
| Second Semester | MED611 | Metabolism & Nutrition | • Five exams & NBME Shelf Exam |
| | MED612 | Genetics & Development | • Five exams<br>• Student presentations |
| | MED613 | Infection / Defense / Response | • Five exams & NBME Shelf Exam<br>• Lab exercises<br>• Student presentations |
| | MED616 | Clinical Skills II | • Three exams<br>• Small group exercises |
| | MED617 | Foundational / Applied Clinical Correlate | • Class preparedness & participation |
| | MED619 | Research Curriculum - Evidence Based Medicine | • Practical search assessment<br>• Summary review paper |
| Third Semester | MED711 | Neuroscience, Mind & Behavior | • Five exams & NBME Shelf Exams<br>• Student presentations |
| | MED712 | Systems & Disease I (Introduction/Neuro) | • Five exams & NBME Shelf Exam<br>• Student presentations |
| | MED713 | Medical Ethics | • Two exams<br>• Student presentations<br>• Class preparedness & participation |
| | MED716 | Clinical Skills III | • Three exams<br>• Small group exercises |
| | MED717 | Epidemiology | • Three exams<br>• Student presentations |
| | MED718 | Foundational / Applied Clinical Correlate | • Class preparedness & participation |
| Fourth Semester | MED811 | Systems & Disease II (Repro/Endo) | • Three exams<br>• Class preparedness & participation |
| | MED812 | Systems & Disease III (CV/Resp/Renal) | • Four exams<br>• Class preparedness & participation |
| | MED813 | Systems & Disease IV (GI/Peds) | • Three exams<br>• Class preparedness & participation |
| | MED816 | Clinical Skills IV | • Four exams<br>• Small group exercises |
| Fifth Semester | MED911 | Systems & Disease V (Heme/Immune/Integument/MSK/Multisystem) | • Five exams & NBME Shelf Exams<br>• Class preparedness & participation |

PUBLIC

R3S00003242

   inform the student of the decision in writing (email and/or letter) within two business days.

   12. Appeals of errors in procedure or process should be sent to the President of the University (via email) within 48 hours of decision of the Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be.

c. **USMLE Policies – Step 1**
   1. Students who have successfully completed the Basic Science curriculum are expected to sit for the USMLE Step 1 within three (3) months of completing Basic Science in the semester after leaving the island. When you apply for Step 1 you enroll with the ECFMG, and select a three-month period, which is referred to as your eligibility period. For example, an applicant selects the eligibility period, i.e., May-July, and as long as the application is processed by ECFMG by the 17th of May the student will be assigned the May-June-July eligibility period that the student selected.

   2. After a student completes the 5th semester successfully including passing the "Comp" exam and / or such other exam(s) as deemed appropriate by the university, the student should download the form, the Certificate of Identification (Form 186) for Step 1 and send it to SUSOM where it will be signed by the Clinical Coordinator. Sign off requires full compliance with financial, academic, proof of immunity, and administrative regulations of SUSOM. Sign off during the 5th semester is not permitted. SUSOM submits the certified form to the ECFMG. Scheduling permits are now sent electronically by the ECFMG directly to the student.

   3. All students must take and pass the USMLE Step 1 test before being allowed to start clinical rotations.

   4. Students who successfully complete the basic science portion of the curriculum have a maximum of three (3) attempts and one (1) calendar year, with permission of the associate Dean, from the last official day of the semester in which they completed the basic sciences curriculum to successfully pass USMLE Step 1. It is the student's responsibility to schedule and pass the examination. If the one year time limit expires before all attempts have been used, the student forfeits the remaining attempts and is dismissed. No extensions on the one-year time limit are allowed and LOAs do not 'stop the clock".

   5. First Time Failures of USMLE Step 1:
   Students who fail the USMLE Step 1 Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination (e.g., NBME Comprehensive Basic Science Shelf Examination and / or such other exam(s) as deemed appropriate by the university) at the end of the course. Student will not be certified by the school to retake the examination unless they earn a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 1 Examination.

   6. Second Time Failure of the USMLE Step 1:
   If a student fails a second time, the same procedure must be followed. However, the student's score on the end of review course examination and / or such other exam(s) as deemed appropriate by the university must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final

PUBLIC