UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>Defendants. | No. 1:23-cv-12002 |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to John R. Alford, Jr., Maynard Nexsen PC, 1901 Sixth Ave. N, Suite 1700, Birmingham, AL 35203, to appear on behalf of Plaintiff Natalia Ortiz in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1) John R. Alford, Jr. is and has been a member in good standing of the bar of the State of Alabama since 2014.  In addition, John R. Alford, Jr. has been admitted to practice in the State of Colorado since 2018.  John R. Alford, Jr. is also admitted to practice in the United States District Courts for Northern, Middle, and Southern Districts of Alabama, and Colorado.

2) There are no disciplinary proceedings pending against John R. Alford, Jr. as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past;

3) John R. Alford, Jr. has reviewed the rules of this Court and will abide by the rules of this Court; and

4) In further support of this motion, John R. Alford, Jr. has submitted herewith his Certification of Good Standing as required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that John R. Alford, Jr. be admitted to practice before this Court *pro hac vice*.

DATED: August 6, 2024

Respectfully submitted,

/s/ *Patrick T. Egan*
Patrick T. Egan (BBO #637477)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: pegan@bermantabacco.com

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  August 6, 2024                               */s/ Patrick T. Egan*
                                                     Patrick T. Egan