# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>　　　　　Defendants. | No. 1:23-cv-12002 |

EXHIBIT A

## CERTIFICATION OF GOOD STANDING OF JOHN R. ALFORD, JR. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, John R. Alford, Jr., hereby certify that:

1) Since 2014, I have been a member in good standing of the bar of the highest court of the State of Alabama where I regularly practice law.

2) I am also admitted to practice in the State of Colorado as of 2018.

2) I am also admitted to practice in the United States District Courts for the Northern, Middle, and Southern Districts of Alabama, and Colorado.

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5) I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6) I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7) My name, firm name, street address, telephone number, and fax number are as follows:

John R. Alford, Jr.
Maynard Nexsen PC
1901 Sixth Ave. N, Suite 1700
Birmingham, AL 35203
(205) 254-1847
jalfordjr@MaynardNexsen.com

DATED: August 6, 2024                     Respectfully submitted,

                                          */s/ John R. Alford, Jr.*