UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     1:23-cv-12002-WGY<br>    CLASS ACTION |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL**

Plaintiff Natalia Ortiz, by and through her counsel, hereby moves pursuant to Local Rule 7.2 for an order authorizing the filing under seal of portions of Plaintiff Natalia Ortiz's Reply Memorandum of Law in Support of Her Motion for Class Certification ("Reply Memorandum of Law"), including footnote 1 and Exhibits 1, 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 25, 26, 28, 29, 30, 32, 33, 34, and 35 to the Supplemental Declaration of Margaret M. Siller ("Siller Declaration") and limited portions of the Declaration of William W. Pinsky, MD (the "Motion"). A proposed order is attached with this Motion.

The exhibits subject to this Motion are all documents that Defendants have designated "Confidential." In support of this Motion, Plaintiff files the accompanying memorandum, in addition to filing redacted versions of the Siller Declaration and Reply Memorandum of Law in support of her Rule 23(b)(3) Motion for Class Certification (ECF No. 50) on the public docket.

1

WHEREFORE, Plaintiff respectfully requests leave to file under seal the unredacted copies of Plaintiff's Reply Memorandum of Law and the Siller and Pinsky Declarations.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that, on August 12, 2024 and August 14, 2024, counsel for Ms. Ortiz conferred with counsel for Defendants by email in a good-faith effort to narrow or resolve the issues raised in this Motion. On those dates, Plaintiff's counsel shared a list of documents marked by Defendants as "Confidential" and asked if the Defendants would reconsider their designation in light of the Court's recent orders on motions to seal. On August 14, 2024, Defendants' counsel responded, maintaining their confidentiality designations to the listed documents.

Dated**:** August 16, 2024

Respectfully Submitted,

/s/ Patrick T. Egan

BERMAN TABACCO
Patrick T. Egan (BBO #637477)
Christina L. G. Fitzgerald (BBO#709220)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*