# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,** )<br>)<br>)<br>*Plaintiff,* )<br>)<br>**v.** )<br>)<br>)<br>)<br>**SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,** )<br>)<br>)<br>)<br>*Defendants.* ) | **1:23-cv-12002-WGY**<br>**CLASS ACTION** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERNCES THERETO UNDER SEAL

Plaintiff Natalia Ortiz, by and through her counsel, having moved pursuant to Local Rule 7.2 for an order authorizing the filing under seal of portions of Plaintiff Natalia Ortiz's Reply Memorandum of Law in Support of Her Motion for Class Certification ("Reply Memorandum of Law"), including Exhibits 1, 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 25, 26, 28, 29, 30, 32, 33, 34, and 35 to the Supplemental Declaration of Margaret M. Siller ("Siller Declaration") and limited portions of the Declaration of William W. Pinsky, MD (the "Motion"); and the Court, having considered the papers and arguments submitted concerning this motion; and good cause having been shown;

IT IS HEREBY ORDERED THAT:

1.      Plaintiff's Motion for leave is GRANTED;

2.      An unredacted copy of footnote 1 and Exhibits 1, 3, 6, 8, 9, 10, 11, 12, 13, 14, 15,

17, 18, 19, 20, 21, 22, 25, 26, 28, 29, 30, 32, 33, 34, and 35 to the Siller Declaration,

the Declaration of William W. Pinsky, MD and Plaintiff Natalia Ortiz's Reply

Memorandum of Law shall be filed under seal.

.

IT IS SO ORDERED.

DATED: _____                        _____
                                             Hon. William G. Young
                                             United States District Judge