UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,**<br><br>*Plaintiff*,<br><br>v.<br><br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,**<br><br>*Defendants*. | 1:23-cv-12002-WGY<br>CLASS ACTION |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE CERTAIN
DOCUMENTS AND REFERENCES THERETO UNDER SEAL**

Plaintiff Natalia Ortiz, by and through her counsel, hereby submits this Memorandum in Support of her Motion pursuant to Local Rule 7.2 for an Order authorizing the filing under seal of portions of Plaintiff Natalia Ortiz's Reply Memorandum of Law In Support of Her Motion for Class Certification ("Reply Memorandum of Law"), including footnote 1 and Exhibits 1, 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 25, 26, 28, 29, 30, 32, 33, 34, and 35 to the Supplemental Declaration of Margaret M. Siller ("Siller Declaration") and limited portions of the Declaration of William W. Pinsky, MD (the "Motion"). In support of this Motion, Plaintiff states as follows:

On February 29, 2024, the Court entered a Confidentiality Stipulation and Protective Order governing the exchange of confidential information in the above-captioned action. ECF No. 46

1

(the "Protective Order").  Under Paragraph 8 of the Protective Order, any motions to file Confidential Information under seal "shall be filed in accordance with the rules of the Court."

Nothing attached to the Siller Declaration has been designated confidential by Plaintiff. Rather, portions of the reply class certification filing contain or describe materials that *Defendants* have designated as Confidential.  On August 12 and August 14, 2024, counsel for Ms. Ortiz conferred with counsel for Defendants by email in a good-faith effort to narrow or resolve the issues raised in this Motion.  On those dates, Plaintiff's counsel shared a list of documents they planned to use in connection with their Reply Memorandum of Law that were marked by Defendants as "Confidential," and asked if Defendants would reconsider their designation in light of this Court's recent orders denying the previous motion to seal, save that "the identifiers of any students may be redacted."  ECF No. 75.  On August 14, 2024, Defendants' counsel responded that they would "maintain their confidentiality designations to the listed documents."

Thus, although Plaintiff opposes the confidentiality designations of each of the documents at issue, she is left with no option but to go through this process again. With the exception of Siller Exhibit 9, which contains references to individual students that should be redacted, Plaintiff believes that none of the remaining documents at issue are confidential and reserves the right to challenge any such designations.

WHEREFORE, Plaintiff respectfully requests leave, pursuant to Local Rule 7.2, to file under seal those portions of the Reply Memorandum of Law, including footnote 1 and Exhibits 1, 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 25, 26, 28, 29, 30, 32, 33, 34, and 35 to the Siller Declaration and the Pinsky Declaration which cites to portions of these exhibits.

///

///

Dated**:** August 16, 2024                                    Respectfully Submitted,

/s/ Patrick T. Egan

BERMAN TABACCO
PATRICK T. EGAN (BBO #637477)
Christina L. G. Fitzgerald (BBO#709220)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*