# EXHIBIT  1

# WILLIAM W. PINSKY, M.D., FAAP, FACC

**Chief Executive Officer Emeritus, Intealth**

## RECENT PROFESSIONAL EXPERIENCE

**President and Chief Executive Officer (CEO)**
*Intealth (ECFMG and FAIMER)*
June 2016 - December 2023

**Intealth** is a nonprofit organization that brings together expertise and resources to advance quality in health care education worldwide to improve health care for all. Through strategic integration of its divisions, ECFMG and FAIMER, Intealth offers a flexible and multi-layered portfolio of services. These services enhance and support the education and training of health care professionals, verify their qualifications required to practice, and inform the development of health workforce policies around the world. By leveraging the combined competencies of its divisions, Intealth powers innovation in areas critical to the health professions.

Reporting directly to the Board of Trustees, I was as a voting member of the Board and Executive Committee, and served as an ex officio member on all committees, including Compliance, Audit and Quality Assurance; Medical Education Credentials; Governance; Finance; and Investment. As President and CEO, my primary responsibility encompassed the comprehensive management of Intealth and its divisions, ECFMG and FAIMER. This included overseeing all operational aspects of the organization, including financial management, human resources, and strategic planning and ensuring alignment with regulatory standards and industry best practices. Integral to my role was embodying the organization's mission and serving as its public representative. I engaged extensively with a diverse array of internal and external stakeholders, including academic medicine partners within the U.S., global medical education and credentialing bodies, academic health centers, teaching hospitals, and governmental policymakers. Consequently, I represented the organization across local, regional, national, and international platforms, fostering strategic relationships and advancing organizational objectives on a global scale.

Additional Responsibilities and Duties:

- Spearheaded the integration of ECFMG and FAIMER, previously separate nonprofits entities, under the unified umbrella of Intealth, solidifying a singular organization with ECFMG and FAIMER as integral divisions.
- Ensured the effective governance of ECFMG and FAIMER, meticulously adhering to organizational bylaws, and maintained transparent communication with the Board of Trustees through regular meetings, discussions with the Chair, and scheduled board gatherings, including those of the Executive Committee and other pertinent committees.
- Personally represented Intealth or designated qualified staff to participate in crucial meetings, hearings, and partnership collaborations both domestically and internationally, safeguarding the interests of ECFMG and FAIMER.
- Accelerated the realization of ECFMG's mission-driven objectives, prioritizing the fulfillment of its core mandates.
- Provided strategic guidance to the Board in policy formulation, directed operational frameworks, and executed procedural and programmatic initiatives sanctioned by the Board, fortifying Intealth's institutional ethos and affiliations with national and global entities.
- Provided leadership in management planning of the organization's short, intermediate, and long-range goals, as well as appropriate staffing to support the Committees of the Board in such planning and direction as may be appropriate.

1

- Oversaw the day-to-day operations, supervised all facets of personnel, financial, and managerial functions, conducting regular consultations with key personnel responsible for operational, human resources, financial, legal, and educational credentialing matters, among others.
- Held the position of Chair of the FAIMER Board of Directors prior to the integration to Intealth, collaborating closely with the FAIMER President to uphold operational excellence and achieve organizational objectives.
- Championed diversity initiatives within the workforce, fostering an inclusive environment where every employee feels valued and secure.
- Cultivated a service-oriented ethos and supervised the implementation of a comprehensive IT strategy to bolster organizational efficiency and effectiveness.

**Executive Vice President**
**Chief Academic Officer**
*Ochsner Health System*
April 1999-April 2016

Reported to the System CEO with ultimate operational and strategic planning responsibility for the Research and Education Divisions.

The Education Division consisted of:

- 27 fully accredited Graduate Medical Education training programs for 345 house officers
- Undergraduate Medical Education:
  - Tulane and LSU medical students – over 900 student-months/year
  - Ochsner Clinical School/Ochsner Medical School (University of Queensland): In January 2009, The Ochsner Clinic School was created as a medical school campus of the University of Queensland, specifically for American students. Dr. Pinsky is the creator and the School Head with ultimate accountability for all operational aspects including budget and educational performance. In 2017, the school will have ramped up to its full capacity of 240 students. The four classes will have graduated by November 2015.
- Continuing Medical Education: offering fully ACCME accredited local, regional, national, and international programs, series, and enduring material.
- The Ochsner School of Allied Health Sciences: sponsoring a fully accredited program in Respiratory Therapy and offering 450 visiting student's rotations in a variety of educational programs.
- The Learning Resource Center (Knowledge Management) that includes the Medical Library, Medical Publishing, and Medical Illustration. The Medical Publishing division produces The Ochsner Journal, a peer reviewed quarterly online and print publication.

The Research Division included:

- Basic laboratory research concentrating in the cellular function of cardiovascular, cancer, transplant, and metabolic areas.
- Clinical Research (900+ protocols), a dedicated Clinical Trials Unit offering Phase 1-4 trials.
- Health Services Research.

Governmental Relations: Worked directly with OCF fulltime VP for governmental relations. Frequent contact and input with the Louisiana delegations concerning Medicare and educational issues. Contributed significantly to the House 2002 Medicare bill. Additionally, called upon by the American Hospital Association for specific presentations, testimonies, and discussions in Washington.

**Executive Vice President**
*System Medical Affairs*
October 2006-February 2009

Initially reported to the CEO, then the CMO, in addition to the CAO duties, system responsibilities for medical affairs and quality. This included developing and overseeing a System team consisting of Vice President of Medical Affairs,

case management staff and clinical performance improvement functions. Initiatives included System goals to achieve zero unexpected, preventable deaths and zero post-op class1 surgical infections.

## PRIOR PROFESSIONAL EXPERIENCE

**Wayne State University School of Medicine** is the largest single campus medical school in the country (1,000 full time medical students) and ranked in the top 25 by the National Science Foundation.

- **Associate Dean for Clinical Affairs and Professor of Pediatrics**
  *Wayne State University School of Medicine*
  1993-1999
  Senior member of the administration of the medical school coordinating the clinical activities of the academic departments of the medical school; directing the development of clinical programs and faculty. Leading the School of Medicine practice plans in a business office process redesign and consolidation effort. Held leadership positions in all strategic planning and implementation activities.

- **Chief, Pediatric Cardiology and Vice-Chair Department of Pediatrics**
  *Wayne State University School of Medicine*
  1986-1993
  Built a 10-faculty division encompassing all aspects of clinical pediatric cardiology, in addition to clinical and basic research activities. Developed a competitive post-doctoral fellowship program. Ad Vice-Chair of Pediatrics, redesigned and operated an effective faculty practice plan; established an outreach program for the department; and ran many of the day-day activities of the Department.

**The Detroit Medical Center** is an integrated academic health center closely related to the Detroit Medical Center, consisting of eight hospitals, 135 ambulatory sites, two nursing homes, partnerships in home health and durable medical equipment, and a PPO. There are 3000 credentialed physicians, (275 employed, 550 full time faculty, and the remaining in private practice). Annual operating revenues are in the range of $1.6 billion

- **Senior Vice President, Chief Quality Officer**
  *Detroit Medical Center*
  1998-1999
  Established a new senior leadership position that brought together all quality and performance improvement activity at the Detroit Medical Center. This included clinical resource management, continuous improvement of all operations, customer satisfaction, operation analysis, and overall supervision of the Center for Healthcare Effectiveness and Research (a combined Detroit Medical Center and Wayne State University institute).

- **Senior Vice President/Regional Executive Sinai**
  *Detroit Medical Center*
  1997-1998
  Chief Executive at the newly acquired Sinai Health System. Responsible for all operations of this $350M enterprise including 500 bed hospital, 35 ambulatory sites, 100 employed physicians, 100 faculty and 200 post-graduate medical trainees and 3000 FTE's. Directed the integration process of merging Sinai into The Detroit Medical Center and integrating its clinical activities. Directed leadership in the creation of a new 555 bed inpatient facility consolidating Sinai and Grace Hospitals. Additional system responsibility included executive leadership of the department of Clinical Resource Management, the department responsible for re-defining and implementing system-wide structure and function for care management, clinical pathways and protocols.

- **Senior Vice President for Clinical Affairs and Managed Care**
  *The Detroit Medical Center*
  1996-1997
  Oversaw medical staff relations for the 2500 members of the medical staff. Involved in system-wide health

care delivery issues including utilization/management clinical effectiveness, credentialing and delineation of privileges, program development, and physician recruitment. Directed the development of a single medical staff for all eight hospitals within the DMC. Oversaw the management of the managed care operating unit for the system. This organization acted as an MSO in providing managed care services for the institutions and medical staff of the Detroit Medical Center. The activities of the 55 employees are coordinated with DMC Care, a physician/hospital owned PPO. Responsible for contracting and managing 13 PPO and 7 HMO agreements that brought approximately $350 million to the medical center. In this capacity also directed the development of a system wide physician hospital organization.

- **Vice President for Clinical Affairs**
  *The Detroit Medical Center*
  **President**
  *DMC Coordinated Health Care*
  **1993-1995**
  (see above)

- **Executive Vice President, Ambulatory Services**
  *The Detroit Medical Center*
  **1993-1995**
  Oversaw the recruitment, hiring, and management of employed primary care physician practices at the Detroit Medical Center.

- **Co-chair of the Clinical Information Systems Steering Committee**
  **1995-1996**
  Chaired the committee that oversaw the development of the $150 million clinical information system. The Steering Committee oversaw the "vision process" that in May of 1996 developed the RFP for the architecture for the system wide clinical information system.

  Other administrative projects: Chair of the system wide coordinating committee for the development of outcomes analysis and clinical resource utilization reduction; member of the steering committee to oversee $150 million plus reduction in costs of the Detroit Medical Center; led the reorganization of the eight hospital medical staff structure into a single medical staff entity.
  In association with above responsibilities, involved in all senior management groups at both DMC and WSU, involved in all strategic planning and major operational decisions.

## FACULTY APPOINTMENTS

*Baylor College of Medicine*
Houston, TX
**Assistant Professor of Pediatrics (Cardiology) and Medicine (Cardiovascular Sciences)**
1978-1980
**Assistant Professor of Pediatrics (Cardiology)**
1980-1981
**Associate Professor of Pediatrics (Cardiology)**
1981-1983

*University of Nebraska Medical Center*
Omaha, NE
**Associate Professor of Pediatrics**
Tulane University Medical Center
New Orleans, LA
1983-1986

**Professor of Pediatrics (Tenured)**
*Wayne State University School of Medicine*
Detroit, MI
1986-1999

**Vice Chairman, Department of Pediatrics**
*Wayne State University School of Medicine*
Detroit, MI
1988-1993

**Associate Dean for Clinical Affairs**
*Wayne State University School of Medicine*
1993 - 1999

**Adjunct Lecturer**
**Dept. of Hospital & Health Administration**

**University of Iowa College of Medicine**
1995 –1999

**Professor of Pediatrics, Clinical**
*Tulane University Medical Center*
1999 – 2016

Professor
**Head, Ochsner Clinical School**
*University of Queensland School of Medicine*
2009 – 2016
Honorary Professor
*University of Queensland School of Medicine*
2016 - present

## EDUCATION

*University of Akron*
Akron, Ohio
1969, B.S.

*St. Louis University School of Medicine*
St. Louis, Missouri
1973, M.D.

## TRAINING

**Residency**
**Pediatrics**
*Baylor College of Medicine*
Houston, Texas
1973–1975

**Post-Doctoral Fellowship**
**Pediatric Cardiology**
*Baylor College of Medicine Texas Children's Hospital*
Houston, Texas
1975-1978

## HOSPITAL APPOINTMENTS

Associate in Pediatric Cardiology Texas Children's Hospital
Baylor College of Medicine
Houston, Texas
1978-1980

Associate Director, Section of Cardiology
University of Nebraska Medical Center
Omaha, NE
February 1982-July 1983

Director, Section of Cardiology
Tulane University Medical Center
New Orleans, LA
July 1983 - August 1986

Director, Division of Cardiology
Children's Hospital of Michigan
Detroit, Michigan
1986-1993

Medical Director
Pediatric Department Practice Plan
January 1988-1993

Vice Chairman, Department of Pediatrics
Children's Hospital of Michigan
Detroit, MI
January 1988-1993

Vice President for Clinical Affairs
Detroit Medical Center
1993 - 1996

President, DMC Coordinated Health Care
1993 - 1996

Executive Vice President for Ambulatory Services
The Detroit Medical Center
1993 - 1995

Senior Vice President Clinical Affairs and Managed Care
Detroit Medical Center
1/96 - 2/97
Senior Vice President/Regional Executive Sinai
Detroit Medical Center
2/97 – 5/98

Senior Vice President/Chief Quality Officer
Detroit Medical Center
5/98-3/99

## HOSPITAL APPOINTMENTS

- Fellow, American Academy of Pediatrics
- Fellow, American College of Cardiology
- Fellow, American College of Chest Physicians
- American Heart Association
- Southern Society for Pediatric Research
- American College of Cardiology, Michigan and Louisiana Chapter
- American Medical Association
- Nebraska Medical Association
- Michigan State Medical Society
- Wayne County Medical Society
- Louisiana State Medical Society
- Jefferson Parish Medical Society

## LICENSURE & BOARD CERTIFICATION

Diplomate, American Board of Pediatrics
July, 1978

Diplomate, American Board of Pediatrics
Sub Board Cardiology
October, 1979

National Board of Medical Examiners
(By examination) 1974

Michigan (by reciprocity) 1986

Missouri (by reciprocity) 1975 inactive

Texas (by reciprocity) 1980 inactive

Louisiana 2000

## HONORS & AWARDS

Southern Society for Pediatric Research
Young Investigator's Award, Finalist
New Orleans, LA
January 1977

American Academy of Pediatrics
Section of Cardiology
Young Investigator's Award, Finalist
San Francisco, CA
October 1979

Gerald Matthew Gay Award from American Heart
Association for contribution to the reduction of
cardiovascular disease in children 1985

The Best Doctors in America, Woodward and White
1992-1998

Variety, The Children's Charity
Science and Medicine Award 1993

William J. Rashkind Memorial Lecturer, 2000
American Heart Association

Weinberg Award 2010
Contributions to the Alliance of Independent
Academic Medical Centers
Alliance of Independent Academic Medical Centers

The Founder's Award, 2013
American Academy of Pediatrics (Cardiology and
Cardiovascular Surgery)

## NATIONAL BOARDS & COMMITTEES

American College of Chest Physicians
Allied Health Committee
August 1983 – 1996

American Academy of Pediatrics
PREP Self-Assessment Question and Critique Writers' Committee
June 1990 - 1996

American College of Cardiology
Allied Health Committee
March 1987 - 1993

American College of Cardiology
Member, Pediatric Cardiology Committee
March 1990-March 1992
Chairman, April 1992-1996

American College of Cardiology
Extramural Continuing Education Committee
March 1996-1999

American College of Cardiology
Bethesda Conference Committee
March 1999

Joint Review Committee for Certifying Cardiovascular Technician Training
Institutes (Previously Board for Establishing the "Essentials")
Board of Trustees Member
November 1984 - 1996
Site Visitor, 1989 - 1996
Treasurer, 1993 - 1996

CCI (Cardiovascular Credentialing International)
Board of Trustees Member, 1985 - 1994
Treasurer, 1987 - 1988

"Racing for Kids", founder and director
1989-present

American Academy of Pediatrics, Cardiology
Section Executive Committee 1990-1994

American College of Cardiology
Pediatric Technical Advisory Panel for RBRVS, 1992-93

American College of Cardiology
Ad Hoc Task Force to Review Committee Structure 1994
American Health Care Systems
Physician Advisory Group 1994-1996

American Health Care Systems
Physician Integration Subcommittee, 1994 -1996

American Health Care Systems
Managed Care Advisory Committee, 1994 – 1996

American Medical Association Liaison Committee on Medical Education

Faculty Fellow, 1995-96

Deloitte and Touche
National Clinical Advisory Board, 1997-1999
Chairman, 1997 – 1999

Alliance of Independent Academic Medical Center
Board of Directors, 2000 – 2012
Secretary & Treasurer 2005-2006
VP/President-elect 2006-7
President 2007-2009

Accreditation Council for Continuing Medical Education (ACCME)
Board Member, 2003-2009
Chair, Decision Committee 2006-2008

American College of Cardiology
Accreditation Committee 2005-2012

American Hospital Association's Board Committee of Health Professions
Committee Member, 2003

Accreditation Council for Graduate Medical Education (ACGME) Board of Directors 2009-2015
Monitoring Committee, 2009-2015
Chair, 2012 - 2015
Finance Committee, 2010-2015
Awards Committee, 2010-2014
Governance Committee, 2014-2015
Executive Committee, 2014-2015

National Committee on Foreign Medical Education and Accreditation of the U.S. Department of Education
Member, 2023 – present

United States Army War College Foundation Board of Trustees
Member, 2023 - present

## STATE & LOCAL COMMITTEES

Tissue Audit Committee Texas Children's Hospital
July 1978 - June 1979

Pharmacy and Therapeutics Committee Texas
Children's Hospital
July 1979 - October 1980

Medical School Admissions Committee Baylor
College of Medicine – 1980

Co Medical Director
University of Nebraska Medical Center Heart Station
October 1980 - July 1983

Continuing Education Committee University of
Nebraska
April 1981 - July 1982

Medical Director
University of Nebraska Medical Center
Catheterization Laboratory
October 1981 - July 1983

Medical Records Audit Committee University
Hospital
January 1981 - July 1983

Consultant, Diagnostic and Therapeutic Laboratory
Research Committee University of Nebraska Medical
Center November 1981 - July 1983

Credentials Committee University Hospital
September 1982 - July 1983

American Heart Association Louisiana Affiliate
Central Committee, At Large Member 1985 - 8/86
American Heart Association Louisiana Affiliate

School Site Committee Member Vice Chairman
1985-86

American Heart Association Louisiana Affiliate
Board of Trustees Member 1985 - 8/86

Tulane Medical Center
Cardiac Catheterization Committee August 1983 -
August 1986

Tulane Medical Center
Nurse Physician Liaison Committee March 1985 -
August 1986

Tulane Medical Center Department of Pediatrics
Personnel and Honors Committee, 1985

Tulane Medical Center Department of Pediatrics
Residency Recruitment Committee Chairman, 1985 -
1986

Children's Hospital of New Orleans Intensive Care
Committee
Vice Chairman
April 1985 - August 1986

Medical Executive Committee Children's Hospital of
Michigan 1987 - 1994

Department of Pediatrics Wayne State University
School of Medicine
Chairman's Advisory Committee
1987 - 1993
Detroit Medical Center
Ad Hoc Cardiology Task Force 1987 - 1993

Wayne State University
Dean's Council for Continuing Medical Education
1987-1992

Michigan Department of Public Health Pediatric
Cardiology Task Force 1987-1994

Children's Hospital of Michigan Pediatric Credentials
Committee 1988-1993

Pediatric 5 Year Review Committee Children's
Hospital of Michigan/WSU 1988

American College of Cardiology Michigan Governor's
Advisory Committee, 1988

Detroit Medical Center
Comprehensive Health Care Advisory Board 1988-
present

American Heart Association of Michigan Grant in Aid
Review Committee
1989-1993

American Heart Association of Michigan Research
Committee
1997-1999

Children's Hospital of Michigan Bylaws Committee
1989-1993

Department of Dermatology 5 Year Review
Committee
Wayne State University 1989

American College of Cardiology
Michigan Chapter, Member of Board of Delegates
1989-1992

American College of Cardiology, Michigan Chapter
Councilor-at-large
1993-1994

Detroit Medical Center Fetal Therapy Committee
1989 - 1994

Detroit Medical Center
Coordinated Health Care Board of Directors 1992-
1995

DMC Coordinated Health Care Chairman,
Administration and Finance
Subcommittee, Independent Practice Association
1990-1993

Children's Hospital of Michigan Chairman, Bioethics
Committee 1990-1992

Wayne State University
WSU/OHEP Joint CME Program Governing
Committee 1990-1993

Wayne State University

WSU/OHEP Center for Medical Education Board of
Directors 1993

Children's Hospital of Michigan Promotion and
Tenure Committee 1992-1994

Michigan State Medical Society Physician
Organization Committee 1993-1999
Michigan Hospital Association Council on Physicians
1993-1999

Advisory Board Member
Variety - The Children's Charity
1994-1995

Board of Directors
Variety - The Children's Charity
1996-1999

Center for Health Outcomes and Evaluation Steering
Committee
1996 –1999

Louisiana Cancer and Lung Trust Fund Board
2000 – 2002

Louisiana Cancer Research Consortium Board
member 2011-present
Finance Committee member 2011-present

## EDITORIAL BOARDS

**Associate Editor**
Catheterization and Cardiovascular Interventions 2000-2009

**Editorial Board**
The Ochsner Journal 2000-present

**Associate Editor**
Congenital Heart Disease 2005-2009

## GRANT SUPPORT

N.I.H. Preventive Cardiology Award 1985 (approved not funded)

Tulane Medical Center Seed Grant Evaluation of Skin Lipids in Children With and Without Congenital Heart Disease,
James Storer, Co-Principal Investigator, 9/84 - 8/85

University of Nebraska Medical Center Seed Grant July 1982 - June 1983

American Heart Association (Nebraska Affiliate) Grand in Aid, July 1981 - June 1982

American Heart Association (Texas Affiliate) Grant in Aid, July 1980 - June 1981

Consultant, Hewlett Packard Corporation/Wayne State University, Industrial Productivity and Projects Research
Institute, Interactive Video Disc Teaching Program for Echocardiography

Grant in Aid $ 14,750
Co-investigator (Anne Nalett, RD)
Diet and Growth in Congenital Heart Disease Children's Hospital of Michigan
Intramural Funding Award 1989-1990

Grant in Aid $18,975
Co- investigator (R. Humes, M.D.)
Determinants of Pulmonary Blood Flow and Cardiac Output in an Experimental Model of Right Heart Exclusion
Children's Hospital of Michigan

Intramural Funding Award 1989-1990

## ORIGINAL OBSERVATIONS IN REFEREED JOURNALS

1. Pinsky WW, Fagan LR, Krager RR, Mudd JF and Willman VL: Anomalous left coronary artery: Report of two cases.  J Thor Card Surg 65:810-814, 1973

2. Pinsky WW, Fagan LR, Mudd JF and Willman VL: Subclavian-to-coronary artery anastomosis in infancy for the Bland-White-Garland syndrome: A three year and five year follow-up. J Thor  Card Surg 72:15-20, 1976

3. Pinsky WW, Pinsky KM and McNamara DG: A current view of rheumatic fever. Texas Medicine 73:51-55, 1977.

4. Pinsky WW, Nihill MR, Mullins CE, Harrison GM and McNamara DG: Absent pulmonary valve syndrome: Considerations of management.  Circulation 57:159-162, 1978.

5. Pinsky WW, Gillette PC, Duff DF, Wanderman N, Morriss JH, Mullins CE and McNamara DG: Anomalous origin of left coronary artery from the pulmonary artery with ventricular septal defect. Circulation 57:1026-1030, 1978.

6. Ott DA, Cooley DA, Pinsky WW and Mullins CE: Anomalous origin of the circumflex coronary artery from the right pulmonary artery: Report of a rare anomaly. J Thor Card Surg 76:190-194, 1978.

7. Pinsky WW, Jacobsen JR, Gillette PC, Adams J, Monroe L and McNamara DG: Dosage of  digoxin in premature infants.  J Ped 96:639-642, 1979.

8. Driscoll DJ, Pinsky WW, Entman ML: The use of inotropic drugs in children. Drug Therapy 9:124-135 and 4:39-51, 1979.

9. Gutgesell HP, Pinsky WW, Duff DF, Adams J and McNamara DG: Left and right ventricular systolic time intervals in the newborn: Usefulness and limitation in distinguishing respiratory disease from transposition of the great arteries.  Brit Heart J (42:1) 1979.

10. Gillette PC, Pinsky WW, Lewis RM, Bornet EP, Wood JM, Entman ML and Schwartz AS: Myocardial depression after elective ischemic arrest.  J Thor Card Surg 77:608-618, 1979.

11. Pinsky WW, Lewis RM, Hartley CJ and Entman ML: Permanent changes of ventricular contractility and compliance in chronic volume overload. Am J Phys 237:H575-583 and 6:H575-583, 1979.

12. Gutgesell HP, Pinsky WW and DePuey EG: Thallium-201 myocardial perfusion imaging  in infants and children: Value in distinguishing anomalous left coronary artery from congestive cardiomyopathy. Circulation 61:596-599, 1980.

13. Pinsky WW, Lewis RM, McMillin-Wood J, Hara H, Hartley CJ, Gillette PC and Entman ML: Myocardial protection from ischemic arrest: Potassium and verapamil cardioplegia. Am J Physiol 240 (Heart Circ. Physiol. 9): H326-335, 1980.

14. Park IS, Pinsky WW and Baker CJ: Ruptured mycotic aneurysm of abdominal aorta: Successful treatment in a child.  Am J Dis Children 135:570-571, 1981.

15. Pinsky WW: Treatment of children recuperating from cardiac surgery. Continuing Education for the Family Physician, VIII: 34-40, 1982.

16. Pinsky WW, Mullins CE, Bricker, T, Park IS and McNamara DG: Non-surgical removal of a severed central venous line in an infant.  Am J Dis Children 135:1143-44, 1981.

17. Pinsky WW, Gillette PC, Garson A and McNamara DG: Diagnosis, management and long-term results of patients with congenital complete atrioventricular block.  Pediatrics 69:728-733, 1982.

18. Hofschire PJ, Pinsky WW, Vanderhoof JA, et al: Treatment of Reye's Syndrome. Nebraska Med  J, October 1982.

19. Pinsky WW:  Cardiac pacing for the young at heart.  CVP 11:33-35, 1983.

20. Vanderhoof, JA, Hofschire PJ, Balluff MA, Guest JE, Murrary ND, Pinsky WW, Kugler JD and Antonson DL: Continuous enteral feeding: An important adjunct to the management of complex congenital heart disease. Am J Dis Children 136:825-827, 1982.

21. Kugler JD, Pinsky WW, Cheatham JP, Hofschire PJ, Mooring PK and Fleming WH: Sustained ventricular tachycardia after repair of tetralogy of Fallot: New electrophysiologic findings. Am J Card 1137-1143, 1983.

22. Cheatham JP, Kugler JD, Pinsky WW and Hofschire PJ:  Kawasaki disease in Nebraska:  A  review of the literature.  Nebraska Med J 68:282-293, 1983.

23. Windle JR, Felix G, Pinsky WW and Kugler JD: False negative findings in pericardial effusion using M-mode echocardiography.  Ped Card 4:225-228, 1983.

24.  Kugler JD, Baisch SD, Cheatham JP, Latson, LA, Pinsky WW, Norberge W and Hofschire PJ: Improvement of left ventricular dysfunction after control of persistent tachycardia. J Ped 105:543-548, 1984.

25.  Kugler JD, Bansal AM, Cheatham JP, Pinsky WW, Mooring PK and Hofschire PJ: Drug-electrophysiology studies in infants, children and adolescents.  Am Heart J 144-154, 1985.

26.  Baltaxe HA, Pinsky WW, Mooring PK, Kugler JD, Hofschire PJ and Chu  WK:  Non-ionic contrast media in angiocardiography.  Am J Roentgenology, 1983.

27.  Cheatham JP, Kugler JD, Pinsky WW, and Hofschire PJ: Exercise evaluation in the pediatric cardiac catheterization laboratory.  Applied Cardiol 14, No. 5:20-24, 34, 1986.

28.  Bonsal AM, Kugler JD, Pinsky WW, Norberg WJ, Frank WE: Torsade de pointes: successful acute control by lidocaine and chronic control by tocainide in two patients - one each with acquired long QT and the congenital long QT syndrome.  Am Heart J 112:618-21, 1986.

29.  Pinsky WW.  Pediatric Cardiology Then and Now.  Pediatric Consultant 9(2):133,136, 1987.

30.  Farooki ZQ, Chang CH, Jackson WL, Clapp SK, Hakimi M, Arciniegas E, Pinsky WW. Primary Pulmonary Artery Sarcoma in Two Children.  Ped Cardiol 9:243-251, 1988.

31.  Farooki ZQ, Chang CH, Jackson WL, Clapp SK, Hakimi M, Arciniegas E, Pinsky WW. Intracardiac Teratoma in a Newborn.  Clin Cardiol 11:642-44, 1988.

32.  Ross RD, Dolan LM, Daniels SR, Young CA, Pinsky WW: The Relationship Between Atrial Natriuretic Factor and Plasma Norepinephrine.  J Appl Cardiol 4:133-139, 1989.

33.  Clapp SC, Perry BL, Farooki ZQ, Jackson WL, Karpawich PP, Hakimi M, Arciniegas E, Green EW, Pinsky WW: Down's Syndrome, Complete Atrioventricular Canal and Pulmonary Vascular Obstructive Disease.  J Thorac Cardiovasc Surg 100(1):115-121, 1990.

34.  Paridon, SM, Ross, RD, Kuhns LR, Pinsky WP: Myocardial Performance and Perfusion During Exercise in Patients with Coronary Artery Disease After Kawasaki Disease. J Pediatr 116:52-56, 1990.

35.  Paridon SP, Farooki ZF, Kuhns LR, Arciniegas E, Pinsky WP: Exercise Performance Following Repair of Anomalous Origin of the Left Coronary Artery From the Pulmonary Artery. Circulation 81:1287-92, 1990.

36.  Ross RD, Womack SJ, Karpawich PP, Gunther S, Pinsky WW: Opposing Responses of Atrial Natriuretic Factor and Plasma Catecholamines to Volume Shifts in the Immature Canine. Proceedings, Heart Failure - Mechanisms and Management 402, 1989.

37.  Klein MD, Shaheen KW, Whittlesey GC, Pinsky WW, Arciniegas E: Extracorporeal Membrane Oxygenation for the Circulatory Support of Children after Repair of Congenital Heart Disease. J Thorac Cardiovasc Surg 100:498-505, 1990.

38.  Farooki ZQ, Ross, RD, Paridon SM, Humes RA, Karpawich PP, Pinsky WW: Spontaneous Regression of Cardiac Rhabdomyomas.  Amer J Cardiol 67:897-899, 1991.

39.  Paridon SM, Humes RA, Pinsky WW: The Role of Chronotropic Impairment During Exercise After the Mustard Operation.  J Amer Col Cardiology 17:729-732, 1991.

40.  Paridon SM, Karpawich PP, Pinsky WW: Exercise Performance with Single Chamber Rate Responsive Pacing in Congenital Heart Defects after Operation. Amer J Cardiol 68:1231-1233, 1991.

41.  Karpawich PP, Paridon SM, Pinsky WW: Failure of Rate-Responsive Ventricular Pacing to Improve Physiologic Performance in the Univentricular Heart.  Pace 14:2058-2061, 1991.

42.  Ross RD, Womack SJ, Gunther S, Karpawich PP, Justice C, Pinsky WW:  Atrial Natriuretic  Factor and Sympathetic Nervous Output in Response to Volume Shifts in the Immature Canine Circulation.  Peptides 12(1):95-99, 1991.

43.  Ross RD, Clapp SK, Gunther S, Paridon SM, Humes RA, Farooki ZQ, Pinsky WW: Augmented Norepinephrine and Renin Output in Response to Maximal Exercise in Hypertensive Coarctectomy Patients.  Amer Heart J 123:1293-1299, 1992.

44.  Ross RD, Bollinger RO, Pinsky WW: Grading the Severity of Congestive Heart Failure in Infants. Ped Cardiol 13:72-75, 1992.

45.  Ross RD, Clapp SK, Gunther S, Paridon SM, Humes RA, Farooki ZQ, Pinsky WW: Increased Atrial Natriuretic Factor Response to Exercise After Coarctation Repair. Amer J Cardiol 69:1370- 72, 1992.

46.  Vincent JA, Ross RD, Kassab J, Hsu JM, Pinsky WW: Elevated Endothelin-1 in Congenital Heart Disease is Related to Increased Pulmonary Blood Flow.  Amer J Cardiol 71:1204-7, 1993.

47.  Ross RD, Kalidindi V, Vincent JA, Kassab J, Dabbagh S, Hsu JM, Pinsky WW:  Acute Changes  in Endothelin-1 Following Hemodialysis for Chronic Renal Failure.  J Pediatr 6:S74-76. 1993.

48.  Farooki ZQ, Nowlen T, Hakimi M, Pinsky WW: Congenital Coronary Artery Fistulae: A Review of 18 cases with

Special Emphasis on Spontaneous Closure.  Ped Cardiol 14:208-213, 1993.

49.  Garson A Jr, Allen HD, Gersony WM, Gillette PC, Hohn AR, Pinsky WW, Mikhail M: The Cost of Congenital Heart Disease in Children and Adults: A Model for Multicenter Assessment of Price and Practice Variation. Arch Ped Adolesc Med 148:1039-1045, 1994.

50.  Hakimi M, Walters, HL III, Pinsky WW, Gallacher MJ, Lyons JM: Delayed Sternal Closure After Neonatal Cardiac Operations.  J Thorac Cardiovasc Surg 107:925-933, 1994.

51.  Skorton DJ, Cheitlin MD, Freed MD, Garson A, Pinsky WW, Sahn DJ, Warnes CA:  Task Force  9: Training in the Care of Adult Patients with Congenital Heart Disease. J Amer Coll Cardiol 25:31-33, 1995.

52.  Mulla N, Paridon SM, Pinsky WW: Cardiopulmonary Performance During Exercise in Patients with Repaired Tetralogy of Fallot with Absent Pulmonary Valve.  Pediatr Cardiol 16:120-126, 1995.

53.  Pinsky, WW: Academic Flourishing in New Orleans Post-Katrina and Rita: Perspectives From Ochsner Clinic Foundation. Am J Med Sci 336:178-180, 2008

## BOOKS & CHAPTERS

1.  Pinsky WW, Jubelirer DP and Nihill MR: Infectious pericarditis, in <u>Infectious Diseases of Infants and Children</u>, ed. Feigin R, Cherry J, Saunders Co., New York, 1981, pp. 271-280.

2.  Pinsky WW, Duff DF, Feigin RD and McNamara DG: Infective endocarditis in infants and children, in <u>Endocarditis: A Guide for the Cardiovascular Physicians</u>, ed. Young JB and Miller RR, Futura Press, Mount Kisco, NY, 1981.

3.  Pinsky WW: Diagnosis and management of congenital complete atrioventricular block. <u>Pediatric Cardiology Dysrhythmias</u>, ed. Gillette PC, Garson A, Grune and Stratton, NY, 1981, pp. 383-396.

4.  Pinsky WW, Friedman R, Jubelirer DP, Nihill MR: Infectious pericarditis, in <u>Textbook of Pediatric Infectious Diseases</u>, 2nd edition, ed. Feigin RD and Cherry JD., Saunders Co., New York, 1987, Vol I, pp. 415-426.

5.  Jackson WL, Pinsky WW: Neonatal cardiac infections, in <u>Fetal and Neonatal Cardiology</u>, ed.  Long W, WB Saunders Co., Philadelphia, 1989, pp. 571-577.

6.  Ross B, Pinsky WW, Driscoll DJ: Complete AV Block, in <u>Pediatric Cardiac Dysrhythmias</u>, 2nd edition, Paul C. Gillette and Arthur Garson editors, Grune and Stratton, 1990, pp. 360-316.

7.  Pinsky WW: Absent Pulmonary Valve Syndrome, in <u>The Science and Practice of Pediatric Cardiology</u>, Arthur Garson, J. Timothy Bricker, Dan G. McNamara editors, Vol. II., Lea and Febiger, Philadelphia, 1990, pp. 1101-1107.

8.  Pinsky WW, Kellar, K: Basic Science Aspects of Digital Subtraction Angiography, in  <u>The Science and Practice of Pediatric Cardiology</u>, Arthur Garson, J. Timothy Bricker, Dan G. McNamara editors, Vol. I., Lea and Febiger, Philadelphia, 1990, pp. 635-641.

9.  Pinsky WW, Jones DW: Digital Subtraction Angiography, in <u>The Science and Practice  of Pediatric Cardiology</u>, Arthur Garson, J. Timothy Bricker, Dan G. McNamara editors, Vol. II., Lea and Febiger, Philadelphia, 1990, pp. 907-912.

10.  Pinsky WW, Friedman R: Pericarditis, in <u>The Science and Practice of Pediatric Cardiology</u>,  Arthur Garson, J. Timothy Bricker, Dan G. McNamara editors, Vol. II., Lea & Febiger, Philadelphia, 1990, pp. 1590-1599.

11.  Pinsky WW: Congenital Heart Disease, in Conn's <u>Current Therapy</u>, Robert Rakeo, editor, W.B. Saunders Company.

12.  Pinsky WW, Arciniegas E: Tetralogy of Fallot, in <u>Pediatric Clinics of North America</u>, Paul C.Gillette editor, Vol. 37, No. 1, W.B. Saunders Company, Philadelphia, 1990, pp. 179-192.

13.  Pinsky WW, Rayburn WF, Evans MI:  Pharmacology Therapy for Fetal Arrhythmias, in <u>Clinical  Obstetrics and Gynecology</u>, Roy M. Pitkin, James R. Scott editors, Vol. 34, No. 2, J.B. Lippincott Company, Philadelphia, June 1991, pp. 304-309.

14.  Pinsky WW, Friedman RA, Jubelirer DP, Nihill MR: Infectious Pericarditis, in <u>Textbook of Pediatric Infectious Diseases</u>, Feigin & Cherry editors, 3rd Edition, W.B. Saunders Company, Philadelphia, 1992, pp. 377-386.

15.  <u>Annotated Bibliography of Pediatric Cardiology</u>, Howard Gutgesell, M.D. editor, William  Pinsky, M.D. associate editor, American Academy of Pediatrics, 1994.

16.  Pinsky WW: Absent Pulmonary Valve Syndrome, in <u>The Science and Practice of Pediatric Cardiology, 2nd Edition</u>, Arthur Garson, J. Timothy Bricker, David J. Fisher, Steven R. Neish editors, Williams & Wilkins, Baltimore, 1998, pp. 1413-1420.

17.  Pinsky WW, Friedman RA, Jubelirer DP, Nihill MR: Infectious Pericarditis, in <u>Textbook of Pediatric Infectious</u>

Diseases, Ralph D. Feigin, James D. Cherry editors, 4th edition, W.B. Saunders Company, Philadelphia, 1998, pp. 339-348.

18. Ransom S. and Pinsky WW: Enhancing Physician Behavior, in Clinical Resource and Quality Management, S. Ransom, W. Pinsky editors, American College of Physician Executives, Tampa, 1999, pp. 139-169.

19. Ransom S. and Pinsky WW editors, Clinical Resource and Quality Management, American College of Physician Executives, Tampa, 1999.

20. Ransom S, Pinsky WW, Tropman J editors, Enhancing Physician Performance, American College of Physician Executives, Tampa, 2000

21. Ransom S, Pinsky WW, Tropman J, The Five C Approach in Enhancing Physician Performance, in Enhancing Physician Performance, Ransom S, Pinsky WW, Tropman J editors, American College of Physician Executives, Tampa, 2000, pp. 1-14.

22. Kroussel-Wood MA, Pinsky WW, Ransom S, Benchmarking Outcomes, in Enhancing Physician Performance, Ransom S, Pinsky WW, Tropman J editors, American College of Physician Executives, Tampa, 2000, pp. 155-178.

23. Garson A. and Pinsky WW, Measuring and Rewarding Academic Physicians, in Enhancing Physician Performance, Ransom S., Pinsky WW, Tropman J editors, American College of Physician Executives, Tampa, 2000, pp. 357-368.

## PUBLISHED ABSTRACTS

1. Pinsky WW, Jacobsen J, Gillette PC, Adams J, Rudolph AJ, Burdine J and McNamara DG: Serum digoxin levels in premature infants. Pediatric Research, 10:235, 1976.

2. Pinsky WW, Gillette PC, Lewis RM, Wood JM, Bornett EP and Schwartz A: Myocardial dysfunction from elective ischemic arrest: Proposed subcellular mechanism. Clinical Research 25:65A, 1976.

3. Pinsky WW, Nihill MR, Mullins CE and McNamara DG: Management of absent pulmonary valve syndrome. Am J Card 39:311, 1977.

4. Pinsky WW, Gillette PC and McNamara DG: Advances in permanent pacing. Ped Research 11:397, 1977.

5. Pinsky WW, Gutgesell HP and McNamara DG: Comparison of rheumatic mitral valve insufficiency with the "click-murmur" syndrome by echocardiography. Ped Research 11:397, 1977.

6. Pinsky WW, Gillette PC and McNamara DG: Unidirectional retrograde anomalous conduction pathways: A frequent cause of supraventricular tachycardia. Clin Research 226:68A, 1978.

7. Pinsky WW, Gillette PC, Lewis RM and Entman ML: Effect of RO 2-2985 on cardiogenic shock. Federation Proceedings, 37:3691, 1978.

8. Pinsky WW, Gillette PC, Jacobsen JR, Adams JM, Burdine JA and McNamara DG: Evaluation of digoxin dosage in premature infants. Ped Research 12:388, 1978.

9. Pinsky WW, Gillette PC, Lewis RM, Hartley CJ, Bornet EP and Entman ML: Comparison of methods of cardioplegia. Ped Research 12:388, 1978.

10. Pinsky WW, Gillette PC, Lewis RN, Entman ML, McNamara DG and DeBakey, ME: Hemodynamic and subcellular mechanisms of ischemic arrest and methods of protection. Proceedings VIII World Congress of Cardiology, 1978.

11. Pinsky WW, Gillette PC and McNamara DG: Diagnosis and management of congenital complete atrioventricular block. Proceedings VIII World Congress of Cardiology, 1978.

12. Pinsky WW, Lewis RM, Hartley CJ, Brandon TA, Miller RR and Entman ML: Hemodynamic effects of vasodilators in a chronically instrumented conscious experimental model of chronic ventricular volume overload. Clin Research 27:809A, 1978.

13. Pinsky WW, Lewis RM, Hartley CJ and Entman ML: Comparative effects of isproterenol, dopamine and dobutamine in chronic left ventricular volume overload. Ped Research (in press), 1979.

14. Pinsky WW, Lewis RM, Hartley CJ and Entman ML: Hemodynamic effects of chronic volume overload. Ped Card 1: 86, 1979.

15. Pinsky WW, Gillette PC and McNamara DG: Congenital complete atrioventricular block. Ped Card 1:93, 1979.

16. Pinsky WW, Lewis RM, Hartley CJ and Entman ML: Creation and hemodynamic characterization of chronic volume overload. The Physiologist 22:101, 1979.

17. Jackson, WL, Clapp, SK, Lewis RM, Hartley CJ, Driscoll DJ, Entman, ML and Pinsky WW: New techniques in cardiovascular instrumentation in the open-chest puppy. Ped Research 13:346, 1979.

18.   Pinsky WW, Gillette PC, Morriss, JH and McNamara DG: Reliable lithium powered pacing in pediatric and young adult patients.  Proc World Congress of Ped Card, 162, 1980.

19.   Clapp SK, Jackson WL, Lewis RM, Gillette PC, Entman ML and Pinsky WW: The hemodynamic effects of intravenous propranolol in the immature animal.  Ped Research 14:442, 1980.

20.   Gillette PC, Garson A, Kugler JD and Pinsky WW: Intravenous verapamil in the treatment of resistant supraventricular tachycardia in children.  Ped Research 14:444, 1980.

21.   Jackson WL, Clapp SK, Lewis RM, Gillette PC, Entman ML and Pinsky WW: Hemodynamic effects of intravenous phenytoin in the conscious immature animal.  Ped Research 14:446, 1980.

22.   Pinsky WW, Hofshire PJ, Kugler JD, Fleming WH, Sarafian L, Cheatham JP and Mooring PK: Ventricular function in infants with coarctation of aorta. World Congress of Cardiology, in press, 1982.

23.   Kugler JD, Cheatham PJ, Pinsky WW, Hofshire PJ and Mooring PK: Torsades Des Pointes in adolescents.  Ped Research, in press, 1982.

24.   Strasburger JF, Pinsky WW, Cheatham JP, Hofshire PJ, Kugler JD, Mooring PK and Fleming WH: Changes in left ventricular function with pulmonary valve stenosis.  Ped Research, in press, 1982.

25.   Pinsky WW, Kugler JD, Hofshire PJ, Cheatham JP, Mooring PK and Baltaxe HA: Myocardial wall stress during cardiac catheterization.  Ped Research, in press, 1982.

26.   Pinsky WW, Kugler JD, Hofshire PJ, Cheatham JP, Mooring PK and Baltaxe HA: Left  ventricular myocardial wall stress during cardiac catheterization.  Circulation 66:II-418, 1982.

27.   Kugler JD, Pinsky WW, Cheatham JP and Hofshire PJ: Atrial muscle tachydysrhythmia in the young.  J Am College of Cardiol 1:614, 1983.

28.   Perry BL, Pinsky WW, Arciniegas E. Preoperative Mortality in d-Transposition of the Great Arteries.  Amer J. Cardiol 62:507, 1988.

29.   Clapp SK, Perry BL, Farooki ZQ, Jackson WL, Karpawich PP, Hakimi M, Arciniegas E, Green EW, Pinsky WW: Down's Syndrome, Complete Atrioventricular Canal, and Pulmonary Vascular Obstructive Disease.  Amer J. Cardiol 62:507, 1988.

30.   Paridon SM, Farooki ZF, Perry BL, Kuhns LR, Arciniegas E, and Pinsky WW: Evaluation of Exercise Performance with Thallium-201 Scintigraphy Following Repair of Anomalous Left Coronary Artery from the Pulmonary Artery.  Amer J Cardiol 62:508, 1988.

31.   Ross RD, Podlecki DC, Pinsky WW: Grading the Severity of Congestive Heart Failure in Infants. Pediatr Res 1988;23:224A.

32.   Paridon SM, Humes RA, Arciniegas E, Pinsky WW: Evaluation of Exercise Performance Following Repair of Tetralogy of Fallot with a Transannular Patch.  Ped Res 25/4(2):29A, 1989.

33.   Paridon SM, Ross RD, Kuhns LR, Pinsky WW: Evaluation of Myocardial Performance and Perfusion During Exercise in Patients with Coronary Aneurysms from Kawasaki's Disease. Ped Exer Sci 1:162, 1989.

34.   Farooki ZQ, Humes RA, Paridon SM, Perry BL, Ross RD, Arciniegas E, Pinsky WW: Long Term Follow-Up of Anomalous Left Coronary Artery from the Pulmonary Artery. Midwest Pediatric Cardiology Society Proceedings, 1988.

35.   Farooki ZQ, Paridon SM, Perry BL, Arciniegas E, Pinsky WW. Results of Treatment and Long Term Follow-Up of Anomalous Origin of Left Coronary Artery from  the Pulmonary Artery.  Amer J Cardiol 64:420, 1989.

36.   Farooki ZQ, Ross RD, Paridon SM, Humes RA, Karpawich PP, Pinsky WW. Spontaneous Regression of Cardiac Rhabdomyomas.  Amer J Cardiol 64:416, 1989.

37.   Paridon SM, Karpawich PP, Pinsky WW: Exercise Performance with Rate Responsive Pacing in Complex Congenital Heart Defects.  J Amer Coll Cardiol 15:175A, 1990

38.   Ross RD, Clapp SK, Gunther S, Paridon SM, Humes RA, Farooki ZQ, Pinsky WW: Abnormal Norepinephrine Response to Maximal Exercise in Hypertensive Coarctectomy Patients. Am J Cardiol 66:521, 1990.

39.   Farooki ZQ, Perry BL, Arciniegas E, Pinsky WW: Results and Long-Term Follow-Up of Patients with Mechanical Prosthetic Valves.  Am J Cardiol 66:523, 1990.

40.   Karpawich PP, Paridon SM, Pinsky WW: Failure of Rate-Responsive Ventricular Pacing to Improve Physiologic Performance in the Univentricular Heart.  PACE 14, II:632,1991.

41.   Paridon SM, Karpawich PP, Pinsky WW: Lack of Benefit with Rate-Responsive Ventricular Pacing in the Postoperative Univentricular Heart.  J Amer Coll Cardiol 17:153A, 1991.

42.   Ross RD, Clapp SK, Gunther S, Paridon SM, Humes RA, Farooki ZQ, Pinsky WW: Augmented Atrial Natriuretic Factor Response to Exercise after Coarctation Repair. J  Amer Coll Cardiol  17(2) Suppl A:135A, 1991.

43.   Paridon SM, Wolfe S, Nigro MA, Pinsky WW: Evaluation of Skeletal Muscle Weakness by Metabolic Analysis

During Exercise.  Circulation 84 II:525, 1991.

44.  Sullivan NM, Paridon SM, Schneider J, Pinsky WW: Cardiopulmonary Performance at Rest and Exercise Following Repair of Total Anomalous Pulmonary Venous Connection. Ped Exercise Science 4:97-98, 1992.

45.  Mulla N, Paridon SM, Sullivan N, Pinsky WW: Cardiopulmonary Performance During Exercise Following Repair of Tetralogy of Fallot with Absent Pulmonary Valve. Am J Cardiol 70:564, 1992.

46.  Vincent JA, Ross RD, Kassab J, Hsu JM, Pinsky WW: Plasma Endothelin-1 is Related to Pulmonary Blood Flow Irrespective of Pulmonary Artery Pressure. J Amer Coll Cardiol 21:260A, 1993.

47.  Mulla N, Paridon SM, Pinsky WW: Does the Chronotropic Incompetence of Repaired Tetralogy of Fallot Impair Aerobic Capacity?  Ped Exer Sci 5:449, 1993.

48.  Ross RD, Snyder C, Pinsky WW: A New Grading System for Congestive Heart Failure in Infants. J Heart Failure 1:694, 1993.

49.  Ross RD, Vincent JA, Kassab J, Hsu JM, Pinsky WW: Congenital Heart Defects with Pulmonary Overcirculation Lead to Increased Plasma Endothelin-1 Concentrations. J Heart Failure 1:696, 1993.

50.  Vincent JA, Konduri GG, Ross RD, Pinsky WW: ATP is a Selective Pulmonary Vasodilator in Infants with Congenital Heart Disease.  Am J Cardiol 73:31, 1993.

## PRESENTATIONS AT SCIENTIFIC MEETINGS

1.  Pinsky WW and McNamara DG: Acute rheumatic fever in a large metropolitan area. Presented to American Academy of Pediatrics, Section of Cardiology, Washington, D.C., October 1975.

2.  Pinsky WW, Jacobsen J, Gillette PC, Adams J, Burdine J, Rudolph AJ and McNamara DG:  Serum digoxin levels in premature infants. Presented to Society for Pediatric Research, Section of Developmental Pharmacology, St. Louis, April, 1976.

3.  Pinsky WW, Gillette PC, Lewis RM, Wood JM, Bornet EP and Schwartz A: Myocardial dysfunction for elective ischemic arrest:    Proposed subcellular mechanism and a method of protection.  Presented to Southern Society for Pediatric Research, New  Orleans, Louisiana, January 1977.

4.  Pinsky WW, Nihill MR, Mullins CE and McNamara DG: Management of the absent pulmonary valve syndrome. Presented to American College of Cardiology, Las Vegas, March, 1977.

5.  Pinsky WW, Gillette PC, Lewis RM and Entman ML: Effect of RO2-2985 on cardiogenic shock. Federation of American Societies for Experimental Biology. Annual Meetings, Atlantic City,  April 1978.

6.  Pinsky WW, Gillette PC, Jacobsen J, Adams J, Burdine J and McNamara DG: Comparison of digoxin dosage in premature infants.  Society for Pediatric Research, New York, April 1978.

7.  Pinsky WW, Gillette PC, Lewis RM, Entman ML, McNamara DG and DeBakey, ME: Hemodynamic and subcellular mechanism of ischemic arrest and methods of protection. VIII World Congress of Cardiology, Tokyo, Japan, September 1978.

8.  Pinsky WW, Gillette PC and McNamara DG: Diagnosis and management of congenital complete atrioventricular block.  VIII World Congress of Cardiology, Tokyo, Japan, September 1978.

9.  Pinsky WW, Lewis RM, Hartley CJ and Entman ML: Hemodynamic effects of chronic volume overload. American Academy of Pediatrics, Section of Cardiology, Chicago, October 1978.

10.  Pinsky WW, Gillette PC and McNamara DH: Congenital complete atrioventricular block: Diagnosis and management. American Academy of Pediatrics, Section of Cardiology, Chicago, October 1978.

11.  Pinsky WW, Lewis RM, Hartley CJ, Brandon TA, Miller RR and Entman ML: Hemodynamic effects of vasodilators in a chronically instrumented conscious experimental mode of chronic ventricular overload. Presented to Southern Society of Pediatric Research, New Orleans, January 1979.

12.  Pinsky WW, Lewis RM, Gillette PC, Wood JM, Hara H and Entman ML: Elective ischemic  arrest: A new method of myocardial preservation and subcellular correlate. Presented  to  American College of Cardiology, Miami Beach, March 1979.

13.  Pinsky WW, Lewis RM, Hartley CJ, McNamara DG and Entman ML: Comparative effects of inotropic and vasodilator agents in experimental chronic left ventricular volume overload. Presented to American Academy of Pediatrics, Section of Cardiology, San Francisco, October 1979.

14.  Pinsky WW, Lewis RM, Hartley CJ and Entman ML: Creation and  hemodynamic  characterization of chronic volume overload. Presented to American Physiology Society, New Orleans, October 1979

15.  Pinsky WW, Gillette PC, Morriss, JH and McNamara DG: Reliable lithium powered pacing in pediatric and young adult patients. Presented at World Congress of Pediatric Cardiology, London, June 1980.

16.     Pinsky WW, Kugler JD, Hofschire PJ, Cheatham JP, Mooring PK and Baltaxe HA: Left  ventricular myocardial wall stress during cardiac catheterization. Presented to American Heart Association, Dallas, November 1982.
17.     Pinsky WW, Ross RD. New imaging and quantitative techniques utilizing digital subtraction angiography (DSA). Presented to the III World Congress of Pediatric Cardiology, Bangkok, Thailand, November 1989.
18.     Hagerott KP, Delamater A, Tindall S, Rothermel R, Pinsky WW, Klein M: Neuropsychological Functioning of Children following Cardiac Surgery and Extracorporeal Membrane Oxygenation (ECMO).  Presented to the Third Florida Conference on Child Health Psychology, Gainesville, FL, April 11-13, 1991.
19.     Tindall S, Delamater A, Hagerott KP, Pinsky WW, Klein M: Psychosocial Development of Cardiac Children Treated with Extracorporeal Membrane Oxygenation (ECMO). Presented to the Third Florida Conference on Child Health Psychology, Gainesville, FL, April 11-13, 1991.

## INVITED SYMPOSIUMS

1.     University of Nebraska Medical Center, Family Practice Review  Course.  Omaha,  Nebraska, March and May 1981.
2.     Columbus Community Hospital.  Columbus, Nebraska, December 1981.
3.     Heart EXPO '82.  Omaha, Nebraska, December 1981.
4.     St. Louis University Pediatric Research Seminar.  St. Louis, Missouri, March, 1982.
5.     University of Nebraska Medical Center, Family Practice Review  Course.  Omaha,  Nebraska, March and May 1981.
6.     NSCPT Annual Meeting.  Las Vegas, Nevada, May 1982.
7.     Course Director, Pediatric Cardiac Catheterization  1982  Update.  Omaha,  Nebraska,  October 1982.
8.     Northeast Community Technical College: Pediatric Cardiology Update. Norfolk and Columbus, Nebraska, February 1983.
9.     American Association of Respiratory Therapy Annual Meeting, Pediatric Cardiology Update. Kansas City, October 1983.
10.    American College of Chest Physicians Annual  Meeting.  The Physician and the Allied  Health Team.  Chicago, Illinois, October 1983.
11.    Tulane University School of Medicine. Update Your Pediatrics - 1985, New Orleans, LA, February 1985.
12.    New Orleans Internal Medicine Board Review Course.  September 1985.
13.    Second World Congress of Pediatric Cardiology.  Session Chairman.  June, 1985.
14.    American College of Cardiology Heart House Symposium: Pediatric Cardiology Review Course Faculty Member, Bethesda, MD, September 1985.
15.    American Academy of Pediatrics, Cardiology Section Annual Meeting, Symposium on Postoperative Care, Chairman. October 1987, New Orleans, Louisiana.
16.    American Academy of Pediatrics, Cardiology Section Annual Meeting, Symposium on Postoperative Care: Use of ECMO in Postoperative Cardiac Patients, October 1987, New Orleans, Louisiana.
17.    Harper Hospital, Departments of Cardiology and Medicine: Adults with Congenital Heart  Disease, November 1987, Detroit, Michigan.
18.    Department of Medicine, Cardiology Research Seminar: Left Ventricular Volume Overload, November 1987, Detroit, Michigan.
19.    Oakland University, 4th Annual Cardiology Update: Pediatric Preventive Cardiology, February 1988, Rochester, Michigan.
20.    William Beaumont Hospital, Pediatric Grand Rounds: Digital Subtraction Angiography in Pediatric Cardiology, April 12, 1988, Royal Oak, Michigan.
21.    Children's Hospital Medical Center, Pediatric Update for the Practicing Physician: Office Approach to Cardiology, April 13-15, 1988, Akron, Ohio.
22.    Georgia Baptist Medical Center, "Pediatric Cardiology for the Primary Care Physician",  September 23-24, 1988, Atlanta, Georgia.
23.    American College of Cardiology, Heart House, "Patient Management Decisions in Pediatric and Congenital Heart Disease: Myocardial Disease and Rheumatic Disease," September 26-28, 1988, Bethesda, Maryland.
24.    Children's Hospital of Michigan, "Conference on Pediatric Urgencies & Emergencies", "Cardiology for the Non-Cardiologist", October 12, 1988.
25.    University of Virginia, Visiting Professor, November 17-18, 1988, Charlottesville, VA.

26. Harper Hospital, Internal Medicine Grand Rounds, "Congenital Heart Disease in the Adult, December 28, 1988.
27. VA Hospital, Internal Medicine Grand Rounds, "Congenital Heart Disease in the Adult", December 29, 1988.
28. St. John Hospital, Internal Medicine Grand Rounds, "Congenital Heart Disease in the Adult", January 31, 1989.
29. Baylor College of Medicine, Texas Children's Hospital, Visiting Professor, February 13-14, 1989.
30. Michigan State Medical Society, Conference on Maternal & Perinatal Health, "New Approaches to Congenital Heart Disease", Hyatt Regency Hotel, Dearborn, MI, March 22, 1989.
31. Providence Hospital, Internal Medicine Grand Rounds, "Congenital Heart Disease in the Adult", April 6, 1989.
32. American Academy of Pediatrics, Symposium Moderator, "New Diagnostic Techniques in Pediatric Cardiology", Chicago, IL, October 20, 1989.
33. American Academy of Pediatrics, "Digital Subtraction Angiography in Pediatric Cardiology", Chicago, IL, October 20, 1989.
34. Hutzel Hospital, Wayne State University, Fetal Therapy Day, "Fetal Cardiology," December 13, 1989.
35. Bon Secours Hospital, "Recent Advances in Clinical Medicine": Congenital Heart Disease for the Internist", Grosse Pointe, MI, March 8, 1990.
36. American College of Cardiology 39th Annual Scientific Session, "Meet the Experts": Initial Management of the Cyanotic Infant, New Orleans, LA., March 19, 1990.
37. American College of Cardiology 40th Annual Scientific Session, Symposium Co-chairman, "Tetralogy of Fallot Visited", Atlanta, GA, March 6, 1991.
38. American College of Cardiology 40th Annual Scientific Session, Lunch Panel: "Early Management of Postoperative Fontan Patients," Atlanta, GA, March 6, 1991.
39. Bridgeport Hospital, Grand Rounds, "Pediatric Hypertension." November 10, 1992.
40. Yale New Haven Medical Center, Grand Rounds, "Pediatric Hypertension." November 11, 1992
41. Program Director, American Academy of Pediatrics, Section of Cardiology Annual Meeting, Washington, DC, October 1993.
42. American College of Cardiology 43rd Annual Scientific Session. Moderator, "Controversies in Pediatric Cardiology." March 15, 1994.
43. American College of Cardiology, "Core Cardiology Training Symposium," June 20-21, 1994, Bethesda, MD.
44. American Healthcare Systems, Physician Integration Advisory Committee, "Managed Care in the Academic Medical Center," August 16-17, 1994, Dallas, TX.
45. American Healthcare Systems, Physician Leadership and Integration Forum, "Centralized Review of Physician Credentials in a Multihospital Health Care System," October 26, 1994, Seattle, WA.
46. American College of Cardiology, 44th Annual Scientific Sessions, Luncheon Panel, "Practice Issues in Pediatric Cardiology," March 22, 1995.
47. Physicians of Indian Origin Meeting, keynote address, "The Future of Clinical Practice in the United States," September 22, 1995, Detroit, MI.
48. Site reviewer, American College of Cardiology/NASPE Joint Board Review Course, Chicago, October 12-16, 1996.
49. Featured Speaker, Meet the Best Doctors Program and Reception, Children's Hospital of Michigan, October 29, 1996: "Pediatric Cardiology - The Evolution of Treatment."
50. 19th Annual San Diego Cardiothoracic Surgery Symposium, "Transcatheter Therapy for Congenital Heart Disease," February 19, 1999, San Diego CA.
51. 19th Annual San Diego Cardiothoracic Surgery Symposium, "Administrator's Perspective of Cost," February 20, 1999, San Diego CA.
52. Annual Meeting, Alliance of Independent Academic Medical Centers, "Valuing Institutional GME Programs, April 1, 2000, Miami Beach FL.
53. American Heart Association's 73rd Scientific Sessions, 2000 William J. Rashkind Memorial Lecture, November 14, 2000.
54. Association of American Medical Colleges, Annual Meeting, Plenary Session (Academic Medical Center Response to Hurricane Katrina) November, 2005.
55. American Hospital Association, Committee on Health Professions, Hurricane Preparedness, November, 2005
56. U.S. House of Representatives, Emergency Preparedness Committee, Intercollaborative Communications, February, 2006.
57. California Hospital Association, Disaster Planning for California Hospitals, Keynote Speaker,

18

Sacramento CA. September, 2006.

58. Universitas 21 Annual Medical Conference. Innovative Global Medical Education. Seoul S. Korea. September, 2011.

59. International Health Workforce Collaborative. Global Medical Education Partnerships. Brisbane Australia. October, 2011.

60. American Academy of Preventive Medicine. Leadership and Growth following Katrina. New Orleans. February, 2014.

61. 14th Asia pacific Medical Education Conference (APMEC) 2017. Invited Speaker. Singapore. January, 2017.

62. School of Medicine at the National Autonomous University of Mexico (UNAM) Conference for the Lantinamerican Association of Medical Schools (ALAFEM- *Asociación Latinoamericana de Facultade y Escuelas de Medicina)*. Invited Speaker. Mexico City, Mexico.  March, 2017.

63. American Board of Medical Specialties (ABMS) Conference 2017. Update on International Activities. Invited Speaker. Chicago, IL. May, 2017.

64. American Medical Association Annual Meeting. Session on Physician Workforce and Immigration: Educational, Scientific, Institutional and Patient Access Implications.  Invited Speaker. Chicago, IL. June, 2017.

65. HCP Workshop.  Invited Speaker.  Shanghai, China. July, 2017

66. Association of Medical Councils of Africa (AMCOA) 21st Annual Association of Medical Councils of Africa Conference, Technology and Medical Regulation.  Invited Speaker. Cape Town, South Africa. August, 2017.

67. American Board of Medical Specialties (ABMS) Conference 2017.  Invited Speaker. Chicago, IL. September, 2017.

68. National Academy of Sciences, Graduate Medical Education Outcomes and Metrics Workshop. Invited Speaker. Washington, DC. October, 2017.

69. American Association of Physicians of Indian Origin (AAPI) Global Health Summit. Invited Speaker. Kolkatta, India. December, 2017.

70. University of Medical Sciences (UCIMED). "UCIMED: 40 years leading change". Invited Speaker. San Jose, Costa Rica. February, 2018.

71. 2018 Accreditation Council for Graduate Medical Education (ACGME) Annual Education Conference. Invited Speaker. Orlando, FL. February, 2018.

72. Alliance for Academic Internal Medicine (AAIM) Conference. Invited Speaker. San Antonio, TX. March, 2018.

73. 2018 Association for Hospital Medical Education (AHME) Institute. The Role of International Medical Graduates in the US Healthcare System: Past, Present, and Future. Invited Speaker. Phoenix, AZ. May, 2018.

74. American Medical Association (AMA) Annual Meeting. AMA 21st Annual IMG Section Congress. Guest Speaker. Chicago, IL. June, 2018

75. Mexican Association of Medical Schools and Faculties, A.C. (AMFEM) 6th International Congress of Medical Education and 5th International Congress of Simulation in Medical Education. Excellence in Medical Education. Keynote Speaker. Mazatlán, Sinaloa, Mexico. June, 2018.

76. South African Association of Health Educationalists (SAAHE) Conference. Deconstructed, Decentralised, Decolonised Discourses: Widening our Horizon. Invited Speaker. Durban, South Africa. June, 2018.

77. 22nd Annual Conference of the Association of Medical Councils of Africa (AMCOA).  Changing Landscape in Medical Education and Training. Invited Speaker. Accra, Ghana. July, 2018.

78. An International Association for Medical Education (AMEE). Symposium: What is the Value of Accreditation? Basil, Switzerland, August, 2018.

79. World Health Organization (WHO) International Platform on Health Worker Mobility:  Evidence, Solutions and Instruments. Invited Speaker.  Geneva, Switzerland. September, 2018

80. British Association of Physicians of Indian Origin (BAPIO) Annual Conference. Global Recruitment Crisis of Healthcare Practitioners:  Challenges and Solutions. Invited Speaker. Bristol, UK. October, 2018.

81. ASIIN International Conference 2018: ASIIN 5th Global Conference in cooperation with EASPA – "The dawning of a new era of HE quality assurance – what can we expect from the future?".  Invited

19

Speaker. Berlin, Germany, December 2018.

82. XII Global Health Care Summit 2018 In Association with American Association of Physicians of Indian Origin & Global Association of Physicians of Indian Origin. Invited Speaker. Mumbai, India, December 2018.

83. ASCOFAME's World Congress on Medical Education, *"Transforming Medical Education for Better Health Care"* and the 21st Panamerican Conference of Medical Education – FEPAFEM 2019.  Invited Speaker. Cartagena, Colombia, March 2019.

84. AFREhealth African Forum for Research and Education in Health 3rd Annual Symposium. Invited Speaker. Lagos, Nigeria, August 2019.

85. American Academy of Pediatrics 2019 National Conference. Invited Speaker for the Section on IMGs and the Cardiology Section. New Orleans, LA, October 2019.

86. Learn Serve Lead 2019: The AAMC Annual Meeting. Invited Speaker. Phoenix, AZ, November 2019.

## PUBLISHED OP-EDS

1. **Trump's Travel Restrictions Will Make Americans Sicker, Not Safer** by William W. Pinsky, , M.D., FAAP, FACC, *STAT*, August 7, 2018. "It's debatable whether the U.S. Supreme Court's 5-4 decision to uphold President Trump's policy to prevent people from five Muslim-majority countries from entering the United States will protect national security. But it is certain to be a setback for the health of Americans."

2. **Trump's Travel Restrictions Will Make Americans Sicker, Not Safer**, by William W. Pinsky, M.D., FAAP, FACC, *STAT*, August 7, 2018.

3. **Commentary: Trump's Immigration Policies Could Exacerbate Physician Shortage**, by William W. Pinsky, M.D., FAAP, FACC, *Modern Healthcare*, September 8, 2018. "Immigration is directly connected to the physician shortage because meeting the health care needs of our population would be impossible without the continued contributions of doctors educated abroad."

4. **Trump's Immigration policies Could Exacerbate Physician Shortage**, by William W. Pinsky, M.D., FAAP, FACC, *Modern Healthcare*, September 8, 2018.

5. **Immigration is Essential to Filling U.S. Physician Demand**, by William W. Pinsky, M.D., FAAP, FACC, and Mandeep R. Mehra, MBBS, MSC, FRCP, *Diagnostic and Interventional Cardiology*, April 15, 2019.

6. **International Medical Graduates—Vital to Cardiovascular Care Here and Abroad**, by William W. Pinsky, M.D., FAAP, FACC, *Congenital Cardiology Today*, September 2019.

7. **International Medical Graduates in US Cardiovascular Care Are Vital to Health Care in the USA and Beyond**, by William W. Pinsky, M.D., FAAP, FACC, and Mandeep R. Mehra, MBBS, MSC, FRCP, *Cardiovascular News*, September 2019.

8. **New Visa Rule Will Harm Docs, Risk Lives During Pandemic**, by William W. Pinsky, M.D., FAAP, FACC, *Medscape*, November 12, 2020.