# EXHIBIT 2

Documents Reviewed by Dr. Pinsky in connection with
*Natalia Ortiz, on behalf of herself and a class of similarly situated persons,*
*v. Saba University School of Medicine and R3 Education, Inc.*

- Class Action Complaint for violations of Massachusetts Consumer Protection Act pursuant to Massachusetts General Laws Chapter 93A, § 2; Massachusetts General Laws Chapter 266, § 91; and unjust enrichment, dated August 30, 2023

- Defendants' Memorandum in Opposition to Plaintiff's Motion for Class Certification Class, dated July 19, 2024

- Document number R3S00012037: Saba advertisements on various platforms, including Facebook, Twitter, Instagram, LinkedIn, and Google Ads

- Document number R3S00012685: Email from Donald Donahue (d.donahue@r3education.com) to the marketing manager regarding current Saba student numbers and attrition assessment, dated February 19, 2021

- Document number R3S00012685: Email from Donald Donahue (d.donahue@r3education.com) to strategy group regarding residency match rates and attrition figures, dates August 27, 2020

- Document number R3S00022350: Chart showing Saba's enrollment and attrition rates from Spring 2018 through Spring 2021