**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) |
| | ) ) **1:23-cv-12002-WGY** |
| | ) **CLASS ACTION** |
| SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC., | ) ) ) |
| | ) ) |
| *Defendants*. | ) |

<u>**SUPPLEMENTAL DECLARATION OF MARGARET M. SILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**</u>

Margaret M. Siller, being duly sworn, deposes and says under penalty of perjury:

1.      I am a Shareholder in the Nashville, Tennessee office of Maynard Nexsen PC and am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in this Declaration is based upon my personal knowledge and pursuant to 28 U.S.C. § 1746.

2.      Along with my co-counsel, Alexander S. Elson at the National Student Legal Defense Network ("Student Defense") and Patrick T. Egan of Berman Tabacco, I represent Plaintiff Natalia Ortiz ("Plaintiff" or "Ms. Ortiz") in the above-captioned action.  I have been admitted to appear before this Court *pro hac vice*.

3.      I make this Supplemental Declaration in support of Ms. Ortiz's Motion for Class Certification ("Motion").

1

4.     Attached as Exhibit 1 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between (among others) Sabastian Dyer, Steven Rodger, and Donald Donahue dated from May 27, 2020 to May 28, 2020, which bear the following Bates numbers: R3S00025712 through R3S00025717 (designated confidential by Defendants).

5.     Attached as Exhibit 2 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of edits to Saba's website made by R3 CEO Steven Rodger, which bear the following Bates numbers: R3S00025718 through R3S00025726.

6.     Attached as Exhibit 3 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Scott Taylor dated May 4, 2018 through May 9, 2018, which bear the following Bates numbers: R3S00016284 through R3S00016285 (designated confidential by Defendants).

7.     Attached as Exhibit 4 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Joseph Kelly dated August 17, 2018 to August 20, 2018, which bear the following Bates numbers: R3S00016142 through R3S00016143.

8.     Attached as Exhibit 5 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Steven Rodger and Donald Donahue dated May 5, 2020, which bear the following Bates number: R3S00015842.

9.     Attached as Exhibit 6 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between the Saba admissions office and a prospective student dated October 19, 2020, which bear the following Bates numbers: R3S00026498 through R3S00026501 (designated confidential by Defendants).

10.     Attached as Exhibit 7 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Saba personnel and a prospective student dated September 18, 2018

to September 19, 2018, which bear the following Bates numbers: R3S00028831 through R3S00028832.

11.    Attached as Exhibit 8 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Steven Rodger, Philippe VanHecke, and Donald Donahue dated May 24, 2021, which bear the following Bates numbers: R3S00024119 through R3S00024120 (designated confidential by Defendants).

12.    Attached as Exhibit 9 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a 2022 Saba University School of Medicine Acceptance Survey, which bears the following Bates numbers: R3S00016462 through R3S00016478 (designated confidential by Defendants).

13.    Attached as Exhibit 10 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email and attachment from Amy LeCain to Patrick Donnellan dated February 7, 2018, which bears the following Bates numbers: R3S00022067 through R3S00022096 (designated confidential by Defendants).

14.    Attached as Exhibit 11 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Terry Moya, Susan Horvath, and Larrissa Green dated May 1, 2022 to May 2, 2022, which bear the following Bates numbers: R3S00022097 through R3S00022102 (designated confidential by Defendants).

15.    Attached as Exhibit 12 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Terry Moya and Moe Kamal dated December 16, 2021, which bear the following Bates numbers: R3S00022289 through R3S00022290 (designated confidential by Defendants).

16.     Attached as Exhibit 13 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Terry Moya and Moe Kamal dated November 11, 2021 to November 23, 2021, which bears the following Bates numbers: R3S00022360 through R3S00022362 (designated confidential by Defendants).

17.     Attached as Exhibit 14 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Terry Moya dated May 13, 2022, which bears the following Bates number: R3S00022280 (designated confidential by Defendants).

18.     Attached as Exhibit 15 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a 2023 report entitled "Retreat Report: GUS Canada & R3 Strategy Meeting" prepared by McMillan Vantage Policy Group, which bears the following Bates numbers: R3S00021917 through R3S00021927 (designated confidential by Defendants).

19.     Attached as Exhibit 16 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Melissa Kushner, Jennifer Bosco, Gerald Wargo, and Sarah Russell dated March 23, 2022, which bear the following Bates numbers: R3S00022132 to R3S00022133.

20.     Attached as Exhibit 17 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Tiffny Rohner dated March 14, 2019, which bear the following Bates number: R3S00012697 (designated confidential by Defendants).

21.     Attached as Exhibit 18 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Steven Rodger, Sarah Russell, and Gerald Wargo dated July 25, 2022 through July 26, 2022, which bears the following Bates numbers: R3S00022125 to R3S00022126 (designated confidential by Defendants).

22.     Attached as Exhibit 19 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a 2022 site visit report from the New York State Board of Education entitled

"International Medical Schools Seeking Long-term Clinical Clerkship Approval in New York State," which bears the following Bates numbers: R3S00030717 to R3S00030749 (designated confidential by Defendants).

23.     Attached as Exhibit 20 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a chart showing Financial Aid Attrition data from Spring 2018 to Spring 2021, which bears the following Bates number: R3S00022350 (designated confidential by Defendants).[1]

24.     Attached as Exhibit 21 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Lipsheon Jhand dated February 18, 2021 to February 19, 2021, which bear the following Bates numbers: R3S00012685 through R3S00012686 (designated confidential by Defendants).

25.     Attached as Exhibit 22 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Kim T. Coon dated August 27, 2020, which bear the following Bates numbers: R3S00012689 through R3S00012690 (designated confidential by Defendants).

---

[1] The spreadsheet provides retention rates, or the percentage of students still enrolled, by semester from Spring 2018 through Spring 2021.  The inverse number to the retention rate is the attrition rate, or the number of students that were no longer enrolled at Saba.  For example, in Summer 2018, 42 students enrolled in their 1st Semester at Saba.  Twenty of these students were still enrolled by their 5th Semester in Fall 2019.  Dividing the 5th Semester figure by the 1st Semester figure provides the retention rate.  Here, 20 divided by 42 provides the retention rate of 47.62%.  The inverse number, 52.38%, is the attrition rate of 5th Semester students that enrolled at Saba in Summer 2018.  Given the data available within the spreadsheet, it is not possible to accurately calculate attrition figures for the entire class period.  However, based on the data available through discovery thus far, the total number of students that enrolled at Saba from Spring 2018 through Fall 2019 appears to be 317.  The total number of these students that were enrolled during their 5th Semester is 179 students.  The retention rate is calculated by dividing the number of remaining students, 179, by the initial number of students, 317, which equates to 48.25%.  The inverse, 51.75%, is the attrition rate for students that matriculated at Saba from Spring 2018 through Fall 2019.

26.     Attached as Exhibit 23 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Gerald Wargo, Melissa Kushner, Cyndi McLeod, and Sarah Russell dated December 20, 2022, which bear the following Bates numbers: R3S00021747 through R3S00021752.

27.     Attached as Exhibit 24 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Joan Carter to Donald Donahue dated March 19, 2019, which bears the following Bates number: R3S00012696.

28.     Attached as Exhibit 25 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Joan Carter and Donald Donahue dated March 12, 2020 to March 13, 2020, which bear the following Bates numbers: R3S00012691 through R3S00012692 (designated confidential by Defendants).

29.     Attached as Exhibit 26 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Melissa Kushner and Gerald Wargo dated July 8, 2022, which bear the following Bates numbers: R3S00021829 through R3S00021830 (designated confidential by Defendants).

30.     Attached as Exhibit 27 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a version of Saba's "Admissions FAQs," which bears the following Bates numbers: R3S00014445 through R3S00014447.

31.     Attached as Exhibit 28 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation entitled "Find Your Edge at Saba," which bears the following Bates numbers: R3S00003900 through R3S00003944 (designated confidential by Defendants).

32.     Attached as Exhibit 29 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Saba's admissions office and a prospective student dated

November 18, 2021 to November 19, 2021, which bear the following Bates number: R3S00026497 (designated confidential by Defendants).

33.     Attached as Exhibit 30 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Saba's admissions office and a prospective student dated February 27, 2023 to March 9, 2023, which bear the following Bates numbers: R3S00026543 to R3S00026546 (designated confidential by Defendants).

34.     Attached as Exhibit 31 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Chris Cebula and a prospective student dated May 29, 2016 to August 15, 2016, which bear the following Bates numbers: R3S00029159 to R3S00029163.

35.     Attached as Exhibit 32 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Saba's admissions office and a prospective student dated August 2, 2021 to March 7, 2022, which bear the following Bates numbers: R3S00026552 through R3S00026553 (designated confidential by Defendants).

36.     Attached as Exhibit 33 is a true and correct copy, as produced to Ms. Ortiz by Defendants, is a report from the Dutch Inspectorate of Education dated October 13, 2021, which bears the following Bates numbers: R3S00026081 through R3S00026083 (designated confidential by Defendants).

37.     Attached as Exhibit 34 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation entitled "Life by Degrees," which bears the following Bates numbers: R3S00000081 through R3S00000128 (designated confidential by Defendants).

38.     Attached as Exhibit 35 is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation entitled "International Medical School Graduates & U.S.

Healthcare," which bears the following Bates numbers: R3S00003702 through R3S00003720 (designated confidential by Defendants).

39.     Attached as Exhibit 36 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated November 2, 2018, which bears the following Bates number: P-000359.

40.     Attached as Exhibit 37 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated June 16, 2019, which bears the following Bates numbers: P-000393 through P-000398.

41.     Attached as Exhibit 38 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated May 31, 2019, which bears the following Bates numbers: P-000399 through P-000404.

42.     Attached as Exhibit 39 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated June 23, 2019, which bears the following Bates numbers: P-000405 through P-000410.

43.     Attached as Exhibit 40 is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated July 2, 2019, which bears the following Bates numbers: P-000799 through P-000804.

44.      Attached as Exhibit 41 is a true and correct copy of excerpted pages from the deposition of Plaintiff Natalia Ortiz taken on June 28, 2024.

45.     Attached as Exhibit 42 is a true and correct copy of the March 29, 2022 Memorandum of Decision and Order on Defendant's Motion for Judgment on the Pleadings in *Balasanyan v. R3 Education, Inc*., No. 2085CV01052 (Mass. Super. Mar. 29, 2022).

46.     Attached as Exhibit 43 is a true and correct copy of R3 Education, Inc., d/b/a Saba University School of Medicine's Answer to Plaintiff's Complaint in *Woode v. R3 Education, Inc., d/b/a Saba University School of Medicine*, No. 2381-CV-00982 (Mass. Super. Ct.).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: August 16, 2024                      _____

Margaret M. Siller