# EXHIBIT 1

**From:** Sabastian Dyer on behalf of Sabastian Dyer <sabastian.dyer@gus.global>
**Sent:** Thursday, May 28, 2020 1:08 PM
**To:** d.donahue@r3education.com
**CC:** Richard Fitzgerald; Graeme Simpson
**Subject:** RE: Saba website comments from Steve at R3 - amends required
**Attachments:** 20200526_website comments-SD.docx

Hi Don,

You'll notice the site has been updated if you've looked recently, so you can go ahead and check I've made all of the changes that Steve has asked for.

https://saba-web-stage.azurewebsites.net/

Dev are finalising the updates that require input from their side which will be done 5pm Spanish time, 4pm UK, and so around 11am your time. Then hopefully everything will be resolved, except for the Maple flag, I added a section in admissions on things to consider > https://saba-web-stage.azurewebsites.net/admissions/



**Let me know your thoughts on launching the site, then we'll need to set-up a quick call for your IT and our IT.**

Best,
Sab


**Sabastian Dyer**
Head of Marketing
**Global University Systems**
30 Holborn
Buchanan House, London, EC1N 2LX,
**Direct:** +44 (0) 20 3750 4078
**Switchboard:** +44 (0)20 3435 4455
**Email:** sabastian.dyer@gus.global
**Web:** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global incorporated in the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify info@globaluniversitysystems.com. Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** Sabastian Dyer
**Sent:** 28 May 2020 06:55
**To:** d.donahue@r3education.com
**Cc:** Richard Fitzgerald <Richard.Fitzgerald@gus.global>; Graeme Simpson <graeme.simpson@gus.global>
**Subject:** RE: Saba website comments from Steve at R3 - amends required

Hi Don,

All the site changes are done that I can do, please look over the attached – where I have added comments, screenshots or in green.

I will ask the IT team to push the site for updates this morning and ask them about the development work, if big or small, and then advise.

When the site is refreshed, my changes will then be reflected on the new site, then you can compare my changes to the website.

Then hopefully means we can agree a launch date.

Best,
Sab

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** 27 May 2020 22:43
**To:** Sabastian Dyer <sabastian.dyer@gus.global>
**Cc:** Richard Fitzgerald <richard.fitzgerald@gus.global>; Graeme Simpson <graeme.simpson@gus.global>
**Subject:** RE: Saba website comments from Steve at R3 - amends required

**EXTERNAL EMAIL WARNING:** Do not click on links or open attachments unless you recognise the sender and know the content is safe.

Hi Sab,
Thanks for jumping on this. I'll also review in the AM.

Messaging is the most critical component so the edits you are making will go a long way. If there are items that require development work from the overseas team, we should be able to work around that. Do you know how frequently this site refreshes? I am assuming it will done so by morning.

Let's regroup tomorrow.
Regards,
Don

**From:** Sabastian Dyer <sabastian.dyer@gus.global>
**Sent:** Wednesday, May 27, 2020 3:19 PM
**To:** d.donahue@r3education.com
**Cc:** Richard Fitzgerald <richard.fitzgerald@gus.global>; Graeme Simpson <graeme.simpson@gus.global>
**Subject:** RE: Saba website comments from Steve at R3 - amends required

Hi Don,

Thank you for passing this on.

I'm perhaps half way through his amends (attached with my comments – green = I've changed) (when the site gets published it will update) which were mainly text changes, a few typos from my side, apologies, the majority were brought over from the current website – I will finish these amends tomorrow morning, **if we appease 95% of Steve's comments, is the site allowed to go live?**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00025713

I know that has to be caveated with which exactly are not updated, **but I just wanted to check to find out realistically when we can launch.**



20200526_website comments-SD
Search
Design
Layout
References
Mailings
Review
View
Help
Focus
Immersive Reader
Vertical
Side to Side
Ruler
Gridlines
Navigation Pane
Thumbnails
New Window
Arrange All
Immersive
Page Movement
Show
Zoom
1
2

Best,
Sab

**Sabastian Dyer**
Head of Marketing
**Global University Systems**
30 Holborn
Buchanan House, London, EC1N 2LX,
**Direct :** +44 (0) 20 3750 4078
**Switchboard :** +44 (0)20 3435 4455
**Email :** sabastian.dyer@gus.global
**Web :** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively info@globaluniversitysystems.com . Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** 27 May 2020 19:37
**To:** Sabastian Dyer <sabastian.dyer@gus.global>
**Cc:** Richard Fitzgerald <richard.fitzgerald@gus.global>
**Subject:** FW: 20200526_website comments

EXTERNAL EMAIL WARNING: Do not click on links or open attachments unless you recognise the sender and know the content is safe.

Hi Sab,
This file on the website was forwarded to Graeme but I suspect I know who's desk it will eventually land on. The comments are pretty substantial but also pretty self-explanatory. Please let me know if you have any questions.
Regards,
Don

**From:** Steve Rodger <srodger@equinox-capital.com>
**Sent:** Wednesday, May 27, 2020 12:50 PM
**To:** 'Graeme Simpson' <graeme.simpson@gus.global>
**Cc:** d.donahue@r3education.com
**Subject:** FW: 20200526_website comments

Graeme,
Attached are our comments to the Saba website. If you have any questions, please call.
Best,

Steve

---

**From:** pjd@equinox-capital.com <pjd@equinox-capital.com>
**Sent:** Wednesday, May 27, 2020 1:35 PM
**To:** scr@equinox-capital.com
**Subject:** 20200526_website comments

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER	R3S00025717