# EXHIBIT 2

**Comments re:** http://saba-web-stage.azurewebsites.net/

**Homepage:**

1. Start your journey to becoming ~~a~~an MD
2. Discover where Saba can take you
    a. Why does this headline describe where Saba is located in the Caribbean? Changed to Discover where Saba is located
3. "Programs" in top bar – change to "MD Program"
4. "Student Experience" in top bar – the only drop down is currently "Graduate Success Stories". This should have "Student Experience", or some other drop downs
    a. Also, the bottom of the Student Experience page says "St. Matthew's University"
5. Universally – C/O should be lower case: c/o
6. Terms of use and privacy policy should be reviewed to make sure they are up to date. The privacy policy link in the lower right hand corner and the terms of use in all instances should go to the relevant GUS policies on the GUS website. From page to page there is inconsistency that needs to be fixed.

https://saba-web-stage.azurewebsites.net/terms-of-use/

https://saba-web-stage.azurewebsites.net/privacy-policy/

7. mySaba should not have a space in it and should be lowercase m and capital S. Also, the login should be "Student Login" not "Alumni Connection Portal Login"
8. FAQ (http://saba-web-stage.azurewebsites.net/faq/)
    a. FAQ should be above "Frequently asked questions"
    b. What is the success rate of your graduates – update USMLE pass rate date to most recent.
    c. What is the deadline for applying to Saba University? – replace colon at end of first sentence with a period.
    d. In "What kind of learning facilities will I find at Saba University?" – remove "on-campus" prior to dorms.
    e. In "How do your tuition and fees compare with other medical schools" –
        i. "Tuition and fees at Saba University are substantially lower than they are at other medical schools"  change to " Tuition and fees at Saba University are substantially lower than they are at other comparable medical schools"
        ii. Change: "Other medical schools in the Caribbean with comparable recognition charge 60% to 80% more than Saba in tuition and fees.  This enables Saba University students to complete their education with far less indebtedness than those of virtually any other school." To: "Other medical schools in the Caribbean with comparable recognition charge 60% to 80% more than Saba in tuition and fees.  This enables Saba University students to complete their education with far less indebtedness than any other comparable school."
    f. "What about housing?"

      i. Replace: "To ease your transition, unaccompanied first semester students live in one of three on-campus dorms, built exclusively for our students. Dorms are available on a first-come, first-served basis." With "To ease your transition, unaccompanied first semester students live in dorms adjacent to the campus, built exclusively for our students. Dorms are available on a first-come, first-served basis."

      ii. Replace: "On average, fully furnished housing prices start at around $500 for a studio/one-bedroom apartment and go up to $1,200–$1,500 for a 3-4 bedroom house." With: "On average, fully furnished housing prices start at around $675 for a studio/one-bedroom apartment and go up to $1,200–$1,800 for a 3-4 bedroom house."

      iii. Housing link:
1. the bullets in the food section are a different font size than the rest of the page.  Delete name and "President" at end of "African Diaspora" description
2. Link takes you to the old saba website

  g. "Are there cadavers in Gross Anatomy?"
      i. Replace title with "Are cadavers utilized in Anatomy?"
      ii. Replace text with: "Students at Saba University dissect cadavers in Anatomy. Students, under the supervision of a professor, work in small groups with an assigned cadaver."

  h. "How long will it take to earn my degree?"
      i. Replace text: "Saba University makes it possible for students to earn their degree in under 4 years. Our students spend 20 months studying Basic Sciences on the campus in Saba, complete an 8-week research module and return to the U.S. or Canada for 72 weeks of clinical rotations. We manage our clinical program to ensure that there are enough available clerkships for our students to complete their core rotations without delay. Saba University has affiliations with ACGME-approved teaching hospitals in the U.S. (and their equivalent in Canada)—more than enough to ensure timely placement for our students." With: "Saba University makes it possible for students to earn their degree in under 4 years, spending 20 months studying Basic Sciences on the campus in Saba, completing an 8-week research module and returning to the U.S. or Canada for 72 weeks of clinical rotations.  Saba University has affiliations with ACGME-approved teaching hospitals in the U.S. (and their equivalent in Canada)—more than enough to ensure timely placement for our students."

  i. "How do I pay my tuition fees?"  Replace with "How do I pay my tuition and fees?"

9. Employment (http://saba-web-stage.azurewebsites.net/employment/) link to "Start your employment application" doesn't work
10. In all instances where we say "*You can begin your medical studies at Saba University in September, January or May.*"  Please use this order of the months (i.e., September, January or May).  Some instances say January, May or September.
11. In all instances remove "on-campus" from prior to dorms, or replace with "dorms adjacent to campus"

12. Will the Canadian maple leaf button and link still be available?  "https://www.saba.edu/about-us/canadian-applicants", and the download a viewbook "https://www.saba.edu/viewbook" link?



13. Can we include the maps of residency placements and maps of clinical rotation sites somewhere?  These visual aids helped convey the comprehensive geographic coverage of both (especially for those of our students who don't bother to read, but just look at pictures!).
14. Is there a reason in all the grey sub-tabs that the headers in white text are not aligned on the left margin with the text below?



15. At the bottom of all pages "SABA University School of Medicine" should be "Saba University School of Medicine" (i.e., not all caps for Saba), also should there be a copyright before "2020 Saba University School of Medicine"



**Basic Sciences:**  (http://saba-web-stage.azurewebsites.net/programs/basic-sciences/)

1. "From $17,900" in pop up window
    a. Needs to note that this excludes fees or note that it is solely tuition.
    b. Price per semester / 5 in total  -- Should say Price per semesters 1-5, or Tuition per semesters 1-5

2. Replace "Modules" with courses or curriculum
3. Replace "Financials" with "Financial" or "Tuition and Fees" or "Financial Information"
4. Replace "Admissions – How to apply" with just "Admissions"
5. Do we need USMLE Exam Preparation on all the tabs within the basic science page (i.e., overview, modules, financials, Admissions-how to apply)
6. Contact Us (on all pages) – text is jumbled. Perhaps some line breaks
7. Overview of Financial Fees – either "Financial Fees" or "Overview of Financial Fees"
8. Admissions Page: "**For full admissions requirements, please read this page.**" The link doesn't seem to work

**Clinical Medicine:**  (http://saba-web-stage.azurewebsites.net/programs/clinical-medicine/)

1. "From $20,700" in pop up window
    a. Needs to note that this excludes fees or note that it is solely tuition.
    b. Price per semester / 5 in total  -- Should say Price per semesters 6-10, or Tuition per semesters 6-10
2. "Offering excellent placements and hospital partner" add "s" to partner -- "Offering excellent placements and hospital partners"
3. "Obstetrics and Gynecology" on the "Rotations" tab should have "6 weeks" added consistent with the other core rotations
4. Replace "Financials" with "Financial" or "Tuition and Fees" or "Financial Information"
5. Hospital list:
    a. Add St. Elizabeth's Hospital, Washington, DC
6. Financials:
    a. Replace "The Clinical Medicine program costs $20,700 per semester (Semesters 6-10)." With "Clinical Medicine tuition $20,700 per semester (semesters 6-10)."

**Financial Information:**  (http://saba-web-stage.azurewebsites.net/admissions/financial-information/)

1. "At Saba University, we are cognizant of the cost of medical education."
2. "Saba University offers a tuition that compares extremely favorably to other schools while delivering on our commitment to quality." Replace with:  "Saba University's tuition compares extremely favorably to other schools while delivering on our commitment to quality."
3. Change "… Saba University offers the most cost-effective tuition. This enables students to complete their education with far less indebtedness." To "…Saba University offers an extremely attractive value proposition that enables students to complete their education with far less indebtedness."
4. In "Tuition Payment Policies", should "Late Fees" be bold?
5. In "Competitively Priced" – add footnote to Tuition and Fees "1. Four-year tuition and fees."

**Student Experience:**  (http://saba-web-stage.azurewebsites.net/student-experience/)

R3S00025721

1. "More than 25 years and 2,500+ successful graduates later, we're proud to say that Saba University has lived up to that vision." We either need the prior sentence that describes the vision, or change to: "More than 25 years and 2,500+ successful graduates later, we're proud to say that Saba University has lived up to its founding vision."
2. At the bottom of the Student Experience page says "St. Matthew's University" this should say "Saba University School of Medicine"

**Testimonials:** (http://saba-web-stage.azurewebsites.net/testimonials/)

1. Testimonials – remove year of graduation from student name / description
2. Graduate Placements over the years: can we reformat? Perhaps horizontally with boxes for each year?

**Admissions:** (http://saba-web-stage.azurewebsites.net/admissions/)

1. In "Things to Consider" –
    a. Why do we have technical standards here? Remove and relocate as described below.
2. We are *not sure if this can get done now, but we would like to add and "Admissions Candidacy Assessment as a major sub-category within admissions. We believe this is a change we need to made in our application review process in order to remain competitive and increase our lead conversion rate. This is something we were planning to introduce for the September intake if possible. This would require a form and the collection of a few items, including: Name, country of residence, semester of interest, most recent gpa, whether they have taken MCAT, mobile phone and email. This addition could really help strengthen our connection with prospective students, all of whom want to know how strong a candidate they are before they complete the full online application.*

**Technical Standards:** (http://saba-web-stage.azurewebsites.net/admissions/technical-standards/)

1. Should this be its own page? Can we just add it to the Admissions Requirements as its owns section under the Requirements?
2. "Technical Standards   Recommended attributes for success" -- change to : "Technical Standards   Essential Abilities and Characteristics"

**Why Saba:** (http://saba-web-stage.azurewebsites.net/why-saba/)

1. "More than 25 years and 2,500+ successful graduates later, we're proud to say that Saba University has lived up to that vision." Should say "More than 25 years and 2,500+ successful graduates later, we're proud to say that Saba University has lived up to its founding vision."
2. Replace: "Between 2015 and 2019, the first time USMLE pass rate averaged 99% - a consistently strong performance." With "Between 2015 and 2019, the first time USMLE Step 1 pass rate averaged 99% - a consistently strong performance."
3. Under Why Saba University:

    a. "Eligible for U.S and Canadian Loans offering students the ability to study with" – replace with "Students are eligible for U.S. Federal and Canadian Provincial Loans"

    b. "Between 2015 and 2019, the first time pass rate averaged 99% - a consistently strong performance." Replace with: "USMLE Step 1: Between 2015 and 2019 the first time pass rate averaged 99%.)

4. Accreditations and Approvals:

    a. Add California between NY and FL "Recognized by the Medical Board of California: Recognition is also necessary for licensure. Additionally, other states follow California's recognition for the purposes of licensure."

5. History of Success:

    a. Replace "*For the past several years Saba University students have achieved a 99% Step One first-time past rate. In 2017, this rate was a perfect 100%, placing Saba's results in the top echelon of medical schools in the country.*" With: "For the past several years Saba University students have achieved a 99% first-time pass rate on USMLE Step 1. In 2017, this rate was a perfect 100%."

    b. Replace "Saba University grads are extremely successful in the U.S. residency matching program, achieving residencies on a par with U.S. medical schools, higher than U.S. osteopathic schools and significantly higher than other international medical schools." with "Saba University graduates have enjoyed great success in securing residencies. Saba's success is on par with U.S. medical schools, greater than most U.S. osteopathic schools and significantly greater than most International medical schools."

    c. Replace "In Canada, where access to medical school is even more competitive than in the U.S., Saba has earned an equally strong reputation through large numbers of placements in the CaRMS." With: "In Canada, where access to medical schools and residencies thereafter, is extremely competitive Saba has earned a strong reputation through large numbers of placements in the Canadian Residency Matching System, or CaRMS."

6. Exceptional Value

    a. "Since its founding more than 20 years ago" change to "Since its founding more than 25 years ago"

    b. "That means you'll graduate from Saba not only with an incomparable medical education, but with less debt than graduates of most other medical schools." Change to: "This means you will graduate from Saba with a top-tier medical education with less debt than graduates of most other medical schools."

    c. Change "The chart below shows how Saba's tuition compares with U.S. medical schools and with other Caribbean medical schools that qualify for the U.S. William D. Ford Federal Direct Loan Program." To "The chart below shows how Saba's tuition compares with that of U.S. medical schools and other Caribbean medical schools that qualify for U.S. Federal Student Aid."

    d. Add a footnote to tuition and fees to note: "Four-year tuition and fees."

**Admissions Requirements:** (http://saba-web-stage.azurewebsites.net/admissions/admission-requirements/)

1. Should "Do you believe you have what it takes to become a doctor?" read "Do you believe you have what it takes to become an MD?"

**How to apply:** (http://saba-web-stage.azurewebsites.net/admissions/how-to-apply/)

1. Change: "MUA accepts applications at any time during the year. First semester classes begin in September, January and May." To "Saba accepts…"

**What we look for:** (http://saba-web-stage.azurewebsites.net/admissions/what-we-look-for/)

1. Change: "What we look for   A checklist as a prospective student and future MD" to "What we look for  The person behind the application"
2. Can we make this paragraph bold or more prominent that the prior: "We also look beyond the coursework and test scores to get a sense of the person behind the application, and how likely he or she is to be a successful medical student—and a great doctor."
3. Typo: "Responsability" change to "Responsibility"
4. Change "Ethic & Morals" to "Ethics & Morals"

**Financial information:** (http://saba-web-stage.azurewebsites.net/admissions/financial-information/)

1. See previous comments.

**Financial aid:** (http://saba-web-stage.azurewebsites.net/admissions/financial-aid/)

1. Please change "Canadian students are eligible for Federal Loans through the Ministry of Education Student Support Branch in the province of residence." To read:  "Saba University School of Medicine is approved by Canadian Ministry of Education entitling most students to receive Canadian Federal and Provincial Loans."
2. Change header "Financial Aid - Canadian Citizens" to "Financial Aid – Canada"
3. Financial Aid – United States
    a. Please change unsubsidized interest rate to read:  "All loans disbursed after July 1, 2020 have a fixed rate of 4.30%…"
    b. Please change the Grad plus interest rate to read:  "All loans first disbursed after July 1, 2020 have a fixed interest rate of 5.30% …."
    c. Federal direct unsubsidized Stafford loan – capitalize:  Federal Direct Unsubsidized Stafford Loan
    d. Federal direct grad plus loan – capitalize:  Federal Direct Grad Plus Loan

**Scholarships:** (http://saba-web-stage.azurewebsites.net/admissions/scholarships/)

1. "Saba University has a number of scholarships available,  please take a look at these below." – remove comma before "please".
2. U.S. Scholarship Information
    a. Font is bigger than the Canadian.  Please re-size.
    b. Prelude.  Replace second to last sentence with:  "As such, Saba has established the U.S. Academic Scholarship to assist applicants in financing their education."
    c. Replace Academic Criteria through Awards with the text from the Canadian Merit Scholarship as modified below.  However, please leave the asterix footnote for US students referencing the award amount.

3. Canadian Merit Scholarship
   a. Replace second sentence in prelude with:  "With this in mind, Saba has established the Canadian Merit Scholarship to assist applicants in financing their education."
   b. Change award amount text to "Up to US $25,000 in total, disbursed in a manner and over timeframe determined the by Scholarship Committee.  Amounts applied against tuition only."
   c. Ongoing Eligibility:  Replace text with  "After matriculation a student must remain in good academic standing and progressing in a timely manner (no remediation) toward completion of the program."

**Technical Standards:** (http://saba-web-stage.azurewebsites.net/admissions/technical-standards/)

1. See comments above.

**Apply now:** (http://saba-web-stage.azurewebsites.net/admissions/apply-now/)

1. "To begin your application, please click the Apply Now button below." – we should either make the Apply Now link a button, or change to :  "To begin your application, please click Apply Now below."

**Canadian Applicants:** (http://saba-web-stage.azurewebsites.net/admissions/canadian-applicants/)

1. Can we move Canadian Applicants up in the order of sub-admissions areas between financial aid and scholarships?
2. Change opening text "Canadian Applicants    The school of choice for Canadians seeking medical education" to "Canadian Applicants    The school of choice"
3. Remove bullet from "Making up a significant…"
4. Make sub bullets below that solid



- Making up a significant portion of our student body, Canadian students are attracted to Saba for all the same reasons that draw students from the U.S. and other countries—but these reasons stand out:
   - Saba's incredibly strong track record of securing clinical rotations and residency placements in Canada
   - Saba's tuition structure, which fits in with the financial resources available to Canadian students, both for provincial loans and private sources of funding
   - **Merit Scholarship:** Saba has established the Canadian Merit Scholarship to assist qualified applicants in financing their education.

5. Can we reduce the space between the text and the first drop down bar?



- available to Canadian students, both for provincial loans and private sources of funding
- Merit Scholarship: Saba has established the Canadian Merit Scholarship to assist qualified applicants in financing their education.



Clinical Rotations in Canada

6. Change "Merit Scholarship: Saba has established the Canadian Merit Scholarship to assist qualified applicants in financing their education." To: "Merit Scholarship: Saba has established the Canadian Merit Scholarship to assist applicants in financing their education."
7. Financial Aid Options
    a. Remove colon from tab title
    b. Change "Saba's Canadian students are approved to apply for financial aid through their provinces. In addition, numerous banks provide student lines of credit to supplement or substitute for the provincial loan alternative." to "Saba University School of Medicine is approved by Canadian Ministry of Education entitling most students to receive Canadian Federal and Provincial Loans"
    c. Please add a link to the Canadian financial aid page – e.g., for more information and financial aid options for Canadian students please click here….
8. All the grey drop down tabs below "Financial Aid Options" should be removed from this page.

**Block & News:** (http://saba-web-stage.azurewebsites.net/blog/)

1. Remove dates from the pictures
2. Remove "Written by Saba Communications" or "Written by Name"
3. Some of the news items do not load an image above the title of the topic. Please confirm whether there is an image, or if there is just a loading problem.

**Events:** (http://saba-web-stage.azurewebsites.net/events-and-webinars/)

1. Replace "Meet Saba This Spring" with "Upcoming Events"
2. Replace text ("In light of … We look forward to seeing you") with:
    "Discover why Saba consistently outperforms other medical schools, hear directly from school administrators and recent Saba graduates and find the answers to all your questions. Allow us to help you chart your course for the future and register for one of our events to get the facts you need about attending Saba.

    Our schedule of upcoming events is presented below. We look forward to seeing you."

**Contact Us:** (http://saba-web-stage.azurewebsites.net/contact-us/)

1. Change "US Office" to "US Administrative Office"
2. Add email: admissions@saba.edu