# EXHIBIT 3

**From:** Scott Taylor on behalf of Scott Taylor <s.taylor@r3education.com>
**Sent:** Wednesday, May 9, 2018 5:13 PM
**To:** Don Donahue
**Subject:** RE: Saba edits


All set.

Scott

---

**From:** d.donahue@r3education.com [mailto:d.donahue@r3education.com]
**Sent:** Wednesday, May 09, 2018 11:57 AM
**To:** 'Scott Taylor'
**Subject:** RE: Saba edits


Hi Scott,

The sentence I inserted for https://www.saba.edu/about-us sounds kind of wonky after re-reading.  Would you re-word as follows?

**Currrently -** Over recent years, by the measure of passing the USMLE on the first attempt, Saba was in the top 10% of all US medical schools and, in 2017, our students went one step further scoring a perfect 100% pass-rate.  Furthermore, our graduates attained residency placements in the U.S. and Canada at a rate that's on par with graduates of U.S. schools, and much higher than graduates of other international schools."

**My edit:"** In recent years, 99% of our students have passed the USMLE Step 1 exam on their first attempt. In 2017, our students went one step further, scoring a perfect 100% pass-rate. Furthermore, our graduates attained residency placements in the U.S. and Canada at a rate that's on par with graduates of U.S schools, and much higher than graduates of other international schools.

Thanks

---

**From:** Scott Taylor <s.taylor@r3education.com>
**Sent:** Tuesday, May 8, 2018 3:47 PM
**To:** Don Donahue <d.donahue@r3education.com>
**Subject:** RE: Saba edits


Don, sorry for the delay. All the changes have been made. Please let me know if anything additional is needed.


Thanks
Scott

---

**From:** d.donahue@r3education.com [mailto:d.donahue@r3education.com]
**Sent:** Friday, May 04, 2018 3:13 PM
**To:** 'Scott Taylor'
**Subject:** Saba edits


Hi Scott,

I think I got them all below.  Thanks for your help.

Don

　　1. https://www.saba.edu/

　　　　a. Home screen rotating banner – **Change to** 100%

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    R3S00016284

2. https://www.saba.edu/about-us/history-of-success

   a. **Change paragraph 2** "In recent years, Saba University students have achieved a 99% USMLE Step One first-time pass rate, outpacing students at 89% of U.S. medical schools." **TO THE FOLLOWING:** "For the past several years Saba University students have achieved a 99% Step One first-time past rate.  In 2017, this rate was a perfect 100%, placing Saba's results in the top echelon of medical schools in the country"

2. https://www.saba.edu/about-us

   a. **Change  in Record Of Success paragraph "** In recent years, 99% of our students have passed the USMLE Step 1 exam on their first attempt—and they've attained residency placements in the U.S. and Canada at a rate that's on par with graduates of U.S. schools, and much higher than graduates of other international schools." **TO THE FOLLOWING:"**  Over recent years, by the measure of passing the USMLE on the first attempt, Saba was in the top 10% of all US medical schools and, in 2017, our students went one step further scoring a perfect 100% pass-rate. Furthermore, our graduates attained residency placements in the U.S. and Canada at a rate that's on par with graduates of U.S. schools, and much higher than graduates of other international schools."

3. https://www.saba.edu/about-us/why-saba

   a. **Change:   99% USMLE Step 1 first-time pass rate:** In 2014, our students outperformed those at 89% of U.S. medical schools.*

   b. **TO: 100% USMLE Step 1 first-time pass rate:**  Preparation leads to perfection and Saba's results are comparable with the top medical school programs in the country.

   c. **Remove the asterisk and footnote**

4. **https://www.saba.edu/admissions/open- houses**

   a. **Change in Section USMLE & MCCEE Results –** "including a near perfect 99% " **TO** "including a perfect 100%"

5. https://www.saba.edu/academics/basic- sciences-curriculum/usmle- step-1-exam-prep

   a. **Last Paragraph Change** 99% **TO** 100%

6. https://www.saba.edu/how-to-choose-a-med-school

   a. **Under Question 4:** The result is a USMLE Step 1 first-time pass rate of 99%—which is higher than most U.S. medical schools.  **Change to:** The result is a USMLE Step 1 first-time pass rate of 100%—perfect!

7. https://www.saba.edu/faqs

   a. **Under "What is success rate of your graduates?"  Change "** In 2013, the passing rate of Saba students on the USMLE Step 1 was over 99%." **TO**  In 2017, the first-time passing rate of Saba students on the USMLE Step 1 was 100%

8. Landing pages:

http://learn.saba.edu/canada-feb-2018

http://learn.saba.edu/usa- february-2018

http://learn.saba.edu/canada-feb-2018-2

http://learn.saba.edu/usa- february-2018-2

http://learn.saba.edu/canada-feb-2018-3

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**