# EXHIBIT 4

**From:** d.donahue@r3education.com
**Sent:** Monday, August 20, 2018 3:17 PM
**To:** 'Joseph Kelly'
**Subject:** RE: Edits to landing pages and marketing material

Great, thanks

**From:** Joseph Kelly <joe@kckny.com>
**Sent:** Monday, August 20, 2018 9:44 AM
**To:** d.donahue@r3education.com
**Subject:** RE: Edits to landing pages and marketing material

Don
All of the changes have been made to saba and mua landing pages
Joe

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** Monday, August 20, 2018 9:51 AM
**To:** Joseph Kelly <joe@kckny.com>
**Subject:** RE: Edits to landing pages and marketing material

That's fine.

**From:** Joseph Kelly <joe@kckny.com>
**Sent:** Monday, August 20, 2018 8:34 AM
**To:** d.donahue@r3education.com
**Subject:** RE: Edits to landing pages and marketing material

How about
Each year, virtually every Saba student passes the USMLE Step 1 on their first attempt. In 2017, Saba's first-time pass rate was a perfect 100%-- an achievement unmatched by any other international medical school.

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** Saturday, August 18, 2018 10:31 AM
**To:** Joseph Kelly <joe@kckny.com>
**Subject:** RE: Edits to landing pages and marketing material

How about this?  Shows continuity but qualifies the 100%

Each year, virtually every SABA student passes the USMLE Step 1 on their first attempt and a perfect 100% in 2017

**From:** Joseph Kelly <joe@kckny.com>
**Sent:** Friday, August 17, 2018 4:58 PM
**To:** d.donahue@r3education.com
**Subject:** RE: Edits to landing pages and marketing material

Don
I did it that way on purpose so it would kind of suggest this is a regular thing, but the 2017 is still clearly mentioned.

R3S00016142

We could also do it with an asterisk:

## Saba students have a 100% first-time pass rate on the USMLE Step 1* an unprecedented achievement unmatched by any other international medical school.
*2017

---

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** Friday, August 17, 2018 4:54 PM
**To:** Joseph Kelly <joe@kckny.com>
**Subject:** RE: Edits to landing pages and marketing material

Joe, on Saba, I just re-read the paragraph for Pass Rates. It is "Saba students have a 100% first-time pass rate". Shouldn't it be "had"

---

**From:** Joseph Kelly <joe@kckny.com>
**Sent:** Friday, August 17, 2018 3:41 PM
**To:** d.donahue@r3education.com
**Subject:** RE: Edits to landing pages and marketing material

Don
I made the changes to the saba page—see if the way I worded the usmle results is acceptable
Do you have the comparable edits for mua
joe

---

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** Friday, August 17, 2018 1:49 PM
**To:** Joseph Kelly <joe@kckny.com>
**Subject:** Edits to landing pages and marketing material

Hi Joe,
We need to make some edits to these but will probably require some small tweaks to display. Are you around?

http://learn.saba.edu/canada-feb-2018
http://learn.saba.edu/usa-february-2018
http://learn.saba.edu/canada-feb-2018-2
http://learn.saba.edu/usa-february-2018-2
http://learn.saba.edu/canada-feb-2018-3

http://learn.mua.edu/canada-feb-2018
http://learn.mua.edu/usa-february-2018
http://learn.mua.edu/canada-feb-2018-2
http://learn.mua.edu/usa-february-2018-2
http://learn.mua.edu/usa-february-2018-3

R3S00016143