# EXHIBIT 5

**From:** Steve Rodger on behalf of Steve Rodger <srodger@equinox-capital.com>
**Sent:** Tuesday, May 5, 2020 2:22 PM
**To:** d.donahue@r3education.com
**Subject:** RE: Usage of current USMLE pass rates

Yes, those figures need to be altered. They are not correct.
scr

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** Tuesday, May 5, 2020 9:40 AM
**To:** Steven Rodger <scr@equinox-capital.com>
**Cc:** Patrick Donnellan <pjd@equinox-capital.com>
**Subject:** Usage of current USMLE pass rates

Steve,
GUS is forwarding materials for review many of which are using USMLE Step 1 pass rates. Specifically,
MUA – 9[Redacted]
Saba – 99% - 5 year average (2013-18)
SMU – [Redacted]
Do you want to continue to use these figures? I would just assume start with figures that we are comfortable with now. I know this is not top of mind.
Don