# EXHIBIT 6

**From:** Saba Admissions on behalf of Saba Admissions <admissions@saba.edu>
**Sent:** Monday, October 19, 2020 3:14 PM
**To** Redacted
**Subject:** RE: General Questions

Hi 

Our webinar schedule is found here https://www.saba.edu/events-and-webinars/
Feel free to register for any that are open to potential students as well as browse our archive of past events. Medical school is a big decision and I commend you on your diligence and research.
Thank you,

Nicole Staiti
Admissions Coordinator
Saba University School of Medicine
27 Jackson Rd., Ste 301
Devens, MA 01434

P: 978-862-9612
n.staiti@saba.edu



We are proud to announce that Saba University School of Medicine ("SUSOM") has been approved by the United States Department of Education for participation in the William D. Ford Federal Direct Loan Program.

Want to participate in an Admissions Webinar? See the following webpage for more information and to register! Webinar

R3 Education Inc (Saba University) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.saba.edu to learn more.



-----Original Message-----
From: Redacted
Sent: Monday, October 19, 2020 11:06 AM
To: Saba Admissions <admissions@saba.edu>
Subject: Re: General Questions

Okay sounds good. I am just covering all my bases and want to make sure Saba is a good fit for me. Do you guys hold any online events at certain times where I could chat with a graduate or current student? I have done some talking to graduates but I'd like a little more.

I appreciate your time, I will reach out if I have any more questions. Thanks!

Sent from my iPhone

\> On Oct 19, 2020, at 10:26 AM, Saba Admissions <admissions@saba.edu> wrote:
\>
\> Hi [Redacted]
\>
\> I do not have those specific numbers, however I can tell you that the graduate we had speak at our last live facebook event for accepted students did state that though the classes are difficult, they felt that they were very prepared for the USMLE step 1 test and that it was almost easy. We have a 99% pass rate for the USMLE step 1 which is higher than any other school in the Caribbean and, in fact higher than many US medical schools. Medical school is difficult, but Saba University takes pride in preparing our students to be amazing and successful practitioners.
\>
\> Thank you,
\>
\> Nicole Staiti
\> Admissions Coordinator
\> Saba University School of Medicine
\> 27 Jackson Rd., Ste 301
\> Devens, MA 01434
\>
\> P: 978-862-9612
\> n.staiti@saba.edu
\>
\>
\>
\>
\>
\> We are proud to announce that Saba University School of Medicine ("SUSOM") has been approved by the United States Department of Education for participation in the William D. Ford Federal Direct Loan Program.
\>
\> Want to participate in an Admissions Webinar? See the following
\> webpage for more information and to register! Webinar
\>
\> R3 Education Inc (Saba University) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.saba.edu to learn more.
\>
\>
\>
\>
\> -----Original Message-----
\> From: [Redacted]
\> Sent: Monday, October 19, 2020 10:00 AM
\> To: Saba Admissions <admissions@saba.edu>
\> Subject: Re: General Questions
\>
\> Do you have the actual number of students that started in a semester and graduated 4 years later? The US department of education has a statistic that 68% graduated in 4 years on their website from a few years ago.
\>
\> For example, if 90 started how many of the 90 dropped out due to academic reasons and how many due to personal?
\>
\> I've heard rumors of a weeding out process and part of me thinks it's due to people simply not being able to keep up with the curriculum.
\>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                              R3S00026499

> I know Saba generally graduates well prepared physicians and I want to ensure I'm getting the full picture of the school.
>
> Sent from my iPhone
>
>> On Oct 19, 2020, at 9:36 AM, Saba Admissions <admissions@saba.edu> wrote:
>>
>> Hi Re
>>
>> I'm glad you reached out to us. it looks like we have two
>> applications on file. One for consideration for the May 21 semester
>> which is under review and another started for the January 21 semester
>> which is in progress. Which semester would you prefer?
>> We have a 94% match rate and an attrition rate comparable to US schools.
>> Please feel free to reach out with any questions, we'd be happy to help.
>>
>> Thank you,
>>
>> Nicole Staiti
>> Admissions Coordinator
>> Saba University School of Medicine
>> 27 Jackson Rd., Ste 301
>> Devens, MA 01434
>>
>> P: 978-862-9612
>> n.staiti@saba.edu
>>
>>
>>
>>
>>
>> We are proud to announce that Saba University School of Medicine
>> ("SUSOM") has been approved by the United States Department of
>> Education for participation in the William D. Ford Federal Direct Loan Program.
>>
>> Want to participate in an Admissions Webinar? See the following
>> webpage for more information and to register! Webinar
>>
>> R3 Education Inc (Saba University) Confidentiality Notice: The
>> information contained in this e-mail transmission is confidential
>> information, proprietary to the sender and legally protected. Its
>> purpose is intended for the sole use of the individual(s) or entity
>> named in the message header. If you are not the intended recipient,
>> you are hereby notified that any dissemination, copying or taking any
>> action in reliance on the contents of this information is strictly
>> prohibited. If you received this message in error, please notify the
>> sender of the error and delete this message and any attachments. Go to www.saba.edu to learn more.
>>
>>
>>
>> -----Original Message-----
>> From: Redacted
>> Sent: Monday, October 19, 2020 8:21 AM
>> To: admissions@saba.edu

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                R3S00026500

>> Subject: General Questions
>>
>> Hello,
>>
>> I am considering your school and I just wanted to ask you about
>> residency match rate.
>>
>> I know Saba is obviously placing residents from your residency match list.
>>
>> Is there any hard data on how many students are matching total out of
>> each class? For example, how many were accepted and how many matched
>> 4 years later?
>>
>> Also, is there any data on total attrition rate per incoming class
>> and graduation rate per class?
>>
>> Any help on this is highly appreciated as I look more into your curriculum.
>> Thank you!
>>
>> Redacted
>>
>>
>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
R3S00026501