# EXHIBIT 8

**From:** Philippe VanHecke on behalf of Philippe VanHecke <Pvhpvh64@outlook.com>
**Sent:** Monday, May 24, 2021 10:37 PM
**To:** scr@equinox-capital.com
**CC:** 'Don Donahue'
**Subject:** deck
**Attachments:** Saba sales deck presentation.docx


Gents:
I am starting collecting information about Saba. This will be the seeds for asking marketing to put a sales deck together. I have the sequence of what needs to be put in, but I am still collecting info and thoughts of best approach.
The sequence that worked best at SGU:

- End result: residency
- USMLE pass rate
- Retention rate

These 3 numbers were my sales pitch which I fined tuned and figured out that these were the selling points ( 10-15 minutes pitch) . Pricing/pricing comparaison is going to be key compared to SGU and other in the market. We maybe able to increase cost however we will need to see if we can do it across the board with domestic as I am a little concern of having a dual cost for domestic vs international. Cost will be an issue as we will have to match somehow the commission structure of SGU for International agents ( it is a lot of money with the top end making $20K per student for 15 students per academic year). Location is trivial but of course will need to be addressed.

Do you have any international student on campus/enrolled? If so, do you have video testimony?
Philippe-

---

**From:** Steve Rodger <srodger@equinox-capital.com>
**Sent:** Monday, May 24, 2021 11:01 AM
**To:** 'Philippe VanHecke' <Pvhpvh64@outlook.com>
**Cc:** 'Don Donahue' <d.donahue@r3education.com>
**Subject:** RE: Next week

Hi Philippe, We'll have to do things with zoom at this point.  Some are in the office and others are not at this point.  The most important thing at this point is to begin to develop a detailed business plan with timelines etc so we can all get on the same page in terms of expectations, support, materials and the like.  We will talk though but that is where I think our efforts are best spent at this point.
Best,
steve

**From:** Philippe VanHecke <Pvhpvh64@outlook.com>
**Sent:** Monday, May 24, 2021 11:36 AM
**To:** Steve Rodger <srodger@equinox-capital.com>
**Subject:** Next week

Steve:

Kathy has done a great job setting me up with HR documents + ADP. I was now wondering how you see the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                          R3S00024119

onboarding taking place. I am assuming that like in many places you can now fully re-open your office. It would be great if I could come and spend as much time needed to meet the team and start working on a plan.

I would like to have as much done prior to mid August as it is the start of the recruiting season for Jan start. I have sent an email last week to my contacts just saying Hi to rekindle the relationships. I know we will have some good agents signed up but I will likely need to roadmap a trip in between Aug 15-Sept 15 in order for us to get us some students.

Let me know If I can do anything on my end.

Philippe

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00024120