# EXHIBIT 10

**From:** Amy LeCain on behalf of Amy LeCain <a.lecain@mua.edu>
**Sent:** Wednesday, February 7, 2018 5:03 PM
**To:** Patrick Donnellan
**Subject:** AttritionMaster_20120510_R3.xls
**Attachments:** AttritionMaster_20120510_R3.xls

Hi PJD,
Here is the Attrition Master that we worked with you on in 2012. This has exit data from 2000 through 2011. If this works I can then just send along the attrition files for 2012 to present to cut down on the data clean up. Let me know if this does not work for you and I'll send you the earlier attrition files.
Amy

Amy LeCain
University Registrar

Medical University of the Americas
27 Jackson Road, Suite 302
Devens, MA 01434
Telephone:  (978) 862-9500 ext. 550
Fax:          (978) 862-9599
Email:        a.lecain@mua.edu
Website:    www.mua.edu

*R3 Education Inc. (MUA Nevis) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.MUA.edu to learn more.*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022068



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | Current Semester | Type | Program | Entrance Date | Attrition Date |
|---|---|---|---|---|---|
| | | Faculty | M.D./ Ph.D. | 07-May-01 | |
| | | Faculty | Basic Science | 06-May-02 | |
| | | Faculty | Basic Science | 02-Sep-02 | |
| | | Faculty | Basic Science | 06-Jan-02 | |
| | | Faculty | Basic Science | 06-Sep-04 | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022073



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022074

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022075

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022076

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022077

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022083

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022085

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022091



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022096