# EXHIBIT 12

**From:** Moe Kamal on behalf of Moe Kamal <moe.kamal@gus.global>
**Sent:** Thursday, December 16, 2021 7:39 PM
**To:** Terry Moya
**Subject:** RE: ROI

Hi Terry,

That sounds like a plan, but we have an issue.

While I was resorting to data for budgeting next year, I noticed that we had tracking issues since the beginning of the year. So we can't identify enrolments by source accurately.

This issue was resolved in September.

69% of the 449 gross enrolments (FY21) defaulted to organic channels due to this issue, and it's hard to believe that we got all these enrolments organically.

I can look at the Jan'22 deposits and see how accurate their sources are. The next board is at the end of Jan, so we should have enrolment numbers to work with by then and hopefully tracked accurately.

I'll update you asap.

Thanks,

Moe

**Moe Kamal**
Marketing Director, America
**Global University Systems**
1461 Granville Street Vancouver, BC, Vancouver, V6Z 0E5, Canada
**Direct:**
**Switchboard:** +44 (0)20 3435 4455
**Email:** moe.kamal@gus.global
**Web:** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com. Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** Terry Moya <t.moya@r3education.com>
**Sent:** Thursday, December 16, 2021 2:07 PM
**To:** Moe Kamal <moe.kamal@gus.global>
**Subject:** ROI

EXTERNAL EMAIL WARNING: Do not click on links or open attachments unless you recognise the sender and know the content is safe.

Hi Moe,

I want to get you the data you need in advance of the next board call to calculate ROI.

I believe to provide the board with an accurate depiction of return on marketing spend we need to segregate the number of incoming students that made a buying decision based upon digital marketing ads. As you can see from the last board deck we have historically spent relatively small amounts of money on marketing because the majority of our incoming classes have been obtained organically. Therefore, can you identify how many students were obtained or made a buying decision based upon any of the digital marketing buys?

Once we have that subset of the total we then need to place our attrition rate to the number to get close to a real return on marketing dollars. Right now based upon gross numbers its overstated and misleading.

Thanks Moe


Terry J. Moya
Chief Financial Officer
R3 Education Inc
27 Jackson Road
Suite 300
Devens, MA 01434

978.862.9403


t.moya@r3education.com
www.saba.edu
www.mua.edu
www.stmatthews.edu


******************************************************************

**CONFIDENTIALITY NOTICE:** The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                                          R3S00022290