# EXHIBIT 15



Brookfield Place, Suite 4400, 181 Bay Street
Toronto, ON   M5J 2T3  Canada / 1 888 603 7720

**RETREAT REPORT:  GUS Canada & R3 Strategy Meeting**
*January 11 and 12, 2023*
Boston, Massachusetts USA

## I. INTRODUCTION

In mid-January, GUS Canada held a two-day strategy meeting with key representatives from R3 Education Inc. and its three Caribbean-based universities, acquired by GUS Canada in 2020. These new acquisitions present GUS Canada with tremendous opportunities in a new market, and also significant challenges: all three medical universities have shrinking enrollment and high attrition rates. Over the past several years, the quality of applicants and the universities' reputations have declined.

The purpose of the meeting was to explore challenges and opportunities and develop recommendations for getting the R3 universities on a new path to success. This report includes:

- A set of brief profiles of the R3 universities
- A situational overview
- A summary of strategic opportunities and recommendations identified and developed by participants during the two-day meeting

## II. R3 UNIVERSITIES

**Saba University School of Medicine ("Saba")**
Located on Saba island, a municipality of the Netherlands, Saba is a 'Tier 1' Caribbean medical school. It is the highest performing of the three R3 universities, with a solid academic reputation. It attracts higher performing students, and has strong US Medical Licensing Examination (USMLE) scores and residency attainment. Tuition and scholarships and bursaries are competitive with other schools.

Top feeder schools: Ontario universities

Key challenges:



**Medical University of the Americas ("MUA")**

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00021917





Redacted

VANTAGE_58910.1



- Inconsistencies in scholarship and grant awarding

## III. SITUATIONAL OVERVIEW

Saba, MUA and SMU each have a lot to offer students: Small class sizes and high faculty-to-student ratios. The Gateway Medical Program helps mostly potential MUA students  prepare for the MD program. MD credentials for practice in Canada and the U.S. Title IV designation for U.S. federal student funding (only four other Caribbean institutions are designated). Competitive tuition, scholarships and bursaries, and residency attainments. Beautiful locations.

Nonetheless, reputation has slipped, enrollment is down and attrition is up across all three medical schools; the veterinary program is currently holding its own. It became clear during the strategy meeting that incremental changes and tweaks to the status quo will not get the R3 universities far enough, fast enough, to recover and move beyond the current situation.
The following is a summary of key issues and challenges facing the R3 universities:



Redacted

**Declining reputation**
- Word-of-mouth has been a key driver for applications; poor student experience is hurting reputation and word-of-mouth referrals
- USMLE scores dropped post-pandemic, affecting R3's reputation with feeder programs, pre-medical advisors, recruiters, students
- Value proposition and brand differentiation are not clear; Saba put in the window first

**Lower-quality applicants**
- Redacted

-

VANTAGE_58910.1



Page 4

- Lower-quality (academic) students need more "hand holding"/support to complete Gateway and MD programs; current student services and support programs not meeting needs; lack of support contributes to attrition

**High attrition rates**
- Across all three universities, Gateway and MD programs
- Potential threat to accreditation
- Unreliable revenue from tuition fees
- Lower quality of students the most significant driver of attrition
- Time and cost impact of Gateway Medical Program; requirements and pathway through Gateway are confusing



**Inconsistent student experience and support**

Redacted

- Insufficient support to ensure student success and lower attrition rates



**IV. STRATEGIC OPPORTUNITIES & RECOMMENDATIONS**

**A)  Re-define the brand**

VANTAGE_58910.1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00021920



Page 5

Redacted

VANTAGE_58910.1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER         R3S00021921





Redacted

VANTAGE_58910.1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    R3S00021922





Redacted

VANTAGE_58910.1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00021923





Redacted

VANTAGE_58910.1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00021924





Redacted

VANTAGE_58910.1





Redacted

VANTAGE_58910.1

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**R3S00021926**



Page 11



Redacted

VANTAGE_58910.1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00021927