# EXHIBIT 19



**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

# International Medical Schools Seeking
# Long-term Clinical Clerkship Approval in New York State

# Site Visit Report

**Institution Name:** Saba University School of Medicine (SUSOM)

**Institution Address:**   P.O. Box 1000, Church Street
The Bottom, Saba, Dutch Caribbean

**Programs under Review:**   Medical Program

**Dates of Visit:** July 18-22, 2022

---

**Review Team**

**Chair: Alice Fornari, EdD, RD**

**Members:**   **Dawn Morton-Rias, Ed.D, PA-C**

   **Ramanathan Raju, MBBS, MS**

**NYSED Co-Coordinators: Paul Sheehan, Kellie Murphy**

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030718



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030719



Redacted

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030720



4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030721



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030722



6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030724



Redacted

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030725



9

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030726



10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030727



11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030729



13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030730



Redacted

14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030731



15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030732



Redacted

16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030733



Redacted

17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030734



18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



20

 R3S00030737

**Part 8. Evaluation and Program Effectiveness: A medical school must evaluate the effectiveness of its program.**

| _X_ Compliant | ___Marginally Compliant | ___ Non-compliant |
|---|---|---|

*Evidenced by:* Review of written materials and discussion with administration and the curriculum committee confirm the program uses diverse assessment for learners including the NBME shelf exam, OSCEs, USMLE step exams, and monitoring residency application and placement. In addition, the clinical sites meet a few times a year by discipline to review discipline-specific clinical content required by the students.

*Comments:*

**8.1** A medical school must collect and use a variety of outcome data, including accepted norms of accomplishment, to demonstrate the extent to which its educational objectives are being met.

| _X_ Compliant | ___Marginally Compliant | ___ Non-compliant |
|---|---|---|

*Evidenced by:* Review of written materials and the collection of data for students including the NBME shelf exams, OSCE, USMLE Step exams, and varied written assignments and a research paper.

*Comments:*



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030738

Redacted

**8.1.3** To ensure an institution that offers a medical school meets its missions and goals, the institution must tie its admissions process to the outcome performance of its graduates.

| _X_ Compliant | ___Marginally Compliant | ___ Non-compliant |
|---|---|---|

*Evidenced by:* Review of written materials and confirmed in discussions with clerkship directors and corroborated during the interview with the Director of Admissions.

*Comments:* There should be concern about the reported high attrition rate of students who attend Saba. This should be analyzed and discussed with the admissions committee with a goal to decrease this percentage.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Redacted

23

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030740



24

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00030741



25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



26

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030743



27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



28

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030745



29

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030746



Redacted

30

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



31

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030748



**END OF REPORT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00030749