# EXHIBIT 20

| Saba | Spring 2018 | Summer 2018 | % | Fall 2018 | % | Spring 2019 | % | Summer 2019 | % | Fall 2019 | % | Spring 2020 | % | Summer 2020 | % | Fall 2020 | % | Spring 2021 | % | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st Semester New Enrollments Transfers | 51 | 42 | | 84 | | 42 | | 64 | | 88 | | 50 | | 43 | | 83 | | 60 | | |
| Financial Aid Attrition | | | | | | | | | | | | | | | | | | | | | |
| *Assumptions by Semester* | | | | | | | | | | | | | | | | | | | | | |
| 1st Semester - Basic Sciences | 51 | 42 | | 84 | | 42 | | 64 | | 88 | | 50 | | 43 | | 83 | | 60 | | |
| 2nd Semester - Basic Sciences | 54 | 31 | 60.8% | 35 | 83.3% | 44 | 52.4% | 34 | 81.0% | 42 | 65.6% | 65 | 73.9% | 42 | 84.0% | 27 | 62.8% | 50 | 60.2% | 69.3% |
| 3rd Semester - Basic Sciences | 57 | 50 | 92.6% | 29 | 93.5% | 20 | 57.1% | 35 | 79.5% | 26 | 76.5% | 34 | 81.0% | 63 | 96.9% | 28 | 66.7% | 28 | 103.7% | 83.1% |
| 4th Semester - Basic Sciences | 44 | 54 | 94.7% | 44 | 88.0% | 33 | 113.8% | 20 | 100.0% | 30 | 85.7% | 26 | 100.0% | 34 | 100.0% | 41 | 65.1% | 33 | 117.9% | 96.1% |
| 5th Semester - Basic Sciences | 62 | 44 | 100.0% | 51 | 94.4% | 47 | 106.8% | 32 | 97.0% | 20 | 100.0% | 30 | 100.0% | 25 | 96.2% | 26 | 76.5% | 46 | 112.2% | 98.1% |
| 6th Semester - Clinical Rotations | 22 | 27 | 15.2% | 39 | 23.1% | 27 | 17.4% | 26 | 15.9% | 48 | 28.2% | 37 | 29.1% | 14 | 12.2% | 1 | 1.1% | 18 | 16.5% | 17.6% |
| 7th Semester - Clinical Rotations | 64 | 44 | | 55 | | 50 | | 49 | | 42 | | 70 | | 47 | | 31 | | 30 | | |
| 8th Semester - Clinical Rotations | 38 | 65 | | 55 | | 63 | | 54 | | 48 | | 41 | | 69 | | 45 | | 36 | | |
| 9th Semester - Clinical Rotations | 49 | 43 | | 59 | | 47 | | 54 | | 55 | | 48 | | 41 | | 70 | | 49 | | |
| 10th Semester - Clinical Rotations | 73 | 53 | | 38 | | 59 | | 49 | | 52 | | 49 | | 47 | | 44 | | 65 | | |
| 11th Semester - Clinical Rotations | 153 | 86 | | 50 | | 51 | | 76 | | 61 | | 74 | | 77 | | 77 | | 81 | | |
| Irregular | 22 | 33 | | 26 | | 36 | | 13 | | 24 | | 22 | | 9 | | 48 | | 22 | | |
| Comp Retake | 41 | 43 | | 41 | | 31 | | 22 | | 19 | | 11 | | 46 | | 31 | | 30 | | |
| Pending 6th | 116 | 125 | | 104 | | 117 | | 138 | | 107 | | 85 | | 62 | | 83 | | 62 | | |



Redacted