# EXHIBIT 23

**From:** Gerald Wargo on behalf of Gerald Wargo <g.wargo@r3education.com>
**Sent:** Tuesday, December 20, 2022 2:30 PM
**To:** Melissa Kushner
**Subject:** RE: Notes about R3 Entrance Requirements: R3 weekly admissions review

Good luck!

**Gerald J. Wargo Jr., MBA, MHRM**
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com

---

**From:** Melissa Kushner <m.kushner@r3education.com>
**Sent:** Tuesday, December 20, 2022 9:27 AM
**To:** Gerald Wargo <g.wargo@r3education.com>; Sarah Russell <s.russell@r3education.com>
**Subject:** RE: Notes about R3 Entrance Requirements: R3 weekly admissions review

Okay, I will give it a shot, lol!

**Melissa A. Kushner**
Vice President of Marketing
R3 Education Inc.

**From:** Gerald Wargo <g.wargo@r3education.com>
**Sent:** Tuesday, December 20, 2022 9:25 AM
**To:** Sarah Russell <s.russell@r3education.com>; Melissa Kushner <m.kushner@r3education.com>
**Subject:** RE: Notes about R3 Entrance Requirements: R3 weekly admissions review

Melissa – go ahead and ask. He may want to know why you want the info as I think they are trying to protect that number from getting out. I think it is really bad.

**Gerald J. Wargo Jr., MBA, MHRM**
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com

---

**From:** Sarah Russell <s.russell@r3education.com>
**Sent:** Tuesday, December 20, 2022 9:10 AM
**To:** Melissa Kushner <m.kushner@r3education.com>; Gerald Wargo <g.wargo@r3education.com>
**Subject:** RE: Notes about R3 Entrance Requirements: R3 weekly admissions review

Correct – they have it. Patrick is probably willing to share. He's done a LOT of digging. I've pulled in the incoming class data….then he does a vlook-up for the current enrollment population.

**Sarah A. Russell**
Associate Dean of Enrollment Management
R3 Education Inc.
978-862-9410
s.russell@r3education.com

---

**From:** Melissa Kushner <m.kushner@r3education.com>
**Sent:** Tuesday, December 20, 2022 9:08 AM
**To:** Gerald Wargo <g.wargo@r3education.com>; Sarah Russell <s.russell@r3education.com>
**Subject:** RE: Notes about R3 Entrance Requirements: R3 weekly admissions review

Data nerd is back again! Who has the ability to pull attrition rates based upon incoming scores? I'm sure Patrick and Steve have

it, but will they share it?

**Melissa A. Kushner**
Vice President of Marketing
R3 Education Inc.

---

**From:** Gerald Wargo <g.wargo@r3education.com>
**Sent:** Tuesday, December 20, 2022 9:00 AM
**To:** Melissa Kushner <m.kushner@r3education.com>; Sarah Russell <s.russell@r3education.com>
**Subject:** FW: Notes about R3 Entrance Requirements: R3 weekly admissions review

Just an FYI as I am trying to keep the R3 Acceptance Rates in front of Cyndi

**Gerald J. Wargo Jr., MBA, MHRM**
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com

---

**From:** Gerald Wargo <g.wargo@r3education.com>
**Sent:** Tuesday, December 20, 2022 8:47 AM
**To:** 'Cyndi Mcleod' <Cyndi.Mcleod@gus.global>
**Subject:** Notes about R3 Entrance Requirements: R3 weekly admissions review

Hi Cyndi,

On a side note – we really need to look at the impact the new entrance requirements are having on enrollment. Check out the charts below and you'll see that our acceptance and declined rates have basically flipped since 10/25 (go live date with new entrance requirements).

I know the entrance requirements were put in place for good reasons (high attrition and low performance on Step 1 exams) but they are crushing incoming enrollment as so few are qualified for acceptance and the ones that are accepted are likely accepted to the other top Caribbean schools as well.

I have some ideas on the slide that we are preparing for the January meeting as an FYI.

**Section III: Situational Analysis**
**New Entrance Requirements**

Observations:
- With nearly two months of data it seems clear that there has been a negative impact on new student enrollment
- It is still too early to see if the new entrance requirements have positively impacted attrition and USMLE Step 1 results

Recommendations:
- Consider lower admissions requirements for both MUA and SMU medical schools to re-create the potential for inter school referrals
- Set a lower GPA and Science GPA for the Gateway Prep Program and recommend all applicants denied for GPA or Science GPA to Gateway
  - this should include Saba, MUA and SMU Med
- For MUA and SMU, do not review the MCAT section scores for admissions, make it a requirement to take the exam but do not use the scores in the acceptance evaluation for students.
  - The MCAT needs to be taken by all US Students for TITLE IV funding
  - AUA (American University of Antigua) uses this strategy
- Consider accepting more transfer students to SMU Med upper basis science semesters with a 'probationary' acceptance
  - student will not be promoted to the next semester unless they achieve X GPA
  - provide required faculty mentor or tutoring support services
- Consider allowing transfer students to Saba and MUA with similar provisions listed above

Thanks Cyndi,
Jerry

   Qualified application acceptance rates before and after 10/25/22
   a. Acceptance rates have dropped from 70% to 21% while unqualified rates have risen from 27% to 71%
   b. Saba has seen the largest changes in acceptance/unqualified rates

| Acceptance Rates Prior to Entrance Requirement Changes on 10/25/22 | | Total | Accept | Acceptance % | Denied | Denial % | Placed on Hold |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| SABA | Doctor of Medicine | 112 | 77 | 69% | 35 | 31% | 0 |
| Redacted | | | | | | | |

| Acceptance Rates Post Entrance Requirements on 10/25/22 | | Total Decisions | Accept | Acceptance % | Denied | Denial % | Placed on Hold |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| SABA | Doctor of Medicine | 43 | 6 | 14% | 36 | 84% | 1 |
| Redacted | | | | | | | |

Gerald J. Wargo Jr., MBA, MHRM
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com

From: Cyndi Mcleod <Cyndi.Mcleod@gus.global>
Sent: Tuesday, December 20, 2022 8:31 AM
To: G Wargo <g.wargo@r3education.com>
Subject: Re: R3 weekly admissions review

Thx

**Cyndi McLeod**
Chief Executive Officer
Global University Systems Canada
**1461 Granville Street Vancouver,  British Columbia,V6Z 0E5, Canada**
**Email:**cyndi.mcleod@gus.global
**Web:**www.guscanada.com

Global University Systems Canada acknowledges the traditional territories of the xʷməθkʷəy̓əm (Musqueam), Sk̲wx̲wú7mesh (Squamish), Selílwitulh (Tsleil-Waututh), the Mississaugas of the Credit, the Anishnabeg, the Chippewa, Haudenosaunee, Huron-wendat (Wyandot) and Kanien'keha:ka (Mohawk) on which our campuses are located.

**Cyndi Mcleod**
Chief Executive Officer, Canada
**Global University Systems**
Suite 100 – 626 West Pender Street, Vancouver, V6B 1V9, Canada
**Direct :** 2505078826
**Switchboard :** +44 (0)20 3435 4455

**Email :** Cyndi.Mcleod@gus.global
**Web :** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Passeerdersgracht 23, 1016 XG Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com . Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

On Dec 20, 2022, at 5:25 AM, Gerald Wargo <g.wargo@r3education.com> wrote:

WARNING: This is an email from an external source. Be cautious in opening attachments or clicking on links.

Hi Cyndi – I was forwarding the invite to Sarah and accidentally sent to everyone.

See you later this morning,
Jerry

**Gerald J. Wargo Jr., MBA, MHRM**
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com

**From:** Cyndi Mcleod <Cyndi.Mcleod@gus.global>
**Sent:** Tuesday, December 20, 2022 8:24 AM
**To:** G Wargo <g.wargo@r3education.com>
**Subject:** Re: R3 weekly admissions review

???

**Cyndi McLeod**
Chief Executive Officer
Global University Systems Canada
**1461 Granville Street Vancouver,  British Columbia,V6Z 0E5, Canada**
**Email:** cyndi.mcleod@gus.global
**Web:** www.guscanada.com

<image001.jpg>

Global University Systems Canada acknowledges the traditional territories of the xʷməθkʷəy̓əm (Musqueam), Sḵwx̱wú7mesh (Squamish), Selílwitulh (Tsleil-Waututh), the Mississaugas of the Credit, the Anishnabeg, the Chippewa, Haudenosaunee, Huron-wendat (Wyandot) and Kanien'keha:ka (Mohawk) on which our campuses are located.

**Cyndi Mcleod**

Chief Executive Officer, Canada
**Global University Systems**
Suite 100 – 626 West Pender Street, Vancouver, V6B 1V9, Canada
**Direct :** 2505078826
**Switchboard :** +44 (0)20 3435 4455
**Email :** Cyndi.Mcleod@gus.global
**Web :** www.GlobalUniversitySystems.com

<image002.jpg>

Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Passeerdersgracht 23, 1016 XG Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com. Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

On Dec 20, 2022, at 5:19 AM, Gerald Wargo <g.wargo@r3education.com> wrote:

WARNING: This is an email from an external source. Be cautious in opening attachments or clicking on links.

Hi Sarah

Gerald J. Wargo Jr., MBA, MHRM
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com


-----Original Appointment-----
From: g.wargo@r3education.com <g.wargo@r3education.com> On Behalf Of Melissa Kushner
Sent: None
To: Melissa Kushner; g.wargo@r3education.com; Sarah Russell; Jennifer Bosco; Bryan Palmer; Akim Bell; Adriana Marin-Negron; 'Kenneth Blustajn'; Denisse Diaz GUS; 'Cyndi Mcleod'; 'Diana Mockute'; Joseph Aranas; Moe Kamal; Ravi Mehndiratta
Cc: Silvia Iommi; Graeme Simpson; Fabrizio Guccione; Aileen Meude; Jamila Jagne; Stephanie Jazo GUS; Rodalyn Marcellano; Lesley Grott
Subject: R3 weekly admissions review
When: Tuesday, December 20, 2022 3:00 PM-3:45 PM (UTC+00:00) Dublin, Edinburgh, Lisbon, London.
Where: Microsoft Teams Meeting

_____

Microsoft Teams meeting

Join on your computer or mobile app

Click here to join the meeting
<https://teams.microsoft.com/l/meetup-join/19%3ameeting_MzQ1ODU4ZWItODgwMC00Njc3LTg3ZWItNTVkMzg2NzdlMmE5%40thread.v2/0?context=%7b%22Tid%22%3a%225665ee7a-3634-4975-9c21-2778cda48edd%22%2c%22Oid%22%3a%22edbc7fcd-1493-458a-99b2-d7ceb71508f0%22%7d
>

Learn More <https://aka.ms/JoinTeamsMeeting> | Meeting options
<https://teams.microsoft.com/meetingOptions/?organizerId=edbc7fcd-1493-458a-99b2-d7ceb71508f0
&tenantId=5665ee7a-3634-4975-9c21-2778cda48edd
&threadId=19_meeting_MzQ1ODU4ZWItODgwMC00Njc3LTg3ZWItNTVkMzg2NzdlMmE5@thread.v2
&messageId=0&language=en-US>

_____

R3S00021752