# EXHIBIT 24

**From:** Joan Carter on behalf of Joan Carter <j.carter@r3education.com>
**Sent:** Tuesday, March 19, 2019 6:32 PM
**To:** Don Donahue
**Subject:** Re: Admissions FAQs

USMLE Step one first time pass rate is now 98%..was 100% in 2017

for attrition question:

"It varies. We give our students constant feedback throughout our program so each student knows what to do, and where to get the help to be successful. We are able to do this because of our class size, and the close connection and relationship between our professors and students."


On Mar 19, 2019, at 2:05 PM, <d.donahue@r3education.com> <d.donahue@r3education.com> wrote:

From Sarah

**From:** Sarah Russell <s.russell@r3education.com>
**Sent:** Tuesday, March 19, 2019 11:49 AM
**To:** Don Donahue <d.donahue@r3education.com>
**Subject:** Admissions FAQs

Hi Don, at one point in time we had created an Admissions FAQ sheet. It was for our eyes only however it was a great reference sheet for when the newer folks were on the phone. Could you look at the attachments and give some modifications/blessings where necessary? Most of it was taken from our website and our presentations so there shouldn't be any surprises.

Sarah

<MUA Admissions FAQs.docx><SABA Admissions FAQs.docx>

R3S00012696