# EXHIBIT 27

## Saba Admissions FAQs

**What is your USMLE Step 1 pass rate?**

Our USMLE pass rate is 100% for *first-time takers* at this time.

**What is your USMLE Step 2 pass rate?**

Our USMLE *Step 2CK* pass rate is comparable to US medical schools.

**What is your match rate?**

94% of eligible Saba graduates have attained residency (from 2013 to 2018), leading to thousands of our graduates practicing in the US and Canada.

**What percentage of your students graduate?**

Our students do very well at Saba thanks to our small class sizes, one-on-one interaction with their professors and interactive systems-based curriculum. Our tight-knit community lends opportunity for students to be well-supported throughout their education with us; however there are some students, roughly 10%, who do not progress through their education *due to academic reasons* even with this support.

**What are MUA's Accreditations?**

Saba University School of Medicine's M.D. program is accredited by the Accreditation Organization of the Netherlands and Flanders (NVAO), the accrediting body for the Netherlands and Flanders.

**Comparability to US Medical School Requirements**

The United States Department of Education, via the National Committee on Foreign Medical Education and Accreditation (NCFMEA), reviews the standards that countries use to accredit medical schools. The NCFMEA has determined that the accreditation standards used by the NVAO to accredit Saba's medical program are comparable to those used by the Liaison Committee on Medical Education (LCME), the accrediting body that accredits M.D.-granting medical programs in the United States.

**Approved for U.S. Federal Loans**

Saba University School of Medicine is one of the select international medical schools approved to participate in U.S. Federal Student Aid programs.

**Approved by New York, California and Florida**

R3S00014445

Saba University School of Medicine is one of the few international medical schools with approvals in the key states of New York, California and Florida. These states mandate institutional review and approval prior to granting access to clerkship opportunities in their respective states.

Saba University School of Medicine students who successfully complete the requisite licensing examinations are eligible to practice medicine in Canada, Puerto Rico and all 50 U.S. states. Specifically, the following bodies have approved, recognized or licensed Saba University School of Medicine:

- **Approved by the New York State Education Department:** In addition to clerkship opportunities, New York approval provides access to residencies in the state.

- **Recognized by the Medical Board of California:** Recognition is also necessary for licensure. Additionally, other states follow California's recognition for the purposes of licensure.

- **Licensed by the Commission for Independent Education, Florida Department of Education**

**Cost of Attendance:**

B. COST OF ATTENDANCE

| SUSOM Cost of Attendance 2018-2019 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Semester | Basic Science | | | | | Clinical Medicine | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | TOTAL |
| Tuition | $16,975 | $16,975 | $16,975 | $16,975 | $16,975 | $19,600 | $19,600 | $19,600 | $19,600 | $19,600 | $182,875 |
| Fees | 841 | 370 | 491 | 370 | 870 | | | | | 500 | 3,442 |
| Books & Supplies | 950 | 690 | 1486 | 526 | 400 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,052 |
| Room & Board | 6,100 | 6,350 | 6,350 | 6,350 | 6,350 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 68,500 |
| Utilities | 900 | 900 | 900 | 900 | 900 | 800 | 800 | 800 | 800 | 800 | 8,500 |
| Phone/net | 880 | 880 | 880 | 880 | 880 | 880 | 880 | 880 | 880 | 880 | 8,800 |
| Malpractice Insurance | - | - | - | - | - | 295 | 295 | 295 | 295 | 295 | 1,475 |
| USMLE Exams | - | - | - | - | 840 | - | - | 2,165 | - | - | 3,005 |
| Transportation | 800 | - | 800 | - | 800 | 800 | 800 | 800 | 800 | 800 | 6,400 |
| Miscellaneous Expenses | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 8,000 |
| Loan Fees* | 1,208 | 1,153 | 1,226 | 1,146 | 1,232 | 1,350 | 1,350 | 1,443 | 1,350 | 1,372 | 12,830 |
| Total | $29,454 | $28,118 | $29,908 | $27,947 | $30,047 | $32,925 | $32,925 | $35,183 | $32,925 | $33,447 | $312,879 |

*Estimated loan fees based on Grad Plus origination fees. Actual amount may vary.

**Transfer Policy:**

Saba University reviews all incoming applications holistically, however does not often accept transfer credits from outside medical institutions. Students with unsatisfactory records or dismissal for any reason from other medical schools are not considered for transfer credit. If you chose to apply, you most likely will have to begin the Doctor of Medicine program from the first semester.

**History of Saba:**

- **1,600 + graduates** from Canada
- Canadian graduates **place into residencies at a rate equivalent to US Graduates**
- Saba places the **highest percentage** of Canadians back into Canada
- **Quiet** (no major resorts) and extremely safe
- **A destination for discriminating travelers:** Small hotels, guest houses and highly regarded restaurants
- **Country:** The Netherlands
- Language (English), Electricity (110Volt)

R3S00014447