# EXHIBIT 31

**From:** Redacted
**Sent:** Monday, August 15, 2016 7:35 PM
**To:** Christopher Cebula
**Subject:** Re: Greetings! and Admissions Question?

Redacted

---

**From:** Christopher Cebula <c.cebula@saba.edu>
**Sent:** Monday, August 15, 2016 3:32:07 PM
**To:** Redacted
**Subject:** RE: Greetings! and Admissions Question?

Great – thanks... send me the best number to call you at and I'll give a call wed am.

---

**From:** Redacted
**Sent:** Monday, August 15, 2016 3:19 PM
**To:** Christopher Cebula
**Subject:** Re: Greetings! and Admissions Question?

Yes that sounds fine.

Wish you a quick recovery!

Re

---

**From:** Christopher Cebula <c.cebula@saba.edu>
**Sent:** Monday, August 15, 2016 3:13:20 PM
**To:** Redacted
**Subject:** RE: Greetings! and Admissions Question?

Yes.. I did... sorry – was out her a hernia surgery... will be back in the office tomorrow. will you have time to chat on WED morning? Say 10 am??

---

**From:** Redacted
**Sent:** Monday, August 15, 2016 3:10 PM
**To:** Christopher Cebula
**Subject:** Re: Greetings! and Admissions Question?

Hi Chris,

Just want to confirm that you have received the attachments I had sent.

There is no rush, I don't mean to bother you with your busy schedule. I appreicate yoi taking a look.

Re

---

**From:** Christopher Cebula <c.cebula@saba.edu>
**Sent:** Saturday, August 13, 2016 2:53:35 PM
**To:** Redacted
**Subject:** RE: Greetings! and Admissions Question?

sure

**From:** Redacted
**Sent:** Saturday, August 13, 2016 2:32 PM
**To:** Christopher Cebula
**Subject:** Re: Greetings! and Admissions Question?

Hi Chris,

Hope all is well.

I wondering whether I may send over an unofficial transcript and a resume that you can quickly skim over and let me know if I would be competitive for January 2017 admissions or shall I take any courses to further improve my situation. Also, if you would require me to take the MCAT?

Is this something that you or another member of the admission team can do?

Redacted

---

**From:** Christopher Cebula <c.cebula@saba.edu>
**Sent:** Monday, July 18, 2016 9:26:32 AM
**To:** Redacted
**Subject:** RE: Greetings! and Admissions Question?

You are welcome.. thanks for asking and not just assuming!!!

---

**From:** Redacted
**Sent:** Monday, July 18, 2016 9:11 AM
**To:** Christopher Cebula
**Subject:** Re: Greetings! and Admissions Question?

Hi Chris,

Yes that definitly helps. Thank you for clarifying that. I will make sure to share this point to the students inquiring about it at our next "How to get into Med School Seminar". Saba is one of the schools we feature in our international schools section, hence we get that question a lot, and till now we have never answered it. Better not saying anything then getting it wrong.

Thanks!

---

**From:** Christopher Cebula <c.cebula@saba.edu>
**Sent:** Monday, July 18, 2016 8:59:48 AM
**To:** Redacted
**Subject:** RE: Greetings! and Admissions Question?

Hi Red

20%-25%, Half for academic reasons and the other half for nonacademic. I have confirmed this with our CFO just couple weeks ago as bloggers were out of control on this topic. Another factor to note...some students also take longer than the 4

years and they spread out their courses and/or clinical rotations.. This is why you may be hearing rumors of a higher number as it is perceived to be higher by current students then it actually is. These numbers you are hearing or reading about on blogs are all hearsay from no school officials – and typically only from current students (or students who have left/failed) exaggerating and not knowing the full scope/picture of the reality.
Hope this helps....

Warm regards,

# Chris

Christopher Cebula
Director of Admissions
Saba University School of Medicine
27 Jackson Road, Suite 300
Devens, MA 01434

tel:  978-862-9616

---

**From:** Redacted
**Sent:** Saturday, July 16, 2016 5:48 PM
**To:** Christopher Cebula
**Subject:** Re: Greetings! and Admissions Question?

Hi Chris,

One more quick question. I have called SABA admissions but they do not seem to have the numbers I'm looking for, and there seems to be so many varying answers out there. Realistically what is SABA's attrition rate? I have heard some pretty outrageous numbers recently and would like to verify with you as to whether there is any truth to them. Most recently I was told it is around 40 percent?

This is also a common question I have been getting from my pre-med members when they ask me about SABa and MUA.

Thanks

Red

---

**From:** Christopher Cebula <c.cebula@saba.edu>
**Sent:** Tuesday, May 31, 2016 12:55:04 PM
**To:** Redacted
**Subject:** RE: Greetings! and Admissions Question?

Hi..

Yes – you can interview prior to MCAT.... If your file is marginal we may require the score before a final decision is made.

---

**From:** Redacted
**Sent:** Tuesday, May 31, 2016 12:25 PM
**To:** Christopher Cebula
**Subject:** Re: Greetings! and Admissions Question?

Hi Chris,

Great thanks for the feedback! Also, is it possible to interview before MCAT scores are available? My MCAT is on the 10th of September scores should be released by early October.

Ok awesome. We have gotten similar responses from other recruiters. We will likely hold it within days of the Grad Fair hosted by UTM themselves. I'll send you corresponding documents once confirmed.

Thanks

---

**From:** Christopher Cebula <c.cebula@saba.edu>
**Sent:** Tuesday, May 31, 2016 8:17:15 AM
**To:** Redacted
**Subject:** RE: Greetings! and Admissions Question?

Hello...

Yes we will accept your prerequisites from RCCBT. Applying for admissions about 4-5 months ahead of when you desire to start is a fine timeline.

And.. YES we will definitely be interested in attending the fair again this Fall semester. Mid October is usually quite busy – if you can piggy-back the event with the similar events that are help at Western and UT DWNT – that may help with travel planning for the recruiters.

Warm regards,

# Chris

Christopher Cebula
Director of Admissions
Saba University School of Medicine
27 Jackson Road, Suite 300
Devens, MA 01434

tel: 978-862-9616

---

**From:** Redacted
**Sent:** Sunday, May 29, 2016 1:28 PM
**To:** Christopher Cebula
**Subject:** Greetings! and Admissions Question?

Hi Chris,

Hope you have been keeping well! I have an admissions related question that I was hoping you can address. So, I will be graduating this year and am hoping to apply for the January 2017 start term. Starting in January so that I have enough time to wrap up on some research and complete the two pre-requisite courses I am missing. I hope to take the pre-requisite courses at Royal Crown College (RCCBT http://www.royalcrowncollege.com/pre- medical/curriculum/) between July and August, which is the only institution in Canada that seems to offer poct-bacc pre-med course work similar to what many

colleges/universities offer in the US. Before I registered I wanted to know if SABA and MUA would accept pre-requisites courses completed at RCCBT? Also, what would be the best time to submit my application? I was looking at late June- early July?

Secondly, because I have decided to start a semester late, I will hold my role with the University of Toronto-Mississauga Pre-Medical Society and we will once again host the *Health and Medicine Careers Fair* this fall. Currently, we are surveying to see if mid-October works for our schools in attendance. Please let me know if you will be interested in attending again this year and we will make sure to forward an invitation and registration to you as soon as the dates are sorted out.

Your time is much appreciated. Thank-you,

Redacted