# EXHIBIT 32

**From:** admissions@saba.edu
**Sent:** Monday, March 7, 2022 3:26 PM
**To:**  Redacted
**Subject:** RE: Prospective student

Hello Redacted

I am going to forward your questions over to my director as I do not have the answer as to why this information is not posted on the website. MUA is actually one of our sister schools so I am not sure why it is posted on their site and not ours. My understanding is that our attrition rate hovers around 10-12%- essentially 1 out of 10 students do not make it through the program for a wide variety of reasons.

Thank you!

Saba University School of Medicine
27 Jackson Road, Suite 301
Devens, MA 01434

Phone: (978) 862-9660
www.saba.edu



**From:** Redacted
**Sent:** Friday, March 4, 2022 3:04 PM
**To:** admissions@saba.edu
**Subject:** Re: Prospective student

Hello,
thank you for your reply. I saw no information on the student attrition rate in the Student Consumer Information. Can you please tell me on the average how many students start in a class cohort and how many on the average graduate. For example if the class cohort began with 100 and 10 students did not graduate for whatever reason the attrition rate is 10%. Why is this not posted on the SABA website. A school that I am applying to like MUA has a 10% attrition rate while Trinity St. Vincent's School of Medicine is 13%. Please provide me with this information. Thank you, Desiree

On Friday, March 4, 2022, 03:01:11 PM EST, <admissions@saba.edu> wrote:

Hello  Redacted

Thank you for reaching out. I apologize for any inconvenience, I am not 100% how that would transpired as I was not monitoring the inbox during that time period. We are happy to assist with your questions.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                              R3S00026552

The class ratio averages 7:1 student faculty. We have multiple events throughout each month where you can attend and speak with both current students and alumni. Also, upon applying and being accepted into the program there is a private Facebook Mentor Group that applicants are welcome to join. T

SABA has rotations across the United States including Florida.

As far as the attrition rate, you are welcome to read through our Student Consumer Information Handbook. I have attached it below.

Please let me know if you have any other questions at this time. Thank you!!

Saba University School of Medicine

27 Jackson Road, Suite 301
Devens, MA 01434

Phone: (978) 862-9660

www.saba.edu



**From:** Redacted
**Sent:** Friday, March 4, 2022 11:04 AM
**To:** admissions@saba.edu
**Subject:** Fw: Prospective student

Hello Admissions,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                R3S00026553

Could you kindly tell me why no one ever replied to my email from last year? Please see below and answer my questions.

Thank you in advance,

Redacted

----- Forwarded Message -----

From: Redacted

To: admissions@saba.edu <admissions@saba.edu>

Sent: Monday, August 2, 2021, 11:41:56 AM EDT

Subject: Prospective student

Hello,

Approximately how large is the class at Saba? Are there any student ambassadors that I can contact via email so that they can provide me with some insight relating to their experiences at Saba? Are there any clinical rotations in Florida? What is the attrition percentage?

Thank you,

Redacted