# EXHIBIT 34



LIFE BY DEGREES



SABA UNIVERSITY
SCHOOL OF MEDICINE

## PRESENTERS

Don Donahue | Enrollment Services

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000081



WHY SABA?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# A LEADING INTERNATIONAL MEDICAL SCHOOL

- **25+ year history** of academic excellence
- **Thousands of** successful graduates
- **Established** track





**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000083



**A BEAUTIFUL DUTCH ISLAND.**

**A PRISTINE LOCATION.**

**A UNIQUE & SUPPORTIVE LEARNING ENVIRONMENT.**

**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# APPROVALS AND ACCREDITATION

- Saba has ALL of the **necessary U.S. state approvals & recognitions**

- Saba the ONLY school in the Caribbean with **accreditation from a leading European educational authority**



 SABA UNIVERSITY SCHOOL OF MEDICINE

**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000085

# MODELED ON U.S. STANDARDS

The US Department of Education via the National Committee on Foreign Medical Education and Accreditation (NCFMEA) has determined that the accreditation standards used by the NVAO to accredit Saba's medical program are **comparable to those used by the Liaison Committee on Medical Education (LCME)**.

**Graduates can practice where they want by virtue of approvals/ recognition** from key states in the US and accreditation from the highly respected **NVAO** – the accreditation body of the Netherlands.



**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000086



# A PROVEN & EFFECTIVE LEARNING METHODOLOGY

**TIGHT KNIT COMMUNITY OF STUDENTS & FACULTY**

**COLLABORATIVE LEARNING ENVIRONMENT**

**CLOSE STUDENT/ TEACHER INTERACTION**

Class sizes at Saba are comparable to class sizes found at many U.S. & Canadian medical schools—supporting mentorship and collaborative learning

WHY SABA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000087



# A TOP CHOICE FOR CANADIAN STUDENTS

- **1,600 + graduates** from Canada
- **Many Canadians elect a residency in the U.S.** based on opportunity
- Canadian graduates **place into residencies at a rate equivalent to US Graduates**
- Saba places the **highest percentage** of Canadians back into Canada
- Canadian graduates are **some of Saba's most prestigious alums**
- Saba is **recognized entity across Canada** at local as well as teaching hospitals



 SABA UNIVERSITY SCHOOL OF MEDICINE

**WHY SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# RESULTS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# RESIDENCY PLACEMENTS ACROSS U.S. & CANADA

- **Anesthesiology**
- **Diagnostic Radiology**
- **Emergency Medicine**
- **Family Medicine**
- **Internal Medicine**
- **Neurology**
- **Preliminary Surgery**
- **Obstetrics and Gynecology**
- **Pediatrics**
- **Surgery**
- **Vascular Surgery**





**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000090

# RESIDENCY PLACEMENTS AT TOP MEDICAL CENTERS

  
  




- CLEVELAND CLINIC
- DALHOUSIE UNIVERSITY
- JOHNS HOPKINS
- MAYO CLINIC SCHOOL OF MEDICINE
- MCMASTER UNIVERSITY / HAMILTON GENERAL
- QUEENS UNIVERSITY KINGSTON
- RUSH UNIVERSITY MEDICAL CENTER— CHICAGO
- UNIVERSITY OF ROCHESTER / STRONG MEM. HOSPITAL
- UNIVERSITY OF TORONTO
- UNIVERSITY OF WESTERN ONTARIO (SCHULICH)
- WASHINGTON UNIVERSITY IN ST. LOUIS
- YALE UNIVERSITY



**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000091

# RESIDENCY ATTAINMENT: HOW SABA COMPARES

- 94% of eligible Saba graduates have attained residency (from 2013 to 2018), leading to thousands of our graduates practicing in the US and Canada.
- Our residency results are comparable to US allopathic medical schools. Saba graduates consistently earn coveted positions at top medical centers.
- We have a proven process to prepare students for attaining a residency



Saba vs. US Medical Schools    Saba vs. Osteopathic Schools    Saba vs. Other International Medical Schools

*(1) Source: National Residency Matching Program®, Results and Data – 2013-2016 Main Residency Match®*



**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2017 RESIDENCY PLACEMENT IN CANADA

Saba's residency placement in Canada **exceeds the combined results of other leading international schools**



**SABA**

**COMBINED RESULTS: SGU, ROSS, AUC & AUA**

*SOURCE: Websites of St. George's, Ross, AUC and AUA*

**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000095

# USMLE STEP 1
## USMLE IS THE KEY "PIVOT POINT" IN MED SCHOOL

- Passing with a high score on first attempt has a major impact on your residency

- Saba provides all students with extensive preparation

- Saba's first time pass rate exceeds most US medical schools and ALL other international medical schools

- USMLE Step 1 test score averages comparable to US allopathic schools.



**FIRST TIME PASS RATE**

| 2014: 99% | 2015: 99% | 2016: 99% | 2017: 100% |



**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000096

# USMLE PASS RATES



**USMLE STEP 1: SABA 100%***

U ARKANSAS: 86%
U TENNESSEE: 86%
U NEW MEXICO: 89%

MUA: 96%
BROWN: 96%

LSU: 97%
U ILLINOIS: 97%
YALE: 97%

HARVARD: 99%
STANFORD: 99%

SABA: 100%
JOHNS HOPKINS: 100%

Source: As reported in U.S. News and World Report, 2016

**USMLE STEP 2 & 3 | MCCQE1**

Saba's pass rates on USMLE Step 2 & 3 comparable to U.S. Schools

Preparation for USMLE largely overlaps material required for non-clinical questions on Canada's MCCQE1



**RESULTS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000097





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



THE CURRICULUM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# AT THE FOREFRONT OF MEDICAL EDUCATION

- **Holistic**
- **Progressive:** Foundational | Highly Integrated | System based
- **Clinical Instruction Parallels System/Organ Approach**
- **Anatomy vs. Simulation Labs**
- **Research**



**THE CURRICULUM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000102

# KEY ELEMENTS OF THE SABA CURRICULUM

- **Contemporary Curriculum** – based on "best practices" at leading institutions
- **Varied Learning Formats** – including cases, clinical skills, labs and lectures
- **Campus Infrastructure Developed in Parallel with the Curriculum** – e.g., interactive small group facility; standardized patient lab



 SABA UNIVERSITY SCHOOL OF MEDICINE

**THE CURRICULUM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# RESEARCH MODULE UNIQUE TO SABA

- Physicians today are **expected to be able to assess and apply the latest research**
- **Critically** Appraise
- **Evaluate** for Relevance
- Apply **Clinically**
- **Communicate** to Patients and Colleagues



SABA UNIVERSITY SCHOOL OF MEDICINE

**THE CURRICULUM // RESEARCH MODULE**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# RESEARCH: LITERATURE REVIEW AND ANALYSIS

RLRA is a major asset in obtaining a great residency and in being recognized during the residency

This unique module:

- **Further develops students' abilities** to evaluate and assimilate scientific evidence
- **Reinforces the skills required** to critically appraise ever-evolving medical knowledge
- **Includes regular interaction** with a faculty research mentor for oversight
- **Results in final paper that is evaluated by a faculty committee**, often leading to students publishing and presenting their work nationally and internationally



SABA UNIVERSITY SCHOOL OF MEDICINE

**THE CURRICULUM // RESEARCH MODULE**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000105



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000106



CLINICAL PROGRAM

R3S00000107

# 2 YEARS OF CORE AND ELECTIVE CLERKSHIPS

- **Broad exposure** to a wide range of patient conditions
- **Physical exams**, history taking, case presentations, lab analysis, grand rounds, conferences, & patient logs
- Continuous **monitoring and mentoring**
- **Highly structured:** weekly assessments by Saba faculty
- **Canadian electives**



**5 CORE CLERKSHIPS**

**42 WEEKS**

Surgery, Internal Medicine, Pediatrics, Psychiatry, Obstetrics & Gynecology

**ELECTIVE CLERKSHIPS**

**30 WEEKS**

Based upon your projected medical specialty


SABA UNIVERSITY SCHOOL OF MEDICINE

**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000108

# CLINICAL ELECTIVES

## INTERNAL MEDICINE

- **Gastroenterology**
- **Infectious Disease**
- **Nephrology**
- **Pulmonary Medicine**
- **Critical Care Medicine / ICU**
- **Rheumatology & Immunology**
- **Urgent Care**
- **Hematology**
- **HIV Care**

## SURGERY

- **Trauma Surgery**
- **Surgery Critical Care ICU**
- **Wound Care**
- **Cardio Vascular Surgery**
- **Surgery Transplantation**
- **Burn Surgery**
- **Colon & Rectal Surgery**
- **Craniofacial Surgery**
- **Endovascular Surgical Neuroradiology**
- **Pediatric Cardiothoracic**

## PEDIATRICS

- **Emergency Medicine**
- **Hematology/Oncology**
- **Allergy and Immunology**
- **Infectious Diseases**
- **Pulmonology**
- **Endocrinology**
- **Gastroenterology**
- **Neonatal & Perinatal Medicine**
- **Ambulatory Medicine**
- **Nephrology**
- **Developmental-Behavioral**
- **Anesthesiology**
- **Electrophysiology**



SABA UNIVERSITY SCHOOL OF MEDICINE

**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000109

# 2016-17 CLINICAL ROTATIONS



**2000+ INDIVIDUAL CORES
300+ SITES FOR ELECTIVES**



**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000110



# 2016-17 ELECTIVE ROTATIONS ACROSS CANADA

**250+ ELECTIVE ROTATIONS**
**100+ TEACHING HOSPITALS**

**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# FROM SABA TO SURGERY



**CLINICAL PROGRAM**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000112



# TUITION & FINANCING

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Source: American Association of Medical Colleges (AAMC), and individual school web sites , 2016-17; median US is out-of-state.

**TUITION & FINANCING**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000114

# FINANCIAL AID FOR U.S. STUDENTS

Saba University School of Medicine is approved to participate in the William D. Ford U.S. Federal Direct Loan Program.

**US Citizens & Permanent Residents may apply:**

**www.fafsa.ed.gov**
**School Code: G37803**



Federal **Student** Aid
*An OFFICE of the U.S. DEPARTMENT of EDUCATION* | PROUD SPONSOR of the AMERICAN MIND®



**TUITION & FINANCING**

SABA UNIVERSITY SCHOOL OF MEDICINE

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# FINANCIAL AID FOR CANADIAN STUDENTS

Apply directly to the respective agency (varies depending on province)

Many students also take a student line of credit through a Canadian bank (CIBC, RBC, TD or BOM bank are most used)

For provinces that require it, Saba provides a "program information form"

**Saba Financial Aid Office contact:**

**978-862-9600 X631**
**canaid@saba.edu**



**TUITION & FINANCING**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000116



SABA: THE ISLAND



# UNLIKE ANY OTHER CARIBBEAN ISLAND

- Quiet (no major resorts) and extremely safe
- **A destination for discriminating travelers:** Small hotels, guest houses and highly regarded restaurants
- **Country:**  The Netherlands
- Language (English), Electricity (110Volt)





**SABA: THE ISLAND**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



FASHION   BEAUTY   CULTURE   LIVING   RUNWAY   VIDEO   SHOP

# A Guide to Saba: The Caribbean's Best-Kept Secret

MAY 31, 2017 2:04 PM
*by* ANNE RODERIQUE-JONES





**SABA: THE ISLAND**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000119



**SABA: THE ISLAND**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



A Day in the Life of a Saba Student

Rachel Hicks

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# HOW TO APPLY TO SABA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



- Applications accepted **throughout the year**

- 1st semester classes **begin in September, January and May**

- **Apply online**

**HOW TO APPLY TO SABA**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000123

# A HOLISTIC APPLICATIONS PROCESS

- Looking at **each applicant individually**

- **Submit paperwork early:** EARLY applicants have a better chance of securing a place in their semester of choice

- **FULL APPLICANT REVIEW: 3-5 WEEKS, INCLUDING INTERVIEW**



**HOW TO APPLY TO SABA**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# LET'S MEET AN ALUMNUS



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**QUESTIONS**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00000127

**WHY**



**SABA**
**UNIVERSITY**
SCHOOL OF MEDICINE

## RESIDENCIES

**EXCELLENT PLACEMENTS AT LEADING MEDICAL CENTERS**

## USMLE

**100% FIRST TIME STEP I PASS RATE**

## APPROVALS

**GRADUATES CAN WHERE THEY WANT**
**ACROSS U.S. & CANADA**

## ACADEMICS

**AT THE FOREFRONT OF MEDICAL EDUCATION**

## VALUE

**ACCESSABLE, UNCOMPROMISED QUALITY, FINANCIAL AID**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER