# EXHIBIT 35






INTERNATIONAL MEDICAL SCHOOL GRADUATES
& U.S. HEALTHCARE

SABA UNIVERSITY 1992 Saba SCHOOL OF MEDICINE
SABA
UNIVERSITY
SCHOOL OF MEDICINE

MEDICAL UNIVERSITY OF THE AMERICAS
Nevis, West Indies
MEDICAL UNIVERSITY
OF THE AMERICAS

SABA UNIVERSITY SCHOOL OF MEDICINE

MEDICAL UNIVERSITY OF THE AMERICAS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003702

# TOPICS FOR TODAY

1. US Healthcare & International Medical Schools
2. Evaluating International Medical Schools
3. About Saba and MUA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
R3S00003703



THE CRITICAL ROLE OF INTERNATIONAL MEDICAL SCHOOLS

# SHORTAGE OF PHYSICIANS IN U.S.

## Physician Gap: Up To 90,000 By 2025 (AAMC)

- Population growth and aging drive demand | Major shortages in Primary Care
- Too Few Graduates of U.S. Medical Schools
- Not Enough U.S. Graduates Entering Primary Care

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



THE CRITICAL ROLE OF INTERNATIONAL MEDICAL SCHOOLS

# U.S. MEDICAL SCHOOL APPLICANTS

- **Shortage of Seats: A Systemic Issue in U.S. Medical School Education**
- **Well Under 50% of Applicants Able to Get Seats**

50000
45000
40000
35000
30000
25000
20000
15000
10000
5000
0
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
2013
2014
Applicants
Matriculants

*SOURCE: American Association of Medical Colleges (AAMC)*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003705

THE CRITICAL ROLE OF INTERNATIONAL MEDICAL SCHOOLS

# INTERNATIONAL MEDICAL SCHOOL GRADUATES
## An Essential Role in U.S. Healthcare



**Of Current Practicing U.S. Physicians**
**25% Are Graduates of International Medical Schools**

*SOURCE: American Medical Association*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003706

# EVALUATING INTERNATIONAL MEDICAL SCHOOLS

- Residency Placement
- USMLE: 1st Time Pass Rate
- Ability to Practice Across the US
- Title IV Approval
- Residency Placement
- Academic Environment: Curriculum, Class Sizes, Clinicals, Faculty

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003707

HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# SABA AND MUA RESIDENCY PLACEMENTS

Placements in Primary Care, Specialties and Subspecialties at Medical Centers Across the US and Canada

## PLACEMENTS

CLEVELAND CLINIC
DALHOUSIE UNIVERSITY
JOHNS HOPKINS
MAYO CLINIC SCHOOL OF MEDICINE
MCMASTER UNIVERSITY / HAMILTON GENERAL
QUEENS UNIVERSITY KINGSTON
RUSH UNIVERSITY MED. CENTER—CHICAGO
UNIV. OF ROCHESTER / STRONG MEM. HOSPITAL
UNIVERSITY OF TORONTO
WASHINGTON UNIVERSITY IN ST. LOUIS
YALE UNIVERSITY

## SPECIALTIES

- ANESTHESIOLOGY
- DIAGNOSTIC RADIOLOGY
- EMERGENCY MEDICINE
- FAMILY MEDICINE
- INTERNAL MEDICINE
- NEUROLOGY
- PRELIMINARY SURGERY
- OBSTETRICS AND GYNECOLOGY
- PEDIATRICS
- PRELIMINARY SURGERY
- SURGERY
- VASCULAR SURGERY

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003708

HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# FIRST-TIME PASS RATE ON USMLE

## USMLE Is the Key "Pivot Point" in Med School

2
STEP 1
USMLE
USMLE
Step 1

- Taken midway in med school—before clinical rotations
- First-time pass rate is critical
- Passing with a high score on your first attempt has a major impact on your ability to get a good residency

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003709



HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS
USMLE STEP 1 FIRST-TIME PASS RATES
100%
95%
90%
85%
80%
75%
MUA
95%
SABA
99%
U ARKANSAS: 86%
U TENNESSEE: 86%
U NEW MEXICO: 89%
MUA: 95%
BROWN: 96%
LSU: 97%
U ILLINOIS: 97%
YALE: 97%
HARVARD: 99%
STANFORD: 99%
SABA: 99%
JOHNS HOPKINS: 100%
Source: U.S. News and World Report

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003710



HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# ACCREDITATION & APPROVALS

**Saba and MUA voluntarily undergo rigorous evaluation by accreditation and licensing authorities**

ED.gov

- New York, California* & Florida
- NVAO—Saba the ONLY Caribbean school with European Accreditation
- U.S. Dept. of Education—when a school is eligible for U.S. Federal Direct Student Loans

**WHEN A SCHOOL IS APPROVED BY NEW YORK, CALIFORNIA AND FLORIDA, IT MEANS YOU CAN PRACTICE ACROSS THE U.S. AND CANADA**

* MUA California approval expected 2015-16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003711

HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# MODERN, SYSTEMS-BASED INTEGRATED CURRICULUM

## Clinical Experience from Day 1

- Both Saba and MUA have implemented curriculums that are at the forefront of medical education
- Learning the science and how to apply it clinically from the very start of medical school

**SMALL CLASS SIZES AND HIGH FACULTY-TO-STUDENT RATIO CREATES A SUPPORTIVE LEARNING ENVIRONMENT THAT HELPS STUDENTS SUCCEED.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003712

HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# RESEARCH MODULE

## Learning How To Evaluate Medical Information

**Physicians today must be able to use the latest research—evaluate, apply clinically, communicate to patients**

- Research Module completed by all students is unique to Saba and MUA
- Research is a major asset when our students apply for residencies
- Many of our students have had their work published

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003713

# CLINICAL PROGRAM

## 2 Years of Core & Clinical Clerkships in U.S.

- Broad exposure to a wide range of patient conditions
- Weekly assessments by faculty and clinical deans
- An opportunity to demonstrate how well you can perform in a clinical setting

**BOTH SABA AND MUA HAVE A HIGHLY STRUCTURED CLINICAL PROGRAM AT LEADING MEDICAL CENTERS IN THE US AND CANADA.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# FACULTY & FACILITIES

- **FACILITIES:** Modern campus with comprehensive learning facilities, e.g., Learning Systems, Gross Anatomy Lab, USMLE Test Prep. Center
- **FACULTY:** Full time, Experienced Teachers, All have Ph.D.'s and/or M.D.'s

THE OPPORTUNITY TO TEACH FULL TIME AND WORK DIRECTLY WITH STUDENTS DRAWS FACULTY TO SABA AND MUA.



HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# 4 YR TUITION & FEES (2014-2015) *

## Saba and MUA have the most affordable tuitions of the Tier 1 Caribbean Medical Schools

*Source: American Assn. of Medical Colleges and individual school websites as of May 2015.*
**Comparison is against all MD programs that qualify for William D. Ford Federal Direct Loan Program*




SABA UNIVERSITY SCHOOL OF MEDICINE
SABA UNIVERSITY SCHOOL OF MEDICINE
1992
Saba

MEDICAL UNIVERSITY OF THE AMERICAS
MEDICAL UNIVERSITY OF THE AMERICAS
Nevis, West Indies

- First Class: 1993
- 2000+ Graduates
- Small: Approximately 80 students per class
- Based on USMLE Results & Residency Placement: Top International Medical School

- First Class: 1998
- 1250+ graduates
- Small: Approximately 80 students per class
- Medical School and Pre-Med Program

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003717

# SABA AT A GLANCE

| | |
|---|---|
| Systems-based Curriculum: | Yes |
| USMLE 1st Time Pass Rate: | 99% |
| Clinical Program: | Extensive across U.S. |
| Residency Placement Rate: | On Par with US Schools |
| Accreditations/Approvals: | ALL Critical Approvals |
| Faculty/Facilities: | Full-time Faculty, All with Ph.D.'s/M.D.'s. Modern campus |
| Tuition/Financing: | Affordable/Eligible for US Student Loans |

SABA

# MUA AT A GLANCE

| | |
|---|---|
| Systems-based Curriculum: | Yes |
| USMLE 1st Time Pass Rate: | 95% |
| Clinical Program: | Extensive across U.S. |
| Residency Placement Rate: | At Top Medical Centers |
| Accreditations/Approvals: | New York, Florida; California |
| Faculty/Facilities: | Full-time Faculty, All with Ph.D.'s/M.D.'s. Modern campus |
| Tuition/Financing: | Affordable/Eligible for US Student Loans |

MUA

# WHAT SETS US APART...

Small Class Sizes
Modern Campuses
Wide Range Of Clinical Affiliations
Excellent And Engaged Faculty
Supportive Community
Cost-effective Tuition
Outstanding Results

It's That Simple

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00003720