# EXHIBIT 41

Exhibits: 1-26             Volume 1, Pages 1-226

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12002-WGY

----------------------------

NATALIA ORTIZ, on behalf of

herself and a class of similarly

situated persons

Plaintiff

vs.

SABA UNIVERSITY SCHOOL OF MEDICINE

and R3 EDUCATION, INC.

Defendants

----------------------------

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF NATALIA ORTIZ

Friday, June 28, 2024, 9:25 a.m.

Locke Lord, LLP

111 Huntington Avenue

Boston, Massachusetts

--------Reporter:  David A. Arsenault, RPR--------

Farmer Arsenault Brock LLC

Boston, Massachusetts

617.728.4404

 1   schools.

 2       Q.   And when you say general research, was

 3   this, were you just Googling?

 4       A.   Yes.

 5       Q.   And do you recall anything about the

 6   results of those Google searches of Caribbean

 7   schools?

 8       A.   Yes.

 9       Q.   What did you learn?

10       A.   I learned that, that -- I might have

11   learned through this that you can't really transfer

12   credits with Caribbean medical schools.  I'm sorry,

13   I don't remember.

14       Q.   I didn't ask earlier.  You mentioned you

15   don't plan to apply to any other medical schools.

16   Why is that?

17       A.   Because I am going to be 28 this year.

18   Unfortunately as a woman I only have a certain

19   amount of reproductive years left.  My interests in

20   life have changed because of those factors.

21       Q.   And if you learned that when you were

22   searching Google about Caribbean schools that the

23   credits couldn't be transferred, obviously that

24   didn't stop you from going ahead and enrolling in

```
 1   Saba, correct?
 2        A.   Correct.
 3        Q.   What do you recall specifically about
 4   reviewing on the websites of the schools that you
 5   researched?
 6        A.   The facilities and the education itself.
 7        Q.   And when you say the education itself, what
 8   specifically were you looking at?
 9        A.   Well, in Saba's instance it was the USMLE
10   pass rates that they were advertising.  They also,
11   when you go on the websites they kind of give you an
12   idea of like their education, how they are better,
13   how they can help you as a student be better or how
14   they compete with other schools and stuff like that.
15        Q.   So the facilities, the education itself,
16   you mentioned seeing USMLE pass rates for Saba.
17        A.   Right.
18        Q.   Did you look at the USMLE pass rates of any
19   of the other universities you were considering?
20        A.   I don't remember other universities posting
21   it on their websites.
22        Q.   Did you ever inquire with any of those
23   other universities what their USMLE pass rates were?
24        A.   No.
```

1   Q.  Do you recall seeing anything else on the
2   Saba University website when you were researching
3   medical schools?
4   A.  No.
5   Q.  Did you look at the courses that were
6   required at these different medical schools?
7   A.  What do you mean by required?  They
8   required you to take while attending?
9   Q.  Yes.
10  A.  No.
11  Q.  Why not?
12  A.  Because I figured they were all going to be
13  science based and I'll learn when I'm in school.
14  Q.  Did you research any of these schools'
15  prerequisites for sitting for the USMLE Step 1?
16  A.  No.
17  Q.  Why not?
18  A.  Because the only prerequisite I thought you
19  needed was to attend, be attending school.  You get
20  basic sciences and then you start taking your Step
21  1.
22  Q.  And what was that understanding based on?
23  A.  Just a general idea that that's how it
24  works.

1    said, I have family and my brother there.  I was

2    visiting.  When I told them that I was looking into

3    -- not looking into, but that the University of

4    Arizona could be a possibility in the future, my

5    stepmom's nephew took me to the campus to just look

6    around and stuff.

7         Q.  Did you go to the medical school campus in

8    particular?

9         A.  I don't know if that was the medical school

10   campus in particular.

11        Q.  You did not speak to any representatives of

12   the medical school or professors or anything like

13   that?

14        A.  No.

15        Q.  And you didn't apply to the University of

16   Arizona ultimately?

17        A.  No.

18        Q.  Why not?

19        A.  Well, out of state tuition is insane.

20        Q.  What did you understand about your

21   prospects of admission at the University of Arizona?

22        A.  What do you mean?

23        Q.  Did you look into the University of

24   Arizona's admissions requirements in terms of GPA

```
 1   and MCAT score?

 2        A.   No, not that I remember.

 3        Q.   So sitting here today you don't know what

 4   your odds of getting in were had you applied?

 5        A.   No.

 6        Q.   Other than Saba, did any other medical

 7   school offer you admission?

 8        A.   No.

 9        Q.   We have gotten into this a little bit but

10   just so I understand, why did you ultimately decide

11   to enroll at Saba?

12        A.   Saba has ongoing admissions, that was one,

13   throughout the year.  The facilities, on the website

14   it seemed like they were good.  And their education.

15   One of the biggest things for me was the USMLE pass

16   rates that they were advertising.

17        Q.   Why was the pass rates so important to you?

18        A.   It indicated an idea about their education.

19   So I thought that if they have such good pass rates

20   that means their education is really good.

21        Q.   What did you do to research the pass rates

22   of the other schools that you looked into?

23        A.   I didn't.

24        Q.   And so you said earlier that you went to
```

1  some websites for the other schools and then you

2  went on Saba's website you saw their pass rate.  Why

3  didn't you check the other schools to see how Saba's

4  pass rate stacked up?

5      A.  Because I thought that the reason Saba was

6  advertising that was because that was how good their

7  education was that they were able to put that on

8  their website so openly.  Whereas the other -- and

9  like I thought they were just indicating that they

10  had such good education.  I felt with the other

11  universities they didn't need to do that.  I don't

12  know.

13      Q.  Why wouldn't they need to do that?

14      A.  I don't know why they figured they didn't

15  need to do that.  It was, they didn't have that on

16  their website.  When I researched these schools, the

17  facilities seemed nice.  Their education is good

18  because their medical schools -- I'm sorry, not the

19  medical schools, but the universities are well known

20  in Florida.  So to me that was enough.  Like FIU, I

21  went to school there.  So through other students and

22  stuff I learned about the actual medical program at

23  FIU, not to its entirety but some ideas on it.  And

24  then the other schools, UCF USF, UF, these are

 1      A.   Yeah, that was mentioned for sure.

 2      Q.   What was discussed about the Step 1?

 3      A.   That Saba had a 98 or 99 percent pass rate

 4   for the USMLE Step 1.

 5      Q.   Were there any discussions about

 6   preparation for the Step 1 exam?

 7      A.   No.

 8      Q.   Did you ask any questions about preparing

 9   for the Step 1?

10      A.   No.

11      Q.   Did Saba mention its attrition rate at this

12   open house?

13      A.   No.

14      Q.   Did you ask about the attrition rate?

15      A.   No.

16      Q.   Did anyone else ask about the attrition

17   rate?

18      A.   Not that I'm aware of.

19      Q.   Is there anything else about this open

20   house that you remember?

21      A.   No.

22      Q.   I think you mentioned facilities?

23      A.   Yes.

24      Q.   Education?

```
1        A.   Yes.

2        Q.   And what was the third thing you mentioned?

3        A.   The USMLE pass rates.

4        Q.   And what did they say about the education?

5        A.   That it was really good, that that's why

6   they had such good numbers for the USMLE pass rates.

7        Q.   Do you have any records or notes of that

8   open house that you attended?

9        A.   No.

10       Q.   When we talked about the attrition rate

11  earlier, does your understanding of attrition, would

12  that include folks that either transferred in or out

13  of the program?

14            MR. EGAN:  Objection to form.

15       Q.   I'll take it one by one.  Does your

16  understanding of attrition and how it is calculated

17  include a student that transfers in to Saba from

18  another medical school?

19            MR. EGAN:  Objection to form.

20       A.   From my understanding, I believe yes.

21       Q.   And how about a person transferring out of

22  Saba University, would that negatively affect their

23  attrition rate?

24       A.   Yes.
```

```
 1              MR. EGAN:  Objection to form.
 2         Q.  I want to talk about your interview.  You
 3    say that was conducted telephonically, correct?
 4         A.  Yes.
 5         Q.  Who interviewed you, do you recall?
 6         A.  I do not recall.
 7         Q.  How many people from the Saba side attended
 8    this telephone interview?
 9         A.  Just one.
10         Q.  Was it a male or a female?
11         A.  A male.
12         Q.  Did anyone attend on your behalf as well or
13    was it just a one-on-one phone call?
14         A.  It was a one-on-one phone call.
15         Q.  And what was discussed during the
16    interview?
17         A.  It was an interview for admissions.  So
18    they just asked me some -- I don't remember the
19    questions.  I don't remember exactly what was asked.
20    But they asked me a few questions.  He did talk
21    about the program itself and did say that it was
22    really good and everything and that I was going to
23    like it and I would be a good fit.  He said some
24    positive things.
```

```
 1            Do you see that?
 2      A.  Yes.
 3      Q.  The phrase "on their first attempt," that
 4  necessarily only includes folks that actually took
 5  the Step 1, correct?
 6      A.  Yes.
 7      Q.  There are several links on this website --
 8  this email, rather.  Did you click any of these
 9  links?
10      A.  Not that I recall.
11      Q.  So you don't recall clicking the link to
12  the Saba website?
13      A.  I don't recall.
14      Q.  Did you review the Saba View Book before
15  applying to Saba?
16      A.  No, I don't remember.
17      Q.  Sitting here today, do you remember what
18  content the Saba View Book covered?
19      A.  I don't remember reviewing the view book so
20  I wouldn't be able to tell you.
21      Q.  Besides yourself, who else received this
22  email?
23      A.  I don't know.
24      Q.  You understand you brought this lawsuit on
```

```
 1   behalf of a class of students similarly situated,

 2   correct?

 3       A.  Correct.

 4       Q.  Sitting here today, do you know whether any

 5   of your class members received this email?

 6       A.  I do not know.

 7       Q.  I want to turn the page to Exhibit 2.  This

 8   is a March 31, 2019 email.  Do you recognize it?

 9       A.  Yes.

10       Q.  There are a number of features or aspects

11   of Saba that are listed in this email, including a

12   few that are set out in a bulleted list.  Do you see

13   that?

14       A.  Yes.

15       Q.  How important were each of these factors to

16   you when you were deciding to apply to Saba

17   University?

18       A.  Important.

19       Q.  So they publish a 100 percent USMLE Step 1

20   first-time pass rate.  Was that important to you?

21       A.  Having a high USMLE Step 1 first-time pass

22   rate, that specifically was not important to me.

23   But because they advertised it, to me it spoke on

24   their education, and that was important to me.
```

1    Q.  Why wasn't it necessarily important to you?

2  Did you feel like whether the pass rate was a

3  hundred percent or 90 percent, did you feel like you

4  had what it took to pass the Step 1?

5    A.  Yes.  And it said first-time pass rate.  So

6  it doesn't necessarily, like what they advertise

7  that it was the first time, to me that spoke on

8  their education.  I just confused myself a little

9  bit.  Can we repeat the question?

10           MR. EVANS:  Can you read that back.

11           (Question read by the reporter.)

12           REPORTER:  "Why was it not necessarily

13  important to you?  Did you feel like, like the pass

14  rate was a hundred percent or 90 percent, did you

15  feel that you had what it took to pass the Step 1?"

16           MR. EGAN:  Objection to form.

17    A.  Yes, I thought I had what it took to pass

18  the Step 1, but that wasn't important to me, because

19  to me what was important is the education you are

20  getting in order to take this exam.  Because that

21  education is what you use to actually take the exam.

22  So that's what was important.

23    Q.  So if I'm understanding you correctly, this

24  pass rate was important to you because it showed

1  that other students as well were passing the Step 1,

2  but you felt like you were going to pass the Step 1

3  no matter what?

4            MR. EGAN:  Objection to form.

5      A.  Again, this was not important to me.  This

6  spoke about their education.  I took this as our

7  education is this good, that we have a hundred

8  percent or 98 percent or 99, whatever I read,

9  percent first-time pass rate.

10     Q.  Going through the rest of this email.

11 First of all, this email is addressed to you

12 individually, right?

13     A.  Correct.

14     Q.  It's not addressed to anyone else?

15     A.  Correct.

16     Q.  Do you know whether any other members of

17 your class received this particular email?

18     A.  I do not know.

19     Q.  Some of the other aspects that are listed

20 in this email list is small class sizes.  I believe

21 you said earlier that was important to you?

22     A.  That became important.  When I was looking

23 at medical schools, classroom sizes weren't a big

24 importance to me.  But when Saba said they had small

1  classroom sizes, that became something I wanted for

2  myself.

3      Q.  You realized that was an option and it

4  became an option that you would like to take

5  advantage of?

6      A.  Correct.

7      Q.  How small were the classes?

8      A.  Like I said, my original cohort was a

9  little below a hundred, from what I believe, I

10  remember.

11      Q.  So when you say class sizes were important,

12  you're not talking like going into a particular

13  course and there being a small number of students

14  with the professor.  You're talking about a small

15  cohort versus a school that allows a lot of people

16  to come in.  Is that what you're saying?

17      A.  I never thought about it that way.  Since

18  Saba isn't the type of school that does -- you go in

19  with your original cohort and you all take the same

20  classes together.  I didn't really think about, oh,

21  small classroom sizes could also be you take a

22  particular class and that class is small itself.  I

23  think I liked that I was going to be able to see the

24  same people.

1  to publish it alongside your Step 1 rates?

2          MR. EGAN:  Objection to form.

3      A.  I'm not a professional.  I wouldn't know

4  what to say exactly, what to specify.  But it's my

5  belief that if it is more than 50 percent, I should

6  be told.

7      Q.  So if Saba's attrition was less than 50

8  percent, then their advertising is fine?

9          MR. EGAN:  Objection to form.

10     A.  I'm not a professional to excuse Saba's

11 advertising.  So I don't know.

12     Q.  So according to your own complaint, U.S.

13 medical schools, they have an attrition rate of

14 around 10 percent.  That's an acceptable amount?

15         MR. EGAN:  Objection to form.

16     A.  I believe so.

17     Q.  Is 15 percent attrition an acceptable

18 amount?

19         MR. EGAN:  Objection to form.

20     A.  Again, this is me speculating.  I'm not a

21 professional.  This is what I believe.  I think so.

22     Q.  15 percent is acceptable?

23     A.  I think so.

24     Q.  20 percent?

```
1              MR. EGAN:  Objection to form.
2       A.  I think now we are starting to get to
3   numbers that I think should be disclosed.
4       Q.  And why is that?
5       A.  Because now you have about 20 percent of
6   students who are not passing, let's say a hundred
7   students.  I'm not a professional, this is what I
8   believe.  I'm going through a feeling.
9       Q.  I want to go to Paragraph 84 -- actually,
10  let's go to Paragraph 85.  In Paragraph 85 at the
11  very end you say after paying for all this schooling
12  you have nothing to show for it.  Do you see that?
13      A.  Yes.
14      Q.  We looked at your transcript earlier.  You
15  got As and Bs in several courses.  Safe to say you
16  got something out of those courses, correct?
17              MR. EGAN:  Objection.
18      A.  Did I obtain knowledge during the times of
19  those courses?  Yes.
20      Q.  Did you learn anything in those classes
21  beyond the actual science involved; for example,
22  note-taking skills, discipline, team work, et
23  cetera?
24              MR. EGAN:  Objection to form.
```

1    A.  No.

2    Q.  Do these classes have any value to you?

3         MR. EGAN:  Objection.

4    A.  It's hard to answer that because it is very

5    broad.

6    Q.  Let's talk about the classes you got As and

7    Bs in, which I have listed as clinical skills 1

8    through 4, ethics, systems and disease 4.  You got

9    As and Bs in those courses.  Obviously those had

10   some educational value; is that correct?

11        MR. EGAN:  Objection to form.

12   A.  Again, that I obtained knowledge around the

13   time of these courses -- because of the knowledge I

14   obtained at the time of these courses, yes, there

15   was an educational value.

16   Q.  I want to talk about your undergraduate

17   degree in chemistry.  Did that degree provide any

18   value to you?

19   A.  Yes.

20   Q.  Can you quantify that value?

21        MR. EGAN:  Objection to form.

22   A.  No.

23   Q.  It is sort of an intangible value of

24   learning things and going through the program?

1            MR. EGAN:   Same objection.

2      A.   And being able to apply the degree that I

3  acquired as well.

4      Q.   You also had to get another degree to go on

5  to anesthesiology program, right?

6      A.   That was a personal choice.

7      Q.   Does that program have value to you?

8      A.   Yes.   Are you done with the complaint so we

9  can take a break?

10     Q.   We are not done with it, but we can take a

11  break.   That's fine.

12            THE VIDEOGRAPHER:   It is 2:56.   We are

13  off the record.

14            (A recess was taken.)

15            THE VIDEOGRAPHER:   We are back on the

16  record.   The time is 3:08.

17            (Marked, Exhibit 26, Ortiz personal

18  statement.)

19     Q.   Ms. Ortiz, I'm showing you what we marked

20  as Exhibit 26.   Do you recognize this document?

21     A.   Yes.

22     Q.   What is it?

23     A.   My personal statement.

24     Q.   I want to direct your attention to the

1    second paragraph of your personal statement.

2        A.   Okay.

3        Q.   In particular, the part about peer

4    counseling.  Do you see that?

5        A.   Yes.

6        Q.   And with regard to this course that you

7    took in middle school called peer counseling you

8    stated you learned value, appreciation, selflessness

9    and love for helping others.

10            Do you see that?

11        A.   Yes.

12        Q.   You say these things became the foundation

13    to your core attributes.

14        A.   Yes.

15        Q.   And do the things that you learned in this

16    course have value to you?

17        A.   Yes.

18        Q.   What is the value?

19        A.   Through this course is when I learned

20    that -- peer counseling was a middle school course

21    that I took I believe in seventh or eighth grade.

22    And in this course I got to be with some friends and

23    what we did was held professors, sometimes we held

24    counseling sessions for other students.  We the

1    students mediated those counseling sessions.

2    Through this is when I realized, like this is what I

3    can, I like this, I like helping, I like being

4    involved with people.  It's really nice.

5        Q.  Is that an intangible value or are you able

6    to put a monetary value on that?

7              MR. EGAN:  Objection to form.

8        A.  It is an intangible value.

9        Q.  In the next paragraph you described how

10   your math and sciences courses that you took in

11   college taught you precision and accuracy and made

12   you explore different studying tactics and made me

13   think in a more vigorous way.  Do you see that?

14       A.  Which part are you talking about?

15       Q.  If you look at the middle of the paragraph,

16   it says:  "My degree made me explore different

17   studying tactics and made me think in a more

18   vigorous way.  For example, the thorough math aspect

19   of Analytical Chemistry taught me the importance of

20   precision and accuracy, and Bioorganic Chemistry

21   taught me how to understand systems as a whole

22   rather than individual parts."

23              Did those learnings have value to you?

24       A.  Yes.

1    Q.   What is the value of those learnings to
2    you?
3              MR. EGAN:   Objection to form.
4    A.   I learned skills that will help me
5    throughout my life.
6    Q.   Let's go back to the complaint for just a
7    moment, in particular Paragraph 89.  You say here:
8    "The pretest prevents students who might jeopardize
9    Saba's USMLE passage rates from even taking the
10   exam."  Correct?
11   A.   Correct.
12   Q.   To your knowledge, what's the consequence
13   of not passing the Step 1 exam on the first try?
14   A.   You, as I know, you get a second
15   opportunity.
16   Q.   Does that negatively affect the student's
17   ability to obtain a residency?
18   A.   I don't know.
19   Q.   So you don't know the consequence on a
20   student's career if they don't pass the Step 1?
21              MR. EGAN:   Objection to form.
22   A.   I'm aware that if you don't pass Step 1 you
23   don't have a career.  I don't know what the
24   consequences if you have to retake Step 1.

1     Q.  Do you know what the consequence is of

2  getting a low passing score on the Step 1 exam?

3             MR. EGAN:  Objection to form.

4     A.  To my knowledge, I think it affects future

5  job prospects.  They may look at that.  That's me

6  speculating.

7     Q.  In Paragraph 91 you allege that Saba's

8  alleged scheme allows it to continue to profit from

9  two years of tuition paid by students who will

10  ultimately be dismissed from the program.

11             Do you see that?

12     A.  Yes.

13     Q.  If Saba's goal was to maximize profit,

14  couldn't it just allow these students that are not

15  performing to remain enrolled in medical school for

16  two more years without any regard to how they do on

17  Step 1?

18             MR. EGAN:  Objection to form.

19     A.  So you're saying they could just give

20  students two extra years of taking, let's say like

21  the NBME to profit and then possibly dismiss or take

22  Step 1?

23     Q.  Or just allowing them to remain in the

24  program and then continue, you know, moving along