UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>    *Plaintiff*,<br><br>v.<br><br><br>SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,<br><br>    *Defendants*. | 1:23-cv-12002-WGY<br>CLASS ACTION |

## CERTIFICATE OF SERVICE

Patrick T. Egan, being duly sworn, deposes and says under penalty of perjury:

I am an attorney admitted to practice in this Court and a partner in the Boston office of Berman Tabacco. I am over the age of 18 years and am not a party to this action.

I hereby certify that, on August 16, 2024, the following documents were filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filings (NEF):

- PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- SUPPLEMENTAL DECLARATION OF MARGARET M. SILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION **[REDACTED VERSION]**

- PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION **[REDACTED VERSION]**

- DECLARATION OF WILLIAM W. PINKSY, MD **[REDACTED VERSION]**

1

- CERTIFICATE OF SERVICE

    Lastly, I further certify that true and correct *unredacted* copies of the following documents were be served by email on the Counsel of Record for Defendants listed below on Friday, August 16, 2024:

- PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION **[UNREDACTED/CONDITIONALLY UNDER SEAL VERSION]**

- THE SUPPLEMENTAL DECLARATION OF MARGARET M. SILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, INCLUDING EXHIBITS 1, 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 25, 26, 28, 29, 30, 32, 33, 34, and 35 **[UNREDACTED/CONDITIONALLY UNDER SEAL VERSIONS]**

- THE DECLARATION OF WILLIAM W. PINSKY, MD **[UNREDACTED/CONDITIONALLY UNDER SEAL VERSIONS]**

<u>SERVICE VIA EMAIL ON COUNSEL OF RECORD FOR DEFENDANTS</u>

Daryl J. Lapp (BBO No. 554980)
daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
liz.kelly@lockelord.com
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199
Tel:  617.230.0100

Dale A. Evans, Jr.
dale.evans@lockelord.com
Locke Lord LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL 33401
Tel:  561.820.0248

Michael J. McMorrow
michael.mcmorrow@lockelord.com
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606
Tel:  312.443.0246

    I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

    Executed at Boston, Massachusetts on August 16, 2024

/s/ *Patrick T. Egan*