UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

NATALIA ORTIZ, on behalf of herself and a
class of similarly situated persons,

        Plaintiff,

    v.

SABA UNIVERSITY SCHOOL OF MEDICINE;
AND R3 EDUCATION, INC.,

        Defendants.

Civil Action No.: 1:23-cv-12002-WGY

## MOTION TO STRIKE

Pursuant to Local Rule 7.1(b), Defendants Saba University School of Medicine and R3 Education, Inc. (collectively "Defendants"), respectfully move this Court to strike: (1) the Declaration of William W. Pinsky, MD (ECF No. 83) filed in support of Plaintiff Natalia Ortiz's Reply Memorandum of Law in Support of Her Motion for Class Certification ("Reply") (ECF No. 82); (2) exhibits to the Supplemental Declaration of Margaret M. Siller (ECF No. 84) that accompany the Reply; and (3) the portions of Plaintiff's Reply that rely on those documents (all collectively, "Reply Materials").

In support of this Motion, Defendants file an accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request this Court strike Plaintiff's Reply Materials. In the alternative, Defendants request leave to continue the class-certification hearing presently scheduled for September 17, 2024 by 60 days or more and grant Saba leave to file a sur-reply addressing the Pinsky declaration.

September 9, 2024

1

SABA UNIVERSITY SCHOOL OF MEDICINE,
R3 EDUCATION, INC.


/s/Daryl J. Lapp
Daryl J. Lapp (BBO #554980)
daryl.lapp@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
T: (617) 239-0100
T: (617) 227-4420

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: 312-443-0700
F: 312-443-0336

Dale Evans (*pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700
F: 561-655-8719

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Daryl J. Lapp
Daryl J. Lapp

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that, on September 6, 2024 at 1:30pm, counsel for Defendants conferred with counsel for Ms. Ortiz, and by email thereafter, in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ Daryl J. Lapp
Daryl J. Lapp

138518061v.1