UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>  v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## **DEFENDANTS' MOTION TO SEAL CONFIDENTIAL MATERIALS**

Pursuant to Local Rule 7.2, Defendants Saba University School of Medicine and R3 Education, Inc. (collectively "Defendants"), hereby move this Court for an order sealing Exhibits 1, 3, 8–13, 15, 17, 18, 20, 25, and 26 to the Supplemental Declaration of Margaret M. Siller (ECF No. 84) that accompanies Plaintiff Natalia Ortiz's Reply Memorandum of Law in Support of Her Motion for Class Certification (ECF No. 82) ("Confidential Exhibits").[1] In support of this Motion, Defendants file an accompanying memorandum, a declaration in support thereof, and a Proposed Order as an attachment to this motion.

WHEREFORE, Defendants respectfully request an order to seal the Confidential Exhibits until further order of the court.

September 9, 2024

---

[1] Plaintiff also moved to seal the Confidential Exhibits on August 16, 2024 (ECF No. 80)

1

SABA UNIVERSITY SCHOOL OF MEDICINE,
R3 EDUCATION, INC.


/s/Daryl J. Lapp
Daryl J. Lapp (BBO #554980)
daryl.lapp@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
T: (617) 239-0100
T: (617) 227-4420

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: 312-443-0700
F: 312-443-0336

Dale Evans (*pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700
F: 561-655-8719

## CERTIFICATE OF SERVICE

      I certify that on September 9, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                            /s/ Daryl J. Lapp
                                            Daryl J. Lapp

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

      I hereby certify that, on August 27, 2024, counsel for Defendants conferred with counsel for Ms. Ortiz, and by email thereafter, in a good-faith effort to narrow or resolve the issues raised in this Motion.

                                            /s/ Daryl J. Lapp
                                            Daryl J. Lapp

138470574v.2