UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>      Plaintiff,<br><br>  v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**DECLARATION IN SUPPORT OF**
**<u>MOTION TO SEAL CONFIDENTIAL MATERIALS</u>**

I Terry Moya, hereby declare and certify as follows:

1. I am the Chief Financial Officer of Saba University School of Medicine ("Saba") and have held this position at all times relevant to the issues in this case.

2. I make this declaration in support of the Motion to Seal Confidential Materials of defendants, Saba and R3 Education, Inc. (collectively "Defendants").

3. The information in this declaration is taken from my own personal knowledge and review of Saba's business records.

4. On August 16, 2024, Plaintiff Natalia Ortiz ("Plaintiff") filed a Reply in Support of Her Motion for Class Certification (ECF No. 82) with the accompanying Supplemental Declaration of Margaret M. Siller (ECF No. 84), which included various exhibits Defendants marked confidential pursuant to the Protective Order in this case ("Confidential Exhibits").

5. I certify that the Confidential Exhibits contain Defendants confidential business information, the disclosure of which could provide an advantage to competitors.

6. The Motion to Seal is necessary to protect Saba's confidential business information. Redactions would not sufficiently protect the confidential nature of the documents.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2024                                                   Signed by: /s/ Terry Moya

## CERTIFICATE OF SERVICE

      I certify that on September 9, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                            /s/ Daryl J. Lapp
                                            Daryl J. Lapp

138470584v.2