UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>   v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**[PROPOSED] ORDER GRANTING**
**MOTION TO SEAL CONFIDENTIAL MATERIALS**

Defendants Saba University School of Medicine and R3 Education, Inc. (collectively "Defendants"), having moved this Court pursuant to Local Rule 7.2 for an order sealing Exhibits 1, 3, 8–13, 15, 17, 18, 20, 25, and 26 to the Supplemental Declaration of Margaret M. Siller accompanying Plaintiff Natalia Ortiz's Reply Memorandum of Law in Support of Her Motion for Class Certification ("Confidential Exhibits"); and the Court, having considered the papers and arguments submitted in Defendants' Motion; and good cause having been shown;

It is hereby ORDERED that:

Defendants' Motion to Seal Confidential Materials is GRANTED.

ENTER as an Order of this Court:

Enter:                                                                 By order:

_____                 _____

September 9, 2024                                          Presented by:

1

SABA UNIVERSITY SCHOOL OF MEDICINE,
R3 EDUCATION, INC.


/s/ Daryl J. Lapp
Daryl J. Lapp (BBO #554980)
  daryl.lapp@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
T: (617) 239-0100
T: (617) 227-4420

Michael J. McMorrow (*pro hac vice*)
  michael.mcmorrow@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: 312-443-0700
F: 312-443-0336

Dale Evans (*pro hac vice*)
  dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700
F: 561-655-8719

2

138470559v.1