UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-12002-WGY<br><br>**CLASS ACTION** |

# DECLARATION OF PATRICK T. EGAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

I, Patrick T. Egan, hereby declare as follows:

1. I am an attorney admitted to practice in this Court and a partner at the law firm Berman Tabacco, counsel for Plaintiff Natalia Ortiz ("Plaintiff"). I am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in this Declaration is based upon my personal knowledge and pursuant to 28 U.S.C. § 1746.

2. I submit this Declaration in support of Plaintiff's Memorandum in Opposition to Defendants'[1] Motion to Strike (ECF No. 86).

3. Attached hereto as Exhibit A is a true and accurate copy of an August 12, 2024 email from Plaintiff's counsel to Defendants' counsel listing 32 documents marked confidential by Defendants that Plaintiff intended to file in connection with Plaintiff's reply brief, and seeking Defendants' position on whether such documents could be filed on the public docket in light of the Court's recent sealing orders.

---

[1] "Defendants" refers to Saba University School of Medicine and R3 Education Inc.

1

4. Attached hereto as Exhibit B is a true and accurate copy of an August 14, 2024 supplemental email from Plaintiff's counsel to Defendants' counsel adding an additional five documents to the August 12, 2024 request.

5. Attached hereto as Exhibit C is a true and accurate copy of an August 14, 2024 response from Defendants stating that they would maintain their confidentiality designations and that they objected to the citation of any document produced before the filing of Plaintiff's opening brief and "reserve[ing] the right to move to strike the exhibits and/or seek leave to file a sur-reply."

6. Attached hereto as Exhibit D is a true and accurate copy of an August 15, 2024 email from Plaintiff's counsel to Defendants' counsel stating, in part: "As for your possible motion to strike, your grounds appear baseless so we will oppose any such motion, so you can consider this our conferral as to that possible motion for the purposes of Local Rules."

7. On August 16, 2024, Plaintiff filed her reply brief, including a motion for leave to file certain documents under seal. *See* ECF. No. 80 (Motion to Seal); ECF No. 82 (Reply Memorandum).

8. On August 28, 2024, counsel met and conferred at Defendants' counsel's request to discuss Defendants' anticipated motion to move separately to seal certain documents.  Following the call, Plaintiff's counsel responded via email confirming Plaintiff's position on the documents discussed, all of which were already subjected to Plaintiff's pending Motion to Seal (ECF No. 80). At no point during this exchange did Defendants' counsel raise the possibility of any motion to strike, nor did they make any requests or complaints related to the Declaration of William W. Pinsky, MD (ECF No. 83).

9. On August 30, 2024, the 14-day deadline to respond to Plaintiff's Motion to Seal passed without a response from Defendants.

10. On September 5, 2024, Defendants' counsel requested a meet and confer to discuss a potential motion to strike. That meet and confer was held on September 6, 2024.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: September 10, 2024  /s/ *Patrick T. Egan*
Patrick T. Egan

### CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

DATED: September 13, 2024  /s/ *Patrick T. Egan*
Patrick T. Egan