# EXHIBIT C

| | |
|---|---|
| **From:** | Evans, Dale |
| **To:** | Patrick Egan; Lapp, Daryl; Kelly, Elizabeth H.; McMorrow, Michael |
| **Cc:** | Margaret M. Siller; John Robison Alford, Jr.; Alex Elson; Christina Fitzgerald |
| **Subject:** | RE: Ortiz v. Saba: Reply/Under Seal/Confidentiality |
| **Date:** | Wednesday, August 14, 2024 9:57:56 PM |
| **Attachments:** | image001.png |
| | image002.png |

**[External]** This email originated from outside of Berman Tabacco.

Patrick,

Defendants maintain their confidentiality designations to the listed documents. In addition, Defendants object to the introduction of any additional exhibits that were produced before plaintiff filed her motion for class certification and not attached to that motion, *see* L.R. 7.1(b)(1), and reserve the right to move to strike the exhibits and/or seek leave to file a sur-reply.

Thanks,

Dale A. Evans Jr.
**Locke Lord LLP**
Tel: (561) 820-0248

**From:** Patrick Egan <pegan@bermantabacco.com>
**Sent:** Wednesday, August 14, 2024 2:41 PM
**To:** Evans, Dale <Dale.Evans@lockelord.com>; Lapp, Daryl <Daryl.Lapp@lockelord.com>; Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>
**Cc:** Margaret M. Siller <msiller@MaynardNexsen.com>; John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>; Alex Elson <alex@defendstudents.org>; Christina Fitzgerald <CFitzgerald@bermantabacco.com>
**Subject:** RE: Ortiz v. Saba: Reply/Under Seal/Confidentiality

**\*\* External Email -- Sender:** pegan@bermantabacco.com **\*\***

Counsel:  As a follow up to my email from Monday, I'd like to add the following additional documents:

Starting Bates No.

RS00000081
R3S00003702
R3S00003900
R3S00025712
R3S00030717

Thank you,

Pat

**From:** Patrick Egan <pegan@bermantabacco.com>
**Sent:** Monday, August 12, 2024 5:05 PM
**To:** Evans, Dale <Dale.Evans@lockelord.com>; daryl.lapp@lockelord.com; Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>; McMorrow, Michael <Michael.McMorrow@lockelord.com>
**Cc:** Margaret M. Siller <msiller@MaynardNexsen.com>; John Robison Alford, Jr. <jalfordjr@MaynardNexsen.com>; Alex Elson <alex@defendstudents.org>; Christina Fitzgerald <CFitzgerald@bermantabacco.com>
**Subject:** Ortiz v. Saba: Reply/Under Seal/Confidentiality

Counsel:

For Plaintiff's Reply filing this week, Plaintiff may cite to and attached additional documents that were marked as confidential by your clients. Considering the Court's recent sealing orders, we are writing to see if you would object to any of the below listed documents being publicly filed, or if you are standing on your Confidentiality designation. Plaintiff reserves the right to either add to or pull documents from the list prior to the filing deadline.

Plaintiff would like to file any exhibits early (Thursday), so if you could provide a response by Thursday morning, that would be ideal.

And if you have any questions, we are available to discuss.

Documents *Starting* Bates Number:

R3S00012037
R3S00012685
R3S00012689
R3S00012691
R3S00012697
R3S00015864
R3S00016284
R3S00016462
R3S00017439
R3S00020179
R3S00020939
R3S00021829
R3S00021917
R3S00022067
R3S00022097
R3S00022101
R3S00022125
R3S00022143

R3S00022280
R3S00022289
R3S00022350
R3S00022360
R3S00024119
R3S00025169
R3S00026081
R3S00026497
R3S00026498
R3S00026543
R3S00026552
R3S00028045
R3S00028058
R3S00030739

Thank you,

Pat

**Patrick T. Egan**
Partner

P +1 617 542 8300   E pegan@bermantabacco.com
O One Liberty Square, Boston, MA 02109

------------------------------------------------------------
This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  If you are not the intended recipient, you may not read, copy, distribute, or use the information in this email or any attachments; please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.



_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information, including our privacy notices and policies, visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.