UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>       Plaintiff,<br><br>   v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>       Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## **NOTICE OF WITHDRAWAL OF ELIZABETH H. KELLY**

Please withdraw the appearance of Elizabeth H. Kelly of Locke Lord LLP, 111 Huntington Avenue, Boston, Massachusetts 02199 as counsel of record for Defendant R3 Education, Inc. and Saba University School of Medicine.

Attorneys Daryl J. Lapp, Dale Evans, and Michale J. McMorrow of Locke Lord LLP will continue to represent the above-referenced Defendants.

                            Respectfully submitted,

                            /s/Elizabeth H. Kelly
                            Elizabeth H. Kelly (BBO No. 672277)
                            LOCKE LORD LLP
                            111 Huntington Avenue
                            Boston, MA  02108
                            617.230.0100
                            liz.kelly@lockelord.com

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                            /s/ Elizabeth H. Kelly
                            Elizabeth H. Kelly

138707037v.1