UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>　　　　Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Nathalie M. Vega as co-counsel for the defendants, Saba University School of Medicine and R3 Education, Inc., in the above-captioned action.

　　　　　　　　　　　　　　　　　SABA UNIVERSITY SCHOOL OF MEDICINE;
　　　　　　　　　　　　　　　　　AND R3 EDUCATION, INC.,

　　　　　　　　　　　　　　　　　/s/ Nathalie M. Vega
　　　　　　　　　　　　　　　　　Nathalie M. Vega (BBO #712480)
　　　　　　　　　　　　　　　　　　nathalie.vega@lockelord.com
　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　2800 Financial Plaza
　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　(401) 276-6421

DATED:  September 24, 2024

### Certificate of Service

I certify that on the 24th day of September, 2024 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　/s/ Nathalie M. Vega
　　　　　　　　　　　　　　　　　Nathalie M. Vega

138869424v.1