UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>Defendants. | No. 1:23-cv-12002 |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to Daniel A. Zibel, National Student Legal Defense Network, 1701 Rhode Island Ave NW, Washington, DC 20036, to appear on behalf of Plaintiff Natalia Ortiz in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1) Daniel A. Zibel is, and since 2005 has been, a member in good standing of the bar of the District of Columbia. He is, and since 2022 has been, a member in good standing of the bar of the State of Maryland. Mr. Zibel was also admitted to the bar of the Commonwealth of Massachusetts in 2004, but has voluntarily assumed inactive status. In addition, Mr. Zibel is admitted to practice in the Supreme Court of the United States, the U.S. Court of Appeals for the D.C., First, Second, Seventh, Ninth, Tenth, and Eleventh Circuits, and the U.S. District Court for the District of Columbia.

2)	There are no disciplinary proceedings pending against Daniel A. Zibel as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past;

3)	Daniel A. Zibel has reviewed the rules of this Court and will abide by the rules of this Court; and

4)	In further support of this motion, Daniel A. Zibel has submitted herewith his Certification of Good Standing as required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Daniel A. Zibel be admitted to practice before this Court *pro hac vice*.

DATED: September 25, 2024							Respectfully submitted,

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: pegan@bermantabacco.com

***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.


DATED:  September 25, 2024                                               */s/ Patrick T. Egan*
                                                                                          Patrick T. Egan