UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>Defendants. | No. 1:23-cv-12002 |

**EXHIBIT A**

**CERTIFICATION OF GOOD STANDING OF DANIEL A. ZIBEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Daniel A. Zibel, hereby certify that:

1) Since 2005, I have been a member in good standing of the bar of the highest court of the District of Columbia, where I regularly practice law.

2) Since 2022, I have been a member in good standing of the bar of the highest court of the State of Maryland.

3) In 2004, I was admitted to practice law in the Commonwealth of Massachusetts, but have since voluntarily assumed inactive status.

2) I am also admitted to practice in the Supreme Court of the United States, the U.S. Court of Appeals for the D.C., First, Second, Seventh, Ninth, Tenth, and Eleventh Circuits, and the U.S. District Court for the District of Columbia.

1

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5) I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6) I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7) My name, firm name, street address, and telephone number are as follows:

Daniel A. Zibel
National Student Legal Defense Network
1701 Rhode Island Ave NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org

DATED: September 25, 2024                         Respectfully submitted,


                                                  */s/ Daniel A. Zibel*