UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**DEFENDANTS' NOTICE OF FILING REBUTTAL EXPERT WITNESS REPORT OF DR. PRZEMYSLAW JEZIORSKI**

Defendants Saba University School of Medicine and R3 Education, Inc. (collectively "Defendants"), hereby give notice that they filed the Rebuttal Expert Witness Report of Dr. Przemyslaw Jeziorski, PhD, in the above-captioned case. Defendants file this report for the Court's consideration with respect to Plaintiff Natalia Ortiz's Motion for Class Certification. It is Defendant's understanding that, during the September 17, 2024 hearing on the Motion for Class Certification, the Court invited additional written submissions fort further consideration in anticipation of its written opinion on class certification. The Rebuttal Expert Report of Przemyslaw Jeziorski, PhD, is attached hereto as **Exhibit A**.

October 4, 2024

SABA UNIVERSITY SCHOOL OF MEDICINE, R3 EDUCATION, INC.

/s/Daryl J. Lapp
Daryl J. Lapp (BBO #554980)
daryl.lapp@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
T: (617) 239-0100

1

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: 312-443-0700
F: 312-443-0336

Dale Evans (*pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700
F: 561-655-8719

Nathalie M. Vega
nathalie.vega@lockelord.com
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
T: 401-276-6421

## CERTIFICATE OF SERVICE

I certify that on October 4, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Daryl J. Lapp
Daryl J. Lapp

139009340v.1