# Exhibit 1

| | | |
|---|---|---|
| RESEARCH INTERESTS | Quantitative Marketing, Industrial Organization, Antitrust and Regulation, Digital Marketing, Fintech | |
| EMPLOYMENT | *Associate Professor of Marketing (with tenure)* <br> *Egon & Joan Von Kaschnitz Distinguished Professorship* <br> *Barbara and Gerson Bakar Faculty Fellow* <br> *Schwabacher Fellow* | **July 2018 – present** |
| | *Co-founder, Board of Directors* | **Jan 2023 – present** |
| | *Co-founder, Board of Directors* | **Jan 2016 – present** |
| | **Haas School of Business**, Berkeley, CA <br> *Assistant Professor of Marketing* | **Jan 2012 – July 2018** |
| | **National University of Singapore**, Singapore <br> *Senior Research Fellow* | **Aug 2015 – Sept 2015** |
| | **Johns Hopkins University**, Baltimore, MD <br> *Assistant Professor of Economics* | **July 2010 – Dec 2011** |
| | **Microsoft Research**, Mountain View, CA <br> *Visiting Scholar* | **Sep 2008 – June 2010** |
| | **Stanford University**, Stanford, CA <br> *Research Assistant* | **Aug 2008 – June 2010** |
| | **Microsoft Research**, Mountain View, CA <br> *Research Intern* | **June 2008 – Sep 2008** |
| | **University of Arizona**, Tucson, AZ <br> *Lecturer and Teaching Assistant* | **Aug 2004 – July 2008** |
| EDITORIAL SERVICE | **Associate Editor** <br> *Management Science, Quantitative Marketing and Economics* | |
| | **Editorial Board** <br> *Marketing Science* | |
| EDUCATION | **Stanford Graduate School of Business**, Stanford, CA <br> Ph.D. Economic Analysis and Policy <br> • Dissertation Title: *Essays in Mergers and Antitrust* <br> • Primary adviser: Peter Reiss | **2006 – 2010** |

- Additional Committee Members: Lanier Benkard, Benjamin van Roy, Ilya Segal, Ali Yurukoglu

**University of Chicago**, Chicago, IL
    Price Theory Scholar, Becker Center at Booth School of Business    **2008 – 2009**

**University of Arizona**, Tucson, AZ
    M.S. Mathematics    **2004 – 2006**
- Thesis Title: *Numerical and Analytical Solutions to Dynamic Games*
- Primary Adviser: Moysey Brio

    M.A. Economics    **2004 – 2006**
- Primary Adviser: Rabah Amir

**Warsaw School of Economics**, Warsaw, Poland
    M.A. Quantitative Methods and Information Systems    **2001 – 2004**
- Thesis Title: *Methods of Stochastic Search*
- Primary Adviser: Tomasz Szapiro

    B.A. Quantitative Methods and Information Systems    **2001 – 2004**
- Thesis Title: *Migrations of Human Capital and Economic Growth*
- Primary Adviser: Tomasz Szapiro

**PUBLISHED PAPERS**

*Empirical Model of Dynamic Merger Enforcement – Choosing Ownership Caps in U.S. Radio*
2023, *Management Science*, find at `http://`    me

*Skimming from the bottom: Empirical evidence of adverse selection when poaching customers*
(with E. Kransokutskaya and O. Ceccarini)
2019, *Marketing Science*, 38(4): 543-566, find at `http://`    me

*Advertiser prominence effects in search advertising*
(with S. Moorthy)
2017, *Management Science*, 64(3): 983-1476 find at `http://`    me

*Mobile Money in Tanzania*
(with N. Economides)
2017, *Marketing Science*, 36(6): 815-837 (lead article), find at `http://`    me

*Dynamic Auction Environment with Subcontracting*
(with E. Krasnokutskaya)
2016, *RAND Journal of Economics*, 47(4): 751-791 (lead article), find at `http://`    me

*Oblivious Equilibrium for Concentrated Industries*
(with C. L. Benkard and G. Y. Weintraub)
2015, *RAND Journal of Economics* 46(4): 671-708 (lead article), find at `http://`    me

*What Makes them Click: Empirical Analysis of Consumer Demand for Search Advertising*
(with I. Segal)
2015, *AEJ: Microeconomics*, 7(3): 24-53, find at `http://`    me

*Estimation of Cost Synergies from Mergers: Application to U.S. Radio*
2014, *RAND Journal of Economics*, 45(4): 816-846, find at `http://`    me

*Effects of Mergers in Two-sided Markets: The U.S. Radio Industry*
2014, *AEJ: Microeconomics*, 6(4): 35-73, find at `http://`    me

|  |  |  |
|---|---|---|
| | *Structural models of complementary choices* <br> (with S. Berry, A. Khwaja, V. Kumar, A. Musalem, K. Wilbur, <br>   G. Allenby, B. Anand, P. Chintagunta, M. Hanemann, A. Mele) <br> 2014, *Marketing Letters*, 25(3): 245-256, find at `http://`    me | |
| WORKING PAPERS | *Quantifying Diminishing Return to Mammography Screenings Using Individual Medical Histories* <br> (with Teck-Hua Ho and Sadat Reza) <br> 2023, under review, find at `http://`    me | |
| | *Adverse Selection and Moral Hazard in a Dynamic Model of Auto Insurance* <br> (with E. Kransokutskaya and O. Ceccarini) <br> 2023, under review, draft available by request | |
| | *How to "buy" honest reviews* <br> (with K. Michelidaki) <br> 2023, under review, find at `http://`    me | |
| | *Consequences of Dynamic Pricing in Competitive Airline Markets* <br> (with N. Chen) <br> 2023, under review, find at `http://`    me | |
| | *SMS Training and Micro-Entrepreneurship Performance* <br> (with G. Iyer and W. Fuchs) <br> 2023, under review, find at `http://`    me | |
| | *Nonstationary Oblivious Equilibrium* <br> (with C. L. Benkard, B. Van Roy and G. Y. Weintraub) <br> 2009, preliminary draft, find at `http://`    me | |
| GRANTS | Clausen Center, <br> *Fintech Innovation to Promote Financial Access and Contactless Banking During Pandemics, PI* – $12,500 | **2021** |
| | Institute for Business and Social Impact Berkeley Fintech and Financial Inclusion Initiative, <br> *Fintech Innovation to Promote Financial Access and Contactless Banking During Pandemics, PI* – $65,000 | **2021** |
| | Center for Equity, Gender & Leadership, <br> *Credit Access and Determinants of Entrepreneurial Success, PI* – $5,000 | **2020** |
| | Clausen Center, <br> *Credit Access and Determinants of Entrepreneurial Success, PI* – $5,000 | **2020** |
| | Fisher Center for Business Analytics, <br> *Credit Access and Determinants of Entrepreneurial Success, PI* – $15,000 | **2020** |
| | CEGA-VISA Financial Inclusion Lab Pilot Funding <br> *Financial Inclusion and Credit Contracts in Repeated Borrowing Relationships, PI* – $20,000 | **2016** |
| | Bill & Melinda Gates Foundation <br> *Mobile Banking in Africa, PI* – $35,000 | **2013** |

| | | |
|---|---|---|
| HONORS AND AWARDS | Barbara and Gerson Bakar Faculty Fellow | **2019-2020** |
| | Schwabacher Fellow | **2018** |
| | Best paper award, Warsaw International Economic Meeting | **2009** |
| | Stanford GSB Fellowship | **2006-2010** |
| | University of Arizona Fellowship | **2004-2005** |

| | | |
|---|---|---|
| EXPERT SERVICES | **Marketing and Economics** | |
| | *Multiple Plaintiffs v. Abbott Laboratories*<br>    Marketing expert report<br>    Health care, direct to consumer advertising and promotion | **2023** |
| | *U.S. v. Shah and Smith S4 19 Cr. 833 (SHS)*<br>    Marketing expert consultation, case settled before trial<br>    Sales, Customer resource management, Pricing strategy, Returns, Chargebacks | **2022** |
| | *Multiple Plaintiffs v. Kimberly-Clark Corp., et al.*<br>    Marketing expert report, deposition<br>    Class action, recall of personal hygiene/pediatric care product, estimation of damages | **2022** |
| | *City and County of San Francisco and the People of the State of California by and through the City Attorney Dennis Herrera v. Purdue et al. Case No. 3:18-cv-07591- CRB*<br>    Marketing expert report, deposition and court testimony<br>    Enumerating promotional activities, pricing strategy, co-pay cards, digital marketing | **2021** |

| | | |
|---|---|---|
| TEACHING EXPERIENCE | **Berkeley Haas** | |
| | *MBA 263: Marketing Analytics*<br>    Teaching rating: 6.12/7.00 | **2014-2023** |
| | *PHDBA 269B: Choice Models*<br>    Teaching rating: 7.00/7.00 | **2017-2023** |
| | *PHDBA 297T: Computational Methods for Economics and Marketing*<br>    Teaching rating 7.00/7.00 | **2014-2016** |
| | *UGBA 106: Introduction to Marketing (Undergraduate)* | **2012-2013** |
| | **Johns Hopkins University** | |
| | *Multi-agent numerical methods (PhD)* | **2010-2012** |
| | **Stanford University** | |
| | *Teaching Assistant: Graduate Microeconomics* | **2010** |
| | **University of Arizona** | |
| | *Lecturer: Economics of Information* | **2009** |
| | *Teaching Assistant: Graduate Macroeconomics, Industrial Organization, Graduate* | |

|  |  |  |
|---|---|---|
|  | *Microeconomics, Intermediate Microeconomics, Economics of Regulated Industries* | **2004-2006** |
| ACADEMIC SERVICES | **Conferences**<br>*SICS Conference, Marketing Analytics Day Organizer* | **2015-2019** |
|  | **Journal Referee**<br>*Games and Economic Behavior, American Economic Review, Journal of Industrial Economics, International Journal of Industrial Organization, Review of Economic Studies, RAND Journal of Economics, Marketing Science, Economic Journal, Journal of Marketing Research, AEJ: Microeconomics, AEJ: Policy, Review of Economics and Statistics, Journal of Political Economy, Journal of Economics and Business, Journal of the European Economic Association, Electronic Commerce Research and Applications, Econometrica, Management Science, Journal of Marketing* |  |
| INVITED TALKS | University if Iowa (economics), Santa Clara University (marketing) | **2023** |
|  | Virtual Quant Marketing Seminar, Temple University | **2021** |
|  | Marketing Science Conference, SICS Conference | **2019** |
|  | University of Texas, Austin (economics) | **2018** |
|  | University of Iowa (economics)<br>University of Wisconsin-Madison (economics),<br>Santa Clara University (marketing),<br>Stanford GSB (marketing), UTD-FORMS Conference (discussant),<br>Rochester University (marketing), Carnegie Mellon University (marketing),<br>Marketing Science Conference | **2017** |
|  | ASSA American Economic Association, Marketing Science Conference,<br>Rice University (economics), Society for Economic Dynamics Conference,<br>The 3rd Annual Empirical Microeconomics Workshop – University of Calgary,<br>Conference on Big Data in Economics – University of Southern California,<br>Yale University (marketing) | **2016** |
|  | Duke University (marketing), NYU Stern (economics),<br>University of Minnesota (economics), Northwestern University (marketing)<br>Harvard University (economics), Boston College (economics) | **2015** |
|  | Marketing Dynamics Conference, NYC Media Seminar at Associated Press,<br>QME Conference | **2014** |
|  | Net Institute Conference (discussion), 9th Invitational Choice Symposium,<br>Marketing Science Conference, Summer Institute in Competitive Strategy,<br>Federal Communication Commission, University of Virginia (economics),<br>Marketing-Industrial Organization Conference,<br>University of Michigan (economics), Washington University in St. Louis (economics),<br>UC Los Angeles(marketing), ASSA Industrial Organization Society (session chair),<br>ASSA Econometrics Society (session chair),<br>ASSA American Economic Association | **2013** |
|  | University of Toronto (marketing), University of Rochester (marketing),<br>UT Dallas (marketing), Chicago Booth (marketing), Marketing Science Conference,<br>NBER Summer Institute, Stanford GSB (marketing) | **2012** |
|  | ASSA Meetings Denver, Federal Trade Commission, Marketing-Industrial<br>Organization Conference, QME Conference (discussant), UC Berkeley (marketing) | **2011** |

| | |
|---|---:|
| Yale University (economics), Princeton University (economics), Columbia University (economics), Northwestern University (economics), New Economic School (economics), University College London (economics), Federal Reserve Board, Johns Hopkins University (economics), UC Los Angeles (economics) | **2010** |
| Stanford University (economics), UC Berkeley (marketing), Warsaw University (economics) | **2009** |