# Exhibit 2

## Exhibit 2

Documents reviewed by Prof. Jeziorski

Natalia Ortiz v. Saba University School of Medicine and R3 Education, Inc.

1. Class Action Complaint, Case 1:23-cv-12002, Document 1, Filed 08/30/23

2. Plaintiff Natalia Ortiz's Memorandum of Law in Support of Her Motion for Class Certification, Case 1:23-cv-12002-WGY, Document 51, Filed 06/07/24

3. Defendants' Memorandum in Opposition to Plaintiff's Motion for Class Certification, Case 1:23-cv-12002-WGY, Document 69, Filed 07/19/24

4. Plaintiff Natalia Ortiz's Reply Memorandum of Law in Support of Her Motion for Class Certification, Case 1:23-cv-12002-WGY, Document 82, Filed 08/16/24

5. Declaration of William W. Pinsky, MD, dated August 16, 2024, Case 1:23-cv-12002-WGY, Document 83, Filed 08/16/24

6. Memorandum of Law in Support of Motion to Strike, Case 1:23-cv-12002-WGY, Document 87, Filed 09/09/24

7. Expert Report of William W. Pinsky, MD, 1:23-cv-12002-WGY, Dated 09/13/2024

8. Saba Enrollment from September 2017 to August 2023 (R3S00011799)

9. Defendant's Answer to Interrogatory No. 12 (R3S000118