UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>   Plaintiff,<br><br> v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>   Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

### DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL ARGUMENT IN OPPOSITION TO CLASS CERTIFICATION

Defendants Saba University School of Medicine and R3 Education, Inc. (collectively "Defendants"), hereby give notice that they filed a supplemental argument in opposition to class certification ("Supplemental Argument") in the form of a letter to the Court, in the above-captioned case. Defendants file this letter for the Court's consideration with respect to Plaintiff Natalia Ortiz's Motion for Class Certification. It is Defendant's understanding that, during the September 17, 2024 hearing on the Motion for Class Certification, the Court invited defendants to submit an additional written submission for further consideration in anticipation of its written opinion on class certification. The Supplemental Argument is attached hereto as **Exhibit A**.

October 7, 2024

            SABA UNIVERSITY SCHOOL OF MEDICINE,
            R3 EDUCATION, INC.

            /s/Daryl J. Lapp
            Daryl J. Lapp (BBO #554980)
            daryl.lapp@lockelord.com
            LOCKE LORD LLP
            111 Huntington Avenue
            Boston, MA 02199
            T: (617) 239-0100

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: 312-443-0700
F: 312-443-0336

Dale Evans (*pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700
F: 561-655-8719

Nathalie M. Vega
nathalie.vega@lockelord.com
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
T: 401-276-6421

## CERTIFICATE OF SERVICE

I certify that on October 7, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Daryl J. Lapp
Daryl J. Lapp