UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-12002-WGY<br><br>**CLASS ACTION** |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL ARGUMENT IN OPPOSITION TO CLASS CERTIFICATION**

On September 17, 2024, this Court denied Defendants' request to file a sur-reply in opposition to Plaintiff's Motion for Class Certification. ECF No. 95. That same day, the Court held a hearing in which it orally granted Plaintiff's Motion for Class Certification, subject to a written opinion, and directed Plaintiff to begin the process of class notification.

As the hearing was ending, Defendants' counsel posed a limited question about the Court's exclusion from the class of individuals who "transferred or had failed more than half of their classes." Transcript of 9/17/2024 Proceedings ("Tr.") 15:8-15. In response, the Court and Defendants' counsel had the following colloquy:

> **THE COURT**: Arguments have been made. Good briefs have been filed. I've now dealt with it. Obviously we're not sitting still, it's a dynamic. So if you have something to say, I'm writing the thing up, so feel free.
>
> **MR. McMORROW**: Thank you, your Honor.
>
> **THE COURT**: Does that address what you're concerned with?
>
> **MR. McMORROW**: Um, that partially addresses it.
>
> **THE COURT**: The rest of it you can put in writing.

1

Tr. 16:10-19.

Nearly three weeks later, on October 7, 2024, Defendants filed a "Notice of Filing Supplemental Argument In Opposition To Class Certification," ECF No. 104, accompanied by a five page, single-spaced letter of legal argument purporting to satisfy a "directive" by this Court to "submit further written support of Saba's positions on class certification." ECF 104-1 at 1. The Letter also references the purported "expert" report of Dr. Przemyslaw Jeziorski, filed three days prior. ECF 103.

Given an inch by the Court, the Defendants took a mile. And in the context of both a denied sur-reply and a denied prior attempt for additional legal argument on class certification,[1] the letter and its reliance on an "expert" report flaunts the Court's limited opening. In so doing, apart from the "expert" analysis, Defendants present no arguments that have not already been made and addressed. For instance, Defendants addressed both statute of limitations issues and damages in their opposition and at oral argument. Accordingly, Plaintiff will not seek leave to provide a brief "sur-sur-reply" unless requested to do so by the Court.[2]

Dated: October 11, 2024           /s/ Patrick T. Egan

                                                BERMAN TABACCO
Patrick T. Egan (BBO #637477)
Christina L. G. Fitzgerald (BBO #709220)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

---

[1] Plaintiff reminds the Court that, on July 18, 2024, Defendants' sought leave for a 50% increase in their page limit to respond to Plaintiff's Motion for Class Certification. ECF No. 64. The Court denied that Motion. ECF No. 65.

[2] On October 7, 2024, the day that Defendants' filed their letter brief and the first business day after the "expert" report was filed, Plaintiff noticed Dr. Jeziorski's deposition for October 21, 2024. As of this filing, Defendants have not confirmed whether Dr. Jeziorski will appear on that date.

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

John R. Alford, Jr. (admitted *pro hac vice*)
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
205.254.1000
jalford@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

DATED: October 11, 2024                                         */s/ Patrick T. Egan*
                                                                                Patrick T. Egan