# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>    *Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>    *Defendants*. | Case No. 1:23-cv-12002-WGY<br><br>**CLASS ACTION** |

## PLAINTIFF'S MOTION FOR APPROVAL OF CLASS NOTICE PLAN

Plaintiff Natalia Ortiz respectfully moves for an order approving the Class Notice Plan pursuant to Federal Rule of Civil Procedure ("Rule") 23(c)(2)(B). In support of this Motion, Plaintiff submits the accompanying memorandum of law, the Declaration of Eric Schachter setting forth the proposed notice plan, the proposed long-form and short-form notices to be sent to all Class Members in compliance with Rule 23(c)(2), and a proposed order.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, declaration, and exhibits, Plaintiff's Motion should be granted.

**DATED:** October 11, 2024

Respectfully Submitted,

*/s/ Patrick T. Egan*
BERMAN TABACCO
Patrick T. Egan (BBO #637477)
Christina L. G. Fitzgerald (BBO #709220)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

John R. Alford, Jr. (admitted *pro hac vice*)
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
(205) 254-1847
jalfordjr@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
Daniel A. Zibel (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org
dan@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz and the Class*

## STATEMENT OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Plaintiff met her obligation under Local Rule 7.1(a)(2) by conferring with opposing counsel in an attempt to resolve the issue raised by this Motion. Defendants did not assent to the filing of this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

DATED: October 11, 2024          */s/ Patrick T. Egan*
                                  Patrick T. Egan