IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-12002-WGY<br><br>**CLASS ACTION** |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER APPROVING CLASS NOTICE PLAN

This matter comes before the Court on Plaintiff's Motion for Approval of Class Notice Plan ("Motion"). Having considered Plaintiffs' Motion, the papers submitted on the same, and all relevant authority, and good cause appearing, the Court finds that the proposed method of providing notice to the certified Class satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process. The Court further finds that the text of the proposed notices, attached as Exhibits B and C to the Declaration of Eric Schachter in Support of Plaintiff's Motion for Approval of Class Notice Plan ("Schachter Declaration"), satisfies the requirements of Rule 23 and due process.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Accordingly, the Court ORDERS the parties to implement the Notice Plan as set forth in Plaintiff's Motion and as follows:

1. A.B. Data, Ltd. ("A.B. Data" or "Notice Administrator") is appointed and authorized to supervise and administer the Notice Plan. A.B. Data shall execute the Notice Plan as proposed in the Schachter Declaration.

2. Within fourteen (14) calendar days after entry of this Order, Defendants Saba University School of Medicine and R3 Education, Inc. shall produce to the Notice Administrator a list, in electronic form, of the names, last known addresses, email addresses, telephone numbers, dates of birth, and social security/social insurance numbers of potential Class Members.

3. Within thirty (30) calendar days of this Order, and within fourteen (14) calendar days after its receipt of the list from Defendants, the Notice Administrator shall: (1) disseminate notice of this action in accordance with the Schachter Declaration to each email address included on the list; (2) disseminate notice of this action in accordance with the Schachter Declaration to each mailing address on the list for potential Class Members whose email address is not known; (3) cause notice to be published in a press release in accordance with the Schachter Declaration; and (4) cause the long-form notice of pendency of class action (the "Notice"), relevant Court documents, procedural posture, and frequently asked questions and answers to be posted to the case website ("Notice Date").

4. The Exclusion Requests from the Class shall be made by submitting a written request for exclusion as set forth in the Notice and shall be postmarked within 45 calendar days after the Notice Date ("Exclusion Deadline").

5. Within ten (10) calendar days following the Exclusion Deadline, counsel for Plaintiff and the Class shall file all such Exclusion Requests with the Court.

IT IS SO ORDERED.

Date: _____

_____
HONORABLE WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE