IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-12002 |

## DECLARATION OF ERIC SCHACHTER IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF CLASS NOTICE PLAN

I, Eric Schachter, hereby declare as follows:

1. I am a Senior Vice President at A.B. Data, Ltd.'s Class Action Administration Company headquartered in Milwaukee, Wisconsin ("A.B. Data"). My business address is 600 A.B. Data Drive, Milwaukee, Wisconsin 53217. This declaration ("Declaration") is based upon my personal knowledge and upon information provided by Class Counsel, my associates, and A.B. Data staff members.

2. Pursuant to the Court's Order certifying the Class (ECF No. 102), Class Counsel have retained A.B. Data to provide notice to the Class in the above-captioned action (the "Action").

3. A.B. Data has been appointed as notice, claims, and/or settlement administrator in hundreds of class actions, administering some of the largest and most complex notice and settlement programs of all time, involving all aspects of media, direct, and third-party notice plans, data management and analysis, claims administration, and settlement fund distribution. A profile of A.B. Data's background and capabilities is attached as **Exhibit A**.

4.      I have over 20 years of experience in legal administration that includes implementing and maintaining notice plans and claims administration programs in hundreds of class action cases and related proceedings, including complex consumer, antitrust, and securities class actions; Securities and Exchange Commission settlements and related distributions; and civil rights, employment, and insurance class actions.

5.      This Declaration describes the proposed plan to provide notice to the certified Class in this Action in compliance with Rule 23 of the Federal Rules of Civil Procedure. The certified Class is defined as "All individuals who enrolled at Saba from September of 2017 to the present who: (i) are no longer enrolled at Saba and (ii) did not sit for the USMLE Step 1 exam." Excluded from the Class are: (i) Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, legal representatives, successors, and assigns; (ii) Individuals who enrolled at Saba and transferred their credits to another school; and (iii) Individuals who failed to pass a majority of the classes they took while enrolled at Saba.

6.      The proposed notice plan includes direct mail and email notice to all Class Members, dissemination of the Short-Form Notice as a news release through *PR Newswire*, establishing and maintaining a dedicated case-specific website and toll-free telephone line, and processing requests for exclusion and other inquires and correspondence from Class Members.

## DIRECT NOTICE

7.      To effectuate direct notice, the parties will provide A.B. Data with a comprehensive list of known email and mailing addresses for potential Class Members.

8.      A.B. Data will send the Short-Form Notice (attached as **Exhibit B**) formatted as an email (the "Email Notice") to each Class Member with a known email address. Prior to sending the Email Notice, A.B. Data will perform several tasks to maximize deliverability and avoid SPAM

and junk filters. These tasks include running the list of recipient email addresses through a deliverability analysis to ensure the email addresses are valid and collaborating with our contacts at the email service providers to develop sending strategies to achieve optimal deliverability. A.B. Data will also incorporate best practices, such as excluding words or phrases known to trigger SPAM or junk filters, not including email attachments, and sending the emails in tranches over a period of days.

9. A.B. Data will also mail the Short-Form Notice formatted as a postcard ("Postcard Notice") to all identified potential Class Members. Prior to mailing the Postcard Notices, A.B. Data will process the names and mailing addresses they receive through the National Change of Address database compiled and maintained by the United States Postal Service ("USPS") to standardize and update the addresses. For any Class Member with a registered change of address, A.B. Data will mail the Postcard Notice to the updated mailing address provided by the USPS.

10. For any Postcard Notice returned to A.B. Data by the USPS as undeliverable as addressed ("UAA") with a forwarding address provided, A.B. Data will promptly remail the Postcard Notice to the forwarding address. For any UAA Postcard Notice returned with no forwarding address provided, A.B. Data will search for an updated address using an information provider to which we subscribe. If an updated address is available, A.B. Data will promptly remail the Postcard Notice to the updated address. Detailed data from Defendants including the names, last known addresses, email addresses, telephone numbers, dates of birth, and social security/social insurance numbers of Class Members, is necessary in order to quickly track any Class Members that may have moved and ensure timely notice.

## PRESS RELEASE NOTICE

11. To supplement direct notice efforts, A.B. Data will disseminate the Short-Form

Notice as a news release through *PR Newswire*. This news release will reach traditional media outlets (television, radio, newspapers, magazines), news websites, and journalists nationwide. The news release will be available in English and Spanish.

## TELEPHONE AND WEBSITE

12. A.B. Data will also establish a case-specific toll-free telephone number and website to supplement direct notice efforts.

13. The toll-free telephone number will be equipped with interactive voice response ("IVR") technology to address callers' questions. The automated interactive voice response system presents callers with a series of choices to hear prerecorded information about the Action. If callers need further help, they have an option to leave a voicemail to receive a call back during business hours.

14. The case-specific website will provide summary information about the Action, answers to frequently asked questions, and an ability to download the Long-Form Notice (attached as **Exhibit C**), relevant filings, and Court orders. The website will also provide pertinent updates about the Action.

## EXCLUSION PROCESSING

15. The Long-Form Notice includes specific instructions on how to request exclusion from the class. A.B. Data will receive and process all exclusion requests and promptly notify Class Counsel of the same.

## CONCLUSION

16. The Long-Form Notice and Short-Form Notice are written in plain language, include all required information about Class Members' rights and options, and meet the notice requirements in Federal Rule of Civil Procedure Rule 23. They have a large, bold headline, so

individuals who see the notice can easily determine if they are included and contain the case-specific website address and telephone number so Class Members can obtain additional information. The notices also include summary information concerning the Action, including that this is a class action; a description of the Class in plain and engaging language ("If you Attended Saba University School of Medicine From 2017-2024, A Class Action Lawsuit May Affect Your Rights"); that the Class alleges violations of consumer protection laws; that a Class Member may appear through an attorney; and the binding effect of a Class judgment.

17. It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the proposed notice plan is designed to effectively reach potential Class Members and will provide them with the information they need to understand their rights and options in an informative and easy to understand manner. For these reasons, the proposed notice plan satisfies the requirements of Federal Rule of Civil Procedure Rule 23 and due process, will provide ample notice to potential Class Members, and is the best notice practicable under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of October 2024 at Milwaukee, Wisconsin.

_____
Eric Schachter

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.


DATED:  October 11, 2024                         */s/ Patrick T. Egan*
                                                 Patrick T. Egan