# EXHIBIT B

**Notice Administrator A.B. Data Announces Certification of a Class Action of Former Students of Saba University School of Medicine**

If You Attended Saba University School of Medicine From 2017-2024, A Class Action Lawsuit May Affect Your Rights

[PRESS RELEASE INFORMATION]: A class action lawsuit is pending in the United States District Court for the District of Massachusetts against Saba University School of Medicine ("Saba") and R3 Education, Inc. ("R3") (collectively, "Defendants"). The case is styled *Ortiz v. Saba University School of Medicine et al*, Case No. 1:23-cv-12002-WGY. Plaintiff in the lawsuit alleges that Defendants' communications and marketing materials pertaining to Saba students' passage rate on Step 1 of the United States Medical Licensing Exam ("USMLE") are deceptive and constitute an unlawful practice in violation of the Massachusetts Consumer Protection Act Mass. Gen. Laws Ann. ch. 93A, § 2 and the regulations promulgated thereunder. Defendants deny all of Plaintiff's allegations and say that Saba's USMLE passage rate is accurately and correctly calculated in accordance with applicable rules and regulations. The Court has not made any determination as to who is right or whether Defendants did anything wrong.

If you are included in the Class, you have to decide whether to (1) stay in the Class and be bound by the results of the case as to the Class Claims, or (2) ask to be excluded and keep your right to separately pursue these claims against Saba and R3. If you are not a Class Member, you do not need to take any action.

**Who is in the Class?**

On October 1, 2024, the Court determined that the lawsuit can proceed as a class action on behalf of the "Class," or a group of people that could include you. The Class includes all individuals who enrolled at Saba from September 2017 to October 1, 2024 who: (1) are no longer enrolled at Saba and (2) did not sit for the USMLE Step 1 exam.

Excluded from the Class are: (1) Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, legal representatives, successors, and assigns; (2) Individuals who enrolled at Saba and transferred their credits to another school; and (3) Individuals who failed to pass a majority of the classes they took while enrolled at Saba.

**Your Rights and Options:**

**DO NOTHING**: If you are a Class Member and you do nothing, you are choosing to stay in the Class. You will be permitted to share in any money that may be obtained in this case through continued litigation or settlement. You will be bound by past and any future court rulings on, or settlement of, the claims against Defendants, and you will not be able to pursue your own claims against them.

**EXLCLUDE YOURSELF FROM THE CLASS**: If you exclude yourself from the Class (*i.e.* opt out), you will not be entitled to any money that may be obtained in this case through continued litigation or settlement. You will not be bound by any past or future rulings against Defendants.

You may pursue your own claims against Defendants.  The deadline to exclude yourself is January 17, 2025.  Specific instructions on how to request exclusion are available at: [website].

**When and Where is the Trial?**

The Court is expected to hold a trial in this case in or after February 2025 at the United States District Court for the District of Massachusetts, 1 Courthouse Way Boston, Massachusetts 02210.  Class Counsel will have to prove the Plaintiff's and the Class's claims at a trial.  During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiff or Defendants are right about the claims in the lawsuit.  There is no guarantee that the Plaintiff or the Class will win, or that she will get any money for the class.

**Want More Information?**

If you have questions about your rights, please go to [Website], call [number], or write to:

*Ortiz v. Saba University School of Medicine et al*
a/o A.B. Data, Ltd.
PO Box XXXXX
Milwaukee, WI 53217