# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# NOTICE OF PENDENCY OF CLASS ACTION

**If you attended Saba University School of Medicine, a class action lawsuit may affect your rights.**

*A federal court authorized this Notice. It is not a solicitation from a lawyer. You are not being sued.*

- A class action lawsuit is pending in the United States District Court for the District of Massachusetts against Saba University School of Medicine ("Saba") and R3 Education, Inc. ("R3") (collectively, "Defendants").

- Plaintiff in the lawsuit alleges that Defendants' communications and marketing materials pertaining to Saba students' passage rate on Step 1 of the United States Medical Licensing Exam ("USMLE") are deceptive and constitute an unlawful practice in violation of the Massachusetts Consumer Protection Act Mass. Gen. Laws Ann. ch. 93A, § 2 and the regulations promulgated thereunder. Defendants deny all of Plaintiff's allegations. The Court has not made any determination as to who is right or whether Defendants did anything wrong.

- There is no money available now, and no guarantee there will be.

- Your legal rights may be affected, and your options are explained below. You have a choice to make now. Although you are receiving this Notice, you might not be a member of the Class. As described below, only certain former students of Saba are Class Members. If you received this Notice and are not a member of the Class, you do not need to take any action and your rights will not be affected.

### CERTIFIED CLASS

- On October 1, 2024, the Court determined that the lawsuit can proceed as a class action on behalf of the "Class," or a group of people that could include you. The Class includes all individuals who enrolled at Saba from September 2017 to October 1, 2024 who: (1) are no longer enrolled at Saba and (2) did not sit for the USMLE Step 1 exam.

- Excluded from the Class are: (1) Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, legal representatives, successors, and assigns; (2) Individuals who enrolled at Saba and transferred their credits to another school; and (3) Individuals who failed to pass a majority of the classes they took while enrolled at Saba.

1
If you have questions or want more information, you can:
Visit www.Website.com
Call 8XX-XXX-XXXX, E-mail info@Website.com

| YOUR LEGAL RIGHTS AND OPTIONS ||
|---|---|
| **DO NOTHING** | If you are a Class Member and you do nothing, you are choosing to stay in the Class. You will be permitted to share in any money that may be obtained in this case through continued litigation or settlement. You will be bound by past and any future court rulings on, or settlement of, the claims against Defendants, and you will not be able to pursue your own claims against them. |
| **EXCLUDE YOURSELF** <br><br> **DEADLINE:** <br> **JANUARY 24, 2025** | If you exclude yourself from the Class (*i.e.* opt out), you will not be entitled to any money that may be obtained in this case through continued litigation or settlement. You will not be bound by any past or future rulings against Defendants. You may pursue your own claims against Defendants. |

- These rights and options—and the deadlines to exercise them—are explained in this notice.
- Your legal rights are affected whether you act or not. Please read this entire notice carefully.
- Lawyers must prove the claims against Defendants at a trial set to start in February 2025. If money or benefits are obtained from Defendants, you will receive further notice.

## BASIC INFORMATION ABOUT THE LAWSUIT

**1. Why was this notice issued?**

This notice was issued because the Court has decided this lawsuit may proceed as a class action. This notice explains the lawsuit, the Class, and your legal rights and options.

Judge William G. Young of the United States District Court for the District of Massachusetts is overseeing this lawsuit. The case is known as *Ortiz v. Saba University School of Medicine et al*, Case No. 1:23-cv-12002-WGY. The person who sued is called the Plaintiff. The companies she sued, Saba University School of Medicine and R3 Education, Inc., are called the Defendants.

**2. What is a class action?**

In a class action, the plaintiff in the lawsuit, called the "Class Representative," sues on behalf of other people that have similar claims. The Class Representative here is Natalia Ortiz.

Together, people having similar claims to the Class Representative make up a Class and are called Class members. One court resolves the issues that were certified for all Class members, except for those who exclude themselves from the Class.

**3. Why is this lawsuit a class action?**

2
If you have questions or want more information, you can:
Visit www.Website.com
Call 8XX-XXX-XXXX, E-mail info@Website.com

The Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23(b)(3), which governs class actions in federal courts.

## THE CLAIMS IN THE LAWSUIT

**4. What is this lawsuit about?**

In the lawsuit, Plaintiff alleges Defendants' communications and marketing materials pertaining to Saba students' passage rate on Step 1 of the United States Medical Licensing Exam ("USMLE") are deceptive. The lawsuit claims that these actions were in violation of the Massachusetts Consumer Protection Act Mass. Gen. Laws Ann. ch. 93A, § 2 and the regulations promulgated thereunder.  Plaintiff believes that, as a result of Defendants' actions, she was misled into paying tuition and other fees to attend Saba. A copy of the Plaintiff's Complaint is available at www.Website.com.

**5. How do the Defendants answer?**

Defendants deny Plaintiff's allegations and say that Saba's USMLE passage rate is accurately and correctly calculated in accordance with applicable rules and regulations. Defendants say that Saba's communications and marketing materials to prospective students pertaining to Saba students' passage rate on the USMLE were true, accurate, and not misleading or deceptive. Defendants deny that any member of the Class is entitled to damages or other relief. Defendants also deny that their conduct violated any applicable law and deny that Plaintiff has suffered any injury or damages as a result of Defendants' conduct.  A copy of the Defendants' Answer and Affirmative Defenses to the Plaintiff's Complaint is available at www.Website.com.

**6. Has the Court decided who is right?**

No, the Court has not decided whether the Class Representative and the Class or Defendants are correct. By establishing the Class and issuing this Notice, the Court is not suggesting that the Class Representative will win or lose the case. The Class Representative must prove her claims at a trial.

**7. What is the Class Representative asking for on behalf of the Class?**

The Class Representative is asking for money damages on behalf of herself and the Class to compensate them for being misled into paying tuition and other fees to attend Saba.

There is no money available now because the Court has not yet decided whether Defendants did anything wrong, and the two sides have not settled the case. There is no guarantee that money or benefits will ever be obtained. If they are, you will receive further notice.

## THE CLASS – WHO IS INCLUDED?

**8. How do I know if I am a member of the Class?**

The Class includes all individuals who enrolled at Saba from September 2017 to October 1, 2024 who: (1) are no longer enrolled at Saba; and (2) did not sit for the USMLE Step 1 exam.

**9. Are there exceptions to being included in the Class?**

3
If you have questions or want more information, you can:
Visit www.Website.com
Call 8XX-XXX-XXXX, E-mail info@Website.com

Yes, the following are not included in or members of the Class: (1) Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, legal representatives, successors, and assigns; (2) Individuals who enrolled at Saba and transferred their credits to another school; and (3) Individuals who failed to pass a majority of the classes they took while enrolled at Saba.

## YOUR RIGHTS & OPTIONS

**10. What are my options as a member of the Class?**

If you are a member of the Class you may:
- Do nothing and remain in the Class; or
- Exclude yourself (*i.e.* opt out) from the Class.

**11. What happens if I do nothing?**

If you do nothing you are choosing to remain in the Class. You will keep the right to share in any money or benefits that may come from a trial or settlement of this lawsuit. However, you will give up your right to start another lawsuit, continue another lawsuit, or be part of any other lawsuit against Defendants about the legal issues in this case, including claims brought in the case between Plaintiff and Defendants. All of the Court's orders in the case relating to the Plaintiff's claims will apply to you and legally bind you. You will also be bound by any judgment in the lawsuit.

**12. What happens if I ask to be excluded from the Class?**

If you exclude yourself from the Class—also known as "opting-out" of the Class—you won't get any money or benefits from this lawsuit even if Plaintiff obtains them as a result of trial or from any settlement between Defendants and Plaintiff. If you exclude yourself, you will not be legally bound by any of the Court's orders in this class action or any judgment or release entered in this lawsuit. You will keep your right to start another lawsuit, continue another lawsuit, or be part of another lawsuit against Defendants in the future about the legal issues in this case. If you exclude yourself from the Class so that you can start, or continue, your own lawsuit against Defendants, you should talk to your own lawyer soon, because your claims will be subject to a statute of limitations defense, which means your claims may be subject to expiration.

**13. How do I exclude myself from the Class?**

To exclude yourself from the Class you must send a letter to the Notice Administrator stating that you want to be excluded from the Class in *Ortiz v. Saba University School of Medicine et al*, No. 1:23-cv-12002-WGY (D. Mass.). Your letter must also include your name, address, telephone number, and your signature.

Exclusion requests must be mailed to the Notice Administrator so it is received by **January 24, 2025** to:

*Ortiz v. Saba University School of Medicine et al*
Class Exclusions
PO Box XXXXX
City, ST ZIP

## THE LAWYERS REPRESENTING YOU

4
If you have questions or want more information, you can:
Visit www.Website.com
Call 8XX-XXX-XXXX, E-mail info@Website.com

| **14. Do I have a lawyer in the case?** |
|---|
| Yes, Margaret M. Siller of Maynard Nexsen PC, Alexander Elson of the National Student Legal Defense Network, and Patrick T. Egan of Berman Tabacco (collectively "Class Counsel") represent you and other Class Members. More information about these law firms and lawyers can be found at www.maynardnexsen.com, www.defendstudents.org, and www.bermantabacco.com. |
| **15. Should I get my own lawyer?** |
| You do not need to hire your own lawyer because Class Counsel are working on your behalf. However, if you wish to do so, you may hire your own lawyer at your own expense. |
| **16. How will the lawyers be paid?** |
| If Class Counsel obtain money or benefits for the Class they will ask the Court to award them their reasonable attorneys' fees, as well as reimbursement of expenses. If the Court grants Class Counsel's requests, these fees and expenses would either be deducted from any money obtained for the Class, or be paid separately by the Defendants. |

## THE TRIAL

| **17. How and when will the Court decide who is right?** |
|---|
| Class Counsel will have to prove the Plaintiff's and the Class's claims at a trial. The Court is expected to hold a trial in this case in or after February 2025 at the United States District Court for the District of Massachusetts, 1 Courthouse Way Boston, Massachusetts 02210. During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiff or Defendants are right about the claims in the lawsuit. There is no guarantee that the Plaintiff or the Class will win, or that she will get any money for the class. |
| **18. Do I have to come to the trial?** |
| No, you do not need to attend the trial. Class Counsel will present the case for the Plaintiff, and Counsel for the Defendants will present the defenses. You or your own lawyers are welcome to come at your own expense. |
| **19. Will I get money after the trial?** |
| If the Class Counsel obtains money or benefits as a result of the trial or a settlement, a new notice will be issued. We do not know how long this will take. |

## GETTING MORE INFORMATION

| **20. How do I get more information?** |
|---|
| This notice contains a summary of the lawsuit. For more information about this lawsuit, copies of Plaintiff's complaint, and other filings go to www.Website.com. Complete copies of public pleadings, Court rulings, and other filings are available for review and copying at the Office of the Clerk of Court, United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210 during normal business hours. |

5
If you have questions or want more information, you can:
Visit www.Website.com
Call 8XX-XXX-XXXX, E-mail info@Website.com

Additional information is also available by calling 8XX-XXX-XXXX, sending an email to info@Website.com, or by writing to *Ortiz v. Saba University School of Medicine et al*, P.O. Box XXXX, City, ST ZIP.

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS CASE**

DATED: [xx xx, 2024]            BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

6
If you have questions or want more information, you can:
Visit www.Website.com
Call 8XX-XXX-XXXX, E-mail info@Website.com