## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>　　　　　　Defendants. | No. 1:23-cv-12002 |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to Madeline Wiseman, National Student Legal Defense Network, 1701 Rhode Island Ave NW, Washington, DC 20036, to appear on behalf of Plaintiff Natalia Ortiz in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1)　　Madeline Wiseman is, and since 2018 has been, a member in good standing of the bar of the State of California. She is, and since 2021 has been, a member in good standing of the bar of the State of Tennessee. Ms. Wiseman is also admitted to practice in the Middle District of Tennessee, the Central District of California, and the U.S. District Court for the District of Columbia.

2)　　There are no disciplinary proceedings pending against Madeline Wiseman as a member of the bar in any jurisdiction, nor has she been subject to any such disciplinary proceedings in the past;

3)    Madeline Wiseman has reviewed the rules of this Court and will abide by the rules of this Court; and

4)    In further support of this motion, Madeline Wiseman has submitted herewith her Certification of Good Standing as required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Madeline Wiseman be admitted to practice before this Court *pro hac vice*.

DATED: October 15, 2024                Respectfully submitted,


*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: pegan@bermantabacco.com

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  October 15, 2024                                                         */s/ Patrick T. Egan*
                                                                                                         Patrick T. Egan