UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>　　　　　　　Defendants. | No. 1:23-cv-12002 |

**EXHIBIT A**

**CERTIFICATION OF GOOD STANDING OF MADELINE WISEMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Madeline Wiseman, hereby certify that:

1)　　Since 2018, I have been a member in good standing of the bar of the State of California.

2)　　Since 2021, I have been a member in good standing of the bar of the State of Tennessee.

3)　　I am also admitted to practice in the Middle District of Tennessee, the Central District of California, and the U.S. District Court for the District of Columbia.

4)　　I am a member in good standing in every jurisdiction where I have been admitted to practice.

1

5)  There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

6)  I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7)  I have reviewed the rules of this Court and agree to abide by the rules of this Court.

8)  My name, firm name, street address, and telephone number are as follows:

>Madeline Wiseman
>National Student Legal Defense Network
>1701 Rhode Island Ave NW
>Washington, DC 20036
>(202) 734-7495
>madeline@defendstudents.org

DATED: October 15, 2024                     Respectfully submitted,
                                            */s/ Madeline Wiseman*