AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Natalia Ortiz ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-12002-WGY |
| Saba University School of Medicene, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Natalia Ortiz                                                                                      .

Date:   10/16/2024

/s/ Madeline Wiseman
*Attorney's signature*

Madeline Wiseman (CA Bar No.324348)
*Printed name and bar number*
1701 Rhode Island Ave NW
Washington, DC 20036

*Address*

madeline@defendstudents.org
*E-mail address*

2027347495
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

I certify that on October 16, 2024 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ *Madeline Wiseman*
Madeline Wiseman, *pro hac vice*