# EXHIBIT A

# The Saba University School of Medicine Student Handbook

## "Education for Life"



**Saba University School of Medicine Round Hill Campus**

*rev 07.14.17*

R3S00002086

## SABA UNIVERSITY SCHOOL OF MEDICINE ACADEMIC CALENDAR
### (2023-2026)



### Spring 2023
| | |
|---|---|
| First Day of Enrollment | January 2, 2023 |
| Orientation & Registration | January 2, 2023 |
| Classes Begin | January 3, 2023 |
| Graduation – no ceremony | January 6, 2023 |
| Graduation – no ceremony | March 17, 2023 |
| Tuition Due for Next Semester | April 1, 2023 |
| Last Day of Classes | April 12, 2023 |
| Basic Science Awards Ceremony | April 13, 2023 |
| Reading Day and Final Exams | April 12 – 14, 2023 |

### Summer 2023
| | |
|---|---|
| First Day of Enrollment | May 1, 2023 |
| Orientation & Registration | May 1, 2023 |
| Classes Begin | May 2, 2023 |
| Graduation | May 19, 2023 |
| Commencement | TBD |
| Tuition Due for Next Semester | August 1, 2023 |
| Last Day of Classes | August 9, 2023 |
| Basic Science Awards Ceremony | August 10, 2023 |
| Reading Day and Final Exams | August 9 - 11, 2023 |

### Fall 2023
| | |
|---|---|
| First Day of Enrollment | September 4, 2023 |
| Orientation & Registration | September 4, 2023 |
| Classes Begin | September 5, 2023 |
| Graduation – no ceremony | September 8, 2023 |
| Tuition Due for Next Semester | December 1, 2023 |
| Last Day of Classes | December 13, 2023 |
| Basic Science Awards Ceremony | December 14, 2023 |
| Reading Day and Final Exams | December 13- 15, 2023 |

### Spring 2024
| | |
|---|---|
| First Day of Enrollment | January 8, 2024 |
| Orientation & Registration | January 8, 2024 |
| Classes Begin | January 9, 2024 |
| Graduation – no ceremony | January 5, 2024 |
| Graduation – no ceremony | March 15, 2024 |
| Tuition Due for Next Semester | April 1, 2024 |
| Last Day of Classes | April 17, 2024 |
| Basic Science Awards Ceremony | April 18, 2024 |
| Reading Day and Final Exams | April 17 - 19, 2024 |

### Summer 2024
| | |
|---|---|
| First Day of Enrollment | May 6, 2024 |
| Orientation & Registration | May 6, 2024 |
| Classes Begin | May 7, 2024 |
| Graduation | May 17, 2024 |
| Commencement | TBD |
| Tuition Due for Next Semester | August 1, 2024 |
| Last Day of Classes | August 14, 2024 |
| Basic Science Awards Ceremony | August 15, 2024 |
| Reading Day and Final Exams | August 14 - 16, 2024 |

### Fall 2024
| | |
|---|---|
| First Day of Enrollment | September 2, 2024 |

R3S00002093

| | |
|---|---|
| Orientation & Registration | September 2, 2024 |
| Classes Begin | September 3, 2024 |
| Graduation – no ceremony | September 6, 2024 |
| Tuition Due for Next Semester | December 1, 2024 |
| Last Day of Classes | December 11, 2024 |
| Basic Science Awards Ceremony | December 12, 2024 |
| Reading Day and Final Exams | December 11 - 13, 2024 |

## Spring 2025

| | |
|---|---|
| First Day of Enrollment | January 6, 2025 |
| Orientation & Registration | January 6, 2025 |
| Classes Begin | January 7, 2025 |
| Graduation – no ceremony | January 10, 2025 |
| Graduation – no ceremony | March 14, 2025 |
| Tuition Due for Next Semester | April 1, 2025 |
| Last Day of Classes | April 16, 2025 |
| Basic Science Awards Ceremony | April 17, 2025 |
| Reading Day and Final Exams | April 16 – 18, 2025 |

## Summer 2025

| | |
|---|---|
| First Day of Enrollment | May 5, 2025 |
| Orientation & Registration | May 5, 2025 |
| Classes Begin | May 6, 2025 |
| Graduation | May 23 2025 |
| Commencement | TBD |
| Tuition Due for the Next Semester | August 1, 2025 |
| Last Day of Classes | August 13, 2025 |
| Basic Science Awards Ceremony | August 14, 2025 |
| Reading Day and Final Exams | August 13 – 15, 2025 |

## Fall 2025

| | |
|---|---|
| First Day of Enrollment | September 1, 2025 |
| Orientation & Registration | September 1, 2025 |
| Classes Begin | September 2, 2025 |
| Graduation – no ceremony | September 5, 2025 |
| Tuition Due for the Next Semester | December 1, 2025 |
| Last Day of Classes | December 10, 2025 |
| Basic Science Awards Ceremony | December 11, 2025 |
| Reading Day and Final Exams | December 10 – 12, 2025 |

## Spring 2026

| | |
|---|---|
| First Day of Enrollment | January 5, 2026 |
| Orientation & Registration | January 5, 2026 |
| Classes Begin | January 6, 2026 |
| Graduation – no ceremony | January 9, 2026 |
| Graduation – no ceremony | March 13, 2026 |
| Tuition Due for Next Semester | April 1, 2026 |
| Last Day of Classes | April 15, 2026 |
| Basic Science Awards Ceremony | April 16, 2026 |
| Reading Day and Final Exams | April 15 – 17, 2026 |

## Summer 2026

| | |
|---|---|
| First Day of Enrollment | May 4, 2026 |
| Orientation & Registration | May 4, 2026 |
| Classes Begin | May 5, 2026 |
| Graduation | May 22, 2026 |
| Commencement | TBD |
| Tuition Due for the Next Semester | August 1, 2026 |
| Last Day of Classes | August 12, 2026 |
| Basic Science Awards Ceremony | August 13, 2026 |
| Reading Day and Final Exams | August 12 – 14, 2026 |

R3S00002094

**Fall 2026**

| | |
|---|---|
| First Day of Enrollment | August 31, 2026 |
| Orientation & Registration | August 31, 2026 |
| Classes Begin | September 1, 2026 |
| Graduation – no ceremony | September 4, 2026 |
| Tuition Due for the Next Semester | December 1, 2026 |
| Last Day of Classes | December 9, 2026 |
| Basic Science Awards Ceremony | December 10, 2026 |
| Reading Day and Final Exams | December 9 – 11, 2026 |

Because the medical profession is governed by ethical principles, a candidate must have the capacity to learn and understand these values and perform within their guidelines. Candidates must be able to relate to patients, as well as staff and colleagues, with honesty, integrity, non-discrimination, self-sacrifice, and dedication. Candidates must be able to develop mature, sensitive, and effective relationships with patients. Candidates must be able to identify personal reactions and responses, recognize multiple points of view and integrate these appropriately into clinical decision making. Candidates must be able to communicate and care for, in a non-judgmental way, persons whose culture, sexual orientation, or spiritual beliefs are different than their own. The candidate must be able to examine the entire patient, male or female, regardless of the candidate's social, cultural, or religious beliefs. A candidate must possess the emotional health required to fully utilize their intellectual abilities, to exercise good judgment, to complete patient care responsibilities promptly and to relate to patients, families, and colleagues with courtesy, compassion, maturity, and respect for their dignity. The candidate must display this emotional health and flexibility in spite of stressful work, physically taxing workloads, changing environments, and in the face of uncertainties inherent in the clinical problems of many patients. Compassion, integrity, concern for others, interpersonal skills, interest and motivation are all personal qualities that are assessed during the admissions and education processes.

Candidates must be capable of fulfilling applicable class and clinical attendance requirements as well as meeting applicable deadlines for completion of curricular and clinical responsibilities. Candidates must be able to cooperate with others and work effectively as a member or leader of a healthcare team or other professional group, accept and modify behavior in response to constructive feedback from others, and take personal responsibility for making appropriate positive changes.

Candidates must be able to function effectively in new, different, and /or distant social environments including instances where they are separated from their customary support structure or family unit. They must know their limits, recognize when they should seek professional consultation, assistance and/or supervision, and do so in a timely manner. Candidates, like physicians, must have the capacity to self-assess their ability to function at the level necessary to provide effective and safe care of their patients and to proactively seek appropriate assistance or treatment before impairments compromise patient care and safety.

**Conclusion**
Candidates will be judged not only on their scholastic accomplishments but also on their physical and emotional capacities to meet the full requirements of the school's program of medicine and to graduate as skilled and effective practitioners of medicine. Students must be able to accomplish each of Saba University School of Medicine's competencies, as well as all other programmatic requirements, before graduation.

All candidates accepted to the College of Medicine and current students must be able to meet the College's technical standards either without accommodation or with those limited, reasonable accommodations that the school agrees to make in its sole discretion. Candidates must also be aware that approval for an accommodation at the school does not mean that similar accommodations would be granted elsewhere by post-graduate clinical training sites or by national licensing review boards.

A candidate who is unable to meet these technical standards may be denied admission or may be dismissed from the program of medicine.

It is the responsibility of a candidate who seeks a reasonable accommodation to contact the Office of Disability Resources at odr@saba.edu. Whether to grant an accommodation will be determined by the school in its sole discretion.

## STUDENT RECORDS

The Family Educational Rights and Privacy Act (FERPA) affords students certain rights with respect to their education records. These rights include:

1. The right to inspect and review the student's education records within 45 days after the School receives the student's request for access. A student should submit to the registrar, dean, head of the academic department, or other appropriate official, a written request that identifies the record(s) the student wishes to inspect. The school official will make arrangements for access and notify the student of the time and place where the records may be inspected. If the records are not maintained by the school official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be addressed.

2. The right to request the amendment of the student's education record(s) that the student believes is inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.

   A student who wishes to ask the School to amend a record should write the school official responsible for the record, clearly identify the part of the record the student wants changed, and specify why it should be changed.
   If the School decides not to amend the record as requested, the School will notify the student in writing of the decision and the student's right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.

3. The right to provide written consent before the school discloses personally identifiable information (PII) from the student's education records, except to the extent that FERPA authorizes disclosure without consent.

   Among the situations in which FERPA allows disclosure of education records without a student's prior written consent is disclosure to school officials with a legitimate educational interest in access to the record. School officials include persons employed by the School; persons serving on the board of trustees; and students serving on official committees of the School. A school official also may include a volunteer or contractor outside of the School who performs an institutional service or function for which the school otherwise would use its own employees and who is under the direct control of the school with respect to the use and maintenance of PII from education records. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her responsibilities for the School.

   FERPA also allows disclosure of directory information without a student's prior consent, unless a student has directed the registrar in writing that his or her directory information may not be disclosed without the student's consent. Directory information includes the student's name, telephone listing, school and home address, school email address, photograph, date and place of birth, enrollment status, dates of attendance, participation in officially recognized school activities, honors and awards, and the other educational institutions attended.

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the [School] to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

   Family Policy Compliance Office
   U.S. Department of Education
   400 Maryland Avenue, SW
   Washington, DC 20202

## COPYRIGHT POLICY

All Saba University School of Medicine ("SUSOM") students must respect the copyrights in works that are accessible through computers connected to the SUSOM network. Federal copyright law prohibits the reproduction, distribution, public display, or public performance of copyrighted materials without permission of the copyright owner, unless fair use or another exemption under copyright law applies. In appropriate circumstances, SUSOM will terminate the network access of users who are found to have infringed the copyrights of others. Users of the SUSOM network found to have engaged in infringement of copyright, including unauthorized peer-to-peer file sharing, may also be reported to the appropriate Dean or other personnel for disciplinary action.

SUSOM is committed to maintaining the integrity and availability of its network for the vital educational and research purposes for which it was designed and prohibits the use of its network to violate the law, including the U.S. Copyright Act. The unauthorized distribution of copyrighted material, including unauthorized peer-to-peer file sharing, such as illegal downloading or unauthorized distribution of copyrighted materials, violates the Copyright Act and may subject you to civil and criminal liabilities.

Penalties for copyright infringement include civil and criminal penalties. In general, anyone found liable for civil copyright infringement may be ordered to pay either actual damages or "statutory" damages of up to $30,000 per work infringed. For willful infringement, that amount may be increased up to $150,000 per work infringed. A court can, in