UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br>Plaintiff,<br>v.<br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br>Defendants. | Civil Action No.: 1:23-cv-12002-WGY |
|---|---|

**MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT, DR. WILLIAM PINSKY**

Pursuant to Fed. R. Evid. 702, Defendants, Saba University School of Medicine and R3 Education, Inc., move for entry of an order excluding the testimony of Plaintiff's expert, Dr. William Pinsky because he is unqualified to opine on these issues, his opinions are unreliable, and concern topics do not require expert assistance for the trier of fact to understand. In support of its Motion, Defendants submit the accompanying memorandum and exhibits.

November 15, 2024

SABA UNIVERSITY SCHOOL OF MEDICINE,
R3 EDUCATION, INC.

/s/Daryl J. Lapp
Daryl J. Lapp (BBO #554980)
daryl.lapp@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
T: 617-239-0100

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com

LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: 312-443-0700
Dale Evans (*pro hac vice*)

dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700

**CERTIFICATE OF SERVICE**

I certify that on November 15, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Daryl J. Lapp
Daryl J. Lapp

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that counsel for Defendants conferred with counsel for Ms. Ortiz via email on November 12, 2024, in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ Daryl J. Lapp
Daryl J. Lapp