# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>     *Plaintiff*,<br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>     *Defendants.* | Case No. 1:23-cv-12002-WGY<br><br>**CLASS ACTION** |

## PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT DR. PRZEMYSLAW JEZIORSKI

Pursuant to Federal Rule of Evidence 702, Class Representative Natalia Ortiz, individually and on behalf of the Class, respectfully moves to exclude the testimony of Defendants Saba University School of Medicine and R3 Education's proffered expert, Dr. Przemyslaw Jeziorski, in its entirety. The grounds for this motion are set forth in the accompanying memorandum of law and Declaration of Patrick T. Egan.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Class Representative respectfully requests a hearing on this Motion.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendants and has attempted in good faith to resolve or narrow the issues involved in this Motion.

Dated: November 15, 2024                    Respectfully submitted,


/s/ *Patrick T. Egan*
**BERMAN TABACCO**
Patrick T. Egan (BBO #637477)
Christina L. G. Fitzgerald (BBO #709220)
One Liberty Square
Boston, MA 02109
(617) 542-8300
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

**MAYNARD NEXSEN PC**
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

John R. Alford, Jr. (admitted *pro hac vice*)
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
(205) 254-1847
jalfordjr@maynardnexsen.com

**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
Alexander S. Elson (admitted *pro hac vice*)
Daniel A. Zibel (admitted *pro hac vice*)
Madeline D. Wiseman (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org
dan@defendstudents.org
madeline@defendstudents.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 15, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

<u>*/s/ Patrick T. Egan*   </u>
Patrick T. Egan