UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-12002-WGY<br><br>**CLASS ACTION** |

**DECLARATION OF PATRICK T. EGAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT DR. PRZEMYSLAW JEZIORSKI**

I, Patrick T. Egan, hereby declare as follows:

1. I am an attorney admitted to practice in this Court and a partner at the law firm Berman Tabacco, counsel for Class Representative and the Class ("Plaintiffs"). I am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in this Declaration is based upon my personal knowledge and pursuant to 28 U.S.C. § 1746.

2. I submit this Declaration in support of Plaintiffs' Motion to Exclude Defendants' Expert Dr. Przemyslaw Jeziorski.

3. Attached as Ex. A is a true and accurate copy of the November 4, 2024 Deposition Transcript of Przemyslaw Jeziorski, PhD.

4. Attached as Ex. B is a true and accurate copy of the Expert Report of William W. Pinsky, MD, dated September 13, 2024.

5. Attached as Ex. C is a true and accurate copy of the Reply Expert Report of William W. Pinsky, MD, dated October 25, 2024.

6. Attached as Ex. D is a true and accurate copy of Plaintiff's Deposition Exhibit 80. It is an academic paper titled "The Returns to Medical School: Evidence from Admissions Lotteries" by N. Ketel, et al. published in 2016 in Volume 8(2) of the *American Economic Journal: Applied Economics*, pages 225-254.

7. Attached as Ex. E is a true and correct copy of Plaintiff's Deposition Exhibit 81. It is a data snapshot titled "Graduation Rates and Attrition Rates of U.S. Medical Students," published in October 2023 by the Association of American Medical Colleges.

8. Attached as Ex. F is a true and accurate copy of Plaintiff's Deposition Exhibit 88. It is an academic paper titled "Degree Attainment Rates at American Colleges and Universities" by A. Astin and L. Oseguera published in 2005 by the Higher Education Research Institute.

9. Attached as Ex. G is a true and accurate copy of 1994 Working Paper No. 335 titled "Returns to Schooling: A Peculiar Deviation from Linearity," by Jin Heum Park.

10. Attached as Ex. H is a true and accurate copy of Plaintiff's Deposition Exhibit 82. It is an academic paper titled "The Causal Effect of Education on Earnings" by David Card, published in 1999 in the third Volume of the *Handbook of Labor Economics*, pages 1801-1863.

11. Attached as Ex. I is a true and accurate copy of Plaintiff's Deposition Exhibit 83. It is an academic paper titled "Education and Self-Selection," published in 1979 in Volume 87(5) of the *Journal of Political Economy*, pages S7-S36.

12. Attached as Ex. J is a true and correct copy of Plaintiff's Deposition Exhibit 84. It is an academic paper titled "Students Choosing Colleges: Understanding the Matriculation Decision at a Highly Selective Private Institution," published in 2012 in Volume 31(1) of the *Economics of Education Review*, pages 1-8.

13. Attached as Ex. K is a true and correct copy of Plaintiff's Deposition Exhibit 86 with Bates numbers R3S00021747-R3S00021752. It contains email communications between R3 Marketing and Admissions staff on December 20, 2022.

14. Attached as Ex. L is a true and correct copy of Plaintiff's Deposition Exhibit 87 with Bates numbers R3S00012685-R3S00012686. It contains email communications between Lipsheon Jhand, GUS Marketing Manager, and Donald Donahue, former Director of Saba and R3, from February 18, 2021 to February 19, 2021.

     I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: November 15, 2024                                         /s/ *Patrick T. Egan*
Boston, MA                                                           Patrick T. Egan

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

Dated: November 15, 2024        /s/ Patrick T. Egan
                                Patrick T. Egan