# EXHIBIT A



# Transcript of Przemyslaw Jeziorski, Ph.D.

**Date:** November 4, 2024
**Case:** Ortiz -v- Saba University School of Medicine, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

1

```
1            IN THE UNITED STATES DISTRICT COURT
2               DISTRICT OF MASSACHUSETTS
3     - - - - - - - - - - - - - - x
4   NATALIA ORTIZ, on behalf of  :
5   herself and a class of       :
6   similarly situated persons,  : Case No
7         Plaintiff,       : 1:23-cv-12002-WGY
8       v.                       :
9   SABA UNIVERSITY SCHOOL OF    :
10  MEDICINE; and R3 EDUCATION,  :
11  INC,                         :
12        Defendants.            :
13    - - - - - - - - - - - - - - x
14
15     REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
16            PRZEMYSLAW JEZIORSKI, PH.D.
17           MONDAY, NOVEMBER 4, 2024
18                10:00 A.M. CST
19
20  JOB NO.: 558064
21  PAGES: 1 - 312
22  REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
23
24
25
```

2

```
1      DEPOSITION OF PRZEMYSLAW JEZIORSKI, PH.D.,
2   CONDUCTED VIA ZOOM VIDEOCONFERENCE.
3
4
5
6
7
8
9
10          Pursuant to notice, before Karisa J.
11  Ekenseair, Certified Shorthand Reporter in and for
12  the States of Arkansas, Oklahoma, Missouri,
13  Illinois, Tennessee, Georgia, New Mexico,
14  Washington, and California; National Registered
15  Professional Reporter; National Registered Merit
16  Reporter; Notary Public.
17
18
19
20
21
22
23
24
25
```

3

```
1             A P P E A R A N C E S
2   ON BEHALF OF THE PLAINTIFF (VIA ZOOM):
3        MADELINE WISEMAN, ESQUIRE
4        MELISSA PADILLA, ESQUIRE
5        ALEX ELSON, ESQUIRE
6        NATIONAL STUDENT LEGAL DEFENSE NETWORK
7        1701 RHODE ISLAND AVENUE, NW
8        WASHINGTON, DC 20036
9        202-734-7495
10
11  ON BEHALF OF THE DEFENDANTS (VIA ZOOM):
12        DALE EVANS, ESQUIRE
13        LOCKE LORD LLP
14        777 SOUTH FLAGLER DRIVE
15        SUITE 215 EAST TOWER
16        WEST PALM BEACH, FL 33401
17        561-833-7700
18
19  ALSO PRESENT:
20        BRENDON CUENCA, VIDEOGRAPHER
21
22
23
24
25
```

4

```
1          T A B L E   O F   C O N T E N T S
2                                          PAGE
3   STYLE AND NUMBER............................  1
4   APPEARANCES.................................  3
5
6   WITNESS:   PRZEMYSLAW JEZIORSKI, PHD
7   EXAMINATION BY MS. WISEMAN..................  8
8   EXAMINATION BY MR. EVANS.................... 305
9
10  CERTIFICATE OF REPORTER..................... 312
11
12
13                 EXHIBITS
14         (ATTACHED TO TRANSCRIPT)
15  NUMBER      DESCRIPTION              PAGE
16  EXHIBIT 79  DEFENDANTS' NOTICE OF FILING
17              REBUTTAL EXPERT WITNESS
18              REPORT OF
19              DR. PRZEMYSLAW JEZIORSKI.......  13
20  EXHIBIT 80  THE RETURNS TO MEDICAL
21              SCHOOL: EVIDENCE FROM
22              ADMISSION LOTTERIS............. 103
23  EXHIBIT 81  AAMC DATA SNAPSHOT DATED
24              OCTOBER 2023.................. 118
25
```

5

EXHIBITS

(ATTACHED TO TRANSCRIPT)

NUMBER       DESCRIPTION                    PAGE

EXHIBIT 82   CHAPTER 30, THE CAUSAL EFFECT
             OF EDUCATION ON EARNINGS....... 146

EXHIBIT 83   THE UNIVERSITY OF CHICAGO
             PRESS JOURNALS, EDUCATION AND
             SELF-SELECTION................. 185

EXHIBIT 84   ECONOMICS OF EDUCATION
             REVIEW, STUDENTS CHOOSING
             COLLEGES: UNDERSTANDING THE
             MATRICULATION DECISION AT A
             HIGHLY SELECTIVE PRIVATE
             INSTITUTION.................... 197

EXHIBIT 85   E-MAIL CHAIN, SUBJECT
             PROSPECTIVE STUDENT, BATES
             NUMBER R3S00026552 THROUGH
             26554, CONFIDENTIAL - SUBJECT
             TO PROTECTIVE ORDER............ 204

EXHIBIT 86   E-MAIL CHAIN, SUBJECT NOTES
             ABOUT R3 ENTRANCE
             REQUIREMENTS: R3 WEEKLY
             ADMISSIONS REVIEW, BATES
             NUMBER R3S00021747 THROUGH
             21752.......................... 221

6

EXHIBITS

(ATTACHED TO TRANSCRIPT)

NUMBER       DESCRIPTION                    PAGE

EXHIBIT 87   E-MAIL CHAIN, SUBJECT CURRENT
             SABA STUDENT NUMBERS, BATES
             NUMBER R3S00012685 THROUGH
             12686, CONFIDENTIAL - SUBJECT
             TO PROTECTIVE ORDER............ 224

EXHIBIT 88   DEGREE ATTAINMENT RATES AT
             AMERICAN COLLEGES AND
             UNIVERSITIES................... 266

7

P R O C E E D I N G S

THE VIDEOGRAPHER:  Here begins Media No. 1 in the videotaped deposition of Dr. Przemyslaw Jeziorski in the matter of Natalia Ortiz versus Saba University School of Medicine and R3 Education, Inc. in the United States District Court, District of Massachusetts, Case No. 123-cv-12002.

Today's date is Monday, November 4th, 2024.  The time on the video monitor is 10:00 a.m. Central time.  The remote videographer today is Brendon Cuenca representing Planet Depos.

All parties of this video deposition are attending remotely.

Would counsel please voice-identify themselves and state who they represent.

MS. WISEMAN:  Good morning.  Madeline Wiseman on behalf of Plaintiff Natalia Ortiz and the class.  I'm from the National Student Legal Defense Network and here with me are my colleagues Melissa Padilla and Alex Elson.

MR. EVANS:  Hey, good morning.  Dale Evans for the defendants R3 Education, Inc. and Saba University School of Medicine, and also representing the witness.

8

THE VIDEOGRAPHER:  Thank you.  The court reporter today is Karisa Ekenseair representing Planet Depos.  Would the reporter please swear in the witness.

PRZEMYSLAW JEZIORSKI, PH.D.
of lawful age, being first duly sworn, deposes and says in reply to the questions propounded as follows:

EXAMINATION
BY MS. WISEMAN:

Q  All right.  Good morning, Dr. Jeziorski. We met off the -- or on the record just a moment ago, but, again, I'm Madeline Wiseman here on behalf of Plaintiff Natalia Ortiz and the class.

And this isn't your first deposition, am I right about that?

A  That's right.

Q  How -- and how many times have you been deposed?

A  Twice.

Q  Twice.  So -- and both of those were in an expert capacity, correct?

A  That's correct.

Q  So I'm going to go over a few ground rules to help everything go smoothly.  My questions and

**9**

1  your answers are being videoed and being taken
2  down by the court reporter to create a written
3  transcript. Please respond out loud with words
4  rather than with a nod or shake of your head, and
5  please wait until I finish my answer before --
6  before -- my question before you begin to answer
7  and I will do the same for waiting until you've
8  completely finished your answer before I begin a
9  question.
10      If I ever cut you off, please let me know.
11  If you don't understand a question, please say so.
12  If you go ahead and answer the question, I'll
13  assume you understood.
14      And you're -- you're here with Mr. Evans,
15  and Mr. Evans may object to some of my questions.
16  Unless he instructs you not to answer, you need to
17  go ahead and answer my question.
18      And I'll suggest breaks periodically,
19  about -- about every hour is what I usually do and
20  we'll have a little bit of a longer break for
21  lunch for some -- maybe more like a brunch for you
22  since I assume you're on the West Coast. But if
23  you ever need a break, please let me know.
24      Does all of that make sense?
25  **A Yes.**

**10**

1  Q Okay. Is there any reason you can't give
2  full and truthful testimony today?
3  **A There's no reason.**
4  Q And where are you dialing in from?
5  **A Berkeley, California.**
6  Q Okay. Are you at your home or your
7  office?
8  **A At my home.**
9  Q Okay. And is there anyone in the room
10  with you today?
11  **A No.**
12  Q Do you have your report with you today?
13  **A No.**
14  Q You don't have a copy with you?
15  **A No.**
16  Q Okay. And other than Zoom which we're --
17  we're on right now, do you have any other
18  documents up on your computer?
19  **A No.**
20  Q Do you have any other applications open?
21  **A Just an operating system, like, standard**
22  **applications.**
23  Q And so what applications do you mean when
24  you say standard applications?
25  **A I mean, Wi-Fi, Dropbox, whatever is**

**11**

1  **running in the background in the system.**
2  Q Okay. So you have some applications that
3  might be running, but do you have windows open
4  associated with those applications?
5  **A No.**
6  Q And do you have any, like, chats open,
7  your e-mail, anything like that?
8  **A No.**
9  Q Okay. So we'll be, you know, operating on
10  Zoom. And as I ask you questions about documents,
11  I will show you those documents, but you -- you
12  know that you shouldn't be communicating with
13  anyone during the -- the question and answering
14  other than Mr. Evans on the record; is that right?
15  **A That's correct.**
16  Q Okay. What did you do to prepare for your
17  deposition today?
18  **A I reviewed a series of documents that were**
19  **provided to me by the counsel and -- as well as**
20  **some -- some academic literature related to the**
21  **topic.**
22  Q Were the documents that you were provided
23  by counsel different than the documents you
24  reviewed in preparing your report?
25  **A They were the same documents. So I**

**12**

1  **reviewed a list of documents that they said in the**
2  **report, as well as any academic literature that is**
3  **cited in the report.**
4  Q So is it fair to say that you reviewed the
5  materials you relied on in preparing your report?
6  **A That's right.**
7  Q And did you review the report itself?
8  **A My report?**
9  Q Yes.
10  **A Yes. I prepared the report, so that**
11  **includes reviewing it before giving it to the --**
12  **the counsel.**
13  Q Oh, I'm -- let me restate my question.
14      In preparing for the deposition you
15  re-read your report and reviewed that?
16  **A That's correct.**
17  Q Okay. And did you meet with counsel?
18  **A Yes, I did.**
19  Q And how many times?
20  **A Three to four times.**
21  Q And about how long were each of those
22  meetings?
23  **A Anything between 20 minutes and hour and a**
24  **half.**
25  Q So total, how long would you say you met

13

1  with counsel to prepare for today's deposition?
2  **A I would say between two to four hours in**
3  **total meetings.**
4  Q And have you ever met with anyone from
5  Saba or R3 Education?
6  **A I did not.**
7  Q Okay. I'm going to go ahead and mark your
8  report exhibit -- I believe we're on Exhibit 79.
9      MS. WISEMAN: So I'll be sending that to
10 you, Karisa.
11 BY MS. WISEMAN:
12 Q And it will be -- I might have to do a
13 little more screen sharing than I was anticipating
14 if you don't have a -- a copy with you, but --
15 and -- and -- so we'll be -- we can take a look at
16 that together. I'll go ahead and pull that up.
17 79.
18   (Exhibit 79 marked for identification.)
19     MR. EVANS: Madeline, it's entirely up to
20 you, but do you want to drop a copy in the chat
21 for Dr. Jeziorski to pull up?
22     MS. WISEMAN: That might be a good idea.
23 Yeah, I'll go ahead and show it to you now and
24 maybe I'll have -- Melissa, would you drop a copy
25 in the chat for me?

14

1      MS. PADILLA: Yes. I'll do that right
2  now.
3      MS. WISEMAN: Thank you.
4  BY MS. WISEMAN:
5  Q So do you recognize this report, Dr.
6  Jeziorski?
7  **A Yes, I do.**
8  Q And this is the report you prepared in
9  this case?
10 **A Yes.**
11 Q Okay. So I'll mark that Exhibit 79.
12     And when were you retained to provide your
13 opinions in this case?
14 **A I don't remember the exact date, but it**
15 **was a few weeks ago.**
16 Q Okay. So you filed your report on --
17 you -- I believe your -- you signed the
18 report -- let me look back. The date on your
19 report I believe is 10 -- October 4th, 2024.
20     So when were you first, you know, in
21 conversation with counsel about the possibility of
22 becoming part of the case?
23 **A I think it was within two weeks of the**
24 **signature of the report. That -- that's the time**
25 **frame. I don't remember the exact date, but**

15

1  **somewhere around that, like, around two weeks.**
2  Q Around two weeks before. And --
3  **A Yes.**
4  Q -- that was your initial conversation with
5  counsel was about two weeks before?
6  **A So the retention I think was through the**
7  **third party, third-party platform, so I was in**
8  **communication first with the third-party platform**
9  **and then with the counsel.**
10 Q And who is that third-party platform?
11 **A I think it's called Expert IQ, Expert**
12 **Institute.**
13 Q And have you -- what is Expert IQ?
14 **A It's a company that matches experts with**
15 **counsel that are looking for expertise.**
16 Q Okay. And do you advertise expert
17 services on Expert IQ?
18 **A I have a profile there. Yes.**
19 Q And how do you describe your expertise on
20 Expert IQ?
21 **A I am a marketing expert, marketing and**
22 **economics expert, so anything -- any topics**
23 **related in general to marketing and**
24 **microeconomics, consumer choices, particular**
25 **healthcare. I did education cases and, like,**

16

1  **consumer damages as well, consumer products,**
2  **advertising.**
3      **So generally, you put a set of keywords**
4  **there in this website and you submit your CV and**
5  **then the platform would mine the CV and match you**
6  **with whatever counsels could be a good match,**
7  **whatever they think is a good match. So that's**
8  **part of the service, that they are supposed to**
9  **also interpret your CV.**
10 Q Okay. And so you market your services,
11 counsel comes to Expert IQ, and, you know,
12 describes what they're looking for, and then a
13 match is made by Expert IQ.
14     Is that a fair, you know, description
15 of -- of how it works?
16 **A So I wouldn't want to guess how their**
17 **system works. They are a matching platform. All**
18 **I know is I was contacted by them asking a series**
19 **of questions about the case. And then based on**
20 **these questions, they either arrange a meeting**
21 **with the counsel or they don't.**
22 Q And what questions were you asked about
23 the case?
24 **A These are questions about -- so they --**
25 **they give you two- to three-sentence description**

17

1  of a case, a general description, and there is a
2  series of standard questions they ask. For
3  instance: Are you conflicted with -- with any
4  parties in the case; describe your expertise that
5  could be useful for this case.
6      And I think they typically ask one or two
7  questions that are specific to the case so you're
8  familiar with X, Y, Z, but I don't remember these
9  questions that they asked about this case, so this
10  was already two months ago. But these are very
11  general questions. So are you familiar with the
12  educational products or things like that. There's
13  not general questions -- they're general
14  questions.
15     Q  What do you recall about the two- to
16  three-sentence summary you received about this
17  case?
18     MR. EVANS: Objection, form.
19     A  I recall the name of the -- of the -- of
20  the plaintiff and the -- I recall that it was a
21  school -- that the case about a medical school
22  being -- being litigated for disclosure of
23  information. That's all I recall about that.
24     Q  So you were initially cont -- it was about
25  two weeks before October 4th that you first made

18

1  contact with counsel for the defendants; is that
2  correct?
3      A  I think so. I think the -- the platform
4  contacted me a little earlier because they do have
5  a bit of delay from the first contact, I think
6  when they contact the counsel because probably
7  they solicit multiple attorney -- multiple experts
8  and they try to match the best expertise.
9      So my best estimate would be about month
10  before with the platform and something around two
11  weeks with the -- with the counsel, give or take
12  one week.
13     Q  And what is -- what is the scope of your
14  work in this case?
15     A  So my scope was to respond to Dr. Pinsky's
16  report.
17     Q  And does that cover the extent of your
18  assignment?
19     MR. EVANS: Objection, form.
20     A  It does.
21     Q  So let's talk a little bit about your
22  background. You -- and I'm just going to run
23  through a few things. So you received a BA and an
24  MA in Poland; is that right?
25     A  That's correct.

19

1      Q  And those are both degrees in economics?
2      A  Those are degrees in general economics
3  fields and quantitative methods.
4      Q  And you then received an MA and an MS at
5  the University of Arizona?
6      A  That's correct.
7      Q  And those are in economics and math,
8  respectively?
9      A  Yes.
10     Q  And then you received a PhD from
11  Stanford's -- Stanford's business school?
12     A  That's right.
13     Q  And that was a degree in economic analysis
14  and policy?
15     A  So I think the degree is formally in
16  business administration, but the concentration is
17  economic analysis and policy.
18     Q  Is there any education that's missing from
19  your CV?
20     A  Not formal university degrees, no.
21     Q  And have you -- so you've never attended
22  medical school?
23     A  No.
24     Q  And have you ever applied to medical
25  school?

20

1      A  No.
2      Q  Let's talk a little bit about your
3  teaching experience.
4      You taught classes when you were getting
5  your PhD at Stanford, correct?
6      A  That's correct.
7      Q  What classes did you teach?
8      A  I taught microeconomics.
9      Q  And was that an undergraduate class or a
10  graduate class?
11     A  That was a PhD class.
12     Q  Class. And did you teach any other
13  classes while you were at Stanford?
14     A  No.
15     Q  And you received your PhD in 2010, and
16  then you became a professor at Johns Hopkins?
17     A  That's right.
18     Q  And you were an assistant professor of
19  economics?
20     A  Yes.
21     Q  Did you teach undergraduate classes or
22  graduate classes or both?
23     A  I taught graduate classes.
24     Q  And were those classes all within the
25  business school at Johns Hopkins?

**Page 21**

1    A  They were in the economics department
2  which is not part of the business school.
3    Q  And January 2012, you went to Haas which
4  is where you are now?
5    A  Yes.
6    Q  And you've been part of the marketing
7  department for the past 12-plus years?
8    A  Yes.  Marketing group, yeah.  We -- we are
9  not formally a department.
10    Q  And first you were an assistant professor
11  and now you're an associate professor, correct?
12    A  Yes.
13    Q  And you've listed the classes that you
14  teach and those are primarily -- or the -- the
15  classes you've taught most consistently are Choice
16  Models and Marketing Analytics?
17    A  Yes.
18    Q  And those are both marketing classes?
19    A  Yes.
20    Q  And Marketing Analytics is for students
21  getting an MBA?
22    A  Yes.
23    Q  And Choice Models is for students getting
24  a PhD?
25    A  Yes.

**Page 22**

1    Q  Do you teach any undergraduate classes at
2  Berkeley?
3    A  I used to teach an undergraduate class,
4  but only for the first two or three years when I
5  was there.
6    Q  And what class was that?
7    A  It was an equivalent of Marketing 101
8  class, so the first marketing class that the
9  students would take.
10    Q  And other than that undergraduate class,
11  have you taught or -- or perhaps that's part of
12  the business school.  Strike that.  I'll start
13  over.
14      Have you taught any classes outside of the
15  business school at Haas -- or at Berkeley?
16    A  I taught an executive education classes.
17    Q  Okay.  And what -- tell me more about
18  those classes.
19    A  So those are shorter, typically
20  certificate programs, that are offered in the --
21  in the market.  They're not part of the degree
22  system at Berkeley.  Let's say you would want to
23  take a certificate in artificial intelligence, so
24  I would be teaching part of that certificate.
25  Much shorter span and more ad hoc sort of

**Page 23**

1  engagements.  So I've been teaching several of
2  these classes.
3    Q  So what population of students takes those
4  classes?
5    A  Typically, it's -- it -- it -- it could be
6  any student.  So there's no requirements on who
7  can take these classes, so that -- the population
8  ranges from undergraduate students to seasoned
9  professionals like CTOs or CEOs of companies.  So
10  it could be anyone.
11    Q  So is it fair to say those are individuals
12  who may not be getting a degree at Berkeley, but
13  instead are just taking a class to gain a
14  certificate in their field?
15    A  Yes.  Sometimes these programs will result
16  in certificates, sometimes they would not.  Like,
17  for instance, if it's -- if they're
18  company-sponsored classes, then they may not
19  result in a certificate, but many cases, they
20  would.
21    Q  And what is -- you -- you said that the
22  classes are executive education classes?
23    A  That's right.
24    Q  And what subject matter do you cover in
25  those classes?

**Page 24**

1    A  It's -- it's marketing.
2    Q  So you've taught at the undergraduate
3  level and the graduate level, and you've taught
4  marketing and economics classes.
5      Have you taught any -- any other -- have
6  you taught any other classes that we haven't
7  talked about?
8    A  At Berkeley or in general?
9    Q  In general.
10    A  I also teach sort of seminars for the
11  industry that -- for participants not affiliated
12  with Berkeley.  So this is an industry partner
13  with other seminar, and those are in marketing as
14  well.  And -- and, again, there -- the -- the
15  audience may vary depending on what the industry
16  partner's needs are and how they market these
17  seminars.
18    Q  Okay.  Those are individuals who are in
19  the marketing industry?
20    A  It could range.  So some of the seminars
21  are targeted on actual students, like,
22  undergraduate students that would want to, let's
23  say, apply to a business school and they would
24  want to familiarize themselves, so get some
25  acquaintance with the optics covered in the

**Page 25**

1  business school. So it just gives them maybe --
2  to -- helps them to make a more informed decision
3  whether they want to go through the application
4  process.
5      Or there could be -- like one -- one
6  example is something called a CTO program, which
7  teaches CTOs, people with technical experience,
8  they teach them more business -- business side of
9  things. So -- so it's -- really can vary quite a
10  bit.
11     Q  Okay. Let's move to talking about your
12  admissions work.
13     I understand that you have some experience
14  in admissions and retention at Berkeley; is that
15  right?
16     A  That's right.
17     Q  And that work has been specifically at
18  Haas?
19     A  Yes.
20     Q  And you address that experience in
21  paragraph 5 of your report?
22     A  Yeah. I would need to check the report,
23  but I -- I -- I believe you're -- yeah, if you say
24  it's 5, then -- then, yeah.
25     Q  Would -- would -- are you able to pull

**Page 26**

1  your report up --
2      A  Yes, I am. Yeah, I'm able to pull it up.
3  I'm doing it right now. So I'm going to open now
4  the report in -- in -- in the PDF software here.
5  So here's -- okay, yes. So I have the report in
6  front of me right now.
7      Q  Great. So that's -- that experience in
8  admissions at Haas is addressed in paragraph 5,
9  correct?
10     A  Just one moment. Fourteen years
11  admissions, yes, that's right.
12     Q  Okay. So I'll refer you back to -- if you
13  just want to leave that open, but come back to
14  Zoom, I'll refer you back to your report if that
15  might be the easiest way for you to refer to it.
16     A  Okay. I am -- yes. I am now -- I am back
17  in Zoom.
18     Q  Great. And have you worked in admissions
19  and retention at any -- any schools other than
20  Haas?
21     A  Just one moment. I'm trying to recall if
22  I did that at Hopkins because that was 10 years
23  ago, if I was involved in that at all. I believe
24  not. I worked in faculty retention, but not
25  student -- student -- student admission and

**Page 27**

1  retention. Not at Hopkins. I wonder if I did at
2  Arizona. No, I -- I believe not.
3      Q  Okay. And Berkeley is a public
4  university?
5      A  Yes.
6      Q  And it doesn't have a medical school,
7  correct?
8      A  It does not.
9      Q  So you've never worked in admissions at a
10  medical school?
11     A  No.
12     Q  And in what capacity do you work in
13  admissions and recruitment?
14     A  So admissions at Berkeley and recruitment
15  are done by committees. So, like, all the
16  specialized work is done by the committee, so
17  you're a member of a committee. So I a a member
18  of recruitment committee and the admissions
19  committee. I apologize, that's my phone. I'm
20  going to mute it.
21     So it is done by committees and I was a
22  member of this committee. So that would involve
23  reviewing applications and then making
24  recommendations based on these applications.
25     Q  How many people are on a committee?

**Page 28**

1      A  It varies. So for a PhD admissions, we
2  are trying to have most of the faculty group on
3  the committee because we are a small group.
4  There's only -- in the marketing, there is between
5  five to seven of us and there is a lot of
6  applications. We typically receive more than 100
7  applications. So these applications are very
8  extensive for PhD program, so most of the people
9  would be involved in it. So I would say something
10  between five and seven people on the committee.
11  On the hiring committee, there's -- there's
12  usually three people, but it also varies from year
13  to year.
14     Q  And when you say hiring committee, what do
15  you mean?
16     A  It's the committee that is formally
17  responsible for reviewing applications as to
18  become a Berkeley faculty. So there's a specific
19  application link for the marketing group, which
20  receives separate applications. And we would be
21  responsible for reviewing these applications and
22  maintaining sort of the healthiness of the
23  application process.
24     Q  So you are part of an admissions committee
25  that addresses applications from students who are

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

29

1  applying to Haas' PhD program, correct?
2      A  Right.
3      Q  And separately, you're part of an -- a
4  hiring committee that reviews applications from
5  people applying to faculty positions?
6      A  Right.  So the hiring committee is more of
7  a periodical engagement, so not every year I would
8  be on that committee.  That would rotate.  So I
9  believe, like, last few years I was not on that
10 committee because we simply did not hire in my
11 field as a school, so there was no committee.
12     Q  And your work on the admissions committee,
13 is that limited to PhD applicants?
14     A  Yes.  It's limited to PhD applications.
15     Q  And is it limited to PhD applicants to
16 Haas?
17     A  Yes.
18     Q  And is it limited to a particular -- is it
19 limited to PhD applicants in marketing?
20     A  Yes, it is.
21     Q  Marketing in general or a particular
22 sub -- sub area of marketing?
23     A  So I would say marketing in general with a
24 focus on the sub area, but I do review psychology
25 applications as well, like, consumer behavior we

30

1  call it, which is more of the psychology part of
2  marketing.
3      Q  Are you responsible for PhD graduate
4  admissions yield?
5      A  I would say I am not formally responsible
6  for it, but I am responsible as a member of the
7  faculty.  So I -- I've been an advisor of PhD
8  students, so I'm responsible for their graduation
9  and the quality of their work, but I am not
10 formally judged based on the metric of
11 retention -- any metrics of retention in the
12 program.  That would be the director of the PhD
13 program.
14     Q  I'm going to ask a few follow-ups because
15 my question was actually about admissions yield.
16     A  Admissions yield, I see.  Okay.
17 That's -- yes.  I'm sorry about that.
18     Q  That's all right.  So how do you
19 understand -- what do you understand admissions
20 yield to mean?
21     A  In our case, we have a capacity constraint
22 on admissions.  So typically, we can make
23 between -- we -- we can -- so how it works is
24 we -- we can end up with one or two students.  So
25 we have slots that of funding, so these are

31

1  typically fully-funded programs, so there's a
2  capacity constraint based on the school's
3  financial viability at that time.  So in a given
4  year, they may tell us that we can -- we can admit
5  two PhD students, and then we will go through the
6  applications and there would be a set of students
7  that we considered viable to be -- to be made an
8  offer.
9          So the yield in that case would be defined
10 as acceptance rate of these offers.  So we can
11 make an offer to a candidate and the candidate
12 would reject our offer in some cases, and then the
13 course of action would be to either go to the next
14 candidate on the next list or stop hiring, so
15 stop -- stop searching.  They close the search or
16 go down list.
17         So yield would be how well we can compute
18 that list essentially.  So if we, let's say, make
19 five offers and they all reject it, that would not
20 be a good yield.  If we make two offers and
21 they're both accepted, that would be a very good
22 yield.
23     Q  So I'm going to ask you a few questions on
24 that and I'm going to try to keep in mind all of
25 the -- the kind of paths I want to go down.

32

1          If you were to make two offers of
2  admission to the PhD program and both offers were
3  accepted, what would your yield be?
4      A  I would say that that yield would be two
5  out of two.  That -- that -- that would probably
6  be 100 percent yield, yeah, 100 percent.
7      Q  And if you were to make two offers of
8  admission and one were accepted, what would your
9  yield be?
10     A  Fifty percent -- well, that's -- so we
11 made in total two and one was accepted and we
12 didn't go down the list, so I think the problem
13 starts getting -- whether we are going down the
14 list or not.  If we decide not to go down list,
15 then our yield was 50 percent, because we had two
16 positions and we filled only one position.  So,
17 yes, 50 percent.
18     Q  And when you say "go down the list," you
19 mean make additional offers of admission?
20     A  That's right.  Because there may be
21 several candidates that are qualified to be
22 admitted, but we have a preference on the skills
23 of these candidates and we prefer one over the
24 other, but they are both above the bar, so we may
25 decide to go down the list.  We typically do, it

33

1 depends on the timing of rejection and our
2 preference for the next candidate.
3     Q  What would make you stop going down the
4 list?
5     A  I think if we decided that the next
6 candidate, if they're overall skill set is not
7 over the bar for our requirements for admission,
8 then we would stop going down the list.
9     Q  And would that be a candidate that the
10 committee would not be confident would be
11 successful at Haas?
12     MR. EVANS:  Objection, form.
13     A  I think the P -- that would be a candidate
14 that we have a set of requirement that we have
15 it -- it to become a PhD student, and if those
16 requirements are not satisfied, then that
17 candidate would be deemed that they cannot be
18 offered an admission.
19     Q  What are those requirements designed to
20 ensure?
21     A  I think they are designed to ensure the
22 quality of graduates to be high and to ensure that
23 the graduates can contribute to the Haas community
24 in a meaningful fashion.
25     Q  Are you responsible for PhD graduate

34

1 admissions yield?
2     A  So I -- so as I mentioned in previous
3 question, I am -- my -- I am not being directly
4 judged on that yield because that would be a
5 director of the PhD program.  They -- they receive
6 compensation and are held to certain standards
7 there.  And I am indirectly responsible for it as
8 a member of a faculty and member of the committee.
9 So if the yield is low, then I would be held to
10 a -- to a meeting with the director and discuss
11 why was the yield low and what can we do to
12 increase the yield.  So in that sense, I do
13 receive a professional conversation about that, so
14 I guess I am responsible, but not formally.
15     Q  And you mentioned that there are about
16 five to seven faculty who are doing this work with
17 you?
18     MR. EVANS:  Objection, form.
19     A  It really depends on the year.  Sometimes
20 there's people that -- so -- so our size of the
21 group varies quite significantly over the years.
22 So in some years, I don't want to be guessing
23 here, but I -- I -- I do remember smaller numbers
24 there, like, three.  So it's something between
25 three to seven I would say, but, like, model

35

1 number would be five I would think.
2     Q  And the sense of responsibility you feel
3 around yield, is that the same sense of
4 responsibility that every faculty member of the
5 committee would feel?
6     A  I would say so.  I would say that for
7 Berkeley, for us, the yield was never a big issue,
8 so that's why I'm hesitating replying to these
9 questions because these discussions were pretty
10 rare because we tend to have a very high yield.
11 So sometimes, you know, I may not give you the --
12 the exact pointed answer, but the answer would --
13 then my best answer would be yes, yes.
14     Q  So you're not -- oh, I apologize.  You can
15 finish.
16     A  Oh, no, I am done.
17     Q  So you're not more or less responsible for
18 PhD admissions yield than the other faculty
19 members on the admissions committee?
20     A  Yes.  I would say we're equally
21 responsible except for the PhD director who is
22 directly held to a standard I believe.  I -- I --
23 and I don't know what the standard is because I
24 was never a faculty director -- PhD director.
25     Q  And you already testified that

36

1 you're -- you're not judged in your role on
2 admissions by yield; is that right?
3     A  So -- so I think the answer to this
4 question is quite complicated because in the --
5 we -- we have a set of merit reviews.  Our -- our
6 promotion process is a two- to three-year merit
7 review cycles and part of merit review is service.
8 And part of the service is your work on the
9 committees within the school and general work as a
10 good citizen of the school.
11     So every year I would write a
12 self-evaluation that describes my contribution to
13 various aspects of the school operations
14 and -- and in every of these reviews I would
15 include my work on that committee and yield would
16 typically not be mentioned directly in there, but
17 the general performance of the program would.  And
18 that yield in admissions I feel like my -- that's
19 my sense is one of the most important factors in
20 how the program performs.  Because if we cannot
21 get the best students at the admission process,
22 that would limit our ability to produce people
23 that can place in the top academic institutions.
24     Q  So let's turn now to retention, and
25 earlier I asked -- or -- or earlier you testified

37

1  that you are not responsible for PhD graduate
2  retention; is that right?
3      **A I am responsible to the -- to the extent,**
4  **for example, that's my -- I am an advisor and if**
5  **the student fails the PhD path and I was an**
6  **advisor of that student, I would typically receive**
7  **some sort of feedback which could affect my merit**
8  **review promotion. So it's not in my contract, but**
9  **it's under the general contribution to the**
10 **Academic Community Clause. So the answer would be**
11 **probably yes, I'm responsible, but that's not my**
12 **main responsibility.**
13     Q And you're responsible for the students
14 you advise, correct?
15     **A Yes. However --**
16        MR. EVANS: Objection, form.
17     **A Sorry.**
18        MR. EVANS: Go ahead.
19     **A Yes. However, there is a -- there is a**
20 **broader -- also a broader concept of dissertation**
21 **committee which, of course, the -- the level of**
22 **responsibility for my advisee is high, but that**
23 **does not mean that I don't have responsibility for**
24 **other students that are not an advisee of. And**
25 **the next -- next level of responsibility could be**

38

1  **the dissertation committee, which is a group of**
2  **faculty that helped the advisor to judge the**
3  **thesis.**
4      **So these are like referees or -- or just**
5  **provide the peer review of the thesis and**
6  **administer an oral exam, like defense. So I've**
7  **been on several of these committees and I think**
8  **if a student fails to complete their defense,**
9  **there would be questions to the dissertation**
10 **committee about not identifying the problems with**
11 **that student and helping them to get through that**
12 **process. So in that sense I am responsible for**
13 **the welfare of these students as well.**
14     Q So in your role as an advisor you're
15 responsible for the success of those students,
16 right?
17     **A That would be fair, yes.**
18     Q And in your role on dissertation
19 committees, you are partly responsible for
20 preparing students for their dissertation defense?
21     **A Yes, in general, in writing the thesis.**
22 **Because I would have conversations with the**
23 **students typically. Periodically, depending on**
24 **the engagement of the student it could be anything**
25 **from once a week to once a month. And during**

39

1  **these conversations, part of my role is to make**
2  **sure that -- that things are going okay. I mean,**
3  **that being said, we are -- we are not held to**
4  **metrics on -- any metrics on retention.**
5      Q So the work you do to retain students in
6  the Haas PhD program is a shared responsibility
7  with other faculty at -- in -- who work with PhD
8  students at Haas?
9      **A Yes.**
10     Q And your -- you discussed earlier the two-
11 to three-year merit reviews that you have for your
12 promotion and the -- the contributions that you
13 make to the community that would come up in such a
14 review, right?
15     **A That's right.**
16     Q Other than that process, you -- your work
17 is not judged by specific numbers around
18 retention?
19     **A No.**
20     Q How do you define retention?
21        MR. EVANS: Objection, form.
22     **A I don't think there's one definition of**
23 **retention. So the -- we -- we do not have a**
24 **formal metric of retention in the -- in the PhD**
25 **program where we track it, so I don't think I'm**

40

1  **really well prepared to answer this question.**
2      Q Although you don't formally track
3  retention metrics, do you understand retention to
4  be a comparison between the number of students who
5  start in the PhD program at Haas and the number of
6  students who ultimately graduate with their PhD?
7        MR. EVANS: Objection, form.
8      **A I think that's -- that's one metric**
9  **that -- that would be very hard to compute for us**
10 **because the -- the graduation times for PhD**
11 **programs vary. And I've seen students taking**
12 **upwards of eight years to graduate, so -- and**
13 **there's people that drop out of the program and**
14 **then come back to it after a break. Let's say**
15 **they get a job in the industry and then they**
16 **realize that maybe industry is not what they were**
17 **looking for and they -- many times they offer way**
18 **back to the program. I think that's -- you know,**
19 **we -- we working here with very small numbers of**
20 **students, so there may be -- in each cohort there**
21 **may be two to three students. So also these**
22 **metrics they would be quite -- quite noisy. But**
23 **that would be -- that would be problematic.**
24     **One -- I think one -- that one could**
25 **potentially compute would be something, like, each**

41

1  year how many students leave, but then denominator
2  in that equation would be -- would be very hard to
3  determine because what do you divide by?
4      So that -- those -- that's why we -- we
5  tend to not emphasize these metrics.
6      Q  Haas doesn't emphasize these metrics, but
7  Haas does know how many students have departed the
8  program at the end of an academic year?
9      MR. EVANS:  Objection, form.
10     A  So I'm not sure what the school knows
11  about these metrics.  I've -- I've been never
12  engaged in computing any of these metrics, so
13  that's -- that's -- there's -- there is another
14  layer of administration in the PhD program which
15  is a PhD director on the Haas school level which
16  is higher than the marketing program, so actually
17  the PhD program is a Haas program.  And the
18  group -- our location to this program is -- is
19  mostly informal, like, marketing versus economics
20  versus accounting.  There's another layer of
21  administration there which is a much more formal
22  role of PhD director on the school level.
23     So I presume that those considerations are
24  being discussed there, but I was never involved on
25  that level.  So that was not the role that

42

1  this -- that I was -- that I was ever -- I
2  was ever close to.
3      Q  You've never been part of calculating any
4  metrics around retention at Haas?
5      A  No.  No.
6      Q  And you mentioned that you might have
7  about one or two spots for PhD students each year;
8  is that right?
9      A  That's correct.
10     Q  About how many students are in the PhD
11  program at any given time at any year?
12     MR. EVANS:  Objection, form.
13     Q  I'll restate that.
14     Taking first-year PhDs all the way up to
15  individuals who are taking many more years to
16  complete the PhD, about how many students are in
17  the PhD program total?
18     MR. EVANS:  Objection, form.
19     A  So in marketing group, the -- the
20  marketing part of PhD program, that would vary
21  from 3 to 10.  The -- the variability is big.
22     Q  And how long have you done this work on
23  the admissions committee at Haas?
24     A  I was involved in admissions since the --
25  2011.

43

1      Q  And your retention work is limited to your
2  experience as an advisor and a member of
3  dissertation committees, correct?
4      A  Yes.
5      Q  And you've done that work since you became
6  a professor at Haas?
7      A  So the advisor, I didn't do that from the
8  very beginning because it's not -- typically it's
9  not custom -- customary for very young faculty to
10  be a -- to be main advisors because of lack of --
11  maybe lack of experience.  So you would start with
12  the dissertation committee and then once one gets
13  a bit more experienced -- it's also a demand and
14  supply problem.  Like, the student need to choose
15  you as an advisor and -- and many students prefer
16  very famous faculty to be advisors verus junior
17  faculty which is understandable.  So that has been
18  quite -- has been some delay.  I think my first
19  student I had when I was four years at Haas, so
20  maybe, like, something like 10 years ago or maybe
21  something less than that.
22     Q  So about 10 years ago is when you had --
23  were -- became an advisor for the first time?
24     A  I would say so.  That -- that's my best
25  recollection because these advisor decisions,

44

1  there a bit fuzzy sometimes, so there's no
2  paperwork you sign to become an advisor, it's more
3  of an informal process.  And formally students
4  don't have to declare their advisor I believe
5  until their third year, but that changes as well.
6  So -- but somewhere around that time, second or
7  third year depending on iteration of the rules of
8  the program.  So about 20 years ago is fair.  I
9  think it's fair.
10     Q  And you talked earlier about how if a
11  student were to fail their dissertation defense or
12  if a student you were advising were to depart the
13  program, conversations would occur among faculty
14  exploring why those things occurred?
15     MR. EVANS:  Objection, form.
16     A  So I have never seen a student fail
17  defense.  That would be -- I think that would be
18  something that would be -- would -- would spark a
19  discussion if they went as far as, like, going to
20  defense and -- and failing it.  If the student
21  departs the program, so I wouldn't -- I would like
22  to put here a little bit of a comment that because
23  of the small size of the program and the -- and
24  the public nature of this testimony, there may be
25  students that are reading this transcript and they

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

12 (45 to 48)

45

1  can identify themselves, so I wouldn't want to
2  comment about any particular student or, like,
3  processes because of the small numbers here and
4  privacy concerns.
5      But the leaving the program is a very
6  complicated decision and I have encouraged
7  students to leave the program in the past thinking
8  about their welfare.  I just thought that they
9  would be more successful in -- in -- in another
10  profession, an academic profession which is a very
11  special -- it requires a very special set of
12  skills.  And the student may have these -- may not
13  have these skills, but they may have set of other
14  skills that deem them to be successful, for
15  example, in a company like Google versus being a
16  professor.  So I have encouraged some students to
17  do that in the past.  So this is a very
18  complicated process.  Not every student leaving
19  the program is deemed to be negative either --
20  neither for the student, nor for the school.
21      But, again, there -- there will be
22  students reading this, so I wouldn't want
23  to -- yeah, so I don't know what the rules of this
24  deposition, but that -- that -- this
25  is -- that's -- that's getting into, like,

46

1  individuals, so...
2      Q  Okay.  I understand.
3      Have you had -- just speaking very
4  generally, have you had any students that you were
5  advising depart the program early?
6      A  No.  However, I had students that did not
7  go on the academic job market after receiving a
8  PhD degree.
9      Q  Understood.  So all students that you have
10  advised have ultimately graduated from Berkeley
11  with their PhDs?
12      A  Yes.
13      Q  And when you say you encouraged students
14  to leave, do -- do you mean that you encouraged
15  students to depart the program prior to receiving
16  their PhD?
17      A  I had these discussions with students
18  and -- and we typically try to make some kind of
19  way forward in these -- in these -- in these cases
20  judging -- mostly judging on the merit of a
21  thesis.  So we may put a set of conditions on the
22  student like an improvement plan or set of
23  requirements that I would see that this thesis
24  would receive a PhD, but may not receive, for
25  example, endorsement on the academic job market.

47

1  So most cases those -- those requirements would be
2  satisfied.  Had they been not, then -- then they
3  would not graduate with a PhD.
4      Q  But when you say you've encouraged
5  students to -- so I -- I'm -- I'm not clear on
6  your answer, so I'm just going to ask one more
7  time.
8      Have you encouraged students you're
9  advising to depart the program without a PhD?
10      MR. EVANS:  Objection, form.
11      A  I would never encourage a student not to
12  graduate with a degree.  I did have conversations
13  with students that maybe academic work is not the
14  best match for -- for their skill set.  That's the
15  best I can probably describe that conversation.
16      Q  And when you say you would never encourage
17  a student to depart without a degree, what do you
18  mean by that?
19      MR. EVANS:  Objection, calls for
20  speculation; beyond the scope of the report.
21      A  I think that if there is a class being
22  taught at the school, my role is to teach the
23  class effectively and provide knowledge to
24  students, so I would always encourage the student
25  to get the best grade in a given class.  So I

48

1  would never encourage a student to get an F in a
2  class.  That's what I meant.  I would encourage
3  them to receive an A in the class and provide my
4  support for that.
5      Q  And you would encourage students to do
6  their best work in the class so they can continue
7  in a program?
8      A  That depends on the class of student.  So
9  if I'm teaching a course, then my encouragement
10  would be limited to the course and I would
11  encourage them to get the best grade, to work hard
12  and get the best grade.
13      Q  And you wouldn't want a student to fail a
14  class?
15      A  No.  I would not want the student to fail
16  a class.
17      Q  Because it's important for students to
18  pass classes in order to proceed in the program
19  and ultimately receive a degree?
20      A  I don't know if necessarily I encourage
21  students to do well in class just to receive a
22  degree.  I think there is some -- my
23  responsibility as a -- as a faculty teaching a
24  class is to make sure that they -- they obtain the
25  knowledge that the class is delivering, that they

49

1    learn the material.  That may lead to them
2    completing the degree.  But I -- I wouldn't tell
3    them, like, you have to do well on this test to
4    complete the degree.
5        No, I -- my -- my responsibility to
6    deliver the material in the class and make sure
7    that the students are proficient in the material.
8        Q  So you've never encouraged a student to
9    leave the program?
10       MR. EVANS:  Objection, form; asked and
11   answered.
12       A  I have conversations with students that --
13   about their fit to academic work.  I would never
14   encourage a student to fail in the program.
15       Q  And when you say they're fit for academic
16   work, you're talking about going on an academic
17   job market and ultimately joining a -- a school as
18   a professor and -- and researcher; is that right?
19       A  That's correct.
20       Q  And you can turn to look at the report if
21   you'd like for this next question.
22       In paragraph 5 of your report, you state
23   that you, quote:  Understand the decision-making
24   process of prospective students.
25       Do you see that?

50

1        A  That would be -- excuse me, which
2    paragraph?
3        Q  Five.
4        A  Five.  That's right.
5        Q  And your understanding is based on your
6    experience with PhD applicants to Haas?
7        A  So that would be part of my understanding.
8    I also look at the academic literature about
9    student decision-making that I cite in the report
10   so that -- those are the two sources of my
11   understanding:  Conversations with students, part
12   of the admissions process, and academic literature
13   in general.
14       Q  And the conversations with students are
15   based on -- strike that.
16       When you refer to conversations with
17   students, you're referring to the students that
18   Haas offers admission to for the PhD program,
19   right?
20       MR. EVANS:  Objection, form.
21       A  So these were -- this would be prospective
22   candidates as well.  So I have numerous
23   conversations with people that -- thinking about
24   applying to the program.  I would see them apply
25   to the program, for example, or people that

51

1    applied to the program but they have questions
2    about the program.  So I would have these
3    conversations as well, like -- and interviews.
4    That -- that is part of the admission process as
5    well.
6        Q  So students applying to the program,
7    right, might reach out to you with questions?
8        A  They might, yes.
9        Q  And you -- you interview student --
10   student applicants as well?
11       A  Yes, we do.
12       Q  How many interviews do you conduct each
13   year?
14       A  Between 3 to 10 interviews.
15       Q  And do you speak with students who have
16   been offered admission as well?
17       A  Yes.
18       Q  And about how many students is that year
19   over year?
20       A  That's much smaller number than -- that
21   that first number.  I would say it's between zero
22   and three.
23       Q  And you started this work in what year?
24       A  2011.
25       Q  So it's been about 13 years that you've

52

1    done this work?
2        A  That's correct.
3        Q  And you said that your understanding of
4    the decision-making prospect -- strike that.
5        Your understanding of the decision-making
6    process of prospective students is also based on
7    the academic literature you cite in your report?
8        A  Yes.
9        Q  Is it based on any other literature
10   outside of your report?
11       A  It's also based on classes I took during
12   my PhD program.  So I took labor economic classes
13   that talk about education and returns to
14   education.
15       Q  So in your labor economics classes that
16   you took in your -- in your PhD program, a portion
17   of those classes was focused on student
18   decision-making?
19       A  Yes.  It's a big part of returns to
20   education literature, how students make their
21   decisions.
22       Q  And that would have been literature that
23   you reviewed prior to 2010?
24       A  Ongoing, because I do read the latest
25   articles in this literature as well.  And -- and

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

14 (53 to 56)

---

53

1  sometimes in the journal, like, I'm an associate
2  editor in the journal.  I would see these articles
3  as well.
4      Q  So in your role as a professor you keep up
5  with academic literature?
6      A  Yes.
7      Q  And in your report, you address student
8  decision-making?
9      A  Yes.
10     Q  And in your report, you would have -- you
11 cited the best evidence that you found in your
12 review throughout your career of the academic
13 literature in this area?
14     MR. EVANS:  Objection, form.
15     A  The papers I cited, yes.  I -- I -- I have
16 deemed them as the best evidence that -- that was
17 available at that time.
18     Q  Okay.  And also in paragraph 5, you state
19 that you, are, quote:  Well-versed in industry
20 standard practices for reporting graduate degree
21 statistics.
22     Do you see that?
23     A  Yes.
24     Q  And that understanding comes from your
25 experience at Haas?

---

54

1      A  Yes.
2      Q  And we just addressed your review of -- of
3  academic literature.  And throughout your
4  education and professional experience, you've done
5  research yourself?
6      A  Yes.
7      Q  And you've published papers?
8      A  Yes.
9      Q  And there's a list of those papers in your
10 CV?
11     A  Yes.
12     Q  In what fields have you published papers?
13     A  In marketing and economics.
14     Q  Have you done research or writing on false
15 or misleading advertising?
16     A  Not directly, no.
17     Q  Have you done research or writing on the
18 marketing of medical schools?
19     A  No.
20     Q  Have you done research or writing on the
21 economics of education?
22     MR. EVANS:  Objection, form.
23     A  That would be yes.
24     Q  Tell me about that research.
25     A  So -- so this unpublished work, so this is

---

55

1  on some of my newer work I do.  So these
2  are -- this is research on returns to the training
3  programs of business entrepreneurs.  So these are
4  not degree programs, these are training programs.
5      Q  When you say training programs, are you
6  referring to those certificate programs we talked
7  about earlier?
8      A  No.  These are different program.  So they
9  are -- these programs are not offered by UC
10 Berkeley directly, although UC Berkeley is in
11 collaboration with partners.  So these are
12 programs that are offered by the field, partners,
13 like, private companies that offer training
14 programs and we would study returns to these
15 programs.
16     So, for example, what's the delta on
17 performance of an entrepreneur that receives
18 training, receives education.  It's like business
19 education most of the time.
20     Q  Is this work you do outside of your work
21 at Haas?
22     A  No.  It's part of my work at Haas.  It's
23 part of my research agenda.
24     Q  Do you actually give these training
25 programs?

---

56

1      A  No.
2      Q  You study -- you study them.
3      A  Yes.  So these training programs are not
4  given by the faculty typically because they are --
5  they need to be field-relevant programs, so I --
6  so it's not -- it's not typical for business
7  school faculty to give these training programs.
8  There for -- to obtain results of programs that
9  are viable and reflect the reality.  We would not
10 give these programs ourselves; we would study
11 whatever is typically used in the industry.
12     Q  And in your research into these programs
13 you're studying their effectiveness?
14     A  Yes.
15     Q  I just have a few more questions I will
16 ask and then maybe we can take our first break.
17     What are some methods that an economist
18 might use to make a conclusion about the behavior
19 of a population?
20     MR. EVANS:  I'm sorry.  Before you answer
21 that, I just want to review that question, I
22 missed the end of it there.
23     Objection, form.
24     But you can answer.
25     A  So I think in general, economics is the

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

15 (57 to 60)

57

1  study of behavior, so I think the question is
2  quite general.  So what -- what part of behavior
3  in general were you referring to?
4      Q  Well, the -- the -- I'll -- I'll ask a
5  narrower question.
6          Is -- is one method that economists use to
7  study behavior looking at data about a population
8  to draw conclusions about how people behave?
9      A  That would be one method.  That's right.
10     Q  And how people make decisions?
11     A  That -- that's -- yes.  I agree with that.
12     Q  And if you're looking at a paper that uses
13 data to draw conclusions about a population, what
14 criteria would you look at to determine whether
15 the data is high quality enough to draw the
16 author's conclusion?
17         MR. EVANS:  Objection, form.
18     A  So what I -- so just to rephrase the
19 question so I understand, so what are the criteria
20 for empirical work that make the good versus bad
21 empirical work?
22     Q  Yes.
23     A  So I think there's several -- several of
24 those.  It ranges from data quality -- directed
25 data quality like measurement or sample size,

58

1  representativeness of the population.  So
2  that's -- those are the general statistical
3  criteria that one would apply.
4          And then there's set of more specific
5  criteria, like, does the data match the question?
6  Do you measure the outcomes that that paper claims
7  to make conclusions about?  And the quality of
8  causality that the data can deliver, like, is
9  there a field experiment or it's a natural
10 experiment, was the data randomized, it is a
11 double-blind randomization or it's observational
12 data.
13         So those are all together determining the
14 strength of the conclusions.
15     Q  And if you're -- if -- if an author is
16 applying findings based on population A to make
17 conclusions about population B, what would you
18 need to understand about those two populations to
19 decide whether the findings about population A are
20 generalizable to population B?
21         MR. EVANS:  Objection, form.
22     A  I think that's where a theory is -- is
23 quite usable.  So we would apply economic theory
24 to see if the conclusion still hold.  So theory is
25 more population independent I believe, so we would

59

1  have to judge it within a general theoretical
2  framework.
3          So one paradigm that -- different
4  researchers subscribe to different paradigms of
5  empirical work.  And I subscribe to a paradigm
6  where empirical work is testing theory, it
7  contributes to some body of knowledge that refutes
8  or supports mathematical theories about economic
9  behavior.  And then if there is a set of papers
10 that would support certain theories, then these
11 theories would be then generalized to other
12 populations and they would be tested there.
13         So I think it -- it -- it fits within the
14 general theoretical framework would be my criteria
15 to generalize from one population to another.
16         MS. WISEMAN:  All right.  How do people
17 feel about taking our first break?
18         MR. EVANS:  Works for me.
19         THE WITNESS:  Sounds good.
20         MS. WISEMAN:  I feel -- let's go off the
21 record.
22         THE VIDEOGRAPHER:  Stand by.  We're going
23 off the record.  The time on the video monitor is
24 11:07 a.m.
25         (Whereupon a break was had.)

60

1          THE VIDEOGRAPHER:  Stand by.  We're back
2  on the record.  The time on the video monitor is
3  11:18 a.m.
4  BY MS. WISEMAN:
5      Q  Dr. Jeziorski, let's talk a little bit
6  about your prior expert work.
7          You've been retained -- your expert
8  services have been retained on four prior
9  occasions; is that right?
10     A  I am going back to the -- that's right.
11     Q  And the first case was in 2021, and the
12 most recent one was in 2023, right?
13     A  I think there is one more case that is not
14 on this CV, that's -- that's another CV.  There is
15 one more case that I was retained on.
16     Q  Is that reflected in the updated CV that
17 Mr. Evans e-mailed out this morning?
18     A  That's right.  Yes.  There's more cases
19 there.  Some of them were sort of initial
20 discussions and I don't think there is an official
21 retention contract.  So I listed just everything I
22 ever discussed on the MET level with the -- with
23 the counsel.  So I think there's five retentions
24 if I'm not mistaken, but the updated CV has more
25 cases on it.

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

16 (61 to 64)

61

1  Q  So on five occasions you've actually been
2  retained with a contract?
3  A  I believe so, yes.  That's my best
4  knowledge because I'm not an expert on, like, what
5  "retained" means exactly, but I think that's
6  right.
7  Q  Let's -- let's discuss retained as
8  entering into a contract to provide expert
9  services.
10     On five occasions you've entered into such
11  a contract and been retained?
12  A  That's right.
13  Q  And are the four cases listed in the filed
14  CV that was filed at 103-2, so the non-updated
15  one, is -- are those all cases in which you were,
16  in fact, retained?
17  A  That's right.  The Abbott case, no actual
18  work has occurred because I think there's still
19  in -- in -- within the legal process.  So I had
20  several discussions with them, but no actual
21  work -- work occurred.
22  Q  Is that work ongoing?
23  A  That's my understanding.  It's just with
24  the -- with these cases is -- I am not sure if
25  there's going to be more work or not.  I -- I

62

1  think it depends on the outcome of intermediate
2  legal process.  But I'm not an expert there, so
3  I'm just waiting if that -- counsel would want me
4  to perform work.
5  Q  How many times have you drafted an expert
6  report?
7  A  So three times.
8  Q  And you've given two depositions?
9  A  Yes.
10  Q  And you've -- you've testified once in
11  court; is that right?
12  A  Yes.
13  Q  And that was the Purdue Pharma case?
14  A  Yes.
15  Q  And was that testimony at trial or was it
16  at a hearing prior to trial?
17  A  At trial.
18  Q  Have your qualifications or opinions ever
19  been challenged by the other side?
20  A  And "challenged" means what -- what that
21  entail?
22  Q  Well, let me -- let me back up and ask
23  another question.
24     In the occasions when you've been retained
25  as an expert, have you been retained by plaintiffs

63

1  or defendants?
2  A  Let me go back to the report.  So -- so
3  the -- the -- the Purdue Pharma case, that was the
4  plaintiff.  Now, the -- the Kimberly-Clark case is
5  a plaintiff as well.  The US and Shah case was a
6  defendant.  Another one that is not listed there,
7  the Lumex case was a plaintiff.  So I guess both
8  plaintiff and defendant.
9  Q  And in -- on all -- in all of these cases
10  you were providing opinions in -- on marketing and
11  economics?
12  A  That's right.
13  Q  And what was your hourly compensation on
14  the other cases?
15  A  I think it ranges between 500 and $1,500.
16  Q  And what determines where the rate falls
17  in that range?
18  A  I think there is -- so my prior
19  experience -- so Purdue case, it was, I
20  believe -- if I remember correctly it was 500, but
21  it's 2021, so I don't know if it was five or six,
22  somewhere in this range.  That was my first case,
23  so I quoted a lower rate.  Then it depends on the
24  volume of cases, like, prior engagements.  So I
25  would typically offer a lower rate to someone that

64

1  engaged me before.  So there's a variety of
2  factors.  And also complexity of the case as well,
3  like, how much work is needed and -- and how --
4  how complicated the work is.
5  Q  So as you've gained more experience as an
6  expert your rate has gone up?
7  A  It did.
8  Q  And does the amount of time you have to
9  draft your report impact the rate?
10  A  No.
11  Q  And your rate for preparing this report
12  was $1,000 an hour?
13  A  That's right.
14  Q  And the rate for your testimony today is
15  $1,500 an hour; is that right?
16  A  That's right.
17  Q  And does the identity of the client impact
18  the rate you charge?
19  A  No.
20  Q  And have you ever worked in marketing in
21  the field?
22  A  Yes.
23  Q  Tell me about that work.
24  A  So if you go to my CV to the -- either
25  one, but the updated one has actual name of the

Transcript of Przemyslaw Jeziorski, Ph.D.

17 (65 to 68)

Conducted on November 4, 2024

---

65

1  company, because you see that the one in the
2  report, if you go to Employment section, there is
3  an engagement there on January 2023 and
4  January 6 -- and January 2016, there's two
5  co-founder board of directors engagements. So
6  these are the two companies I was engaged with
7  as -- in the capacity of marketing, not only, but
8  predominantly marketing.
9      Q  Have you ever had clients -- so you -- let
10 me strike that.
11     You just described one client that you
12 have had, correct?
13     MR. EVANS:  Objection to form.
14     A  So these are not my clients.  They're
15 actually companies I have equity in, so -- I had
16 clients through these companies.  So we will
17 engage in marketing for, like, consumers that
18 would hire the company to perform a task.  So I
19 guess these were my clients in a way.
20     Q  Understood.
21     A  Yes.
22     Q  And what -- in what fields do the clients
23 that you've had operate?
24     A  So I think the best one to describe is the
25 second one, the January 2016 engagement because

---

66

1  the 2023 one, this is a start-up so it has no
2  clients right now.  The 2016 one, that's within
3  the scope of real estate.
4      Q  And have you ever had a client -- have you
5  ever advised a client on marketing strategies for
6  medical education?
7      A  No.
8      Q  I'm going to -- we're -- I'm going to turn
9  a little bit more into your -- to this case in
10 your -- your report here, but I want to make sure
11 we're on the same page about a few things first.
12 So when I say "medical students" I'm going to be
13 talking about students who are pursuing their
14 medical degree.
15     Does that work for you?
16     A  Yes.
17     Q  And if I am ever talking about or if
18 you're ever talking about another kind of degree,
19 like getting a master's in public health, we'll
20 specify that difference.  Okay?
21     A  Okay.
22     Q  And when I say "MD" I'm referring to
23 medical degree.  Okay?
24     A  So the -- so just to clarify, if -- if
25 anywhere in the discussion the term "student"

---

67

1  appears it would be defaulted to medical student,
2  so we would not specify versus -- specify
3  everything else?
4      Q  No.  I apologize.  I'm going to be -- when
5  I say "medical students," I just want to make sure
6  that we're on the same page, that I'm discussing
7  students who are pursuing their medical degree.
8  But I will say "medical students."
9      Does that work for you?
10     A  That's perfect.  Thank you.  Yes, that --
11 that works for me.
12     Q  And "MD," we both understand that to mean
13 medical degree?
14     A  Yes.
15     Q  Are you familiar with the acronym ECFMG?
16     A  Yes.
17     Q  What does it stand for?
18     A  So it stand -- so I don't know exactly
19 what it stands for, the acronym, but I am familiar
20 with the institution.
21     Q  Just -- if you're going to open another
22 document, let's make sure --
23     A  Yeah.  I'm just -- I'm just looking at my
24 report.
25     Q  So from your own brain in this moment,

---

68

1  you're not quite sure what the acronym is?
2      A  No.  I don't remember the acronym.
3      MR. EVANS:  Objection, form.
4      Q  I just want to make sure the record is
5  clear that you are not able to recall at this
6  moment what ECFMG stands for?
7      MR. EVANS:  Objection, form.
8      Q  You can answer.
9      A  Sure.  Yes.
10     Q  I think that we might have gotten turned
11 around and that's probably because of Mr. Evan's
12 objection.
13     Without referring to another document
14 you're not sure -- or still doing a negative.
15     Do you know what the acronym ECFMG stands
16 for without referring to another document?
17     A  I do not recall what it stands for.
18     MR. EVANS:  Dr. Jeziorski, just give me
19 one second to assert my objection.  I know you're
20 anxious to answer.  But I -- I objected on the
21 basis of being asked and answered.
22     Now -- now you can respond.
23     A  I do not recall exactly what the acronym
24 stands for.  It's a long acronym.
25     Q  And when did you first learn about the

---

Page 69

1  ECFMG?
2      A I don't recall when exactly I first
3  learned about it. I was familiar with it -- with
4  the institution, but I don't recall when I first
5  learned about it.
6      Q You were familiar with it prior to your
7  work in this case?
8      A Yes.
9      Q What does the ECFMG do?
10     A So it is an organization that helps the
11 students that obtain international degrees to
12 practice medicine in -- in -- in the United
13 States. That's my best understanding.
14     Q Are you familiar with the acronym USMLE?
15     A I am familiar with that acronym. Yes.
16     Q And what does it stand for?
17     A I don't know exactly what the acronym
18 stands for, but it's a medical exam.
19     Q And when did you first learn of the USMLE?
20     A Again, I don't recall when I learned first
21 about this, but it was many years ago.
22     Q And what's your understanding of the
23 USMLE?
24        MR. EVANS: Objection, form.
25     A It's a -- it's a multi-step exam that

Page 70

1  enables the students to be matched for residency
2  within the United States.
3      Q How many steps are there?
4      A To my best understanding, there are three
5  steps.
6      Q What's your understanding of the Step 1
7  Exam?
8      A I think it's a -- it's a preliminary exam
9  that focuses more on general knowledge of medical
10 graduates. It's a multiple choice test that, you
11 know -- that tests general knowledge about
12 medical -- being a medical professional.
13     Q When do students take the Step 1 Exam?
14        MR. EVANS: Objection, form.
15     Q Strike that. I will specify.
16        When do medical students take the USMLE
17 Step 1 Exam?
18        MR. EVANS: Objection, form.
19     A My understanding -- so, again, this is,
20 you know, international students I think would
21 have a different path here. That's my
22 understanding. You need to complete the medical
23 school to complete that exam.
24     Q And, again, to make sure we're on the same
25 page, when I refer to the Step 1 Exam, I'm

Page 71

1  referring to the USMLE Step 1 Exam.
2      Does that work for you?
3      A Yes.
4      Q How many times can an individual retake
5  the Step 1 Exam after failing?
6        MR. EVANS: Objection, form.
7      A Yeah. So that's beyond -- that's beyond
8  the scope of this report actually. I was not
9  retained to -- I mean, I can answer these
10 questions, but that was not part of my report. I
11 just want to make that clear. I was never asked
12 to describe or evaluate the process of matching
13 for student residency, that was -- that was not my
14 assignment. But I can -- I can try to answer the
15 best I can these questions.
16     Q Okay. Please proceed.
17     A Oh, so I don't know how many times they
18 can take it.
19     Q And can someone practice medicine in the
20 United States without passing the Step 1 Exam?
21     A In my best understanding, no.
22     Q What entity accredits US medical schools?
23     A I don't know.
24        MR. EVANS: Objection, form.
25     Q Are you familiar with the LCME?

Page 72

1        MR. EVANS: Objection, form.
2      A Could you -- could you expand the acronym,
3  please?
4      Q I'll ask first: Are you familiar with the
5  acronym LCME?
6        MR. EVANS: Objection, form.
7      A I heard the acronym as such, I'm just
8  wondering which institution you're referring to.
9  Would you mind expanding the acronym for me?
10     Q I just want to make sure the record is
11 clear. I'm -- I'm happy to -- to do that, but as
12 you sit here today are you familiar with the
13 acronym LCME?
14        MR. EVANS: Objection, form.
15     A Yeah. I'm trying to scan my memory for
16 these acronyms. So there's several acronyms and
17 statistics that LCME, I -- but I -- but I suspect
18 you're referring to -- I mean, so I don't want to
19 be guessing what you're referring to, so I think I
20 need -- would need to know the acronym expansion
21 before I'm familiar with the institution.
22     Q Are you aware of multiple different
23 meanings of the acronym LCME?
24     A LCME, that's what I'm trying to recall
25 there's a lot of acronyms that we use in

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

19 (73 to 76)

73

1  economics to mean several things and I'm
2  wondering, like, if you ask me in general am I
3  familiar in my life, have I seen these letters put
4  together, I probably did.  But I suspect you're
5  referring to medical -- so I don't want to
6  speculate what you're referring to, that's my
7  problem I think here.  Because you're asking me
8  about several acronyms without telling me what
9  they stand for, so I don't think I can answer.
10    Q  Are you familiar -- oh, apologies.  Go
11 ahead and finish.
12    A  Yeah.  That's -- I'm done.
13    Q  Are you familiar with the acronym LCME as
14 it relates to medical education?
15    A  No.
16    Q  And -- we'll talk about the LCME later.
17 You know, I'm not here to testify, but I don't
18 want to leave you in the lurch.  It stands for
19 Liaison Committee on Medical Education.
20    A  Thank you.
21    Q  What entity generally accredits Caribbean
22 medical schools?
23    MR. EVANS:  Objection, form.
24    A  I don't know.
25    Q  What is Title IV of the Higher Education

74

1  Act?
2    MR. EVANS:  Objection, form.
3    A  It's a -- it's a legal document that
4  pertains to education.
5    Q  Are Caribbean medical schools eligible for
6  Title IV funding?
7    MR. EVANS:  Objection, calls for a legal
8  conclusion.
9    A  I recall, yes.
10    Q  What do you understand Plaintiff Natalia
11 Ortiz's allegations to be in this case?
12    MR. EVANS:  Objection, form; calls for a
13 narrative.
14    A  That was never part of my report.
15    Q  Understood.
16    A  It was not my report to evaluate or -- or
17 try to understand her allegations.
18    Q  What is your understanding -- I mean,
19 have -- have you gained an understanding of -- of
20 the -- let me start -- start over.  Strike that.
21    Through your -- the course of your work in
22 this case have you gained an understanding of
23 Plaintiff's allegations in this case?
24    A  I think I gained some understanding of it,
25 yes.

75

1    Q  What is that understanding?
2    A  My understanding is that the plaintiff is
3  asking for compensation for her medical degree
4  claiming that she did not receive the information
5  that she deemed should have received about the
6  degree.
7    Q  Are you familiar with how Saba and R3
8  Education marketed Saba's Step 1 passage rate?
9    A  Yes.
10    Q  What is your understanding of that
11 marketing?
12    MR. EVANS:  Objection, form.
13    A  Would you like me to describe the
14 marketing or what -- could you clarify the
15 question, what's my understanding of that
16 marketing?  Was it effective or like was -- yeah.
17    Q  Thank you for asking for clarification.
18    So you testified that you are familiar
19 with how Saba and R3 Education marketed the Step 1
20 passage rate, correct?
21    A  That's correct.
22    Q  What is your understanding of how they
23 marketed it, not its effectiveness, but how they
24 marketed it?
25    MR. EVANS:  Objection, form.

76

1    A  So you're asking me to list their
2  marketing mix that they used to market the -- that
3  passage rate.  So, like, what did they actually
4  do, like, types of advertising and channels that
5  they used.  Is that my understanding of that
6  question?
7    Q  No.  And I think it's -- the problem is
8  with the question.
9    Well, let's come -- let's come back to
10 this a little bit later.
11    How did Caribbean medical schools differ
12 from United States medical schools?
13    MR. EVANS:  Objection, form.
14    A  I mean, the -- the obvious difference is
15 the location.
16    Q  What other differences are there?
17    MR. EVANS:  Objection, form; calls for a
18 narrative.
19    A  So you would like me to list the
20 differences between these schools.  I mean,
21 I -- location is the obvious difference that I can
22 spot.  From my understanding is that the graduates
23 of the Caribbean schools, they do have to go
24 through extra steps to be matched in America, but
25 that's the -- that's the only two differences I'm

77

1 familiar with.
2     Q  What students do Caribbean medical schools
3 target with their marketing?
4     MR. EVANS:  Objection, form.
5     A  I don't know.  I never received any
6 materials that would indicate what students they
7 target.
8     Q  So you didn't need to know that
9 information to provide your opinions in this case?
10     MR. EVANS:  Objection, form.
11     A  I don't think it was relevant information.
12     Q  How do Caribbean medical school admission
13 standards differ from the admission standards at
14 United States medical schools?
15     A  So here I will answer from the knowledge I
16 gained from Dr. Pinsky's report which are
17 supported by -- by the numbers.  So I believe that
18 the admission attendance are lower for the
19 Caribbean medical schools.
20     Q  Do you know the differences between the
21 average MCAT scores for students of United States
22 medical schools versus Caribbean medical schools?
23     MR. EVANS:  Objection, beyond the scope of
24 the report.
25     A  Yeah.  There was no documents that

78

1 indicate that -- that difference.
2     Q  Do you know whether they're generally
3 higher or generally lower as between the two
4 systems?
5     A  I have no knowledge about that.
6     Q  You didn't need that knowledge to render
7 your opinions in this -- in your report?
8     A  Not for the rebuttal of Dr. Pinsky's
9 report.  I -- I generally agreed with Dr. Pinsky
10 assessment.  I -- this -- I would -- I did not
11 disagree with Dr. Pinsky's assessment that the
12 standards are lower.
13     Q  So your report doesn't offer rebuttal to
14 Dr. Pinsky's opinions on those topics?
15     A  No.
16     MR. EVANS:  Objection, form.
17     Q  Do you know differences between the rates
18 at which United States medical students get
19 residencies in the United States versus Caribbean
20 medical students?
21     MR. EVANS:  Objection, beyond the scope of
22 the report.
23     A  So -- so rates -- yeah, okay.  So I'm
24 trying to recall if any of this information --
25 because I viewed Saba's website and the website of

79

1 the competing schools as part of preparing for the
2 report, and I believe there were numbers
3 pertaining to residency matches, I just don't
4 recall the actual numbers because they were not
5 included in the report because they were beyond
6 the scope, but there were numbers that.
7     Q  Are you aware that the judge in this case
8 granted Plaintiff's motion for class
9 certification?
10     A  No.
11     Q  Let's talk about your process for drafting
12 your report in this case.
13     First, are all of the opinions you've
14 reached in this case contained in your report?
15     A  Yes.
16     Q  How did you go about reaching the opinions
17 contained in your report?
18     MR. EVANS:  And -- and, Dr. Jeziorski,
19 just to be clear to the extent that that answer
20 would implicate discussions with counsel, I'd
21 instruct you not to answer on the basis of
22 attorney-client privilege.  Otherwise, you can
23 answer.
24     THE WITNESS:  Thank you.
25     A  Because I was asked to write a rebuttal

80

1 report, my first step was to read Dr. Pinsky's
2 report.
3     Q  What was your next step?
4     A  My next step was to review the documents
5 that were provided to me by the counsel.
6     Q  And those documents are listed in
7 Exhibit 2 to your report?
8     A  Yes.
9     Q  And how did you go about your research for
10 purposes of drafting this report?
11     A  I was -- I was particularly interested in
12 whether there are definitions about attrition
13 rates or standard attrition rates reporting for --
14 for schools and -- and about how economists --
15 what's the latest knowledge on economists
16 measuring value for education, especially partial
17 education.  That was something that I was really
18 interested in because that -- Dr. Pinsky report
19 has made strong claims about value of -- or
20 knockoff of partial education, so I would have --
21 I would review the literature pertaining --
22 measuring value of partial education, and then I
23 would determine which of the papers are relevant
24 for the report and -- and summarize the conclusion
25 in these papers and documents and evaluate

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

---

81

1  Dr. Pinsky's claims and put it on paper.
2      Q  How did you go about identifying the
3  literature that would be important for you to --
4  to reach the opinions in your report?
5      A  I mean, I was familiar with certain
6  seminal -- seminal citations, what -- typically
7  what one does is starts with sort of more like
8  meta-analysis literature and handbook chapters,
9  that's Dr. Card's chapter, for example, is a -- is
10 a seminal citation for economics of education. So
11 I'll start there and then I will work forward,
12 which means that I would look at the papers that
13 cite that -- that -- that particular method
14 analysis and look at the journals that these
15 papers were published, their representation as
16 well as the data, quality of the data that they
17 used. So -- and I also would look at -- go
18 backwards on papers that Dr. Card reports and
19 meta-analysis cites and I would look at these. So
20 these are all their papers by definition as they
21 were cited by the paper.
22     So that's the standard way to look at it.
23 And then the next step would be to search --
24 keyword search of scholarly databases such JSTOR,
25 Google Scholar, Read Back, SSRN for any newer

---

82

1  maybe working papers if there's -- if the evidence
2  has changed. So that's the typical process.
3      Q  And were you familiar with the Card study
4  prior to your work in this case?
5      A  Yes.
6      Q  And you -- you started there and then you
7  reviewed literature that cited to Card, correct?
8      A  Yes. So that was part of the process.
9      Q  And you assessed the quality of data in
10 the literature that you reviewed?
11     A  Yes. To the extent that I could, yes.
12     Q  And we talked a little bit earlier about
13 how to assess whether data can support the
14 conclusions that an author reaches, right?
15     A  That's correct.
16     Q  And sample size is important?
17     A  It's important, yes.
18     Q  And it's important whether the data is
19 representative of the population?
20     A  Yes.
21     Q  And you relied on databases for academic
22 literature, correct?
23     A  Did -- did that -- oh, oh, you -- oh, yes,
24 that's -- that's correct.
25     Q  And by "relied on," I mean you used those

---

83

1  databases as part of your research to draft this
2  report?
3      A  That's right.
4      Q  Did you use legal search databases as
5  well?
6      A  No.
7      Q  Did you use any artificial intelligence
8  tools in drafting your report?
9      A  No.
10     Q  Did you use any top technology to assist
11 you in digesting or summarizing any papers or
12 literature that you reviewed?
13     A  No.
14     Q  And you have support staff in your role as
15 a professor?
16     A  Yes.
17     Q  You have students who -- who do research
18 and work for you?
19     A  I don't have students that work for me,
20 but I have students that research with me.
21     Q  Did you rely on any assistance from
22 support staff or students in drafting your report?
23     A  No.
24     Q  Are all of the papers that you reviewed
25 cited in your report?

---

84

1      A  Not all of them are cited, no.
2      Q  Have you read every paper or book or
3  article cited in your report?
4      A  I read some of the -- some of these cited,
5  especially if there's a book cited, so some of
6  that I just review relevant chapter.
7      Q  So with the book that you cited you
8  reviewed one chapter?
9      A  I don't remember --
10         MR. EVANS:  Objection, form.
11     A  I don't remember how many chapters were
12 relevant in that book, but I believe there was,
13 like, a small portion of a chapter actually that
14 was relevant in there.
15     Q  And with respect to the other literature
16 that you cite in your report, did you read that
17 literature in its entirety?
18     A  Yes. The -- if it's an article, then I
19 would read it in the entirety. If it's a book,
20 then typically I would not -- I would not read it
21 in the entirety, because of the time -- time
22 constraint for the report and relevance of the
23 other chapters.
24     Q  And you had about two weeks between your
25 first conversation with counsel and the

---

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

85

1  October 4th date on your report, correct?
2      **A  That's correct.**
3      Q  About how many hours did you spend on this
4  report in -- including all the of the research you
5  did, all of the reading you did, and your
6  drafting?
7      **A  So I believe that most of my work on the**
8  **report was done over the weekend before -- just**
9  **before it was drafted, so I think that work was**
10  **around 20 hours in total including the**
11  **conversations.  And then there were -- there were**
12  **other additional work done, like, after initial**
13  **conversations -- after the next conversation.  So**
14  **I -- I -- I think the -- the first version of the**
15  **report, I think it's fair to say it was**
16  **approximately 20 hours.**
17      Q  And that -- those 20 hours spanned one
18  weekend?
19      **A  Yeah.  It was Friday, Saturday, Sunday.  I**
20  **think the time -- the time constraint was**
21  **really -- was -- was -- was quite binding.**
22      Q  And did you exchange drafts with counsel
23  during the course of drafting the report?
24      **A  Not the first draft.**
25      Q  And you reviewed certain case-specific

86

1  documents in drafting your report, correct?
2      **A  Yes.**
3      Q  And those are described in Exhibit 2 to
4  your report?
5      **A  That's right.**
6      Q  And among the documents listed are the
7  class certification briefing by the parties.
8      Do you recall that?
9      **A  Yes.**
10      Q  Did you review those briefs in their
11  entirety?
12      **A  I did to -- with the limited -- because**
13  **I'm not a lawyer, so -- so some of that -- some of**
14  **that language there I would -- I didn't have time**
15  **to understand every single legal caveat in these**
16  **documents and I think it would be futile in my**
17  **case because I'm not a legal expert.**
18      Q  And did you review the footnotes in those
19  briefs as well?
20      **A  Yes.  I read these footnotes and I -- to**
21  **my best knowledge I tried to judge the relevance**
22  **of these footnotes.**
23      Q  Did you review exhibits attached to the
24  parties' briefing with class certification?
25      **A  Yes.  They were done to the extent that**

87

1      **they were provided to me in the Box file.  I did**
2      **download these, yes.**
3      Q  Does Exhibit 2 have all of the case
4  documents that you reviewed?
5      **A  Yes.  Yes.**
6      Q  And when you said to the extent they were
7  provided to you, are you sure one way or another
8  whether you reviewed the exhibits cited with the
9  class certification briefing?
10      MR. EVANS:  Objection, form; asked and
11  answered.
12      **A  So I -- I -- let me rephrase this**
13  **question.  Did I review every exhibit that is**
14  **cited in that document that is certification**
15  **briefing; is that -- is that the question?**
16      Q  Yes.
17      **A  The answer is I don't know because I don't**
18  **remember all the exhibits that were cited there.**
19      Q  Did you review any Saba marketing
20  materials?
21      **A  Yes.**
22      Q  What materials, Saba marketing materials
23  did you review?
24      **A  I did go to Saba's website.**
25      MR. EVANS:  Objection, form.

88

1      Q  You reviewed Saba's website?  Did you
2  review any other Saba marketing materials?
3      **A  No.**
4      Q  The subject of your report is not
5  marketing; is that right?
6      **A  The subject of my report, I would say it's**
7  **more -- more economics, microeconomics than**
8  **marketing.**
9      Q  Did you request certain documents from
10  counsel in the course of drafting your report?
11      MR. EVANS:  Just going to object to that
12  on the basis of attorney-client privilege and
13  instruct Dr. Jeziorski not to answer that
14  question.
15      Q  Have you maintained a case file during the
16  course of drafting your report?
17      **A  What is a case file?**
18      Q  Have you -- in any sort of system of
19  organization, have you used a system of
20  organization and had either an electronic or a
21  hard copy set of -- collection of papers,
22  materials that you have used in drafting your
23  report?
24      **A  Yes, I did.**
25      Q  And how did you maintain that case file?

89

1  Electronically?  On paper?
2      A  I have had a folder where I would download
3  the papers that I wanted to review the relevance,
4  and I did not have any formal document management
5  system that would keep -- let me keep track.  This
6  was -- this was not a big enough project for me to
7  adopt one.
8      Q  And so that electronic folder has the
9  academic literature you reviewed and the
10 case-specific documents that you review?
11     A  So not all the papers I considered for
12 inclusion would be in that folder because I would
13 reading them -- I would be reading them in the
14 browser without downloading them.  And if I would
15 deem that they are not relevant, they would not be
16 put in the folder.  So a lot of these papers will
17 not be in that folder.  I probably reviewed
18 hundreds of papers, considered them for inclusion.
19     Q  And the papers that you decided not to
20 include, you decided not to include those because
21 they were not helpful to reaching the opinions --
22 or strike that.
23        What made you to decide to include some
24 papers and not others?
25     A  I think there were two criteria I used.

90

1  So first was general relevance to the case.  These
2  papers would be talking about education economics,
3  but not -- not degree programs.  So I -- I tend
4  to, like, narrow my -- my search to degree
5  programs and formal degree programs because I
6  thought that was an important portion of
7  Dr. Pinsky's report.  If those were nondegree
8  programs, I would typically not include them since
9  they were not helpful to -- pertain for partial
10 education because partial education without degree
11 is -- that -- that term is typically used for
12 degree programs.
13        And the second one was quality of the
14 work.  Like, whether it's published, for example.
15 Like, I would not include unpublished -- like non
16 peer-reviewed work because I would not be
17 confident in its -- if it's correct.  It needs to
18 be peer-reviewed.
19     Q  And when a paper is unpublished that means
20 it has not been peer-reviewed?
21     A  That means that it may have been
22 peer-reviewed, we don't know.  It may have been
23 peer-reviewed and rejected.  Or it may have been
24 never submitted, so that is not disclosed.
25     Q  And by the time it's published, it -- it

91

1  has been peer-reviewed?
2      A  In certain journals, yes.  That's not
3  guaranteed either, but typically.
4      Q  And will you talk a little bit about
5  the -- the -- you -- you said you wouldn't cite
6  unpublished work and one of the reasons you gave
7  is because it hasn't been peer-reviewed.  Will you
8  tell more about what -- what relevance that has to
9  the paper's reliability.
10     A  I think it's just about the level of
11 certainty about the paper's claims.  So to begin
12 the referee process, referees can ask additional
13 information that the reader cannot -- doesn't have
14 access to, let's say like raw data.  That may
15 be -- that may be requested by the referees.  So
16 if the paper hasn't been peer-reviewed, I cannot
17 be sure that that level of scrutiny has been
18 applied to the paper.
19        Therefore, I typically would err on not
20 citing that literature because I cannot be sure
21 whether the -- or not it's correct.
22     Q  Approximately how many hours did
23 you -- have you spent on this case total between
24 talking with counsel, preparing -- reviewing
25 materials, preparing your report, and preparing

92

1  for today's deposition?
2      A  Yeah.  I have not issued the -- the
3  invoice, so, like, I never did, like, a formal
4  numeration of that, but my -- my estimate is
5  somewhere between 30 to 40 hours at this point.
6      Q  Okay.  Let's turn to section 3 of your
7  report, which is entitled, The Value of Partial
8  Education.  And I don't need you to look at it
9  yet --
10     A  Okay.
11     Q  -- but I'll let you know when -- when we
12 can look at it together.
13        So in this section, is it fair to -- to
14 say that you disagree with Dr. Pinsky's opinion
15 that there's no economic value associated with a
16 partial education from a Caribbean medical school?
17     A  I disagree with that opinion, yes.
18     Q  Let's turn to paragraph 10 of the report.
19     A  Is it okay for me to pull up the report?
20     Q  Yes.
21     A  Okay.  That's the paragraph that starts
22 with, In paragraph 18?
23     Q  Yes, paragraph 10 starting with, In
24 paragraph 18.  And you are welcome to take a
25 moment to review that first sentence, and then

93

1  please read the second paragraph starting with,
2  His statement into the record.
3      **A His statement contradicts a body of**
4  **economic research which demonstrates that students**
5  **may still derive value from the knowledge, skills,**
6  **and experiences gained during their education even**
7  **without completing a degree.**
8      Q And when you say "education" in this
9  sentence, are you referring to education in
10 general?
11     **A I'm referring to degree programs in this**
12 **case.**
13     Q Any degree?
14     **A So I'm trying to think how to best answer**
15 **your question.**
16     **So most of these papers, if not all of**
17 **them, they use -- they use data that spans across**
18 **multiple degrees. Some of them are -- are --**
19 **there's one that's specific that talks about**
20 **medical schools there, but most of these papers**
21 **they are more general. So they would -- they**
22 **would take data from American census or other**
23 **census bureau publications, like -- like, current**
24 **population survey. And these publications**
25 **typically a subset of the population, so this is**

94

1  **kind of a -- some sample. And most of these**
2  **papers they cite evidence across degrees.**
3      **So for -- for an average degree or for --**
4  **or -- or -- or on average some of the papers,**
5  **they -- they -- they do specify by -- by type of**
6  **degree and they vary in the depth how they -- and**
7  **number of these degrees. So -- so this statement**
8  **refers to sort of a point estimate for a**
9  **representative sample across degrees. That's the**
10 **best answer I can give.**
11     Q So --
12     **A Which includes medical degrees, but does**
13 **not single out medical degrees specifically.**
14     Q So your opinion in this sentence is
15 broadly about all degrees?
16     **A So we can get into specific, why**
17 **specifically I disagree with Dr. Pinsky is that**
18 **across the broad range of degrees which included**
19 **medical school degrees, the estimates indicate**
20 **that there is an additional value of each year of**
21 **school, even after subtracting the value of a**
22 **degree at the end. And there are particular**
23 **graphs, for example, in Card paper that have MDs**
24 **and on the graph. Specifically there's an MD data**
25 **point on it and it follows a general pattern for**

95

1  the other degrees.
2      **Then the paper on -- the Dutch paper on**
3  **medical schools, it -- it estimates the value for**
4  **graduating from a medical school which includes**
5  **partial and full education, and that number was**
6  **generally in line with -- with the numbers for**
7  **more general research in America. So when I**
8  **disagreed with the opinion, I considered all these**
9  **factors and deemed that there's enough evidence**
10 **for me to conclude that in a medical degree**
11 **context that partial value of education would be**
12 **there because I never observed any departure.**
13     **And some of these papers they did single**
14 **out medical and they didn't see the departure.**
15 **And from my understanding of how one would write**
16 **these papers is if there was a departure for**
17 **medical, that would be mentioned because that**
18 **would be a significant -- a significant exception**
19 **that I think any researcher would mention as well**
20 **because it's an important set of degrees.**
21     **So I haven't seen any of -- any -- any --**
22 **any of data points that would indicate that. So I**
23 **thought the evidence was actually quite strong.**
24 **So I -- I was confident to make that statement.**
25     Q So your opinion in this sentence is based

96

1  on all of the literature that you reviewed
2  including the literature you cited in your report?
3      **A So this -- this particular opinion here is**
4  **based on the literature I cited in the report.**
5      Q And based on your review of that
6  literature and you've -- you've given a summary --
7  and we'll be digging into -- into the -- the
8  different sources, so we'll talk about those
9  specifically later, but those provide sufficient
10 support for you to opine here that there
11 is -- that there's a body of economic research
12 demonstrating that students derive value from
13 education even without a degree?
14     **A That's right.**
15     Q And this is irrespective of the particular
16 degree a student is pursuing?
17     **A That's right. If you -- yes, that's**
18 **right.**
19     Q And -- and one of -- you -- you address
20 three types of value that students could get for a
21 partial medical education. Let's turn to each
22 type of value. The first one is -- so we can look
23 back at paragraph 10.
24     **A Yes.**
25     Q And the first one you list is the option

97

1  value of continuing the medical degree at Saba
2  University School of Medicine or another
3  institution.
4      Do you see that?
5      **A I see that.**
6      Q  And you expand on the value of continuing
7  in paragraph 10i, correct?
8      **A That's correct.**
9      Q  And please read the first sentence of 10i.
10     **A Economic research indicates that students**
11     **demonstrate persistence in obtaining medical**
12     **education, often resuming their degrees following**
13     **the initial setback.**
14     Q  What economic research are you referring
15  to in this sentence you just read?
16     **A So I refer in particular to a paper**
17     **reference in Footnote 3 in the AJA, Applied**
18     **Economics Journal, that indicates persistence of**
19     **students to obtain medical degree even after**
20     **setback. That -- that one number I cite, that**
21     **indicated to me that students that want to obtain**
22     **medical degree, a lot of them even if**
23     **they -- their journey is unsuccessful in a step,**
24     **they do go on and persistently try to complete the**
25     **degree. So that was one -- one evidence.**

98

1      **And the second evidence was more from raw**
2      **data. So that was evidence from the report by**
3      **AAMC. And I apologize for a typo there in**
4      **paragraph -- in the Footnote 4.**
5          **So that indicated that there's -- not**
6      **every student completes the degree within four to**
7      **five years. Some students take seven to eight**
8      **years to complete their degree, which indicates**
9      **that even though that -- or they're not considered**
10     **students at any particular point, many of them**
11     **they would go on and re-enroll. That --**
12     **report did not indicate if they re-enroll in the**
13     **same school or not, but they would re-enroll in an**
14     **MD-eligible school. So those were the two -- two**
15     **evidence that I -- that I considered predominately**
16     **for this value of continuing claim.**
17     Q  And in this -- in the second sentence of
18  10i, you write: For instance, 41 percent of
19  students who are initially not admitted to medical
20  schools eventually complete their degree.
21     When you say "students" here, what
22  population of students are you referring to?  Are
23  you --
24     **A I think these -- yeah, these are -- these**
25     **are -- I -- so this is a Dutch system. I believe**

99

1      **these are high school students.**
2      Q  So would it be more accurate to say
3  41 percent of Dutch students?
4      MR. EVANS:  Objection, form.
5      **A Yes. That would be -- that -- that --**
6      **that would be -- that would be one qualifier one**
7      **could put here, yes, if wanted to be more narrow.**
8      Q  So is your opinion limit -- is your
9  opinion as outlined in this sentence limited to
10  Dutch students?
11     MR. EVANS:  Objection, form.
12     **A I do not believe it is. I did review the**
13     **difference in the admission processes between**
14     **Dutch students and American students, for example,**
15     **and I considered whether the differences are**
16     **substantial -- substantial enough for me to doubt**
17     **that this would generalize in one -- in one or the**
18     **other of fashion to American students and I didn't**
19     **find striking differences there. We can discuss**
20     **these differences, but I didn't find striking**
21     **differences there, so I was confident in making a**
22     **statement. I was confident using this number to**
23     **support my statement that a portion of students**
24     **would resume, especially in combination.**
25         **So it's never -- my opinions are never**

100

1      **based on, like, one -- one fact. I did look at**
2      **41 percent in combination with the 10 percent in**
3      **the third sentence, which was direct support to**
4      **the -- to the claim. I just thought bringing in**
5      **that 41 percent number because it's so high would**
6      **add to understanding of that continuation process.**
7      **So that's why I brought that in on top of the --**
8      **the 10 percent as well.**
9      Q  And prior to bringing in the 41 percent
10  figure, you analyzed the differences between the
11  two populations of students?
12     **A I didn't analyze the differences between**
13     **population of students by comparing whether the**
14     **incoming populations are the same. I mostly**
15     **looked for striking differences in the admissions**
16     **processes between different systems to see whether**
17     **there would be any striking reasons for me to**
18     **think that that 41 percent number would be zero in**
19     **America, for example, but that's what -- the level**
20     **of proof here was quite low because that would**
21     **have to be zero.**
22         **So when we start with 41 percent, there**
23     **would have to be a smoking gun difference for me**
24     **not to -- to think that's zero in America. So I**
25     **did not identify any of these -- any -- any --**

**101**

1 any -- any data points that could point to
2 these -- to this kind of difference.
3    Q  So the striking differences you were
4 looking for were in the systems of admission?
5    A  It's not only system of admission, but
6 also sort of how -- like, how different, for
7 example, the education process is from what I
8 could understand reading these -- these -- these
9 articles because in general I describe -- most of
10 them were described in the introduction what they
11 found about these education systems.  So
12 admissions was -- was -- was a major factor, yes.
13 But that was not the only factor because here
14 that -- that claim is about admissions, right, so
15 that's why I say that -- that admissions was --
16 was -- was really important.
17    Q  You understand this case is about students
18 who begin their medical education at Saba and
19 leave the program prior to receiving a degree,
20 correct?
21    A  That's correct.
22    Q  And on -- on -- if -- if we look at
23 paragraph 10 on page 2, you talk about the value
24 of continuing a medical degree.  And then in the
25 first sentence of 10i on page 3, you mention

**102**

1 resuming a degree after a setback --
2    A  Right.
3    Q  I'm sorry.  Let me -- let me strike that.
4       Early on, you talk about continuing a
5 degree and resuming medical education.  And then
6 in the sentence we were just discussing with the
7 41 percent figure, you switch to talking about
8 students not initially admitted to medical school.
9       Do you see that switch?
10    A  Yes.  I am aware of that switch.
11    Q  Do you consider continuing or resuming a
12 medical degree to be the same as reapplying to
13 medical school after not being admitted?
14    A  No.  I do not think those are the same.
15    Q  And -- and here you cite to the 2016
16 publication, the Returns of Medical School -
17 Evidence from Admissions Lotteries in Footnote 3,
18 right?
19    A  That's right.
20    Q  So let's take a look at that -- that
21 matter.  I'm going to share my screen and Melissa
22 will drop it in the chat if you -- but I think
23 it -- it -- it's best --
24    A  I'm going to go back to Zoom now from my
25 report.  Okay, yeah, I see the paper.

**103**

1    Q  All right.
2       MR. EVANS:  Are we marking this as an
3 Exhibit, Counsel?
4       MS. WISEMAN:  Yes, I'll mark this as
5 Exhibit 80.
6       (Exhibit 80 marked for identification.)
7    Q  And I'm scrolling to the first page of the
8 report, which is internal page 225, you can see
9 right here.  And please review the abstract here
10 and let me know when you're finished.
11    A  Yes, I'm done.  Thank you.
12    Q  So as you mentioned earlier, this study
13 focuses on medical schools in the Netherlands,
14 correct?
15    A  That's correct.
16    Q  Are you aware of the whether any medical
17 schools in the Netherlands are for profit?
18    A  I -- not aware of that.  I -- yeah, I'm
19 not aware.  I -- the article did not mention
20 that -- whether these are for-profit or not.
21    Q  Are you familiar with the admissions
22 system for Dutch medical schools as addressed in
23 this paper?
24    A  To the extent that it was explained in the
25 paper, yes.

**104**

1    Q  So how did that admission -- admissions
2 process work as you understand from the paper?
3    A  I believe that there's a -- a lottery that
4 determines which student gets admitted to a school
5 and the lottery chances of admission depend on the
6 GPA of a student.
7    Q  And so you're aware that students who met
8 certain criteria and applied were entered into a
9 lottery for admission, right?
10    A  Yes.
11    Q  And only some students were admitted?
12    A  That's right.
13    Q  And you would agree that in a lottery
14 system some qualified candidates, even highly
15 qualified candidates, might not be admitted?
16    A  That's right.
17    Q  Does Saba admit students by lottery?
18    A  I am not aware of that.
19    Q  So you weren't able to analyze the
20 difference in the lottery admission system in this
21 paper and the way in which Saba admits its
22 students?
23    A  So my understanding -- is it okay to
24 answer?
25       MR. EVANS:  Yes.

105

1    A  So my understanding was that Saba does not
2  use lottery.  That was my understanding, because
3  American schools don't use lotteries for
4  admissions, so that was my -- because Saba markets
5  itself as a school that expands American medical
6  system, from what I understand it from the
7  website, that the admission criteria I suspect
8  where -- that the instruments for admission, my --
9  my understanding was that they're similar to
10 American systems and -- and American schools tend
11 to not use lotteries for admission.
12     Q  Okay.  So you compared the lottery system
13 to admission systems of United States medical
14 schools?
15     A  I -- I did have that -- I did have that --
16 I did like a little side analysis for myself
17 trying to evaluate whether the results based on
18 the lottery system are applicable to other systems
19 that don't use lotteries.  Yes.
20     Q  And it was applicable as long as there
21 wasn't a striking difference in the admission
22 system?
23     A  I think certain things would be applicable
24 from this paper and certain results may be less
25 applicable, so you just have to do it by -- number

106

1  by number to -- to -- to deem whether -- whether
2  these -- these -- these generalize.
3        And there was a reason why lottery system
4  was chosen for this paper.  It was because it's
5  easier to establish causality when the lottery is
6  present, so that was the reason why it was chosen.
7        So just to maybe expand on that just a
8  tiny bit, when -- when one does research on these
9  topics, like, value of education, most of these
10 papers would put out certain confounds that limit
11 us from understanding what that value is, for
12 example, students self-selection and differences
13 in admission standards.  So we would want to gain
14 understanding of how much value that American
15 medical schools have, but because of these
16 confounds we are unable to study these questions
17 directly on that data because we don't have the
18 lottery in America.
19        So instead what we do, and that's very
20 common in research and very top research is to go
21 into a setting where causality can be established
22 easier.  We call it internal validity, and then
23 take these numbers and -- and try to extrapolate
24 them to settings where the causality cannot be
25 established really easily.

107

1        So we typically tradeoff of having an
2  internal valid -- valid study that uses the
3  lottery where the causality is established, you
4  know, with less question, to using an
5  observational study on the population in question
6  that the causality has some issues, and we take --
7  you would take these -- these results and together
8  and establish conclusion.  So that's very common
9  thing to do.  And for example, do a field
10 experiment in a certain population, or use some
11 more natural experiment that -- that maybe was a
12 little special.
13        So I just -- I just followed a general way
14 how we learn and try to value -- value the deals.
15 We just combine these different results with
16 different levels of internal and external validity
17 into a conclusion.  So I took that number from the
18 AAMC as an observational estimate where causality
19 maybe couldn't be established because of the
20 institutional details, and then I combine it with
21 a study where in -- in the western market,
22 European, North American market, but still I think
23 quite close when that was established in more
24 robust fashion.
25        So this is a very common process how we

108

1  try to -- we try to reach conclusion.
2        And -- and I admit that it requires
3  assumptions.  But that's -- that's how research
4  gets done.  So I didn't depart from -- from a
5  standup process I would do as a referee or tenure
6  evaluator, for example.
7     Q  And is Saba an American medical school?
8     A  It is an international medical school.
9  It's not an American school.  That -- it does
10 market itself as -- as an extension of an American
11 system.  So, for example, marketing passing of the
12 certification exams in America is very prominent
13 on their website would indicate that.  One way or
14 the other, they're an extension of American
15 education system because they do provide a stream
16 of graduates that practices doctors in the United
17 States.
18     Q  So in order to evaluate the applicability
19 of this study to Saba students like the
20 individuals in the class, you compared the
21 admissions system in the Netherlands to American
22 admission systems to medical school?
23     A  In most cases, yes.
24     Q  And let's go ahead and look at page -- I'm
25 going to -- do you still -- can you still see my

109

1  screen here?
2      A  Yes, I can.
3      Q  I'm going to scroll to page 233 of this
4  paper --
5      A  Okay.
6      Q  -- and I'm looking -- I'm going to scroll
7  to the -- the last paragraph on this page and
8  the -- the third sentence of that paragraph which
9  begins, Not everyone.  Let's make sure I can
10  highlight here.  And I'm going to read this
11  sentence into the report:
12      Not everyone who wins the first lottery
13  actually enrolls in medical school.  Six percent
14  do not enroll.  Among the losers of the first
15  lottery, 45 percent end up enrolling in medical
16  school (after winning a subsequent lottery).  Of
17  the winners, 82 percent complete medical school
18  compared to 41 percent for the losers.
19      A  Yes.
20      Q  Is that where the 41 percent figure cited
21  in your report comes from?
22      A  Yes.
23      Q  And here, the 41 percent is talking about
24  the losers of the lottery for admission to Dutch
25  medical school?

110

1      A  Yes.
2      Q  And this refers to individuals who lost
3  their first lottery and were not admitted to Dutch
4  medical school, correct?
5      A  That's my understanding, yes.
6      Q  And you rely on this paper to conclude
7  that 41 percent of all medical students not
8  initially admitted to medical school all over the
9  world eventually complete their medical degree?
10      MR. EVANS:  Objection, form.
11      A  No.  I did not make that conclusion.
12  I -- my conclusion was that the significant number
13  of students would eventually finish, because I
14  found 41 percent to be extremely high number from
15  my -- from my -- from my experience as an
16  educator.  I think -- from my experience if
17  students don't -- for example, in the marketing
18  field if they don't get admitted to the PhD
19  program we vary rarely see them reapply, so
20  it's -- it's a rare -- a rare occurrence.
21      So this number was actually strikingly
22  high for me and indicated that medical degrees
23  actually have a much higher rate of persistence
24  than compared, for example, to the PhD in
25  marketing.  So that's why I cited this number as

111

1  a -- as indicating persistence to continue and
2  eventually complete the degree.
3      I did not make a claim that it's going to
4  be 41 percent, but compared to the 10 percent and
5  the other -- in the other -- from the other
6  publication, I think that the -- the continuing
7  would not be zero.
8      So I think I disagreed with Dr. Pinsky's
9  claim that there is no value and -- and I thought
10  that citing 41 percent from a very well-executed
11  study with a system that is a western medical
12  school, but maybe for reason doesn't exactly match
13  with admission process would provide a valid data
14  point to depart from zero.  That was the bar --
15  that was the bar I have taken in my report that --
16  I was not asked to -- to put a number on the
17  partial value of education; I was asked to comment
18  on the claim that is zero.
19      Q  So as long as the -- the percentage of
20  students who returned to medical school is not
21  zero, you felt comfortable disagreeing with Dr.
22  Pinsky?
23      A  I think any -- if there is exist one
24  student that did not finish education at Saba and
25  was included in whatever attrition numbers were

112

1  being quoted or considered there, and then they
2  came back to Saba or anywhere else and did not
3  start from scratch, that would contradict Dr.
4  Pinsky's statement because his statement was
5  categorical, that there is zero value.  So you
6  find me one and that -- that statement is not
7  true.  If it's high or not, I -- that I don't
8  know, but it's not zero.
9      Q  And in your report, let's look back at
10  10 -- if you -- if you want to refer back to it,
11  you may, but the sentence we read a few moments
12  ago was:  For instance, 41 percent of students who
13  are initially not admitted to medical schools
14  eventually complete their degree.
15      Is that sentence accurate?  Does that
16  accurately state your opinion?
17      MR. EVANS:  Objection, form; asked and
18  answered.
19      A  So I believe that it would be more
20  accurate to include Dutch students there and that
21  would lengthen the report.  I would have to then
22  make a qualification.  I believe that more
23  accurate statement may be that it's high.  And it
24  would be more accurate to include that students,
25  as well it would be more accurate to include the

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

113

1  exact years that this was taken.
2      So there is -- one could go and qualify
3  any of these numbers to, you know, a step sample
4  of the data that was used in this paper and so on
5  and so forth. But at some point I think we do
6  have to limit the number of adjectives that we put
7  there. So I -- that -- that number was quoted
8  only to show that the persistence of medical
9  students is extremely high.
10      I consider that extremely high and
11  surprisingly high, so -- but I agree with you that
12  putting Dutch there -- because the paper is from
13  Denmark, obviously. That -- that wouldn't be a --
14  that would make it more -- more accurate where
15  it's coming from, yes.
16    Q But you didn't want to include that word
17  because you were concerned that it would lengthen
18  the report?
19    A I think I didn't want to include that word
20  for -- for a reason that I didn't want to include
21  the year in which it was measured as well. And
22  the paper was cited readily there in the footnote.
23  So I think if someone was concerned about where
24  those numbers coming from, it was immediate to
25  know from the first sentence of the paper where

114

1  this is coming from.
2      So when we cite literature we typically
3  don't include everything, every qualifier, how the
4  data was constructed, and what the market was. We
5  rely on the reader as well to -- if they are
6  concerned about the number to go and look up the
7  details in the relevant paper. So I just followed
8  that -- that kind of practice that we use in
9  academic research.
10    Q You wouldn't include every qualifier, but
11  you would include important qualifiers?
12    MR. EVANS: Objection, form.
13    A I would include that these were students
14  and this was continuing, yes. I think there may
15  be some disagreement in how important that
16  qualifier was. I think it was not particularly an
17  important qualifier because of -- sort of
18  similarities between these systems and -- and we
19  can discuss these similarities. But, yes, I
20  didn't think that that was -- that was extremely
21  important. If it -- if it was, then I would not
22  include that number. I mean, if I thought that
23  was very different I would have not included it at
24  all.
25    Q Well, if you -- if you believed that there

115

1  were significant differences between the Dutch
2  system of admissions and the system for admissions
3  at Saba, you wouldn't have relied on this study?
4    A That's right. And -- and coming back to
5  your previous question, if I had to make the best
6  guess what that number is for America, my best
7  guess would be 41 percent because that is the
8  point estimate that we obtained from another
9  country and unless -- I believe for one of the
10  other reasons should be lower, then I would say
11  it's lower than 41 percent.
12      But -- you know, as a -- as a researcher
13  if someone brings me this study and asks me to
14  make -- twists my arm to make a guess about, you
15  know, another market, then I would make the guess
16  that is from that study because that's
17  the -- that's the best data I have.
18      So if I were to assess that, that would
19  be -- the 41 percent would be my assessment
20  actually because I see no reason to believe it's
21  different.
22    Q So you relied on a paper that addresses
23  Dutch medical admissions by lottery and you saw no
24  reason to alter your prediction for Saba students
25  who are admitted by a different system of

116

1  admission?
2    MR. EVANS: Objection, form.
3    A Yeah, that's right. I -- I didn't find
4  any reason to think these numbers would be
5  different. And I considered several reasons. I
6  could quote reasons for it to be higher and lower,
7  so -- and -- and -- and -- and as you see in the
8  name of the journal, this is an American journal,
9  so this research was published there and -- and
10  these journals are published by American Economic
11  Association, which I think some of the mission is
12  to study American markets and -- and this is a
13  very high -- very -- very top journal. So they
14  also thought that -- the editor of the journal
15  made the conclusion that this is relevant for
16  American audience and it would be with that
17  conclusion me -- me and him.
18    Q Okay. Let me stop sharing this. All
19  right.
20    MR. EVANS: Ms. Wiseman, at some point I
21  would appreciate a lunch break, we've been going
22  about an hour and 15.
23    MS. WISEMAN: Let me -- if you don't mind
24  I'll just finish 10i, it shouldn't be much longer,
25  maybe 5 or 10 minutes at most.

117

1    MR. EVANS:  No problem.
2    MS. WISEMAN:  Okay.  Great.
3    THE WITNESS:  Sounds great.
4    Q  Okay.  Let's turn back to 10i of your
5  report and let's take a look at the last sentence
6  which I'll read into the record:  Additionally,
7  over 10 percent of students do not complete their
8  medical degree within the standard four years, but
9  go on to finish it within six years.
10    And what population of medical students
11 are you referring to in this sentence?
12    **A  I think that -- that's population by -- a**
13 **study by AAMC data synopsis report.  It's -- my**
14 **understanding is that this is a representative**
15 **population of American medical students.**
16    Q  And so the -- you -- it's representative
17 because it addresses American medical students?
18    **A  I think it's representative of that**
19 **population.  So, yes, that -- that -- that would**
20 **be -- that would be American students.**
21    Q  And what does AAM -- well, that doesn't
22 matter.
23    Let's turn to that source and I'm going
24 share my screen again.
25    Can you see this document, Dr. Jeziorski?

118

1    **A  Oh, yes, I see that.**
2    Q  I'm going to mark this Exhibit 81.
3    (Exhibit 81 marked for identification.)
4    Q  What's the title that you see up here at
5  the top?
6    **A  Graduation Rates and Attrition Rates of US**
7  **Medical Students.**
8    Q  And where do you get the over 10 percent
9  figure that you include in your report?
10    **A  So I subtracted the blue line from the --**
11 **so -- from the gray line.  So, for example, for**
12 **year '98 to '99 -- I mean, it's a graph, so -- so**
13 **one cannot really read the number up to a high**
14 **precision, but the dot is about four -- 95 percent**
15 **while the blue dot is under 85.  That would**
16 **indicate over 10 percent of students.  They are**
17 **not included in the blue one, but they are**
18 **included in the gray one.**
19    Q  And as we see from the title, the data
20 here addresses United States medical students,
21 correct?
22    **A  That's correct.**
23    Q  And is it your understanding that United
24 States medical students means students at United
25 States medical schools?

119

1    **A  That would be my understanding, yes.**
2    Q  So this data does not include graduation
3  rates for Caribbean medical schools?
4    **A  No.**
5    Q  So would your sentence be more accurate if
6  it said:  Over 10 percent of students at US
7  medical schools do not complete their degree
8  within the standard four years, but go on to
9  finish it within six years?
10    **A  Yes.  I --**
11    MR. EVANS:  Objection, form.
12    You can answer, Doctor.
13    **A  I'm sorry.  I -- I agree with that.**
14    Q  Why did you choose to omit that qualifier,
15 United States medical students?
16    **A  I think for the same reason as -- as**
17 **in -- in the other discussion.  So here my**
18 **understanding was that that's a conservative**
19 **number for Caribbean medical schools and the**
20 **reason is because that's mostly like in**
21 **Dr. Pinsky's report where he indicates that these**
22 **numbers for -- for the -- for the Caribbean**
23 **medical schools would be -- would be somewhat**
24 **lower here.  So that -- I had no reason to**
25 **disagree with him on that.  And -- let me start**

120

1  **with the higher number that said that the**
2  **graduation rate would be 100 percent, four-year**
3  **graduation rate and obviously there would be zero**
4  **percent continuation.  So the higher the**
5  **graduation rates are, the on-time graduation**
6  **rates, then -- then the number of people that**
7  **continue would be smaller.**
8    **And I think under the assumption that the**
9  **Saba graduation rates are smaller, comparable**
10 **numbers for Saba, the number would be higher, so**
11 **that -- I just -- I just made that -- that**
12 **assessment that if there's a lot of people**
13 **dropping out, more dropping out, then there's more**
14 **room for continuation.  So I thought that's**
15 **conservative because these numbers are -- I think**
16 **they're -- they're actually quite high.**
17    Q  And so it's your belief and understanding
18 that the -- that this is a conservative estimate?
19    **A  I would think so, yeah.  If -- yeah, that**
20 **would be my best assessment.**
21    Q  And we discussed earlier the -- that
22 you're not familiar with the differences between
23 medical schools in the United States versus the
24 Caribbean, right?
25    MR. EVANS:  Objection, form; asked and

121

1  answered.
2      A  I am familiar with some differences. I'm
3  not familiar with all the differences between
4  these -- these programs. I think differences in
5  curriculum and I wouldn't be able to judge since
6  I'm not a medical curriculum expert. But if
7  something tells me that in Dr. Pinsky's report and
8  I have no reason to disagree with that, that
9  these -- that these graduation rates are indeed
10  smaller, then I would expect that the continuation
11  rates are higher since they are mathematically
12  related in that fashion. That was my assessment
13  since I didn't have the direct data on Saba.
14      Q  So it's your testimony that if the
15  graduation rate were lower that would indicate or
16  lead to a higher rate of return to medical
17  education?
18      A  I'm --
19      MR. EVANS:  Objection, form.
20      A  That's not a causal statement. I think
21  all I said is that if you take data where the
22  graduation rates are extremely high, then the
23  continuation rate would be subject to ceiling
24  effects, so they would be naturally limited by
25  this high number. So I think it's reasonable to

122

1  expect that if you remove the ceiling, then --
2  without anything guiding you otherwise, these
3  graduation rates would be higher.
4      But that's not -- it's not -- this is not
5  a causal statement, it's just a mechanical
6  statement that if you give me a program with
7  100 percent graduation rates, continuation rate
8  would be zero. That I think we can agree on. If
9  you give me one with 95 percent, then it means at
10  most 5 percent. You give me one with 60 percent,
11  then it would be almost 40. But I agree with you
12  that this -- this is not a causal statement.
13      I think another fact I remember from
14  Dr. Pinsky's report is he specifically mentions
15  students transferring and going to another school
16  in the Caribbean. So, again, I think that was not
17  zero, I think that's -- that's sort of -- that's
18  why I was comfortable bringing in these numbers
19  because I was -- in my opinion I was refuting kind
20  of a low bar statement that that value is zero,
21  that no one ever has continued. So that's why I
22  was comfortable sort of talking about it. If
23  someone asked did 20 percent continue, did 30
24  percent continue, that would require additional --
25  probably request data if available. But that

123

1  was -- I was kind of going off saying it's zero.
2      Q  And we talked earlier how -- about how
3  it's important prior to generalizing a conclusion
4  about one population to another population, it's
5  important to -- to make sure that the data is
6  representative of both populations.
7      So do you believe -- is it your opinion
8  that data about United States medical students
9  would be generalizable to Caribbean medical
10  students?
11      MR. EVANS:  Objection, form.
12      A  I don't think that it's necessary for the
13  data to be representative to generalize one
14  population to the other. I think we -- we often
15  asked to evaluate, make our opinions on certain
16  population that maybe were not studied or the data
17  is unavailable or asked to refute a very strong
18  claim about that population. Then we use
19  available studies in other populations that are
20  not exactly the same, that happens all the time.
21      So -- and when you do that, I mean, you
22  have to -- you have to think about the indications
23  in your data that would point you to another
24  conclusion. And neither Dr. Pinsky's report, nor
25  the documents I reviewed -- I don't think anything

124

1  that would indicate that these continuation rates
2  would be significantly different. In fact, Dr.
3  Pinsky has mentioned that people are transferring
4  across these schools, so I took that as -- as a
5  given since he's an expert. So, like, I -- I
6  didn't disagree with that opinion, I had no reason
7  to.
8      And if they are transferring across these
9  schools, then that would indicate that this number
10  is not zero again. So that's why I was
11  comfortable to bring in these numbers to talk
12  about his very particular conclusion.
13      Q  So you started from the premise that this
14  data was generalizable to the population of
15  students at Saba and assessed whether there were
16  reasons not to generalize it?
17      A  Yes. I think when -- when one
18  does -- when one is asked to value at an empirical
19  claim, what you do is that you review literature
20  from similar markets or -- or similar situations
21  or -- that ask a similar question. So -- says you
22  can notice, like, in my assessment they -- it has
23  brought all sorts -- it -- it -- try to approach
24  this product from multiple angles, right.
25      So, like, whatever data is available. So

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

125

1  it would take observational studies from American
2  population since that's a very well-studied
3  population.  It's a very well-funded set of
4  studies for a large market that can deliver vast
5  conclusions.  And it would take Dutch students
6  which are at a special feature of the market and
7  then it would put these things together to try to
8  say something about another market that there's no
9  indication that it's -- that it's very different.
10 And there's some indication that the continuing is
11 happening one way or the other way from
12 Dr. Pinsky's report.  And I -- and I just followed
13 the general practice in how a researcher would
14 answer a question like that.
15     In -- in most cases, these questions would
16 not be answered by studying the exact population
17 in the exact year, it just depends how strong the
18 conclusions you want to make.  If you were asking
19 me -- it was beyond the scope to actually tell
20 what the continuation rate was.  If it was within
21 the scope, well, that would require a different
22 set of methodologies, I agree with you.  And
23 those -- those concerns you have they would have
24 much more bite.  But I was asked to -- asked to
25 say if it's zero, so I was comfortable making that

126

1  claim reviewing these data.
2     MS. WISEMAN:  Okay.  Let's go ahead and
3  take our break.  So do we want to make this --
4  let's go off the record.
5     THE VIDEOGRAPHER:  Stand by.  We are going
6  off the record.  The time on the video monitor is
7  12:53 p.m.
8     (Whereupon a break was had.)
9     THE VIDEOGRAPHER:  We're back on the
10 record.  The time on the video monitor is
11 1:26 p.m.
12 BY MS. WISEMAN:
13     Q  Let's turn -- we're going to continue on
14 paragraph 10, but let's turn to the two Is
15 opinion, 10ii.
16     You -- and there you address the
17 possibility of students obtaining value by
18 transferring credits to another institution and
19 in -- is that right?
20     A  Yes.  That's right.
21     Q  And in Footnote 2, you cite a document
22 provided by Defendants which indicates that 50
23 students enrolled during the class period have
24 been -- have transferred to other medical schools.
25     And you're welcome to look back at that

127

1  footnote, but is that accurate?
2     A  I think -- I think that was at least 50
3  because I -- I kind of stopped counting after --
4  after 50.
5     Q  You're -- and you do have to word "over,"
6  so over 50?
7     A  Yes.  That's right.
8     Q  Did you do anything to verify of that --
9  the accuracy of this information provided by
10 Defendants?
11     A  I viewed that as accurate.  No, I didn't
12 take steps to verify it.
13     Q  And does paragraph 10i contain your
14 entire -- actually, strike that.
15     You -- you read the class certification
16 briefing in this case?
17     A  Yes, I did.
18     Q  Oh, I'm sorry.  I'm sorry.  Go ahead and
19 answer.
20     A  Yes, I did.
21     Q  Okay.  And in this paragraph are you
22 speaking specifically about Caribbean medical
23 students?
24     A  Let me go back to the paragraph.  Yes, in
25 this paragraph I -- I -- I did speak about

128

1  Caribbean medical school students.
2     Q  Do you know whether any of the former Saba
3  students have successfully transferred to another
4  Caribbean medical school?
5     A  Sorry for the delay, I am trying to recall
6  the document.  I have a -- I have an image in my
7  head of -- of the table and I'm just trying
8  to recall.  But I don't believe it indicated where
9  they transferred, so that would be -- that I don't
10 know where -- to which medical school it was.
11     Q  And do you know whether any of the
12 students who transferred ever graduated with an
13 MD?
14     A  That document did not track them outside
15 of Saba, so, no, we don't know that.
16     Q  Let's turn to the next -- your next --
17 your opinion on -- on value 10iii, Future Career
18 Plans.  And I'll go ahead and read that paragraph
19 into the record.
20     Future Career Plans:  While evidence on
21 the career paths of students with partial
22 medical -- excuse me, with partial medical school
23 education is limited, it has been documented that
24 students who are admitted but do not graduate from
25 medical schools predominantly pursue other

129

1  medical-related fields.  The potential overlap
2  between medical school coursework and other
3  medical professions reinforces the value of the
4  education, even if the degree is not completed.
5      And your contention here focuses on
6  students who are admitted to medical school but
7  don't graduate, right?
8      **A That's correct.**
9      Q And you assert that such students
10 predominantly pursue other medical-related fields?
11     **A That's my best understanding based on that**
12 **article I cite that there is a -- that they would**
13 **go into the medical-related fields.**
14     Q What does "predominantly" mean as you use
15 it here?
16     **A I would say more than 50 percent.  That**
17 **would be -- that would be the best assessment.**
18     Q Are you aware that at least one section of
19 the United States Code defines "predominantly" as
20 80 percent or more?
21     MR. EVANS:  Objection to form; calls for a
22 legal conclusion.
23     **A I'm not aware of that -- that definition.**
24     Q And what does a "medical-related field"
25 mean as you use it here?

130

1      **A That will be any field where there is**
2  **overlap in curriculum between the medical school**
3  **and that -- that field.**
4      Q And your contention is basically that
5  students that go on to pursue medical-related
6  fields would be able to use the knowledge they
7  gained from their partial medical education?
8      **A That's right.**
9      Q And in so doing they would get value from
10 their partial medical education?
11     **A That's right.**
12     Q You also say:  The potential overlap
13 between medical school coursework and other
14 medical professions reinforces that value.
15     Why do you use the word "potential"?
16     **A Because I was not able to verify every**
17 **single transfer whether there was an overlap.**
18 **I -- I left -- I -- I decided to make a weaker**
19 **statement that not every single student they will**
20 **have overlap even if they transfer to seemingly**
21 **medical-related field.  It was not necessary for**
22 **the conclusion to have a stronger statement**
23 **that -- without the word "potential."  I left it**
24 **out that there is a -- there is a probability that**
25 **overlap is small for some students.**

131

1      Q And you have one citation here in Footnote
2  6, and it's to that same study we looked at
3  earlier, Returns to Medical Education from
4  Footnote 3?
5      **A Yes.  Yes.  Unfortunately, that's --**
6  **that's one of the few papers that makes these**
7  **claims in the -- in a fashion that would match my**
8  **degree of confidence in citing -- citing the**
9  **research.  That's why I also qualify that there is**
10 **limited evidence on these career paths.**
11     Q Let's go ahead and look back at that --
12     **A Okay.**
13     Q -- study.  All right.  So we're looking
14 back at Exhibit, I believe --
15     MR. EVANS:  80.
16     MS. WISEMAN:  Thank you.
17     Q And I'm going to turn to page 235, and
18 let's look the second full paragraph.
19     Is this the paragraph that you relied on
20 when you -- to support the opinion outlined in
21 10iii?
22     **A Just one second, I'm going to read the**
23 **paragraph in entirety.  Yes.  That -- that would**
24 **be -- that would be -- that would be the paragraph**
25 **I referred to.**

132

1      Q And how did you arrive at the conclusion
2  that this paragraph supports your use of the word
3  "predominantly"?
4      **A I looked at the these -- these fields were**
5  **cited here and -- so there's 32 percent that**
6  **enroll in the health-related field, so that --**
7  **that I have taken as a strong indicator of the --**
8  **of -- of curriculum overlap.  And I look at these**
9  **other fields and tried to use my knowledge of**
10 **students that I am coming -- that I've seen that**
11 **had some partial medical education and to which**
12 **extent, for example, they use that education.**
13     **So taking economics, 9 percent of**
14 **students.  From what I've seen, is that majority**
15 **of the students that have prior medical experience**
16 **they do end up studying health economics just**
17 **because they want to leverage on their unique**
18 **knowledge of the difficulty that other students**
19 **don't assess, so it gives them competitive**
20 **advantage.  So I made a judgment on these other**
21 **numbers.**
22     **For example, like, sciences because**
23 **medical school does have microbiology classes and**
24 **basic science classes.  I assume that there is**
25 **science overlap and medical schools overlap and I**

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

34 (133 to 136)

133

1  added the economics one and -- and I concluded
2  that it's more than 50 percent, so 32 plus 15
3  would be 47 plus at least half of the income
4  students would study topics related to health
5  economics. So that's what -- that's how -- that's
6  how I ended up with 50 percent.
7      Q  So is it fair to say you added 32 percent
8  plus 15 percent for -- so let me strike that.
9      Did you add 32 percent for health-related
10 field?
11     A  Yes.
12     Q  Fifteen percent for sciences?
13     A  Yes.
14     Q  Did you add social and behavioral sciences
15 at 15 percent?
16     A  No, I did not. I did not consider these
17 because I have less familiarity with incoming
18 population there although, I -- I was considering
19 adding that, but I thought it's not necessary. So
20 I -- I was -- I was trying to be conservative here
21 and just added half of the economics and that
22 would match my sense of -- it's actually I think a
23 conservative assessment because it's nearly all
24 students that I've seen in economics actually
25 study health-related fields after having

134

1  experienced medical school and even being premed,
2  so that's how I arrived. I -- I dropped the
3  behavioral engineering, I didn't add. Economics,
4  I added half of it and the law I didn't add. So
5  that was predominantly.
6      Q  Understood. So I'm just going to make
7  sure I'm clear here that you added -- and just
8  wait until I finish if you don't mind.
9      You added 32 percent at -- in
10 health-related fields plus 15 percent in sciences
11 plus half of the 9 percent in economics, correct?
12     A  That's correct.
13     Q  And you added in half of economics
14 students because in your experience with students
15 who study economics, many of them would pursue a
16 health focus in economics if they have prior
17 medical school education?
18     A  That's correct.
19     Q  How many students have you taught in
20 economics who have partial medical education?
21     A  That's a good question. I don't -- I -- I
22 don't -- I'm not ready to give you the exact
23 number how many had, but I did have numerous
24 discussions. It was, you know, at least four or
25 five students in my career that -- where either

135

1  have made it to medical school or drop out from
2  medical school. Those are typically more in
3  marketing; that's more economics. Marketing is a
4  bit further. But there were a handful of students
5  like that that I talked to.
6      Q  So understanding that this in an estimate,
7  your estimate is four or five students?
8      A  That -- that's -- yeah, that -- that would
9  be -- that would be a good estimate. So just to
10 give you a sense of how long these programs are,
11 so typically 25 students in a year in economics.
12 And I would have conversations with subset of
13 these students, so typically that would be
14 microeconomics concentration.
15     And I'm also not advising students
16 specifically in health economics. So I think
17 they -- there's a lower likely they would come to
18 me. So my assessment was that -- that I've seen
19 students that had a medical experience and they
20 pursued health economics. I've never seen a
21 student that had medical experience that did not
22 pursue topics in health economics. So I believe
23 that that was conservative on my end as well.
24     Q  And you -- as you see in this paragraph,
25 this is again addressing lottery losers, correct?

136

1      A  That's correct.
2      Q  And lottery losers are -- are those
3  individuals who are not admitted to medical
4  school, correct?
5      A  That's correct.
6      Q  So you would agree that this data can't be
7  used to make claims about students who begin their
8  medical education but depart before graduating
9  with an MD, right?
10     A  So my understanding was -- the assumption
11 I made here was that people that did premed
12 concentration in high school or -- in Europe you
13 do have to choose your concentration at the end,
14 that's last years of high school. So you choose
15 to take biology concentration, sciences
16 concentration to be eligible as opposed to, for
17 example, history. So these students they would
18 obtain certain level of expertise in biology, so
19 they apply to medical school and they don't get
20 admitted and then they -- they go on and -- and
21 sort of pursue a related field.
22     My understanding was that the students
23 that go into the medical school and actually
24 complete coursework, they are more likely to
25 pursue health-related field because they have

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

137

1  more -- more prior knowledge that they could --
2  could use.  So I took this as a conservative
3  stance on how much people that actually went to
4  the medical school.
5      And that is also -- that is also
6  compatible with my discussions with students.  So
7  there were premed students that I'm -- that I'm
8  aware of that went into economics eventually and
9  they did not pursue health-related fields.  But
10  all students I talked to that went to medical
11  school actually, they -- they did leverage that to
12  some extent because they thought that the asset
13  they have of understanding the system to some
14  extent is giving them a huge prior advantage over
15  people that did not have that knowledge, so they
16  would want to leverage that.  So that's how I
17  reached that opinion.
18      Q  And your sentence -- the sentence in your
19  report is, it has been documented that students
20  who are admitted but do not graduate from medical
21  schools predominantly pursue other medical-related
22  fields.
23      But the study that you rely on to support
24  this is addressing students who are not admitted
25  to medical schools, correct?

138

1      A  So I'm -- I'm reading this paragraph
2  again.  So maybe that wasn't clear here.  Right.
3  So I think -- so -- so there's a sentence here:
4  Of the lottery participants that do not enroll in
5  medical school but do enroll in Dutch higher
6  education.  So I guess that -- I'm not sure if it
7  really matters, you tell me.  It didn't matter for
8  my argument, but that sentence could be understood
9  that of the lottery participants that they're not
10  enrolled in medical school, that could include
11  those that were admitted but did not enroll.
12  Right.
13      Yeah.  Yeah, that -- that -- that is -- so
14  I think there's some -- there's some vagueness in
15  this statement, I agree, because like,
16  seeing -- seeing this paragraph as a whole that
17  may include the five percent of lottery losers or
18  it may just be as what the statement says, that
19  are 33 percent that do not enroll.
20      Q  You would agree that this sentence -- that
21  the paragraph is addressing lottery losers and the
22  alternatives they choose after losing the lottery,
23  correct?
24      A  When I read about there's some vagueness
25  in -- in what the statement says and -- and I

139

1  could -- yeah.  Yeah, I think I have to agree with
2  you that these are lottery losers, that's --
3  that's right.  Yeah, these are people that --
4  that -- that there were eligible for admissions
5  but they were not admitted because of the random
6  reason, so they just were unlucky and they were
7  not admitted, that's correct.  I -- I believe
8  you're right.
9      Q  And so it would be more accurate to say it
10  has been documented that Dutch students who are
11  never admitted to medical school predominantly
12  pursue other medical-related fields?
13      MR. EVANS:  Objection, form.
14      A  I'm not quite sure if that would be even
15  because now we -- we trying to get it the most
16  accurate possible, because if we say that these
17  were the students that were not admitted, we would
18  have to say that they were eligible and met the
19  criteria for admission, but they were not admitted
20  because of the random chance which were -- which
21  means they were -- what counts for their
22  credentials.  They actually met the bar for
23  admission, but -- but not admitted because of
24  capacity constraint.
25      So if we say it this way that would be the

140

1  most accurate way to say it.  So these are
2  students over the bar that were just not chosen in
3  the lottery.  So they're in most respects
4  equivalent students that were admitted.  So
5  that -- that I agree with you, absolutely.
6      Q  And so it was -- it's significant to you
7  here that this admissions system is done by
8  lottery?
9      A  No, it's not significant.  I'm just trying
10  to get the best -- the most accurate statement
11  here because we're -- we are trying to sort of
12  make out a -- the quantifier here.  So as -- as I
13  see it pursuing to make it more narrow and -- and
14  reflective of the actual paper, so I'm just trying
15  to help to get that right.  I don't think actually
16  that lottery is -- is a significant factor here.
17      Q  And so based -- because your support for
18  this opinion is this paper, you would agree that
19  the only support this paper can provide is about
20  individuals who maybe qualified to enter the
21  lottery in the Netherlands, but who are never, in
22  fact, admitted to medical school, correct?
23      MR. EVANS:  Objection, form;
24  mischaracterizes the witness' testimony.
25      A  I think if it -- I agree with you if it

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

36 (141 to 144)

141

1  was the only population that this was relevant,
2  then that would be fine, but because I -- I have
3  included that in the report and my report was
4  about students that are inside the medical school,
5  right.  So -- so I see -- I see your point that
6  you're trying to see how transparable this -- this
7  result is.
8       And in my previous answer I have given you
9  reasons that I considered where people that
10  actually are -- have partial medical education,
11  that was reasonable to think that they would be
12  more likely to pursue medical fields.  They have
13  more prior knowledge in that field just because
14  the ROI of that would be higher.
15      So people that have partial med -- partial
16  degrees in -- in what I've seen, they're more
17  likely to continue the field versus those that
18  wanted to get into the school but never did.
19      So that was my assumption when I quoted
20  that number just because the number on the people
21  actually dropped out was unavailable, I was
22  looking for it, but I couldn't find it.  So I
23  quoted a number that I thought was relevant and
24  was a conservative estimate according to my
25  assessment.  But, yes, that -- the

142

1  number -- that -- it -- it did not say and it is
2  not the -- the partial degree.  But I thought it
3  was a conservative estimate of both, so that's why
4  I included it.
5       Q  And so would it be -- it -- it -- rather
6  than saying it has been documented, would it be
7  more accurate to say that -- that it has
8  been -- that it has been documented in the
9  Netherlands about individuals who enter the
10 lottery but are never admitted, and you have added
11 to that your -- an assumption that students who
12 actually receive a partial medical education would
13 be even more likely to pursue a medical-related
14 field?
15      MR. EVANS:  Objection, form.
16      A  I think because this -- this data, you
17 know, is from Denmark, so I think saying it's from
18 Denmark would -- would make it more narrow and --
19 and representative and then it would require a
20 qualifier.  I think because it was reasonable for
21 me to generalize -- I made a generalization in the
22 report and I cited the relevant description of the
23 data in the footnote, so I think it's not a common
24 practice to bring in all the details of a study in
25 the report to duplicate the analysis.

143

1      Q  And what made it reasonable for you to
2  generalize?
3      A  My -- my prior experience in the education
4  industry and -- and how I see students leveraging
5  their prior education to obtain value when they
6  pursue another degree.
7      Q  And that --
8      A  And numerous conversations --
9      MR. EVANS:  Ms. Wiseman, I'm not sure he
10 was done answering his question.
11      A  Right.  So the conversations with students
12 with degrees, for example.  So we offer double
13 degrees and how people growth use knowledge.  So
14 those people that are -- are -- are admitted into,
15 for example, the engineering degree and pursue an
16 MBA degree to which extent they leverage the
17 engineering experience when they deliver the MBA
18 degree.
19      And actually that -- we do have MD MBA
20 program as well and I have a -- I have interaction
21 with these students.  And I don't think that all
22 of them graduate with an MD actually at the end.
23 And -- and nearly all of them, again, had
24 leveraged their medical degree to inform their
25 business practice whether through sales, for

144

1  example, being sales representative of a medical
2  device company.
3       So I have seen that numerous times through
4  the years and I was trying to find exact number
5  for -- for dropouts.  I think the problem is that
6  the dropouts are small, so there's very little
7  data on the dropouts because there's -- there's
8  just so few of them.  That's why you cannot find
9  in the very reputable journal that requires high
10 degree of precision that particular number.  So I
11 went with the second best number, I thought that's
12 reasonable quoting the paper and -- and leaving
13 the reader to judge, you know, to which extent
14 that transfers, right.  I mean, in my opinion I
15 did and that's why I quoted it.
16      Q  Okay.  Thank you.
17      Let's move on now to the paragraphs that
18 follow.  I'll stop sharing.  So let's turn to
19 paragraphs 11 to 16.
20      And here you opine that each year of study
21 adds value irrespective of receiving a medical
22 degree, correct?
23      A  Are you referring to 11 or 12?  I'm just
24 trying to be very accurate here.
25      Q  Yes.  And -- and the paragraphs that

145

1 follow. I'm -- I'm -- you tell me if this -- this
2 brief summary is accurate.
3    You opine that each year of education adds
4 value irrespective of whether an individual
5 obtains a degree at the end.
6    **A So I think that that's correct. I would**
7 **like to make the qualifier that that value may**
8 **depend on whether the student received a degree or**
9 **not, but the -- fact that there is value is**
10 **independent of whether they receive the degree or**
11 **not.**
12    Q So you agree that a degree has value?
13    **A I would agree that the degree has value,**
14 **yes.**
15    Q And this opinion is based on the footnotes
16 that you cite in this section, and those would be
17 Footnotes 7 to 14?
18    **A That's correct.**
19    Q And in paragraph 16, you rely also on your
20 experience as an educator with 20 years of
21 experience?
22    **A That's correct.**
23    Q I'm going to ask you a little bit about
24 the sheepskin effect, and that's an economic
25 theory that there's a degree premium.  In other

146

1 words, that there's additional value associated
2 with obtaining a degree?
3    **A That's right.**
4    Q And the theory is that a person with a
5 degree will generally earn more than a person with
6 the same amount of schooling but no degree; is
7 that right?
8    **A That's right.**
9    Q And you cite in Footnote 9 a paper called,
10 The Sheepskin Effects in Returns to Education
11 which is from 1987, and -- well, actually, strike
12 that.
13    You understand that a person can't do work
14 as a medical doctor without a medical degree,
15 right?
16    **A That's my understanding.**
17    Q A medical degree is a barrier to entry
18 into the medical profession as a doctor, right?
19    **A That's my understanding, yes.**
20    Q Let's talk about some of the sources that
21 you cite here.  We'll start with the Card paper
22 which you mentioned earlier and that's in Footnote
23 7. I'm going to mark this Exhibit 82.
24    (Exhibit 82 marked for identification.)
25    Q Do you recognize this paper from your

147

1 review?
2    **A I do, yes.**
3    Q Why do you consider this as you describe
4 it in I believe foot -- in paragraph 11 you
5 describe this as a "seminal reference."
6    What makes this a seminal reference?
7    **A So this is a chapter of a handbook and**
8 **these -- these chapters, they consider the**
9 **reference scholarly research for students and**
10 **faculty that want to familiarize themselves with a**
11 **particular field study.  So if someone asks me**
12 **which papers they should read to -- to get a sense**
13 **causal effects for education, a chapter by David**
14 **Card would be probably one of the first papers.  I**
15 **don't, like, know where it would be on the list,**
16 **but it would be one of the first papers I would**
17 **reference.  That's why I consider this seminal**
18 **reference.  It cannot be omitted in references.**
19    Q And the Card study notes that there's a
20 history of using years of completed education as a
21 measure of schooling, right, I'll turn to that
22 page.  That's page 1806.
23    Do you see that language here?
24    **A Yes.**
25    Q And that measure of schooling was used in

148

1 the Decennial census from 1940 to 1980.
2    You see that here as well?
3    **A Yes.**
4    Q And in current population surveys from
5 1940s to early -- the early 1990s?
6    **A Yes.  I see that.**
7    Q And this study also notes, I'm turning to
8 1807, that in the late 1980s, the United States
9 Census Bureau shifted toward a degree-based system
10 of measuring schooling.
11    Do you see that here?
12    **A I did, yes.**
13    Q Let's talk about Figure 2 here on
14 page 1807.
15    The data here is limited to men aged 40 to
16 45, correct?
17    **A This particular graph, yes.**
18    Q And it includes the years 1994 to 1996?
19    **A Yes.**
20    Q And you rely on the Card study to opine
21 paragraph 11 that, each year of schooling has a
22 separate value for the student.
23    **A That was not the only study that I relied**
24 **on, but that -- the Card study was -- was quite a**
25 **significant study, yes.**

149

1    Q  When you say that's not the only study you
2  relied on, are the other studies you relied on the
3  other studies cited in this section of your
4  report?
5    **A  Yes.  The -- the other Sheepskin studies**
6  **that are cited, they all have a coefficient in the**
7  **model that separates the impact of yearly value**
8  **from the degree.  They'll try to partial out these**
9  **effects.  And I relied on the range of these**
10  **numbers from all these studies.  But Card study**
11  **was a seminal study, so it's the first one to**
12  **mention.**
13    Q  And the author notes that the data relied
14  on in Figure 2 was censored above 18 years of
15  education, right?
16    **A  That's right.**
17    Q  And that's -- you -- we can see that on
18  page 1808.  Let me make sure.  Yes, here it is.
19    **A  Yes.  That's right.**
20    Q  And "censoring" means that anything above
21  18 years of schooling was reported as 18, right?
22    **A  That's right.**
23    Q  And presumably all of the -- all or nearly
24  all survey respondents with a medical degree would
25  have had more like 20 years of education, right?

150

1    **A  That's correct.**
2    Q  Maybe even more than that?
3    **A  That's possible, yes.**
4    Q  But the censoring means that the author of
5  this study doesn't have data on how much -- how
6  many years of schooling respondents with a medical
7  degree had?
8    **A  That's right.**
9    Q  Only that it was 18 or more?
10    **A  Yes.**
11    Q  And turning back to Figure 2, it shows
12  that the earnings of individuals with an MD are
13  off the line, right?
14    **A  That's correct.**
15    Q  And in your report you quote the author's
16  suggestion that it may reasonable to assign an
17  estimate of the years of completed education to
18  each reported education class and assume a linear
19  functional form.  That's in paragraph 12 if you
20  want to take a look.
21    **A  Yes.  I agree with that.**
22    Q  And this is a -- a suggestion?
23    **A  Yes.  I think it's the best -- the best**
24  **guess of David Card about that graph, yes.**
25    Q  And you would agree that missing data can

151

1  undermine the validity of an empirical prediction,
2  right?
3    MR. EVANS:  Objection, form.
4    **A  I think it depends what data is missing**
5  **and what predictions we're trying to do.  So I**
6  **think it depends.**
7    Q  But just like the author here, Card, you
8  can't know based on the data in this study whether
9  the returns of each year of a medical education
10  without a degree would, in fact, fall on the line
11  in Figure 2?
12    MR. EVANS:  Objection, form.
13    **A  Well, if you look at this graph**
14  **actually -- so the -- the -- that's why I asked**
15  **what -- what conclusion are you trying to support,**
16  **right.  So I think that David Card is trying to**
17  **make here sort of a very strong conclusion.**
18  **He's -- he's positing about his strong**
19  **relationship.  He says:  Irrespective of a degree**
20  **type, it would fall in line.  For the conclusions**
21  **in my report, it was not actually necessary to be**
22  **fall on a line.  Because falling on a line, it**
23  **implies that no sheepskin impact, right, that we**
24  **can agree on.  If -- if everything was on the**
25  **line, it would be quite unlikely that the**

152

1  **sheepskin effect is there because sheepskin effect**
2  **would imply that there's a jump from the line**
3  **somewhere around obtaining a degree, right,**
4  **because that would -- that would capture the**
5  **sheep -- sheepskin value.**
6    **Now, even if there is a sheepskin effect,**
7  **if there is a jump, then that -- that still**
8  **typically means that there is a value of partial**
9  **education, so some of these other papers, they**
10  **indicate that for the professional degrees.  You**
11  **see that relationship over year to year, plus the**
12  **sheepskin.**
13    **Now, that's why I said that I would like**
14  **to quantify because if you are to tell me that I**
15  **have to prove that there's no sheepskin effect,**
16  **but I agree that this graph, it may actually imply**
17  **some sheepskin effect so we don't know if there is**
18  **a sheepskin effect or not.  However, I never**
19  **claimed that there's no sheepskin effect.  All I**
20  **said is that if you partial out the sheepskin**
21  **effect, you still see increasing line.**
22    **Now, if you take that graph you can draw a**
23  **line actually to that -- to that jump, right.  You**
24  **can say, well, I'm going to make an assumption**
25  **that actually that everyone in 18 years of**

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

39 (153 to 156)

153

1  schooling there, 18 plus, it's actually 18, you
2  could -- you could say that, right, you could say,
3  I don't know how much it is. It's more than 18
4  possibly, but I'm going to say it's 18, so
5  actually, I'm going -- I'm going to decrease the
6  numbers of years, right. You could do that and
7  then estimate what the yearly value is and that
8  would be non zero.
9      So that's why I think that -- that jump
10 doesn't -- doesn't refute the conclusion that
11 there is partial value of education. All it says
12 is that there are possible sheepskin effects for
13 these degrees. And I think I'm fine with that.
14 That -- that -- that I'm -- I can admit.
15     Q  And it's possible because the author
16 doesn't know for sure?
17     A  I think it's in -- in -- you're looking at
18 just this graph, I think they don't know for sure,
19 so they are cautious about showing it.
20     So, like, if you -- if you ask me does
21 this demonstrate sheepskin effect, I would say
22 maybe, maybe not, I'm not quite sure because we
23 have that censoring. Does this say that there's
24 no partial value of education, no, it does not say
25 that. I think that -- that yearly value still

154

1  holds. So that's why it's important to -- to
2  to think about, you know, whether the given
3  censoring or data limitation affects the
4  particular conclusion. Some conclusions it
5  does. The linear conclusion, I think it probably
6  does, but not the partial value conclusion I
7  think.
8      Q  Okay. Let's turn back to paragraph 13 of
9  your report. So I'll pull this down.
10     You acknowledge in paragraph 13 that
11 there's evidence supporting the existence of a
12 sheepskin effect and you cite two sources in
13 Footnote 9?
14     A  Yes, I do. Yes.
15     Q  And I'll come back to Footnote 10 in a
16 moment, but let's briefly look at the next
17 sentence.
18     You -- so are you there with me in
19 paragraph 13?
20     A  Yes, I'm there.
21     Q  And you write: Importantly, even studies
22 that find substantial sheepskin -- sheepskin
23 effects still document significant value of
24 partial education although the ratio of these two
25 values may vary.

155

1      And there's no citation for this sentence.
2      What is your support for this contention?
3      A  I think some of these studies -- one --
4  one study -- because I cite two, so I think --
5  when I go back to the -- to the names of these
6  individuals there. Just one second. Just to be
7  concrete.
8      The Solon, the Thomas Solon study, I
9  believe that this aggregates the sheepskin effect
10 based on the -- on the type of a degree, and then
11 if you take a ratio, so -- so you can use the
12 numbers in these models to compute a percentage
13 of -- of total value of a graduation to decompose
14 it into value of yearly classes and the sheepskin.
15     So if you take their estimates and go
16 through the range of degrees, I believe that you
17 would see differences there. So that's what I
18 mean is that you really need to think as a
19 professional degree, like, MD, JD or, for example,
20 a PhD.
21     From what I remember actually for a PhD
22 there was no sheepskin effect. That -- that's --
23 that shocked me because I am in the PhD education,
24 so that was an interesting piece of data. So for
25 them, it's all partial. For the -- for the

156

1  professional ones, I believe there was a sheepskin
2  effect in that paper. But still, like, even in
3  partial of the sheepskin for professional, you
4  would still see yearly values. So I was confident
5  relying on this to support my conclusion because
6  that sheepskin effect didn't really affect the
7  main conclusion that I was trying to reach, which
8  was that there is partial value of education, even
9  for professional degrees that requires
10 certification.
11     Q  And one difference between, you know, for
12 example, marketing is that you don't have to have
13 a marketing PhD to have a job in the marketing
14 industry, right?
15     A  That's correct. However, in a -- in -- in
16 academia you do, so in that sense there is a
17 barrier to entry because people that don't obtain
18 their PhD, they're barred from teaching. So I
19 think there is some barriers, right, like PhD,
20 the -- the reason to obtain a PhD typically if you
21 ask graduates. And I talked to numerous graduates
22 and read probably over 100 personal statements.
23     In nearly all of them, they saw that their
24 reason to pursue PhD is to become an academic.
25 And we consider our program to be graduating

157

1  academics, so actually we are less interested
2  graduating industry experts in Berkeley.  We are
3  an academic program.  So not obtaining that
4  degrees bars them from -- from that line of work
5  which they wanted to do in the first place.
6      So I -- I -- I think it's -- it -- to some
7  degree it's similar, but I agree with you that if
8  there is a formal certification the sheepskin
9  effects are -- are possibly larger.  And -- and I
10 think it has been shown in this data that I cited
11 that they are, indeed, somewhat larger.  But,
12 again, even with these larger sheepskin effects
13 you will see -- if you see what's left over after
14 subtracting that effect, you will see a
15 significant value left over, and one could see
16 what that was and I believe it was quite high.
17     So -- so that's what make me reach these
18 conclusions irrespective of whether it needs a
19 certification or not.
20     Q  Let's turn now to Footnote 10, and here
21 you cite a source that you characterize as
22 refuting the sheepskin effect hypothesis.  And
23 that's the 1994 working paper Returns to
24 Schooling, a Peculiar Deviation From Linearity,
25 right?

158

1      A  Yes.  Yes.
2      Q  And your citation notes that this is a
3  working paper, right?
4      A  Yes.  So this was one of the exceptions
5  that I included the working paper.  I typically
6  don't do that, but that paper it's cited by
7  numerous other papers and I reviewed the
8  methodology and I actually deemed it quite
9  convincing.
10     Q  And we talk --
11     A  So I included it.  Yes.  Yes.  I -- but I
12 note it's a working paper, so I think this is a
13 weaker -- I agree with you that that -- that
14 evidence is weaker than the previous one showing
15 sheepskin impact.  That's fair.
16     Q  You talked earlier about how you typically
17 would not cite a working paper?
18     A  Yeah.  I typically wouldn't, with some
19 exceptions.  I do, but I typically don't.
20     Q  And that's, in part, because working
21 papers haven't been peer -- or let me strike that.
22     That's, in part, because you don't know
23 whether a working paper has been peer-reviewed?
24     A  That's right.
25     Q  And it's possible that a working paper

159

1  could have been peer-reviewed and actually
2  rejected from publication; is that right?
3      A  That's right.
4      Q  Do you know whether this particular paper
5  has ever been peer-reviewed?
6      A  I don't.
7      Q  And in general, you would consider
8  conclusions in a working paper less reliable than
9  conclusions in a published paper?
10     A  Absolutely.
11     Q  What do you mean when you say:  This paper
12 refutes the sheepskin effect hypothesis?
13     A  I think it shows enough evidence there
14 that would make you believe that there's no
15 sheepskin effect.  I -- I have included this paper
16 because -- so most of the papers that you find,
17 they do show sheepskin effects.  So I think it's
18 fair to say that sheepskin effect is a phenomenon
19 out there.
20     However, when making statements like that
21 typically in academic research or any report that
22 I write -- write, I tend to include broader range
23 of conclusions, right.  And even if the evidence
24 is somewhat weak like this working paper, I want
25 to -- I want to bring it in anyway just to -- just

160

1  so that my conclusions are not one-sided.  And
2  then as I explain these -- these conclusions, then
3  now I can tell you that -- because there's a
4  working paper and it's cited as a working paper.
5  I think it's reasonable to think that that
6  refusion is probably not very strong.  So I -- I
7  concede to that.
8      Q  So your conclusion here because it's based
9  on a working paper is weaker than other
10 conclusions you draw in your report?
11     A  Yes, I do, yes.  That -- that paper has a
12 lower weight on my conclusions by -- by a lot
13 actually.  But I think it's fair to bring in a
14 range of perspectives, even if some of these
15 perspectives are not as strong just to be more
16 balanced in the -- in the opinion and then the
17 reader can sort of aggregate these and -- and it's
18 clearly marked as a working paper.
19     Q  And you found that in most sources you
20 reviewed the authors concluded that there was a
21 sheepskin effect associated with the degree?
22     A  Yes.  I think there was some exceptions to
23 all of it.  Like, for example, that PhD result I
24 have cited to you, so that's why I -- I wanted to
25 be fair and just sort of say, look, there is

161

1  sheepskin effect, but the ratio will vary to the
2  partial value.
3      PhD is one example that strikes to my
4  mind. I mean, the -- the -- these papers quote
5  dozens of numbers across POs and the sheepskin
6  effects, so I don't remember all of them, frankly.
7  But I do remember the PhD distinctly because
8  that's -- that's sort of most related to my own --
9  own -- own experience.
10     So I think that -- that answer is yes with
11  some expectations.
12  Q  Okay. Let's turn to paragraph 14 of your
13  report.
14  A  Okay.
15  Q  And let me turn to it as well. Here you
16  say that the Mincer Model suggests that the
17  marginal value of an additional year of education
18  is heterogeneous across individuals and may depend
19  on factors such as demographic characteristics,
20  years of experience, and student ability.
21      You don't have a citation here with this
22  sentence. What -- what do you rely on to support
23  this proposition?
24  A  This was --
25     MR. EVANS: Objection, form.

162

1     Go ahead.
2  A  Yeah, that's -- that's -- that's
3  Dr. Card's paper. That's, again, the same paper,
4  the meta paper about the Mincer Model
5  particularly. Because there's another paper there
6  later in this paragraph that actually cites the --
7  the -- the range. It's the -- it's the --
8  Dr. Heckman's paper. But I believe they use more
9  than the Mincer Model.
10     So Mincer Model has been sort of the most
11  established methodology, but there are other
12  methodologies that I could use to do this, so --
13  the Mincer statement is from Dr. Card's paper.
14  The statement about the heterogeneous value in
15  general, that -- that is from both Dr. Card's
16  paper and Dr. Heckman's paper.
17  Q  And the Heckman paper is from Footnote 13?
18  A  That's right. Yes. That's the Dr.
19  Heckman paper.
20  Q  And -- and the Heckman paper addresses
21  only the returns to a college education, right?
22  A  Yes. That's correct. That's only for
23  your colleges.
24  Q  So it doesn't say anything about degrees
25  past an undergraduate degree?

163

1  A  That's right. That's why I brought in
2  also that current reference which was more general
3  about its conclusion. It was -- it was assessing
4  the usefulness of the Mincer Model against
5  domains, mentioning the breadth -- the breadth of
6  the options across different studies which some of
7  them included professional degrees.
8      The doctor Heckman paper is a paper that I
9  probably considered the most relevant, the most
10  reliable number. If I wanted to have a numerical
11  estimate of the breadth of value for return to
12  education, Dr. Heckman's paper would be the number
13  one paper that I would recommend reading.
14      And again, I think as usual, we make a
15  tradeoff here of sort of including sort that are
16  quite internally robust and external validity,
17  right. So you just have to have a range of
18  results. Some of them maybe directly applicable
19  and some them very well executed, but in a similar
20  domain of higher education. And then together, I
21  would reach that conclusion.
22      So I think it just sort of follows that my
23  general game plan for dealing with very specific
24  problems. So we talking here about, like, very
25  narrow problem in the end. So I think that's my

164

1  best answer to this. Just give you a broader
2  sense of how my thinking was -- was informed here.
3  Q  You would agree that there's significant
4  differences obtaining an undergraduate degree and
5  obtaining a medical degree?
6     MR. EVANS: Objection, form.
7  A  Well, I'm not sure. I'm not sure. But
8  you know, education has very many different forms.
9  And there is known degree programs. There is
10  certificates. There is, you know, training
11  program. And they also fall under the umbrella of
12  education, broadly understood.
13      Do I think that medical degree gives the
14  exact same value as an undergraduate degree? No,
15  it doesn't. Out of range of educational options
16  which I would think are most similar, I would say
17  that the degree programs in general, they are --
18  they share a large degree of similarity. They are
19  quite different than non-degree programs, I think,
20  so I would be reluctant to bring non-degree
21  program references here, but I am more confident
22  bringing other degree program references. So I
23  think the -- they're different, but they're not
24  very different if you look at the range of
25  educational options people have.

165

1    Q  So you don't see differences that are
2  significant enough to prevent generalizing
3  conclusions about undergraduate degrees to -- to
4  graduate medical degrees?
5      MR. EVANS:  Objection, form.
6    A  Well, so from my understanding knowing a
7  graduate education a little bit, the range of
8  quality range and value range of graduate
9  education degree tends to be larger than the
10 undergraduate degrees.  There's a good for reason
11 for it.
12     I mean, undergraduate degrees are more
13 standardized than the graduate degrees are.  So
14 you take a PhD in economics from Stanford and that
15 would be very different PhD than PhD of economics
16 from MIT, for example, even though those are two
17 top institutions.  And again, it would be
18 different from PhD at University of Arizona
19 because that heavily weight at which faculty is
20 teaching and what they emphasize.  You just have
21 more freedom as a graduate student.
22     Undergraduate degrees tend to be more
23 standardized, so like a degree in Berkeley would
24 have quite similar curriculum to the degree, let's
25 say, at the University of Florida, you know,

166

1  economics, micro economics, econometrics.  You can
2  certain core you take.
3      So seeing a large -- such a large
4  dispersion in the value of a degree for
5  undergraduate, putting together with the -- I
6  think a fair assumption that the standardization
7  of this degrees is the larger, that meets the
8  conclusion that the graduate range would be even
9  larger.
10     So I thought that -- that was main reason
11 why I thought this was the closest educational
12 instrument I could find that I thought, again, is
13 a conservative measure for the graduate degrees,
14 including professional degrees.  So that's why I
15 brought that in.  And that -- that was coupled
16 with the previous statement from Card.  So these
17 two together, I thought -- I thought were pretty
18 persuasive to me about the range of values.
19     Q  So I'm going to see if I can summarize a
20 bit, but what I -- what you just testified.
21     You acknowledge that there are differences
22 between an undergraduate degree and a professional
23 degree like an MD, correct?
24     A  That's correct.
25     Q  And you weren't able to find a study that

167

1  talked just about for a medical degree?
2      A  That's right.  I mean, there were some
3  studies that just talked about the medical --
4  like, the Dutch study actually talks about the
5  medical degree.  And I think they -- they do show
6  range of values there.  The -- like, the last part
7  of the paper, it tries to investigate where is the
8  value of medical degree coming from, like the
9  mechanisms of generating larger wages if you're a
10 doctor.  They consider several different
11 mechanisms there.
12     And I think one mechanism, for example, is
13 the years of working.  Like, how much -- how many
14 hours a week do you work, so not years but hours.
15 And I think there was quite a bit of dispersion in
16 these hours.  And they did find some evidence that
17 number of hours matters.  So like, if you work
18 more and you have a degree then you get more
19 money.  That would mean that if you working more
20 versus someone that doesn't work as much, the
21 person that works more gets a bigger impact of a
22 degree than the one that doesn't.
23     So there is some evidence, but that
24 evidence was quite weak actually so I decided not
25 to cite that.  I decided to cite this study which

168

1  I thought was very strong.  And thinking that
2  these actually quite similar, I thought more
3  confident in using this -- this study than the
4  other one.  So there was some evidence elsewhere
5  as well.
6      Q  So this was the best evidence that you
7  could find to support your conclusion?
8      A  That was -- yes.  That was the most
9  convincing.  I tend to err on -- when -- I mean,
10 it's a matter of personal preference sometimes,
11 like, what is strong evidence.  My rule is first
12 look at the study itself, how strong it is, and go
13 from there.
14     So I -- I considered the study very
15 strong.  And then the next step was to think how
16 generalizable these effects are to the
17 professional degrees.  And then I would look at
18 the Card reference, for example, and see, okay, so
19 the Card says that these are pretty generalizable
20 and then how big it is.  Like now, okay, can you
21 give me the number?  It is 2 percent return or
22 10 percent.  Then I would go to Heckman study,
23 because I think these numbers, their estimation is
24 quite tight.
25     So that's how I reached that conclusion.

169

1    Q  Okay.  Let's turn to paragraph 16.  And
2  let's take a look at the first sentence.  And here
3  you write:  As an educator with 20 years of
4  experience, I assert that the primary educational
5  product offered by a university is the opportunity
6  to pursue a degree.
7        And that opinion is based on your
8  experience as an educator, right?
9    **A  Yes.**
10    Q  And that experience is limited to working
11  as a professor in marketing and economics?
12    **A  Yes.**
13    Q  You never worked at a medical school or
14  with medical students?
15    **A  I never did.**
16    Q  So you can't offer an opinion on how the
17  educational product offered by a medical school
18  might be different from the educational products
19  that you have experience with?
20        MR. EVANS:  Objection, form;
21  mischaracterizes his statement.
22    **A  So I didn't -- I didn't say that.**
23  **I -- when you start your career as a -- as a**
24  **teacher, typically there's -- theres a set of**
25  **other -- you can call it orientation.  You can**

170

1  **call it training for faculty, how to be effective**
2  **teacher and what expectations the university has**
3  **from the faculty.**
4        **So I -- I did attend these seminars, so**
5  **for example.  As you mentioned, UC Berkeley**
6  **doesn't have a medical school but Johns Hopkins**
7  **does.  And I did -- and I did attend these**
8  **seminars.  And I think they're not specific to a**
9  **particular field.  I think that that sort of**
10  **indicates the university believes that there's a**
11  **set of expectations and rules that do not depend**
12  **on whether you are educating a doctor or an**
13  **economist.  And I do after -- after sort of**
14  **looking at across fields, you know, within --**
15  **within Berkeley right now, I do agree with that.**
16        **And I think that's why I included this**
17  **opinion, because I do believe that that statement**
18  **is -- does not depend on degree you go.  And**
19  **seeing, you know, medical professors being in**
20  **these seminars with me, that sort of reinforced**
21  **that belief for me.  And that's where -- that's**
22  **where that belief is coming from.**
23    Q  So in your experience, you worked for --
24  at Hopkins for about a year; is that right?
25    **A  Yeah.  About -- yeah.  A little bit more**

171

1  **than a year.  That's true.**
2    Q  And during that time, you attended certain
3  seminars where medical school professors were also
4  in attendance?
5    **A  I -- yes.  Yes.  So -- so there was**
6  **orientations that were common across schools.  And**
7  **I think there were seminars that were open to**
8  **medical.  I didn't do a census of how many medical**
9  **professionals had attended or who was in -- in**
10  **what department, but these were university-wide**
11  **orientations and teaching-improvement seminars**
12  **that were open to any department.**
13    Q  And so that -- we can -- from that, we can
14  understand that there was certain information
15  Hopkins wanted all university professors to have,
16  right?
17    **A  That was my understanding.**
18    Q  And based on that, you conclude that the
19  educational product offered by each degree at a
20  school like Hopkins is this -- is this same?
21        MR. EVANS:  Objection, form;
22  mischaracterizes statement in the report.
23    **A  I don't think that the product is the**
24  **same.  But one thing that was conveyed always,**
25  **like, quite strongly to any starting faculty was**

172

1  **that students cannot have an expectation of a**
2  **degree from us because we're not selling a degree.**
3  **That was very strongly, always very strongly**
4  **emphasized to us, that no expectation of a degree**
5  **is included in paying your tuition.  It was to end**
6  **a degree, you need to meet expectations for a**
7  **degree.**
8        **And what is included is best effort for**
9  **faculty to provide tools to meet these**
10  **expectations.  And that is my teaching philosophy.**
11  **And most of my colleagues that I talk to about it,**
12  **so that's what led me to this conclusion, not that**
13  **these degrees are the same or have the same**
14  **challenges to -- to obtain them.  Obviously, I**
15  **think it's fair to think that they're different.**
16    Q  But you acknowledge that your opinion
17  based on you experience as an educator is
18  inherently limited by the breadth of your
19  experience as an educator?
20        MR. EVANS:  Objection, form.
21    **A  This opinion in the -- in the**
22  **paragraph 16, it -- it's necessarily limited by my**
23  **experience as an educator because I did not quote**
24  **any data, but that -- that fact that the degree is**
25  **not an expectation was -- is so strongly**

173

1  communicated that I feel confident to include
2  that. Because we're not selling degrees as -- as
3  a university. So -- so that's why I wanted to
4  make that statement.
5      Q  And sticking with paragraph I think 16
6  still, let me check myself.
7      So sticking with paragraph 16, you go on
8  to say that the university confers the promised
9  value, the opportunity to pursue a degree, by
10 doing such things as providing classes, resources,
11 and support.
12     Do you see that?
13     A  Yes, I do.
14     Q  And here, you cite a case, Bleiler versus
15 College of the Holy Cross?
16     A  Yes. I remember that case.
17     Q  And your footnote contains a legal
18 citation with a legal description of case, and
19 that description is that it is, quote:  Holding
20 that Plaintiff's unjust enrichment claim failed
21 because the student received what he paid for, an
22 education, academic credit, room, board, and other
23 services.
24     Do you see that language?
25     A  I do.

174

1      Q  Do you rely on any other authority for the
2  opinion in this sentence other than that Bleiler
3  case?
4      A  No.
5      Q  So let's talk briefly about that case.
6  You reviewed that case in its entirety in
7  preparing your report?
8      A  Yes. I read that case.
9      Q  Do you recall anything about the
10 plaintiff, whether the individual was an
11 undergraduate student or a graduate student?
12     MR. EVANS:  Objection, form.
13     A  Honestly, I don't remember whether they
14 were a graduate student or not.
15     Q  Do you recall the circumstances of the
16 student's departure from school?
17     A  I do not remember the circumstances.
18     Q  You do not recall or -- strike that.
19     Do you recall that this student was
20 suspended and expelled for sexual assault?
21     A  I do not recall that.
22     Q  You note in the -- in your report in the
23 footnote, that the Court denied the student's
24 unjust enrichment claim, his request for a tuition
25 refund?

175

1      A  That I remember.  Yes.
2      Q  And that was due to the disciplinary
3  circumstance present in that case, right?
4      MR. EVANS:  Objection, form.
5      A  So I'm not sure why the Court has reached
6  that decision. What was relevant for me here was
7  that there was a ruling that defined the scope of
8  the product delivered by the school. I think,
9  actually, circumstances of student departure, they
10 were irrelevant for that -- for that conclusion.
11 They were unrelated. So I didn't quote any of
12 these and I didn't engrave in my memory these --
13 these facts about the case.
14     Q  Do you recall the Court in that case
15 acknowledging that tuition payments,
16 quote/unquote:  Surely come with the, quote,
17 expectation that in the normal course, the
18 plaintiff would receive a college diploma?
19     A  Yes.
20     Q  Do you agree with that statement by the
21 Court?
22     A  I do.
23     Q  Let's turn to the next section of your
24 report, section 4, which is entitled Choice of
25 Schooling. And we're starting here with

176

1  paragraph 17.
2      And here, you address the quote/unquote,
3  variety of factors students take into account when
4  choosing their education, right?
5      A  Yes.
6      MR. EVANS:  Ms. Wiseman, we've been going
7  for a little over an hour now. Can we take a
8  quick break when -- when we reach an appropriate
9  time?
10     MS. WISEMAN:  I haven't begun this section
11 yet so I'm fine with taking -- let's keep it
12 short, if we can. Let's just do five minute. Can
13 people plan on coming back at -- I'll maybe make
14 it five and a half, let's say, 2:42.
15     MR. EVANS:  That work for you, Dr.
16 Jeziorski?
17     THE WITNESS:  Yes.
18     MR. EVANS:  All right.
19     MS. WISEMAN:  Let's go off the record.
20     THE VIDEOGRAPHER:  Stand by. We're going
21 off the record. The time on the video monitor is
22 2:36 p.m.
23        (Whereupon a break was had.)
24     THE VIDEOGRAPHER:  We're back on the
25 record. The time on the video monitor is 2:44

177

1  p.m. 2:44 p.m.
2  BY MS. WISEMAN:
3    Q  All right. Dr. Jeziorski, let's get into
4  section 4 of your report, Choice of Schooling. We
5  talked earlier about how you have served as an
6  advisor for PhD students, correct?
7    **A  That's correct.**
8    Q  And that's an important role in a PhD
9  student's academic journey, correct?
10   **A  Yes.**
11   Q  And an advisor could even be instrumental
12  in a PhD student's success in their program?
13   **A  Yes. That's correct.**
14   Q  And an advisor has an important role in a
15  student's dissertation?
16   **A  Yes.**
17   Q  And depending on a PhD student's research
18  and career goal, they might seek out a particular
19  advisor, right?
20   **A  That's correct.**
21   Q  And you said that at Haas, the student, in
22  fact, chooses their advisor; is that right?
23   **A  In practice, yes. Informally, there has**
24  **to be mutual agreement to provide advising.**
25   Q  And so if a student is pursuing a PhD in a

178

1  highly specialized field, the advisor's experience
2  in that specialized field could be really
3  important?
4    **A  Yes.**
5    Q  And in selecting a school for a PhD
6  program, a perspective PhD student would take into
7  account the identity of an advisor?
8    **A  I didn't, but some students would.**
9    Q  So for at least some students in
10  a -- strike that.
11     For at least some prospective PhD
12  students, they would consider the advisor as a
13  factor in the program they choose?
14   **A  Yes.**
15   Q  But that same consideration wouldn't be
16  present for students who are considering a school
17  for their undergraduate education, right?
18   **A  I think it would be present to the lesser**
19  **extent. I agree to the extent that the education**
20  **is more standardized. It would be a lesser**
21  **factor, although I did have, as far as some**
22  **students that they went into particular**
23  **undergraduate because of a specific teacher that**
24  **they choose. So yes, to the lesser extent.**
25   Q  But you would agree that students would

179

1  consider different factors depending on the degree
2  they're pursuing?
3    **A  It's a very general estimate. So yes, I**
4  **agree that there is some differences in factors**
5  **they would consider. Yes.**
6    Q  And you don't have any experience with
7  medical students or prospective medical students?
8      MR. EVANS: Objection, form.
9    **A  Right. No. I do not have experience with**
10  **students in the medical program. I had students**
11  **that were former medical students, but not inside**
12  **that program. No.**
13   Q  So you don't know the factors that a
14  perspective medical student might consider in
15  selecting a school to pursue their medical degree?
16     MR. EVANS: Objection, form.
17   **A  So I believe that there are certain**
18  **factors that are common when students consider**
19  **schools and the literature of selection, it -- it**
20  **does support that perceived value of education is**
21  **a factor across degrees to consider the school.**
22  **That would -- that would complicate, for example,**
23  **measurement of value of education because students**
24  **self-select depending on their individual returns.**
25  **So I think that's a common factor. I**

180

1  **agree that each degree would come with their**
2  **specific factors that over and above -- that value**
3  **of a degree that come into play. But I think**
4  **there's sort of common -- common factors that**
5  **would include for everyone.**
6    Q  So some factors are common across degrees,
7  but not all factors?
8    **A  Yes. That's fair.**
9    Q  And because of your lack of experience
10  with prospective medical students, you don't know
11  what factors they might consider that are
12  different from other degrees?
13     MR. EVANS: Objection, form.
14   **A  Right. I think I would be unaware of**
15  **certain medical-specific factors that would**
16  **consider since I don't work in admissions or**
17  **retention in medical school. However, a large**
18  **part of the economic profession deals with**
19  **self-selective issues, like consumer choices in**
20  **schooling.**
21     **So I find the question about what drives**
22  **choices of students, even the ones in the medical**
23  **field, an economic question. It's not a medical**
24  **question.**
25     **So I do not think a medical degree would**

181

1  be necessarily to answer these questions since
2  they are questions about the economics and -- and
3  choices, strategic choices.  That's what we tend
4  to believe as economists, that we can answer
5  questions across domains using the economic
6  toolbox, whether that's applying for medical
7  school, deciding to have a baby, or get married.
8        So because it's an economic question, I
9  think it should be studied by economists,
10 according to the expertise.
11     Q  Is the USMLE important to prospective
12 medical students?
13     A  Is that exam important to them by itself?
14 Or, I mean, to take it?  Or what exactly are we
15 referring to here?
16     Q  Is a student's likelihood of success on
17 the USMLE important to prospective medical
18 students?
19        MR. EVANS:  Objection, beyond the scope of
20 Dr. Jeziorski's report.
21     A  My best answer is yes because it enables
22 certification in the field of study.  So I think
23 it's -- I think it's very reasonable to think that
24 it is.
25     Q  Because you recognize that passing the

182

1  USMLE is a prerequisite to practicing medicine in
2  the United States?
3     A  Yes.  I believe I testified that.  Yes.
4     Q  And what are the -- in paragraph 17 you
5  mention that students might consider the
6  employment prospects, right?
7     A  Yes.
8     Q  What are the employment prospects as a
9  medical doctor for a student who has a partial
10 medical education?
11        MR. EVANS:  Objection, form.
12     A  Well, I'm just trying to parse the
13 question.  So what are -- just to understand
14 better and answer the best of my knowledge, so are
15 you asking if a student that didn't finish medical
16 school can practice as a doctor?
17     Q  Yes.
18     A  To my understanding, no, they cannot
19 practice as a doctor.
20     Q  And so an individual who has a partial
21 medical education has no employment prospects as a
22 medical doctor, correct?
23     A  If they do not finish the medical school
24 in the future, they do not.
25     Q  So just to -- to be -- make sure the

183

1  record is clear, an individual with a partial
2  medical education has -- your -- let me just ask
3  the question one more time and maybe you give a
4  yes or no.
5        Does an individual with a partial medical
6  education have employment prospects as a medical
7  doctor?
8     A  So I know what you're trying to -- to get
9  on here in this question and -- and I don't think
10 I can answer yes or no because I assume that
11 question could be does the individual with no
12 partial medical education have more or less
13 prospects to become a doctor than an individual
14 with partial medical education.
15        My answer to that question would be the
16 individual with partial medical education has more
17 prospects to become a doctor since they already
18 took classes and they were admitted to medical
19 school and they can continue or transfer their
20 credit.
21        So it depends what the comparison is.  We
22 need to compare someone with partial medical
23 education to someone else.  Do they have more
24 prospects to become a doctor than an average
25 person?  I believe so.  Can they be a doctor at

184

1  this point?  They can't.  As someone, for example,
2  is still a student and haven't finished their
3  classes.
4        So I'm just trying to get the most
5  accurate answer here without sort of giving
6  misleading answers because I think we need the
7  point of comparison here.
8     Q  Let's compare individuals with a partial
9  medical education but no MD to individuals with an
10 MD.
11        Do individuals with a partial medical
12 education have employment prospects as a medical
13 doctor?
14     A  So again, that's an absolute statement.
15 So I have to clarify.  Are asking if the
16 individual with partial medical degree, do they
17 have more or less prospects to become a doctor
18 than someone with the MD?
19     Q  Which of those two groups has employment
20 prospects as a doctor?
21     A  I think they both have employment
22 prospects as a doctor.  But the one with the MD is
23 going to have an easier time to become a doctor
24 because all they need to do is pass their
25 qualification and match.  The other one has to

185

1  complete their medical school. So I would not
2  deny prospects to become a doctor to -- to most of
3  people. So I wouldn't want to get into saying
4  that someone has no prospects to become a doctor
5  because I think that's stripping them away from
6  their options that all of us have.
7      Q  You acknowledge that the absence of an MD
8  is an absolute barrier to the practice of
9  medicine?
10     A  That's right.
11     Q  Let's turn to paragraph 18. You have two
12 citations here. The first in Footnote 15 is to a
13 piece by Willis and Rosen called Education and
14 Self-Selection. I'm going to mark this Exhibit 84
15 [sic].
16       (Exhibit 83 marked for identification.)
17     Q  I'm sharing my screen now with that. Do
18 you recognize this report or study?
19     A  Yes, I do.
20     Q  This studies addresses only undergraduate
21 education, correct?
22     A  That's correct.
23     Q  And the data here was limited to male
24 World War II veterans who applied for the Army Air
25 Corps?

186

1      A  That's right.
2      Q  And we agreed earlier that one of the
3  factors that's important before generalizing data
4  from one population to another is that it's
5  representative. The data about the first
6  population is representative of the second
7  population, correct?
8      A  Yeah. That is one of the factors. I
9  agree with you.
10     Q  And to make that determination, to make
11 that assessment, you would need to understand
12 demographic differences between the two
13 populations?
14     A  Possibly. Yes.
15     Q  And do you agree that there are
16 demographic differences between male World War II
17 veterans who applied for the Army Air Corps and
18 were choosing an institution for their
19 undergraduate education in the 19502 on the one
20 hand, and male and female prospective students
21 with or without a military background who are
22 choosing an institution for graduate medical
23 education today?
24     A  That would be fair. Yes.
25     Q  And let's turn to page -- I'm going to

187

1  scroll down to page S29 in the piece. I should --
2      MR. EVANS: While you're finding the page,
3  I just want to confirm, this is Exhibit 83?
4      MS. WISEMAN: This is -- oh, I thought it
5  was 84. Are we -- am I --
6      MR. EVANS: My numbering is 83. And I
7  think that matches what --
8      MS. WISEMAN: Oh, that's right.
9      MR. EVANS: I just want to make sure.
10     MS. WISEMAN: Thank you for confirming.
11 This should be 83.
12     MR. EVANS: Okay. Perfect.
13     Q  I've scrolled down to S29. And here I
14 note Footnote 23. The authors have the language:
15 It should be emphasized that the special nature of
16 this sample makes it impossible to extrapolate
17 this result to the entire population.
18     Do you see that language?
19     A  Yes.
20     Q  Do you have any reason to disagree with
21 the author's limit of the sample in this study?
22     A  No, I don't. I think one needs to think
23 about what the word "extrapolate" means here. I
24 think there's two type of extrapolations that
25 typically economists are -- I mean, in any

188

1  educational field -- sorry, in any scientific
2  field people -- people apply. I think there is
3  qualitative and quantitative extrapolation.
4      This paper is published in an extremely
5  prestigious journal, probably -- it's a journal
6  that gives you tenure in most of the schools in
7  the world in economics, probably number three
8  journal in the world. This article would not be
9  published there if -- if it wasn't informing us
10 about a narrow population of male veterans.
11 Because, frankly, that study would not be
12 influential enough or general interest enough to
13 be published in this kind of outlet. It's -- it's
14 an equivalent of Nature or -- or Economics. And
15 it's called a general interest journal which means
16 that general practitioners and scientists would be
17 interested reading articles there.
18     So I think what the authors were referring
19 to there is that the number, the point estimate
20 cannot be taken and just transferred to another
21 population since there's selection bias.
22     What do we learn about from that article?
23 Do we learn about general population in the
24 qualitative fashion? I think we must because,
25 otherwise, it would not be published in this

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

48 (189 to 192)

189

1  outlet.  You know, you may have a vaccine, for
2  example, that is tested in a population in Africa
3  and gets published in Nature and has 50 percent
4  efficacy rate.  Can it be extrapolated to the wide
5  population?  Probably not in a 50-percent sense.
6  But because it's effective in that population it
7  probably would make it to Nature, let's say, if
8  it's a cancer vaccine.
9       So in that sense, I think that statement
10  one should be really cautious about taking the
11  point estimate on the selection numbers and saying
12  that, you know, young females have the same
13  number.  They probably don't, but because the
14  study was so well executed, we have a very strong
15  evidence for these people, that they have a very
16  high self-selection number.
17       That -- that would lead me to believe that
18  other populations have self-selection.  It may not
19  lead me to conclude how large it is, but I think
20  the editor of JPE, that journal, must have had
21  that taken into account.  Because I know how the
22  editorial process works in these journals.  It
23  must have general implications.
24    Q  So --
25    A  So you just -- I'm just trying to, like,

190

1  maybe explain how researchers use these words,
2  extrapolation.  They just have to be very careful
3  on -- it's probably referee that asked them to add
4  this statement there.  They have to be very
5  careful whether the number can be taken as-is and
6  put on another population.
7       So but -- but I think the general
8  conclusions on self-selection, if I -- if I didn't
9  know if there was self-selection after reading
10  this article, I have gained a strong prior that
11  with that population, there is self-selection of,
12  let's say, .3.  I don't remember what it was
13  exactly.  But that would also lead me to conclude
14  that other populations have self-selection as
15  well.  I just wouldn't want -- don't know how big
16  it is, honestly.
17       So sorry for the longer explanation, but I
18  think, you know, there's a specific language that
19  is being used and maybe it's not the same as the
20  colloquial usage of the term "extrapolation."
21    Q  So is it your opinion that the conclusions
22  here which are based on, again, male World War II
23  veterans who applied for the Army Air Corps and
24  were choosing an institution for their
25  undergraduate education the 1950s is generalizable

191

1  to prospective Caribbean medical students of both
2  genders with or without a military background
3  choosing a medical institution in the 21st
4  Century?
5    A  Yes.  I think -- I think we learned
6  something about the general student behavior
7  there.  So it informs us about theory of student
8  choices.  And in economics, it's quite common also
9  to use historic data, quite old, to inform us
10  about very fundamental -- very fundamental human
11  nature instincts, like, for example, rent seeking.
12       Like, do we choose professions in school
13  that we think are going to give us more money.
14  It's a very fundamental consummate behavior
15  question.  And we would quote studies that are
16  based on limited population on these fundamental
17  questions if we don't have reason to believe that,
18  you know, these veterans would be more or less
19  rent-seeking than other people, just because it
20  was so well executed.  It showed without any
21  doubt, without reasonable doubt for me, that that
22  population had that behavior.  And that's --
23  because it's a fundamental question about human
24  behavior and student behavior.
25       Like, incentive and rent-seeking, this is

192

1  what, like, the whole field of economics is about
2  pretty much.  So I think because of that, we use
3  historical data if it's a good data.  And we have
4  appreciation for these results.  And I think we
5  take that as a value of evidence as a whole
6  together with our theories to reach these
7  conclusions.
8       But I agree with you that -- that the
9  first test would be to do a comparable study for
10  Caribbean schools, if you were interested in that.
11  It's just that that -- that study for many
12  reasons, because the natural experiment doesn't
13  exist and the causality cannot be established is
14  not directly possible.
15    Q  So you acknowledge that it would be a
16  stronger conclusion if you had a study that was
17  based on the population we're dealing with in this
18  case?
19    A  Yes.  Absolutely.
20    Q  And you acknowledge that because of the
21  demographic differences with the population in
22  this study and the population we're dealing with
23  in this case, the conclusion is weaker than it
24  would be otherwise?
25       MR. EVANS:  Objection, form.

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

193

1      A   I think if we had data on that particular
2   population and demonstrate it in the same way as
3   that article with the same methodology, naturally
4   it's fair to agree that the conclusion would be
5   stronger.  That -- that is -- that is very fair
6   and I think obvious.
7      Q   And so would you agree that with each
8   demographic difference, the conclusion gets a
9   little bit weaker?
10     A   I'm not sure if that's the right measure
11  to go by.  I mean people tend to go by
12  demographics a lot because it's observable.  What
13  I actually teach to my students is that attitudes
14  are better, like, general, for example, like,
15  psychographic attitudes.
16       So demographics tend to be, you know, a
17  weak predictor of choices.  So I'm not sure, like,
18  how much further we get by adding these
19  demographic differences.  There would be
20  differences, but I don't think they would be that
21  big, looking at how much choices demographics
22  moderate in other fields and in general in
23  consumer behavior.
24       But I agree with you, yes.  At -- any
25  difference, if you keep adding differences and

194

1   make it different, there is a degree of
2   uncertainty that you inject in -- into these
3   extrapolations.  I think that that's fair.
4      Q   And you're not aware of the specific
5   demographics of Caribbean medical students?
6      A   No.  There was no data about that.
7   There's some data on, I remember in the -- one of
8   the footnotes I think I mentioned some data on
9   population, but there was no -- I couldn't locate
10  any demographic -- particular demographic
11  distributions of these populations.
12     Q   And because of the limits of your
13  knowledge about the demographic of statutes we're
14  dealing with here, you can't know whether those
15  differences are significant enough to render this
16  data inapplicable to this population?
17       MR. EVANS:  Objection, form;
18  mischaracterizes his testimony.
19     A   I mean -- okay.  So if I were to -- if I
20  were to assess the particular strength of that
21  effect, you were asking me, you know, how strong
22  the self-selection is.  I think -- I think that
23  that extrapolation could be quite hard
24  because -- and that's what the author submitted in
25  that footnote.

195

1        Now, if you were to ask me, are students
2   rent-seeking when they go to medical school, well,
3   I would be quite confident to say that yes,
4   because there is -- that -- that's not the only
5   people that documents rent-seeking in education.
6   I cited that paper because it's just so strong.
7   That's what I said.  Like, my general preference
8   is internally valid studies that have irrefutable
9   methodology.  That's the studies I personally
10  prefer.  That's the most convincing to me.  So I
11  cited that paper.
12       But there's numerous other papers that
13  document self-selection across various fields of
14  study.  Some of them might not be as strong as the
15  veteran paper.  And you know, as I mentioned,
16  there's this tradeoff between sort of having a
17  more narrow population with irrefutable
18  conclusions and sort of more broader population
19  with maybe more conclusions that require more
20  assumptions.
21       So I think you take -- you have to take
22  these as a body of evidence, some really well
23  executed studies on small population.  And on the
24  other hand, maybe not as clean studies on larger,
25  more representative of populations.  That's just

196

1   general playbook of an economist, I think, and any
2   social scientists.  And they just follow that
3   playbook.
4      Q   And if you were to learn facts about
5   Caribbean medical students and prospective
6   Caribbean medical students that created very big
7   differences between their behavior and the
8   behavior of the students in this study, would that
9   lead you to revisit your opinions here?
10       MR. EVANS:  Objection, form.
11     A   I mean, there is this facts that I could
12  learn that would make me revisit the opinion.  And
13  that applies to the veteran population as well.
14  You could give me a set of facts that I would deem
15  that paper in -- wrong.
16       So all these studies, you know, this
17  is -- they -- they require assumptions, right.
18  And there's states of the world in which these
19  assumptions are not satisfied.  And if you show me
20  that state of the world occurs, then I think, by
21  extension, that paper becomes inappropriate or
22  invalid.
23       So the answer is yes, you could give me a
24  set of facts that -- that in any population this
25  particular paper would not be applicable, or even

197

1  in that population of the study.
2      Q  All right.  Let's turn to paragraph -- the
3  rest of paragraph 18.
4      **A  Okay.**
5      Q  The last two sentences.  And here, you're
6  quoting a source.  And in -- in Footnote 16, and
7  the language in your report is:  It has been
8  established that, quote, the -- just to clarify,
9  this is an internal quotation, so I'm quoting your
10 report and then I'm quoting an internal quotation.
11     Quote:  It has been established that, "The
12 investment ultimately derived from a particular
13 school is determined by the quality of career
14 options in terms of expected lifetime, financial
15 remuneration, prestige, and occupational
16 satisfaction available to a student upon
17 graduation from an institution.  The investment
18 utility of a college is difficult to properly
19 conceptualize and specify."
20     And the quoted language comes from the
21 source in Footnote 16, a paper by Nurnberg,
22 Schapiro, and Zimmerman.  Let's take a look that
23 the paper and I'm going to mark this Exhibit 84.
24     (Exhibit 84 marked for identification.)
25     Q  Do you recognize this paper?

198

1      **A  Yes.**
2      Q  And this study only addresses the decision
3  of where to pursue an undergraduate education.
4  It's called Students Choosing Colleges.
5      **A  That's right.**
6      Q  It's limited to the matriculation
7  decisions made by students accepted to Williams
8  College from 2008 to 2012?
9      **A  That's correct.**
10     Q  And in the language you quote, the authors
11 assert that the investment utility of a college is
12 difficult to properly conceptualize and specify.
13 And that's on page 2, the second paragraph of
14 section 2?
15     **A  Yes.**
16     Q  And this language is focused on college,
17 right?
18     **A  Yes.**
19     Q  Let's talk about investment utility.
20     What is investment utility as an economics
21 concept?
22     **A  I think it's the value added of an**
23 **investment and in terms of consumer welfare.**
24     Q  What was that last word you said?
25     **A  In -- measured in -- measured in units of**

199

1  consumer welfare.
2      Q  So this is basically the idea that people
3  considering making an investment analyze the
4  expected return of the investment along with the
5  risk that the returns won't come to be; is that
6  fair?
7      **A  Yeah.  The expected returns already should**
8  **include the risk.  Yes.  That's what they expect.**
9      Q  And this investment utility assessment
10 depends on the individual's ability to assess the
11 risk?
12     **A  Yes.**
13     Q  And people can only accurately assess risk
14 with accurate information about the risk.
15     Do you agree?
16     **A  They -- they are -- precision of their**
17 **estimates for risk assessment depends on the**
18 **accuracy of information about the risk.  That's**
19 **right.**
20     Q  So an individual's ability to assess risk
21 is limited by the information they have about that
22 risk?
23     **A  Yes.  The precision of that estimation**
24 **decreases as the information deteriorates.**
25     Q  Let's turn to paragraph 19 of your report.

200

1      **A  I'm sorry, I was qualifying it because I**
2  **wouldn't want to use workability because ability**
3  **of something to make computation may or may not be**
4  **related to the information they attain.  I may**
5  **have a high ability to make -- to assess it and**
6  **have little information, while you may have a high**
7  **ability but have no information.  That's why I was**
8  **trying to be very specific.**
9      Q  Okay.  Let's turn back to your report to
10 paragraph 19.  And you write in paragraph 19:
11 After reviewing the literature on student
12 self-selection, I have found no evidence to
13 suggest that attrition rates are a major factor
14 considered by students when choosing an academic
15 institution.
16     In paragraph 17, you refer to graduation
17 rates as a factor students potentially consider.
18     Do you remember that?
19     **A  Right.  Yes, I remember that.**
20     Q  Are graduation rates and attrition rates
21 really two sides of the same coin?
22     **A  That's fair.  Yes.**
23     MR. EVANS:  I'm sorry, Ms. Wiseman, the
24 paragraph you're referring to is which one?
25     MS. WISEMAN:  I'm referring to

201

1  paragraph 19 and I was comparing it to
2  paragraph 17.
3      MR. EVANS:  Seventeen.  Thank you.
4      Q  So you would agree that graduation rates
5  and attrition rates are inversely proportional?  A
6  high graduation rate corresponds with a low
7  attrition rate, right?
8      MR. EVANS:  Objection, form.
9      A  I think I state that in the report.  Yes.
10     Q  So if students would consider graduation
11  rate -- strike that.
12     You acknowledge that students would
13  consider graduation rates in school selection,
14  right?
15     A  So I think we talking here about the
16  paragraph number 17 and then we trying to compare
17  it with the language in paragraph 8 -- 19.  So the
18  paragraph 17, it has the word "potentially."  So
19  at least, in theory, if I knew my attrition -- my
20  graduation rate, that, in theory, it could be a
21  factor, if I knew my own graduation rate.  I --
22  that, I think -- you know, if you have zero chance
23  to graduate from an institution and there's a
24  comparable institution that you have a very high
25  chance to graduate from, it's a fair assessment

202

1  that you would consider that.  They should, at
2  least potentially.
3      I think my -- what I'm trying to state in
4  paragraph 19 is that that theory, that 17's
5  theory, right, in theory, it might be relevant
6  potentially.  I just never found any evidence.
7  I -- I specifically search for evidence in this
8  papers in self-selection whether they mention both
9  graduation or attrition rates in these -- in these
10  models.  And I never found anything.
11     So -- so that's why I said there's no
12  evidence because I searched for it and I didn't
13  find any.  So that potentially, I guess, my best
14  guess is they actually don't because I have no
15  evidence otherwise.  But I think that's the
16  best -- that's the best statement I can give.
17  That's why I include the word "potential" in
18  paragraph -- paragraph 17 because that's what the
19  theory would suggest and it's reasonable to -- to
20  hypothesize that.
21     Q  So in paragraph 17, you're hypothesizing
22  that students might consider graduation rates in
23  making a school selection?
24     A  They could.
25     Q  And in paragraph 19, you are noting that

203

1  in your review, you found no evidence that they,
2  in fact, do so?
3      A  Yes.
4      Q  But otherwise, there's not a difference
5  between -- strike that.
6      Otherwise, you acknowledge that graduation
7  rates and attrition rates are inversely
8  proportional.  And in theory -- let me -- let me
9  strike that as well because I don't want to get
10  compound here.
11     Otherwise, you acknowledge that, in
12  theory, a student might take into account
13  graduation rates and attrition rates in making a
14  school selection?
15     A  I think any number that the school reports
16  or potentially reported, in theory, it could
17  influence the decision.  So that's why I do admit
18  that potentially it could.  And coming back to the
19  inversely related, they are negatively related,
20  but one is not one over the other.  So they are
21  different numbers.
22     So if you have an attrition rate, you
23  cannot obtain graduation rate from it and vice
24  versa because they measure different things.
25  They -- typically high graduation rates mean low

204

1  attrition rate, vice versa.  But if I tell you
2  graduation rate is 90 percent after five years
3  tracking the cohort, that's the attrition rate in
4  two years after tracking cohort, those -- those
5  cannot be recovered.  So they -- they do convey
6  different information.  So that's my best
7  assessment.
8      Q  We discussed your review of certain case
9  materials, right?
10     A  Right.
11     Q  And you reviewed the parties' class
12  certification briefing?
13     A  Yes.
14     Q  And that included footnotes in that
15  briefing?
16     A  Yes.
17     Q  Do you recall citations or -- strike that.
18     Do you recall excerpts in that briefing
19  citing Saba students or prospective Saba students
20  inquiring about attrition rates?
21     A  I do remember that.
22     Q  Let's take a look at an exhibit.  I'm
23  going to mark this Exhibit 85.
24     (Exhibit 85 marked for identification.)
25     Q  This has the Bates number R3S00026552.

205

1   And I'm going to start on the bottom with the
2   first e-mail in a chain of e-mails.
3       So go ahead and take a moment to review
4   what's on the screen.
5   **A   Yes.  I reviewed it.  Thank you.**
6   Q   What is the subject of the e-mail that you
7   see here?
8   **A   Prospective students.**
9   Q   So do you agree that it's fair to assume
10  this is an e-mail from a prospective student?
11  **A   Absolutely.  Yes.**
12  Q   And the date on this message is
13  August 2nd, 2021.  And it is a -- it is sent to
14  admissions@saba.edu.
15      Do you see that?
16  **A   Yes.**
17  Q   Among other questions, this prospective
18  student asks:  What is the attrition percentage?
19      Do you see that?
20  **A   Yes.**
21  Q   And if we scroll up, we see another e-mail
22  and the date is partially covered by a redaction
23  box here, but do you agree with me that this looks
24  like March 4th, 2022?
25  **A   Yes.**

206

1   Q   So this is many months later and the
2   student is e-mailing again.
3       Do you see this?
4   **A   Yes.  I see that.  Yes.**
5   Q   And if we scroll up to the third e-mail in
6   this chain, this -- what date do you see here?
7   **A   March 4th, 2022.**
8   Q   And this is a response from
9   admissions@saba.edu?
10  **A   Yes.**
11  Q   So go ahead and take moment to review this
12  and let me know when you're finished.
13  **A   Okay.**
14  Q   And do you see here that this -- the
15  individual e-mailing from admissions@saba.edu
16  directs this prospective medical student to the
17  Student Consumer Information Handbook for
18  information about the attrition rate?
19  **A   Yes.  I see that answer.**
20  Q   Let's go to the next e-mail in the chain.
21      Go ahead and take a minute to review this
22  document and let me know when you're finished.
23  **A   Okay.  Yes, I'm done.  Thank you.**
24  Q   And here we see that the student has
25  reviewed the Student Consumer Information and

207

1   didn't find any information about attrition,
2   right?
3   **A   Yes.  They did not locate the information.**
4   Q   And so the student is following up again
5   to try to get information about attrition; is that
6   right?
7   **A   Yes.**
8   Q   This is the third e-mail that the student
9   has sent asking about attrition?
10  **A   Yes.**
11  Q   And the student cites the attrition rate
12  at other medical schools the student is
13  considering, right?
14  **A   Yes.  That's correct.**
15  Q   So the individual comparing medical
16  schools specifically based on their attrition
17  rates.
18      Do you agree?
19      MR. EVANS:  Objection, form.
20  **A   I think this student is using the**
21  **attrition rate -- they seem -- that information**
22  **seems to be important to this student.  Yes.  I --**
23  **I don't know if specifically is comparing based on**
24  **only the attrition rates.  They ask other sets of**
25  **questions there and attrition rates was actually**

208

1   **the last question they asked in the first e-mail,**
2   **but I do agree they're asking for that number.**
3   Q   And the individual asked in three separate
4   e-mails for that information, right?
5   **A   Yes.**
6   Q   And the individual reviewed the handbook
7   that the person -- that the admissions person
8   directed them to, right?
9   **A   I -- I presume so, yes.  Yes.**
10  Q   So for at least this student, attrition
11  matters?
12  **A   It seems like they want to know it.  Yes.**
13  Q   Does this impact your opinion?
14  **A   No.  It doesn't.**
15  Q   Why not?
16  **A   So there's two reasons I think what I**
17  **could identify why the schools would not publish**
18  **the attrition rates, at least two reasons.**
19      **The first reason is that, you know,**
20  **the -- I think choosing a perspective school is a**
21  **very complicated decision and these are very**
22  **complicated products, right.  And I think it's**
23  **fair to say that these degrees, they have**
24  **differences between them.  And you know, they --**
25  **these students probably are considering more than**

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

53 (209 to 212)

209

1  a medical school to -- as their choice of a
2  career. So it's a complicated life decision.
3      And these products -- because these
4  products are complicated. They -- they are
5  typically summarized by a set of numbers. They --
6  we try to give students a set of statistics.
7  Berkeley is true, too, like in my -- my program as
8  well. We try to inform students. We choose which
9  statistics we want to publish. Because there are
10  some statistics that -- the economic issues are
11  more informative than others, so we follow sort of
12  best practices.
13      And we have space constraints. So we
14  would -- w would decide to opt out, not to publish
15  statistics that may be a minority of students
16  would be interested in or statistics would be
17  misleading if taken in the raw form that require a
18  qualification that would prevent students from
19  using distorted data to make the decisions.
20      We wouldn't want to misinform people or
21  give a false impression of facts that may indicate
22  one thing on the surface but once you unpack them,
23  they tend to call for a different value.
24      So I count my opinion on the fact that --
25  that these -- these attrition rates, they're not

210

1  predominantly used by students. So I found no
2  evidence that this is something that a significant
3  number of students is looking for.
4      Q  Well, Doctor --
5      A  I did not find there's no student out that
6  there wouldn't be asking for attrition numbers,
7  but I didn't find evidence that that number is
8  important or for a significant population of
9  students, that it need to be predominantly, for
10  example, published in the website.
11      Q  Would you --
12      A  So I think that's why it doesn't --
13  doesn't -- doesn't impact my opinion.
14      Q  Your opinion, as you state it in
15  paragraph 19, is that you found, quote/unquote, no
16  evidence to suggest that attrition rates are a
17  major factor considered by students?
18      A  Right.
19      Q  Would you amended your opinion to say that
20  in light of what you just said -- strike that.
21      This student is considering attrition
22  rate, correct?
23      A  Yes. But I think my statement was
24  more -- it was -- my research was trying to
25  identify what are the major factors considered by

211

1  students. Are there -- is there a small
2  percentage of students that care about admission
3  rates? Probably, yes. I cannot -- I cannot
4  refute that that person cares about attrition
5  rates. If they asking for it, they -- they want
6  to know.
7      So I think it's obvious to say that they
8  care about it. Whether it's a major factor
9  considered by students, by looking at, you know,
10  number of e-mails asking about attrition that you
11  can count on one hand, that would not be -- I
12  think that would not pass the scrutiny of being a
13  major factor considered by students, at least to
14  me.
15      Q  But it is some evidence?
16      A  It's some -- it's evidence that there are
17  students out there that are considering attrition.
18  Whether it's a major factor considered by
19  students, I'm not convinced about that. So I'm
20  not saying it's not. It's a small sample
21  evidence. I mean, how many applicants Saba has,
22  probably more than 100. I think it's fair to say.
23  And I mean, we have here, you know, an e-mail by
24  one students or three students across the years
25  that want to know that number. But I agree with

212

1  you that -- that there is -- there are students
2  out there that want to know that number.
3      Q  So would you amend your --
4      A  You cannot conclude it's a major factor.
5      Q  Would you amend your opinion as stated in
6  paragraph 19 claiming that there's no evidence?
7      MR. EVANS:  Objection, mischaracterizes
8  the statement.
9      A  I mean, there's evidence for something,
10  right. So there is evidence that -- that this
11  student cares about the admission rate. And
12  there's students out there, and my best estimate
13  is less than single-digit percentage that in some
14  way or the other want to know this number. I
15  mean, I don't know why the student wants to know
16  this number. They never stated why they want to
17  know it and whether high attrition rate or low
18  attrition rate would be something that they would
19  deem as positive or negative.
20      So they -- they never stated, like, how
21  are they going to use it. Maybe they're looking
22  for a school with a very high attrition rate
23  because they thinks it's very high quality
24  attrition rate. I -- I don't know. But I would
25  not amend the opinion that it's a major factor

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

54 (213 to 216)

213

1 based on a handful of e-mails out of hundreds of
2 applicants.
3     Q  You would agree that students matriculate
4 at a university with the hope that they will
5 obtain a degree?
6     A  Yes.  They -- that's why they go to the
7 university most of the time.
8     Q  And students hopeful of obtaining a degree
9 would not be -- well, strike that.  Okay.
10       Let us let us scroll up.  We're still on
11 Exhibit 85.  Let's scroll up and see this last
12 response from admissions@saba.edu.  Please take a
13 moment to review this and let me know when you're
14 finished.
15     A  Yes.  I'm done.  Thank you.
16     Q  What attrition rate does the
17 admissions@saba.edu account communicate to this
18 prospective medical student?
19     A  I can only read this statement.  It says
20 that one out of ten students do not make it
21 through the program.  That's all the information
22 given.
23     Q  And was that an accurate statement?
24     A  I presume that was based on data, some
25 data that this person used.  I guess 10 to 12,

214

1 that's a quite small range so I would consider
2 that accurate.
3     Q  If you maybe --
4     A  Yeah.  I would consider this an accurate
5 statement if...
6     Q  And --
7     A  I'm just struggling about the question
8 because I don't know what accurate means in
9 that -- in this respect.  Like, do I know what
10 exactly this person is computing, like what's in
11 the numerator and the denominator.  I would say
12 no.
13       Am I confident in the ability to divide
14 two numbers, that's probably accurately divided
15 because they give a very small range.  So I -- so
16 I think -- so the question is a bit, I think,
17 broad for me to answer one way or the other.
18     Q  Could you answer it either yes, no, or I
19 don't know to, was this accurate, this --
20     A  I don't think every question can be
21 answered yes, no, or I don't know.  I'm sorry.
22       MR. EVANS:  Yeah.  Objection, form to that
23 question.
24     Q  So you're not aware of how this individual
25 e-mailing from admissions@saba.edu calculated the

215

1 figure represented in this e-mail?
2       MR. EVANS:  Objection, beyond the scope of
3 his report.
4     A  I only know what's in the e-mail and I
5 don't think it's not enough information in the
6 e-mail to -- for me to say how they computed it.
7 So no, I don't know which numbers they divided.
8     Q  So you don't know whether this is an
9 accurate representation?
10     A  But accurate representation of what?
11     Q  The attrition rate.
12     A  But there's no one attrition rate.
13 Attrition rate varies by year and by definition of
14 attrition rate.  So there's no one attrition rate
15 that we're looking to represent.
16     Q  So you don't know whether this is an
17 accurate attrition rate for any given year at
18 Saba?
19     A  My presumption is that if I read this
20 e-mail, my best -- my best guess is someone that
21 computed a lot of attrition rates in their life
22 would be that this person has taken number of
23 students in a particular year and see how many
24 entered and exited.  I don't know which year that
25 was, if they take an average or a median.

216

1       And I presume it reflects something about
2 their internal data that is related to attrition
3 rates.  But I don't know which necessarily
4 attrition rate that is.  I would think that's not
5 enough information for me.
6     Q  You're somebody who's calculated a lot of
7 attrition rates in your life?
8     A  I did.  Yes.
9     Q  In what capacity?
10     A  So I -- my MBA class actually has two
11 lectures about attrition.  So we discuss caveats
12 calculating attrition.  It's not education
13 institution necessary.  These are more, like,
14 subscription products, attrition, but I think the
15 principle are very similar.  So the caveats is
16 computing attrition rates.  And I think these
17 attrition rates, you know, there can be two
18 different people given data and come up with a
19 very different attrition rate just because they
20 make different assumptions about the underlying
21 process of consumer dynamics, in this case student
22 dynamics.  We can get into the assumptions if you
23 like to, but that's the best general answer I
24 could give.
25     Q  And in your role in admissions at Haas,

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

55 (217 to 220)

217

1  would you be comfortable with inaccurate
2  information being communicated to prospective
3  students?
4      MR. EVANS:  Objection, form.
5      A  If someone communicates inaccurate
6  information, I don't think that information should
7  be communicated.  And if they communicate some
8  information that is maybe -- doesn't -- it
9  doesn't -- it lacks -- it lacks nuance, and that's
10  communicated within the private e-mail so that was
11  a follow-up question and the person, I guess, made
12  their best -- best effort to compute something
13  that they understood the attrition rate is, I
14  don't think I necessarily would frown upon this
15  communication, but I wouldn't want this to be
16  published on the official website because I don't
17  think that it needs -- it would need -- it would
18  require more -- more information, I would say.
19      Q  Do you -- in your role in admissions at
20  Haas, do you believe that students considering
21  enrolling at Haas are entitled to accurate
22  information about the programs at Haas?
23      MR. EVANS:  Objection, form.
24      A  I think they're entitled to information
25  about student dynamics and they're entitled to

218

1  statistics that reflect the quality and
2  decision-making and would help decision-making of
3  students.  I think some statistics are not being
4  published because they may be misleading or
5  there's no standard on how to measure these
6  statistics.  So many times we are stop publishing
7  these statistics because they can do more harm
8  than good.
9      Q  My question is about when a student is
10  given information, so when a students asks for
11  information about Haas, would it be important that
12  the information they are given in response to
13  their question is accurate?
14      A  Yes.
15      Q  And in your role in admissions at Haas,
16  would you be comfortable admitting students who
17  you have reason to believe are not capable of
18  completing the program?
19      MR. EVANS:  Objection, form.
20      A  I'm taking a pause here because I think
21  this is a very complicated question and I'm not
22  quite sure what it means they're incapable of
23  completing the program.  So there's a level of
24  competence, so this is a -- it's a spectrum.  It's
25  not like some students are just incapable of

219

1  completing the program others are capable.  I
2  think there's students who are more or less
3  capable of completing the program.
4      And I think -- frankly, I never had a
5  discussion, what is the threshold of competence of
6  capability of completing the program and how
7  important that -- that must be.  Because, I mean,
8  if someone has zero percent chance of completing
9  the program, let's say they don't know the English
10  language and it's an English program, I think it's
11  fair to tell them that they should take an
12  English-speaking course first.  And I think that's
13  one extreme example.
14      And if someone has a PhD in economics and
15  they want to get another PhD in economics, I'm
16  pretty sure they're going to complete.  So that's
17  another extreme and now there's a spectrum of
18  students between it.
19      And like, I'm going to have an assessment
20  of how, like, you do to complete the program.  And
21  now whether 30 percent, 25, 10, or 60 is the right
22  number and, you know, falls into your
23  categorization of incapable of completing the
24  program, that I don't know, honestly.
25      Q  However you assess the capability of

220

1  completing the program, would you be comfortable
2  admitting someone whom you assess to be incapable
3  of completing the program?
4      A  What does incapable mean?
5      Q  Whatever it means to you.
6      MR. EVANS:  Objection, lack of foundation.
7      A  So that's what I -- that's what I was
8  trying to say, that I don't have a one or zero
9  metric.  I mean, I know for some people, I know it
10  would be very hard for them to complete the
11  program.  And these are students that are
12  typically rejected before I see their file because
13  there is another layer of requirements that weed
14  out students that cannot complete that program.
15  Like TOEFL language requirement is a great example
16  of that.  I don't see students that fail TOEFL.
17  So they are deemed that it's very low likely that
18  they can complete the program and it's low enough
19  that the first level of rejection would -- and so
20  whether we have moral responsibility as a
21  university to reject students that we don't think
22  are going to complete that, that is a complicated
23  question.  And I never actually thought about it
24  and it goes beyond the scope of this report.
25      Q  All right.  Let's move on.  I'm going to

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

221

1  pull up another exhibit and mark this Exhibit 86.
2       (Exhibit 86 marked for identification.)
3    Q  This is -- this is a document with the
4  Bates stamp R3S00021747.  And I'm going to turn to
5  the bottom of page 1 and top of page 2.  Well,
6  actually, let's start here.
7       Please review this e-mail from Melissa
8  Kushner.  Let me know when you're finished.
9    A  Data nerd is back again who -- okay.  Yes.
10   Q  Okay.  What is Melissa's role according to
11 her e-mail signature?
12   A  Vice president of marketing.
13   Q  And she is asking who has the ability to
14 pull attrition rates based upon incoming scores.
15      Do you see that?
16   A  Yes.
17   Q  Let's scroll up to a response from an
18 individual named Sarah Russell.  Take a moment to
19 review this and let me know when you're finished.
20   A  Okay.
21   Q  And now please review -- there's an
22 additional response from Gerald Wargo.
23   A  Uh-huh.  Thank you.
24   Q  Gerald Wargo responds to Melissa:
25 Melissa, go ahead and ask.  He may want to know

222

1  why you want the info as I think they are trying
2  to protect that number from getting out.  I think
3  it is really bad.
4       Do you agree with me that the number
5  Gerald is referring to here is the attrition rate
6  that Melissa Kushner asked about in the
7  December 20th e-mail?
8       MR. EVANS:  Objection, lack of foundation;
9  beyond the scope of the report.
10   A  I guess, yes.  They don't ask specifically
11 about it, but it would be fair to think that.
12 Yes.
13   Q  And it's not clear here who "he" refers
14 to, but let's assume it refers to either Patrick
15 or Steve.  Do you recall Melissa refers to Patrick
16 and Steve.  And I'll ask you to assume that those
17 individuals have leadership roles at Saba and R3.
18      And according to Gerald Wargo's e-mail,
19 Patrick and/or Steve had figures on attrition.
20      Do you see -- do you agree with my --
21      MR. EVANS:  Objection, lack of foundation;
22 and beyond the scope.
23   A  Yes.  I'm sorry.  I'm really bad with
24 names.  That's why I'm trying -- I'm trying to all
25 this.  I'm not trying to delay.  So he is Patrick

223

1  or Steve.  He may want to know why you want to
2  know the information.  Is they -- so they would be
3  as well Patrick or Steve?  Is they're trying to
4  protect that number from getting out.
5       So executive vice president, who is
6  Gerald, so he has executive role, but there's
7  someone higher up than him who is that are trying
8  to protect this number from going to the other
9  senior executive.  So there's two senior
10 executive, one has a number, one doesn't have the
11 number and one is asking the other for the number.
12 That's my understanding.
13   Q  And according to Mr. Wargo, the attrition
14 number is really bad?
15   A  So I'm not sure if not wanting it to get
16 out or trying to protect it is really bad, or the
17 number itself is real bad because it is not really
18 clear, but could be either of these, I guess.
19   Q  And adopting the interpretation that
20 the -- it's the attrition rate that's really bad,
21 why would Saba and R3 go to the trouble of hiding
22 attrition rate if prospective students don't care
23 about it?
24      MR. EVANS:  Objection, lack of foundation;
25 beyond the scope.

224

1    A  I don't know why.  The only reason why I
2  would not publish that information is because it
3  may be misleading for reasons I mention in my
4  report.  So my only assumption this here could be
5  they would do more than publish it because it
6  doesn't convey the information correctly which is
7  the school quality.
8    Q  All right.  Let's take a look at --
9  so -- let's take a look at another exhibit.  And I
10 will mark this Exhibit 87.
11      (Exhibit 87 marked for identification.)
12 And this is an exhibit with the Bates stamp
13 R3S00012685.  Let's scroll down to look at the
14 first e-mail.  Go ahead and review this e-mail and
15 this person is asking about the number of current
16 students at Saba, right?
17   A  Yes.
18   Q  And this person receives a response.  Go
19 ahead and review this response.
20   A  Yes.
21   Q  Have you reviewed this?
22   A  Yes.
23   Q  And this person D. Donahue, responds:  Why
24 do you need it?  Why do you need the number of
25 current students?

225

1    A  Yes.
2    Q  Do you agree?  And there's another
3  response from Lipsheon Jhand.  Go ahead and review
4  that, please?
5    A  Yes.  I reviewed that.
6    Q  And there's one more response here from
7  Don Donahue, D. Donahue again.
8    A  Yes.
9    Q  Please read Don Donahue's response as it
10 appears on the screen.
11   A  Yes.  I read the response.
12   Q  Will you read it into the record, please?
13   A  Yes.  I guess so.  I also been leery to
14 say.  If somebody does the math, then attrition
15 assessment becomes easier.
16   Q  So here, Don Donahue is reluctant to
17 provide information on total enrollment figures at
18 Saba, correct?
19      MR. EVANS:  Objection, lack of foundation;
20 and beyond the scope of the report.
21   A  I don't know if he's referring to the
22 enrollment here, what he -- he says, because they
23 said about the enrollment earlier.  So they said
24 it's north of 800, right.  So I guess I'm not
25 quite sure honestly what he's saying the

226

1  enrollment or graduation or -- it's hard for me to
2  say here.  I assume it's enrollment.  I guess they
3  want the -- the exact enrollment number.  Is
4  that -- is that the fair assessment?  I'm not
5  sure.
6    Q  Well, let's focus on this sentence:  If
7  somebody does the math, then attrition assessment
8  becomes easier.  So here, Don Donahue is concerned
9  or -- strike that.
10      Here, Don Donahue is leery of providing
11 certain information because of a concern that the
12 attrition assessment would then become easier.
13      Do you agree?
14      MR. EVANS:  Objection, lack of foundation;
15 beyond the scope of the report.
16   A  I'm sorry, I'm just reading it over and
17 over again.  I go agree that the school decided
18 not to publish attrition rates.  Yes.
19   Q  And here, Don is -- Don Donahue is leery
20 to provide enrollment information because it would
21 make attrition assessment easier?
22      MR. EVANS:  Objection, lack of foundation;
23 beyond the scope of the report.
24   A  So I think if the company doesn't -- deems
25 that publishing certain information could be

227

1  misleading, they wouldn't want there to be
2  information that could be used to backtrack that,
3  right, that statistic.  So I think that is
4  consistent with the marketing policy.  So these
5  are marketing executives, I presume.
6      And the leadership decided that publishing
7  an attrition rate is misleading for whatever
8  reason, or there's does not provide a fair
9  assessment for the school policy cited in my
10 report, I think the employees in the marketing
11 department would not want to override that
12 decision.
13      So they need to be very careful in what
14 numbers they post so that that executive decision
15 would be upheld.  And it's not their job, I
16 believe, to make these -- these choices.
17      That's -- that's my understanding of it.
18      I don't know why this particular person
19 doesn't want the attrition rates to be computed by
20 I know very good reasons why, if I was a school, I
21 would not want to publish the attrition rates
22 because these rates, they don't reflect the school
23 quality but they reflect the quality of incoming
24 student population.
25   Q  You would agree that, in general, a

228

1  school's marketing materials are designed to
2  attract prospective students, right?
3    A  I think it's a fair assessment.  I think
4  that modern view of marketing that -- that I
5  subscribe to and most of my colleagues at Haas is
6  that we build -- we want to build kind
7  relationships.  So in my optic view of attracting
8  students today cannot be swamped by longer term
9  considerations of maintaining a healthy brand
10 and -- and relationship with clients.
11      So to the extent of this view being
12 forward-looking, I agree.  I disagree with myopic
13 view of marketing overall.  And most of the good
14 executives I talk to, they disagree with that as
15 well.
16   Q  So part of marketing considerations
17 including building a brand, right?
18   A  Building trust with consumers that we
19 providing them with information that could be
20 accurate if used to judge where we stand and who
21 we good for and what's the value proposition.
22   Q  And trust requires honesty, right?
23   A  Yes, it does.
24   Q  And it requires accuracy?
25   A  To the extent it's possible, yes.

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

58 (229 to 232)

229

1    Q  And in marketing programs, schools have to
2  make strategic decisions about what features of
3  their programs to include in marketing materials.
4  They can't include everything?
5    A  They should not include everything because
6  that -- that could lead to consumers, you know,
7  not making the choices harder actually, especially
8  if the statistics are -- could be misleading.  And
9  it took a while actually of -- I think the
10  economics of education profession to realize that
11  these attrition rates, they -- they actually
12  reflect incoming population.  That was not obvious
13  at all until some of these papers came out.
14  People, they devoted probably years of study to
15  come to that conclusion.  And I think it was an
16  important conclusion there, which as marketing
17  executive, would lead me to become reluctant to
18  publish these numbers.
19    Q  And you have opined that attrition rates
20  say nothing about the quality of a school?
21    A  I don't think they say nothing about it.
22  I think they --
23    MR. EVANS:  Objection, form.  Sorry, go
24  ahead.
25    A  I'm sorry.  I think that's a very strong

230

1  statement.  I never said it say nothing -- say
2  nothing about it.  How this -- how these
3  calculations are done is that it's typically like
4  a variation in the number, like, an attrition rate
5  that say school A has attrition of 40 percent,
6  school B has attrition rate of 20 percent.  And
7  then what we try to do is we try to take all the
8  observable data about incoming population and say,
9  see how much of that difference could be explained
10  by difference in the statistics.
11    Then there will be stuff left over
12  typically.  We would not be able to explain
13  everything with these statistics.  So there would
14  be other factors that would have attrition rates.
15  And I think the best evidence I found was
16  two-thirds/one-third ratio on that.
17    So I think one-third is everything else,
18  which includes the school quality actually.  So I
19  don't actually know -- or that paper did not
20  directly conclude that what's the value of -- for
21  the school quality.  We know that it's capped at
22  one-third.  It could be anything between zero and
23  one-third.  So if you ask me if it's zero, then
24  no, I -- I don't think it's zero.  It -- is it
25  two-thirds?  I don't think it's two-thirds either.

231

1    Q  In your role at Haas, I think as a -- as a
2  professor who thinks about attrition and
3  retention, would you be comfortable with a
4  50 percent attrition rate?
5    MR. EVANS:  Objection, form.
6    A  Yeah.  It's a very interesting question.
7  Because when I started my PhD program, attrition
8  rate was 50 percent.  And I considered that -- I
9  considered that actually quite moderate at that
10  time because I knew that the program was quite
11  difficult.  And I did have a choice between
12  several schools and I knew some of the attrition
13  rates and I didn't take them into account in my
14  decision actually.
15    So I think the more difficult the program
16  gets, the higher the attrition rates.  Also,
17  attrition rates, they indicate low quality of
18  students coming in, maybe lower quality, higher
19  attrition rates.  I mean, lower, I wouldn't say --
20  strike that.
21    Lower than schools with higher -- with
22  lower attrition rates.  So now, 50 percent doesn't
23  strike me particularly, but, you know, I think it
24  really depends on the field here.
25    Q  So attrition might say something about the

232

1  characteristics of incoming students?
2    A  That's my understanding from the
3  literature, is that actually predominantly
4  reflects the characteristics.  And it's related
5  like to the great inflation literature and stuff
6  like that.  You know, they can see, like Harvard
7  getting all As.  And is it because Harvard is so
8  great at educating them or they just have only the
9  best students, you know.  If you -- if you don't
10  admit anyone, only admit potential prize winners,
11  yes, they are going to graduate.  You know, but is
12  that a fair admission policy?  I'm not sure.
13    Q  You also agree that attrition rates say
14  something about the quality of the education?
15    A  There is a potential there that they
16  convey information about it.  I don't think there
17  is a -- there is a paper that says that they are
18  absolutely not informative with the quality.  All
19  we know that, the majority of information conveyed
20  in attrition rates is about incoming population.
21    And I think that's what makes them a bit
22  misleading because people tend to -- I think the
23  reader -- it would be fair to imagine readers that
24  read this attrition rate and they think it's all
25  about school quality.  And so you have to supply

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

233

1  these numbers with a caveat. And I guess
2  marketing departments deem that these caveats are
3  not the best way to communicate school quality so
4  there's other statistics that are better and less
5  problematic so they opt in for those. That's my
6  best assessment, I think. As a marketing
7  executive, I -- that would -- that's how I would
8  think about it.
9      Q  And if half of PhD students enrolled at
10 Haas left the program after their first year, do
11 you think that's something prospective PhD
12 students would want to know?
13     MR. EVANS:  Objection, form.
14     A  I'm not sure. No one ever asked me about
15 an attrition rate. I'm not sure. I don't have
16 evidence either way.
17     Q  We talked earlier about investment utility
18 as an economics concept. Students considering
19 matriculating into a program would be considering
20 investment utility, correct?
21     A  That's correct.
22     Q  And attrition rates say something about
23 investment utility, don't they?
24     A  That's correct. It's -- so here, I mean,
25 that -- that's where it gets really complicated

234

1  because what -- what an individual student that
2  enters a school should be concerned with is their
3  graduation rate. I agree with that. Like,
4  there's a school that -- let's say, I'm looking
5  for medical education. There's a school A I can
6  go to that is going to graduate me and offer a
7  high exam pass rates because this could -- should
8  be viewed in tandem with pass rates, right.
9      So there's a school that could -- would
10 graduate me with a very high likelihood and offer
11 very high pass rates. There's another school that
12 me, particularly me, they would graduate with low
13 likelihood and offer me, you know, comparable pass
14 rates. So I should care about that. That --
15 that's just, you know, expected value of a school,
16 right, if I care about the medical degree. That's
17 an assumption, right.
18     The problem is that these attrition rates,
19 they don't really convey your graduation rate.
20 That's the problem. Because my graduation rate is
21 dependent on two factors: It -- it's dependent on
22 my -- my quality entering the school, which is the
23 same no matter which school I go to, right.
24 That's kind of an invariant factor. I come with a
25 certain human capital, so now that's fixed. I

235

1  doesn't change across schools because it's still
2  me, right. Now, there's a school value-added
3  which acts on top of that human capital right. It
4  compounds with it and results in an individual
5  graduation rate.
6      Now, obviously, the attrition rate of a
7  school, if that does not convey the value-added,
8  it just conveys how stringent the admissions
9  policy is, it may be actually completely
10 uninformative about my individual graduation rate.
11 It could be important for me to the extent that --
12 this only informs me how good I am.
13     But again, let's say I learn that I'm not
14 very good. I mean, that, again, should have no
15 bearing over which school I go to because that
16 graduation rate of me is the same. That's still
17 me.
18     So that's the problem, because I think
19 when you publish that number, a student might
20 think that this is their graduation rate. And if
21 they go to student -- to school A, their
22 graduation rate would be 80 percent; and if they
23 go to school B, their graduation would be 10
24 percent.
25     Look, if I apply to Harvard with a

236

1  graduation rate of 95 percent and didn't get in,
2  you think if I had got into Harvard, my graduation
3  rate would be 95 percent? No, it wouldn't because
4  it's still me. If I cannot get in there, I just
5  can't get in there. If someone, let's say, offers
6  me admissions, like, yes, this is PJ's day, you
7  can be admitted to Harvard today, even though you
8  wouldn't normally be admitted, do you think I
9  would graduate with 95 percent? I wouldn't. I
10 would graduate with the exactly same graduation
11 rate as the other school probably because that's
12 what this research shows.
13     So that's why it's complicated because
14 it's not informative about your persona graduation
15 rate. It just tells you what kind of population
16 of students this school usually takes. That's my
17 understanding of it. And that's why they don't
18 want to -- they think that that could be
19 misleading.
20     Q  Do you know the percentage of students who
21 enroll at Saba but don't make it to the point of
22 sitting for the USMLE Step 1 Exam?
23     A  I don't.
24     Q  Do you have a rough sense?
25     A  No.

237

1      Q  Would a high rate of student departures
2  from Saba's MD program undermine USMLE Step 1 pass
3  rates highlighted in marketing materials?
4      **A  I don't think so.  I think a pass rate is**
5  **a very well-defined statistic.  Like, it's number**
6  **of people take the exam versus those that pass.**
7  **So that number is -- I don't think it's a**
8  **courtesy.  It depends on what the attrition rate**
9  **is.**
10     Q  Let's take a look at -- for purposes of
11 the discussion, I want you to assume that
12 50 percent of students who enroll at Saba don't
13 make it to the point of sitting for the Step 1
14 Exam.  And I'm going to pull up the complaint in
15 this case.  And I'm going to scroll to
16 paragraph 58.
17     Do you see this?  Do you see my screen?
18     **A  Yes.**
19     Q  Okay.  Go ahead and take a look at
20 paragraph 58 and review 58 and then 58A, please.
21     MR. EVANS:  And I'm -- I'm just going to
22 object to this line of questions.  I think it's
23 fair game to ask an expert to assume
24 hypotheticals.  But to -- to ask the expert to
25 assume the facts only as alleged by the plaintiff

238

1  and then answer questions about the -- the
2  plaintiff's complaint based upon the complainant's
3  alleged facts, I think is a little bit far.
4      Q  Have you finished your review, Dr.
5  Jeziorski?
6      **A  58, right?**
7      Q  58 and then 58A.
8      **A  Yes.**
9      Q  So the language we see here in 58A is:
10 Virtually every student passes the USMLE Step 1 on
11 their first attempt.
12     Do you see that?
13     **A  Yes.**
14     Q  Taking as true my representation or the
15 assumption I asked you to proceed with, that only
16 half of students make it to the point of sitting
17 for the Step 1 Exam, do you believe that the
18 representation in 58A is accurate?
19     MR. EVANS:  I'm going to object to the
20 form of the question; lack of foundation and
21 establishing a 50 percent rate; as well as calling
22 for a legal conclusion.
23     You can answer.
24     **A  I -- I mean, I study the mathematical**
25 **logic.  And this statement is true, no matter what**

239

1  **the attrition rate is.  So it says on the first**
2  **attempt, which assumes they took their first**
3  **attempt.  If they didn't, the first attempt**
4  **doesn't apply to them, so that -- virtually every**
5  **student.  It conditions on taking the first**
6  **attempt.**
7      Q  And it represents that virtually every
8  student takes the exam?
9      MR. EVANS:  Objection, mischaracterizes
10 the statement there.
11     **A  It's a conditional statement.  It's a**
12 **conditional probability statement.  So virtually**
13 **every student.  I would say that's, like, near 100**
14 **percent probability.  So it's a conditional**
15 **probability statement.  It says conditional on the**
16 **first -- on being the first attempt, the passing**
17 **rate is 100 percent.  The statement makes no --**
18 **this statement makes no claim on students that**
19 **don't take — don't take the first attempt.**
20     Q  The comparison group here is all students.
21 Do you agree?
22     **A  No.**
23     MR. EVANS:  Objection, form.
24     Q  You don't agree that the statement here is
25 referring to all students?

240

1      MR. EVANS:  Objection, form.
2      **A  No.**
3      Q  If only half of students ever take the
4  USMLE Step 1, is it possible that virtually all
5  students pass, is it?
6      MR. EVANS:  Objection, form; lack of
7  foundation; assumes facts not in evidence.
8      **A  If one of the students took their exam on**
9  **the first attempt and passed it, that would mean**
10 **that 100 percent student passed the exam on their**
11 **first attempt.  That's -- that's just the**
12 **statement it is.  I mean, we can argue about the**
13 **informativeness of that statement.  It's just you**
14 **asking me about whether that statement is correct.**
15 **That statement does not depend on attrition rate.**
16     Q  So you don't see -- in your opinion, this
17 representation is not at all undermined by -- by
18 half of students never taking the exam?
19     MR. EVANS:  Objection, asked and answered.
20     **A  I don't know what undermined means because**
21 **this is a conditional probability statement.  And**
22 **if someone tells me that half of the students pass**
23 **the exam, then my denominator in that computation**
24 **is the number of people that took the first**
25 **attempt.  And then I look at the first attempt and**

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

241

1  see how many people pass it on the first attempt.
2  If they never took the first attempt, that's a
3  measure O set, and that is not included in the
4  computation.
5      You could form that statement differently,
6  which would reflect what you're saying is, you
7  could say 50 percent of people take the MLE and
8  pass it. That's a different statement and that
9  would be more what's in line with your
10 understanding of that statement.
11     Q All right. Let's go ahead and take a
12 break.
13     THE VIDEOGRAPHER: Stand by. We're going
14 off the record. The time on the video monitor is
15 4:21 p.m.
16     (Whereupon a break was had.)
17     THE VIDEOGRAPHER: We're back on the
18 record. The time on the video monitor is
19 4:33 p.m.
20 BY MS. WISEMAN:
21     Q Let's turn to section 5 of your report,
22 which is entitled Reporting of Graduation and
23 Attrition Rates, so please turn to that section.
24     A Yes. I'm in this section.
25     Q Okay. And you testified earlier that you

242

1  have calculated many different attrition rates in
2  your life, right?
3      A Yes, I did.
4      Q And do you calculate attrition rates
5  differently depending on the reason for a
6  student's departure from a program?
7      A So I did not compute these attrition rates
8  for students. I computed them for products,
9  although I think there's similarities just to make
10 it more accurate. These were for products.
11     And to answer your question, yes. It
12 depends on the reason to compute these rates. You
13 compute different rates.
14     Q And how -- you note in your report that
15 there's potential that attrition rates can vary
16 significantly by year, right?
17     A Yes.
18     Q How does that add to the complexity of
19 calculating attrition?
20     A I think one has to be very careful in
21 comparing attrition rates across products, across
22 schools. If these vary by year, because we could
23 capture seasonal variation and that's not
24 something particularly I think we would want to
25 capture in these comparisons.

243

1      Q So where there's a consistent approach for
2  calculating attrition, how would it add complexity
3  that the rate can vary by year?
4      A I think even if a particular year is fixed
5  and the -- there's a uniform standard of
6  attrition, our answer in comparing these rates
7  could be different -- vary depending on the year.
8  So for instance, some products may have -- let's
9  say product A, product B, we try to judge which
10 one has higher standardized attrition rate. Let's
11 say we do apply some standard to it. We keep the
12 standard fixed. It still may be that in the year
13 2001, product A had higher attrition rates, for
14 the year 2002, product B had higher attrition
15 rates. That complicates the comparison of overall
16 attrition rates across all these products.
17     Q And you assert in paragraph 22 that
18 there's a lack of standardization of the term
19 attrition in the academic context, but you're not
20 familiar with the context of medical academics?
21     MR. EVANS: Objection, form.
22     A Right. I think attrition that the student
23 dynamic analysis, I think it's mostly -- again,
24 this is actually a marketing task. So if I were
25 to -- if I were an executive of Saba or any other

244

1  medical school and I were to ask someone to
2  compute these rates, that would be a marketing or
3  economics professional that would be doing that,
4  not a medical professional.
5      The reason would be that studying of these
6  dynamics of program -- of product dynamics, I
7  think there's certain rules that are common across
8  products. So for example, like my class that
9  there was attrition techniques, like attrition
10 management we teach, I actually do emphasize it in
11 the end of the lecture that they may apply in
12 medical domains and they are particularly -- we
13 particularly typical there. So I think attrition
14 of -- of drug intake or hospital visits.
15     So --
16     Q Those fields aren't related to medical
17 education.
18     A Excuse me, ma'am, could you repeat,
19 please?
20     Q You were talking about drug intake and
21 things like that. Those aren't related to medical
22 education?
23     A Right. But they're related to medical
24 field, so I don't -- I don't think I mentioned
25 specifically an example for medical education

245

1  since it's a -- it's a very small domain and we
2  teach a general marketing program.
3     But I would not expect these would be very
4  different than any other educational product in
5  particular, but also, like, actually almost any
6  other product that has long-term relationship with
7  a customer.
8     Q  You're not familiar with any reason why
9  calculating attrition would be different at -- in
10  the academic context based on the degree being
11  pursued?
12    A  Yeah.  I wouldn't see any reason why it
13  would be different for medical than for
14  nonmedical.
15    Q  I asked you about the LCME earlier and I
16  let you know that that acronym stands for Liaison
17  Committee on Medical Education.
18     Do you recall that?
19    A  I do recall that.  Yes.
20    Q  Are you aware that the -- that the LCME
21  keeps track of student attrition rates at US
22  medical schools?
23     MR. EVANS:  Objection, form; lack of
24  foundation.
25    A  I -- I never verified that.  No.  This was

246

1  beyond the scope of this report.
2     Q  Are you aware that the LCME requires US
3  medical schools to notify it of substantial
4  changes in the number of enrolled students?
5     MR. EVANS:  Objection, form; lack of
6  foundation.
7     A  Number of enrolled students.  No.  I'm not
8  aware of that.
9     Q  And putting aside the definition of
10  attrition, do you agree that institutions of
11  higher education generally keep track of the
12  number of students enrolled in a program?
13    A  Yes, they do.
14    Q  And the identity of those students?
15    A  Yes.
16    Q  And they maintain -- maintain that
17  information year over year?
18    A  They do.
19    Q  And schools would generally know which
20  students are no longer in attendance after two
21  years?
22    A  After two years, yes.  They would know
23  that.
24    Q  And they would know that, no matter the
25  reason for the student's departure from the

247

1  program?
2     A  That's with a qualification of, like, soft
3  dropouts where student is on the list of students
4  but does not in class.  I think there may be a
5  certain lag in which when the school actually
6  registers that as attrition.  I think, like, for
7  example, like, known academic reasons, they may
8  have -- they may not have complete information.
9  While, like, for academic reasons they would know,
10  for sure, because they would dismiss the student.
11  But there is -- I think there is a case where they
12  would not know attrition occurred when it
13  occurred.
14    Q  And you mention in paragraph 22 of your
15  report that some medical schools might permit
16  students to transfer from one degree to another
17  within the same school.
18     Does Saba -- does Saba offer an
19  alternative graduate program?
20    A  My understanding is no, but I never
21  researched that in detail.  But my understanding
22  is no.
23    Q  So that factor wouldn't complicate Saba's
24  calculation of attrition?
25    A  No.  Would not.

248

1     Q  Let's look back at Exhibit 86.  I
2  previously marked this Exhibit 86, and I'll scroll
3  through so you can take a look back at these.  We
4  reviewed -- we started our review the bottom of
5  page 1, top of page 2, here where Melissa Kushner
6  asks about attrition rates.
7     Do you recall reviewing this document?
8     A  Yes.  I do recall that.
9     Q  And do you agree that based on the
10  exchange you reviewed here that these marketing
11  individuals have a shared definition of attrition?
12     MR. EVANS:  Objection, lack of foundation;
13  and beyond the scope of the report.
14    A  I don't know.
15    Q  Well, here, Gerald Wargo refers to that
16  number, does he not?
17    A  Yeah.  I -- I think it may be just a
18  general, like, a family of attrition rates when
19  they say "that number."  It may be just a
20  mental -- mental shortcut for it, sort of a family
21  of numbers that is like attrition rates.  So I
22  don't know how well this individual -- versed this
23  individuals are in caveats of completing attrition
24  rates to have a good conviction that they have a
25  shared understanding of a standard of attrition

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

63 (249 to 252)

249

1  rates, especially if I don't subscribe to any
2  particular standard myself.
3      Q  But here, we see that the phrase -- the
4  phrase used is "that number," right?
5      MR. EVANS:  Objection, asked and answered.
6      A  I understand that you're probably
7  referring to the singular form, that there's a
8  single number.  But I do think that this refers to
9  sort of a family of attrition rate numbers.  I
10  believe, like, "that number" means, like, any
11  number of these family, I think.  Because I think
12  as they would -- here's my understanding of this:
13  As -- as they would attempt to compute this, they
14  would realize that there's more than one number.
15      And it's not that -- that straightforward,
16  which number is the number.  So at this level of
17  discussion, the level of generality, they may
18  refer it as a attrition number.  That's my
19  understanding of it.  But you know, I'm just
20  speculating here and I -- I wouldn't want to push
21  the speculation further.
22      Q  Let's look back at Exhibit 85, which I
23  marked earlier in the deposition.
24      A  Yes.  Thank you.  I see that.
25      Q  Okay.  And the admissions@saba.edu e-mail

250

1  address indicates that the attrition rate hovers
2  around 10 to 12 percent, correct?
3      A  Yeah.  That's what this person claims.
4  Yes.
5      Q  And the language here is essentially one
6  out of ten students do not make it through the
7  program far a wide variety of reasons.
8      Do you see that language?
9      A  I do, yes.
10      Q  And so we can understand from this message
11  that this individual is calculating attrition with
12  the comparison between the number of students who
13  start in the program and the number of students
14  who make it through the program.
15      Do you agree?
16      MR. EVANS:  Objection, lack of foundation;
17  and beyond the scope of his report.
18      A  I think this is a very inaccurate question
19  because, you know, we need to know if the -- if
20  they do cohort tracking here or this is the number
21  of students that make it through the program in a
22  given year, divided by number of people that
23  start.  These are very different numbers.  If we
24  track cohort, you're going to get a different
25  number if the number of entering cohort varies

251

1  across years.
2      So I'm not actually sure whether this
3  person has tracked cohorts here.  And both of
4  these numbers are informative, whether you track
5  cohort or not, but they're not a standard.  So --
6  so I'm not sure which one they computed but they
7  never mentioned they tracked the cohort.
8      Q  Okay.  Let's -- I'm going to ask you to
9  assume that the attrition -- that attrition rate
10  is determined by comparing the total number of
11  students who begin their medical education at Saba
12  and the number of students who sit for the USMLE
13  Step 1.  Okay?
14      A  So again, I think -- so let's make this
15  very clear.  Does this mean that we take -- let's
16  just make it concrete.
17      So let's say this 2020 entering class, you
18  take this -- you know, let's say there's 100
19  students in this class.  And then you take these
20  100 students and track them over time.  Over the
21  course of X years, now that number of years we
22  need to make a decision on that as well.  Is it
23  tracking them over five years, tracking them over
24  seven years, ten years?  And then you would take
25  the number in that window, whether they have taken

252

1  that exam or not, and then take this number and
2  divide it by the entering number.  So is that what
3  we're doing?
4      Q  I'm going to ask you to assume that the
5  numerator is the number of students who sit for
6  the exam.
7      A  When?  Which year?
8      Q  In any year.
9      A  You need to tell me the year because that
10  varies across years.  So -- so that's the whole
11  point, that it cannot be any year because this
12  gives you different answers and that matters a
13  lot.
14      Q  Well, I'm -- I'm asking you to consider a
15  hypothetical.  So let's consider a hypothetical
16  that 100 students begin in 2020.
17      A  Thank you.
18      Q  Okay.  And then in 2022, two years later,
19  some portion of that cohort is sitting for the
20  Step 1 Exam.  Okay.  Are you with me?
21      A  So after two years?
22      Q  Correct.
23      A  None of them would be sitting in the exam
24  after two years because medical school is
25  four-plus years.

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

64 (253 to 256)

253

1    Q So your understanding is that students
2 achieve their medical degree prior to sitting for
3 the Step 1 Exam?
4    **A I think they need to go through a certain**
5 **number of years to -- to sit in the exam. I don't**
6 **know how many years that is, but I think it's more**
7 **than two. My -- that's what my understanding was.**
8    Q And how many years is it your
9 understanding that students wait before sitting
10 for the Step 1 Exam?
11   **A I think -- I don't know. That was beyond**
12 **the scope of my inquiry.**
13   Q Okay. Let's -- let's just take the number
14 of years that occur prior to sitting for the exam,
15 let's put that to the side.
16      A group of students starts their medical
17 education at Saba in 2020 and there are 100
18 students. Okay?
19   **A Okay. Thank you.**
20   Q Assessing those students, you know, no
21 matter the number of years later, only 50 of those
22 students ever take the USMLE Step 1. Okay?
23   **A Can we put a number on years later, six**
24 **years later? Is that okay?**
25   Q Sure.

254

1    **A Thank you.**
2    Q And any institution would have ready
3 access to the number of students who matriculated
4 in a given year, right?
5    **A Yeah. They would have the number of**
6 **graduates in a given year, yes.**
7    Q They would have the number of students who
8 matriculated, correct?
9    **A That's right. That's right.**
10   Q And Saba would have ready access to the
11 number of students who sit for the Step 1 Exam
12 right?
13   **A Yes. So you take -- so coming back to a**
14 **number, so just want -- I just want to reiterate**
15 **so I can give you the accurate answer.**
16      **So 2020, it starts. And in 2026, there's**
17 **an exam. And there's a -- say 100 students start**
18 **and 50 people sit in 2026 in the exam.**
19   Q No. By 2026, no matter -- up until 2026,
20 let's take a look at what students from that
21 cohort ever took the exam.
22   **A I see. So we track cohorts. So we track**
23 **each student and see, let's look at them for a**
24 **six-year window. Have they sat in the exam in the**
25 **six years or not. And if they did, then we mark**

255

1    **plus one; if they didn't, we mark zero.**
2    Q Yes.
3    **A Okay. Very good. Thank you very much.**
4    **I'm sorry took us a while, but this underscores**
5    **how difficult this computations may get.**
6    Q So we're understanding each other now.
7    **A Yes.**
8    Q If -- if attrition is calculated by
9 comparing the number of students who matriculated
10 in 2020 and the number of students who have ever
11 sat for the Step 1 Exam by six years later,
12 2026 --
13   **A Yes.**
14   Q -- Saba, as an institution, would have
15 access to both of those figures, right?
16   **A Yes. They should. They would know.**
17   Q And if 100 students matriculated in 2020,
18 and by 2026 only 50 of those students had ever sat
19 for the Step 1 Exam, what would the attrition rate
20 be?
21      MR. EVANS: Objection, form.
22   **A Yes. That attrition rate would be**
23 **50 percent. It's very specific attrition rate,**
24 **but that one we just agreed on would be**
25 **50 percent.**

256

1    Q Let's turn back to your report. Let's
2 take a look at paragraphs 23 and 24.
3    **A Okay.**
4    Q And here you again, rely on the AAMC 2023
5 data snapshot that we looked at in Footnote 4.
6      Do you see that?
7    **A That -- yes, I do.**
8    Q And we discussed earlier that this data
9 addresses only US medical students, right?
10   **A That's right.**
11   Q And you note in paragraphs 23 and 24 that
12 Dr. Pinsky says that -- Dr. Pinsky's report says
13 that the average attrition rate for American
14 medical schools is less than 10 percent, right?
15   **A Yes.**
16   Q And in the second and third sentences of
17 paragraph 24, you switch from talking about
18 attrition rates to talking about graduation rates,
19 right?
20   **A That's right.**
21   Q Let's turn back to Exhibit 81, which is
22 that AAMC data snapshot from October 2023. And
23 I'm scrolling to the bottom of page 1 where we see
24 a chart.
25      And do you see the X axis of the chart

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

257

1  here has a number -- has six degrees listed.
2      Do you see these degrees?
3      A  I do.
4      Q  And the Y axis has a -- wait, I'm on the
5  wrong chart.  I'm --
6      Here we go.  I apologize.  I meant to be
7  at the bottom of page 2.  So looking at the chart
8  at the bottom of page 2, the title of the chart is
9  Attrition Rates by Degree Program from
10  Matriculation Years 2008 to 2009 through 2017 to
11  2018.
12      Do you see that title?
13      A  Uh-huh.
14      Q  And then across the bottom on the X axis,
15  we have six degrees listed, correct?
16      A  That's correct.
17      Q  And on the Y axis, we have attrition rates
18  up to a maximum of 6 percent.
19      Do you see that?
20      A  Yes.
21      Q  And the attrition rates are separated out
22  by whether they -- the student departed for
23  academic reasons or nonacademic reasons, right?
24      A  Yes.
25      Q  And you would agree that this chart

258

1  supports Dr. Pinsky's assertion that the average
2  attrition rate at American medical schools is less
3  than 10 percent?
4      A  I need one second to read this chart.  My
5  problem with this matriculation rates was when I
6  look at this document, is that -- I didn't know
7  what this attrition rates are.  And the graduation
8  rates are more -- more clear because they were
9  sort of track -- cohort track graduation rates,
10  you know, four to six years cohort tracked
11  graduation which implied, you know, much higher
12  attrition rates.  So then I looked at these
13  attrition and are these, like, single-year
14  attrition rates, like every year how many students
15  drop out.  And then they've been compounded
16  through the program.  Or are these, like -- they
17  just never gave any -- any data.
18      I mean, I don't -- I didn't dispute in my
19  report that -- there are attrition rates out there
20  that don't support Dr. Pinsky's conclusion and
21  that he made up the number.  I never -- I would
22  never say that, and I don't think he did.  I think
23  there are attrition rates that are certainly
24  within his range.
25      What I was trying to say in that paragraph

259

1  was that it really depends which numbers you pick
2  and choose.  And you can get a number, you know,
3  as low as 3 percent.  You see, like, why didn't
4  Dr. Pinskey say that it was 3 percent.  He said
5  10.  So that -- that, I don't know where it came
6  from.  Why didn't say 3 or 5?  I just show the
7  number, that it's 18.
8      So you know, looking at this just
9  this -- at this graph, I would say yes, it's
10  Dr. Pinsky's report and he underestimated it by a
11  factor of three.  So he overestimated it, so it's
12  3 percent on this one.  I just don't know what
13  the -- what this is honestly, because, like, I
14  don't know why it departs so much from the
15  graduation rates.
16      Q  Well, do you -- you see here that this is
17  tracking attrition rates for US medical students,
18  right?
19      A  Yes.  But it -- it seems like these
20  attrition rates, they're based -- I mean, I don't
21  know.  Like, it's the chicken and egg problem,
22  which came first, like, you know, graduation or
23  attrition, like, which one is computed off other
24  ones.  They certainly don't portray the same
25  picture.  So there was a bit of a disconnect for

260

1  me in this report.  All I was trying to say is on
2  the -- on the difficulty and sort of arbitrarity
3  of the interpreting these graphs.
4      And I do not dispute that there's a way to
5  take this data and make Dr. Pinsky's conclusion,
6  but there is also a way to take this data and make
7  a different conclusion.  That's -- that's all I
8  was saying.  I don't disagree with Dr. Pinsky on
9  what he said.
10      Q  So you -- you agree that -- with
11  Dr. -- you have no reason to dispute Dr. Pinsky's
12  opinion that the average attrition rate for
13  American medical schools is less than 10 percent?
14      A  I think the problem with these kind of
15  statements is that if there's no definition of an
16  attrition rate, we need to add a quantifier.  You
17  can say every attrition rate is around 10 percent
18  or most of the attrition numbers we see are under
19  10 percent.  If you take an average, you need to
20  say what the average is taken over.
21      So I don't dispute that Dr. Pinsky made
22  that calculation and he got 10 percent.  All I was
23  saying is that you can sit down and make another
24  reasonable calculation and get 18 which is a big
25  difference, I think, looking at the same data.

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

66 (261 to 264)

261

1    Q  And you --
2    A  That's all I'm trying to say.
3    Q  So again, you have no reason to dispute
4  Dr. Pinsky's opinion about average attrition rates
5  at American medical schools being lower than
6  10 percent?
7    A  Well, again, I would have to know what
8  that attrition rate is, like how does he define
9  the attrition rate.  I have the reason to believe
10  that he -- since the report and the report and
11  certain attrition rate that he -- he thought were
12  reasonable and then I looked at this data and
13  I -- and I was less convinced that there is one
14  way to make a reasonable interpretation of these
15  graphs.
16    Q  Let's assume that Dr. Pinsky evaluates
17  attrition rates consistently with the association
18  of American medical colleges.  The graph -- and
19  you -- you cited this data snapshot in support of
20  your report, didn't you?
21    A  I did.  Yes.
22    Q  And the graph that we see here at the
23  bottom of Exhibit 81 has a maximum attrition rate
24  of less than 6 percent, right?
25    A  Yes.  That's right.

262

1    Q  And the attrition rate for the medical
2  degree program alone, not a joint degree, is
3  actually less than 3 percent, right?
4    MR. EVANS:  Objection, form.
5    A  Yeah.  Yeah.  Attrition rate that -- that
6  this report is compute is 3 percent.  Yes.
7    Q  And do you have any reason to think that
8  the Association of American Medical Colleges is
9  ill-equipped to calculate attrition rates for
10  American medical colleges?
11    A  I do not.  But I believe that there is
12  many different attrition rates that could be
13  computed.  And I believe that AAMC is probably
14  equipped to computed any of these, given their
15  resources.
16    Q  And based on what we see --
17    A  Please go ahead.
18    Q  Based on what we see in Exhibit 81, the
19  American Association of Medical Colleges has
20  settled on, decided on, one manner of calculating
21  attrition, right?
22    MR. EVANS:  Objection, form.
23    A  It seems like they did.  Yes.
24    Q  And that's reflected here in Exhibit 81?
25    MR. EVANS:  Objection, form.

263

1    A  They chose one, yes.
2    Q  All right.  Okay.  Let's look at
3  paragraph 25 of your report.  So paragraph 25 is,
4  again, relying on that AAMC data, right?
5    A  That's right.
6    Q  And this is all data about medical
7  students in the United States?
8    A  Yes.
9    Q  And because of your lack of familiarity
10  with the United States medical system and the
11  Caribbean medical -- strike that.
12    Because of your lack of familiarity with
13  the system of medical education in the United
14  States and in the Caribbean, you don't know
15  whether the data cited in this data snapshot is
16  generalizable to Caribbean medical schools, do
17  you?
18    MR. EVANS:  Objection, form.
19    A  So you're saying that those two things
20  that I'm not familiar and I don't -- I don't think
21  that it's generalizable.  So which one are you
22  asking about?
23    Q  I'm asking --
24    A  You're asking why am I not familiar
25  already.  So you're -- so it's sort of like making

264

1  a conclusion, but I -- I just wouldn't know which
2  one are you asking about.
3    Q  Because of your lack of familiarity about
4  each system, you can't know whether there are
5  differences that would prevent the data here about
6  United States medical students from being
7  generalizable to Caribbean medical students?
8    A  So let me make it --
9    MR. EVANS:  Objection, form.
10    A  Let me make it easier.  Do I believe that
11  these attrition rates are the same as in
12  medical -- as in Caribbean medical schools?  No.
13  I don't believe they're the same.
14    Q  In paragraphs 26 and 27, which include
15  Footnote 23, you cite a study you call Austin and
16  Oseguera 2005 study.
17    You -- do you recall reading that study?
18    A  Yes.
19    Q  And do you recall whether the author's
20  first name Austin, as you cite it, or Astin?
21    A  Astin.
22    Q  And you -- you found this study reliable,
23  right?
24    A  Yes.  I did find it reliable.  The most
25  reliable of the studies I -- I found about

265

1  attrition.
2      Q  So this study is actually the most
3  reliable study that you reviewed?
4      A  It's one of the more reliable studies
5  speaking directly about attrition.  I have to
6  admit that the literature is very thin.  And if
7  you look at the publication, I think it's a
8  respectable publication, but it does not compare
9  to other papers I cite earlier about returns to
10 education.  It's not as prestigious, but still
11 it's a -- it's a -- it's a respectable outlet.  So
12 I found it over the bar to use that data.
13     Q  And you rely on this study in paragraphs
14 26 and 27 to discuss this sort of analysis that
15 you opine would be required to accurately measure
16 Saba's completion rate, and on the other side of
17 the coin, attrition?
18     A  To measure Saba's attrition.  I don't
19 believe these studies tell you how to measure
20 attrition.  Could you -- could you please repeat
21 the question?
22     Q  Well, in paragraph 20 -- 26, actually,
23 strike that.  Let's just move forward and we're
24 going to discuss the study and the ways in which
25 you rely on it.

266

1      Let's turn for a moment, go to opinions
2  that we've already discussed in paragraph 11.  And
3  you're welcome to look back.  You opine that each
4  year of schooling has a separate value for a
5  student, right?
6      A  Yes.
7      Q  And it's your opinion that this holds true
8  for MD students, meaning that each year of medical
9  education adds value even if a student never
10 obtains a medical degree?
11     A  That's right.
12     Q  And you also assert in paragraph 19 that
13 you, quote:  Found no evidence to suggest that
14 attrition rates are a major factor considered by
15 students when choosing an academic institution?
16     A  Yes.
17     Q  And it's your opinion that this -- that
18 this holds true for MD students?
19     A  Yes.
20     Q  Let's take a look at the Astin and
21 Oseguera study that you cite in Footnote 23.  And
22 I'm going to mark this Exhibit 88.
23     (Exhibit 88 marked for identification.)
24     Do you recognize this?
25     A  Yes.

267

1      Q  Let's look at the second sentence of the
2  paper.  So I'll scrolling down to -- I'm scrolling
3  past the executive summary to the -- where the
4  paper actually begins.
5      Do you see this as the first page of the
6  paper?
7      A  Yes.
8      Q  Will you please read this second sentence
9  here?
10     A  So students and their parents have an
11 obvious interest in retention since attending
12 college is of little value in career development
13 unless the student is able to persist through the
14 completion of some degree.
15     Q  Do you agree with this statement?
16     A  No.  I don't agree with this statement
17 actually.
18     Q  But you agree that this study is reliable?
19     A  I think it's reliable in the -- in the
20 dimension -- is the most reliable study that
21 starts to decompose the variation in attrition
22 rates.  I think -- I don't think agree with the
23 statement that attending college is of little
24 value in career development.  They don't really
25 cite anything, any study here.

268

1      Q  And what about this statement, that
2  students and their parents have an obvious
3  interest in retention, do you agree with that part
4  of the statement?
5      A  I think the students have obvious interest
6  in their own retention.  So as a student, I would
7  want to know what's my likelihood of graduating
8  from a school and how likely am I to graduate.
9  The same way parents of a student would want to
10 know how well a student is graduating a college
11 and how much on tract they are to complete a
12 degree.  That I can agree with.
13     I'm not sure if retention in this case
14 means retention rates and, you know, how close
15 they are to -- to complete, versus the school-wide
16 retention.  So it's -- yeah.  I don't have any
17 evidence, as I mentioned, that students have
18 actually interest in school-wide retention rate.
19     I think it's obvious to me that students
20 should know individually where they stand.  Like,
21 if I have a students and they receive a bunch of
22 Fs in classes and they have to graduate, they
23 better know.  So that -- that I agree with.
24     Q  This -- the authors here state that it's
25 obvious students and their parents would be

269

1  interested in retention, right?
2      A  Yes.  But again, I don't know what
3  retention that is.  Is that -- you know, if I'm a
4  parent, I want to know if my student has bunch --
5  if my son has bunch of Fs, going to discipline
6  them, or what the school-wide retention is.  So,
7  like, it's obvious for me the individual one.  And
8  that's -- that's what I assume they're referring
9  to.
10     If they are referring to what's the
11  attrition rate in a particular school, it's less
12  obvious to me.  Seems like it was obvious to these
13  authors but they don't -- they do not really cite
14  any -- any evidence for it.  So I am considering
15  their opinion, but without empirical evidence, I
16  cannot really weight that very heavily.
17     Q  Well, does this study's statement cause
18  you to revisit your opinion that there's no
19  evidence that attrition rates are a major factor
20  for students considering an institution?
21     MR. EVANS:  Objection, form.
22     A  I read -- I did read the study before
23  compiling my report.  And it occurs sometimes that
24  in the first paragraphs of the study researchers
25  would make claims that are unsubstantiated by the

270

1  data and that's a job of the peer review to catch
2  these claims.  So not every peer review process is
3  perfect.  And there's certainly no data being
4  cited here.
5      So when I read this paper, I just chose
6  data that was supported by the data and used that
7  and did not quote that statement because I -- it
8  lacks foundation.
9      Q  So is it your opinion that these authors
10  have made an unsubstantiated statement in this
11  peer-reviewed published work?
12     A  I think they probably -- I wouldn't say
13  unsubstantiated statement.  I think they tried to
14  frame the -- their inquiry, like, why -- why is
15  this inquiry important.  And I would say they
16  maybe overstepped a bit but -- by overclaiming
17  maybe how important the inquiry is, which is a
18  quite common -- quite common thing that academics
19  do, so I am not really too surprised either way.
20  And I don't discount their other results.  I judge
21  them by how solid the empirical work is there.
22     Q  You only discount this statement?
23     A  I do because there's no evidence.  I mean,
24  if they quoted the data here, I would certainly
25  consider it, or cited any paper.  There's no

271

1  citation.
2      Q  So in general, you think this study is
3  reliable and sound?
4      A  I think in some respects, as any study, it
5  has stronger and weaker points in it.  I don't
6  consider even this statement even part of the
7  study in a sense.  It is an introduction to a
8  study when they try to, maybe for the lack of
9  better words, sell their results.
10     So I -- I do think that I just -- I just
11  read through it and, being an experienced
12  academic, I -- I can siphon through these --
13  through these statements and chose those that have
14  empirical foundation and discount those that
15  don't.  So that's what I did in this case as well.
16     Q  So you reviewed this paper in its entirety
17  including this sentence and you chose to discount
18  this sentence because it doesn't align with your
19  opinions in this report -- in your report?
20     A  That would be very --
21     MR. EVANS:  Objection, asked and answered.
22     A  I think that's a very unfair statement
23  because that's not -- that's not what I said.  I
24  said that I didn't -- this statement didn't update
25  my prior on how much students care about attrition

272

1  rates because this paper cited no evidence on any
2  literature or data that supports the statement.
3  So prior or belief about that particular
4  conclusion.  It had nothing to do what -- with
5  conclusions in the report.
6      Q  And we looked at evidence, earlier
7  evidence, from this case where a student was
8  asking about Saba's attrition rate, right?
9      A  Yes.  I remember that.
10     Q  And that evidence didn't cause you to
11  revisit your opinions?
12     A  If you remember my opinion, I think you're
13  mischaracterizing my opinion.  You're trying to
14  put it to the extreme.  The opinion was said about
15  major factor for students.  And again, opinion of
16  one or two e-mails out of hundreds of potential
17  applications or thousands, I don't think it would
18  lead me to conclude that it's a major factor that
19  students are considering.  It would be a very low
20  bar for me and a major factor for me, and again,
21  had nothing to do with the conclusion in my
22  report.
23     Had I found there were more e-mails, I
24  would have put that in the report and said it is a
25  major factor, but it just wasn't.

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

69 (273 to 276)

273

1    Q  Well, you made a -- the categorical
2  statement that you found no evidence that students
3  consider attrition as a major factor, right?  Your
4  language is no evidence?
5    A  That's true.  Because there is no
6  evidence.  There's no evidence presented here.
7  This is an opinion of -- it's an opinion.  I have
8  found opinions during my inquiry that support
9  that, but this is not evidence.
10    Q  And you don't consider the -- the e-mail
11  from the prospective Saba student to be evidence
12  either?
13    MR. EVANS:  Objection, asked and answered.
14    A  I -- I think it shows that there are some
15  students that want to know the attrition rate.
16  That there is a single-digit percentage of
17  applicants that is interested in it, but you know
18  in the field where we uses quantitative evidence
19  and statistics and they wanted to submit
20  that -- that evidence to a journal, that would not
21  meet the peer-review scrutiny in any journal.  So
22  I tend to avoid making statements that I know that
23  would not withstand statistical scrutiny.  I
24  would -- I don't like to use circumstantial
25  evidence and present it as scientific evidence.

274

1  I'm a scientist.
2    Q  In paragraph 32, you assert that a
3  school's decision to publish any potentially
4  relevant statistics, including graduation rates,
5  should be assessed by comparing the institution to
6  a relative comparison group.
7    Do you see that?
8    A  Yes.
9    Q  In your marketing experience, you would
10  agree that schools would typically publish
11  statistics that are positive differentiators of
12  the program?
13    A  Sure.  It's a complicated question.  And
14  in marketing tend to -- we tend to focus on value
15  proposition that tend to emphasize what the school
16  can offer or what the company can offer with its
17  product to its customers, what's the value added
18  of a product.
19    So would a marketing executive choose to
20  publish a statistic that don't thinks experiences
21  value added, it's complicated because as I
22  mentioned earlier, I think the marketing I try to
23  teach, it's not myopic.  I'm not that I'm trying
24  to get the most sales in the year 2024.  I think
25  if I omit certain statistics in there that are

275

1  certainly irrelevant and -- and they don't -- they
2  say impact student quality of choices, I would not
3  consider that a great marketing and I would not
4  recommend that.
5    So I cannot, you know -- there was the
6  intentions of the executives at Saba, that was
7  beyond the scope of the report, never attempted to
8  do that, but marketers would tend to think about
9  long-term health of the brand and customer
10  experience.
11    Q  And marketers would think about the
12  features, the -- the -- the best features about
13  the product they're selling?
14    A  I think would tend to be -- you know,
15  would tend to be accurate.
16    Q  And they would emphasize those features?
17    A  They would -- they would emphasize -- you
18  know, they would position the product and they
19  would try to emphasize value-additive features of
20  a product.  That's true.  Yes.
21    Q  And Saba's USMLE pass rate, Step 1 pass
22  rate is quite high.  Are you aware of that?
23    A  I'm aware it's high.  I never compared it
24  with any other pass rates, so I'm not sure if it's
25  high.

276

1    Q  Are you aware that Saba compares its pass
2  rate to the pass rates of United States medical
3  schools?
4    A  They do.  I recall some statements on
5  their website.  I don't recall exactly the
6  statement, but I do recall some comparative
7  statements there.  Yes.
8    Q  Are you aware that Saba describes its Step
9  1 pass rate as near perfect?
10    MR. EVANS:  Objection, form.
11    A  I don't remember that particular language,
12  but I believe your word.
13    Q  And if only half of students who initially
14  enroll at Saba ever reach the point in their
15  education of taking that exam, does that undermine
16  Saba's representation about its exam pass rate?
17    MR. EVANS:  Objection, lack of foundation;
18  asked and answered.
19    A  So I'm not sure about what -- what the
20  question is.  Does it undermine a conditional
21  probability statement published on the website or
22  it undermines informativeness to students?  Or
23  which one are you -- are you asking about?
24    Q  Does it undermine its informativeness to
25  students?

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

277

1    A  So the conditional probability statement
2  by itself, I mean, it's -- as I mentioned earlier,
3  it's -- in my opinion, it's accurate statement,
4  irrespective of the attrition rate because the
5  denominator is number of people taking the exam.
6  So it is -- the number is what it is.
7      Q  And --
8    A  How -- right, how informative to student
9  that is, that sort of comes back to -- that comes
10  back to the discussion of value-additive and
11  attrition rates.  Sort of if you see two schools
12  that, you know, have different attrition rates --
13  because there is the question of what attrition
14  rates here.  So it's attrition rates and
15  informative statistics to student, right, because
16  the statistic you're referring to which would be,
17  like, a combined, let's say, success rate in -- in
18  that exam, right.
19      So let's say you take a cohort of students
20  and then compute the percentage of actually -- of
21  those that started the -- that passed the exam,
22  that's a compound of attrition rate and pass rate,
23  right, that we can agree to.  So you take two and
24  multiply them together.  If you have 50 percent
25  attrition rate and 100 percent pass rate, you're

278

1  going to get 50 percent number.
2      So the only piece of information that
3  students are missing to compute this, it would be
4  the attrition rate.  Now, the question is how
5  informative that number is.
6      Q  So you agree that an attrition rate has an
7  impact on a student's ability to understand the
8  context of the pass rate?
9      MR. EVANS:  Dr. Jeziorski, were you
10  finished with your previous answer?  It wasn't
11  clear to me you were done speaking before the next
12  question was asked.
13    A  Yes.  I was not done.  What I wanted to
14  say was that the evidence I found in the
15  literature on informativeness of attrition rates
16  to judge the value-added to the school is quite
17  low.  It typically flags the quality of incoming
18  population.
19      So now, if we think about what extra
20  information would attrition rate bring over and
21  above that pass rate to judge the Saba's
22  value-added in increasing your chance to pass this
23  exam, but the conclusion must be the same, that it
24  actually does not reflect that value in -- in its
25  majority; it reflects the quality of the cohort of

279

1  students that enters Saba.  It tells you something
2  about what the ability of student is there meant,
3  more than what actually they delivered during the
4  course of the education.  So I think it's the
5  same -- it's the same answer.  And it's just asked
6  in different facets.
7      Q  Are you finished with your answer?
8    A  Yes, I am.  Yes.
9      Q  So you agree that the attrition rate
10  impacts prospective students' ability to
11  understand the context of the Step 1 passage rate
12  that Saba advertises?
13      MR. EVANS:  Objection, form;
14  mischaracterizes the testimony.
15    A  I think the statement on the passage rate
16  is -- I mean, it's -- I think it's quite clear.
17  It maybe misunderstood if someone would say, you
18  know, doesn't know what conditional probabilities
19  are.  But I think it's quite clear that if you say
20  that, you know, of people that sat in the exam,
21  98 percent of people passed it, I think that
22  statement, this is -- this is a fact, right.
23      Another question is what does the fact
24  mean about the quality of Saba's education and
25  which additional information could inform us more

280

1  about that quality.  What I'm saying is that the
2  attrition rate is not the piece of information
3  that would give you that information.  It would
4  inform you about the quality of entering
5  population, not about the quality value-added of
6  Saba.
7      And when the students are deciding between
8  schools and paying for a degree, they're typically
9  not paying based on the quality of other students
10  entering, unless we believe that there's some
11  network effects there.  But that is a different
12  discussion that never came up and that's beyond
13  the scope of the report.
14      Q  We talked earlier about investment
15  utility, remember?
16    A  Yes.
17      Q  And investment utility involves -- or
18  people make -- consider investment utility before
19  making an investment, right?
20    A  Yes.
21      Q  And part of that is a risk assessment?
22    A  Yes.
23      Q  And if half of students don't make it to
24  the point of sitting for the Step 1 Exam, would
25  that impact a student's assessment of risk?

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

71 (281 to 284)

281

1      MR. EVANS:  Objection.  I believe that was
2 asked and answered.
3      A  So I think according to these papers I
4 cited, it has no impact on it.  Because, again,
5 like, if I look at Harvard, that says has
6 99 percent pass rate, and I got admitted to
7 Harvard and then I also was admitted to Saba that
8 may have 50 percent attrition and -- and, you
9 know, if I was admitted to Harvard, I mean,
10 obviously, I'm very high quality student.  My --
11 actually, my pass rate in Saba would probably be
12 around 99 percent, I would think.
13      I'm not quite sure if actually that number
14 informs me about my personal pass rate.  Okay.
15 Not to mention, that according to Dr. Pinsky
16 report, most of these students, they did not get
17 into Harvard.  So -- and they are evaluating Saba
18 within a set of peer schools.
19      But that's the whole crux of it, that you
20 see this number and if you say, well, if I -- in a
21 world where I was admitted to both Harvard and
22 Saba, somehow if I go to Harvard then I pass for
23 sure, but if I go to Saba, the same person would
24 fail with 50 percent probably, that's -- that's
25 just not supported by research.

282

1      And I think there is a chance that
2 there's a -- there's a worry that these attrition
3 rates would be misleading because people may --
4 may can make that extrapolation.  And the whole
5 point of these paper was that it would be not
6 appropriate to compare schools based on these
7 attrition rates.  They actually say that, and
8 that's not an opinion.  They say that based on the
9 data that they analyzed.
10      So what is attrition rate the right
11 statistic to supplement the exam pass rates?  I
12 would say no.  It could only muddy the water in
13 that -- in that case.  And I would be very worried
14 reporting that statistics without appropriate
15 commentary, which may be actually impossible in
16 something like a marketing pamphlet.  That's just
17 not the space to make academic discussions about
18 usefulness of attrition rates.
19      Q  Would you agree that --
20      A  Yeah.  I'm done.
21      Q  Do you agree that -- I believe I heard you
22 testify to this earlier.  I want to make sure.
23      Do you believe that attrition rates would
24 be important insofar as they shed light on the
25 quality of an education?

283

1      MR. EVANS:  Objection, form.
2      A  I think we don't know -- I think I
3 remember answering that before and we don't know
4 for sure what's the -- what's the signal ratio of
5 informativeness, you know, value of the attrition
6 rate when it comes for discerning the quality of
7 value-added of the school.  We don't know what
8 that number actually is.
9      We do know that if we believe in these
10 papers, we do know that it's less than monitored.
11 It may be zero.  If you ask me if it's zero, I
12 would say probably not, but I don't have evidence
13 against it.  But if I had to apply my personal
14 experience, I would say probably not zero.  I
15 would say it's low and it would -- that's why it
16 would not be one of the first numbers to put on
17 the website because it can be more harmful than
18 beneficial for judging the value-added,
19 interpreted inappropriately.
20      And we have been discussing this for a
21 while now and you get a sense how -- how difficult
22 that point is.  And I think I'm doing my best to
23 sort of go at it all the different angles here.
24      Q  Are you aware that Saba advertises its
25 Step 1 passage rate by reference to the quality of

284

1 its education?
2      A  Yes.  Yes.  I do.  Of course.  Yes.  I've
3 seen these numbers.
4      Q  And it attributes the quality of its
5 education -- or it attributes the near-perfect
6 pass rate to the quality of its education?
7      A  So it was beyond the scope of the report
8 to judge how much the variation in USMLE pass
9 rates.  If, like, the quality of the school
10 education, that would require a similar study as I
11 cited, but that was beyond the scope of the
12 report, so I'm not quite sure, honestly.
13      Q  Do you agree that the purpose of a medical
14 education is to prepare individuals to become
15 medical doctors?
16      A  I would agree with that.
17      Q  And you testified earlier that Saba is
18 effectively an extension of the United States
19 medical education system?
20      A  That was my understanding of Saba.  Yes.
21      Q  So from that, I can understand that
22 you -- strike that.
23      So is it your understanding that many Saba
24 graduates would hope to practice medicine in the
25 United States?

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

285

1    A  Absolutely.  Yes.
2    Q  And the only way they can do that is by
3  passing the USMLE?
4    A  That's my understanding.
5    Q  So the USMLE pass rate would be a
6  significant factor for students considering
7  matriculating at Saba?
8    A  I'm hesitating giving an answer here
9  because that was beyond the scope of the report
10  and -- and whatever on the surface may seem like
11  useful data, an example of attrition rates, I
12  think, taught -- taught me when analyzing this
13  case that need to be careful when looking at these
14  pass rates and attrition rates.
15     So my answer is I don't know.  And
16  that's -- that's the best assessment I can do
17  right now.  I -- I presume that it's possible it's
18  informative, but it's also possible that it
19  follows the same path as the attrition rate, that
20  maybe it's just a reflection of incoming student
21  population.  In that case, you know, we would need
22  to think about these numbers, but I'm not sure.
23    Q  And but you agree that the goal of a
24  student matriculating at Saba would be to obtain a
25  medical degree?

286

1    A  Yes.  I agree with that.
2    Q  And practice medicine in the United
3  States?
4    A  Yes.
5    Q  And you testified earlier as well that the
6  pass rate that -- the USMLE Step 1 pass rate that
7  Saba advertises is accurate because it has -- the
8  comparator is those who pass compared to those who
9  sit for the exam, right?
10    A  That's true.  Yes.
11    Q  So would it be important for prospective
12  students to understand their chances of sitting
13  for the exam?
14     MR. EVANS:  Objection, asked and answered.
15    A  Yes.  My point was that the student --
16  the -- if you take the school A and B and they
17  have different attrition rates, whatever we agree
18  on the definition, what I try to say is that's not
19  actually informative about, you know, Dr.
20  Jeziorski's chances of doing that.  Because if
21  you -- if you compare Harvard to Saba and they
22  have very different attrition rates, I presume,
23  just become Saba's admission policy is much more
24  lax, as Dr. Pinsky stated, and he actually said
25  that this is due to the admission policy

287

1  differences -- like, he said that, if that's true,
2  then I think it would be inappropriate for a
3  student that was admitted to Saba and not admitted
4  to Harvard thinking that had they went to Harvard,
5  their matriculation rate would be 99 percent.  It
6  would not.
7     So that's why even has to be very careful
8  in using this matriculation number or graduation
9  or attrition rates when informing oneself about my
10  own chances.
11    Q  And you would attribute a high attrition
12  rate to a lax standard for admission?
13    A  I mean, I apologize.  I scratch the "lax"
14  statement because I actually don't want to make
15  any judgment which attrition rates are lax or not,
16  because lax is a pejorative connotation and I --
17  that was not my intention.  So I would like to
18  correct that.  I think I would say more -- less
19  stringent admission standards.  I don't want to
20  project my opinions about these -- these
21  admissions rates since that was not part of my
22  report.
23     But I do admit -- I would -- I would agree
24  that -- I wouldn't disagree with Dr. Pinsky's
25  statement that Saba's admission policy is more

288

1  relaxed than typical American school admission
2  policy.
3    Q  So Saba is admitting students that aren't
4  able to meet the admission standard at a superior
5  medical school like Harvard?
6    A  I think that was beyond the scope and but
7  I -- I don't have any reason to disagree with Dr.
8  Pinsky on that.
9    Q  You've done a lot of comparison to
10  students admitted to Harvard and students admitted
11  to Saba, so I'm just -- I'm wanting to explore
12  that.
13     And so students who, you know, are
14  admitted to Saba are generally of lower quality?
15    A  I don't --
16     MR. EVANS:  Objection, mischaracterizes
17  his testimony.
18    A  I would not be surprised if most of the
19  students that were admitted to Harvard and Saba
20  choose Harvard.  That would not be a surprise to
21  me.
22    Q  Okay.
23     MS. WISEMAN:  I need to take about a 15 or
24  20-minute break now.  Could we come back on the
25  record?  And I don't have much left, but could we

Transcript of Przemyslaw Jeziorski, Ph.D.

73 (289 to 292)

Conducted on November 4, 2024

289

1    come back on the record at 6:00 Central? Oh, and
2    we can go off the record now.
3        THE VIDEOGRAPHER:  Stand by.  We're going
4    off the record.  The time on the video monitor is
5    5:43 p.m.
6        (Whereupon a break was had.)
7        THE VIDEOGRAPHER:  We're back on the
8    record.  The time on the video monitor is
9    6:01 p.m.
10   BY MS. WISEMAN:
11       Q  So there I just have a few more questions.
12          You testified earlier that good marketing
13   requires trust, and that trust requires honesty
14   and accuracy, right?
15       A  Yes.
16       Q  And is there ever a point at which
17   attrition would be so high that you believe
18   prospective students would need to know that
19   information for honesty and accuracy in marketing?
20          MR. EVANS:  Objection, form.
21       A  Well, I'll say I don't know but that was
22   beyond the scope of this report.
23       Q  Well, it's your opinion that schools don't
24   publish attrition rates for good reason, right?
25       A  Yes.  That's right.

290

1        Q  And one of those reasons is that attrition
2    is complicated?
3            MR. EVANS:  Objection, mischaracterizes
4    the testimony.
5        A  It's one of the reasons.
6        Q  And there are a lot of different ways to
7    calculate attrition.  That's your opinion?
8        A  That's true.  Yes.
9        Q  Publishing an attrition rate would require
10   disclosure of a lot of additional information and
11   context to communicate how that rate was
12   determined?
13       A  I think that main reason why I think
14   schools opt out of those publishing attrition
15   rates is not the complexity of its calculation;
16   it's the causal link between the attrition rate
17   and the value add of the school, if that link is
18   weak.  And I think that's why the schools opt out.
19   I mean, the -- not the complication and multitude
20   of these rates adds to this, doesn't make it
21   easier.  But I think there's a lot of statistics
22   out there that are also complicated and decide to
23   publish them because there are extremely
24   informative.  Attrition rates is not one of them,
25   I believe.

291

1        Q  So it's your opinion that attrition rates
2    are not informative about the quality of an
3    education that an institution offers?
4        A  I think it's a spectrum of informativeness
5    here.  So again, that without the range here, so
6    how the methodology of the studies is that they
7    try to partial out all the students
8    characteristics out of the attrition rate and then
9    whatever is left that cannot be explained by these
10   differences, they will label that as, you know,
11   unexplained variation in attrition rates.
12           And part of that variation it would be
13   school value-added, we just don't know how big it
14   is.  It may be anything between one-third to zero.
15   So I don't think it's uninformative.  I believe
16   that a lot of information communicates is not the
17   value-added.  While it could be understood as --
18   as value added, and I think we understand that.
19       Q  And you testified earlier that if a
20   student were to depart Haas' PhD program prior to
21   completing the degree, there would be conversation
22   in the department about why that departure
23   occurred?
24       A  I think because of the size of the
25   program, when we have 10 students and these

292

1    programs are not self-funded, they are typically
2    scholarships and we do have a very strong
3    competition for these spots, we get 120 applicants
4    for three spots, there would be a conversation
5    from the point of the school, you know, whether
6    that -- you know, that success rate of that
7    student, like, how much could -- what was the
8    reason, for example, for departure.  We would want
9    to understand whether it was voluntary or
10   involuntary for instance.  That would be important
11   for us.
12       Q  And the school would be interested if
13   whether the school could have done anything to
14   help ensure the student's success at the program
15   to prevent that departure?
16       A  I think if the departure was voluntary,
17   that would be a conversation because there was a
18   student that was meeting requirements but they
19   decided to depart.  So I think some -- we would
20   want to know why they decided to depart.  If it
21   was involuntary, for example, for academic
22   reasons, I think the discussions would be muted
23   because we do believe that in the graduate program
24   unfortunately, the bulk of the responsibility for
25   your education lies with you because this is a PhD

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

74 (293 to 296)

293

1  program, it's a graduate program.  So you have
2  to -- you have to take responsibility for your
3  education.  So there's discussions would be there,
4  but they wouldn't be very prominent, I think.
5      And coming back to sort of that -- that
6  first testimony I gave on this, the placement
7  rates are a much higher point of discussion than
8  attrition rates at school.  Attrition rates, of
9  course, we want to know, again,
10 voluntary/involuntary.  But the discussion with
11 placement rates pretty much just swamps everything
12 else because that's sort of what everyone else
13 cares about, including prospective students.
14     So that -- that's the reality of sort of
15 how these programs are being judged.  That's the
16 statistics published on the website.  Every --
17 every program every PhD program would publish the
18 placement rates, the placements.  And that's sort
19 of the protocol statistics that we care about.
20     Q  So returning to the subject of prospective
21 students and their need to know about attrition or
22 lack of a need to know, is there ever a point at
23 which attrition would be so high that prospective
24 students would -- that that would be critical
25 information for a prospective student to have?

294

1      MR. EVANS:  Objection, asked and answered.
2      A  Again, I think -- you know, I never gave
3  it a thought honestly because it was beyond the
4  scope of this inquiry.  And -- and I don't think
5  that Haas' PhD program particularly had an
6  available attrition.  So I'm not quite sure.
7      I could image extreme cases where no one
8  graduates, an entire cohort fails out.  That --
9  that would be, I think -- you know, it's an
10 outlier.  So compared to peer institution, and
11 it's outlying there, probably, you know, I can
12 imagine situations like that.  But that's taking
13 it to the absurd.
14     And we're talking here about emergent, you
15 know, like, probably well within 100 percent in
16 Saba or any of these schools, so I didn't give it
17 a serious thought what that number would be.
18     Q  So there is a point at which students
19 would need to know.  And you said if there were
20 100 percent attrition rate, prospective students
21 ought to know that?
22     A  I think that --
23     MR. EVANS:  Objection, asked and answered;
24 mischaracterizes the testimony.
25     A  I mean, it's out of -- it's a

295

1  hypothetical.  I mean, I do -- I did see some
2  statistics on attrition rates of the PhD programs,
3  for example, and like MBA programs, I seen some of
4  these numbers.  I've seen some numbers on
5  long-time graduation rates on medical school
6  schools.
7      Q  So are you finished?
8      A  Yeah.  I -- I think it's a complicated
9  question.  And you know, like, what -- it's a
10 similar question to the admission standards
11 questions, like, what -- what attrition rate you
12 know, caused by attrition rates.  Which ones are
13 too lax, too stringent.  I mean, whether school
14 has a responsibility to -- not to admit students
15 that are not going to finish and to which extent.
16 What's the likelihood -- the likelihood there and
17 when should we start worrying about it.  I don't
18 know because these are very deep questions about
19 sort of structure of education.  And I think if
20 the school had zero percent completion rate,
21 I -- I would be worried about it.
22     Now, everything like, when is zero now the
23 question is sort of, what the peer comparison is
24 of this school.  You know, is it an outlier.  Are
25 we comparing apples to apples?  Are we comparing

296

1  Harvards of the world to, you know, maybe
2  second-tier schools of the world.  That's --
3  that's all, you know, needs to be accounted for.
4  And I -- and I see give it very serious thoughts.
5  I'm very reluctant to put on the record because,
6  frankly, I don't know.
7      Q  Well, rather than talking about a
8  comparison between schools, let's focus on one
9  particular hypothetical school.
10     So if the completion rate were zero
11 percent, that would be important for prospective
12 students to know.  What about 10 percent?
13     MR. EVANS:  Objection, asked and answered.
14     A  So I -- I see, you know, like -- so first
15 of all, I don't think we can sort of depart from
16 peer comparison because it's -- for example, it's
17 well understood that a top university's tenure
18 rates are extremely low.  Like, Harvard tenure
19 rate is 10 percent.  Is that low or high?  I don't
20 know.  You know, there's tenures are really high.
21 And you know, if you go down the ranking, there's
22 student -- schools with 100 percent, you know,
23 tenure rate for professors.
24     So you say, well, you going to compare
25 Harvard to 10 percent.  We need to compare it

297

1 within the peer comparison group, right. So if we
2 take the series of these school and start
3 comparing them and then -- there would be no other
4 differences between the school entering population
5 of students, but one school would have extremely
6 high attrition rate. I think that would be
7 indicative of low quality probably.
8     And that's what the paper that I cite
9 actually argues. They actually give the
10 methodology, how to compare these attrition rates,
11 right. So that answer to your question, is the
12 methodology proposed by the paper. So what they
13 do is they take the school and they estimate this
14 model that tries to explain the attrition rates.
15 And they say, okay, well, let's take the predicted
16 attrition rates from the model and compare it with
17 the actual one, right.
18     Because if you take the predicted one, if
19 everything is okay, let's say -- let's say the
20 school delivers average value-added, the predicted
21 one should be equal to the actual one because
22 there would be no outlying reasons, right. Now,
23 let's say your actual predicted one is much lower
24 and the actual one is much higher, that would be
25 indicative that something is going on.

298

1     But without that model, you wouldn't be
2 able to do it. And the model -- I mean, it sounds
3 complicated but all it is is a peer comparison.
4 So it's all comparing within the comparison group.
5 And you know that number will have to be
6 standardized. All schools will have to agree on
7 what we are going to compare. Are we going to
8 publish that standardized number out there, that
9 we're not gaining these attrition rates, for
10 example. We don't pick and choose, you know,
11 years and length of the window to match, you know,
12 whatever the highest we can data mine, I think.
13     That -- you know, that -- that is a world
14 where we could do that comparison. But that world
15 is not what the we observe. That's why we don't
16 see these rates being published.
17     Q  Well, Dr. Jeziorski, my question is about
18 one particular hypothetical school. And I'm
19 wondering whether you think prospective students
20 ought to know about a 10 percent completion rate
21 at this hypothetical school.
22     MR. EVANS: Objection, asked and answered.
23     A  So you twist my arm to talking about that
24 school is that I -- my -- my straight answer to
25 this is that one completion rate from one school

299

1 bears no information about the quality of that
2 school. Because I normally know what the group
3 comparison is.
4     You tell me that 10 percent of people get
5 tenure at Harvard. Is Harvard a bad institution?
6 No. They actually the best economics department
7 in the world. It's just that the standard in the
8 very top schools is that it's 20 to 30 percent
9 tenure rates. You know, for someone that is not
10 aware of the industry and doesn't know what the
11 comparison group is, these rates may seem really
12 low but actually it's fine so --
13     Q  Doctor -- Dr. Jeziorski --
14     A  You give me one school, I -- I just,
15 that -- without peer comparison, I can't do it.
16     Q  We -- we have very little time left so I
17 am going to ask you to answer my question.
18     You testified earlier that a zero percent
19 completion rate at a school would be something
20 prospective students would want to know about.
21     My question is now about a 10 percent
22 completion rate. Please answer.
23     MR. EVANS: Objection. The witness has
24 stated why he can't answer the question as
25 presented, Counsel.

300

1     Q  So you -- you're not willing to answer
2 about -- you answered about zero percent but
3 you're not willing to answer about 10 percent?
4     MR. EVANS: Objection, he -- he answered,
5 just not the answer you're looking for.
6     Q  Well, okay. So I -- I do want to make it
7 clear that you're not comfortable offering an
8 opinion on whether prospective students ought to
9 know about a 10 percent completion rate at a
10 hypothetical school?
11     A  Ma'am --
12     MR. EVANS: Form, you can answer.
13     A  I don't know the threshold about which
14 this is problematic and about which it's not. We
15 can continue, you know, price skimming this
16 number. You can ask me for 1, 2, 3, 4, 5 percent
17 and then divide it into half percentages and then
18 finally arrive at a threshold.
19     I don't have a threshold. So we not going
20 to follow this skimming down because I just don't
21 have a threshold. I know that zero is not okay.
22     Q  So you're --
23     A  So if someone doesn't graduate a single
24 student -- if they graduate some students,
25 that's -- that's being unknown because I don't

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

301

1  know what the standards are and the peer
2  comparison attrition rates are.  So we an keep
3  going down to 1 percent, you know but I -- I know
4  that I am not ready to -- to go through that, you
5  know, skimming exercise.
6      Q  So zero is not okay, but one might be
7  okay?  Is that your testimony?
8      A  So now we're going through the skimming
9  exercise.  I'm not going to do that because I
10  don't have a threshold.  Because you said you not
11  going to go through the skimming exercise and now
12  we going 1, 2, 3.
13      Q  Well, it does sound --
14      A  -- I cannot --
15      Q  It does sound as if zero is your
16  threshold.
17      A  No.  It's not.
18      Q  So are you retracting your earlier
19  testimony that a zero percent completion rate
20  would be something prospective students ought to
21  know?
22      MR. EVANS:  Objection, form.
23      A  The definition of a threshold is that
24  everything above the threshold is one thing and
25  everything below the threshold is one thing.  I

302

1  didn't say everything above zero is okay.  I never
2  said that.  I zero is not okay.  I never said that
3  1, 2, 3, 4 is okay.
4      Q  So the thresh -- zero is not okay?
5      A  No.  It's -- I don't think it's okay.  I
6  think --
7      Q  And one --
8      A  -- if you didn't graduate a single
9  student, that would not be okay.
10      Q  And 1, 2, 3, 4, 5 might be okay?  You're
11  not willing to explore further whether 1, 2, 3, 4,
12  5 might be okay?
13      MR. EVANS:  Objection, mischaracterizes
14  his testimony; asked and answered.
15      A  I -- I really don't know because that was
16  beyond the scope of the report to judge which
17  attrition rates are okay or not.  And you're
18  asking me to do it without the comparison group.
19  And I'm not ready to do that because I think it's
20  meaningless if you don't give me a comparison
21  group.
22      Q  So my question is about honesty and
23  transparency in marketing.  It's not about what is
24  okay and not okay.
25      And you indicated that for a school to

303

1  advertise and market but have a zero percent
2  completion rate would be a problem from a
3  standpoint of honesty in marketing?
4      A  I think if there is an institution that
5  advertises programs and been around for many years
6  and they haven't graduated a single student, if
7  you ask for me my expert opinion, I would say yes,
8  that institution should probably disclose that
9  information.
10      Q  If prospective Saba students were told
11  that 50 percent of students who enrolled don't
12  make it through the program or two years of the
13  program, do you think that disclosure would impact
14  student enrollment?
15      MR. EVANS:  Objection, lack of foundation;
16  and form.
17      A  So following from my report that I found
18  no evidence that these attrition rates -- I -- i
19  have to make a comment here about how these
20  studies are being conducted.
21      So all these studies, they -- they present
22  something called local effects.  So they present
23  effects of certain statistics on decision-making
24  of the students and consumers within observed
25  values of the statistic, right.  So if I tell you

304

1  that, for example, if I have no evidence of
2  attrition rates have -- have any informational
3  value, that's within the reported range of
4  attrition rates.
5      Like, we don't know -- if you give me a
6  hypothetical if the attrition rate of a school is
7  100 percent that would have an impact.  And the
8  data set the researchers have used does not
9  contain 100 percent in it.  They can't say
10  anything about that -- that number.  All they can
11  say is that within observed values of reports and
12  existing attrition rates, it seems like that
13  variation, those differences have no impact.
14  These are locally effects, observed effects.
15      It does make no statement over, you know,
16  outside of the data point or hypotheticals.  We
17  are hypothesizing here.  And that's why I'm
18  not -- I am not really ready to hypothesize and,
19  you know go into an exercise of, you know,
20  bisecting the line and getting on my threshold
21  because I don't really have a threshold.
22      And but I would believe that someone who
23  didn't graduate a single student, that -- that
24  would be very special for me.  I -- I wouldn't
25  like that.  As an educator, I would like that

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

305

1  institution to disclose it.  But that does not
2  refute the studies because the studies probably
3  never observed a school that had no one graduated
4  that's never happened.  So that -- that was never
5  part of the data.
6       So the conclusions actually don't apply to
7  that part.  I think it would be quite informative
8  actually, I think, about the quality, if it was
9  zero.  One, I don't know.  Two, three, I -- I'm
10 not sure.  That -- that is, you know, a scale,
11 spectrum, where we start getting, you know, into
12 very specific thresholds.
13      MS. WISEMAN:  That's all my questions for
14 today.
15      THE WITNESS:  Thank you.
16      MR. EVANS:  All right.  Doctor, I've got a
17 few follow-up questions.
18      Ms. Wiseman, do you -- do you need a break
19 or would you like me to jump right in?
20      MS. WISEMAN:  You go right ahead.
21      MR. EVANS:  All right.
22           EXAMINATION
23 BY MR. EVANS:
24   Q  Dr. Jeziorski, as you know I am counsel to
25 the defendants, R3 Education and Saba.  I know

306

1  you've been here for a while today, so I'm going
2  to keep my questions brief but there are a few
3  things I want to follow up on.
4       Several minutes ago, Counsel presented you
5  with some hypotheticals of different variables to
6  assume with respect to Saba's attrition rate and
7  asked you, you know, if you could calculate the
8  attrition based upon the variables that she
9  provided.
10      Do you recall that?
11   A  Yes.
12   Q  To your knowledge, has any accreditor or
13 regulatory body with jurisdiction over Saba
14 published any guidance or guidelines that
15 specifies the variables that Saba should use in
16 any attrition calculation?
17   A  No.  Only on-time graduation am I aware
18 of.
19   Q  You're -- you're referring to the US
20 on-time completion rate?
21   A  Yes.
22   Q  Okay.  So -- so talking about attrition,
23 while -- while the calculation itself may be
24 complicated, is it fair to say that the real issue
25 is that there's not a standard guideline for how

307

1  it should be calculated?
2   A  Yes.  That's one of the issues.
3   Q  And -- and would the other issue be that
4  attrition is simply not an accurate reflection of
5  the quality of the school?
6   A  That's right.
7   Q  Dr. Jeziorski, I also recall some
8  questions about -- about whether Caribbean medical
9  schools in general have lower admission standards
10 than US medical schools.
11      Do you recall that?
12   A  Yes.
13   Q  And I believe your understanding was that
14 they do have lower admission standards?
15   A  That's right.
16   Q  To your knowledge, are the standards that
17 an international medical graduate must meet in
18 order to practice medicine in the United States
19 any different than a student that studied medicine
20 in the United States?
21   A  My understanding is these are standardized
22 tests so -- and the match process is -- is equal
23 to everyone.  So no, there is no different
24 standard.
25   Q  So if -- if international medical

308

1  graduates are held to the same standards as US
2  medical students but the admission standards at
3  Caribbean are lower than US medical schools, what
4  would you anticipate would be the impact on the
5  attrition in Caribbean medical schools versus US
6  medical schools?
7   A  I would except them to be larger in the
8  Caribbean medical schools.
9   Q  Okay.  I want to go to paragraph 25 of
10 your report, if you still have that up.  I'm
11 looking at the first two sentences which say:
12 Graduation and attrition rates can be influenced
13 by a variety of factors that may not reflect the
14 quality of the institution itself.  For example
15 students may leave due to financial hardship,
16 personal reasons, or transferring to another
17 medical school.
18      Do you see that?
19   A  Yes.
20   Q  And with respect to this particular
21 paragraph, you -- you got some questions from
22 counsel about -- about, you know, your lack of
23 experience with -- with medical schools in
24 general.
25      Do you recall that?

Transcript of Przemyslaw Jeziorski, Ph.D.
Conducted on November 4, 2024

78 (309 to 312)

309

1    A  Yes.
2    Q  Do you have any reason to believe that the
3  factors that you list here as to why students may
4  leave, financial hardship, personal reasons, or
5  transferring to another school, do you have any
6  reason to believe those reasons wouldn't also
7  apply in the medical school context as well?
8    A  No.  I don't have reasons to believe
9  any -- that wouldn't apply.
10   Q  Dr. Jeziorski, you -- you reviewed
11 Dr. Pinsky's report; is that correct?
12   A  Yes.
13   Q  And you reviewed the opinions that he
14 expressed in that report?
15   A  Yes.
16   Q  Do you recall whether Dr. Pinsky cited any
17 academic literature whatsoever in support of his
18 opinions?
19   A  I don't recall any citations.
20   Q  Did Dr. Pinsky cite to any studies in
21 support of his opinions?
22   A  I don't recall any studies.
23   Q  Did Dr. Pinsky collect any data that he
24 referred to in his reports?
25   A  Not beyond the e-mails he mentioned.

310

1    Q  Did Dr. Pinsky identify the attrition
2  rates of any Caribbean medical schools other than
3  Saba's.
4    A  No.  I don't believe so.
5    Q  Okay.
6       MR. EVANS:  Thank you, Dr. Jeziorski.  I
7  don't have any further questions.
8       THE WITNESS:  Thank you.
9       MS. WISEMAN:  And I don't have any
10 follow-ups, so we can go off the record.
11      MR. EVANS:  Before we go off the record, I
12 just want to say that we're going to read and sign
13 the transcript.
14      THE VIDEOGRAPHER:  Stand by.  This marks
15 the end of the deposition of Dr. Przemyslaw
16 Jeziorski.  We're going off the record at
17 6:27 p.m.
18      (Off-the-record discussion.)
19      THE REPORTER:  Counsel, can I get
20 confirmation of orders, please?
21      MS. WISEMAN:  Yes.  We'd like to order the
22 transcript on your shorter turnaround.
23      THE REPORTER:  When would you like it.
24      MS. WISEMAN:  When are you -- what is your
25 timeline, Karisa?

311

1       THE REPORTER:  Really, if you just let me
2  know when you -- when you want it, I can have it
3  to production.
4       MS. WISEMAN:  Okay.  In the next couple of
5  days would be great.  Wednesday?
6       THE REPORTER:  You'd like it Wednesday?
7  Okay.
8       All right.  And Mr. Evans?
9       MR. EVANS:  Yeah.  We'll take it on
10 Wednesday as well.  No video at this time.
11      (Off-the-record discussion.)
12      MS. WISEMAN:  We do want the rough.
13 (Whereupon the proceedings were concluded at
14        6:28 p.m. CDT)
15
16
17
18
19
20
21
22
23
24
25

312

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2       I, Karisa Ekenseair, the offer before whom
3  the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true
5  and correct record of the testimony given; that
6  said testimony was taken by me stenographically
7  and thereafter reduced to typewriting under my
8  direction; that reading and signing was not
9  requested; and that I am neither counsel for,
10 related to, nor employed by any of the parties to
11 this case and have no interest, financial or
12 otherwise, in its outcome.
13      IN WITNESS WHEREOF, I have hereunto set my
14 hand and affixed my seal this 6th day of November,
15 2024.
16 My commission expires: 6-18-2028
17
18
19
20 Karisa Ekenseair, CCR RPR RMR
21
22
23
24
25