# EXHIBIT E

# AAMC Data Snapshot



October 2023

## Graduation Rates and Attrition Rates of U.S. Medical Students

Source: AAMC Student Records System (SRS)

Key Findings: Medical school graduation rates for non-dual degree MD students remained stable from 1998-1999 through 2017-2018. The 4-year graduation rate ranged from 81.7% to 84.1%. Six years after matriculation, the average graduation rate was 96.0% of non-dual degree MD students.



The length of time to graduate varied for students in combined degree programs. For example, 60.7% of MD-PhD students graduated within eight years of matriculation. That percentage reached 92.9% of MD-PhD students graduating within 10 years of matriculation. Most students in the other types of combined degree programs (e.g., MD-MPH) graduated within five years of matriculation.



Association of American Medical Colleges

# AAMC Data Snapshot



From 1998-1999 through 2017-2018, more medical students left medical school due to nonacademic reasons than due to academic reasons, according to data reported by medical school registrars in the AAMC Student Records System (SRS). The national total attrition rate remained relatively stable at an average of 3.2% over those 20 years. Additionally, attrition rates appeared to vary by degree program. For academic years 2008-2009 through 2017-2018 combined, students in MD-MBA combined degree programs had the lowest attrition rate at 0.6%, and students in combined Bachelors-MD programs had the highest attrition rate at 5.7%.





19-355

Association of American Medical Colleges