# EXHIBIT G

WORKING PAPER #335
INDUSTRIAL RELATIONS SECTION
PRINCETON UNIVERSITY
OCTOBER, 1994

Returns to Schooling:

A Peculiar Deviation from Linearity

Jin Heum Park

Department of Economics

Princeton University

October 1994

I thank Professor David Card for his advice and encouragement. I also thank Professor Cecilia Rouse, Paul Oyer, Lisa Barrow, and participants of the Princeton University Labor Seminar for constructive suggestions.

Returns to Schooling:

A Peculiar Deviation from Linearity

Abstract

Results reported in this paper indicate that the returns-to-schooling
profile exhibits a peculiar departure from log-linearity.   In
particular, for white males, the return to the 15th year of schooling
(the third year of college) seems to be much smaller than that predicted
by log-linearity.   That is, people with 15 years of schooling do not
appear to earn any more than those with 14 years of schooling.    I
discuss several theories and evidence that may explain the peculiarity.
Amongst them, measurement error in schooling seems the most plausible.

## 1. Introduction

When estimating returns to schooling, economists usually work with a model that specifies a log-linear relationship between earnings and the number of years of schooling (or a linear relationship between the natural logarithm of earnings and years of schooling).[1] The log-linearity assumption implies that each additional year of schooling should bring an equal percentage increase in earnings. Available empirical evidence for log-linearity comes mostly from the application of the Box-Cox method that "lets data choose" the best transformation of the variables. The log-linear model has been shown to be preferable to other simple alternatives such as the linear or the log-log specifications.

But the Box-Cox method cannot say anything about some types of departures of the returns-to-schooling profile from log-linearity such as the effect of college graduation.[2] In this paper I re-examine the shape of the returns-to-schooling profile in order to see if there are any peculiar departures of the profile from log-linearity. Two questions that I would like to answer are "Are there any deviations of the returns-to-schooling profile from log-linearity?" and "If so, what are the sources of the deviations?" The college graduation effect pointed out by Card and Krueger (1992), for example, is an evident departure from log-linearity. But there may be other degree effects, and degrees may or may not explain any particular deviation of the profile from log-linearity.

1

Results reported in this paper indicate that the schooling profile is indeed very close to being log-linear.   However, the profile also exhibits peculiar departures from log-linearity that warrant further examination.   In particular, the return to 15 years of schooling seems to be much smaller than predicted by log-linearity.   That is, people with 15 years of schooling do not appear to earn any more than those with 14 years of schooling.

I have found only one direct reference to the peculiar return to 15 years of schooling in the literature.[3]  Blair, Finn, and Stevenson (1981), in their study of the returns to the associate degree for technicians using data from the 1972 Postcensal Manpower Survey, observe that "It is interesting to see that a third year of college does not increase the earnings gain from two years of college unless the student goes on to complete four years of college and earn a degree," but they provide no explanation for the phenomenon.   Table 2 in Hungerford and Solon (1987) also indicates such a peculiarity.  It shows changes in returns to schooling between 13 and 14, between 14 and 15, and between 15 and 16 years of schooling to be 0.014, -0.005, and 0.176.   They make no mention of the peculiarity associated with 15 years of schooling.  I would like to fill this gap in the literature by examining various theories and evidence that may explain such a deviation of the returns-to-schooling profile from log-linearity.

## 2. Log-linearity: Theory and Evidence

The popularity of the log-linearity assumption can be justified on both theoretical and empirical grounds.  The log-linear model, derived by Jacob Mincer, whose work on the relationship between earnings, schooling, and experience culminated with the publication of *Schooling, Experience, and Earnings* in 1974, was based on the theory of human capital.  Mincer demonstrates that the maximization of present value of investment in human capital yields the simple log-linear relationship between earnings and schooling.  The much cited study by Heckman and Polachek (1974) provides empirical support for log-linearity.  Heckman and Polachek examine the functional form of the relationship between earnings and schooling using the Box-Cox method applied to data from the 1960 Census, the 1967 Survey of Economic Opportunity, and the 1970 Census.  They conclude that, when the log of hourly earnings (rather than the log of annual earnings) is used as the dependent variable, the log-linear specification performs better in the log-likelihood sense than other simple alternatives such as the linear or the log-log specifications.[4]

Card and Krueger (1992) use a nonparametric approach to examine the log-linearity of the earnings-schooling profile.  Using data from the 1980 Census, they regress the log of weekly wage on a complete set of dummy variables for 0 to 20 years of schooling, linear and quadratic potential labor market experience, marital status, state of birth, state of residence, and residence in an SMSA.  Based on a visual inspection of

3

the shape of profiles constructed from the estimated coefficients on schooling dummies, they conclude that, except for some effect of college graduation, departures of the profile from log-linearity are small above the threshold level of 2 or 3 years of schooling.

## 3. Data

I use the merged Outgoing Rotation Group (ORG) files of the Current Population Survey (CPS) from 1979 to 1991.   The CPS rotates sample members out of the sample after they have been in the sample for four consecutive months.   Members of the sample households are then kept out of the sample for eight months before they are surveyed again for four more months.   Those who are in their fourth or eighth month in the sample are said to be in the outgoing rotation group.   Each month one quarter of those in the outgoing rotation group are asked about their wages and hours of work for the past week.   An annual merged ORG data file contains all twelve monthly ORG data.   I exclude all observations with allocated wages or hourly wages greater than $100 or less than $1 (1979 dollars) and only use samples for white males aged 25 to 64 whose highest grade completed is at least 9 and who completed the highest grade attended.   Appendix 1 shows the sample sizes for each schooling level.

Later on, I also use data from the 1992 CPS ORG file along with the 1991 file to create a panel spanning a two-year period.   Because of the sampling structure of the CPS, up to one half of the sample in the 1991

4

file can have a matching observation in the 1992 file.   I match the CPSs
in order to utilize the fact that the 1991 CPS and the 1992 CPS use
different coding schemes for educational attainment.   The 1991 CPS ORG
file contains the usual measure of schooling, the number of years of
schooling, whereas the 1992 file has only the highest degree obtained and
no measure of the number of years of schooling for people who have more
than 12 years of schooling.[5]   Appendix 2 briefly explains the algorithm
used to construct a matched sample.


## 4. Models

The model derived by Mincer (1974) can be written as

(1) $$w = \alpha_0 + \gamma S + \beta_1 X + \beta_2 X^2 + \epsilon_1,$$

where $w$ is the log hourly earnings, $S$ the number of years of schooling, $X$
the number of years of labor market experience, or potential experience
defined as age - schooling - 6, and $\epsilon_1$ a vector of residuals.   This
model is based on the theory of human capital, in which individuals
increase their stock of human capital by investing in schooling and by
investing in on-the-job training after leaving school.   In this
specification, each additional year of schooling is assumed to result in
a $\gamma$ percent increase in hourly earnings and hence $\gamma$ is interpreted as the
rate of return to schooling.   This model asserts that an important
source of earnings differentials is different levels of human capital

accumulated by individuals.

I estimate a series of returns-to-schooling profiles in order to examine whether linearity is a good approximation to the "true" relationship between earnings and schooling and whether there are any peculiar deviations from linearity.[6]  In order not to impose any functional restrictions on the schooling variable, I use a dummy variable for each level of schooling.   That is, I fit the following equation:

(2) $$w = \alpha_0 + \sum_{i=9}^{18} \alpha_i S_i + \beta_1 X + \beta_2 X^2 + \epsilon_2,$$

where $S_i = 1$ if the highest grade completed is $i$ and 0 otherwise, and $\alpha_{12}$ is restricted to be zero.   Because of the restriction on $\alpha_{12}$, $\alpha_i$ is interpreted as the average percentage wage differential between individuals with $i$ years of schooling and those with 12 years of schooling after the effect of potential labor market experience has been taken out.   $\alpha_{i+1} - \alpha_i$ is approximately the average percentage wage differential between individuals with $i + 1$ and $i$ years of schooling. We can use the estimates of $\alpha_i$s to examine the shape of the returns-to-schooling profile.

## 5. Estimated Schooling Profile

Plots of the estimated coefficients of the schooling dummies in equation (2), $\alpha_i$s, for white males aged 25-64 are shown in Figure 1 with schooling level on the horizontal axis and wage differentials on the

6

vertical axis.   Consistent with Mincer's theoretical derivation and previous empirical findings, the thirteen profiles shown in Figure 1, one for each year from 1979 to 1991, are all remarkably close to being linear.   But we can also observe a salient deviation from linearity common to all thirteen profiles--they all exhibit a flat segment between 14 and 15 years of schooling and a jump between 15 and 16 years of schooling.   The college graduation effect (a sudden jump of the profile at 16 years of schooling) is evident.   But it appears to be prominent (or more prominent than it really is) because the profile is much flatter between 14 and 15 years of schooling than over other segments of the profile.   If the profile between 14 and 15 years of schooling were as steep as that between 13 and 14 years of schooling, the jump at 16 would not seem so evident.

The schooling profile by quantile shown in Figure 2 presents much the same picture as Figure 1.   Figure 2 is based on the results from the estimation of equation (2) using the method of quantile regression for grouped data as described in Chamberlain (1991).[7]   The five lines in each graph in Figure 2 correspond, from the top, to the schooling profile obtained from regressing the 90th, 75th, 50th, 25th, and 10th quantiles of the wage distribution in each of the schooling-experience cell on schooling, experience, and experience squared.   For almost all quantiles examined, the schooling profile exhibits a flat segment between 14 and 15 years of schooling.

7

## 6. The Extent of Deviation from Linearity

To measure the extent by which the returns-to-schooling profile deviates from linearity, I estimate equation (1) with two additional dummy variables included for the schooling levels of 15 and 16 as shown below:

$$(3) \qquad w = \alpha_0 + \gamma S + \beta_1 X + \beta_2 X^2 + \alpha_{15} S_{15} + \alpha_{16} S_{16} + \epsilon_3.$$

All variables are defined as before but parameters have different meanings. $\alpha_{15}$, for example, measures the percentage deviation of the log hourly earnings of the individuals with 15 years of schooling from that predicted by linearity. The shape of the profiles shown in Figures 1 and 2 suggest that $\alpha_{15} < 0$ and $\alpha_{16} > 0$.

Results from the estimation of equation (3) are reported in Table 1. As expected, the signs of the estimates of $\alpha_{15}$ and $\alpha_{16}$ are negative and positive, respectively. The downward deviation from linearity at 15 years of schooling doubled between 1979 and 1991, while the upward deviation at 16 years of schooling decreased by a much smaller magnitude.

## 7. What may Explain Non-Linearity Associated with 15 Years of Schooling?

### 1) Personal and Employment Characteristics

A disproportionately large fraction of people with 15 years of schooling may have personal and employment characteristics that are

negatively correlated with earnings.   Table 2 reports the results from
the re-estimation of equation (3) with the additional controlling
variables that are known to lead to wage gaps.   Controlling for these
characteristics does reduce the magnitude of deviations, but the
deviation at 15 years of schooling remains substantial at about 5
percent.

**2) The Shape of the Experience Profile**

A constraint imposed on the econometric model used in the
estimation of the profile may give rise to the peculiar deviation.   In
equation (2), for example, everyone is assumed to have the same
experience profile.   However, the experience profile for people with 15
years of schooling may be, for some reason, flatter than that for the
rest of the population.   When the experience profile is constrained to
be identical for everyone regardless of the level of schooling, a flatter
experience profile for people with 15 years of schooling may result in an
underestimation of $\alpha_{15}$ since exaggerated effect of experience will falsely
undermine the effect of schooling by reducing the schooling coefficient.

Figure 3 shows experience profiles for each level of schooling from
12 to 16.   Each profile is a plot of the average log hourly earnings
against potential experience.   The profile for people with 15 years of
schooling seems to overlap with that for people with 14 years of
schooling.[8]   The experience profiles for other levels of schooling show
the expected pattern--a higher level of schooling is associated with a

9

higher experience profile.   However, it does not appear that the experience profile for people with 15 years of schooling is much flatter than that for the rest of the population.


### 3) Mismeasurement of Schooling

The schooling variable may be mismeasured, and mismeasurement may be more serious for those who report to have 15 years of schooling.   It is possible that some reported schooling levels are more prone to measurement error than others.   Grubb (1993) reports that the self-reported probability of post-secondary enrollment is in general higher than the transcript-reported probability and that such an upward bias is more common for individuals with lower levels of educational attainment. If, for example, people with 15 years of schooling in fact have only 14 years of schooling, then $\alpha_{14}$ should be the relevant coefficient in equation (2) for both people with 14 years of schooling and people with 15 years of schooling.   In fact, when equation (2) is estimated for each year from 1979 to 1991, the hypothesis that $\alpha_{14}$ equals $\alpha_{15}$ can be rejected only twice (for 1985 and 1988) at the 10 percent level of significance and once (for 1988) at the 5 percent level.   Hence, it seems likely that many people who report to have 15 years of schooling in fact have 14 years of schooling.   However, it is difficult to estimate the extent of mismeasurement with available data.


### 4) Productive Contents of the 15th Year of Schooling

Another explanation for the deviation at 15 years of schooling and the observational similarity between people with 14 or 15 years of schooling is that what people learn in their 15th year of schooling does not increase their earnings capacity and hence people with either 14 or 15 years of schooling are treated more or less equally in the labor market.   Although it is not a direct measurement of the productivity of the 15th year of schooling, Mennemeyer and Gaumer (1983), in their study of wage differentials among nurses with different educational credentials, find that nurses with a three-year diploma certificate conferred by a hospital-sponsored school of nursing did not earn higher wages over nurses who have a two-year associate degree.

It may be possible to use transcript data to measure the effect on earnings of credits earned on the subjects usually taught in college. The productivity hypothesis would not be unfounded if people with 15 years of schooling took in their 15th year mostly courses that are not positively correlated with earnings.   But it is unlikely because specialized courses that should have a higher correlation with earnings tend to be more concentrated in the latter years of college than in the first two years of college.

### 5) Signalling Hypothesis[9]

15 years of schooling may send a negative signal to employers. Since it usually takes 16 years of schooling to complete a four-year college program, many of those with 15 years of schooling may be college

drop-outs.   With limited information on the productivity of workers,
employers may offer lower wages to drop-outs than to completers.   Table
3 shows the distribution of college degrees in relation to the highest
grade completed as compiled from the matched sample from the 1991 and the
1992 CPS ORG files.   Numbers shown in Table 3 suggest that indeed many
of those with 15 years of schooling may have attended a four-year
college.   If they had attended a two-year college, then many of them
would have an associate's degree.   However, only 23 percent of them have
an associate's degree, while 64 percent report to have some college
education with no degree.

Even though 13, 14, and 15 years of schooling can all be a negative
signal, it appears that only 15 years of schooling actually is one.
Fourteen years of schooling may not be associated with a negative signal
in the aggregate because of two-year college degrees.   A degree premium
enjoyed by those who have a two-year college degree may dominate the
negative drop-out penalty paid by those who dropped out of a four-year
college after two years.   Thirteen years of schooling may incorporate a
college admission effect.   That is, the fact that people with 13 years
of schooling passed college admissions criteria may add to the return to
13 years of schooling (Arrow 1973).

**6) Sheepskin Effects**

If the "true" returns-to-schooling profile is piece-wise linear but
a linear model is estimated, then we may see the type of deviations at 15

12

and 16 years of schooling reported in Table 1.   The most common piece-wise linear specifications are the following:

(4) $$w = \alpha_0 + \alpha_1 S_1 + \alpha_2 S_2 + \gamma S + \beta_1 X + \beta_2 X^2 + \epsilon_4,$$

(5) $$w = \alpha_0 + \alpha_1 S_1 + \alpha_2 S_2 + \gamma_0 S + \gamma_1 S_1 \cdot (S - 12) + \gamma_2 S_2 \cdot (S - 16)$$
$$+ \beta_1 X + \beta_2 X^2 + \epsilon_5,$$

where $S_1 = 1$ if $S \geq 12$ and 0 otherwise, and $S_2 = 1$ if $S \geq 16$ and 0 otherwise.   In equation (4), each segment of the schooling profile has the same slope, whereas equation (5) allows the slope of the profile to be different over various segments of the profile delimited by diploma years--the 12th and the 16th years.   In these specifications, degrees other than a high school diploma and a four-year college degree are ignored.   The motivation behind these specifications is that degrees generate extra returns to schooling, the so-called "sheepskin effects" or credentialling, which point to the jumps in the returns to schooling in diploma years.[10]   The presence of sheepskin effects would indicate that important returns to schooling are credentials that certain levels of schooling entail.   That is, degrees rather than years of schooling may be rewarded in the labor market, or degrees generate extra returns to schooling.

To examine the possibility that the deviations reported in Table 1 are results of piece-wise linearity, I estimate equations (4) and (5) with two additional dummy variables for 15 and 16 years of schooling. That is, I fit the following two equations:

(6)    $w = \alpha_0 + \alpha_1 S_1 + \alpha_2 S_2 + \gamma S + \beta_1 X + \beta_2 X^2 + \alpha_{15} S_{15} + \alpha_{16} S_{16} + \epsilon_6$

and

(7)    $w = \alpha_0 + \alpha_1 S_1 + \alpha_2 S_2 + \gamma_0 S + \gamma_1 S_1 \cdot (S - 12) + \gamma_2 S_2 \cdot (S - 16)$

$\qquad + \beta_1 X + \beta_2 X^2 + \alpha_{15} S_{15} + \alpha_{16} S_{16} + \epsilon_7,$

where the variables are defined as before.   Results from the estimation
of equations (6) and (7) are reported in Tables 4 and 5.   They still
show significant deviations at 15 years of schooling.   Hence, it does
not seem that piece-wise linearity associated with sheepskin effects as
defined in equations (6) and (7) are the source of deviations observed
earlier.

A degree effect not considered by specifications (6) and (7) comes
from two-year college degrees.[11]  If many of those with 14 years of
schooling have a two-year college degree (an associate's degree) and many
of those with 15 years of schooling are drop-outs from four-year colleges
and hence have no college degree, then the return to 14 years of
schooling plus a degree premium may add up to the level similar to that
associated with 15 years of schooling with no degree premium.   To
examine this possibility, I estimate a more "detailed" schooling profile
using the matched sample from the 1991 and the 1992 CPS ORG files.   By
using the matched sample that contains both the number of years of
schooling and the highest degree obtained, it is possible to estimate the
effect of various degrees on returns to schooling.   Table 6 reports the
estimated wage differentials among various schooling-degree combinations,

14

and Figure 4 contains the plot of the returns-to-schooling profile overlapped with the "returns-to-degree" profile.   The first column in Table 6 is based on the estimation of equation (2) using the matched sample, where all observations come from the 1991 CPS ORG file.   The rest of Table 6 comes from the regression of the 1991 log hourly wage on experience, experience squared, and interaction terms between 1991 schooling dummy variables and 1992 degree dummy variables.   Those who report 12 years of schooling in 1991 and a high school degree in 1992 form the base group.   For each schooling level, interaction terms not reported in Table 6 are combined into one cell and included in the regression.   Results shown in Table 6 and Figure 4 indicate that whether people with 15 years of schooling have an associate's degree or some college education with no college degree, they do not earn any more than those with 14 years of schooling.   Hence, the degree-effect associated with an associate's degree does not seem to explain the low return to the 15th year of schooling.

## 8. Concluding Remarks

Some hypotheses appear to be more plausible than others in explaining the deviation of the returns-to-schooling profile at 15 years of schooling.   In particular, the hypothesis regarding a mismeasurement of schooling seems to point in the right direction.   It is unclear how people count and report their level of schooling and how accurate it is. Grubb's (1993) finding on the tendency of people to misreport their

schooling level and the plausibility of the hypothesis of a
mismeasurement of schooling suggest that further work on that problem may
be very useful.

However, because the number of people who report to have 15 years
of schooling is small (not more than 3 percent of total sample), the
estimated coefficient on the schooling variable, $\gamma$ in equation (1), does
not seem to be affected much by a downward deviation at 15 years of
schooling.  Table 1 reports the estimated $\gamma$ from both equations (1) and
(3).  The estimates do not differ by more than 0.004.  The deviation
also does not affect the estimated coefficients on other variables.  In
Table 2, the estimated coefficients on marital status, part-time status,
and other variables show no discernible changes after the inclusion of
dummy variables that measure deviations of the schooling profile from
linearity.  Hence, it may not be necessary to include a dummy variable
in the linear model to capture the deviation of the return to schooling
at 15 years of schooling for purposes other than to measure that
deviation.

The puzzle is still very much unsolved--it is difficult to
understand why people would forego one year's earnings to obtain the 15th
year of schooling and do not continue to obtain the 16th year of
schooling that entails a disproportionately large gain in earnings.
Despite all possible problems, it is still remarkable that Mincer's model
has been so successful in describing the relationship between earnings
and schooling.  As Willis (1986) mentions, it has really been "one of

the great success stories of modern labor economics."

17

## References

Arrow, Kenneth. "Higher Education as a Filter." *Journal of Public Economics* 2 (1973): 193-216.

Belman, Dale, and Heywood, John. "Sheepskin Effects in the Returns to Education: An Examination of Women and Minorities." *Review of Economics and Statistics* 73 (November 1991): 720-724.

Blair, Larry; Finn, Michael; and Stevenson, Wayne. "The Returns to the Associates Degree for Technicians." *Journal of Human Resources* 16 (Summer 1981): 449-458.

Card, David, and Krueger, Alan. "Does School Quality Matter? Returns to Education and the Characteristics of Public Schools in the United States." *Journal of Political Economy* 100 (February 1992): 1-40.

Chamberlain, Gary. "Quantile Regression, Censoring, and the Structure of Wages." Discussion Paper. Cambridge, MA: Harvard Institute of Economic Research, 1991.

Goodman, Jerry. "The Economic Returns of Education: An Assessment of Alternative Models." *Social Science Quarterly* 60 (September 1979): 269-283.

18

Grubb, W. Norton. "The Varied Economic Returns to Postsecondary
    Education." *Journal of Human Resources* 28 (Spring 1993): 365-382.

Heckman, James, and Polachek, Solomon. "Empirical Evidence on the
    Functional Form of the Earnings-Schooling Relationship." *Journal of
    the American Statistical Association* 69 (June 1974): 350-354.

Houthakker, Hendrik. "Education and Income." *Review of Economics and
    Statistics* 41 (1959): 24-28.

Hungerford, Thomas, and Solon, Gary. "Sheepskin Effects in the Returns to
    Education." *Review of Economics and Statistics* 69 (February 1987):
    175-177.

Kane, Thomas, and Rouse, Cecilia. "Labor Market Returns to Two- and Four-
    Year College: Is a Credit a Credit and Do Degrees Matter?" Working
    Paper. Princeton, NJ: Industrial Relations Section, Princeton
    University, 1993.

Liu, Pak-Wai, and Wong, Yue-Chim. "Educational Screening by Certificates:
    An Empirical Test." *Economic Inquiry* 20 (January 1982): 72-83.

Mennemeyer, Stephen, and Gaumer, Gary. "Nursing Wages and the Value of
    Educational Credentials." *Journal of Human Resources* 18 (Winter

19

1983): 32-48.

Mincer, Jacob. *Schooling, Experience and Earnings*. New York: Columbia
   University Press, 1974.

Rees, Albert. Review of *Human Capital,* by Gary Becker. *American Economic
   Review* 55 (September 1965): 958-960.

Rouse, Cecilia. "Democratization or Diversion? The Effect of Community
   Colleges on Educational Attainment." Working Paper. Princeton, NJ:
   Industrial Relations Section, Princeton University, 1993.

Shabbir, Tayyeb. "Sheepskin Effects in the Returns to Education in a
   Developing Country." *The Pakistan Development Review* 30 (Spring
   1991): 1-19.

Willis, Robert. "Wage Determinants: A Survey and Reinterpretation of
   Human Capital Earnings Functions." In *Handbook of Labor Economics*,
   vol. 1, edited by Orley Ashenfelter and Richard Layard. Amsterdam:
   North-Holland, 1986.

20

**Notes**

1. Willis (1986) surveys the literature on human capital earnings functions.

2. See, for example, Figure 2 in Card and Krueger (1992).

3. On the other hand, there is a large literature on the wage differential between college completers and drop-outs.   One of the earliest studies is by Houthakker (1959), who remarks that "it may not be true, in the case of higher learning, that it is better to have loved and lost than never to have loved at all."

4. As for the use of the natural logarithm on the dependent variable, Heckman and Polachek conclude that "under the normality assumption the natural logarithm of both earnings and wage rates is the most appropriate *simple* transformation" (italics in original).

5. The categories under the new scheme are as follows: less than 1st grade, 1st-4th grade, 5th-6th grade, 7th-8th grade, 9th grade, 10th grade, 11th grade, 12th grade and no diploma, high school diploma or the equivalent, some college, associate's degree in an occupational or vocational program, associate's degree in an academic program, bachelor's degree, master's degree, professional school degree, and doctorate

21

degree.

6. From now on, I use the term linearity to mean log-linearity; i.e. the linearity between the log of earnings and the level of schooling.

7. The method can be briefly described as follows: First, the data are grouped into education-experience cells.   Second, the method of minimum distance estimation is used to regress a specified quantile of the wage distribution of each cell on the corresponding education and experience. The diagonal weight matrix used in minimum distance estimation contains the sample sizes of the cells.

8. The estimated coefficients (with standard errors in parentheses) of the quadratic experience profile for people with 14 or 15 years of schooling are as follows:

| Schooling Level | Constant | Experience | Experience Sq. |
|---|---|---|---|
| 14 | 1.38 (.029) | .044 (.003) | -.076 (.006) |
| 15 | 1.38 (.056) | .044 (.005) | -.069 (.012) |

9. This section develops Rees's (1965) argument that employer discrimination in favor of graduates over drop-outs is likely to be the source of the differences in rates of return among them.   Employers may

use degrees as an inexpensive screening device to differentiate

prospective employees.

10. In the extreme version of a sheepskin effect model, the schooling

profile is specified as a step function; it is flat with jumps occurring

after the completion of certain levels of schooling that entail degrees.

In this view, schooling in itself does not make individuals more

productive; individuals signal their inherent and unobservable productive

ability by obtaining degrees.   That is, $w = \alpha_0 + \alpha_1 S_1 + \alpha_2 S_2 + \epsilon$.   In

this specification and in (4) and (5), $\alpha_1 > 0$ and $\alpha_2 > 0$ indicate

sheepskin effects of high school and college graduation.   See, for

example, Goodman (1979), Liu and Wong (1982), Hungerford and Solon

(1987), Shabbir (1991), and Belman and Heywood (1991) for discussions on

sheepskin effects and their estimation.

11. Kane and Rouse (1993) and Rouse (1993) discuss the increasing

importance of two-year colleges.

Figure 1

Plots of Estimated $\alpha_i$s from Eq. (2)
White Males Aged 25-64





Figure 2

Estimated Schooling Profiles by Quantile
White Males Aged 25-64

The five lines shown in each graph correspond, from the top, to the 90th,
75th, 50th, 25th, and 10th percentiles.

Figure 3

Log Wage-Experience Profile







Figure 4

Wage Differential by Schooling and Degree

Note: Data are from a matched sample of the 1991 and 1992 CPS ORG files.
This figure corresponds to the contents of Table 6.

Symbols used are as follows:
line - baseline in Table 6.    0 - less than high school    1 - high school
2    - some college           3 - associate's degree        4 - bachelor
5    - master's degree        6 - professional              7 - doctorate

Table 1 - Estimation of Eq. (3)
White Males Aged 25-64

| Year | $\alpha_{15}$ | $\alpha_{16}$ | $\gamma$ | $\gamma$ in (1) | $R^2$ | No. Obs |
|------|------|------|------|------|------|------|
| 1979 | -.038<br>(.013) | .048<br>(.006) | .060<br>(.001) | .063<br>(.001) | .136 | 38766 |
| 1980 | -.039<br>(.013) | .046<br>(.006) | .061<br>(.001) | .064<br>(.001) | .132 | 45337 |
| 1981 | -.032<br>(.013) | .055<br>(.006) | .061<br>(.001) | .064<br>(.001) | .136 | 43492 |
| 1982 | -.044<br>(.013) | .056<br>(.006) | .066<br>(.001) | .069<br>(.001) | .145 | 42226 |
| 1983 | -.059<br>(.014) | .048<br>(.006) | .070<br>(.001) | .073<br>(.001) | .158 | 42235 |
| 1984 | -.054<br>(.013) | .056<br>(.006) | .072<br>(.001) | .076<br>(.001) | .172 | 42838 |
| 1985 | -.036<br>(.013) | .052<br>(.006) | .077<br>(.001) | .081<br>(.001) | .182 | 43882 |
| 1986 | -.059<br>(.013) | .056<br>(.006) | .080<br>(.001) | .083<br>(.001) | .189 | 46133 |
| 1987 | -.044<br>(.013) | .055<br>(.006) | .081<br>(.001) | .085<br>(.001) | .194 | 45148 |
| 1988 | -.033<br>(.013) | .067<br>(.006) | .079<br>(.001) | .084<br>(.001) | .194 | 43205 |
| 1989 | -.063<br>(.013) | .054<br>(.006) | .091<br>(.001) | .094<br>(.001) | .206 | 51478 |
| 1990 | -.089<br>(.012) | .038<br>(.006) | .096<br>(.001) | .098<br>(.001) | .215 | 54004 |
| 1991 | -.074<br>(.013) | .033<br>(.006) | .097<br>(.001) | .099<br>(.001) | .223 | 52302 |

Note: Standard errors are in parentheses.   $\gamma$ in (1) is the estimated returns
to schooling from equation (1) without the two dummy variables.

Table 2 - Estimation of Eq. (3) with Additional Control

| | (1) | (2) | (3) |
|---|---|---|---|
| Intercept | .109<br>(.016) | .473<br>(.017) | .483<br>(.017) |
| $\alpha_{15}$ | -.074<br>(.013) | | -.048<br>(.012) |
| $\alpha_{16}$ | .033<br>(.006) | | .025<br>(.006) |
| $\gamma$ | .097<br>(.001) | .080<br>(.001) | .078<br>(.001) |
| Experience | .038<br>(.001) | .028<br>(.001) | .028<br>(.001) |
| $Exp^2/100$ | -.061<br>(.002) | -.045<br>(.002) | -.045<br>(.002) |
| Married | | .107<br>(.004) | .107<br>(.004) |
| Veteran | | -.005<br>(.005) | -.005<br>(.005) |
| < 35 hours | | -.338<br>(.010) | -.337<br>(.010) |
| Hispanic | | -.136<br>(.008) | -.135<br>(.008) |
| Union Member | | .188<br>(.005) | .189<br>(.005) |
| Paid hourly | | -.198<br>(.004) | -.197<br>(.004) |
| $R^2$ | .223 | .300 | .300 |

Data Source: 1991 CPS ORG file.
Note: Standard errors are in parentheses. Sample sizes are the same as shown on the last columns of Table 1.

Table 3 - Distribution of Degree by Schooling

| | < HS | HS diploma | Some College | Asso-ciate | Bachelor | Master | Profes-sional | Doctor-ate | Total |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 175 (66) | | | | | | | | 267 |
| 10 | 334 (68) | | | | | | | | 492 |
| 11 | 262 (71) | | | | | | | | 371 |
| 12 | 118 (1) | 8695 (89) | 533 ( 5) | | | | | | 9801 |
| 13 | | 122 (11) | 900 (80) | | | | | | 1121 |
| 14 | | | 1230 (48) | 1043 (41) | | | | | 2557 |
| 15 | | | 392 (64) | 141 (23) | | | | | 617 |
| 16 | | | 158 ( 4) | 156 ( 3) | 3092 (87) | 156 ( 3) | | | 4479 |
| 17 | | | | | 271 (44) | 279 (45) | | | 619 |
| 18+ | | | | | 392 (13) | 1568 (50) | 673 (22) | 391 (13) | 3112 |
| Total | 1176 ( 5) | 9240 (39) | 3278 (14) | 1633 ( 7) | 4799 (20) | 2038 ( 9) | 748 ( 3) | 422 ( 2) | 23436 |

Data Source: Matched 1991 and 1992 CPS ORG files.
Note: Row percents are in parentheses.   The column denoted < HS is for those
who reported the same schooling level of not more than 12 in both 1991 and
1992.   Blank spaces indicate combinations of schooling level and degree whose
cell sizes are not reported either because such combinations are not plausible
or because the sample size is small.

Table 4 - Estimation of Eq. (6)
White Males Aged 25-64

| Year | $\alpha_{15}$ | $\alpha_{16}$ | $\gamma$ | $\alpha_1$ | $\alpha_2$ | $R^2$ |
|------|------|------|------|------|------|------|
| 1979 | -.050 (.016) | .059 (.010) | .063 (.003) | .015 (.011) | -.025 (.019) | .136 |
| 1980 | -.058 (.015) | .063 (.009) | .067 (.003) | .005 (.010) | -.043 (.018) | .132 |
| 1981 | -.054 (.015) | .074 (.009) | .068 (.003) | .010 (.011) | -.048 (.018) | .136 |
| 1982 | -.059 (.016) | .071 (.010) | .070 (.003) | .023 (.011) | -.034 (.019) | .145 |
| 1983 | -.071 (.016) | .060 (.010) | .072 (.003) | .032 (.012) | -.026 (.019) | .158 |
| 1984 | -.063 (.016) | .066 (.010) | .074 (.003) | .034 (.011) | -.021 (.019) | .172 |
| 1985 | -.051 (.016) | .068 (.009) | .081 (.003) | .040 (.011) | -.034 (.018) | .183 |
| 1986 | -.074 (.015) | .071 (.009) | .084 (.003) | .020 (.011) | -.034 (.018) | .190 |
| 1987 | -.071 (.015) | .081 (.009) | .089 (.003) | .020 (.011) | -.061 (.018) | .194 |
| 1988 | -.032 (.016) | .068 (.009) | .078 (.003) | .030 (.012) | .001 (.018) | .194 |
| 1989 | -.069 (.015) | .059 (.009) | .093 (.003) | -.002 (.012) | -.013 (.018) | .206 |
| 1990 | -.105 (.015) | .052 (.009) | .102 (.003) | -.011 (.011) | -.036 (.018) | .215 |
| 1991 | -.085 (.015) | .044 (.009) | .102 (.003) | -.006 (.012) | -.026 (.018) | .223 |

Note: Data source and sample sizes are the same as shown in Table 1.
Standard errors are in parentheses.

Table 5 - Estimation of eq. (7)
White Males Aged 25-64

| Year | $\alpha_{15}$ | $\alpha_{16}$ | $\gamma_0$ | $\gamma_1$ | $\gamma_2$ | $\alpha_1$ | $\alpha_2$ | $R^2$ |
|------|------|------|------|------|------|------|------|------|
| 1979 | -.056 (.017) | .027 (.025) | .057 (.009) | .009 (.010) | -.020 (.014) | .026 (.020) | -.002 (.028) | .136 |
| 1980 | -.063 (.015) | .050 (.023) | .060 (.009) | .008 (.009) | -.009 (.013) | .017 (.019) | -.035 (.026) | .132 |
| 1981 | -.062 (.016) | .020 (.024) | .061 (.009) | .010 (.010) | -.034 (.013) | .021 (.020) | -.006 (.027) | .137 |
| 1982 | -.071 (.016) | -.005 (.024) | .061 (.010) | .014 (.011) | -.047 (.014) | .039 (.021) | .025 (.027) | .146 |
| 1983 | -.089 (.017) | -.051 (.025) | .057 (.010) | .022 (.011) | -.069 (.014) | .058 (.021) | .060 (.028) | .158 |
| 1984 | -.078 (.016) | -.035 (.025) | .062 (.010) | .018 (.011) | -.062 (.014) | .055 (.021) | .059 (.028) | .173 |
| 1985 | -.063 (.016) | .008 (.025) | .061 (.010) | .025 (.011) | -.038 (.014) | .077 (.022) | .009 (.028) | .183 |
| 1986 | -.088 (.015) | .031 (.025) | .048 (.010) | .041 (.011) | -.028 (.014) | .085 (.022) | -.013 (.028) | .190 |
| 1987 | -.086 (.015) | .003 (.025) | .058 (.011) | .038 (.011) | -.049 (.014) | .077 (.022) | -.005 (.028) | .195 |
| 1988 | -.047 (.016) | .004 (.025) | .043 (.011) | .041 (.012) | -.041 (.014) | .094 (.023) | .044 (.028) | .194 |
| 1989 | -.082 (.015) | .064 (.026) | .040 (.011) | .058 (.011) | -.002 (.014) | .095 (.023) | -.036 (.029) | .206 |
| 1990 | -.121 (.015) | .025 (.027) | .044 (.011) | .064 (.011) | -.021 (.014) | .096 (.023) | -.031 (.029) | .215 |
| 1991 | -.098 (.015) | .019 (.026) | .056 (.011) | .050 (.012) | -.018 (.014) | .078 (.023) | -.018 (.029) | .223 |

Note: Data source and sample sizes are the same as shown in Table 1.
Standard errors are in parentheses.

Table 6 - Wage Differential by Schooling and Degree

| | Base-line | < HS | HS | Some College | Asso-ciate | Bachelor | Master | Profes-sional | Doctorate |
|---|---|---|---|---|---|---|---|---|---|
| 9 | -.24<br>(.03) | -.19<br>(.04) | | | | | | | |
| 10 | -.15<br>(.02) | -.20<br>(.03) | | | | | | | |
| 11 | -.12<br>(.03) | -.11<br>(.03) | | | | | | | |
| 12 | .00 | -.01<br>(.05) | .00 | | | | | | |
| 13 | .14<br>(.02) | | .11<br>(.05) | .15<br>(.02) | | | | | |
| 14 | .20<br>(.01) | | | .19<br>(.02) | .22<br>(.02) | | | | |
| 15 | .19<br>(.02) | | | .18<br>(.03) | .21<br>(.04) | | | | |
| 16 | .43<br>(.01) | | | .29<br>(.05) | .41<br>(.04) | .45<br>(.01) | .53<br>(.04) | | |
| 17 | .49<br>(.02) | | | | | .44<br>(.03) | .56<br>(.03) | | |
| 18+ | .58<br>(.01) | | | | | .52<br>(.03) | .56<br>(.01) | .76<br>(.03) | .66<br>(.03) |

Data Source: Matched 1991 and 1992 CPS ORG files.
Note: The estimates (except for the column denoted Baseline, for which the
1991 log hourly earnings is regressed on 1991 schooling dummies and quadratic
experience) are obtained from the regression of the 1991 log hourly earnings
on experience, experience squared, and the interaction terms between 1991
schooling level and the 1992 degree.   Those who have 12 years of schooling in
1991 and high school degree in 1992 form the base group.   For each schooling
level, interaction terms for each schooling level other than those reported
here are combined into one and included in the regression.   See also notes
accompanying Figure 4.

Appendix 1 - Sample Sizes (Percent of Total) by Schooling Level
Annual Merged Outgoing Rotation Group files of the Current Population Survey, 1979-1991
White Males Aged 25 to 64

|      | 9    | 10   | 11   | 12    | 13   | 14    | 15   | 16    | 17   | 18+   | Total |
|------|------|------|------|-------|------|-------|------|-------|------|-------|-------|
| 1979 | 2.23 | 3.85 | 2.91 | 44.75 | 4.76 | 8.96  | 2.60 | 15.91 | 3.23 | 10.82 | 38766 |
| 1980 | 2.20 | 3.59 | 2.82 | 44.22 | 4.72 | 9.24  | 2.56 | 16.10 | 3.38 | 11.17 | 45337 |
| 1981 | 2.07 | 3.44 | 2.66 | 44.33 | 4.62 | 9.26  | 2.61 | 16.64 | 3.24 | 11.12 | 43492 |
| 1982 | 2.02 | 3.13 | 2.50 | 44.07 | 4.62 | 9.41  | 2.61 | 17.00 | 3.33 | 11.31 | 42226 |
| 1983 | 1.85 | 3.00 | 2.51 | 43.86 | 4.50 | 9.45  | 2.52 | 17.26 | 3.29 | 11.76 | 42235 |
| 1984 | 1.81 | 2.80 | 2.39 | 44.26 | 4.54 | 9.44  | 2.68 | 17.20 | 3.21 | 11.67 | 42838 |
| 1985 | 1.75 | 2.56 | 2.27 | 44.18 | 4.73 | 9.89  | 2.54 | 17.66 | 3.04 | 11.38 | 43882 |
| 1986 | 1.61 | 2.51 | 2.16 | 43.64 | 4.79 | 10.22 | 2.63 | 18.12 | 2.87 | 11.44 | 46133 |
| 1987 | 1.49 | 2.64 | 2.13 | 43.83 | 4.62 | 10.34 | 2.77 | 17.98 | 2.82 | 11.37 | 45148 |
| 1988 | 1.49 | 2.54 | 2.09 | 44.01 | 4.71 | 10.13 | 2.55 | 17.81 | 2.97 | 11.71 | 43205 |
| 1989 | 1.46 | 2.42 | 2.07 | 43.81 | 4.72 | 10.16 | 2.68 | 18.14 | 2.56 | 11.98 | 51478 |
| 1990 | 1.45 | 2.22 | 1.90 | 43.34 | 4.88 | 10.58 | 2.69 | 18.58 | 2.41 | 11.93 | 54004 |
| 1991 | 1.34 | 2.30 | 1.88 | 42.86 | 5.05 | 10.61 | 2.69 | 18.80 | 2.54 | 11.93 | 52302 |

Appendix 2

The algorithm that matches the 1991 and the 1992 CPS ORG files goes through the following steps.

1.1    Keep observations that satisfy the sample selection criteria described in Section 3 (e.g., keep only white males).

1.2    Keep observations for individuals that had been in sample for four months from the 1991 file and those that had been in sample for eight months from the 1992 file.

1.3    Keep variables to be used in the empirical analysis plus variables used in matching--age and schooling for each individual and household identification and state for each household.

2.1    Expand the 1991 file so that each "row" of observation contains all observations for one household and all persons in that household.

2.2    Do 3 for the 1992 file.

3.     Merge the expanded 1991 and 1992 files by the unique household identification number and state.   Keep only households that have matching observations.

4.     Compare each individual record from the 1991 file with each individual record from the 1992 file.   If 0 ≤ (age in 1992 - age in 1991) ≤ 2, then it is considered a match.   Note that since only white males are included, the matching has already been done on the basis of sex and race.

5.     Drop all individuals with more than one match.

6.     Stack data so that one "row" of observation contains matched observations for one individual for both years.