# EXHIBIT I

Case 1:23-cv-12002-WGY    Document 124-9    Filed 11/15/24    Page 2 of 32



Education and Self-Selection

Author(s): Robert J. Willis and Sherwin Rosen

Source: *Journal of Political Economy*, Oct., 1979, Vol. 87, No. 5, Part 2: Education and Income Distribution (Oct., 1979), pp. S7–S36

Published by: The University of Chicago Press

Stable URL: https://www.jstor.org/stable/1829907

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*The University of Chicago Press* is collaborating with JSTOR to digitize, preserve and extend access to *Journal of Political Economy*

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

# Education and Self-Selection

## Robert J. Willis

*State University of New York at Stony Brook and National Bureau of Economic Research*

## Sherwin Rosen

*University of Chicago and National Bureau of Economic Research*

A structural model of the demand for college attendance is derived from the theory of comparative advantage and recent statistical models of self-selection and unobserved components. Estimates from NBER-Thorndike data strongly support the theory. First, expected lifetime earnings gains influence the decision to attend college. Second, those who did not attend college would have earned less than measurably similar people who did attend, while those who attended college would have earned less as high school graduates than measurably similar people who stopped after high school. Positive selection in both groups implies no "ability bias" in these data.

## I. Introduction

In this paper we specify and estimate a model of the demand for college education derived from its effect on expected lifetime earnings compared with its cost. Attention is focused on specifying the role of earnings expectations in the derived demand for schooling; these are found to be empirically important determinants of the decision to attend college. In addition to including financial incentives, the model allows for a host of selectivity or sorting effects in the data that are related to "ability bias," family effects, and tastes that have occupied

Thanks are due to Sean Becketti for excellent research assistance, to Lung Fei Lee for advice on statistical issues, and to Richard Layard and W. M. Gorman for criticism of an initial draft. This research was supported by NSF and the National Bureau of Economic Research, but this is not an official NBER publication. The order of the authors' names was selected by a random device.

[*Journal of Political Economy*, 1979, vol. 87, no. 5, pt. 2]
© 1979 by The University of Chicago. 0022-3808/79/8752-0002$02.35

S7

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

S8                                    JOURNAL OF POLITICAL ECONOMY

other researchers. Background and motivation are presented in Section II. The structure of the model, a variant of a simultaneous-equations problem involving discrete choices, is presented in Section III. The estimates, based on data from the NBER-Thorndike sample, appear in Section IV. Some implications and conclusions are found in Section V.

## II.   Nature of the Problem

Estimates of rates of return to education have been controversial because they are based on ex post realizations and need not reflect structural parameters necessary for correct predictions. For example, it is well understood that college and high school graduates may have different abilities so that income forgone during college by the former is not necessarily equal to observed earnings of the latter. Our objective here is twofold. One is to estimate life earnings conditioned on actual school choices that are purged of selection bias. The other is to determine the extent to which alternative earnings prospects, as distinct from family background and financial constraints, influence the decision to attend college.

One would need to go no further than straightforward comparisons of earnings outcomes among school classes for structural rate of return estimates if educational wage differentials were everywhere equalizing on the direct, opportunity, and interest costs of schooling. For then the supplies of graduates (or "demands" for each level of education) would be nearly elastic at the equalizing wage differentials, and the distribution of human wealth would be approximately independent of the distribution of schooling.[1] However, recent evidence on the structure of life earnings based on panel data strongly rejects this as a serious possibility. Total variance of earnings among people of the same sex, race, education, and market experience is very large, and more than two-thirds of it is attributable to unobserved components or person-specific effects that probably persist over much of the life cycle.[2] The panel evidence therefore suggests that supply elasticities are substantially less than completely elastic at unique wage differentials and that there are inframarginal "ability rents." Put in another way, observed rates of return are not wholly supply deter-

[1] The equalizing difference model originates with Friedman and Kuznets (1945). Jacob Mincer (1974) has developed it most completely in recent years.
[2] See Lillard and Willis (1978) for additional detail and confirmation of these remarks. Related studies have reached similar conclusions, e.g., Weiss and Lillard (1978). Of course, it is conceivable, but unlikely, that educational wage differentials are exactly equalizing for each individual, although considerable lifetime income inequality exists among individuals. This possibility is rejected in the empirical findings presented below.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

mined and depend on interactions with relative demands for graduates as well.

A natural approach has been to incorporate measures of ability into the statistical analysis, either directly or as indicators of unobserved factors, in order to, in effect, impute ability rent. But merely partitioning observed earnings into schooling and ability components does not use any of the restrictions imposed on the data by a school-stopping rule, and that decision embodies all the economic content of the problem. Some of that additional structure is incorporated here.

Economic theories of education, be they of the human-capital or signaling varieties, are based on the principle of maximum capital value: schooling is pursued to the point where its marginal (private) internal rate of return equals the rate of interest. It is easy to show that this leads to a recursive econometric model in which (i) schooling is related to a person's ability and family background, and (ii) earnings are related to "prior" school decisions and ability. Earnings gains attributable to education do not appear explicitly in the schooling equation. Instead, the cost-benefit basis of the decision is embedded in cross-equation restrictions on the overall model, because the earnings equation is a constraint for the maximum problem that determines education attainment.[3] There are many estimates of recursive models in the literature, but very few have tested the economic (wealth-maximizing) hypothesis.[4]

We begin with the assumption of marked heterogeneity and diversity in the population, as in the unobserved-component approach to panel data. Costs and benefits of alternative school-completion levels are assumed to be randomly distributed among people according to their capacities to finance education, tastes, perceptions, expectations, and an array of talents that affect performance in work activities associated with differing levels of schooling. Some of these things are observed, while others are unobserved. Individuals are sorted into educational classes according to the interaction of a selection criterion (such as maximum present value) and the underlying joint distribution of tastes, talents, expectations, and parental wealth. The selection

---

[3] The basic model is discussed in Becker (1975). See Rosen (1977) for an elaboration of this argument and a survey of the relevant literature. Blaug (1976) also stresses the need for estimating structural demand for schooling relationships, and Griliches (1977) discusses the difficulty of doing so in conventional models. Part of Griliches's discussion is pursued in Griliches, Hall, and Hausman (1977). The model elaborated here is conceptually distinct from that work, though some of the statistical techniques are similar. A similar remark applies to the work of Kenny, Lee, Maddala, and Trost (in press).

[4] There is aggregate-time-series evidence that earnings are important determinants of professional school enrollment (see Freeman [1971] and numerous subsequent studies by the same author); but there is virtually no micro evidence even though such data have been most often studied in the human-capital and signaling frameworks.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

Case 1:23-cv-12002-WGY   Document 124-9   Filed 11/15/24   Page 6 of 32

rule partitions the underlying joint density into a corresponding realized educational distribution. The supply function of graduates at any level of schooling is "swept out" of the joint taste, talent, parental wealth distribution as increased wage differentials enlarge the subset of the partition relevant for that class.

Let $Y_{ij}$ represent the potential lifetime earnings of person $i$ if schooling level $j$ is chosen, $X_i$ a vector of observed talent or ability indicators of person $i$, and $\tau_i$ an unobserved talent component relevant for person $i$. Similarly, split family-background and taste effects into an observed vector $Z_i$ and an unobserved component $\omega_i$. Let $V_{ij}$ denote the value of choosing school level $j$ for person $i$. Then a general school-selection model is:

$$Y_{ij} = y_j(X_i, \tau_i), \qquad j = 1, \ldots, n; \tag{1}$$

$$V_{ij} = g(y_j, Z_i, \omega_i); \tag{2}$$

$$i \text{ belongs to } j \text{ if } V_{ij} = \max(V_{i1}, \ldots, V_{in}); \tag{3}$$

and

$$(\tau, \omega) \sim F(\tau, \omega). \tag{4}$$

Equation (1) shows how potential earnings in any given classification vary with talent and ability.[5] The earnings function differs among school classes because work activities associated with alternative levels of education make use of different combinations of talent. Equation (2) translates the earnings stream from choice $j$ into a scaler such as present value and is conditioned on family background to reflect tastes and financial barriers to extending schooling. Equation (3) is the selection rule: the person chooses the classification that maximizes value and is observed in one and only one of the $n$ possibilities open to him. Equation (4) closes the model with a specification of the distribution of unobservables. Since observed assignments of individuals to schooling classes are selected on $(X, Z, \tau, \omega)$, earnings observed in each class may be nonrandom samples of population potential earnings, because those with larger net benefits in the class have a higher probability of being observed in it.

This formulation is suggested by the theory of comparative advantage.[6] It allows for a rather eclectic view of the role of talent in

---

[5] Actually, expository convenience dictates a more restrictive formulation than is necessary. The $X$ and $Z$ need not be orthogonal. They may have some elements in common, but identification requires that they not have all elements in common (see below).

[6] Roy (1951) gives a surprisingly modern and rigorous treatment of a selection problem based on the theory of comparative advantage. See Rosen (1978) for extensions and elaboration on this class of problems. Heckman (1976), Lee (1976), and Maddala (1977) develop the appropriate estimation theory.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

determining observed outcomes, since the $X$'s may affect earning capacity differently at different levels of schooling (see eq. [1]) and covariances among the unobservables are unrestricted. Indeed, there may be negative covariance among talent components. For example, plumbers (high school graduates) may have very limited potential as highly schooled lawyers, but by the same token lawyers may have much lower potential as plumbers than those who actually end up choosing that kind of work. This contrasts with the one-factor ability-as-IQ specifications in the literature which assume that the best lawyers would also be the best plumbers and would imply strictly hierarchical sorting in the absence of financial constraints. In effect an IQ-ability model constrains the unobserved ability components to have large positive covariances—an assumption that is probably erroneous and is not necessary for our methods. Note also that population mean "rates of return" among alternative schooling levels have no significance as guides to the social or private profitability of investments in schooling. For example, a random member of the population might achieve a negative return from an engineering degree, yet those with appropriate talents who choose engineering will obtain a return on the time and money costs of their training which is at least equal to the rate of interest.

There are difficult estimation problems associated with selectivity models. In brief, the unobservables impose distinct limits on the amount of structural information that can be inferred from realized assignments in the data. For example, it would be very desirable to know the marginal distribution of talents in (4), since it would then be possible to construct the socially efficient assignment of individuals to school classes, defined as the one that maximizes overall human wealth. Then the deadweight losses due to capital market imperfections could be computed by comparing optimal with observed assignments. However, the marginal density is not itself identified, since unobserved financial constraints and talent jointly determine observed outcomes. These issues will be made precise shortly, but, roughly speaking, we do not necessarily know if a person chose college education because he had talent for it or because he was wealthy. What can and will be done is to map out the joint effects of the unobservables embedded in the actual demand curve for college attendance, which embodies all constraints inherent in the actual market but which nevertheless is a valid structural basis for prediction. Selectivity or ability bias in unadjusted rate of return computations that do not take account of the sorting by talent inherent in observed assignments can also be computed.

A few limitations to these methods must be noted at the outset. It is crucial to the spirit of the model, based as it is on human diversity,

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

that few covariance restrictions be placed on the distribution of unobservables. This practically mandates the assumption of joint normality, since no other nonindependent multivariate distribution offers anything close to similar computational advantages. While the general selection rule specified below is likely to emerge from a broad class of economic models of school choice, it is not known how sensitive the results are to the normality assumptions. In addition, nonindependence forces some aggregation in the number of choices considered for computational feasibility, even though the statistical theory can be worked out for any finite number.[7] This rules out of consideration other selection aspects of the problem that should be considered, such as choice of school quality.[8] All people in our sample have at least a high school education, and we have chosen a dichotomous split between choice of high school and more than high school (college attendance). Some internal diagnostic tests help check on the validity of this aggregation. Experiments with a college completion or more classification, compared with a high school graduation or some college classification, yielded results very similar to those reported below.

## III. The Model

Specification of the econometric model is tailored to the data at our disposal. More details will be given below, but at this point the important feature is that earnings are observed at two points in the life cycle for each person, one point soon after entrance into the labor market and another point some 20 years later. The earnings stream is parameterized into a simple geometric growth process to motivate the decision rule. This is a reasonable approximation to actual life earnings patterns for the period spanned by the data. Two levels of schooling are considered, labeled level A (for more than high school) and level B (for high school).

If person $i$ chooses A, the expected earnings stream is

$$
\begin{aligned}
y_{ai}(t) &= 0, & 0 < t \leqslant S, \\
y_{ai}(t) &= \bar{y}_{ai} \exp[g_{ai}(t - S)], & S \leqslant t < \infty,
\end{aligned} \tag{5}
$$

[7] The problem is that the aggregates are sums of distributions that are themselves truncated and selected. Therefore the distributions underlying the aggregate assignments are not necessarily normal. We are unaware of any systematic analysis of this kind of aggregation problem.

[8] Methods such as conditional logit have been designed to handle high-dimensioned classifications (McFadden 1973) but require independence and other (homogeneity) restrictions that are not tenable for this problem. Hausman and Wise (1978) have worked out computational methods on general normal assumptions for three choices. Note also that maximum-likelihood methods are available, but are extremely expensive because multiple integrals must be evaluated. Hence we follow the literature in using consistent estimators.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

where $S$ is the incremental schooling period associated with A over B and $t - S$ is market experience. If alternative B is chosen, the expected earnings stream is

$$y_{bi}(t) = \bar{y}_{bi} \exp(g_{bi} t), \qquad 0 \le t < \infty. \tag{6}$$

Thus earnings prospects of each person in the sample are characterized by four parameters: initial earnings and rates of growth in each of the two alternatives. Diversity is represented by a random distribution of the vector $(\bar{y}_a, g_a, \bar{y}_b, g_b)$ among the population.[9]

Equations (5) and (6) yield convenient expressions for present values. Assume an infinite horizon, a constant rate of discount for each person, $r_i$, with $r_i > g_{ai}, g_{bi}$, and ignore direct costs of school. Then the present value of earnings is

$$V_{ai} = \int_s^\infty y_{ai}(t) \exp(-r_i t)\, dt = [\bar{y}_{ai}/(r_i - g_{ai})] \exp(-r_i S) \tag{7}$$

if A is chosen and

$$V_{bi} = \int_0^\infty y_{bi}(t) \exp(-r_i t)\, dt = \bar{y}_{bi}/(r_i - g_{bi}) \tag{8}$$

if B is chosen. These are likely to be good approximations, since the consequences of ignoring finite life discount corrections and non-linearities in earnings paths toward the end of the life cycle are lightly weighted for nonnegligible values of $r$.

*Selection Rule*

Assume that person $i$ chooses A if $V_{ai} > V_{bi}$ and chooses B if $V_{ai} \le V_{bi}$. Define $I_i = \ln(V_{ai}/V_{bi})$. Substitution from (5) to (8) yields $I_i = \ln \bar{y}_{ai} - \ln \bar{y}_{bi} - r_i S - \ln(r_i - g_{ai}) + \ln(r_i - g_{bi})$. A Taylor series approximation to the nonlinear terms around their population mean values $(\bar{g}_a, \bar{g}_b, \bar{r})$ yields

$$I_i = \alpha_0 + \alpha_1(\ln \bar{y}_{ai} - \ln \bar{y}_{bi}) + \alpha_2 g_{ai} + \alpha_3 g_{bi} + \alpha_4 r_i, \tag{9}$$

with

$$\begin{aligned}
&\alpha_1 = 1, \\
&\alpha_2 = \partial I/\partial g_a = 1/(\bar{r} - g_a) > 0, \\
&\alpha_3 = \partial I/\partial g_b = -1/(\bar{r} - \bar{g}_b) < 0, \\
&\alpha_4 = -[S + (\bar{g}_a - \bar{g}_b)/(\bar{r} - \bar{g}_a)(\bar{r} - \bar{g}_b)].
\end{aligned} \tag{10}$$

[9] Wise (1975), Lazear (1976), and Zabalza (1977) have used initial earnings and growth of earnings to study life earnings patterns. The distribution of potential earnings and growth is not constrained in our model, thus, e.g., allowing the possibility that $\bar{y}_a$ and $g_a$ are negatively correlated (and similarly for $\bar{y}_b$ and $g_b$), as in Mincer (1974). On this see Hause (1977).

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

Hence the selection criteria are

$$\Pr\ (\text{choose A}) = \Pr\ (V_a > V_b) = \Pr\ (I > 0),$$
$$\Pr\ (\text{choose B}) = \Pr\ (V_a \leq V_b) = \Pr\ (I \leq 0). \tag{11}$$

### Earnings and Discount Functions

Let $X_i$ represent a set of measured characteristics that influence a person's lifetime earnings potential, and let $u_{1i}, \ldots, u_{4i}$ denote permanent person-specific unobserved components reflecting unmeasured factors influencing earnings potential.[10] Specify structural (in the sense of population) earnings equations of the form

$$\ln \overline{y}_{ai} = X_i \beta_a + u_{1i},$$
$$g_{ai} = X_i \gamma_a + u_{2i} \tag{12}$$

if A is chosen and

$$\ln \overline{y}_{bi} = X_i \beta_b + u_{3i},$$
$$g_{bi} = X_i \gamma_b + u_{4i} \tag{13}$$

if B is chosen. The variables on the left-hand sides of (12) and (13) are to be interpreted as the individual's expectation of initial earnings and growth rates at the time the choice is made. In order to obtain consistent estimates of ($\beta_a$, $\gamma_a$, $\beta_b$, $\gamma_b$) from data on realizations it is assumed that expectations were unbiased. Hence forecast errors are assumed to be independently normally distributed, with zero means.

Let $Z_i$ denote another vector of observed variables that influence the schooling decision through their effect on the discount rate. Then

$$r_i = Z_i \delta + u_{5i}, \tag{14}$$

where $u_5$ is a permanent unobserved component influencing financial barriers to school choice. The vector ($u_j$) is assumed to be jointly normal, with zero means and variance-covariance matrix $\Sigma = [\sigma_{ij}]$. The $\Sigma$ is unrestricted.

### Reduced Form

The structural model is (9), (12), (13), and (14). A reduced form of the selection rule is obtained by substituting (12)–(14) into (9):

[10] The $r$'s of Section II are related to ($u_1 \ldots, u_4$) by a set of implicit prices that vary across school classifications, as in Mandelbrot (1960). See Rosen (1978) for the logic of why these differences in valuation can be sustained indefinitely and cannot be arbitraged.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

$$I = \alpha_0 + X[\alpha_1 (\beta_a - \beta_b) + \alpha_2\gamma_a + \alpha_3\gamma_b] + \alpha_4 Z\delta + \alpha_1 (u_1 - u_3)$$
$$+ \alpha_2 u_2 + \alpha_3 u_3 + \alpha_5 u_5 \tag{15}$$
$$\equiv W\pi - \epsilon,$$

with $W = [X, Z]$ and $-\epsilon = \alpha_1 (u_1 - u_3) + \alpha_2 u_2 + \alpha_3 u_4 + \alpha_5 u_5$. Thus, an observationally equivalent statement to (9) and (11) is

$$\Pr (A \text{ is observed}) = \Pr (W\pi > \epsilon) = F \left( \frac{W\pi}{\sigma_\epsilon} \right), \tag{16}$$

where $F(\cdot)$ is the standard normal c.d.f. Equation (16) is a probit function determining sample selection into categories A or B, to be estimated from observed data.[11]

*Selection Bias and Earnings Functions*

The decision rule selects people into observed classes according to largest expected present value. Hence the earnings actually observed in each group are not random samples of the population, but are truncated nonrandom samples instead. The resulting bias in observed means may be calculated as follows. Note that $\Pr$ [observing $y_a(t)$] = $\Pr (I > 0) = \Pr (W\pi > \epsilon)$. Therefore, from (12), $E (\ln \bar{y}_a \,|\, I > 0) = X\beta_a + E(u_1 \,|\, W\pi > \epsilon)$. Define $\rho_1 = \rho (u_1/\sigma_1, \epsilon/\sigma_\epsilon) = \sigma_{1\epsilon}/\sigma_1\sigma_\epsilon$. Then $E (\ln \bar{y}_a \,|\, I > 0) = X\beta_a + \sigma_1\rho_1 E(\epsilon/\sigma_\epsilon \,|\, \epsilon/\sigma_\epsilon < W\pi/\sigma_\epsilon) = X\beta_a + \sigma_1\rho_1 [-f (W\pi/\sigma_\epsilon)/F (W\pi/\sigma_\epsilon)]$, where $F$ is the cumulative normal density and $f$ is its p.d.f. Define

$$\lambda_a \equiv -f(W\pi/\sigma_\epsilon)/F(W\pi/\sigma_\epsilon) \tag{17}$$

as the truncated mean (with truncation point $W\pi/\sigma_\epsilon$) of the normal density due to selection. Making use of the definition of $\rho_1$ and $\lambda_a$ yields

$$E(\ln \bar{y}_a \,|\, I > 0) = X\beta_a + \frac{\sigma_{1\epsilon}}{\sigma_\epsilon} \lambda_a. \tag{18}$$

A parallel argument for $g_a$, $\bar{y}_b$, and $g_b$ yields

$$E(g_a \,|\, I > 0) = X\gamma_a + \frac{\sigma_{2\epsilon}}{\sigma_\epsilon} \lambda_a, \tag{19}$$

$$E(\ln \bar{y}_b \,|\, I \leq 0) = X\beta_b + \frac{\sigma_{3\epsilon}}{\sigma_\epsilon} \lambda_b, \tag{20}$$

[11] For completeness, $-\epsilon$ should be redefined to take account of deviations between realizations and expectations at the time school decisions were made. Thus, let $\ln \bar{Y}_{ai} = \ln \bar{y}_{ai} + v_{1i}$, where $\bar{Y}_{ai}$ is realized initial earnings, $\bar{y}_{ai}$ is expected initial earnings, and $v_{1i}$ is normally distributed forecast error. Similarly, forecast errors $v_{2i}, v_{3i}$, and $v_{4i}$ are defined for $g_{ai}$, $\ln \bar{y}_{bi}$, and $g_{bi}$. Then the complete definition of $-\epsilon$ is obtained from replacing $u_{ji}$ with $(u_{ji} + v_{ji}), j = 1, \ldots, 4$, in (15). Clearly this has no operational significance for the model, given the assumption of unbiased expectations.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

and

$$E(g_b \,|\, I \le 0) = X\gamma_b + \frac{\sigma_{4\epsilon}}{\sigma_\epsilon}\,\lambda_b, \qquad (21)$$

with

$$\lambda_b = E\left(\epsilon/\sigma_\epsilon \,\middle|\, \frac{\epsilon}{\sigma_\epsilon} > \frac{W\pi}{\sigma_\epsilon}\right) = f(W\pi/\sigma_\epsilon)/[1 - F(W\pi/\sigma_\epsilon)] \qquad (22)$$

and

$$\sigma_{k\epsilon} = -[\alpha_1(\sigma_{1k} - \sigma_{3k}) + \alpha_2\sigma_{2k} + \alpha_3\sigma_{4k} + \alpha_5\sigma_{5k}], \, k = 1, \ldots, 4. \quad (23)$$

Note from (17) that $\lambda_a \le 0$. Therefore the observed (conditional) means of initial earnings and rates of growth among persons in A are greater or less than their population means as $\sigma_{1\epsilon}$ and $\sigma_{2\epsilon} \lessgtr 0$, from (18) and (19). Conversely, $\lambda_b \ge 0$ (see [22]), and there is positive or negative selection bias in initial earnings and growth rates for people observed in class B according to $\sigma_{3\epsilon}$ (and $\sigma_{4\epsilon}$) $\gtrless 0$. Since $\sigma_{ij}$ is unrestricted, $\sigma_{k\epsilon}$ is also unrestricted, and selection bias can go in either way. In particular, it is possible that the bias is positive in both groups, consistent with the comparative-advantage argument sketched above. Positive bias in A and negative bias in B would be consistent with a single-factor (hierarchical) interpretation of ability. Of course, neither finding yields a definitive "ability" interpretation because of the presence of expectational errors and financial factors ($\sigma_{5k}$) in (23): the assignments are based on talent, expectations, and wealth, not on talent alone.

*Estimation*

Consider the following regressions applied to observed data:

$$
\begin{aligned}
\ln \bar{y}_a &= X\beta_a + \beta_a^*\lambda_a + \eta_1, \\
g_a &= X\gamma_a + \gamma_a^*\lambda_a + \eta_2, \\
\ln \bar{y}_b &= X\beta_b + \beta_b^*\lambda_b + \eta_3, \\
g_b &= X\gamma_b + \gamma_b^*\lambda_b + \eta_4.
\end{aligned}
\qquad (24)
$$

Equations (18)–(21) suggest that $\beta_a^*$ estimates $\sigma_{1\epsilon}/\sigma_\epsilon$, $\gamma_a^*$ estimates $\sigma_{2\epsilon}/\sigma_\epsilon$, and so on. Including $\lambda_a$ or $\lambda_b$ in the regressions along with $X$ corrects for truncation and selectivity bias, and $E(\eta_{ij}) = 0$ for $j = 1$, ..., 4. In addition, $E(\eta_{ij}^2)$ is heteroskedastic (see below), because the observations are truncated and at different points for different people. Equation (24) cannot be implemented directly because $\lambda_a$ and $\lambda_b$ are not known. However, it can be shown[12] that consistent estimates

[12] See Heckman (1976) and Lee (1976).

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

of (24) are obtained by replacing $\lambda_a$ and $\lambda_b$ with their values predicted from the reduced-form probit equation (16). These values are

$$
\begin{aligned}
\hat{\lambda}_{ai} &= -f(W_i\widehat{\pi/\sigma_\epsilon})/F(W_i\widehat{\pi/\sigma_\epsilon}), \\
\hat{\lambda}_{bi} &= f(W_i\widehat{\pi/\sigma_\epsilon})/[1 - F(W_i\widehat{\pi/\sigma_\epsilon})]
\end{aligned} \tag{25}
$$

and are entered as least-squares regressors along with $X_i$. Estimation of (24) with $\lambda_i$ replaced by $\hat{\lambda}_i$ corrects for selectivity bias in the observations. What is more interesting for the economic theory of educational choice is that these estimates provide a basis for estimating the structural selection rule or structural probit function (9) and (11). The structural probit is

$$
\begin{aligned}
\text{Pr (choose A)} = \text{Pr } \{[\alpha_0 + \alpha_1 (\ln \bar{y}_a - \ln \bar{y}_b) + \alpha_2 g_a \\
+ \alpha_3 g_b + \alpha_4 Z\delta]/\sigma_\epsilon > \epsilon/\sigma_\epsilon\},
\end{aligned} \tag{26}
$$

from (9), (11), and (14). Use the consistent estimates of structural earnings and growth described above to predict earnings gains for each person in the sample according to

$$
\begin{aligned}
\ln \widehat{(\bar{y}_{ai}/\bar{y}_{bi})} &= X_i(\hat{\beta}_a - \hat{\beta}_b), \\
\hat{g}_{ai} &= X_i\hat{\gamma}_a, \\
\hat{g}_{bi} &= X_i\hat{\gamma}_b,
\end{aligned} \tag{27}
$$

where $\hat{\beta}$ and $\hat{\gamma}$ are estimated by the method above.[13] These predicted values are inserted into (26) and estimated by the usual probit method to test the economic restrictions (10).[14]

*Other Tests*

Alternative estimates are available to serve as an internal consistency check on the model. In particular, the model can be specified using the observed level of earnings at time $\bar{t}$ and earnings growth instead of initial earnings. From (5) and (6) it follows that

$$
\begin{aligned}
\ln y_a(\bar{t}) &= X_i(\beta_a + \gamma_a\bar{t}) + u_1 + \bar{t}u_2, \\
\ln y_b(\bar{t}) &= X_i(\beta_b + \gamma_b\bar{t}) + u_3 + \bar{t}u_4.
\end{aligned} \tag{28}
$$

---

[13] This method is due to Lee (1978), who used it to study unionization status. Our model differs somewhat in that there is more than one structural equation in each classification.

[14] Heckman (1976) and Lee (1977) show that OLS estimates of the standard errors of $\beta_a$, $\gamma_a$, $\beta_b$, and $\gamma_b$ in (24) are biased if $\sigma_{k\epsilon}/\sigma_\epsilon \neq 0$ when estimated values of $\lambda_b$ are used in place of their true values. Lee also shows that the usual estimates of standard errors for the structural probit (26) are biased when estimated values of $\ln (\bar{y}_a/\bar{y}_b)$, $g_a$, and $g_b$ are used in place of their true values and derives exact asymptotic distributions for these parameters. We use Lee's (1977) results to compute consistent estimates of standard errors below.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

Substitute for the level equations in (12) and (13) and this model also can be estimated as described above. However, now the structural probit is of the form

$$\Pr(A \text{ is chosen}) = \Pr(\{\theta_0 + \theta_1 [\ln y_a(t) - \ln y_b(t)] + \theta_2 g_a + \theta_3 g_b\} + \theta_4 r/\sigma_\epsilon > \epsilon/\sigma_\epsilon). \quad (29)$$

Since $\ln y_a(\bar{t}) - \ln y_b(\bar{t}) = \ln \bar{y}_a - \ln \bar{y}_b + (g_a - g_b)\bar{t} - g_a S$, the following restrictions are implied:

$$\theta_1 = \alpha_1,$$

$$(\bar{t} - S)\theta_1 + \theta_2 + \alpha_2, \quad (30)$$

$$-\bar{t}\theta_1 + \theta_3 = \alpha_3.$$

Hence we have a check on the validity of the model. Of course, its main validation is the power to predict behavior and assignments on independent data.

### Identification

Two natural questions regarding identification arise in this model.

1. Estimation of the selection rule or structural probit equation is possible only if the vectors $X$ and $Z$ have elements that are not in common. If $X$ and $Z$ are identical, the predicted values of $\ln \bar{y}_a - \ln \bar{y}_b$, $g_a$, and $g_b$ are colinear with the other explanatory variables in (26), and its estimation is precluded. Note, however, that even if $X$ and $Z$ are identical, the reduced-form probit (16) is estimable, and it still may be possible to estimate initial earnings and growth-rate equations and selection bias. The reason is that, although the $\hat{\lambda}$ corrections in (24) are functions of the same variables that enter the $X\beta$ or $X\gamma$ parts of these equations, they are nonlinear functions of the measured variables. Structural earnings equations might be identified off the nonlinearity, though in any particular application there may be insufficient nonlinearity if the range of variation in $W\pi$ (see [15]) is not large enough.[15]

---

[15] Heckman (1979) raises some subtle issues regarding specification error in selection models. Elements of $Z$ may be incorrectly specified in $X$ and can be statistically significant in least-squares regressions because of truncation. Conversely, coefficients on selection-bias variables $\lambda_a$ and $\lambda_b$ can be significant because variables are incorrectly attributed to selection when they more properly belong directly in $X$. E.g., some might argue that family background belongs in structural earnings equations and our selectivity effects work (see below) because family background comes in the back door through its indirect effect on $\hat{\lambda}$. However, a reversal of the argument suggests that family-background variables might have significant estimated direct effects on earnings merely because they work through selection and resulting truncation. There is no statistically satisfactory way of resolving this problem. In any event, we cannot be "agnostic" about specification because both the economic and statistical theories require certain nontestable zero identifying restrictions. The problem is even more complicated

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

In the general discussion of Section II, $X$ was tentatively associated with measured abilities and $Z$ with measured financial constraints (and tastes), corresponding to the Beckerian distinction between factors that shift the marginal rate of return to investment schedule and those that shift the marginal supply of funds schedule. Evidently, if one takes a sufficiently broad view of human investment and in particular of the role of child care in the new home economics, easy distinctions between the content of $X$ and of $Z$ become increasingly difficult, if not impossible, to make. If $X$ and $Z$ are indistinguishable, the economic theory of school choice has no empirical content. In the empirical work below a very strong dichotomy with no commonalities is maintained: $X$ is specified as a vector of ability indicators and $Z$ as a vector of family-background variables. This hypothesis is maintained for two reasons. First, it provides a test of the theory in its strongest form. Certainly if the theory is rejected in this form there is little hope for it. Second, there have been no systematic attempts to find empirical counterparts for the things that shift marginal rate of return and marginal cost of fund schedules that cause different people to choose different amounts of schooling. The validity of the theory rests on the possibility of actually being able to find an operational set of indicators, and this distinction is the most straightforward possibility.

Given resolution of problem 1, not all parameters in the model can be estimated. Some are overidentified and some are underidentified. The selectivity-bias-corrected structural earnings equations (24) directly estimate $\beta_a$, $\beta_b$, $\gamma_a$, $\gamma_b$, and the structural probit (26) provides estimates of $(\alpha_1/\sigma_\epsilon, \alpha_2/\sigma_\epsilon, \alpha_3/\sigma_\epsilon, \alpha_4\delta/\sigma_\epsilon)$. Furthermore, from the approximations in (10), the coefficient on $\ln(\overline{y}_a/\overline{y}_b)$ in (26) estimates $1/\sigma_\epsilon$ (given that $\alpha_1 = 1$), so that it is also possible to estimate population average real rates of interest. In addition, there are 15 parameters in the unobserved-component variance-covariance matrix $\Sigma$. Following a development similar to the one leading to (18)–(21), it can be shown that the variances of residuals in (24) are

$$\text{var}(\eta_{ij}) = \sigma_{jj} + \frac{\sigma_{j\epsilon}}{\sigma_\epsilon}\left(\frac{W_i\pi}{\sigma_\epsilon}\lambda_{ai} - \lambda_{ai}^2\right), j = 1, 2;$$

$$\text{var}(\eta_{ij}) = \sigma_{ij} + \frac{\sigma_{j\epsilon}}{\sigma_\epsilon}\left(\frac{W_i\pi}{\sigma_\epsilon}\lambda_{bi} - \lambda_{bi}^2\right), j = 3, 4. \tag{31}$$

Similar expressions hold for covariances between $\eta_{i1}$ and $\eta_{i2}$ and between $\eta_{i3}$ and $\eta_{i4}$. Hence it is possible to estimate the own-population variances $\sigma_{jj}$ for $j = 1, \ldots, 4$, two within-group

in the present context because the theory is based on unobserved talent and financial constraint shifters and must have observable counterparts to be operational. Evidently choice among alternative specifications ultimately must rest on predictive performance outside the sample.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

covariances, and four covariances $\sigma_{j\epsilon}$ for $j = 1, \ldots, 4$. These, along with the estimate of $\sigma_{\epsilon}$, provide only 11 statistics to estimate 15 parameters. Evidently all the covariance terms in $\Sigma$ cannot be estimated without additional zero or other restrictions because we never observe the path not taken. This is the basis for the statement above that deadweight losses from assignments based jointly on wealth and talent rather than on talent alone cannot be imputed. The demand function for college attendance implicit in (26) reflects the joint density of talent, wealth, tastes, and expectations, and their separate effects cannot be disentangled.

## IV.  Estimation

The model has been estimated on a sample of 3,611 respondents to the NBER-Thorndike-Hagen survey of 1968–71.[16] These data refer to male World War II veterans who applied for the army air corps. They do not come from a random sample of the population, since the military screening criteria were based on certain aspects of ability and physical fitness. Therefore it is not possible to extrapolate these results to the population at large. However, the sample's advantages more than compensate for this. First, it covers more than 20 years of labor-market experience, far longer than any other panel of comparable size and most appropriate for measuring lifetime earnings effects of educational choice as the theory requires. Second, it contains extensive information on family background and talent. While several other panels are as good on family background, virtually none compare in their range of talent and ability indicators most appropriate to the theory of comparative advantage.

The sample actually used is a subset of 5,085 total respondents. Forty-two observations were dropped for not responding to the age question, another 480 persons were deleted because they were pilots, had extended military service, or did not report a job in 1969, and 952 were dropped because they did not report both initial ($\bar{y}$) and latest ($y[\bar{t}]$) earnings required for structural estimation. Definitions of variables are given in Appendix A. Individuals were put into two categories: group A represents those who entered college and group B those who stopped school after high school graduation. Not all members of group A completed college, and a substantial fraction completed more than a college education. They are labeled "college attendees" hereafter. Descriptive statistics appear in table 1. Notice that more than 75 percent of the sample chose to attend college for some period,

---

[16] These data have been extensively analyzed by other investigators, especially Taubman (1975), who also discovered them. For complete documentation see NBER (1973).

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

TABLE I

DESCRIPTIVE STATISTICS

| VARIABLE | HIGH SCHOOL (Group B) | | MORE THAN HIGH SCHOOL (Group A) | |
|---|---|---|---|---|
| | Mean | SD | Mean | SD |
| Father's ED | 8.671 | 2.966 | 10.26 | 3.623 |
| Father's ED$^2$ | 83.99 | 55.53 | 118.4 | 78.09 |
| DK ED | .0999 | ... | .0464 | ... |
| Manager | .3628 | ... | .4954 | ... |
| Clerk | .1239 | ... | .1450 | ... |
| Foreman | .2238 | ... | .1695 | ... |
| Unskilled | .1492 | ... | .0819 | ... |
| Farmer | .1062 | ... | .0720 | ... |
| DK job | .0177 | ... | .0124 | ... |
| Catholic | .2933 | ... | .2138 | ... |
| Jew | .0405 | ... | .0617 | ... |
| Old sibs | 1.143 | 1.634 | .9035 | 1.383 |
| Young sibs | .9381 | 1.486 | .8138 | 1.266 |
| Mother works: | | | | |
|   Full 5 | .0468 | ... | .0486 | ... |
|   Part 5 | .0392 | ... | .0504 | ... |
|   None 5 | .7168 | ... | .7507 | ... |
|   Full 14 | .0822 | ... | .0936 | ... |
|   Part 14 | .0708 | ... | .0851 | ... |
|   None 14 | .6384 | ... | .6713 | ... |
| H.S. shop | .2592 | ... | .0908 | ... |
| Read | 20.57 | 10.17 | 24.06 | 11.63 |
| NR read | .0291 | ... | .0128 | ... |
| Mech | 59.24 | 18.27 | 58.88 | 18.96 |
| NR mech | .0025 | ... | 0 | ... |
| Math | 18.13 | 11.82 | 28.94 | 17.17 |
| NR math | .0683 | ... | .0188 | ... |
| Dext | 50.04 | 9.359 | 50.68 | 9.811 |
| NR dext | 0 | ... | .0071 | ... |
| Exp | 29.33 | 2.439 | 24.54 | 2.907 |
| Exp$^2$ | 866.1 | 147.1 | 610.4 | 147.4 |
| S13–15 | ... | ... | .3106 | ... |
| S16 | ... | ... | .3993 | ... |
| S20 | ... | ... | .0823 | ... |
| Year 48 | 46.62 | 1.584 | 48.05 | 1.869 |
| Year 69 | 69.11 | .3691 | 69.08 | .3437 |
| ln $\bar{y}$ | 8.635 | .4107 | 8.526 | .3871 |
| ln $y(t)$ | 9.326 | .4573 | 9.639 | .4904 |
| $g$ | .0309 | .0251 | .0535 | .0283 |
| $\lambda_a$ | −1.2870 | .2873 | −.3193 | .2256 |
| $\lambda_b$ | .4666 | .3763 | 1.605 | .5212 |
| No. observations | 791 | | 2820 | |

NOTE.—Variables are defined in Appendix A.

S21

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

reflecting the unusual ability distribution in the sample and eligibility for a liberal school subsidy (the GI Bill). However, the presence of the GI Bill is common to both college attendees and high school graduates.

There are some obvious differences between the two groups. Both mean and relative variance of earnings in both years are smaller for high school graduates, as tends to be true in other samples. In addition, high school graduates had smaller earnings growth over the period, had more siblings and were lower in birth order than college attendees, and were more likely to have taken vocational training in high school. Their fathers had less schooling and were more likely to be blue-collar workers as well. Four ability measures have been chosen for analysis, out of some 16 indicators available in the data. Math and reading scores are related to IQ type of ability (in fact, it is known that math score is highly correlated with IQ score in these data), while the other two are more associated with manual skills. The four together seem well suited to the comparative-advantage logic underlying the formulation of the model. High school graduates tend to score lower in the math and reading-comprehension tests, about the same in manual dexterity, and somewhat better on mechanical ability. In line with the previous discussion, all ability measures in table 1 are assigned to $X$, while the family-background measures—reflecting financial constraints, tastes, and perceptions—are assigned to $Z$. Experience, school-completion dummies (for group A), and year of reported earnings are used exclusively as controls in structural earnings equations.

The first columns in table 2 present estimated coefficients and asymptotic $t$-statistics of the reduced-form probit selection into group A—equation (16). These effects more or less parallel the summary of table 1 given above. Math score has a particularly strong positive effect and mechanical score a strong negative effect on the college attendance decision. The effect of mother's working is somewhat unexpected. Mother's home time when the respondent was 5 years old or younger has virtually no effect on college attendance, whereas the respondent was more likely to go to college if his mother worked when he was 6–14 years of age. This is more supportive of market investment through relaxation of financial constraints than of home investments in kind.[17]

Structural estimates of earnings and growth equations corrected for selection are found in table 3. These are somewhat different from the typical earnings equations found in the literature, because they in-

[17] Recall that female labor-force participation during the war increased. The normalized category for mother's work classifications is nonresponse. We do not know how many did not respond because no mother was in the home.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

clude a much sparser set of regressors. For example, we know respondents' unemployment experience, weeks worked, weeks ill, marital status, and so forth but have not included them in the regressions. The logic of this lies in the model itself: at the time the college attendance decision was made, there is no reason to expect that respondents knew the outcomes of such variables. It is more in the spirit of the choice framework of the model to allow these "current" events to be captured indirectly via their correlations with included variables in order to estimate expected or anticipated values relevant to the structural probit.[18] The problem is more difficult in the case of school-completion differences among members of group A in table 3 and, in truth, raises an unresolvable aggregation problem. The anticipations argument above suggests that school-completion differences within group A may not enter the earnings equations, so that included variables pick up average completion experience in the sample. Alternatively, it can be argued that the level of schooling achieved within group A should be controlled by including school-completion dummies. This latter specification is reported in table 3 and is the one used to estimate the structural probit in table 2. Of course we do not switch on the school-completion dummies to estimate the earnings advantages of college attendance, since that would clearly stack the deck in favor of finding strong financial effects. Earnings and structural probit equations were also estimated with school dummies deleted, and the results were very similar to those reported here. However, it is clear that this issue only can be resolved by going into a more disaggregated model with multiple classifications.

With the exception of experience, most of the variables have little effect on initial earnings in either A or B (see cols. 1 and 2 of table 3).[19] Experience effects are the strongest and are known to be most important at early and late stages of career patterns, facts borne out in these data since experience has little effect on later (surveyed around 1969) earnings. The ability measure that has the largest effect on

---

[18] A related and thorough discussion of this issue appears in Hanoch (1967), to which the reader is referred. It has not escaped our attention that current variables such as hours of work and unemployment experience might serve as indicators of an unobserved "taste for leisure" component, but we have not experimented with that possibility.

[19] Initial earnings is recall data from the 1955 Thorndike survey and refers to a period as much as 9 years prior to that survey date. Late earnings is closer to the NBER survey date and probably has less recall error in it. The low $R^2$ statistics in table 3 are due to the fact that we are looking at within-group variation, whereas most results in the literature get a lot of mileage out of current variables and explanation of between-group mean variation. It is also worth noting that the standard errors in the earnings and growth equations computed from the exact asymptotic distribution reported in the table are virtually identical with those estimated by OLS.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

TABLE 2

COLLEGE SELECTION RULES: PROBIT ANALYSIS

| VARIABLE | REDUCED FORM (16) | | STRUCTURE (26) | | STRUCTURE (29) | |
|---|---|---|---|---|---|---|
| | Coefficient | t | Coefficient | t | Coefficient | t |
| Constant | .0485 | .20 | .1512 | .22 | .1030 | .17 |
| Background: | | | | | | |
| Father's ED | -.0145 | -.41 | -.0168 | -.54 | -.0152 | -.49 |
| Father's ED² | .0037 | 2.05 | .0038 | 2.26 | .0037 | 2.26 |
| DK ED | -.4059 | -3.96 | -.3924 | -2.79 | -.4001 | -2.91 |
| Manager | .1897 | 2.17 | .1825 | 2.13 | .1871 | 2.21 |
| Clerk | .0556 | .54 | .0561 | .59 | .0554 | .59 |
| Foreman | .0182 | .19 | .0210 | .23 | .0200 | .22 |
| Unskilled | -.0910 | -.85 | -.0948 | -.89 | -.0928 | -.87 |
| Farmer | -.2039 | -2.12 | -.2256 | -2.27 | -.2094 | -2.14 |
| DK job | -.0413 | -.19 | -.0629 | -.29 | -.0609 | -.28 |
| Catholic | -.1144 | -1.91 | -.0982 | -1.51 | -.1083 | -1.66 |
| Jew | -.0293 | -.23 | .0143 | .12 | -.0158 | -.14 |
| Old sibs | -.0162 | -.93 | -.0162 | -.93 | -.0161 | -.93 |
| Young sibs | .0122 | .63 | .0096 | .49 | .0112 | .57 |
| Mother works: | | | | | | |
| Full 5 | .1039 | .66 | .1168 | .81 | .1104 | .76 |
| Part 5 | .2179 | 1.42 | .2106 | 1.52 | .2156 | 1.56 |

S24

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

|  | (1) | (2) | (3) | (4) | (5) | (6) |
|---|---|---|---|---|---|---|
| None 5 | .0655 | .63 | .0677 | .65 | .0661 | .64 |
| Full 14 | .2898 | 2.29 | .2884 | 2.30 | .2888 | 2.33 |
| Part 14 | .2709 | 2.20 | .2768 | 2.02 | .2693 | 2.03 |
| None 14 | .1980 | 1.91 | .1990 | 1.92 | .1966 | 1.92 |
| H.S. shop | −.4411 | −6.14 | −.4397 | −3.74 | −.4379 | −3.90 |
| Ability: |  |  |  |  |  |  |
| Read | .0047 | 1.67 | ... | ... | ... | ... |
| NR read | −.2575 | −1.41 | ... | ... | ... | ... |
| Mech | −.0070 | −4.29 | ... | ... | ... | ... |
| NR mech | −3.0236 | −1.04 | ... | ... | ... | ... |
| Math | .0244 | 12.34 | ... | ... | ... | ... |
| NR math | −.7539 | −5.75 | ... | ... | ... | ... |
| Dext | .0019 | .72 | ... | ... | ... | ... |
| NR dext | 2.2797 | .47 | ... | ... | ... | ... |
| Earnings: |  |  |  |  |  |  |
| $\ln (\bar{y}_a/\bar{y}_b)$ | ... | ... | 5.1486 | 2.25 | 7.6632 | .11 |
| $g_a$ | ... | ... | 138.3850 | 1.83 | 71.8981 | 2.34 |
| $g_b$ | ... | ... | −44.2697 | −1.28 | 5.1501 | 2.57 |
| $\ln y_a(t)/y_b(t)$ | ... | ... | ... | ... | ... | ... |
| Observations | 3611 |  | 3611 |  | 3611 |  |
| Limit observations | 791 |  | 791 |  | 791 |  |
| Nonlimit observations | 2820 |  | 2820 |  | 2820 |  |
| −2 ln (likelihood ratio) | 579.5 |  | 568.8 |  | 576.6 |  |
| $\chi^2$ degree freedom | 28 |  | 23 |  | 23 |  |

NOTE.—$t$ is asymptotic $t$-statistic. DK: Don't know, dummy variable; NR: No response, dummy variable; other variables are defined in Appendix A.

S25

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

TABLE 3

Structural Earnings Estimates: Equations (24) and (28), OLS

| | Dependent Variable | | | | | |
|---|---|---|---|---|---|---|
| Regressor | $\ln \bar{y}_a$ (1) | $\ln \bar{y}_b$ (2) | $g_a$ (3) | $g_b$ (4) | $\ln y_a(\bar{t})$ (5) | $\ln y_b(\bar{t})$ (6) |
| Constant | 8.7124 | 2.8901 | .1261 | .2517 | 10.3370 | 7.5328 |
| | (16.51) | (1.37) | (3.90) | (2.11) | (5.52) | (2.08) |
| Read | .0009 | −.0019 | .0001 | .0003 | .0027 | .0057 |
| | (1.21) | (−1.17) | (1.11) | (3.20) | (2.80) | (3.28) |
| NR read | .0791 | .0506 | −.0034 | −.0046 | .0033 | −.0402 |
| | (1.24) | (.58) | (−.76) | (−.89) | (.04) | (−.42) |
| Mech | −.0002 | −.0005 | −.0001 | −.0001 | −.0021 | −.0017 |
| | (−.48) | (−.54) | (−2.16) | (−1.13) | (−3.59) | (−1.73) |
| NR mech | ... | .1969 | ... | .0002 | ... | .2196 |
| | | (.69) | | (.01) | | (.68) |
| Math | .0015 | −.0013 | .0001 | −.0000 | .0030 | −.0019 |
| | (2.02) | (.74) | (1.18) | (−.20) | (3.31) | (−1.00) |
| NR math | −.1087 | .0562 | .0015 | .0006 | −.0877 | .0712 |
| | (−1.94) | (.83) | (.38) | (.15) | (−1.24) | (.96) |
| Dext | .0008 | −.0019 | −.0000 | .0003 | .0002 | .0036 |
| | (1.03) | (−1.21) | (−.78) | (2.77) | (.16) | (2.19) |
| NR dext | .0751 | ... | −.0004 | ... | .1466 | ... |
| | (.28) | | (−.02) | | (.43) | |
| Exp | −.0523 | .4260 | −.0028 | −.0154 | −.0129 | .0776 |
| | (−1.49) | (3.10) | (−1.11) | (−1.93) | (−.29) | (.53) |
| Exp² | .0015 | −.0067 | .0000 | .0002 | −.0000 | −.0012 |
| | (2.22) | (−2.95) | (.21) | (1.82) | (−.01) | (−.49) |
| Year 48 | −.0020 | −.0156 | ... | ... | ... | ... |
| | (−.48) | (−1.72) | | | | |
| Year 69 | ... | ... | ... | ... | −.0067 | .0039 |
| | | | | | (−.26) | (.09) |
| S13–15 | .1288 | ... | −.0062 | ... | .0168 | ... |
| | (5.15) | | (−3.49) | | (.52) | |
| S16 | .0760 | ... | .0026 | ... | .1095 | ... |
| | (3.82) | | (1.79) | | (4.26) | |
| S20 | .1318 | ... | .0049 | ... | .2560 | ... |
| | (4.10) | | (2.13) | | (6.15) | |
| $\lambda_a$ | −.1069 | ... | .0058 | ... | .0206 | ... |
| | (−3.21) | | (2.45) | | (.49) | |
| $\lambda_b$ | ... | −.0558 | ... | .0118 | ... | .2267 |
| | | (−.66) | | (2.39) | | (2.48) |
| $R^2$ | .0750 | .0439 | .1578 | .0513 | .0740 | .0358 |

Note.—NR: No response, dummy variable; other variables are defined in Appendix A; $t$-values are shown in parentheses.

initial earnings is math score for college attendees. Ability indicators are more important for earnings growth (cols. 3 and 4) and later earnings (cols. 4 and 5). Dexterity and reading scores have positive effects on $g_b$ and $y_b(\bar{t})$, while math and reading scores have positive effects on $\ln y_a(\bar{t})$ but exhibit much weaker effects on earnings growth. Interestingly enough, the effect on mechanical score is nega-

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

tive in all cases, raising obvious questions about what it is that this test supposedly measures (recall, however, the sample truncation on high-ability military personnel). Even so, it seems to have a more important negative effect for members of group A. This, along with the results for dexterity and math scores, lends support to the comparative-advantage hypothesis.

Selectivity biases are particularly interesting in that regard. The coefficients of $\lambda_b$ show no selectivity bias for initial earnings of high school graduates, but positive bias for growth rates. Therefore, observed earnings patterns of high school graduates show higher rates of growth compared with the pattern that would have been observed for the average member of this sample had he chosen not to continue school. On the other hand, the coefficients of $\lambda_a$ show positive selection bias for initial earnings of college attendees and negative bias for earnings growth. The latter is due to the fact that there are no selection effects for late earnings. Thus, the observed earnings pattern among members of group A is everywhere higher than the population mean pattern would have been and converges toward the population mean late earnings level. *Positive selection among both A and B also lends support to comparative advantage.*

The most novel empirical results are the structural probit estimates in table 2, which show how anticipated earnings gains affect the decision to attend college. The predicted earnings variables are statistically significant except for $g_b$ in (26) and $g_a$ in (29).[20] More striking, however, is the agreement of the sign patterns predicted by the theory (see eq. [10] and recall that the structural probit coefficients are normalized by $\sigma_\epsilon$, from [26] and [29]). The model passes two internal consistency checks. The first is restriction (30). Working backward to normalized $\alpha$ estimates from directly estimated $\theta$'s in column 5 of table 2 yields[21] a predicted $(\alpha/\sigma_\epsilon)$ vector of (5.15, 155.90, −52.68), which is similar to the direct estimates in column 3 of (5.15, 138.39,

---

[20] Recall (n. 14) that the $t$-statistics for the structural probit in table 2 are based on consistent estimates of the standard errors, as suggested by Lee (1977). The $t$-statistics on background variables are not very different from the biased values computed by a standard probit algorithm. However, the $t$-statistics on the predicted earnings and growth variables are substantially reduced when corrected for bias; e.g., the standard probit estimates of $t$-values for ln $(\bar{y}_a/\bar{y}_b)$, $g_a$, and $g_b$ in (26) are (10.8, 8.15, −4.81), compared with the unbiased values of (2.25, 1.83, −1.28) in table 2.

[21] There are two ways of estimating $t$ and $(t − S)$ for these computations. First, a direct estimate of $t − S$ is obtained as the difference between average year of 1969 job and average year of initial job for members of group A in table 1. A direct estimate of $t$ is the average difference between 1969 job and initial job for members of group B. However, an independent estimate of $S$ is the average years of schooling among members of group A minus 12.0. Hence another estimate of $(t − S)$ is the direct estimate of $(t − S)$ minus the direct estimate of $S$; and another estimate of $(t − S)$ is the direct estimate of $t$ minus the direct estimate of $S$. The two estimates for each parameter were averaged for purposes of these checks. They are 24.19 for $t$ and 19.68 for $(t − S)$.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

$-44.27$). Working forward from actual estimates of normalized $\alpha$ to predicted estimates of $\theta$ gives prediction (5.15, 37.04, 80.31), compared with actual (5.15, 7.66, 71.90). These comparisons probably would not be so close if the two-parameter approximation to earnings patterns in (5) and (6) was not reasonably good. Second, equations (15) and (26) indicate that estimated coefficients on the $Z$ variables in structural and reduced-form probits should be the same. Direct comparison of coefficients of $Z$ in table 2 shows extremely close similarity of $\alpha_4\delta$ in all three equations. In sum, the results give direct, internally consistent evidence on the validity of the economic theory of the demand for schooling derived from its (private) investment value. The economic hypothesis cannot be rejected.

## V. Conclusions

The structural probit estimates of table 2 support the economic hypothesis that expected gains in life earnings influence the decision to attend college. They also show important effects of financial constraints and tastes working through family-background indicators, a finding in common with most other studies of school choice.[22] Availability of the GI Bill might well be expected to dull the observed monetary effects, but they remain strong enough to persist for a significant fraction of the sample.

The estimates also show positive sorting or positive selection bias in observed earnings of both high school graduates and college attendees. To be clear about the implications of these results it is necessary to distinguish between the effects of measured abilities and unmeasured components on earnings prospects in A or B. The selection results refer to unmeasured components of variance. If we examine a subpopulation of persons with given measured abilities (i.e., with the same values of $X$ in [12] and [13]), the empirical results on selectivity imply that those persons who stopped schooling after high school had better prospects as high school graduates than the average member of that subpopulation and that those who continued on to college also had better prospects there than the average member of the subpopulation. That is, the average earnings at most points in the life cycle of persons with given measured characteristics who actually chose B exceeded what earnings would have been for those persons (with the same characteristics) who chose A instead. Conversely, average earn-

---

[22] See Radner and Miller (1970) and Kohn, Manski, and Mundel (1976) for logit models of college choice. These models contain more detail in personal and college attributes but do not make any attempt to assess the effects of anticipated earnings in college attendance decisions. See Abowd (1977) for another approach to the selection problem focusing on school quality.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

ings for those who actually chose A were greater than what earnings would have been for measurably similar people who actually chose B had they continued their schooling instead. This is a much different picture than emerges from the usual discussions of ability bias in the literature, based on hierarchical or one-factor ability considerations. The one-factor model implies that persons who would do better than average in A would also do better than average in B. That is, positive selectivity bias in B cannot occur in the strict hierarchical model.[23]

The most attractive and simplest interpretation is the theory of comparative advantage, because hierarchical assignments are not observed. While the results are consistent with comparative advantage, they do not prove the case because life-persistent luck and random extraneous opportunities could have played just as important roles in the observed assignments as differential talents did. For all we know, those who decided to stop school after high school may have married the boss's daughter instead, or made better career connections in the military, and so forth. The important point is that their prospects in B were higher than average.

As noted above, the population average rate of discount, $\bar{r}$, is an identifiable statistic in the model. Estimates are obtained by applying restriction (10) to the estimates in table 2. Maintain the hypothesis that $\alpha_1 = 1$. Then the estimated coefficient of $\ln (\bar{y}_a/\bar{y}_b)$ in table 2 estimates $(1/\sigma_\epsilon)$, from equation (26). Since all the equations of the structural probit are normed by $\sigma_\epsilon$ this estimate provides a basis for estimating the population parameters in (10).

Straightforward computations using the structural probit estimates (26) in table 2 yield

$$(\bar{r} - \bar{g}_a) = .0372,$$
$$(\bar{r} - \bar{g}_b) = .1163.$$
(32)

Estimates of $\bar{g}_a$ and $\bar{g}_b$ are necessary to impute values of $\bar{r}$, and a slight ambiguity arises because the growth rates are functions of measured characteristics (see [12] and [13]). For illustrative purposes we use the overall sample mean values of characteristics (the $X$'s) to impute $\bar{g}_a$ and $\bar{g}_b$ from the structural earnings estimates in table 3, purged of selectivity bias. The average person in the sample would have ob-

---

[23] It should be emphasized that the special nature of this sample makes it impossible to extrapolate this result to the entire population. The reason is that the selection criteria for sample eligibility were established by entrance requirements into the army and our sample is a subset of those who volunteered for the air corps. It is possible to conceive of systematic truncation and selection rules by the military that would support the comparative-advantage argument in this subset, even though roughly hierarchical talents and positive correlations among alternative income prospects might well characterize the population at large.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

tained growth rates $\bar{g}_a = .0591$ and $\bar{g}_b = .0262$ in A and B, respectively. The population mean discount rate, $\bar{r}$, is overidentified. The first equation of (32) yields an estimate of $\bar{r} = .0963$, while the second gives $\bar{r} = .1425$. Two more estimates of $\bar{r}$ are implied by the structural probit that uses the late earnings difference rather than the initial earnings differences. These are $\bar{r} = .0981$ and $\bar{r} = .1240$. Even if the precise derivation and specification of the model in Section III strain the reader's credulity, it is nonetheless clear that the structural specification is consistent with more casual derivations, and the estimated sign patterns in the structural probit, if not the precise restrictions among coefficients, would be predicted by virtually any economic model.

The positivity of earnings selection effects in both groups also implies that selection bias in simple rate of return estimates could go in either direction. The following procedure gives a rough and ready indication in this sample. First the two-parameterization of earnings in (5) and (6) implies that the average internal rate of return, $i$, is estimated by $\ln(y_a/y_b) + \ln(i - g_b) - \ln(i - g_a) - iS = 0$, where $i$ is the rate of discount that equates average present values. Using sample mean values of $\bar{y}_a, \bar{y}_b, g_a$, and $g_b$ in table 1 and a schooling increment of 4.11 years yields a simple unadjusted rate of return of $i = 9.0$ percent. This is comparable to the statistic usually presented in rate of return studies that make no allowance for differential ability between high school and college graduates. Several adjustments must be made to this number, however. First, correcting for selectivity alone yields an adjusted mean rate of return of $i = 9.8$ percent, which is actually larger, not smaller, than the observed mean rate of return. The 9.8 percent figure is obtained by subtracting the selectivity bias corrections from the observed sample means of $\bar{y}_a, \bar{y}_b, g_a$, and $g_b$ and in principle could be larger or smaller than the unadjusted figure due to positive selection in both A and B. It does not make any allowance for differential measured ability effects between the two groups. A more meaningful computation in the context of the model is to use measured abilities and the parameters of the corrected earnings and growth-rate functions to answer the following question: What is the expected rate of return to college of the typical person who chose A as compared to the expected rate of return of the typical person who chose B? This is a "standardized" comparison: the rates of return differ between the typical A person and the typical B person because their measured abilities differ and because the values of these abilities (the regression coefficients in table 3) differ in A or B. Assuming that persons with the average characteristics of those who chose B would have exhibited the same values of experience and initial year of earnings as those who actually chose A and vice versa, the average rate of return for persons of type A is 9.9 percent, while the average is 9.3

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

percent for persons of type B. Thus, those who actually chose A had measured abilities that were more valuable in A than did those who actually chose B.

*Predictions*

The model passes the test of empirical verification of its structural restrictions. How well does it do in predicting assignments on independent data? The sample used is not a random drawing of the U.S. population and for this reason cannot be extrapolated to the population at large. However, only a subset of the NBER-Thorndike-Hagen sample was used to estimate it, and the remaining remnant is more likely to be a suitable group for prediction purposes. The remnant refers to those who did not report initial earnings. For this reason it may not be a random sample of the relevant population either. And while there is no reason to suppose that the censoring of initial earnings was systematically related to the selection mechanism of the model, it should be noted that a somewhat smaller proportion of these individuals (66 percent of them) chose to attend college than in the sample used for structural estimation.

One indirect test of the model's predictive content has been calculated. First, the reduced-form probit was reestimated for the remnant, which does not involve extrapolations, since the sample selection between A and B and the content of $W = [X,Z]$ is known for these people. Results appear in Appendix B. While there is some conformity with table 2, there are also many differences between reduced-form estimates in the two samples. In short, family-background coefficients are not too stable.

The second experiment involves an extrapolation. Both initial earnings differences and growth rates were predicted for members of the remnant sample from the structural earnings estimates of table 3 and then used to reestimate the structural probit of this group (no *t*-statistics are reported for structural probit coefficients because of the large expense of doing so). The results also appear in Appendix B. The sign reversals on family-background indicators carry over to these estimates too, though the coefficients and signs of the Z variables in the structural estimates are very close to those found in the reduced-form estimates in Appendix B. However, the coefficients on the earnings differences and growth rates for the remnant sample are very close to those estimated for the original sample of table 2.

*Enrollment Functions*

Perhaps the simplest and most useful summary of the results is obtained from the demand function for college attendance implicit in

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

the structural probit estimates. Recalling the definition of the index function in (9), the probability of attending college is given by Pr (A is chosen) = $F(I/\sigma_\epsilon)$, where $F$ is the standard normal c.d.f. Let $m$ denote the size of the relevant population, and let $N$ represent the number choosing to attend college. Then the number enrolled in college is given by

$$N = mF(I/\sigma_\epsilon). \tag{33}$$

This would be equivalent to a supply function of graduates were it not for the aggregation involved in group A. The supply of graduates is somewhat different since we do not know how long people outside the sample would stay in school. The normality assumptions imply that the enrollment function (33) follows the cumulative normal curve. It therefore has zero elasticity at its extremes and positive elasticities in between. The major point of interest here is responsiveness of enrollments to earnings opportunities near the sample mean. From the definitions of present value in Section III, note that $d\ln (V_a/V_b)/d\ln (\overline{y}_a/\overline{y}_b) = 1$. A 1 percent change in relative initial earnings changes relative capital values by 1 percent. To clarify a possible point of confusion on this conceptual experiment, $d\ln (\overline{y}_a/\overline{y}_b)$ represents a permanent—not a transitory—change in lifetime prospects, because it increases relative differences between potential earnings in A compared with B not only initially but forevermore (see [5] and [6]). Differentiating (33) yields an elasticity formula

$$d\ln N/d\ln (\overline{y}_a/\overline{y}_b) = [F'(I/\sigma_\epsilon)(\alpha_1/\sigma_\epsilon)]/F(I/\sigma_\epsilon),$$

where $I/\sigma_\epsilon$ is evaluated at the desired sample proportion. For example, the elasticity evaluated at a sample proportion of .5 (half in A and half in B) is 4.1. On the other hand, the initial earnings elasticity at the observed sample proportion is 1.94, still a substantial response given the presence of marked diversity in the population. By way of comparison, an increment of father's education of 1.59 years (the difference in means of father's schooling between groups in table 1) elicits a relative response of .0337.

## Appendix A
### Definitions of Variables for Tables

| | |
|---|---|
| Father's ED | Father's years of school. Nonresponse assigned mean. |
| Father's ED² | Square of Father's ED. |
| DK ED | Dummy variable: 1 if respondent did not know father's education. |
| Manager | Dummy variable: 1 if father was a businessman, manager, or professional. |
| Clerk | Dummy variable: 1 if father had white-collar occupation other than those in management. |
| Foreman | Dummy variable: 1 if father was a foreman, supervisor, or skilled craftsman. |

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

| | |
|---|---|
| Unskilled | Dummy variable: 1 if father was semiskilled operative or unskilled laborer. |
| Farmer | Dummy variable: 1 if father was a farmer. |
| DK job | Dummy variable: 1 if respondent did not know father's occupation. |
| Catholic | Dummy variable: 1 if respondent is Catholic. |
| Jew | Dummy variable: 1 if respondent is Jewish. |
| Old sibs | Number of older siblings. |
| Young sibs | Number of younger siblings. |
| Mother works: | |
| Full 5 | Dummy variable: 1 if mother worked full time when respondent was less than 6 years of age. |
| Part 5 | Dummy variable: 1 if mother worked part time when respondent was less than 6 years of age. |
| None 5 | Dummy variable: 1 if mother did not work when respondent was less than 6 years of age. |
| Full 14 | Dummy variable: 1 if mother worked full time when respondent was 6–14 years of age. |
| Part 14 | Dummy variable: 1 if mother worked part time when respondent was 6–14 years of age. |
| None 14 | Dummy variable: 1 if mother did not work when respondent was 6–14 years of age. |
| H.S. shop | Dummy variable: 1 if respondent majored in vocational courses in high school. |
| Read | Raw score on college undergraduate level reading comprehension test. Continuous variable, nonrespondents assigned mean. |
| NR read | Dummy variable: 1 if reading score not reported. |
| Mech | Raw score on pictorial representation of mechanical problem test. Continuous variable, nonrespondents assigned mean. |
| NR mech | Dummy variable: 1 if mechanical score not reported. |
| Math | Raw score on mathematics test (performance in advanced arithmetic, algebra, and trigonometry). Continuous variable with nonrespondents assigned mean. |
| NR math | Dummy variable: 1 if math score unreported. |
| Dext | Score on test of finger dexterity. Continuous variable, nonrespondents assigned mean. |
| NR dext | Dummy variable: 1 if dexterity score not reported. |
| Exp | Continuous variable: Age − Schooling − 6. |
| Exp$^2$ | Square of Exp. |
| S13–15 | Dummy variable: 1 if respondent received 13–15 years of school. |
| S16 | Dummy variable: 1 if respondent received 16 years of school. |
| S20 | Dummy variable: 1 if respondent received 20 or more years of school. |
| Year 48 | Year in which initial postwar earnings are reported. Continuous variable. |
| Year 69 | Year in which earnings at time of NBER survey are reported. Continuous variable. |
| ln $\bar{y}$ | Log of earnings on first job after finishing school, in 1967 prices. |
| ln $y(t)$ | Log of earnings at time of NBER survey in 1967 prices. |
| $g$ | (ln earn 69 − ln earn 48) ÷ (Year 69 − Year 48) percentage rate of growth between the two observations. |
| $\lambda_a$ | See equation (17), based on estimates in table 2, column 1. |
| $\lambda_b$ | See equation (22), based on estimates in table 2, column 1. |

S33

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

## Appendix B

COLLEGE SELECTION RULES: PROBIT ANALYSIS
(Independent Subsample of Individuals with
No Report on Initial Earnings)

| VARIABLE | REDUCED FORM (16) | | STRUCTURE (26) | STRUCTURE (29) |
|---|---|---|---|---|
| | Coefficient | $t$ | Coefficient | Coefficient |
| Constant | −.4424 | −.986 | −.1170 | −.1514 |
| Background: | | | | |
|   Father's ED | −.0183 | .27 | .0131 | .0123 |
|   Father's ED$^2$ | .0020 | .61 | .0023 | .0023 |
|   DK ED | −.2645 | −1.69 | −.2548 | −.2608 |
|   Manager | .2009 | 1.50 | .1689 | .1768 |
|   Clerk | .1664 | .92 | .1523 | .1490 |
|   Foreman | −.1276 | −.83 | −.1359 | −.1369 |
|   Unskilled | −.3118 | −1.79 | −.3298 | .3260 |
|   Farmer | .1353 | .75 | .1174 | −.1332 |
|   DK job | −.3515 | −1.04 | −.3133 | −.3426 |
|   Catholic | −.0887 | −.80 | −.0847 | −.1024 |
|   Jew | −.2169 | −.95 | −.1879 | −.2159 |
|   Old sibs | .0335 | 1.02 | .0343 | .0336 |
|   Young sibs | .0191 | .56 | .0170 | .0176 |
|   Mother works: | | | | |
|     Full 5 | −.6039 | −2.06 | −.6080 | −.6080 |
|     Part 5 | −.0470 | −.18 | −.0409 | −.0351 |
|     None 5 | −.0200 | −.11 | −.0345 | −.0248 |
|     Full 14 | .1656 | .67 | .1747 | .1764 |
|     Part 14 | −.1248 | −.58 | −.1258 | −.1310 |
|     None 14 | −.0581 | −.31 | −.0360 | .0448 |
|   H.S. shop | −.5387 | −3.95 | −.5436 | −.5395 |
| Ability: | | | | |
|   Read | .0056 | 1.07 | . . . | . . . |
|   NR read | .2393 | .74 | . . . | . . . |
|   Mech | −.0480 | −1.64 | . . . | . . . |
|   NR mech | . . . | . . . | . . . | . . . |
|   Math | .0251 | 6.80 | . . . | . . . |
|   NR math | −.4775 | −2.15 | . . . | . . . |
|   Dext | .0050 | 1.03 | . . . | . . . |
|   NR dext | . . . | . . . | . . . | . . . |
| Earnings: | | | | |
|   $\ln(\bar{y}_a/\bar{y}_b)$ | . . . | . . . | 4.9674 | . . . |
|   $g_a$ | . . . | . . . | 122.1460 | −1.8761 |
|   $g_b$ | . . . | . . . | −34.8393 | 76.4555 |
|   $\ln(y_a(t)/y_b(t)]$ | . . . | . . . | . . . | 4.8837 |
| Observations | 952 | | 952 | 952 |
|   Limit observations | 321 | | 321 | 321 |
|   Nonlimit observations | 631 | | 631 | 631 |
| −2 ln (likelihood ratio) | 184.446 | | 179.419 | 184.446 |
| $\chi^2$ degree freedom | . . . | | . . . | . . . |

NOTE.—$t$ is asymptotic $t$-statistic; DK: Don't know, dummy variable; NR: No response, dummy variable; other variables are defined in Appendix A.

S34

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

## References

Abowd, John M. "An Econometric Model of the U.S. Market for Higher Education." Ph.D. dissertation, Univ. Chicago, 1977.

Becker, Gary S. *Human Capital.* 2d ed. New York: Nat. Bur. Econ. Res., 1975.

Blaug, Mark. "The Empirical Status of Human Capital Theory: A Slightly Jaundiced Survey." *J. Econ. Literature* 14 (September 1976): 827–55.

Freeman, Richard. *The Market for College Trained Manpower: A Study in the Economics of Career Choice.* Cambridge, Mass.: Harvard Univ. Press, 1971.

Friedman, Milton, and Kuznets, Simon. *Income from Independent Professional Practice.* New York: Nat. Bur. Econ. Res., 1945.

Griliches, Zvi. "Estimating the Returns to Schooling: Some Econometric Problems." *Econometrica* 45 (January 1977): 1–22.

Griliches, Zvi; Hall, B.; and Hausman, Jerry. "Missing Data and Self-Selection in Large Panels." Discussion Paper no. 573, Harvard Inst. Econ. Res., 1977.

Hanoch, Giora. "An Economic Analysis of Earnings and Schooling." *J. Human Resources* 2, no. 3 (1967): 310–29.

Hause, J. "The Fine Structure of Earnings and the On-the-Job-Training Hypothesis." Mimeographed. Univ. Minnesota, 1977.

Hausman, Jerry, and Wise, D. "A Conditional Probit Model for Qualitative Choice." *Econometrica* 46 (March 1978): 403–26.

Heckman, James J. "The Common Structure of Statistical Models of Truncation, Sample Selection and Limited Dependent Variables and a Simple Estimator for Such Models." *Ann. Econ. and Soc. Measurement* 5 (Fall 1976): 475–92.

———. "Sample Selection Bias as a Specification Error." In *Female Labor Supply: Theory and Estimation,* edited by J. P. Smith. Princeton, N.J.: Princeton Univ. Press, 1979.

Kenny, L.; Lee, L.; Maddala, G. S.; and Trost, R. "Returns to College Education: An Investigation of Self-Selection Bias in Project Talent Data." *Internat. Econ. Rev.* (in press).

Kohn, M. G.; Manski, C. F.; and Mundel, D. S. "An Empirical Investigation of Factors Which Influence College-going Behavior." *Ann. Econ. and Soc. Measurement* 5 (Fall 1976): 391–420.

Lazear, Edward. "Age, Experience and Wage Growth." *A.E.R.* 66 (September 1976): 548–58.

Lee, Lung Fei. "Estimation of Limited Dependent Variables Models by Two-Stage Methods." Ph.D. dissertation, Univ. Rochester, 1976.

———. "On the Asymptotic Distributions of Some Two-Stage Consistent Estimators: Unionism and Wage Rates Revisited." Mimeographed. Univ. Minnesota, 1977.

———. "Unionism and Wage Rates: A Simultaneous Equations Model with Qualitative and Limited Dependent Variables." *Internat. Econ. Rev.* 19 (June 1978): 415–33.

Lillard, L., and Willis, Robert. "Dynamic Aspects of Earnings Mobility." *Econometrica* 46, no. 5 (1978): 985–1012.

McFadden, D. "Conditional Logit Analysis of Qualitative Choice Behavior." In *Frontiers in Econometrics,* edited by P. Zarembka. New York: Academic Press, 1973.

Maddala, G. S. "Self-Selectivity Problems in Econometric Models." In *Applications in Statistics,* edited by P. R. Krishnaia. Amsterdam: North-Holland, 1977.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms

Mandelbrot, Benoit. "Paretian Distributions and Income Maximization." *Q.J.E.* 76 (February 1960): 57–85.

Mincer, Jacob. *Schooling, Experience and Earnings.* New York: Nat. Bur. Econ. Res., 1974.

National Bureau of Economic Research. "The Comprehensive NBER-TH Tape Documentation." Mimeographed. March 1973.

Radner, Roy, and Miller, L. S. "Demand and Supply in U.S. Higher Education." *A.E.R.* 60 (May 1970): 326–34.

Rosen, Sherwin. "Human Capital: Relations between Education and Earnings." In *Frontiers of Quantitative Economics,* edited by Michael D. Intriligator. Vol. 3*B*. Amsterdam: North-Holland, 1977.

———. "Substitution and Division of Labor." *Economica* 45 (August 1978): 235–50.

Roy, Andrew D. "Some Thoughts on the Distribution of Earnings." *Oxford Econ. Papers,* n.s. 3 (June 1951): 135–46.

Taubman, Paul. *Sources of Inequality of Earnings.* Amsterdam: North-Holland, 1975.

Weiss, Yoram, and Lillard, Lee A. "Experience, Vintage, and Time Effects in the Growth of Earnings: American Scientists, 1960–1970." *J.P. E.* 86, no. 3 (June 1978): 427–47.

Wise, D. "Academic Achievement and Job Performance." *A.E.R.* 65 (June 1975): 350–66.

Zabalza, A. "The Determinants of Teacher Supply." Mimeographed. London School Econ., 1977.

This content downloaded from
132.174.251.194 on Wed, 09 Oct 2024 14:32:19 UTC
All use subject to https://about.jstor.org/terms