# EXHIBIT 2

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF MASSACHUSETTS

3

4     Case No. 1:23-cv-12002-WGY

5     - - - - - - - - - - - - - - - - -X

6     NATALIA ORTIZ, on behalf of        :

7     herself and a class of similarly   :

8     situated persons,                  :

9                    Plaintiffs,         :

10    VS                                 :

11    SABA UNIVERSITY SCHOOL OF          :

12    MEDICINE, and R3 EDUCATION, INC.,  :

13                    Defendants.        :

14    - - - - - - - - - - - - - - - - -X

15

16                    VOLUME I

17

18        Videotaped deposition of PATRICK DONNELLAN, as
      30(b)(6), designated representative, taken at the
19    offices of Locke Lord LLP, 1 Landmark Square,
      Stamford, Connecticut, before Clifford Edwards,
20    Certified Shorthand Reporter and Notary Public, in
      and for the State of Connecticut on November 5,
21    2024, at 9:08 a.m. ET.

22

23

24

| | | |
|---|---|---|
| 1 | Q     Let's go to topic six:  "Your retention, | 09:45:53 |
| 2 | employment, or contracting with any person or entity | 09:45:56 |
| 3 | to recruit students to Saba, including any | 09:45:59 |
| 4 | information or instructions shared with such persons | 09:46:03 |
| 5 | or entities regarding your marketing and recruiting | 09:46:06 |
| 6 | strategies." | 09:46:09 |
| 7 | Who at R3 would know the most about that | 09:46:09 |
| 8 | topic? | 09:46:11 |
| 9 | A     Steve Rodger and me. | 09:46:12 |
| 10 | Q     Who at Saba would know the most about | 09:46:13 |
| 11 | that topic? | 09:46:15 |
| 12 | A     Steve Rodger and me. | 09:46:16 |
| 13 | Q     Did you review any documents in | 09:46:17 |
| 14 | preparation for this deposition today regarding | 09:46:19 |
| 15 | topic six? | 09:46:21 |
| 16 | A     No. | 09:46:22 |
| 17 | Q     Did you bring any documents with you | 09:46:22 |
| 18 | regarding that topic? | 09:46:24 |
| 19 | A     No. | 09:46:25 |
| 20 | Q     Let's go to topic seven:  "Defendants' | 09:46:25 |
| 21 | compliance with federal laws and regulations under | 09:46:28 |
| 22 | the Title IV of the Higher Education Act | 09:46:30 |
| 23 | governing -- governing institutional eligibility and | 09:46:30 |
| 24 | substantial misrepresentations to students." | 09:46:34 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                              43

| | | |
|---|---|---|
| 1 | Who at R3 would know the most about that | 09:46:37 |
| 2 | topic? | 09:46:39 |
| 3 | A    Steve Rodger and me. | 09:46:40 |
| 4 | Q    Did you review any documents regarding | 09:46:41 |
| 5 | topic seven in preparation for today's deposition? | 09:46:43 |
| 6 | A    No. | 09:46:46 |
| 7 | Q    Did you bring any documents with you | 09:46:48 |
| 8 | today regarding that topic? | 09:46:50 |
| 9 | A    No. | 09:46:52 |
| 10 | Q    Let's go to topic eight:  "Payments | 09:46:53 |
| 11 | received on behalf of any putative class member for | 09:46:55 |
| 12 | tuition, fees, and any other financial obligations, | 09:46:59 |
| 13 | including via cash, wire, and check via federal or | 09:47:00 |
| 14 | private loan programs and via any student aid | 09:47:05 |
| 15 | programs, such as Pell grants, the GI Bill, and | 09:47:07 |
| 16 | other veterans administration benefit payment | 09:47:10 |
| 17 | programs." | 09:47:12 |
| 18 | Who at R3 would know the most about that | 09:47:13 |
| 19 | topic? | 09:47:15 |
| 20 | A    Me or Terry Moya, who is our CFO. | 09:47:16 |
| 21 | Q    And by "our," do you mean Saba and R3's? | 09:47:23 |
| 22 | A    Yes. | 09:47:26 |
| 23 | Q    Is Mr. Moya on the board of R3? | 09:47:27 |
| 24 | A    No. | 09:47:29 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                               54

| | | |
|---|---|---|
| 1 | BY MR. ALFORD: | 09:56:11 |
| 2 | Q      Can you confirm R3's business form?  Is | 09:56:12 |
| 3 | it a corporation?  A partnership? | 09:56:15 |
| 4 | A      R3 Education, Inc. is a Delaware Corp. | 09:56:17 |
| 5 | Q      And how long has it been operating? | 09:56:20 |
| 6 | A      I believe since 2007. | 09:56:23 |
| 7 | Q      And where is R3's headquarters located? | 09:56:30 |
| 8 | A      Devens, Massachusetts. | 09:56:35 |
| 9 | Q      What departments are located in Devens, | 09:56:37 |
| 10 | Massachusetts? | 09:56:39 |
| 11 | A      What do you mean "located"? | 09:56:42 |
| 12 | Q      Are all aspects of R3 run from Devens, | 09:56:44 |
| 13 | Massachusetts? | 09:56:47 |
| 14 | A      No. | 09:56:48 |
| 15 | Q      Which aspects are not run from Devens, | 09:56:48 |
| 16 | Massachusetts of R3? | 09:56:50 |
| 17 | A      It's probably easier to answer -- answer | 09:56:52 |
| 18 | the question the other way. | 09:56:54 |
| 19 |        The -- many of our employees are -- | 09:56:59 |
| 20 | work -- work remotely now and so they are all over | 09:57:02 |
| 21 | the place, mostly in the United States. | 09:57:05 |
| 22 |        The people that I know that are currently | 09:57:08 |
| 23 | going to the office regularly are portions of the | 09:57:12 |
| 24 | finance function, the financial aid function, some | 09:57:16 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    61

| | | | |
|---|---|---|---|
| 1 | | you exactly where. | 10:03:32 |
| 2 | Q | Does R3 have a IT department? | 10:03:34 |
| 3 | A | Yes. | 10:03:37 |
| 4 | Q | That helps with the cloud? | 10:03:37 |
| 5 | A | Yes. | 10:03:39 |
| 6 | Q | Or whatever else -- | 10:03:39 |
| 7 | A | Yeah. | 10:03:40 |
| 8 | Q | -- you have going on? | 10:03:41 |
| 9 | | Where is that IT department housed? | 10:03:42 |
| 10 | A | Between Devens, Massachusetts and | 10:03:44 |
| 11 | | Orlando, Florida. | 10:03:46 |
| 12 | Q | Same question for Saba? | 10:03:48 |
| 13 | A | Same thing.  And -- and on the -- and on | 10:03:50 |
| 14 | | the island of Saba. | 10:03:51 |
| 15 | Q | All right.  You -- you've -- you've | 10:03:56 |
| 16 | | helped me a little bit with this document, but I | 10:03:58 |
| 17 | | just want to walk through what -- what -- | 10:04:01 |
| 18 | | Exhibit 92, I just want to walk through. | 10:04:04 |
| 19 | | Does R3 have any subsidiaries or | 10:04:07 |
| 20 | | affiliates? | 10:04:14 |
| 21 | | MR. McMORROW:  Objection.  Can | 10:04:15 |
| 22 | | you -- vague. | 10:04:15 |
| 23 | | Can you define "subsidiary" or | 10:04:15 |
| 24 | | "affiliate"? | 10:04:17 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                          95

| | | |
|---|---|---|
| 1 | Q     And Ms. McLeod is also associated with | 10:49:13 |
| 2 | Global University Systems, B.V.; correct? | 10:49:16 |
| 3 | A     I don't know about her role within Global | 10:49:18 |
| 4 | University Systems, B.V. | 10:49:21 |
| 5 | Q     Do you know who pays Ms. McLeod's salary? | 10:49:23 |
| 6 | A     I don't know.  I would -- I believe it's | 10:49:27 |
| 7 | Global University Systems Canada. | 10:49:30 |
| 8 | Q     And what -- I'm sorry, help me -- | 10:49:33 |
| 9 | A     I don't know. | 10:49:36 |
| 10 | Q     I forgot.  What -- Ms. McLeod's role at | 10:49:37 |
| 11 | R3 was CEO? | 10:49:39 |
| 12 | A     CCO of R3. | 10:49:43 |
| 13 | Q     CCO. | 10:49:46 |
| 14 | For the record, can you tell me what CCO | 10:49:47 |
| 15 | is? | 10:49:47 |
| 16 | A     CEO.  EO. | 10:49:48 |
| 17 | Q     CEO.  I'm sorry. | 10:49:49 |
| 18 | For the record, can you -- | 10:49:49 |
| 19 | A     Chief executive officer. | 10:49:50 |
| 20 | Q     You said Ms. McLeod's salary is paid by | 10:49:55 |
| 21 | Global University Systems B.V.? | 10:49:59 |
| 22 | A     I believe it's paid by Global University | 10:50:00 |
| 23 | Systems Canada, but I don't know.  I'm not involved | 10:50:02 |
| 24 | in the operations of that entity. | 10:50:06 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                          144

| | | |
|---|---|---|
| 1 | I assume we are talking about Step 1 pass | 11:51:07 |
| 2 | rate? | 11:51:10 |
| 3 | MR. ALFORD:  I'll just -- I can | 11:51:11 |
| 4 | continue asking questions if -- | 11:51:12 |
| 5 | MR. McMORROW:  That's fine. | 11:51:14 |
| 6 | BY MR. ALFORD: | 11:51:15 |
| 7 | Q     So you've -- you've broken that down into | 11:51:15 |
| 8 | three different categories -- the USMLE passage | 11:51:17 |
| 9 | rates into three categories. | 11:51:21 |
| 10 | You -- you said first time, overall, and | 11:51:22 |
| 11 | time -- what was that? | 11:51:24 |
| 12 | A     Well, you can look at -- I mean, it | 11:51:25 |
| 13 | depends how you define it.  You can look at across a | 11:51:28 |
| 14 | period of time, you can look across a group of | 11:51:31 |
| 15 | students. | 11:51:34 |
| 16 | But if you are talking about first-time | 11:51:34 |
| 17 | pass rate, which is what is, I would say, standard | 11:51:36 |
| 18 | for our -- for -- for our schools and it's relevant | 11:51:41 |
| 19 | because it's what we report to the Department of | 11:51:46 |
| 20 | Education, we take the number of students who took | 11:51:48 |
| 21 | the exam in a given period for the first time in | 11:51:52 |
| 22 | the -- in the numerator -- sorry, in the denominator | 11:51:59 |
| 23 | and in the numerator is the number of those students | 11:52:03 |
| 24 | who passed the exam on their first attempt. | 11:52:06 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                    145

| | | |
|---|---|---|
| 1 | Q     All right.  When you say "numerator" -- | 11:52:12 |
| 2 | "numerator" and "denominator," can you help me | 11:52:13 |
| 3 | understand what that means? | 11:52:16 |
| 4 | A     Numerator is what is on the top of a | 11:52:18 |
| 5 | division and the denominator is at the bottom. | 11:52:21 |
| 6 | Q     And so you divide the individuals that | 11:52:24 |
| 7 | passed by the individuals that took -- | 11:52:26 |
| 8 | A     Took. | 11:52:30 |
| 9 | Q     And does Saba generate the -- let's | 11:52:37 |
| 10 | specifically focus on USMLE Step 1. | 11:52:39 |
| 11 | Does Saba generate these passage rate | 11:52:43 |
| 12 | figures or is there an organization that calculates | 11:52:45 |
| 13 | the figures for you? | 11:52:50 |
| 14 | A     Both.  We -- we track that data and | 11:52:52 |
| 15 | calculate it, but the -- we verify that annually | 11:52:54 |
| 16 | against the reports we get from the ECFMG, who's the | 11:52:58 |
| 17 | body that administers that exam, and they calculate | 11:53:04 |
| 18 | that number. | 11:53:07 |
| 19 | Q     I'm going to pause you real quick. | 11:53:09 |
| 20 | "That number" being the passage rate | 11:53:11 |
| 21 | figures for USMLE -- | 11:53:13 |
| 22 | A     First-time pass rate for the calendar | 11:53:14 |
| 23 | year. | 11:53:17 |
| 24 | So we -- we use the ECFM&G report to | 11:53:18 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    147

| | | |
|---|---|---|
| 1 | public? | 11:54:23 |
| 2 | A     Not to my knowledge -- that's not true. | 11:54:23 |
| 3 | They are available to the public as | 11:54:26 |
| 4 | reported by the U.S. Department of Education. | 11:54:29 |
| 5 | Q     And who reports that information to the | 11:54:36 |
| 6 | Department of Education? | 11:54:38 |
| 7 | A     The school. | 11:54:39 |
| 8 | Q     So Saba reports it directly to the -- I'm | 11:54:41 |
| 9 | just -- DOE? | 11:54:44 |
| 10 | A     Yes.  And we -- in that report we include | 11:54:46 |
| 11 | the report from the ECFM&G directly. | 11:54:51 |
| 12 | Q     And that's -- for instance, if Saba had | 11:54:54 |
| 13 | numbers that were inaccurate, the Department of | 11:54:57 |
| 14 | Education could confirm them against the ECFMG? | 11:54:58 |
| 15 | A     The -- yes. | 11:55:04 |
| 16 | Q     Does the ECFMG publish any enrollment | 11:55:05 |
| 17 | data regarding Saba? | 11:55:10 |
| 18 | MR. McMORROW:  Objection.  Calls for | 11:55:12 |
| 19 | speculation. | 11:55:13 |
| 20 | A     Not that I know of. | 11:55:13 |
| 21 | BY MR. ALFORD: | 11:55:15 |
| 22 | Q     Does the ECFMG require Saba submit -- | 11:55:15 |
| 23 | Saba to submit any enrollment data? | 11:55:17 |
| 24 | (Whereupon, the court reporter | 11:55:18 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    169

| | | |
|---|---|---|
| 1 | that Don did it, it was probably to -- it was | 12:19:54 |
| 2 | probably put together for information fairs. | 12:19:57 |
| 3 | Q    And by "information fairs," do you mean | 12:20:00 |
| 4 | opportunities for prospective students to learn | 12:20:03 |
| 5 | about Saba? | 12:20:07 |
| 6 | A    I do. | 12:20:07 |
| 7 | Q    Is this a true and correct copy of the | 12:20:09 |
| 8 | slideshow that Don Donahue would have been | 12:20:11 |
| 9 | presenting? | 12:20:13 |
| 10 | A    To my knowledge. | 12:20:14 |
| 11 | Q    Let's go to R3S00000096? | 12:20:15 |
| 12 | A    Yeah. | 12:20:20 |
| 13 | Q    And here we see a slide regarding the | 12:20:31 |
| 14 | USMLE Step 1; correct? | 12:20:34 |
| 15 | A    Yes. | 12:20:35 |
| 16 | Q    And the heading reads "USMLE Step 1: | 12:20:36 |
| 17 | USMLE is the key pivot point in med school." | 12:20:40 |
| 18 | Did I read that correctly? | 12:20:43 |
| 19 | A    Uh-huh. | 12:20:45 |
| 20 | Q    What does Saba mean when it says the, | 12:20:46 |
| 21 | "USMLE is the pivot point in med -- med school"? | 12:20:47 |
| 22 | A    Well, Step 1 is an important part of a | 12:20:51 |
| 23 | kind of step in the medical -- in your -- in the | 12:20:56 |
| 24 | progression of medical education where you complete | 12:20:59 |

| | | |
|---|---|---|
| 1 | the basic sciences and take the first of the | 12:21:01 |
| 2 | licensing exams to get licensed in the U.S. | 12:21:05 |
| 3 | It's also -- performance on Step 1 is | 12:21:08 |
| 4 | also very, very -- what's the right -- very | 12:21:12 |
| 5 | important in terms of residency directors | 12:21:18 |
| 6 | considering students once they graduate for | 12:21:20 |
| 7 | different residencies. | 12:21:24 |
| 8 | Q    And then we see here, the first bullet | 12:21:27 |
| 9 | says, "Passing with a high score on first attempt | 12:21:30 |
| 10 | has a major impact on your residency"? | 12:21:32 |
| 11 | A    Uh-huh. | 12:21:35 |
| 12 | Q    That's what you were just explaining; is | 12:21:36 |
| 13 | that -- | 12:21:38 |
| 14 | A    Correct. | 12:21:38 |
| 15 | Q    And the third bullet point says, "Saba's | 12:21:39 |
| 16 | first-time pass rate exceeds most U.S. medical | 12:21:43 |
| 17 | schools and all other international medical | 12:21:45 |
| 18 | schools." | 12:21:45 |
| 19 | Did I read that correctly? | 12:21:45 |
| 20 | A    You did. | 12:21:49 |
| 21 | Q    Do you agree with all the statements we | 12:21:50 |
| 22 | just read? | 12:21:52 |
| 23 | A    Well, I think -- this was from 20- -- do | 12:21:53 |
| 24 | you have a date on this document? | 12:22:00 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                              172

| | | |
|---|---|---|
| 1 | tracking USMLE Step 1 passage rates against other | 12:23:13 |
| 2 | schools? | 12:23:15 |
| 3 |     A    Correct. | 12:23:15 |
| 4 |     Q    You told me no; correct? | 12:23:16 |
| 5 |     A    Correct. | 12:23:17 |
| 6 |     Q    How is it that you are able to make these | 12:23:18 |
| 7 | kind of statements in this document if you don't | 12:23:21 |
| 8 | have that kind of data? | 12:23:23 |
| 9 |     A    Because if you turn to the following | 12:23:24 |
| 10 | page, this was -- this data was reported by U.S. | 12:23:26 |
| 11 | News and World Report and to my knowledge, they have | 12:23:29 |
| 12 | not published it since then. | 12:23:34 |
| 13 |     But this was -- they published all U.S. | 12:23:38 |
| 14 | med schools and so we were able to compare our | 12:23:42 |
| 15 | first-time pass rate to that. | 12:23:45 |
| 16 |     Q    And so what you are telling me is that | 12:23:46 |
| 17 | since 2016, other institutions' USMLE first-time | 12:23:49 |
| 18 | passage rates are unknown to Saba? | 12:23:53 |
| 19 |     A    Other than what they've -- what | 12:23:57 |
| 20 | individual schools have reported publicly on their | 12:23:58 |
| 21 | websites, yes. | 12:24:01 |
| 22 |     Q    And the validity of those publications is | 12:24:02 |
| 23 | potentially in doubt? | 12:24:05 |
| 24 |     MR. McMORROW:  Objection. | 12:24:07 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                          177

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 12:27:26 |
| 2 | Q | Is that document -- is that data tracked | 12:27:29 |
| 3 | on Phoenix or -- | | 12:27:31 |
| 4 | A | No. | 12:27:32 |
| 5 | Q | -- how is that data tracked? | 12:27:33 |
| 6 | A | It's not tracked on Phoenix. | 12:27:35 |
| 7 | Q | How does Saba track other institutions' | 12:27:37 |
| 8 | USMLE Step 1 passage rates -- publicat- -- | | 12:27:40 |
| 9 | publicized passage rates? | | 12:27:42 |
| 10 | A | To -- to my knowledge, we don't.  They | 12:27:45 |
| 11 | might be done in one-off analyses and comparisons. | | 12:27:47 |
| 12 | Q | So, for instance, you would request | 12:27:52 |
| 13 | somebody do an analysis of what another competitor | | 12:27:53 |
| 14 | school is doing advertising? | | 12:27:57 |
| 15 | A | Correct. | 12:28:00 |
| 16 | Q | Do you know if other institutions use | 12:28:01 |
| 17 | their USMLE Step 1 passage rates to -- to promote | | 12:28:03 |
| 18 | their medical programs? | | 12:28:06 |
| 19 | MR. McMORROW:  Objection.  Calls for | | 12:28:08 |
| 20 | speculation. | | 12:28:09 |
| 21 | A | I do.  And they do. | 12:28:10 |
| 22 | BY MR. ALFORD: | | 12:28:11 |
| 23 | Q | Do other institutions provide additional | 12:28:12 |
| 24 | data to prospective students alongside with their | | 12:28:15 |

| | | |
|---|---|---|
| 1 | passage rates, such as graduation rates or | 12:28:18 |
| 2 | attrition? | 12:28:24 |
| 3 | MR. McMORROW:  Objection.  Calls for | 12:28:28 |
| 4 | speculation. | 12:28:28 |
| 5 | A     I'm not aware of anyone who provides | 12:28:28 |
| 6 | graduation rates or attrition. | 12:28:30 |
| 7 | BY MR. ALFORD: | 12:28:35 |
| 8 | Q     Now, just to be clear, that -- that | 12:28:35 |
| 9 | includes U -- United States medical schools -- | 12:28:36 |
| 10 | A     Oh, I -- I don't -- I wouldn't know much | 12:28:38 |
| 11 | about U.S. schools, other than when we've looked at | 12:28:38 |
| 12 | them individually.  I don't focus on them. | 12:28:41 |
| 13 | Q     Does Saba attract top tier students to | 12:28:44 |
| 14 | its medical program? | 12:28:48 |
| 15 | A     What's a top tier student? | 12:28:49 |
| 16 | Q     I'm just -- the question is do you? | 12:28:52 |
| 17 | A     I'm -- | 12:28:55 |
| 18 | MR. McMORROW:  Okay.  Objection. | 12:28:56 |
| 19 | Vague. | 12:28:56 |
| 20 | A     I'm asking what is a top tier student. | 12:28:57 |
| 21 | BY MR. ALFORD: | 12:28:59 |
| 22 | Q     What kind of students enroll at Saba? | 12:29:00 |
| 23 | A     Students -- | 12:29:02 |
| 24 | MR. McMORROW:  Objection.  Vague. | 12:29:03 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                   183

| | | |
|---|---|---|
| 1 | A    Students who complete the basic science | 12:32:04 |
| 2 | portion of the program. | 12:32:08 |
| 3 | Q    Is there a comp test that students must | 12:32:09 |
| 4 | take prior to sitting for the USMLE Step 1? | 12:32:11 |
| 5 | A    There are exams throughout the basic | 12:32:14 |
| 6 | sciences and they must pass them all in order to | 12:32:16 |
| 7 | complete the basic science portion of the program. | 12:32:19 |
| 8 | Q    Yes, but my question is:  Is there is a | 12:32:21 |
| 9 | comp test that students must take prior to sitting | 12:32:23 |
| 10 | for the USMLE Step 1? | 12:32:27 |
| 11 | MR. McMORROW:  Objection.  Vague. | 12:32:28 |
| 12 | Can you define "comp"? | 12:32:29 |
| 13 | BY MR. ALFORD: | 12:32:29 |
| 14 | Q    At the end of the basic sciences | 12:32:30 |
| 15 | curriculum, is there a test, a comprehensive exam, | 12:32:31 |
| 16 | that students must pass in order to sit for the | 12:32:34 |
| 17 | USMLE Step 1? | 12:32:37 |
| 18 | A    Students must pass the NBME comprehensive | 12:32:38 |
| 19 | basic science exam as part of a course in the fifth | 12:32:40 |
| 20 | semester. | 12:32:45 |
| 21 | Q    Does that course have any other tests | 12:32:48 |
| 22 | except for this -- is it fair if I call it a comp | 12:32:50 |
| 23 | test?  What would you like -- what would you like to | 12:32:55 |
| 24 | call it? | 12:32:57 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    184

| | | |
|---|---|---|
| 1 | A      Comp is fine. | 12:32:58 |
| 2 | I believe it has two other basic NBME | 12:33:02 |
| 3 | science -- sorry, NBME subject exams in it and I | 12:33:06 |
| 4 | can't remember which ones off the top of my head.  I | 12:33:10 |
| 5 | think it's path and -- pathology and physiology, but | 12:33:14 |
| 6 | I don't recall. | 12:33:18 |
| 7 | Q      Do other Caribbean schools require | 12:33:19 |
| 8 | students to pass a comprehensive exam prior to | 12:33:21 |
| 9 | taking the USMLE Step 1? | 12:33:25 |
| 10 | A      Many other, if not most other, or all | 12:33:27 |
| 11 | other Caribbean -- most -- all, I can't tell you | 12:33:28 |
| 12 | about all. | 12:33:31 |
| 13 | Many or most include the NBME basic | 12:33:31 |
| 14 | science comprehensive exam as part of their basic | 12:33:36 |
| 15 | science curriculum, yes. | 12:33:39 |
| 16 | Q      And they include that comp exam and | 12:33:41 |
| 17 | require students to pass it prior to taking the | 12:33:43 |
| 18 | USMLE Step 1? | 12:33:46 |
| 19 | A      I believe so. | 12:33:48 |
| 20 | MR. McMORROW:  Objection.  Calls for | 12:33:49 |
| 21 | speculation. | 12:33:50 |
| 22 | BY MR. ALFORD: | 12:33:51 |
| 23 | Q      But you just -- | 12:33:51 |
| 24 | A      I believe so. | 12:33:52 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                    186

| | | |
|---|---|---|
| 1 | Q      Do you know if any U.S. medical | 12:34:44 |
| 2 | institution requires students to pass a comp exam | 12:34:47 |
| 3 | prior to taking the USMLE Step 1? | 12:34:49 |
| 4 | A      I believe that to be the case, but I | 12:34:51 |
| 5 | can't tell you which schools. | 12:34:53 |
| 6 | Q      Do you know what percentage of students | 12:34:56 |
| 7 | who take the USMLE Step 1 comp exam at U.S. schools | 12:34:57 |
| 8 | do not pass the comp exam? | 12:35:02 |
| 9 | A      I do not. | 12:35:04 |
| 10 | Q      Do students coming to Saba know that the | 12:35:05 |
| 11 | comp exam exists? | 12:35:10 |
| 12 | MR. McMORROW:   Objection.   Calls for | 12:35:12 |
| 13 | speculation. | 12:35:13 |
| 14 | BY MR. ALFORD: | 12:35:14 |
| 15 | Q      You can answer. | 12:35:14 |
| 16 | A      I -- I couldn't tell you what they know. | 12:35:15 |
| 17 | I do know that the OER -- which is an acronym for a | 12:35:18 |
| 18 | Dutch word, it's the teaching and examination | 12:35:24 |
| 19 | regulations of the school -- is both on our public | 12:35:27 |
| 20 | website as well as to -- provided to students | 12:35:33 |
| 21 | individually, if -- if not before, as part of the | 12:35:35 |
| 22 | orientation and that outlines all the exams required | 12:35:41 |
| 23 | in the program by course. | 12:35:44 |
| 24 | And that's included in that table -- in | 12:35:46 |

| | | |
|---|---|---|
| 1 | medicine. | 12:40:13 |
| 2 | Q     So hence the need for the change? | 12:40:14 |
| 3 | A     Correct. | 12:40:16 |
| 4 | Q     And so here we've deleted -- "this course | 12:40:17 |
| 5 | utilizes daily lectures" -- let's just -- let's just | 12:40:19 |
| 6 | go to the very end here. | 12:40:23 |
| 7 | You know what, I -- I -- I have to read | 12:40:24 |
| 8 | all this.  I'm sorry. | 12:40:25 |
| 9 | A     That's okay. | 12:40:27 |
| 10 | Q     "This course utilizes daily lectures, | 12:40:27 |
| 11 | lecture notes, and computerized testing to provide | 12:40:30 |
| 12 | an integrated review of the basic sciences.  An | 12:40:30 |
| 13 | emphasis is placed on understanding of disease | 12:40:35 |
| 14 | processes and clinical problem-solving.  Students | 12:40:39 |
| 15 | attend daily lectures.  A faculty member from the | 12:40:41 |
| 16 | appropriate discipline is present during each | 12:40:45 |
| 17 | lector -- lecture to provide additional information | 12:40:47 |
| 18 | and answer questions. | 12:40:50 |
| 19 | "Early in the course, students are given | 12:40:51 |
| 20 | a diagnostic pretest to help identify problem areas | 12:40:52 |
| 21 | and individualized learning goals.  At the end of | 12:40:57 |
| 22 | the course, students are administered a full-length | 12:41:00 |
| 23 | simulated USMLE Step 1 exam to evaluate progress. | 12:41:03 |
| 24 | Sufficient progress must be documented to pass the | 12:41:08 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    193

| | | |
|---|---|---|
| 1 | course and complete the basic sciences program," and | 12:41:11 |
| 2 | then there's parenthetical, "18 credits, 246 hours"? | 12:41:13 |
| 3 | A    I think it says, "16 credits." | 12:41:21 |
| 4 | Q    My -- my eyes are -- | 12:41:26 |
| 5 | A    It could be my eyes.  I apologize. | 12:41:26 |
| 6 | Q    My eyes are also not good, so... | 12:41:27 |
| 7 | Other than the parenthetical, did I read | 12:41:30 |
| 8 | that correctly? | 12:41:30 |
| 9 | A    Correct. | 12:41:35 |
| 10 | Q    All right.  And you asked Czuba to | 12:41:35 |
| 11 | replace this on March 9th of 2017 with this blurb | 12:41:36 |
| 12 | that read -- well, let's go back to this one, | 12:41:36 |
| 13 | though. | 12:41:38 |
| 14 | So the pretests -- you mentioned that | 12:41:39 |
| 15 | there were a couple of tests with a comprehensive | 12:41:40 |
| 16 | course that you had to take. | 12:41:43 |
| 17 | You said there were potentially two | 12:41:44 |
| 18 | courses in addition to the final comp exam? | 12:41:46 |
| 19 | A    I believe -- I believe there are now, | 12:41:49 |
| 20 | yes. | 12:41:50 |
| 21 | Q    Okay.  So at this time, was there just | 12:41:50 |
| 22 | the pretest and then the final test? | 12:41:52 |
| 23 | A    I can't remember. | 12:41:54 |
| 24 | Q    Okay.  And then here we have -- you are | 12:41:54 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    199

| | | |
|---|---|---|
| 1 | BY MR. ALFORD: | 01:58:49 |
| 2 | Q    Mr. Donnellan, I just want to remind you | 01:58:50 |
| 3 | that you are under oath; do you understand that? | 01:58:52 |
| 4 | A    Yes. | 01:58:54 |
| 5 | Q    So I want to discuss Saba's marketing | 01:58:54 |
| 6 | decisions with you. | 01:58:57 |
| 7 | Can you explain to me the aspects of Saba | 01:58:59 |
| 8 | that defendants try to promote the most in their | 01:59:02 |
| 9 | advertisings -- in their advertisements to | 01:59:05 |
| 10 | prospective students? | 01:59:09 |
| 11 | A    So I think -- I -- I think what we try to | 01:59:15 |
| 12 | portray, and it's based in our mission of providing | 01:59:21 |
| 13 | a diverse group of students the opportunity to | 01:59:24 |
| 14 | become practicing clinicians, is the -- the | 01:59:28 |
| 15 | individual attention students receive throughout the | 01:59:34 |
| 16 | program, starting before they get to the island, | 01:59:36 |
| 17 | throughout the basic sciences through, you know, a | 01:59:39 |
| 18 | student support functions as well as the small -- | 01:59:42 |
| 19 | the small number of students-to-faculty ratios, the | 01:59:45 |
| 20 | relationships that students have the ability to | 01:59:50 |
| 21 | develop between their peers, the office hours, and, | 01:59:55 |
| 22 | quite frankly, the opportunities outside office | 02:00:02 |
| 23 | hours that they have to interact with our faculty. | 02:00:05 |
| 24 | And then the high level of support they | 02:00:08 |

1    receive through the clinical medicine portion of the          02:00:10

2    program where -- where students on a weekly basis,            02:00:12

3    their work is reviewed by the office of the Dean of           02:00:16

4    Clinical -- Associate Dean of Clinical Medicine.              02:00:19

5              And then, you know, beyond that, as they            02:00:23

6    prepare to enter the residency -- residency                   02:00:25

7    placement process, the support they get in                    02:00:28

8    developing their applications, preparing for                  02:00:32

9    interviews, etc.                                              02:00:34

10             And, you know, then I think that                    02:00:36

11   individual support continues on beyond graduation            02:00:38

12   when they, you know, seek licensure in certain               02:00:41

13   states or seek licensure in additional states                02:00:45

14   beyond.                                                       02:00:49

15             So I think it's -- you know, it's a                 02:00:49

16   lifetime commitment from that perspective.  You              02:00:50

17   know, I think it's that -- it's that level of                02:00:53

18   individual attention that we try to make sure gets           02:00:57

19   across.                                                       02:01:00

20        Q    Does Saba promote its accreditation to             02:01:01

21   prospective students?                                        02:01:04

22        A    We -- we make people aware of our                  02:01:07

23   accreditations.  Our accreditation and other                 02:01:10

24   recognitions.                                                02:01:14

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                          201

| | |
|---|---|
| 1 | I think they are important, both from a | 02:01:15 |
| 2 | practical sense in that they are required, they -- | 02:01:17 |
| 3 | you know, each -- each accreditation and -- and | 02:01:22 |
| 4 | approval has different benefits, whether it's being | 02:01:25 |
| 5 | able to take USMLE exams, whether it's being able to | 02:01:31 |
| 6 | do more than 12 weeks of clinical rotations in the | 02:01:35 |
| 7 | State of New York, whether it's able to pursue | 02:01:38 |
| 8 | residencies in the State of New York.  You know, I | 02:01:40 |
| 9 | could keep going. | 02:01:43 |
| 10 | But they are important from that | 02:01:44 |
| 11 | perspective. | 02:01:45 |
| 12 | And they also provide external validation | 02:01:46 |
| 13 | of the program, you know, from a third party -- | 02:01:49 |
| 14 | reputable -- reputable third parties. | 02:01:52 |
| 15 | Q      And does Saba promote the USMLE Step 1 | 02:01:55 |
| 16 | passage rates to prospective students? | 02:01:57 |
| 17 | A      Yeah.  We advertise that -- or have at | 02:02:01 |
| 18 | times.  I don't know if we do right now.  I can't | 02:02:03 |
| 19 | remember. | 02:02:05 |
| 20 | Q      Why do you promote that to prospective | 02:02:06 |
| 21 | students?  Why do you promote the USMLE Step 1 | 02:02:09 |
| 22 | first-time passage rates to prospective students? | 02:02:12 |
| 23 | A      It's important for two reasons:  One is | 02:02:15 |
| 24 | in order to become a practicing clinician, you have | 02:02:20 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                    202

| | | |
|---|---|---|
| 1 | to, along the way, pass Step 1. | 02:02:22 |
| 2 | The second is the first time -- passing | 02:02:24 |
| 3 | on the first attempt is important as it dramatically | 02:02:26 |
| 4 | improves your chances of both getting a residency | 02:02:29 |
| 5 | and getting a residency in the specialty that you | 02:02:32 |
| 6 | want post graduation. | 02:02:35 |
| 7 | And I'd add one more thing, sorry. | 02:02:38 |
| 8 | It's also -- it's a number that we can | 02:02:41 |
| 9 | external -- that is ex- -- valid -- externally | 02:02:43 |
| 10 | validated in that it comes directly from the -- you | 02:02:48 |
| 11 | know, we get that data directly from the ECFMG. | 02:02:50 |
| 12 | Q    And you also calculate it yourself; | 02:02:54 |
| 13 | correct? | 02:02:56 |
| 14 | A    Yeah.  But, I mean, it's -- we -- we do | 02:02:57 |
| 15 | that but we validate it from the ECFMG and those | 02:02:59 |
| 16 | numbers match. | 02:03:03 |
| 17 | Q    And does Saba promote its residency rates | 02:03:03 |
| 18 | to prospective students? | 02:03:07 |
| 19 | A    We -- we promote our residency placement | 02:03:09 |
| 20 | rate, yes. | 02:03:12 |
| 21 | Q    Can you explain to me why you promote | 02:03:12 |
| 22 | your residency placement rate? | 02:03:14 |
| 23 | A    Well, it goes back to our mission of | 02:03:16 |
| 24 | providing -- you know, providing students the | 02:03:18 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                         240

```
1    communication material.                              02:40:18

2         Q     By communication material, would it be    02:40:19

3    fair --                                              02:40:22

4         A     To -- well, clearly to prospective        02:40:23

5    students.                                            02:40:24

6         Q     So would this be an example of a template 02:40:25

7    e-mail that would be sent to prospective students?   02:40:28

8         A     It's a draft of one, yes.                 02:40:30

9         Q     Do you know if this draft was ever        02:40:32

10   finalized and sent to prospective students?          02:40:34

11        A     I do not.                                  02:40:35

12        Q     But this is an example of drafts and/or    02:40:36

13   language similar to this would have been sent as a    02:40:39

14   template e-mail to prospective students; correct?    02:40:42

15        A     Probably, yes.                             02:40:44

16        Q     Now, if we go to the bottom of            02:40:49

17   Ms. Kushner's e-mail, it's going to be on the next    02:40:51

18   page, two --                                          02:40:54

19        A     Right.                                     02:40:56

20        Q     I'm sorry?                                 02:40:56

21        A     Yes.                                       02:40:57

22        Q     Oh, okay.  The next page is -23045.        02:40:57

23              We see, "Just the facts."                  02:41:01

24              And under the "just" there, we see         02:41:02
```

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    241

| | | |
|---|---|---|
| 1 | information regarding the residency, 3,000-plus | 02:41:05 |
| 2 | graduates, accreditations, approvals, and first-time | 02:41:08 |
| 3 | passage rates; correct? | 02:41:13 |
| 4 | A     That's what it says, yes. | 02:41:15 |
| 5 | Q     And these were -- these were items that | 02:41:16 |
| 6 | we were discussing regarding what Saba promotes in | 02:41:19 |
| 7 | its advertisements; correct? | 02:41:21 |
| 8 | A     Uh-huh. | 02:41:23 |
| 9 | Q     And then I want to point your attention | 02:41:24 |
| 10 | to the second bullet underneath, "Just the facts." | 02:41:25 |
| 11 | It reads, "100 percent first-time pass | 02:41:29 |
| 12 | rate USMLE Step 1 in 2022." | 02:41:32 |
| 13 | Correct? | 02:41:34 |
| 14 | A     Correct. | 02:41:34 |
| 15 | Q     Does this e-mail explain how Saba | 02:41:35 |
| 16 | calculated its USMLE Step 1 rates? | 02:41:38 |
| 17 | A     It does not. | 02:41:45 |
| 18 | Q     Now, if we look at Wargo's reply, it | 02:41:45 |
| 19 | says, "I think it's on the right track.  When it | 02:41:49 |
| 20 | gets dropped into an e-mail template it will look | 02:41:52 |
| 21 | better." | 02:41:55 |
| 22 | Do you know what he means by "an e-mail | 02:41:56 |
| 23 | template" here? | 02:41:58 |
| 24 | A     I don't. | 02:41:59 |

| | | |
|---|---|---|
| 1 | reviewed provide information regarding Saba's | 03:10:50 |
| 2 | retention or attrition rates? | 03:10:51 |
| 3 | A     They do not. | 03:10:54 |
| 4 | Q     Why does Saba choose not to publish | 03:10:54 |
| 5 | information regarding its attrition rates? | 03:10:58 |
| 6 | A     There's no -- there's no defined and | 03:11:01 |
| 7 | agreed upon way to measure attrition. | 03:11:02 |
| 8 | And sitting here right now, I could take | 03:11:07 |
| 9 | the same school and the same school's data and come | 03:11:10 |
| 10 | up with at least 50 different ways and give you 50 | 03:11:14 |
| 11 | different numbers. | 03:11:17 |
| 12 | And the numbers that we publish, there | 03:11:18 |
| 13 | are generally agreed upon calculations, some of | 03:11:21 |
| 14 | which, for example, USMLE Step 1 pass rate, have | 03:11:24 |
| 15 | been very thoroughly vetted and reviewed and agreed | 03:11:28 |
| 16 | upon by, among other people, the Department of | 03:11:32 |
| 17 | Education. | 03:11:35 |
| 18 | Q     Do you know what the AAMC is? | 03:11:36 |
| 19 | A     American Association of Medical Colleges. | 03:11:39 |
| 20 | Q     Do you know if they have a definition of | 03:11:41 |
| 21 | "attrition"? | 03:11:43 |
| 22 | A     Not that -- not that I know of, no. | 03:11:44 |
| 23 | Q     Do you know if any organization that you | 03:11:46 |
| 24 | are governed by has a definition of "attrition"? | 03:11:48 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                    272

```
 1   you it.                                              03:12:57
 2        Q     So Saba does not define the term          03:12:57
 3   "retention"?                                         03:12:59
 4        A     No.                                       03:13:00
 5        Q     Saba does not define the term             03:13:01
 6   "attrition"?                                         03:13:03
 7        A     No, no specific definition.               03:13:04
 8        Q     Have you ever ran, what's called, an      03:13:06
 9   attrition analysis?                                  03:13:07
10        A     Yes.                                      03:13:09
11        Q     How did you do that if you don't know the 03:13:09
12   definition of "attrition"?                           03:13:11
13        A     Because that was a specific analysis with 03:13:12
14   a specific goal in mind.                             03:13:15
15        Q     When would you not have a specific goal   03:13:16
16   in mind for attrition analysis?                      03:13:18
17        A     But it -- we defined the term for that -- 03:13:20
18   for that purpose.                                    03:13:23
19        Q     Have you ran more than one attrition      03:13:24
20   analysis in your time at Saba?                       03:13:26
21        A     I've run many more than one.              03:13:28
22        Q     And each time is it a new definition of   03:13:30
23   "attrition"?                                         03:13:32
24        A     Not each time, but I've -- we've used     03:13:33
```

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                              273

| | | |
|---|---|---|
| 1 | many different terms for -- diff- -- definitions for | 03:13:34 |
| 2 | "attrition." | 03:13:37 |
| 3 | Q    Can you name the -- at least -- can you | 03:13:38 |
| 4 | start by -- | 03:13:40 |
| 5 | A    I can give you two -- | 03:13:41 |
| 6 | Q    -- naming an example? | 03:13:43 |
| 7 | A    -- that jump to mind. | 03:13:44 |
| 8 | One is we make -- we make assumptions in | 03:13:45 |
| 9 | our financial forecasting that are -- well, they are | 03:13:49 |
| 10 | more retention assumptions -- but we make | 03:13:55 |
| 11 | assumptions to help us predict revenue for the | 03:13:57 |
| 12 | future based on enrollment assumptions.  That's one | 03:14:01 |
| 13 | area where we've done it. | 03:14:04 |
| 14 | The other is we've looked at students | 03:14:06 |
| 15 | who -- we've looked at academic dismissals and | 03:14:10 |
| 16 | looked at that relative to certain admissions | 03:14:16 |
| 17 | profile markers. | 03:14:21 |
| 18 | For example, MCAT stores -- MCAT scores, | 03:14:22 |
| 19 | GPAs, number of schools they attended prior to | 03:14:25 |
| 20 | attending Saba, and whether -- where they completed | 03:14:29 |
| 21 | our prerequisites, to try to understand what was | 03:14:35 |
| 22 | driving, in that case, academic attrition. | 03:14:38 |
| 23 | Both those cases, those are completely | 03:14:41 |
| 24 | different numbers calculated in a different manner. | 03:14:44 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                306

| | | |
|---|---|---|
| 1 | off the record.) | 03:58:57 |
| 2 | BY MR. ALFORD: | 03:58:59 |
| 3 | Q     Is Mr. Moya located in Devens, | 03:58:59 |
| 4 | Massachusetts? | 03:59:01 |
| 5 | A     He's not.  He's in Denver, Colorado. | 03:59:02 |
| 6 | Q     His e-mail address here -- I mean, I'm | 03:59:05 |
| 7 | sorry, not his e-mail address -- but on Exhibit 108, | 03:59:06 |
| 8 | his address is listed as Devens, Massachusetts? | 03:59:11 |
| 9 | A     That's the office address. | 03:59:13 |
| 10 | Q     Okay.  Did you have any follow-up | 03:59:15 |
| 11 | conversations with Mr. Moya regarding attrition or | 03:59:25 |
| 12 | anything else within this e-mail? | 03:59:28 |
| 13 | A     I don't remember specifically, but I | 03:59:33 |
| 14 | would -- I would highly -- I would fully expect that | 03:59:36 |
| 15 | we did. | 03:59:40 |
| 16 | Q     Now, it -- below here it mentions | 03:59:40 |
| 17 | evaluations for Renee (phonetic). | 03:59:43 |
| 18 | Does that have anything to do with the | 03:59:45 |
| 19 | remainder of the e-mail?  Is that just an employee | 03:59:47 |
| 20 | review? | 03:59:51 |
| 21 | A     That -- those are employee reviews. | 03:59:52 |
| 22 | Q     Okay.  So that's really nothing to do | 03:59:53 |
| 23 | with attrition or the board meeting? | 03:59:55 |
| 24 | A     No. | 03:59:56 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                330

| | | |
|---|---|---|
| 1 | A     Yes. | 04:33:02 |
| 2 | Q     And I saw you on your phone.  Can you | 04:33:02 |
| 3 | tell me who you were talking to during the break? | 04:33:04 |
| 4 | A     I was talking to our dean on Grand Cayman | 04:33:06 |
| 5 | about the tropical storm that's going over the | 04:33:10 |
| 6 | island right now. | 04:33:13 |
| 7 | Q     Is that SMU campus?  Is that correct? | 04:33:14 |
| 8 | A     It is. | 04:33:17 |
| 9 | Q     Okay.  Is everybody safe? | 04:33:17 |
| 10 | A     So far. | 04:33:19 |
| 11 | Q     So I want to discuss Saba's | 04:33:19 |
| 12 | communications with entities that govern defendants' | 04:33:22 |
| 13 | medical program. | 04:33:25 |
| 14 |         I'm going to show you a document that I'm | 04:33:27 |
| 15 | going to mark as Exhibit 112. | 04:33:29 |
| 16 |             (Whereupon, Exhibit 112, Inspectorate | 04:33:53 |
| 17 |             Site Report with starting Bates | 04:33:53 |
| 18 |             Number R3S00026081, was marked for | 04:33:53 |
| 19 |             identification.) | 04:33:53 |
| 20 |         MR. ALFORD:  This has a starting | 04:33:54 |
| 21 |         Bates number of R3S00026081. | 04:33:55 |
| 22 | BY MR. ALFORD: | 04:33:58 |
| 23 | Q     Let me know when you've reviewed it and | 04:34:01 |
| 24 | are ready -- | 04:34:01 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                    331

| | | | |
|---|---|---|---|
| 1 | A | I'm ready. | 04:34:03 |
| 2 | Q | -- to discuss? | 04:34:04 |
| 3 | | Are you familiar with this document? | 04:34:04 |
| 4 | A | I am. | 04:34:05 |
| 5 | Q | What is it? | 04:34:06 |
| 6 | A | It's a -- I believe it's a site report | 04:34:07 |

from the inspectorate, which is part of the Ministry          04:34:08

of Edu- -- Edu- -- Education in The Netherlands.              04:34:12

    Q    That -- just -- is this the body that          04:34:16

accredits Saba?                                              04:34:19

    A    No.                                              04:34:23

    Q    What does this body have to do in          04:34:24

relation to Saba?                                            04:34:26

    A    In order to be an approved institute of          04:34:28

higher education in The Netherlands, you both have          04:34:30

to be accredited by the NVAO, as well as approved by          04:34:33

the Minister of Education.                                   04:34:38

    As part of that approval, the          04:34:39

inspectorate -- it's in Dutch at the top of this          04:34:42

document -- reviews the school for compliance with          04:34:46

Dutch law.                                                   04:34:49

    Q    Can you tell me, just for the record,          04:34:50

what does "NVAO" stand for?  I don't need the Dutch          04:34:51

version but I think --                                       04:34:57

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    338

| | | |
|---|---|---|
| 1 | complete their RL -- RLRA paper, which is Research, | 04:40:13 |
| 2 | Literature, Review, and Analysis.  And, you know, so | 04:40:16 |
| 3 | they have to get both those things done before they | 04:40:19 |
| 4 | start clinicals. | 04:40:22 |
| 5 |     Q     And does Saba provide the students with | 04:40:26 |
| 6 | a -- a catalog or some other type of document that | 04:40:29 |
| 7 | shows them a schedule for when, for instance, Step 1 | 04:40:33 |
| 8 | should be taken and when the RLRA should be written? | 04:40:38 |
| 9 |     A     Both in the OER and the catalog, those | 04:40:43 |
| 10 | are both listed as requirements to complete prior to | 04:40:45 |
| 11 | starting clinicals. | 04:40:49 |
| 12 |     Q     Yeah.  But for instance, if -- if you | 04:40:50 |
| 13 | started in this month, then based on the schedule | 04:40:51 |
| 14 | that Saba provides to the students, that schedule, | 04:40:54 |
| 15 | does it outline when students are anticipated to | 04:40:57 |
| 16 | take Step 1 and write their RLRA? | 04:41:00 |
| 17 |     A     I don't think we provide that schedule, | 04:41:03 |
| 18 | no. | 04:41:11 |
| 19 |     Q     Does Saba provide prospective students | 04:41:16 |
| 20 | with information regarding the fact that | 04:41:18 |
| 21 | approximately 25 percent of the students pass USMLE | 04:41:20 |
| 22 | Step 1 at the end of year two directly? | 04:41:23 |
| 23 |     A     No.  I don't -- I don't believe we do. | 04:41:26 |
| 24 |     Q     Why not? | 04:41:28 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                        345

| | |
|---|---|
| 1 | A    I don't know what they are going to do in | 04:47:04 |
| 2 | eight years.  I don't know what their standards are | 04:47:06 |
| 3 | going to be. | 04:47:08 |
| 4 | Q    I understand that.  But that -- Saba had | 04:47:09 |
| 5 | no concerns that the NYSED in the future might not | 04:47:10 |
| 6 | approve them based on this comment and -- | 04:47:14 |
| 7 | A    Not at -- not at the time we got this | 04:47:17 |
| 8 | document, no. | 04:47:18 |
| 9 | Q    So when you got this document, you are | 04:47:19 |
| 10 | telling me that Saba did nothing in response to it | 04:47:20 |
| 11 | and just moved about their business because it said | 04:47:23 |
| 12 | "compliance" here? | 04:47:24 |
| 13 | MR. McMORROW:  Objection.  That | 04:47:28 |
| 14 | mischaracterizes his testimony.  He | 04:47:28 |
| 15 | didn't say they did nothing. | 04:47:31 |
| 16 | MR. ALFORD:  I -- that's why I'm | 04:47:32 |
| 17 | asking the question. | 04:47:32 |
| 18 | BY MR. ALFORD: | 04:47:33 |
| 19 | Q    You can answer. | 04:47:33 |
| 20 | A    No.  I mean, we are very happy to receive | 04:47:35 |
| 21 | this report.  We were very happy that we were | 04:47:38 |
| 22 | compliant on all standards.  We were very happy to | 04:47:40 |
| 23 | receive the full, I believe it was, a six-year | 04:47:43 |
| 24 | approval from the NYSED. | 04:47:45 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                                    349

| | | |
|---|---|---|
| 1 | attrition rates? | 04:50:35 |
| 2 | A     Not at all.  Because we subsequently | 04:50:36 |
| 3 | received a letter approving us -- a letter from the | 04:50:38 |
| 4 | board of regents approving us for six years with no | 04:50:41 |
| 5 | conditions. | 04:50:44 |
| 6 | Q     Was Saba's approval from New York, | 04:50:45 |
| 7 | California, or Florida ever at risk due to high | 04:50:46 |
| 8 | attrition while you were at Saba? | 04:50:49 |
| 9 | Let me rephrase that. | 04:50:50 |
| 10 | Since 2017, has Saba's approval from New | 04:50:51 |
| 11 | York, California or Florida been at risk due to high | 04:50:56 |
| 12 | attrition rates? | 04:50:59 |
| 13 | A     No. | 04:51:00 |
| 14 | Q     Has Saba's accredit -- accreditation been | 04:51:01 |
| 15 | at risk due to high -- high attrition rates? | 04:51:03 |
| 16 | A     No. | 04:51:06 |
| 17 | Q     And again, you -- you didn't follow up | 04:51:08 |
| 18 | with the NYSED at all? | 04:51:10 |
| 19 | A     Nope. | 04:51:12 |
| 20 | MR. ALFORD:  I'm going to show you a | 04:51:13 |
| 21 | document I'm marking as -22047. | 04:51:14 |
| 22 | No, I'm sorry. | 04:51:18 |
| 23 | I'm -- this is Exhibit 114.  It has | 04:51:19 |
| 24 | a Bates number of R3S00022047. | 04:51:22 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    376

| | | |
|---|---|---|
| 1 | A     I believe McMillan Vantage. | 05:17:20 |
| 2 | Q     Would -- I assume that Saba or R3 gave | 05:17:23 |
| 3 | input so that McMillan Vantage knew -- | 05:17:26 |
| 4 | A     I'm sure it was based on interviews with | 05:17:30 |
| 5 | staff. | 05:17:32 |
| 6 | Q     Were you interviewed for this? | 05:17:32 |
| 7 | A     Not that I recall. | 05:17:34 |
| 8 | Q     All right.  Now, let's go to the next | 05:17:36 |
| 9 | page, -17238, and look at question five.  And in | 05:17:38 |
| 10 | this instance it says Q5. | 05:17:43 |
| 11 |        Are you with me? | 05:17:45 |
| 12 | A     I am. | 05:17:47 |
| 13 | Q     "Isn't Saba a private university that is | 05:17:47 |
| 14 | simply praying on underperforming students?" | 05:17:50 |
| 15 |        Did I read that correctly? | 05:17:54 |
| 16 | A     You did. | 05:17:55 |
| 17 | Q     It says, "Saba is incredibly proud of our | 05:17:55 |
| 18 | record of graduating competent and compassionate | 05:17:59 |
| 19 | physicians for over 30 years.  Since 2007, more than | 05:18:02 |
| 20 | 1500 Canadians graduated from Saba and 250 accepted | 05:18:09 |
| 21 | residency placements back in Canada." | 05:18:09 |
| 22 | A     Uh-huh. | 05:18:13 |
| 23 | Q     Did -- | 05:18:13 |
| 24 | A     It was 1400 Canadians, not 1500. | 05:18:13 |

Transcript of Patrick Donnellan, Designated Representative
Conducted on November 5, 2024                    377

| | | |
|---|---|---|
| 1 | Q     Oh, I apologize.  I've been doing that | 05:18:17 |
| 2 | all day.  I'm sorry.  Thank you for correcting me. | 05:18:19 |
| 3 | And so of the other -- the remainder of | 05:18:23 |
| 4 | that, does Saba know -- of the 1400, 250 were | 05:18:24 |
| 5 | accepted to residencies back in Canada.  Do you know | 05:18:28 |
| 6 | if the remainder were accepted into residencies in | 05:18:31 |
| 7 | the United States? | 05:18:35 |
| 8 | A     All of the remainder? | 05:18:36 |
| 9 | Q     Do you know the number -- | 05:18:38 |
| 10 | A     I -- | 05:18:39 |
| 11 | Q     -- of the remainder? | 05:18:40 |
| 12 | A     I -- I don't know.  It's knowable. | 05:18:41 |
| 13 | There were many of those 1400, I can | 05:18:44 |
| 14 | assure you. | 05:18:47 |
| 15 | Q     And so this -- this information doesn't | 05:18:49 |
| 16 | provide any data regarding how many students started | 05:18:54 |
| 17 | the program and did not finish, does it? | 05:18:57 |
| 18 | A     It does not. | 05:18:59 |
| 19 | Q     Do most students that enroll at Saba | 05:19:00 |
| 20 | finish the program? | 05:19:03 |
| 21 | A     I believe that to be the case, yes. | 05:19:09 |
| 22 | Q     What percentage of students that -- that | 05:19:11 |
| 23 | start the medical program at Saba finish the | 05:19:13 |
| 24 | program? | 05:19:15 |