# **EXHIBIT 3**

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF MASSACHUSETTS
 3
 4    Case No. 1:23-cv-12002-WGY
 5    - - - - - - - - - - - - - - - - -X
 6    NATALIA ORTIZ, on behalf of       :
 7    herself and a class of similarly  :
 8    situated persons,                 :
 9                   Plaintiffs,        :
10    VS                                :
11    SABA UNIVERSITY SCHOOL OF         :
12    MEDICINE, and R3 EDUCATION, INC., :
13                   Defendants.        :
14    - - - - - - - - - - - - - - - - -X
15
16                      VOLUME II
17
18        Continuation of the videotaped deposition of
      PATRICK DONNELLAN, as 30(b)(6), designated
19    representative, taken at the offices of Locke Lord
      LLP, 1 Landmark Square, Stamford, Connecticut,
20    before Clifford Edwards, Certified Shorthand
      Reporter and Notary Public, in and for the State of
21    Connecticut on November 6, 2024, at 9:04 a.m. ET.
22
23
24
```

| | | |
|---|---|---|
| 1 | Q     Private loans? | 09:19:47 |
| 2 | A     To the extent that there were any, which | 09:19:48 |
| 3 | I don't believe there were during this period. | 09:19:50 |
| 4 | Q     So it's your testimony that students that | 09:19:58 |
| 5 | attended Saba University School of Medicine from | 09:19:59 |
| 6 | 2017 to present did not take out private loans? | 09:20:01 |
| 7 | A     Not that -- not that we're directly aware | 09:20:05 |
| 8 | of, no. | 09:20:08 |
| 9 | Q     And the information shown in this chart | 09:20:10 |
| 10 | would include Pell grants as well; correct? | 09:20:13 |
| 11 | A     No.  We are not eligible to participate | 09:20:16 |
| 12 | in that program. | 09:20:18 |
| 13 | Q     Why are -- why is Saba not eligible to | 09:20:19 |
| 14 | participate? | 09:20:21 |
| 15 | A     Because it's outlined in the Higher | 09:20:22 |
| 16 | Education Act that, you know, schools such as ours | 09:20:25 |
| 17 | are not eligible to participate. | 09:20:28 |
| 18 | Q     Would this chart also include individuals | 09:20:31 |
| 19 | that were receiving monies and paid to the Saba | 09:20:33 |
| 20 | University School of Medicine from the G.I. Bill? | 09:20:35 |
| 21 | A     It would. | 09:20:37 |
| 22 | Q     And also, any other veterans of -- | 09:20:38 |
| 23 | A     Well, I don't know about the G.I. Bill. | 09:20:42 |
| 24 | But veterans loans, yes. | 09:20:43 |