# **EXHIBIT 4**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MASSACHUSETTS
 3     - - - - - - - - - - - - x
 4     NATALIA ORTIZ, on behalf of       :
 5     herself and a class of            :
 6     similarly situated persons,       :Case No
 7            Plaintiff,                 :1:23-cv-12002-WGY
 8       v.                              :
 9     SABA UNIVERSITY SCHOOL OF
10     MEDICINE; and R3 EDUCATION,         Redacted
11     INC,
12            Defendants.
13     - - - - - - - - - - - - x
14
15       REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
16                        SARAH RUSSELL
17                 TUESDAY, AUGUST 20, 2024
18                       8:03 A.M. CST
19
20
21
22     JOB NO.: 548479
23     PAGES: 1 - 208
24     REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
```

| | | |
|---|---|---|
| 1 | A   Yes. | 10:19:41 |
| 2 | Q   Why did you include the Step 1 US MLE pass | 10:19:42 |
| 3 | rate in that e-mail? | 10:19:47 |
| 4 | A   We're quite proud of what our students | 10:19:48 |
| 5 | have accomplished.  And it's really strong | 10:19:51 |
| 6 | compared to other institutions, so I reiterated | 10:19:54 |
| 7 | some of the strengths of the institution. | 10:19:57 |
| 8 | Q   Okay. | 10:20:01 |
| 9 | MS. FITZGERALD:  Marking as Exhibit 15 an | 10:20:25 |
| 10 | e-mail, Bates number 21319. | 10:20:33 |
| 11 | (Exhibit 15 marked for identification.) | 10:20:39 |
| 12 | Q   Ms. Russell, do you recognize this | 10:20:40 |
| 13 | document? | 10:20:42 |
| 14 | A   I do. | 10:20:42 |
| 15 | Q   And what is it? | 10:20:42 |
| 16 | A   It's an e-mail. | 10:20:44 |
| 17 | Q   And the initial e-mail in the chain, if I | 10:20:47 |
| 18 | can find it, was sent on December 1st, 2020, at | 10:20:53 |
| 19 | 1:35 p.m., correct? | 10:20:59 |
| 20 | A   Correct. | 10:21:00 |
| 21 | Q   And it was sent to your e-mail address, | 10:21:01 |
| 22 | correct? | 10:21:06 |
| 23 | A   Yes. | 10:21:06 |
| 24 | Q   And in that initial e-mail, someone | 10:21:06 |

| | | |
|---|---|---|
| 1 | why someone is no longer with the institution. | 11:36:53 |
| 2 | So when we're talking with prospective | 11:36:55 |
| 3 | students, we'll chat with them a little bit about | 11:36:59 |
| 4 | those things. | 11:37:00 |
| 5 | And so I would seek confirmation from | 11:37:01 |
| 6 | Steve or perhaps in the past Patrick in just | 11:37:05 |
| 7 | saying is there any -- any other new services that | 11:37:08 |
| 8 | we've got, is there anything else that we can | 11:37:10 |
| 9 | speak with the prospective students about | 11:37:14 |
| 10 | regarding their concern for not doing well or not | 11:37:17 |
| 11 | continuing their education. | 11:37:22 |
| 12 | Q  And when you say they're concerned for not | 11:37:23 |
| 13 | doing well or not continuing their education, this | 11:37:28 |
| 14 | would include a concern about the attrition rate, | 11:37:32 |
| 15 | right? | 11:37:36 |
| 16 | A  It could.  It's a big umbrella why | 11:37:36 |
| 17 | students may withdraw from the institution.  And | 11:37:39 |
| 18 | so that was what I would want to do, is I would | 11:37:42 |
| 19 | speak with the prospective student or someone | 11:37:46 |
| 20 | would speak with the prospective student about | 11:37:48 |
| 21 | what their concern was if they said, hey, I'm | 11:37:51 |
| 22 | really nervous about, you know, leaving after the | 11:37:55 |
| 23 | first semester.  We would speak to them about | 11:37:57 |
| 24 | their concerns, about where that stems from and | 11:38:00 |

| | | |
|---|---|---|
| 1 | about why they're nervous about leaving after the | 11:38:03 |
| 2 | first semester. | 11:38:07 |
| 3 | Q  So you said that Mr. Rodger provided you | 11:38:09 |
| 4 | instructions specific to attrition rate, correct? | 11:38:12 |
| 5 | A  No.  Because that sounds like a script to | 11:38:16 |
| 6 | me.  So no, I wouldn't say that.  I would not say | 11:38:20 |
| 7 | that, that Steve -- | 11:38:22 |
| 8 | Q  So Mr. Rodger never gave you instructions | 11:38:22 |
| 9 | regarding answers to provide if students were | 11:38:26 |
| 10 | asking about attrition rate? | 11:38:29 |
| 11 | A  The guidance that he gave was to uncover | 11:38:30 |
| 12 | or discover a little bit more about what their | 11:38:33 |
| 13 | concerns were. | 11:38:35 |
| 14 | Q  So what if students were asking | 11:38:36 |
| 15 | specifically about attrition rate, what would | 11:38:39 |
| 16 | your -- was he providing you guidance on how to | 11:38:42 |
| 17 | answer those question? | 11:38:46 |
| 18 | A  So if someone inquired about the attrition | 11:38:48 |
| 19 | rate, we would ask them more about what do they | 11:38:53 |
| 20 | mean by attrition, share with us what your -- | 11:38:57 |
| 21 | what -- why you're asking us this question in | 11:39:02 |
| 22 | regards to what are your concerns about attrition. | 11:39:04 |
| 23 | The applicant, in return, would say, I'm | 11:39:06 |
| 24 | nervous about failing out, or I'm nervous that I'm | 11:39:10 |

| | | |
|---|---|---|
| 1 | Q  Would you say you're sharing any of that | 13:15:41 |
| 2 | with her on a consistent basis? | 13:15:52 |
| 3 | A  Yes. | 13:15:54 |
| 4 | Q  Anything other than the application data | 13:15:54 |
| 5 | you just mentioned? | 13:15:56 |
| 6 | A  That application data can be in different | 13:15:57 |
| 7 | formats, but it'd still be application data. | 13:16:01 |
| 8 | Q  Okay. | 13:16:03 |
| 9 | A  So may not look like Ravi's report | 13:16:03 |
| 10 | specifically, but it's the same content. | 13:16:08 |
| 11 | Q  Okay.  Other than today, the matter that | 13:16:10 |
| 12 | you mentioned, the family matter, and the -- the | 13:16:22 |
| 13 | matter involving MUA, have you ever been deposed | 13:16:26 |
| 14 | other than those three instances? | 13:16:30 |
| 15 | A  No. | 13:16:32 |
| 16 | Q  Okay. | 13:16:33 |
| 17 | A  Not that I can recall. | 13:16:33 |
| 18 | Q  Okay.  Have you -- so on the MUA matter, | 13:16:34 |
| 19 | what was that case about? | 13:16:43 |
| 20 | A  That case was about a -- an incident that | 13:16:48 |
| 21 | happened on the Island of Nevis with two students. | 13:16:54 |
| 22 | Q  What was the nature of the -- allegation | 13:16:59 |
| 23 | in the -- in the matter? | 13:17:04 |
| 24 | A  The nature of the matter is that, | 13:17:06 |

| | | |
|---|---|---|
| 1 | A   Yes. | 13:22:28 |
| 2 | Q   Or students may transfer out of the | 13:22:31 |
| 3 | school; is that correct? | 13:22:34 |
| 4 | A   Correct. | 13:22:35 |
| 5 | Q   Students that take a leave of absence? | 13:22:35 |
| 6 | A   Yes. | 13:22:39 |
| 7 | Q   Students that voluntarily withdraw? | 13:22:39 |
| 8 | A   Correct. | 13:22:45 |
| 9 | Q   And students that are dismissed for | 13:22:45 |
| 10 | nonacademic reasons; is that correct? | 13:22:49 |
| 11 | A   Correct. | 13:22:51 |
| 12 | Q   So -- so all of those variables, whether | 13:22:51 |
| 13 | or not they're included in attrition rate, could | 13:22:54 |
| 14 | impact how that rate is ultimately calculated; is | 13:22:57 |
| 15 | that correct? | 13:23:00 |
| 16 | A   Yes. | 13:23:00 |
| 17 | Q   Ms. Russell, to your knowledge, is there | 13:23:00 |
| 18 | any official or standard definition of attrition | 13:23:03 |
| 19 | rate as it's used in the medical university | 13:23:07 |
| 20 | context? | 13:23:10 |
| 21 | A   No.  There isn't. | 13:23:11 |
| 22 | Q   Is there -- are there any regulations or | 13:23:12 |
| 23 | rules that you've seen that would set forth how | 13:23:16 |
| 24 | those variables that we discussed are supposed to | 13:23:20 |

| | | |
|---|---|---|
| 1 | be calculated when calculating an attrition rate? | 13:23:23 |
| 2 | A  Sorry, can you repeat the first part of | 13:23:27 |
| 3 | the question? | 13:23:29 |
| 4 | Q  Sure.  To -- to your knowledge, are you | 13:23:29 |
| 5 | aware of any regulation or rule that provides | 13:23:32 |
| 6 | guidance as to how these variables are supposed to | 13:23:35 |
| 7 | be calculated when -- when calculating an | 13:23:39 |
| 8 | attrition rate? | 13:23:41 |
| 9 | A  No. | 13:23:42 |
| 10 | Q  To your knowledge, has Saba University | 13:23:43 |
| 11 | adopted an official or standard calculation for | 13:23:46 |
| 12 | attrition rate? | 13:23:49 |
| 13 | A  No. | 13:23:50 |
| 14 | Q  Okay.  I want to talk a little bit about | 13:23:50 |
| 15 | Exhibit 21.  I'm going to pull it back up on the | 13:23:55 |
| 16 | screen.  Bear with me, please.  Looks like it's | 13:24:00 |
| 17 | still loading.  There it is.  I'm just going to | 13:24:30 |
| 18 | share it now. | 13:24:40 |
| 19 | Ms. Russell, can you see Exhibit 21 there? | 13:24:42 |
| 20 | A  Yes. | 13:24:52 |
| 21 | Q  Okay.  And I'm going to -- I'd like to | 13:24:52 |
| 22 | talk about your message on December 20th, 2022, at | 13:24:56 |
| 23 | 9:30 a.m. | 13:25:03 |
| 24 | Do you see that? | 13:25:04 |