# **EXHIBIT 5**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MASSACHUSETTS
 3    - - - - - - - - - - - - x
 4   NATALIA ORTIZ, on behalf of    :
 5   herself and a class of         :
 6   similarly situated persons,    :Case No
 7         Plaintiff,                :1:23-cv-12002-WGY
 8      v.                          :
 9   SABA UNIVERSITY SCHOOL OF      :
10   MEDICINE; and R3 EDUCATION,    :
11   INC,                           :
12         Defendants.              :
13    - - - - - - - - - - - - x
14
15      REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
16                       GERALD WARGO
17                 FRIDAY, AUGUST 23, 2024
18                      9:08 A.M. CST
19
20   JOB NO.: 548481
21   PAGES: 1 - 290
22   REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
23
24
```

Transcript of Gerald Wargo
Conducted on August 23, 2024                    52

1     A  I work remotely.  I work from my home in
2  East Windsor, New Jersey.
3     Q  Do you ever work out of Devens,
4  Massachusetts?
5     A  No, sir.
6     Q  Do you ever attend meetings in Devens,
7  Massachusetts?
8     A  No, sir.
9     Q  Bear with me two seconds.  I'm going to
10 show you a document that I'm marking as
11 Exhibit 24.
12        (Exhibit 24 marked for identification.)
13    Q  Mr. Wargo, can you see my screen?
14    A  I can.  Yes.
15    Q  So this document has starting Bates number
16 of R3S00021820.
17       Do you recognize this document?
18    A  If I read it, I'm sure I would remember.
19 You want me to take a quick review of it?
20    Q  Yes, sir.  And tell me when to scroll
21 down, if you don't mind.
22       MR. McMORROW:  I'm going to move into the
23 screen so that I can look at it as well.
24    A  Yeah.  If you want to scroll down,

1      A   Yes, sir.
2      Q   And all the people that you listed on your
3   team, we don't have to go through every single
4   person, but do you know if they work remotely or
5   do they work in a physical location at Devens,
6   Massachusetts?
7      A   My entire team since I've been with Saba
8   and R3 has been remote.  We do have employees that
9   live up in the Massachusetts, New Hampshire,
10  northern Connecticut area that do occasionally go
11  into the Devens office.
12     Q   And why do they need to go to the Devens
13  office occasionally?
14     A   A lot of our files are stored there.  Some
15  of our other departments are located out of the
16  Devens office.  I believe our financial aid office
17  is located in Devens and some of our other
18  offices.  I don't know exactly what departments
19  that might be.
20     Q   When you say other offices, what other
21  offices does Saba have?
22     A   Saba -- Saba's only office is in Devens
23  and then campus, our St. Matthews' campus has an
24  office down in Orlando.

1        A    Yes.
2        Q    And does sending mass e-mails work well
3   for Saba?
4        A    It does.  It helps you drive your big
5   events.  So when we're talking about the different
6   events, we'll send an e-mail out to the database
7   letting them know we have an upcoming webinar,
8   please sign up.  If we're doing some type of
9   application deadline is coming up, we'll let
10  people know, you know, make sure you have your
11  application by this date so it can be reviewed and
12  you can transition off the islands on time.  So
13  that's where we also use Salesforce and we overlay
14  Pardot because Pardot helps us send the mass
15  e-mails.
16       Q    We talked about this a little bit but I
17  want to get more into it.
18            What are the aspects of Saba that you and
19  your team try to promote the most in
20  advertisements to prospective students?
21       A    Sure.  First, that it's an opportunity to
22  become a medical doctor.  I think that's what most
23  of our students are looking for, is an opportunity
24  with -- with really good outcomes.  So we try to

1   let them know that just because you didn't get
2   accepted to a US medical school, there's still a
3   great opportunity for you to go to Saba.  We -- we
4   try to talk about our outcomes which are the great
5   scores on our US MLE Step 1, Step 2, and we also
6   talk about a residency attainment rates.
7           We also like to promote our
8   accreditations.  That's -- that's a real important
9   one, Mr. Alford, because there's a lot of schools
10  in the Caribbean and many of them don't have the
11  right accreditations or approvals.  So students
12  can go out to these schools and they'll spend four
13  years to graduate and spend a couple hundred
14  thousand dollars and they can't even practice
15  medicine, and that's not true at our school.  So
16  we like to talk about our accreditations.
17          Our Title IV approval is a differentiator
18  for us because, again, there's only seven schools
19  in the Caribbean that have Title IV funding.  And
20  that helps make -- makes the school very
21  affordable for US students.
22          We like to talk about our scholarship
23  programs.  Our alumni are often highlighted.  And
24  the safety of our island.  It's a very safe island

1	as well.
2	So there's a number of -- I'm sure I'm not
3	catching all of them, but those are some of the
4	highlights.
5	Q   And so for the record, can you tell me
6	what Title IV funding means?
7	A   Title IV funding is Department of
8	Education, US Department of Education has reviewed
9	our curriculum and they find that our curriculum
10	is on par with US medical schools and, therefore,
11	they've awarded us the ability to offer Title IV
12	funding to those students that apply and are
13	eligible for it.  So Stafford -- student Stafford
14	loans.
15	Q   I'm not trying to get too nuanced here,
16	but is the Department of Education the one that
17	actually reviews your criteria or is it the
18	accrediting agency that reviews it and reports
19	that to the Department of Education?
20	A   I -- that, I can't answer that one
21	exactly.
22	Q   Okay.
23	A   I know we get reviews all the time,
24	whether it's from our accreditors or from the DOE.

```
 1   agency is?
 2       A   For Saba, it's the NVAO, and I would have
 3   to look up what NVAO stands for but it's out of
 4   the Netherlands.  That's -- that's our -- our top
 5   accreditation, but we also have state approvals
 6   for State of New York, State of Florida, the State
 7   of California.  And when you have the state
 8   approvals, many of the other states fall under
 9   these large states.
10           So our students are able to practice
11   medicine in all 50 of the US -- all 50 US states,
12   which is -- which is great for them.  Some schools
13   in the Caribbean might only have New York
14   accreditation and then they can only practice
15   medicine in this section of the country, or they
16   might just have California accreditation and they
17   can only practice out west.  But we have
18   California, New York, and Florida so our students
19   have -- it's a great benefit for them.
20       Q   Right.  So these approvals by the various
21   state organizations are able to help you place
22   students wherever across the nation?
23       A   And that's what the students want.  They
24   want to go to the school that's going to give them
```

```
 1   the greatest opportunity to become a doctor and
 2   have a pathway back to the US and practice
 3   medicine.
 4       Q   I'll represent to you that my
 5   understanding of NVAO is the accrediting
 6   organization of Netherlands and Flanders?
 7       A   Yes.
 8       Q   I'm not taking any stab at how to say
 9   it --
10       A   It's right on the website.
11           MR. McMORROW:  It sounds just like it's
12   spelled.
13       Q   All right.  And you mentioned US MLE Step
14   1 rates.  Why do y'all advertise that to
15   prospective students?
16       A   The US MLE Step 1 -- US MLE stands for
17   United States Medical Licensure Examinations.  And
18   there's two important examinations that students
19   have to pass if they want to graduate and then go
20   and be a candidate for residency.
21           The first one is Step 1.  That happens
22   after semester 5 at our school, and a student must
23   pass this written exam.  It's probably the most
24   important exam that they'll take because if they
```

1    don't pass that particular class, they can't go on
2    into their clinical years, which is semesters 6
3    through 10.  So it's -- it's a milestone, if you
4    want to call it that.  It's a moniker.  Students
5    can take the US MLE several different times if
6    they don't pass on their first try, but it's a
7    super important test.
8         Just like Step 2, which happens probably
9    between semesters 8 and 9 as the student is
10   getting ready to graduate and they have to pass
11   that one as well.  Usually Step 2 scores are much
12   higher than Step 1.
13      Q   And you mentioned that the Step 1 exam is
14   important.
15         Why -- why is passing the Step 1 -- strike
16   all that.
17         You mentioned that students can take the
18   US MLE Step 1 multiple times?
19      A   Yes, sir.
20      Q   Does it change their perspective residency
21   placement if they take it more than once?
22      A   Yeah.  You want to pass it on your first
23   try.  So the more attempts that it -- it will all
24   show on your record.  So when you go and you're

Transcript of Gerald Wargo
Conducted on August 23, 2024

153

```
1    interviewing with potential residency directors
2    towards the end of your curriculum, if they see
3    you had to take the US MLE four different times,
4    they're going to be like, okay, we might have a
5    red flag here.  But if they know that you took it
6    and you passed on your first try, they're like,
7    oh, I have a strong candidate here.
8         Q    Okay.  So the importance of US MLE for
9    just knowing that the student has the requisite
10   knowledge to become a doctor is important, but
11   it's also important in other means, particularly
12   for residency placement?
13        A    Right.  And if you don't pass Step 1, you
14   can't go on to the second half of the curriculum.
15        Q    At Saba, correct?
16        A    Yeah.  I think that's at all schools, at
17   least all the schools that I've worked at.
18        Q    And you also mentioned residency rates.
19   Can you help me just -- we've talked about this.
20   But can you just explain why residency rates are
21   important for prospective students?
22        A    Definitely.  Because no one wants to go to
23   medical school for four years and spend a couple
24   hundred thousand dollars and all -- and all the
```