# **EXHIBIT 6**

 

R3S00016493

# Pathways to GUS Health Medical Schools

Global University Systems Medicine and Veterinary Programs



# IMPORTANT FACTS for MD PATHWAYS

| | SABA | MUA | SMU |
|---|---|---|---|
| Established | 1992 | 1998 | 1997 |
| Island | Saba | Nevis | Cayman Islands |
| Accreditations | NVAO | ACCM | ACCM |
| State Approvals/ Recognitions | CA, FL, NY | CA, FL, NY | CA, FL, NY |
| Residency & Licensure | Apply for residency & licensure in all 50 US States & Canadian provinces | Apply for residency & licensure in all 50 US States & Canadian provinces | Apply for residency & licensure in all 50 US States & Canadian provinces |
| Curriculum | Integrated Systems Based; Research Component | Integrated Systems Based; Research Component | Integrated; Disciple Based; Focused Academic Support Program & Shadowing |
| USMLE Step 1 1st Time Pass Rates | 100% (2022) | 98% (2020) | 94% (2022) |
| USMLE Step 2 1st Time Pass Rates | 98% (2022) | 96.9% (2021) | 100% (2022) |
| Residency Placement | 97% | 96% | 100% |
| Learning Environment | Small class sizes (7:1), tight-knit community, focused and studious | Small class sizes (7:1), interactions with professors, community-focused | Small class sizes (7:1), attractive shadowing opportunities |
| Cohort size ranges | 42-94 | 37-67 | 23-44 |

R3S00016502