# **EXHIBIT 7**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MASSACHUSETTS
 3     - - - - - - - - - - - - x
 4     NATALIA ORTIZ, on behalf of     :
 5     herself and a class of          :
 6     similarly situated persons,     :Case No
 7            Plaintiff,               :1:23-cv-12002-WGY
 8        v.                           :
 9     SABA UNIVERSITY SCHOOL OF       :
10     MEDICINE; and R3 Education,     :
11     INC,                            :
12            Defendants.              :
13     - - - - - - - - - - - - x
14
15       REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
16                       STEVEN RODGER
17                THURSDAY, SEPTEMBER 5, 2024
18                      9:05 A.M. CST
19
20     JOB NO.: 548483
21     PAGES: 1 - 189
22     REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
23
24
```

Transcript of Steven Rodger
Conducted on September 5, 2024

115

| | | |
|---|---|---|
| 1 | about the on-time completion rate.  Are there any | 11:43:06 |
| 2 | other quote/unquote consumer information that must | 11:43:09 |
| 3 | be disclosed, according to the Department of | 11:43:15 |
| 4 | Education? | 11:43:16 |
| 5 |    A  Yeah.  There's a consumer information | 11:43:16 |
| 6 | page.  I think it -- I think it may involve | 11:43:19 |
| 7 | student default rates on loans and some other | 11:43:22 |
| 8 | things.  I forget.  Patrick was our resident | 11:43:25 |
| 9 | expert on those things.  Patrick Donnellan, again, | 11:43:32 |
| 10 | sorry. | 11:43:36 |
| 11 |      But it's -- all these things are not | 11:43:37 |
| 12 | defined by us.  And that's why I'm saying those | 11:43:44 |
| 13 | are useful because even if it's a bad definition, | 11:43:48 |
| 14 | at least everybody is using the same one | 11:43:51 |
| 15 | or -- that's not even true.  At least everybody | 11:43:55 |
| 16 | within certain guidelines is using a similar | 11:43:58 |
| 17 | calculation. | 11:44:01 |
| 18 |    Q  Does the Department of Education include a | 11:44:01 |
| 19 | guideline for how to calculate attrition? | 11:44:05 |
| 20 |    A  No.  U.S. schools would never allow that | 11:44:08 |
| 21 | to happen because they don't want to be | 11:44:12 |
| 22 | accountable for performance. | 11:44:23 |
| 23 |    Q  Did Saba during your time as managing | 11:44:24 |
| 24 | director track attrition in any sort of capacity, | 11:44:28 |

|    |                                                          |          |
|----|----------------------------------------------------------|----------|
| 1  | not using a specific calculation but was there any       | 11:44:31 |
| 2  | tracking of attrition?                                   | 11:44:35 |
| 3  |     A   We -- no.  The answer is no.  People threw      | 11:44:37 |
| 4  | that term around but the answer is no.  People           | 11:44:44 |
| 5  | threw that term around and it would be a continual       | 11:44:47 |
| 6  | irritant to many of us at the organization, one,         | 11:44:52 |
| 7  | because they had no idea what they were talking          | 11:44:56 |
| 8  | about; and two, because the institution itself had       | 11:44:59 |
| 9  | never defined what such a term would mean.               | 11:45:05 |
| 10 |         And so, therefore, there was no good use        | 11:45:08 |
| 11 | for it.  That doesn't mean it wouldn't appear in         | 11:45:11 |
| 12 | an e-mail by somebody, again, who had no idea what       | 11:45:18 |
| 13 | they were talking about when they used that term         | 11:45:23 |
| 14 | because they didn't have any idea what the               | 11:45:25 |
| 15 | numerator should be and what the denominator             | 11:45:27 |
| 16 | should be and whether that was acceptable to the         | 11:45:30 |
| 17 | institution in terms of calculation.                     | 11:45:33 |
| 18 |     Q   Did the institution have an idea of -- or       | 11:45:35 |
| 19 | a guidelines as to what the numerator and                | 11:45:39 |
| 20 | denominator should be?                                   | 11:45:41 |
| 21 |     A   No.  We didn't spend a minute -- people         | 11:45:43 |
| 22 | who made as it would relate to that term didn't          | 11:45:47 |
| 23 | spend a minute talking about it.  Marketing people       | 11:45:50 |
| 24 | would love to talk about things that, hey, if we         | 11:45:52 |

| | | |
|---|---|---|
| 1 | could nail down something that could, you know, | 11:45:56 |
| 2 | differentiate us, let's use that and we, you | 11:45:58 |
| 3 | know -- so marketing people were always talking | 11:46:03 |
| 4 | about things that they knew nothing about. | 11:46:06 |
| 5 |      Q  So there wasn't an accepted definition of | 11:46:09 |
| 6 | attrition within the Saba University umbrella? | 11:46:14 |
| 7 |      A  Absolutely not. | 11:46:20 |
| 8 |      Q  I am going to show you a document, Tab 9, | 11:46:21 |
| 9 | Serena, and we'll mark it Exhibit 39.  And it | 11:47:03 |
| 10 | bears the Bates stamp R3S00022345. | 11:47:07 |
| 11 |      (Exhibit 39 marked for identification.) | 11:47:33 |
| 12 |      Q  I'll scroll to the bottom so you can see | 11:47:35 |
| 13 | the initial e-mail.  Apologies.  So let's start | 11:47:37 |
| 14 | with this e-mail. | 11:47:59 |
| 15 |      Do you recognize this e-mail? | 11:48:00 |
| 16 |      A  No. | 11:48:01 |
| 17 |      Q  Do you understand, as you can see, that it | 11:48:04 |
| 18 | came from your Equinox Capital address and is sent | 11:48:07 |
| 19 | to Roman Voldolazkiy, Valery Kisilevsky, Terry | 11:48:11 |
| 20 | Moya, and Patrick Donnellan? | 11:48:19 |
| 21 |      A  I know who the cc's are.  I can't recall | 11:48:21 |
| 22 | who Roman is. | 11:48:24 |
| 23 |      Q  Okay.  Who is Valery Kisilevsky? | 11:48:26 |
| 24 |      A  He's a senior member of the GUS team.  You | 11:48:28 |

Transcript of Steven Rodger
Conducted on September 5, 2024                                119

| | | |
|---|---|---|
| 1 | the nature of the kind of assumptions we were | 11:49:49 |
| 2 | going to make.  There's no stated right way or | 11:49:51 |
| 3 | wrong way here.  This just had to do with | 11:49:54 |
| 4 | assumptions. | 11:49:57 |
| 5 | Q  So if you were to provide GUS with | 11:50:01 |
| 6 | attrition assumptions, how would you go about | 11:50:06 |
| 7 | doing so? | 11:50:09 |
| 8 | A  What we were really talking about was how | 11:50:09 |
| 9 | students were going to progress through the | 11:50:18 |
| 10 | program.  Because this was also -- this sentence | 11:50:20 |
| 11 | was also in conjunction with revenue.  I think it | 11:50:24 |
| 12 | said rev, but I think I would have probably meant | 11:50:27 |
| 13 | revenue. | 11:50:32 |
| 14 | And again, they're assumptions.  And you | 11:50:32 |
| 15 | can make tough assumptions, easy assumptions, base | 11:50:35 |
| 16 | case assumptions.  There's no right or wrong way | 11:50:42 |
| 17 | here. | 11:50:47 |
| 18 | And it -- what I'm talking about here, if | 11:50:50 |
| 19 | I remember -- if I were to remember what I would | 11:50:53 |
| 20 | have been saying, would not be an attrition rate | 11:50:56 |
| 21 | as is -- as if that term had something that was | 11:51:00 |
| 22 | meaningful.  It would have been about the kinds of | 11:51:09 |
| 23 | assumptions we would make to make a projection. | 11:51:13 |
| 24 | Q  So on that note, if we go up to | 11:51:14 |

| | | |
|---|---|---|
| 1 | Q  Did the NYSED require certain institutions | 13:58:34 |
| 2 | that were licensed by them to publish certain | 13:58:40 |
| 3 | pieces of data for potential students? | 13:58:43 |
| 4 | MR. EVANS:  Objection, form. | 13:58:51 |
| 5 | A  You're talking about the New York State | 13:58:51 |
| 6 | Education Department? | 13:58:57 |
| 7 | Q  Yes. | 13:58:58 |
| 8 | A  I don't believe so.  You said | 13:58:59 |
| 9 | publicly -- you said require to publish publicly | 13:59:12 |
| 10 | available and make it, you know, like on a website | 13:59:16 |
| 11 | or something?  Is that what you're saying? | 13:59:18 |
| 12 | Q  Yes.  To -- let me make sure.  To publish | 13:59:21 |
| 13 | certain information either electronically or in | 13:59:33 |
| 14 | paper form that can be made available to students. | 13:59:37 |
| 15 | A  I'm not aware of any requirement by the | 13:59:42 |
| 16 | New York State Education Department. | 13:59:45 |
| 17 | Q  Does the U.S. Department of Education | 14:00:01 |
| 18 | engage in a review process of Saba? | 14:00:03 |
| 19 | MR. EVANS:  Objection, form. | 14:00:08 |
| 20 | A  No, although they have the right to. | 14:00:11 |
| 21 | Q  Have you ever had any communications with | 14:00:18 |
| 22 | the U.S. Department of Education regarding Saba's | 14:00:20 |
| 23 | curriculum or marketing? | 14:00:28 |
| 24 | A  When we first became part of the Title IV | 14:00:34 |

Transcript of Steven Rodger
Conducted on September 5, 2024           177

| | | |
|---|---|---|
| 1 | program, no.  They didn't even request any of the | 14:00:43 |
| 2 | items you enumerated even when we first became | 14:00:49 |
| 3 | approved, so to speak, to participate in the | 14:00:53 |
| 4 | program of Title IV. | 14:00:55 |
| 5 |     Q  What did they request when you -- when | 14:00:58 |
| 6 | Saba first became approved to the Title IV? | 14:01:01 |
| 7 |     A  I can't really remember, but I think it | 14:01:05 |
| 8 | was more -- I believe it had to do with our -- the | 14:01:07 |
| 9 | handbook that we put together for financial aid. | 14:01:17 |
| 10 |     Q  I'm going to show you Tab 20, which bears | 14:01:25 |
| 11 | the Bates stamp R3S00021992, and we will mark this | 14:01:32 |
| 12 | as Exhibit 47. | 14:01:39 |
| 13 |     (Exhibit 47 marked for identification.) | 14:01:41 |
| 14 |     Q  Are you able to see the document, Mr. | 14:01:54 |
| 15 | Rodger? | 14:02:01 |
| 16 |     A  Yes. | 14:02:01 |
| 17 |     Q  I can scroll down as much as you would | 14:02:01 |
| 18 | like although there is a fair amount that is | 14:02:03 |
| 19 | redacted.  But initially, do you recall a retreat | 14:02:05 |
| 20 | with GUS Canada and R3 on January 11th and 12th | 14:02:09 |
| 21 | 2023? | 14:02:17 |
| 22 |     A  I don't.  I was no longer serving an | 14:02:17 |
| 23 | executive function at that time. | 14:02:20 |
| 24 |     Q  So you would not have been a part of this | 14:02:22 |

Transcript of Steven Rodger
Conducted on September 5, 2024

186

| | | |
|---|---|---|
| 1 | variables that could go into the calculation | 14:19:18 |
| 2 | of -- of attrition? | 14:19:20 |
| 3 | MS. SILLER: Objection. | 14:19:22 |
| 4 | A  Most definitely. | 14:19:22 |
| 5 | Q  And if I recall correctly, your testimony | 14:19:28 |
| 6 | was that there's no legal or regulatory definition | 14:19:30 |
| 7 | of attrition in the medical school context? | 14:19:33 |
| 8 | A  That's correct. | 14:19:37 |
| 9 | Q  Mr. Rodger, did any of these instances in | 14:19:39 |
| 10 | which attrition was being discussed involve | 14:19:42 |
| 11 | calculation of attrition for the purposes of | 14:19:44 |
| 12 | advertising to prospective students? | 14:19:47 |
| 13 | A  No. | 14:19:51 |
| 14 | Q  I believe you testified earlier that | 14:19:55 |
| 15 | there -- there's a term called U.S. on-time | 14:19:57 |
| 16 | completion rate; is that right? | 14:20:00 |
| 17 | A  Yes. | 14:20:02 |
| 18 | Q  Is there a standardized definition of U.S. | 14:20:02 |
| 19 | on-time completion rate? | 14:20:07 |
| 20 | MS. SILLER: Objection, asked and | 14:20:14 |
| 21 | answered. | 14:20:14 |
| 22 | A  It's -- to the extent that we present that | 14:20:15 |
| 23 | figure, it's presented in a manner as defined in | 14:20:18 |
| 24 | our financial aid handbook. | 14:20:21 |