# **EXHIBIT 8**

**From:** SABA University School of Medicine on behalf of SABA University School of Medicine <admissions@saba.edu>
**Sent:** Monday, March 6, 2023 7:23 AM
**To:** g.wargo@r3education.com
**Subject:** Earn a respected residency with Saba

Dear Jerryw,

Meet Kyle Stoneking who matched into his first choice as a Neurology Resident at the University of Missouri - Kansas City.

**Kyle Stoneking**

Neurology Resident at the University of Missouri - Kansas City.

"I am beyond excited to have matched at such a wonderful institution, and I cannot wait to start this next step of my medical journey. I feel that my time at Saba University School of Medicine has more than adequately prepared me to not just succeed, but to truly excel in residency."

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                               R3S00023054



Find out how Saba University School of Medicine can help you reach your goals.

[Apply Today]

Use code **2701434** to waive your application fee.

Please do not hesitate to reply to this email if you have any questions. Alternatively, you can call me at .

Kind regards,



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            R3S00023055

Saba University School of Medicine © 2023



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                                                                **R3S00023056**