# **EXHIBIT 9**

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3

 4   Case No. 1:23-cv-12002-WGY

 5   - - - - - - - - - - - - - - - - - -X

 6   NATALIA ORTIZ, on behalf of         :

 7   herself and a class of similarly    :

 8   situated persons,                   :

 9                  Plaintiffs,          :

10   VS                                  :

11   SABA UNIVERSITY SCHOOL OF           :

12   MEDICINE, and R3 EDUCATION, INC.,   :

13                  Defendants.          :

14   - - - - - - - - - - - - - - - - - -X

15

16

17       Videotaped deposition of PATRICK DONNELLAN,
     taken in his individual capacity, from the offices
18   of Locke Lord LLP, 1 Landmark Square, Stamford,
     Connecticut, before Clifford Edwards, Certified
19   Shorthand Reporter and Notary Public, in and for
     the State of Connecticut on Wednesday, November 6,
20   2024, at 12:32 p.m. ET.

21

22

23

24
```

| | | |
|---|---|---|
| 1 | Q | Who appointed you? | 02:21:43 |
| 2 | A | I believe Steve Rodger, as CEO at the | 02:21:47 |
| 3 | time. | | 02:21:50 |
| 4 | Q | Now, earlier you testified that Cyndi | 02:21:51 |
| 5 | McLeod appointed -- and the board of R3 appointed | 02:21:52 |
| 6 | you to presidency. Did Steven Rodger, by himself, | 02:21:56 |
| 7 | appoint you to the role of executive vice president? | 02:21:59 |
| 8 | A | I don't know. | 02:22:02 |
| 9 | Q | And your role at R3, I believe you | 02:22:09 |
| 10 | testified, included compliance functions; correct? | 02:22:11 |
| 11 | A | Correct. | 02:22:14 |
| 12 | Q | What are R3's compliance functions? | 02:22:15 |
| 13 | A | Complying with our various accreditors, | 02:22:20 |
| 14 | reg- -- you know, state approvals, and other | 02:22:23 |
| 15 | regulations, including U.S. federal financial aid | 02:22:26 |
| 16 | programs. | 02:22:30 |
| 17 | Q | What did you do in this role to oversee | 02:22:30 |
| 18 | R3's compliance functions? | 02:22:33 |
| 19 | A | What did I do? | 02:22:35 |
| 20 | | I don't think I understand the question. | 02:22:38 |
| 21 | Q | Okay. How did you ensure that R3 was | 02:22:41 |
| 22 | complying with the approval agencies, the | 02:22:44 |
| 23 | accreditations -- | 02:22:47 |
| 24 | A | I was predominantly completing reporting | 02:22:48 |

| | | |
|---|---|---|
| 1 | requirements as necessary and working with our | 02:22:51 |
| 2 | lawyers to make sure that we were in compliance with | 02:22:53 |
| 3 | the various regulations and standards.  You know, I | 02:22:57 |
| 4 | don't know that they were all regulation, but | 02:23:00 |
| 5 | whatever they -- their rules are. | 02:23:02 |
| 6 |     Q    Do you remember, off-chance, what any of | 02:23:04 |
| 7 | the specific regulations or standards were that you | 02:23:06 |
| 8 | were helping R3 be compliant with? | 02:23:09 |
| 9 |     A    Well, our accreditors' either standards | 02:23:12 |
| 10 | or elements, our regulators' reporting requirements, | 02:23:16 |
| 11 | and the multitude of requirements around | 02:23:19 |
| 12 | participating in U.S. federal financial aid | 02:23:23 |
| 13 | programs. | 02:23:26 |
| 14 |     Q    And your role at R3 was held | 02:23:27 |
| 15 | simultaneously with your -- with your position as a | 02:23:32 |
| 16 | managing director of Equinox; correct? | 02:23:34 |
| 17 |     A    Correct. | 02:23:38 |
| 18 |     Q    And you are not currently on the board of | 02:23:38 |
| 19 | R3; is that right? | 02:23:43 |
| 20 |     A    No. | 02:23:45 |
| 21 |     Q    What motivated you to work in higher | 02:24:03 |
| 22 | education? | 02:24:05 |
| 23 |     A    We -- you know, through Equinox, we were | 02:24:10 |
| 24 | involved with the -- the medical schools.  And the | 02:24:14 |