# EXHIBIT 10

```
Exhibits: 1-26              Volume 1, Pages 1-226

            UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF MASSACHUSETTS

        Civil Action No. 1:23-CV-12002-WGY

            ---------------------------

NATALIA ORTIZ, on behalf of

herself and a class of similarly

situated persons

            Plaintiff

vs.

SABA UNIVERSITY SCHOOL OF MEDICINE

and R3 EDUCATION, INC.

            Defendants

        ---------------------------

                CONFIDENTIAL

    VIDEOTAPED DEPOSITION OF NATALIA ORTIZ

        Friday, June 28, 2024, 9:25 a.m.

            Locke Lord, LLP

            111 Huntington Avenue

            Boston, Massachusetts

    --------Reporter:  David A. Arsenault, RPR--------

        Farmer Arsenault Brock LLC

            Boston, Massachusetts

                617.728.4404
```

```
 1       Q.   That's per meeting or total over the two
 2  meetings?
 3       A.   Per meeting.
 4       Q.   So roughly 10, 12 hours you've spent
 5  preparing for the deposition?
 6       A.   I'm sorry.   One meeting was around five
 7  hours.   The other meeting was less than that, it was
 8  around four hours probably.
 9       Q.   And at these meetings with your attorney,
10  was there anyone present other than your attorneys
11  or representatives from their law firm?
12       A.   No.
13       Q.   Ms. Ortiz, where did you currently live?
14       A.   Tampa, Florida.
15       Q.   How long have you lived there?
16       A.   About a year and a half now.
17       Q.   Do you have any roommates?
18       A.   No.
19       Q.   Do you live by yourself?
20       A.   I live with my partner.
21       Q.   So you have lived in Tampa for a year and a
22  half.   Let's say you moved in in approximately the
23  beginning of 2023; is that right?
24       A.   End of 2022.
```

1      Q.   Where did you live before that?

2      A.   Davie, Florida.

3      Q.   Before coming to Massachusetts for the

4   deposition today, have you ever been to

5   Massachusetts?

6      A.   Yes.

7      Q.   And when was that?

8      A.   I believe last -- I'm sorry, no.  I believe

9   the last time I came was in 2022.

10     Q.   What was the purpose of that visit?

11     A.   My little sister was graduating college.

12     Q.   Where did she go to college?

13     A.   Mount Holyoke University.

14     Q.   Other than the visit in approximately 2022

15   for your sister's graduation, have you ever been to

16   Massachusetts?

17     A.   Yes.

18     Q.   And when was that visit?

19     A.   Before 2022.  I don't remember when.

20     Q.   Do you have an approximate, five years ago,

21   ten years ago, between-a-time range?

22     A.   I'm speculating here; I want to say

23   between 2019 and 2022 I visited a few times.

24     Q.   A few times.  And this was at a time when

```
 1    you were an undergrad or were you in medical school
 2    at that time?
 3         A.   I was in medical school at that time.
 4         Q.   You said a few times.  Approximately how
 5    many?
 6         A.   Two or three.
 7         Q.   What was the purpose of those visits?
 8         A.   To visit my little sister.
 9         Q.   Aside from the trips to Massachusetts to
10    visit your sister and attend her graduation, other
11    than those few times have you been to Massachusetts
12    outside of that?
13         A.   Yes.
14         Q.   What was the purpose of those visits?
15         A.   I was on a road trip with my family.
16         Q.   Approximately how long ago was that?
17         A.   Years ago.  I cannot give a number.
18         Q.   Was it back when you still lived with your
19    family?
20         A.   Yes.
21         Q.   So you've had a family trip to
22    Massachusetts.  You visited your sister a few times.
23    That's the extent of your travels to Massachusetts?
24         A.   Yes.
```

1     Q.   Are you currently working?

2     A.   No.

3     Q.   When was the last time you were employed?

4     A.   2022.

5     Q.   Where were you employed?

6     A.   Medsys Health.

7     Q.   Going back to Boston -- going back to

8  Massachusetts, have you ever lived in the State of

9  Massachusetts?

10    A.   No.

11    Q.   Have you ever lived outside of Florida?

12    A.   Yes.

13    Q.   And where was that?

14    A.   Arizona.

15    Q.   I understand you are from Colombia?

16    A.   Yes.  Excuse me, I have lived in Arizona; I

17  have lived on Saba; and I have lived in Colombia.

18    Q.   Medsys Health, what kind of business is

19  that.

20    A.   That is a virtual health care type of

21  software company.

22    Q.   What was your position at Medsys Health?

23    A.   Customer service.

24    Q.   How long did you work at Medsys?

1   took time off from time to time?

2        A.   Correct.

3        Q.   Other than this job at Medsys -- just to

4   clarify, at Medsys you were there from 2022 to 2023

5   approximately?

6        A.   No.  I was there I believe 2021 to 2022.

7        Q.   And you haven't worked anywhere since that

8   time?

9        A.   Correct.

10       Q.   Where did you work prior to Medsys?

11       A.   Scribe America.

12       Q.   When did you work there?

13       A.   2018 to 2019 I believe or 2017 to 2018.

14    2018.

15       Q.   Does that predate your enrollment at Saba

16   University?

17       A.   Correct.

18       Q.   Since your dismissal from Saba, have you

19   applied to any other jobs besides Medsys?

20       A.   No.

21       Q.   And why is that?

22       A.   I went back to school.

23       Q.   I understand you -- we'll go back to your

24   current schooling -- but I understand you went to

```
 1        Q.  Did she enroll in medical school before, at
 2   the same time or after you did?
 3        A.  Before.
 4        Q.  Did you talk with          about the
 5   admission requirements of Saba University?
 6        A.  No.
 7        Q.  Did you discuss with          the chances of
 8   admission that you had at any of the universities
 9   you just listed?
10        A.  No.
11        Q.  Did you talk with          about the USMLE
12   Step 1?
13        A.  Only about how we had to take it to become
14   a doctor.
15        Q.  So at the time that you were applying to
16   medical schools, you were aware that Step 1 was a
17   test that you would have to take?
18        A.  Yes.
19        Q.  Did you speak with          about any of
20   these schools' prerequisites to taking the Step 1?
21        A.  No.
22        Q.  After you were dismissed from Saba, did you
23   apply to any other medical schools?
24        A.  No.
```

```
 1                    Can I use the restroom?
 2        Q.  Sure.  Take five?
 3                    THE VIDEOGRAPHER:  The time is 11
 4   minutes after 10:00.  We are off the record.
 5                    (A recess was taken.)
 6                    THE VIDEOGRAPHER:  We are back on the
 7   record.  The time is 10:20.
 8        Q.  Ms. Ortiz, when we just left for the break
 9   I asked whether you had applied to any medical
10   schools after your dismissal from Saba and your
11   answer was no, correct?
12        A.  Correct.
13        Q.  Have you applied to any other universities
14   since your dismissal?
15        A.  Yes.
16        Q.  And which ones?
17        A.  The University of South Florida.
18        Q.  Is that the only university to which you
19   applied?
20        A.  Yeah.
21        Q.  Were you accepted?
22        A.  Yeah.
23        Q.  Are you currently enrolled at USF?
24        A.  Yes.
```

1        Q.   What are you studying at USF?

2        A.   Right now I'm taking one class as a

3    nondegree-seeking student.

4        Q.   What is that class?

5        A.   Statistics.

6        Q.   When did you enroll in USF?

7        A.   Shortly after my dismissal from Saba.

8        Q.   And that dismissal occurred in 2022?

9        A.   Correct.

10        Q.   And so have you taken any other courses at

11    USF aside from statistics?

12        A.   Yes.

13        Q.   What have you taken?

14        A.   I was doing a post bachelor's in biology.

15    Do you want me to list the classes I took for that?

16        Q.   We can stop there.  What is a post

17    bachelor's degree?  I think I mischaracterized what

18    you said.  What is post bachelor's study?  Were you

19    pursuing an additional degree in addition to the one

20    you got from FIU?

21        A.   Correct.

22        Q.   And what is that degree?

23        A.   Biology.

24        Q.   And will that be a bachelor's of science?

1      A.   I'm not sure, because I get confused

2   between bachelor's of arts and bachelor's of

3   science.

4      Q.   I won't make you go that far.  But it's

5   another bachelor's degree and this time it is in

6   biology?

7      A.   Correct.

8      Q.   Approximately how many credits have you

9   earned towards that degree since you've been at USF?

10     A.   I'm speculating here, but I want to say

11  around 30.

12     Q.   And did you enroll, would that have been

13  the spring of 2023 or the fall of 2022?

14     A.   The spring of 2023.

15     Q.   Have you been a full-time student since

16  then?

17     A.   Up until this one class, yes.

18     Q.   And is this statistics class, is this the

19  final class you need in order to get the bachelor's

20  degree?

21     A.   No.

22     Q.   Why are you only taking one course this

23  semester?

24     A.   Because I need the one class for some

1  graduate programs that I'm interested in.

2      Q.  When do you expect to graduate with your

3  bachelor's in biology from USF?

4      A.  I already did.

5      Q.  Okay.  When did you graduate from USF?

6      A.  Spring 2024.

7      Q.  When you enrolled at USF, did any of your

8  credits from FIU transfer over to USF?

9      A.  Yes.

10     Q.  Did any of your credits that you earned at

11 Saba transfer into this biology program?

12     A.  No.

13     Q.  And why is that?

14     A.  I have it understood that you cannot

15 transfer credits from a Caribbean university to an

16 American school.

17     Q.  And is that applicable only to nonmedical

18 programs or you believe that no university in the

19 U.S. will accept transfer credits from a medical

20 school in the Caribbean?

21         MR. EGAN:  Objection to form.

22     A.  I'm sorry.  Can you repeat that?

23     Q.  Sure.  Let me ask it a different way.

24 Where did you learn that Caribbean medical schools'

```
 1  credits would not transfer to U.S. schools?
 2       A.  Google.
 3       Q.  Do you remember, was this an article or a
 4  website?
 5       A.  I don't remember.  I just remember seeing a
 6  few things that said that most schools don't accept
 7  credits from a Caribbean school.
 8       Q.  Did you ever ask someone at USF whether
 9  your credits would --
10       A.  No.
11       Q.  To your knowledge, is there any overlap in
12  the course work for your bachelor's in biology at
13  USF and what you studied at medical school at Saba?
14  In other words, are any of the courses the same or
15  are they completely different?
16       A.  Yes.  There are a few that are.
17       Q.  I'm smiling because that was a bad
18  question.  I asked an either/or question and you
19  said yes.  I think you were saying some of the
20  courses are the same; is that correct?
21       A.  Some of the courses are similar.
22       Q.  Are any the same name?  We talked about
23  earlier like Intro to Analytic Chemistry, is there a
24  similar overlap between medical school courses and
```

1    the biology courses?

2       A.  Yes.

3              MR. EGAN:  Objection to form.

4       A.  Yes.

5       Q.  And which courses are similar?

6       A.  Human anatomy, microbiology.  I'm sorry.  I

7    don't know about microbiology because I didn't learn

8    the same, necessarily, the same exact stuff.  These

9    courses weren't structured the same.  I'm sorry,

10   that's all I can remember at the moment or I can

11   come up with.

12      Q.  Do you remember the name of the article or

13   the website that you looked at that said that

14   Caribbean medical school credits wouldn't transfer

15   to the U.S.?

16      A.  No.

17      Q.  Have you looked to see whether your credits

18   at Saba would transfer to a U.S. medical school?

19      A.  No.

20      Q.  Have you looked to see whether your credits

21   earned at Saba would transfer to a Caribbean medical

22   school?

23      A.  No.

24      Q.  You mentioned that you were taking

1       A.   God willing, this year.

2       Q.   Do you have to pass statistics first, is

3  that what you're waiting on?

4       A.   I notice that -- sorry.  I may have looked

5  at other universities that offer the program and I

6  just don't remember them because they are not the

7  ones I'm interested in.  But from that and talking

8  to my advisor, from talking to my advisor I realized

9  that I'm missing statistics and some of those

10  schools actually require statistics as a prereq to

11  apply anesthesiologist assistant.

12       Q.   Sitting here today, Nova or South

13  University, those are the two you are primarily

14  interested in?

15       A.   Yes.

16       Q.   Have you -- since you were dismissed from

17  Saba, have you applied to any medical schools?

18       A.   No.

19       Q.   Do you have any intent of applying to

20  medical school --

21       A.   No.

22       Q.   -- again at this time?

23       A.   No.

24       Q.   So going back to Saba Medical School, why

1      Q.   Okay.   So going back to the previous
2    question.   Did you research any other medical
3    schools when you were in the process of applying to
4    Saba?
5      A.   Yes.
6      Q.   What schools did you look at?
7      A.   University of Central Florida, UCF, USF and
8    UF, if I remember correctly.
9      Q.   University of Central Florida, University
10   of South Florida and then the University of Florida?
11     A.   Correct.
12     Q.   Any other schools besides Saba, obviously?
13   Did you look into FIU?
14     A.   Yes.
15     Q.   What about Medical Universities of America?
16     A.   And Ross, yes.
17     Q.   Aside from Saba, MUA and Ross, did you
18   research any other Caribbean medical schools?
19     A.   No.
20     Q.   So American University of Antigua, did you
21   research them?
22     A.   No.
23     Q.   How about, St. George's University?
24     A.   I may have.   I may have.   I don't remember

```
 1   though.
 2        Q.   What makes you say you may have?
 3        A.   When you said the name, it sounded
 4   familiar.
 5        Q.   What about Trinity?
 6        A.   No.
 7        Q.   Did you look into Xavier School of
 8   Medicine?
 9        A.   The name sounds familiar, but I don't
10   believe so.
11        Q.   How about St. James School of Medicine?
12        A.   No.
13        Q.   When you were looking at Saba and MUA and
14   Ross, was there anything about those schools in the
15   Caribbean that made you willing to consider them?
16        A.   Yes.
17        Q.   And what was that reason?
18        A.   I'm not sure how this is properly called,
19   but they have ongoing admissions, they have
20   admissions three times a year.  So instead of having
21   to wait a full year for a university in the United
22   States, you can apply and get accepted fairly
23   quickly.
24        Q.   You were anxious to get started and begin
```

1    your education?

2        A.   I wasn't anxious to get started, but I was

3    ready to continue my education.

4        Q.   What did you do to research these different

5    medical schools?

6        A.   I went on their websites.  I looked at what

7    their websites had to say.

8        Q.   So you looked at their websites?

9        A.   Yes.

10       Q.   Did you look at any other third-party

11   sources of information?

12       A.   What is a third-party source exactly?

13       Q.   So good question.  It can be anything --

14   what I'm referring to is any information that's not

15   specifically on the university's website.  So that

16   could be something published by the Department of

17   Education or published by a third party about these

18   medical schools.

19       A.   Yes.

20       Q.   What did you look at?

21       A.   I did a little bit more research on Saba I

22   think it was a general research.  I'm sorry.  I

23   don't remember exactly.  Like I don't remember, but

24   I believe it was general research about Caribbean

1    schools.

2        Q.  And when you say general research, was

3    this, were you just Googling?

4        A.  Yes.

5        Q.  And do you recall anything about the

6    results of those Google searches of Caribbean

7    schools?

8        A.  Yes.

9        Q.  What did you learn?

10       A.  I learned that, that -- I might have

11   learned through this that you can't really transfer

12   credits with Caribbean medical schools.  I'm sorry,

13   I don't remember.

14       Q.  I didn't ask earlier.  You mentioned you

15   don't plan to apply to any other medical schools.

16   Why is that?

17       A.  Because I am going to be 28 this year.

18   Unfortunately as a woman I only have a certain

19   amount of reproductive years left.  My interests in

20   life have changed because of those factors.

21       Q.  And if you learned that when you were

22   searching Google about Caribbean schools that the

23   credits couldn't be transferred, obviously that

24   didn't stop you from going ahead and enrolling in

1    Q.  Do you recall seeing anything else on the
2    Saba University website when you were researching
3    medical schools?
4        A.  No.
5        Q.  Did you look at the courses that were
6    required at these different medical schools?
7        A.  What do you mean by required?  They
8    required you to take while attending?
9        Q.  Yes.
10       A.  No.
11       Q.  Why not?
12       A.  Because I figured they were all going to be
13   science based and I'll learn when I'm in school.
14       Q.  Did you research any of these schools'
15   prerequisites for sitting for the USMLE Step 1?
16       A.  No.
17       Q.  Why not?
18       A.  Because the only prerequisite I thought you
19   needed was to attend, be attending school.  You get
20   basic sciences and then you start taking your Step
21   1.
22       Q.  And what was that understanding based on?
23       A.  Just a general idea that that's how it
24   works.

1      Q.   Did you attend open houses for any of those

2   schools?

3      A.   No.

4      Q.   Did you attend any webinars for those

5   schools?

6      A.   No.

7      Q.   Did you apply to those schools?

8      A.   No.

9      Q.   What schools did you apply to?

10     A.   I only applied to Saba.

11     Q.   Why didn't you apply to those schools?

12     A.   The reason I didn't apply to the American

13  schools is because when I graduated from FIU it was

14  the spring of 2019.  Applying for American schools

15  would mean I was applying for the following year to

16  begin in 2020.  As I said earlier, I was ready to

17  continue my education.  So I decided to stick with a

18  Caribbean school.  Once I applied to Saba and got

19  accepted, it was easy just to say yes to that one.

20  I saved money by not having to pay for more

21  application fees.

22     Q.   What is your understanding of your

23  prospects of getting in these U.S. medical schools

24  with a 3.1 GPA and a 486 on your MCAT?

1  and MCAT score?

2       A.   No, not that I remember.

3       Q.   So sitting here today you don't know what

4  your odds of getting in were had you applied?

5       A.   No.

6       Q.   Other than Saba, did any other medical

7  school offer you admission?

8       A.   No.

9       Q.   We have gotten into this a little bit but

10  just so I understand, why did you ultimately decide

11  to enroll at Saba?

12      A.   Saba has ongoing admissions, that was one,

13  throughout the year.  The facilities, on the website

14  it seemed like they were good.  And their education.

15  One of the biggest things for me was the USMLE pass

16  rates that they were advertising.

17      Q.   Why was the pass rates so important to you?

18      A.   It indicated an idea about their education.

19  So I thought that if they have such good pass rates

20  that means their education is really good.

21      Q.   What did you do to research the pass rates

22  of the other schools that you looked into?

23      A.   I didn't.

24      Q.   And so you said earlier that you went to

1   well-known, big universities in Florida.  So in my

2   head I figured they had a good education already,

3   but I never thought about looking at the pass rates

4   because Saba advertised those.

5        Q.  Do you know if those universities actually

6   advertise the pass rate for Step 1?

7        A.  I don't.

8        Q.  You don't know whether they do or not?

9        A.  Correct.

10       Q.  As part of your research into medical

11  schools did you research the attrition rates of any

12  of these schools, including Saba?

13       A.  No.

14       Q.  And why not?

15       A.  Because I didn't know I needed to do that.

16       Q.  To your knowledge, did any of the other

17  schools that you mentioned publish their attrition

18  rates?

19       A.  I don't know.

20       Q.  As part of your research, did you look at

21  any blogs online or in print that discussed the

22  attrition rates of Caribbean medical schools?

23       A.  Not that I can recall.

24       Q.  So is it your testimony that you didn't

1    research any schools' attrition rate before

2    enrolling at Saba?

3        A.  Yes, correct.

4            (Marked, Exhibit 4, Foreign Graduate

5    Medical School Consumer Information Reporting Form.)

6        Q.  I'm showing you what's been marked as

7    Exhibit 4.  This is a compilation of documents that

8    my client has produced in discovery.  I want to turn

9    your attention in particular to the page Bates

10   labeled R3S 4295, a little more than halfway through

11   the packet.  Take a second to look at this and let

12   me know when you've had a chance.

13       A.  (Witness complies.)  Okay.

14       Q.  In your research of medical schools, do you

15   recall coming across a document or webpage like this

16   for Saba University?

17       A.  No.

18       Q.  Do you remember coming across a webpage

19   like this for any of the universities you

20   researched?

21       A.  No.

22       Q.  If you look at the second table on this

23   document, the title of it is On Time Completion

24   Rates of U.S. Students in Calendar Year 2019.  Do

1    applying?

2        A.   Is this consistent with my understanding of

3    the attrition rate when I applied?  I had no

4    understanding of what I thought the attrition rate

5    when I applied.

6        Q.   What is your understanding sitting here

7    today of the attrition rate at the time you applied?

8        A.   That it was low.

9        Q.   When you say low, what does that mean?

10       A.   I'm not sure if you're asking me, like what

11   my understanding today, what do I think of that

12   attrition rate like what was going on during that

13   time?

14       Q.   Right.

15       A.   Or the outcome of what happened during that

16   time?

17       Q.   Sitting here today -- and I understand that

18   you were in medical school, I believe, from 2019

19   to 2022; is that correct?

20       A.   Correct.

21       Q.   So let's start with 2019 at the time you

22   applied.  Sitting here today, do you know what

23   Saba's attrition rate was in 2019?

24       A.   No.

1      Q.   Sitting here today, do you know what Saba's
2   attrition rate was in 2020?
3      A.   No.
4      Q.   Sitting here today, do you know what Saba's
5   attrition rate was in 2021?
6      A.   No.
7      Q.   How about 2022?
8      A.   No.
9      Q.   I believe you said the attrition rate was
10   low.  Do you have an estimate of what that rate
11   would be since you said it was low?
12      A.   No.
13      Q.   What is your testimony that it is low based
14   upon?
15      A.   Based on how I started with my original
16   cohort and not every -- only a few people from our
17   original cohort made it through the program.
18      Q.   So you estimated 90 to a hundred students
19   in your cohort.  When you say made it, do you
20   mean -- what do you mean?
21      A.   I mean completed the program.
22      Q.   And when you say completed the program, do
23   you mean basic sciences, all the way through
24   clinical sciences, residency?

1    Q.   What do you remember about the content of

2   this open house?

3    A.   The facilities, the education, and the

4   USMLE pass rates.

5    Q.   That's what you remember about what was

6   discussed?

7    A.   Yes.

8    Q.   And how did that, what format did that

9   discussion take?  Was it PowerPoint, wast it like a

10  Q&A?

11   A.   It was a PowerPoint.

12   Q.   Who presented the PowerPoint?

13   A.   I don't know.

14   Q.   Was there an opportunity to ask questions

15  during that open house?

16   A.   Yes.

17   Q.   Did you ask any questions about Saba during

18  the open house?

19   A.   I don't remember.

20   Q.   Do you remember if any of the other

21  students asked questions?

22   A.   I don't remember.

23   Q.   Do you recall whether that presentation

24  covered the USMLE Step 1?

```
 1        Q.   So the purpose of this interview was to
 2   assess whether you were going to be a good fit,
 3   whether you were qualified for Saba University.
 4        A.   It was for administrations, yes.
 5        Q.   Did you have an opportunity to ask
 6   questions about Saba during that interview?
 7        A.   Yes.
 8        Q.   Were there any discussions about the Step 1
 9   examination?
10        A.   I don't remember.
11        Q.   Were there any discussions about preparing
12   for the Step 1 examination?
13        A.   No.
14        Q.   Did you ask any questions about preparing
15   for the Step 1 examination?
16        A.   No.
17        Q.   Did Saba mention its attrition rate during
18   that call?
19        A.   No.
20        Q.   Did you ask Saba about the attrition rate
21   on that call?
22        A.   No.
23        Q.   Is that your entire recollection of the
24   conversation?
```

1      A.   Yes.

2      Q.   Do you have any records or notes of the

3   interview?

4      A.   No.

5      Q.   Did you speak with any alumni before

6   deciding to apply to Saba, alumni of Saba obviously?

7      A.   Yes.

8      Q.   Who?

9      A.   Well, when I visited the island, one of the

10  taxis I got into, there were some students that were

11  enrolled there.  I don't know them.

12     Q.   What did you discuss with the students in

13  the taxi?

14     A.   They I believe were just finishing some

15  exams and they were celebrating.  So we spoke about

16  -- well, I don't remember if they were speaking to

17  me exactly or if I just overheard them in the car.

18  But they were talking about how excited they were

19  about passing those exams and whatnot and how they

20  were going to celebrate that weekend.

21     Q.   Before applying to Saba, did you speak to

22  any other current or former Saba students?

23     A.   No.

24     Q.   Did you know any former or current Saba

```
1        Q.   Do you recall whether those videos
2   discussed Step 1 preparation?
3        A.   No.
4        Q.   And I'm not sure if I asked earlier, but
5   did you attend any webinars with Saba?
6        A.   No.
7        Q.   So for all this contact that we just
8   discussed, the open house, the interviews, the
9   videos, it sounds like you never asked anyone at
10  Saba about its preparation for Step 1; is that
11  correct?
12       A.   Correct.
13       Q.   And you never asked anyone at Saba about
14  the attrition rate, correct?
15       A.   Correct.
16       Q.   If those things were important to you, why
17  didn't you ask about those things?
18            MR. EGAN:   Objection to form.
19       A.   Because I'm paying for a program to teach
20  me to be prepared for these things.  And that's what
21  I thought school was about.  So I didn't see why I
22  needed, I didn't know I needed to ask about
23  attrition rates because my school was misleading me
24  in some way or another and that's information I
```

1    behalf of a class of students similarly situated,

2    correct?

3         A.   Correct.

4         Q.   Sitting here today, do you know whether any

5    of your class members received this email?

6         A.   I do not know.

7         Q.   I want to turn the page to Exhibit 2.   This

8    is a March 31, 2019 email.   Do you recognize it?

9         A.   Yes.

10        Q.   There are a number of features or aspects

11   of Saba that are listed in this email, including a

12   few that are set out in a bulleted list.   Do you see

13   that?

14        A.   Yes.

15        Q.   How important were each of these factors to

16   you when you were deciding to apply to Saba

17   University?

18        A.   Important.

19        Q.   So they publish a 100 percent USMLE Step 1

20   first-time pass rate.   Was that important to you?

21        A.   Having a high USMLE Step 1 first-time pass

22   rate, that specifically was not important to me.

23   But because they advertised it, to me it spoke on

24   their education, and that was important to me.

1    Q.  Why wasn't it necessarily important to you?

2   Did you feel like whether the pass rate was a

3   hundred percent or 90 percent, did you feel like you

4   had what it took to pass the Step 1?

5    A.  Yes.  And it said first-time pass rate.  So

6   it doesn't necessarily, like what they advertise

7   that it was the first time, to me that spoke on

8   their education.  I just confused myself a little

9   bit.  Can we repeat the question?

10           MR. EVANS:  Can you read that back.

11           (Question read by the reporter.)

12           REPORTER:  "Why was it not necessarily

13   important to you?  Did you feel like, like the pass

14   rate was a hundred percent or 90 percent, did you

15   feel that you had what it took to pass the Step 1?"

16           MR. EGAN:  Objection to form.

17    A.  Yes, I thought I had what it took to pass

18   the Step 1, but that wasn't important to me, because

19   to me what was important is the education you are

20   getting in order to take this exam.  Because that

21   education is what you use to actually take the exam.

22   So that's what was important.

23    Q.  So if I'm understanding you correctly, this

24   pass rate was important to you because it showed

 1      Q.   This list also listed a distinguished
 2   faculty.  Was that important to you as well?
 3      A.   Yes.
 4      Q.   And it lists below that a modern curriculum
 5   and a technologically advanced campus, anatomy
 6   classes taught with real cadavers, and state-of-the-
 7   art test centers.  Was that important to you as
 8   well?
 9      A.   Yes.  And to go back on your previous
10   question, a distinguished faculty wasn't necessarily
11   the most important, it was the exceptional
12   qualifications and a personal commitment to your
13   education.
14      Q.   So looking at these various aspects of Saba
15   University, which of these were more important to
16   you, if you had to rank them or sort of weigh them?
17   Were there any that stood out over the others?
18      A.   No.  They all seemed like great things.
19      Q.   Any of these factors here, are any of them
20   sort of deal breakers; if one of them wasn't present
21   you weren't going to go to Saba no matter what?
22      A.   No.
23      Q.   What would you say the most important
24   factor about Saba was in your decision to attend the

1    school?  Was it starting early?

2        A.  Starting early.

3        Q.  I want to flip the page to Exhibit 3.  Do

4    you recognize this document?

5        A.  No.

6        Q.  It is attached to your complaint.  Was it

7    an advertisement or part of an email?

8        A.  I'm going to assume an email because I

9    don't have physical advertisements.

10       Q.  You didn't keep a copy of any of the

11   advertisements that you viewed before applying to

12   Saba?

13            MR. EGAN:  Objection to form.

14       A.  Like physical documents?

15       Q.  Or like stored on your computer?

16       A.  No.  Whatever is on my email is what I

17   have.

18       Q.  Okay.  So this email refers to a June 6th

19   open house at the Miami Marriott, Biscayne Bay.  Is

20   that the one you went to?

21       A.  I believe so, yes.

22       Q.  Let's flip the page to the next exhibit,

23   Exhibit 4.  Do you recognize this document?

24       A.  Yes.

1     Q.   So as of this July 1 email you had made the

2   decision that you were going to attend Saba?

3     A.   Correct.

4     Q.   Looking at the letter of intent to enroll,

5   which is the second page of the exhibit, there's a

6   tuition deposit referenced.   Do you see that?

7     A.   Yes.

8     Q.   Did you pay that tuition deposit?

9     A.   Yes.

10    Q.   And did you pay that with your own funds or

11   funds from some other source?

12    A.   My mom.

13    Q.   Your mom paid it?

14    A.   Yes.

15    Q.   Did you pay her back?

16    A.   No.

17          (Marked, Exhibit 12, Email, registration

18   for webinar, 07-26-19.)

19    Q.   I'm showing you what we marked as Exhibit

20   12.   It is an email dated July 26, 2019.   Do you

21   recognize it?

22    A.   Yes.

23    Q.   And it thanks you for registering for a

24   webinar, correct?

1   looking at those pass rates when you received those

2   emails?

3       A.   Yes.

4       Q.   And at the time that you received those

5   emails, what did you understand a Step 1 pass rate

6   to mean?

7       A.   That what are represented are put in front

8   of that, that's the amount of students that are

9   passing on their first time taking this.

10      Q.   So it's the people that took the exam on

11  their first time and passed it.

12      A.   Mm-hmm, correct.

13      Q.   Did you understand that Step 1 was an exam

14  that you took after completing the basic science

15  portion of the degree?

16      A.   Yes.

17      Q.   Not everyone completes the basic science

18  program, right?

19      A.   Correct.

20      Q.   And that's true at every university,

21  correct?

22      A.   Correct.

23      Q.   And if someone doesn't complete the basic

24  science program, then necessarily they wouldn't

1  reach the Step 1.

2      A.  Correct.

3      Q.  And so those folks wouldn't be part of the

4  pass rate because they never got there.

5      A.  Correct.

6      Q.  Let me set the question up.  You've seen

7  the emails that refer to a pass rate.  Other than

8  what Saba was telling you about the pass rate, do

9  you have any independent knowledge of what Saba's

10 Step 1 pass rate was in 2018?

11     A.  No.

12     Q.  You didn't attempt to double-check that

13 from another source?

14     A.  No.

15     Q.  Do you believe that the pass rates that

16 were advertised, which range between 99 and a

17 hundred percent, do you think those pass rates are

18 false?

19          MR. EGAN:  Objection to form.

20     A.  You ask me if I think they are false?  I

21 think they are misleading.

22     Q.  And what's your basis for that?

23     A.  Nowhere in the pass rates do they mention

24 these students who were going in the amount of

```
 1   if you need to refer back to them -- but did Saba
 2   ever make any statements to you about its attrition
 3   rate before you enrolled?
 4        A.   Not that I'm aware of.
 5        Q.   Before you enrolled at Saba, did you ever
 6   ask anyone at Saba what its attrition rate was?
 7        A.   No.
 8                  (Marked, Exhibit 14, Saba University
 9   School of Medicine 2018 to 2020 catalog.)
10        Q.   I'm showing you what we marked as Exhibit
11   14.  Do you recognize this document?
12        A.   Yes.
13        Q.   This is the Saba University School of
14   Medicine 2018 to 2020 catalog, correct?
15        A.   Yes.
16        Q.   Have you reviewed this document prior to
17   today?
18        A.   Like at any point in life?
19        Q.   Yes.
20        A.   Yes.
21        Q.   When did you first receive this document?
22        A.   I don't remember.
23        Q.   Was it before or after you started at Saba?
24        A.   I don't remember.
```

1    was allowed.  I was given warnings when I was

2    approaching that amount.

3        Q.  Do you recall which classes you received

4    warnings for?

5        A.  No.

6        Q.  So I'm a little confused.  I thought your

7    testimony was that you frequently missed the allowed

8    amount of times.  Is that correct?

9              MR. EGAN:  Objection to form.

10       Q.  Because it sounds like you just said you

11   never missed the allowed amount but you came close.

12       A.  I missed, but I didn't exceed, I didn't

13   pass the amount that was allowed.  But I did miss

14   the allowed amount of times more than once

15   throughout my Saba time.

16       Q.  And do you remember any example of a class

17   in which you missed more than the allowed amount of

18   times?

19       A.  You were not allowed to miss more than the

20   allowed amount of times; if not, I think you were

21   dismissed or you had to repeat a semester.  I don't

22   know what the consequences were.

23       Q.  Okay.  So I think I understand.  So you

24   missed some classes but never more than you were

1    allowed to miss?

2         A.   Correct.

3         Q.   Okay.  And you missed those classes for

4    personal reasons as well as to rest and study?

5         A.   Correct.

6         Q.   And do you remember approximately how many

7    classes you would miss on an average semester?

8         A.   No.

9         Q.   Which professors warned you that you were

10   approaching your maximum absences?

11        A.   I don't remember.

12             (Marked, Exhibit 18, Letter to Ortiz,

13   08-12-21.)

14        Q.   I'm showing you what we marked as Exhibit

15   1.  Do you recognize this letter?

16        A.   Yes.

17        Q.   What is this letter?

18        A.   This is an email letting me know that I did

19   not pass the NBME comprehensive exam.

20        Q.   And the NBME comprehensive exam, that's the

21   course that's at the end of Foundations of Clinical

22   Medicine; is that correct.

23        A.   Correct.

24        Q.   This letter gives you a choice of attending

1    spring semester, MED918 or utilizing a review course
2    and retaking the comp exam.  Did you utilize one of
3    these options?
4        A.  Yes.  Yes, I did.
5        Q.  Which one?
6        A.  I utilized a review course of my choice.  I
7    guess the word course is specifying a class and I
8    didn't take a specific class.  I just created a
9    study schedule for myself.
10       Q.  So you didn't take an actual review course.
11   You did a I guess we would call it like a
12   self-directed study?
13       A.  Correct.
14       Q.  Why did you choose to do that instead of
15   taking, retaking MED918 or take an actual review
16   course?
17       A.  Well, MED918 wasn't helpful the first time
18   around.  It actually made things a little bit more
19   confusing.  So I figured why do that to myself.
20       Q.  Do you recall after this first exam or this
21   first failure, what specifically did you study on
22   your own?
23       A.  Like what subjects did I study on my own?
24   All of them.  I studied anatomy again, microbiology,

 1      Q.   Ms. Ortiz, do you recognize this letter?

 2      A.   Yes.

 3      Q.   What is it?

 4      A.   This is an email of notifying me that I

 5  failed the NBME comprehensive a second time.

 6      Q.   And it is dated December 10, 2021; is that

 7  correct?

 8      A.   Yes.

 9      Q.   So does that refresh your recollection of

10  when you took the second instance?

11      A.   Yes, it does.

12      Q.   Did you take the second -- did you make

13  your second attempt at the comp exam in December of

14  2021 or was it even earlier than that?

15      A.   December of 2021.

16      Q.   Do you get your results immediately when

17  you take those tests or is there a lag?

18      A.   If I remember correctly, there's about a

19  few days of a lag.

20      Q.   This letter says that because you failed

21  the second attempt you therefore failed Foundations

22  of Clinical Medicine, correct?

23      A.   Correct.

24      Q.   And so this letter says that you were

```
 1   required to take, retake it, right?

 2       A.  Correct.

 3       Q.  And did you retake Foundations of Clinical

 4   Medicine?

 5       A.  Yes.

 6              (Marked, Exhibit 20, Ortiz ████ text

 7   messages.)

 8       Q.  Who is ████ ████?

 9       A.  That is a friend from Saba.

10       Q.  How did you meet ████?

11       A.  I met him through an advising meeting.  So

12   it was, Saba requires you to attend within the first

13   few weeks, they assign you to one of the professors

14   to be your advisor.  And then you are required to

15   attend a meeting with -- I don't know if it is the

16   correct time, the advisoree, the people that advise,

17   so like a group meeting.  And I met ████ through

18   that.

19       Q.  Was he in your same class year or was he

20   one of your advisors?

21       A.  He was a year ahead of me, a semester ahead

22   of me.

23       Q.  So was he considered your advisor or were

24   you guys just part of the same advisory group?
```

 1      A.   The same advisory group.

 2      Q.   I want to look at the text message that's

 3 dated December 9, 2021 at 10:15 a.m.

 4                Do you see that?

 5      A.   Yes.

 6      Q.   You say:  "So I didn't pass.  I knew I

 7 wasn't going to because honestly I didn't study like

 8 I should have and I contemplate leaving the program.

 9 I'm not upset, but I'm still kind of bleh.  Do you

10 have any advice or words of wisdom?"

11                Did I read that correctly?

12      A.   Yes.

13      Q.   So you felt when you got your results that

14 you didn't study as hard as you could have?

15      A.   I think like any student who fails

16 something, yeah.

17      Q.   I'll set that aside for now.

18                (Marked, Exhibit 21, Letter to Ortiz,

19 04-15-22.)

20      Q.   Showing you what's been marked as Exhibit

21 21.  Do you recognize this letter?

22      A.   Yes.

23      Q.   What is this letter?

24      A.   This is an email letting me know that I did

1  not pass the NBME comprehensive exam in April.

2      Q.  And this is your third failure of the

3  course?

4      A.  Correct.

5      Q.  Again you were given an option of retaking

6  Foundations of Clinical Medicine or a review course

7  of your choice.  Which option did you utilize on

8  this occasion?

9      A.  I used the review course on my own.

10     Q.  And what was that course?

11     A.  The same materials I used before.

12     Q.  So after failing your second attempt based

13 on, after using the review materials of your own

14 choosing and after feeling like you didn't study

15 hard enough you undertook the same type of

16 preparation as before?

17         MR. EGAN:  Objection to form.

18     A.  I used the same materials to study.  But

19 this time I took a different approach when it came

20 to my study techniques.

21     Q.  And what was that approach?

22     A.  I went out of the house.  I went to the

23 library.  I dedicated more time this time.  I tried

24 to time myself in these moments.

1    Q.  So how much time did you dedicate on your

2  third attempt?  I guess this is would have been your

3  fourth attempt because it was after your third

4  failure.

5    A.  Substantially a lot more.

6    Q.  Are you able to quantify that in any way?

7  How much did you study for the third exam?

8    A.  I can't quantify that.  I wouldn't know how

9  to.

10    Q.  Was it four hours a day, five hours a day?

11    A.  For the first time, I don't remember.  But

12  this was for my fourth time, I was dedicating at

13  least eight hours a day, Monday through Saturday,

14  giving myself Sunday to relax.

15    Q.  After you got this notice on April 15, 2022

16  for the next attempt you were studying eight hours a

17  day?

18    A.  Approximately, yes.

19    Q.  Same materials we discussed before?

20    A.  Correct.

21    Q.  Any other study methods you were utilizing?

22    A.  Not that I can recall.

23        (Marked, Exhibit 22, Letter re Dismissal

24  of Ortiz, 08-11-22.)

1      Q.   Ms. Ortiz, I'm showing I what's been marked

2   as Exhibit 22.  Do you recognize this document?

3      A.   Yes.

4      Q.   What is it?

5      A.   This is the email letting me know that I

6   did not pass Foundations of Clinical Medicine and

7   that I was dismissed from the basic science program.

8      Q.   This letter gives you an option to file an

9   appeal for your dismissal, right?

10     A.   Yes.

11     Q.   Did you utilize that option?

12     A.   No.

13     Q.   Why not?

14     A.   I felt discouraged at this point.  And -- I

15  felt discouraged at this point and I was exhausted.

16     Q.   Did you feel like in dismissing you Saba

17  didn't follow its guidelines or curriculum?

18     A.   No.

19              (Marked, Exhibit 23, Email, no intent to

20  appeal, 08-16-22.)

21              MR. EGAN:  Belated objection to form on

22  the last one.

23              MR. EVANS:  Can you read the question

24  back.

```
 1                  (Question read by the reporter.)
 2                  MR. EVANS:   What was the form objection?
 3                  MR. EGAN:   Two things you are asking
 4      about, "or curriculum."  So two things you were
 5      asking about, as well as I don't think we have the
 6      foundation as to the guidelines or curriculum her
 7      full knowledge of it.
 8          Q.   Ms. Ortiz, when you were dismissed did you
 9      believe that Saba failed to follow its own
10      guidelines?
11          A.   I never thought about that.
12          Q.   When you were dismissed, did you believe
13      that Saba did not follow its own curriculum?
14          A.   No.
15          Q.   Showing you what we marked as Exhibit 23,
16      do you recognize this email?
17          A.   Yes.
18          Q.   What is it?
19          A.   This is an email from Laura letting me know
20      that the deadline for appeal is that day before 5:00
21      p.m., and me responding letting her know to proceed
22      with the dismissal.
23          Q.   So after having a few days to think about
24      it, you still decided not to appeal the dismissal?
```

1      A.  Correct.

2      Q.  Who is Laura Boatswain?

3      A.  I don't know.  It says here administrative

4  assistant.

5      Q.  In your email you say:  "Thank you so much

6  for everything these past few years, Laura."

7           What were you thanking her for in

8  particular?

9      A.  She's the one that is pretty much

10  responsible for emails.

11           (Marked, Exhibit 24, U.S. Department of

12  Education Borrower Defense to Repayment

13  Application.)

14      Q.  Showing you what we marked as Exhibit 24.

15  Do you recognize this document?

16      A.  Yes.

17      Q.  And what is it?

18      A.  This is the U.S. Department of Education

19  Borrower Defense to Repayment Application.

20      Q.  On the second page, which is P 2145,

21  towards the bottom of the page, there's a field for

22  current enrollment status at school listed above.

23  You listed withdrawn, correct?  The very bottom.

24      A.  Second page?

```
 1   number, you just put a number that you knew that you
 2   had at least incurred?
 3       A.   Correct.
 4       Q.   When you filed this, I'll call it the
 5   borrower defense claim, had you engaged counsel at
 6   that time?
 7       A.   Are you asking if I had been speaking to
 8   counsel during that time or if I asked them in
 9   regards to this?
10       Q.   The former.  Were you speaking to counsel
11   at the time that you filed the borrower defense
12   claim?
13       A.   Yes.
14       Q.   And was that your counsel that are here
15   today?
16       A.   No.
17       Q.   Who was it?
18       A.   Alex from Student National Defense.
19       Q.   That's Alex Elson?
20       A.   Yes.
21       Q.   Did Mr. Elson assist you in preparing that
22   document?
23       A.   No.
24       Q.   Other than Mr. Elson, did you discuss this
```

1    application with any other attorneys?

2         A.   No.

3              (Marked, Exhibit 25, Letter, Borrower

4    defense application denied.)

5         Q.   I'm showing you what we marked as Exhibit

6    25.  Do you recognize this document?

7         A.   Yes.

8         Q.   What is it?

9         A.   This is from the -- I don't know who sent

10   the email.  This is an email specifying that the

11   borrower defense application was denied.

12        Q.   I want to turn your attention to Page 4,

13   please, Page 4 of 7 Bates number P 793, in

14   particular, the fourth paragraph.  Take a look at

15   that and let me know when you've had a chance to

16   read it.

17        A.   (Witness complies.)  Okay.

18        Q.   The DOE states that the date that you

19   discovered the information you claim was inaccurate

20   was August 2, 2021.  Do you see that?

21        A.   Yes.

22        Q.   And the explanation that they quoted you as

23   providing was:  "After taking my exit/comp exam I

24   found out that many students don't pass the exam,

```
 1    anxiety and performance at Saba?
 2                 MR. EGAN:  Objection.
 3         A.  No.
 4         Q.  I'm going to go back to the complaint.
 5         A.  5.
 6                 (Discussion off the record.)
 7         Q.  Coming back to your complaint, it was filed
 8    on August 30, 2013.  You see the timestamp on the
 9    top?
10         A.  Yes.
11         Q.  You were dismissed in August of 2022,
12    correct?
13         A.  Correct.
14         Q.  Why didn't you file it any earlier than a
15    year later?
16         A.  I have it understood that for a complaint
17    you need to acquire documents.  My lawyers have been
18    handling that side of things.
19         Q.  Did anything prevent you from filing it
20    earlier?
21         A.  No.
22         Q.  I would like to go to Paragraph 4, please.
23         A.  Paragraph 4 or Page 4?
24         Q.  Paragraph 4.
```

1    Q.   Paragraph 7 says that:  "Saba conceals the

2   fact that their USMLE calculation excludes many

3   students who do not take the exam."

4            Do you see that?

5    A.   Yes.

6    Q.   How did they conceal that fact?

7    A.   They don't have it at -- they don't make it

8   open.  They don't have their attrition rates as

9   something that's posted right next to their

10  advertisement.

11   Q.   You're not aware of whether any other

12  medical schools publish attrition?

13   A.   Correct.

14   Q.   You never asked Saba what their attrition

15  rate was.

16   A.   Correct.

17   Q.   Do you know how Saba calculates its Step 1

18  pass rates?

19   A.   No.

20   Q.   Do you know where Saba obtains the data

21  that it uses to calculate its Step 1 pass rates?

22   A.   No.

23   Q.   I want to go to Paragraph 10.  It says:

24  "Plaintiff brings this case on behalf of herself and

```
 1  deceptive?
 2              MR. EGAN:  Objection to form.
 3      A.  No.
 4      Q.  What do you contend your damages are in
 5  this case?
 6              MR. EGAN:  Objection to form.
 7      A.  I don't know the exact number.  I believe
 8  it is over 140,000.
 9      Q.  What is that number comprised of or how did
10  you calculate that number?
11      A.  That number was found on the Ed Financial
12  Services website, and through receipts of my mom.
13      Q.  And Ed Financial is your loan servicer?
14      A.  Correct.
15      Q.  What was the original balance of your
16  student loans?
17      A.  What do you mean, like at the end of the
18  Saba period?
19      Q.  Yes.
20      A.  I don't remember the exact number but I
21  believe it was over 130,000.
22      Q.  Do you know what it is sitting here today?
23      A.  I don't know it.
24      Q.  How much of your student loans have you
```

1  paid as of paid?

2       A.  None.

3       Q.  Are there loans in forbearance?

4       A.  I actually don't know what they are.  I

5  think I have to start paying them this September.

6  But I believe that it's because I'm in school again

7  that it has been delayed.

8       Q.  Your interrogatory answers say that your

9  mother paid approximately $57,970; is that correct?

10      A.  If in my interrogatory answers, then yes.

11      Q.  Do you have any obligation to pay her back?

12      A.  What do you mean obligation?

13      Q.  Did you agree with her that you would pay

14  back that money or did she pay that tuition and

15  those fees as a gift to you essentially?

16      A.  No, that's not a gift.  It is an

17  investment.  I always planned on repaying my mom

18  back whether through care, through money, whatever

19  it is.

20      Q.  Did you have any definite understanding

21  with your mother as to how you would pay her back?

22      A.  No.

23      Q.  So it might be in money.  It might be via

24  taking care of her later on down the road, in some

1    other fashion?

2            MR. EGAN:  Objection to form.

3        A.  Yes.  I love my mom.

4        Q.  And Ed Financial is your servicer as of

5    today?

6        A.  Yes.

7        Q.  I want to go back to Paragraph 9 of the

8    complaint, please.  The first sentence says:  "These

9    representations communicate to students that taking

10   out substantial debt to attend Saba will be worth

11   the risk because at Saba they are near certain to

12   succeed."

13           Where did Saba say that students are

14   near certain to succeed?

15       A.  I believe one of their advertisements says

16   -- I don't know if Saba says that, the near certain

17   to succeed part.  I don't know how to answer that

18   question.  I don't know where it says that, "near

19   certain to succeed."  But my lawyers helped put this

20   together.  And I agree that the representations

21   communicate that taking a substantial debt will be

22   worth the risk.  I can't specify where it says "near

23   certain to succeed" specifically.

24       Q.  So in your answer to Interrogatory Number 1

1    you state that your current balance on your student

2    loans is $147,827.94, correct?

3            MR. EGAN:   Exhibit 3, Page 5.

4        A.  Can you repeat the question, please?

5        Q.  I was just confirming the balance of the

6    tuition that you have listed in answer to

7    Interrogatory Number 1.

8        A.  Yes.

9        Q.  And by filing this lawsuit you are seeking

10   a refund of that tuition?

11       A.  Yes.

12       Q.  Why are you entitled to a refund of your

13   tuition?

14       A.  Because I was misled by the university.

15       Q.  You received the classes you paid for,

16   right?

17            MR. EGAN:   Objection.

18       A.  Correct.

19       Q.  And you received course credits for the

20   classes you passed, correct?

21       A.  Correct.

22       Q.  And in a few of the courses, I know we

23   looked at your transcript earlier, you earned As,

24   Bs, a few Cs, which demonstrates you actually

1    learned the materials or at least enough to pass the

2    courses, right?

3        A.   Correct.

4        Q.   And you don't know whether or not you would

5    be able to transfer those credits to another medical

6    school if you decided you wanted to continue

7    pursuing a medical education, correct?

8              MR. EGAN:   Objection to form.

9        A.   Correct.

10       Q.   If you were allowed to transfer those

11   course credits, that would allow you to save tuition

12   at another school, right?

13             MR. EGAN:   Objection to form.

14       Q.   You can answer.

15       A.   I don't know if it would allow save.  You

16   said that it would allow save.  Can you repeat that?

17       Q.   It would allow you to save the tuition at

18   that other school if you were able to transfer

19   credits for those courses.

20             MR. EGAN:   Objection to form.

21       A.   What was the specific question?

22       Q.   The question was, if you were able to

23   transfer your credits that you earned at Saba to

24   another medical school, that would save you money at

1    that medical school, correct?

2         A.   Correct.

3              MR. EGAN:   Objection to form.

4         Q.   If you had actually passed Foundations of

5    Clinical Medicine and passed Step 1, you obviously

6    wouldn't say your basic sciences course work was

7    worthless, right?

8         A.   Correct.

9         Q.   I want to turn to Paragraph 58 of the

10   complaint, Exhibit 5.   It starts at Page 14.

11   There's a series of screen shots starting on the

12   next page, Page 15.   Actually, this first one is a

13   little confusing because the footnote is different

14   on different pages of the screen shot.   If you go to

15   Page 15, Paragraph 58 A has a quote.   It says:

16   "Virtually every student passes the USMLE Step 1 on

17   their first attempt."   Then there's a footnote 32.

18   You see footnote 32 down at the bottom?

19        A.   Yes.

20        Q.   Then the actual screen shot is at the top

21   of the next page.   You see that screen shot, the one

22   in gray?

23        A.   Yes.

24        Q.   So according to the footnote 32, that

1    schools never sat for Step 1; is that correct?

2              MR. EGAN:  Objection to form.

3         A.  Correct.

4         Q.  And you never applied to any U.S. medical

5    schools, right?

6         A.  Correct.

7         Q.  But even if U.S. medical schools are having

8    folks that don't sit for the Step 1, wouldn't you

9    agree that attrition is an unavoidable consequence

10   for all medical schools in some amount?

11             MR. EGAN:  Objection to form.

12        A.  Can you restate or ask it a different way?

13   I don't understand it.

14        Q.  Sure.  Would you agree with the notion that

15   attrition happens in all medical schools?

16        A.  Yes.

17        Q.  So were all medical school students that

18   don't sit to for the Step 1 exam entitled to a

19   refund of their tuition?

20             MR. EGAN:  Objection to form.

21        A.  No.

22        Q.  Why not?

23        A.  Because not every student -- because these

24   universities do not advertise a certain thing, a

1              MR. EGAN:  Objection to form.

2       A.  I think now we are starting to get to

3  numbers that I think should be disclosed.

4       Q.  And why is that?

5       A.  Because now you have about 20 percent of

6  students who are not passing, let's say a hundred

7  students.  I'm not a professional, this is what I

8  believe.  I'm going through a feeling.

9       Q.  I want to go to Paragraph 84 -- actually,

10  let's go to Paragraph 85.  In Paragraph 85 at the

11  very end you say after paying for all this schooling

12  you have nothing to show for it.  Do you see that?

13      A.  Yes.

14      Q.  We looked at your transcript earlier.  You

15  got As and Bs in several courses.  Safe to say you

16  got something out of those courses, correct?

17              MR. EGAN:  Objection.

18      A.  Did I obtain knowledge during the times of

19  those courses?  Yes.

20      Q.  Did you learn anything in those classes

21  beyond the actual science involved; for example,

22  note-taking skills, discipline, team work, et

23  cetera?

24              MR. EGAN:  Objection to form.

1     A.   No.

2     Q.   Do these classes have any value to you?

3          MR. EGAN:   Objection.

4     A.   It's hard to answer that because it is very

5     broad.

6     Q.   Let's talk about the classes you got As and

7     Bs in, which I have listed as clinical skills 1

8     through 4, ethics, systems and disease 4.  You got

9     As and Bs in those courses.  Obviously those had

10    some educational value; is that correct?

11         MR. EGAN:   Objection to form.

12    A.   Again, that I obtained knowledge around the

13    time of these courses -- because of the knowledge I

14    obtained at the time of these courses, yes, there

15    was an educational value.

16    Q.   I want to talk about your undergraduate

17    degree in chemistry.  Did that degree provide any

18    value to you?

19    A.   Yes.

20    Q.   Can you quantify that value?

21         MR. EGAN:   Objection to form.

22    A.   No.

23    Q.   It is sort of an intangible value of

24    learning things and going through the program?

```
 1     A.  David ███████ and ███████.

 2     Q.  I'm sorry.  Who was the last person?

 3     A.  ███████.

 4     Q.  And what's ███████ last name?

 5     A.  I actually don't know her last name.

 6                THE REPORTER:  Is it ███████ or

 7   ███████?

 8                THE WITNESS:  █████████████████████.

 9     Q.  Who is ███████?

10     A.  She's a friend from Saba.

11     Q.  And you believe that she is eligible to

12   join the class if it is certified?

13     A.  I'm sorry.  She is not.  She graduated from

14   Saba.

15     Q.  Are you aware of the ads that potential

16   class members did or did not see as it relates to

17   Step 1?

18     A.  No.

19     Q.  Isn't it true that the language of these

20   ads are different from ad to ad?

21                MR. EGAN:  Objection.

22     A.  Not the entire language but some of it,

23   yes.

24     Q.  Some of these ads refer to different
```

1  next page that identifies ████████████, I believe

2  her name is.  The spelling is ███████████.  Who is

3  █████████████████?

4      A.  I don't know.  I made a mistake here.  I'm

5  not sure if ████████ graduated or not.  She attended

6  Saba but I don't keep in contact with her.

7      Q.  So is the mistake that she potentially

8  graduated and wouldn't be a part of the class?

9      A.  Correct.

10     Q.  How did you meet ████████?

11     A.  She was in my cohort, my original cohort.

12     Q.  So if she in fact graduated --

13              (Phone rings.)

14     Q.  If Ms. ████████ indeed graduated, she

15  wouldn't be a member of the class because she wasn't

16  damaged?

17     A.  Correct.

18              MR. EGAN:  Objection.

19     Q.  Where does Ms. ████████ live now?

20     A.  I don't know.

21     Q.  Who is ████████████?

22     A.  I'm going to say the same mistake with ████████

23  ████████.  I don't know if he graduated or not.

24     Q.  So you don't know what his current status

1     Q.   Mr. ██████ did not pass Foundations of

2  Clinical Medicine at Saba, correct?

3     A.   He did not pass, yeah, he did not pass.

4     Q.   And he was still able to transfer to his

5  current university?

6     A.   Correct.

7     Q.   And so Mr. ██████ and Ms. ████████, do they

8  each currently reside somewhere in the Caribbean?

9     A.   No.

10     Q.   Where do they reside?

11     A.   ██████, I don't know where she's at right

12  now.  And ██████ is I believe in Chicago at the

13  moment.

14     Q.   Do you know if any class members reside in

15  Massachusetts?

16     A.   No.

17     Q.   For all these folks that we just discussed,

18  do you know what Step 1 advertisements from Saba

19  they saw?

20     A.   No.

21     Q.   For any of these class members or potential

22  class members that we just discussed, do you have

23  any idea what their damages would be?

24          MR. EGAN:   Objection to form.

```
 1   notes.
 2                THE VIDEOGRAPHER:  The time is 3:41.  We
 3   are off the record.
 4                (A recess was taken.)
 5                THE VIDEOGRAPHER:  We are back on the
 6   record.  The time is 3:51.
 7       Q.  Just a few more questions.  Earlier we
 8   talked about the way in which financial aid was
 9   distributed.  Do you remember that?
10       A.  Yes.
11       Q.  And we discussed that financial aid goes
12   first to the university and then the rest goes to
13   the students.
14                With respect to your financial aid
15   specifically, did you receive those refunds or those
16   overages after Saba received the funds for the
17   tuition?
18       A.  Yes.
19       Q.  And what did you do with those sums of
20   money?
21       A.  I paid for my housing; my transportation on
22   Saba, my transportation to Saba, the island; my
23   school resources; and my food, necessities.
24       Q.  We talked about your communications with
```