UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

<table>
<tr><td>
NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>
          Plaintiff<br><br>
    v.<br><br>
SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>
          Defendants.
</td><td>
Civil Action No.: 1:23-cv-12002-WGY
</td></tr>
</table>

**DECLARATION OF DALE EVANS**

I, Dale Evans, declare as follows:

1.  I am a member of the bar of the State of Florida, Partner at the law firm Locke Lord LLP, and admitted to appear in this matter pro hac vice.  I am co-counsel of record for the Defendants, Saba University School of Medicine ("Saba") and R3 Education, Inc., in the above-captioned action.

2.  I make this declaration for the purpose of transmitting to the Court true and correct copies of the following documents (some of which contain redactions of other student names and personally identifiable information).

3.  **Exhibit 1** contains a copy of the Complaint filed by Plaintiff Natalia Ortiz.

4.  **Exhibit 2** contains excerpts of Volume I of the deposition transcript of Patrick Donnellan in his corporate capacity as President of R3 Education, dated November 5, 2024.

5.  **Exhibit 3** contains excerpts of Volume II of the deposition transcript of Patrick Donnellan in his corporate capacity as President of R3 Education, dated November 6, 2024.

6.  **Exhibit 4** contains excerpts of the deposition transcript of Sarah Russell, dated August 20, 2024.

140056205v.1

7. **Exhibit 5** contains excerpts of the deposition transcript of Gerald Wargo, dated August 23, 2024.

8. **Exhibit 6** contains excerpts of a presentation titled "Pathway to GUS Health Medical Schools," bates-labeled R3S00016493–R3S00016509.

9. **Exhibit 7** contains excerpts of the deposition transcript of Steven Rodger, dated September 5, 2024.

10. **Exhibit 8** is a copy of a Saba advertising email dated March 6, 2023, bates-labeled R3S00023054–R3S00023056.

11. **Exhibit 9** contains excerpts of the deposition transcript of Patrick Donnellan in his individual capacity as President of R3 Education, dated November 6, 2024.

12. **Exhibit 10** contains excerpts of the deposition transcript of Plaintiff Natalia Ortiz, dated June 28, 2024.

13. **Exbibit 11** contains excerpts of the transcript for the Motion to Certify a Class hearing dated September 17, 2024, included in this case at Docket number 98.

14. **Exhibit 12** is a copy of a spreadsheet entitled "Saba Enrollment from September 2017 to August 2023," bates-labeled R3S00011799–R3S00011838.

15. **Exhibit 13** is a copy of the Declaration of Terry Moya dated July 19, 2024, filed in this case at entry Docket No. 70.

16. **Exhibit 14** contains excerpts of the Saba 2018–2020 Course Catalog, bates-labeled R3S00000616–R3S00000671.

17. **Exhibit 15** contains excerpts of the Saba Teaching and Examination Regulations, 2018–2020 ("OER"), bates-labeled R3S00003222–R3S00003278.

18. **Exbibit 16** is a copy of a webpage from the National Board of Medical Examiners ("NBME") website titled "Taking the Comprehensive Basic Science Self-Assessment," accessed November 15, 2024.

19. **Exhibit 17** contains excerpts of the deposition transcript of Maurice Clifton, M.D., dated September 20, 2024.

20. **Exhibit 18** is a copy of a 2023 Department of Education letter sent to Saba dated March 1, 2023, bates-labeled R3S00017622–R3S00017630.

21. **Exhibit 19** contains excerpts of the NVAO Doctor of Medicine (M.D.) Programme Extensive Accreditation Critical Reflection dated June 2017, bates-labeled R3S00029572–R3S00029618. R3S00026244.

22. **Exhibit 20** contains excerpts of the New York State Department of Education ("NYSED") Self-Study dated October 21, 2021, bates-labeled R3S00034321–R3S00034651.

23. **Exhibit 21** contains excerpts of the deposition transcript of William W. Pinsky, M.D., dated October 1, 2024.

24. **Exhibit 22** contains excerpts of the deposition transcript of Donald Donahue, dated October 31, 2024.

25. **Exhibit 23** contains excerpts of Plaintiff Natalia Ortiz's student application to Saba, bates-labeled R3S00000005–R3S00000010.

26. **Exhibit 24** contains excerpts of the 2017 Saba Student Handbook, bates-labeled R3S00002135–R3S00002182.

27. **Exhibit 25** is a copy of Plaintiff Natalia Ortiz's Saba academic transcript, bates-labeled R3S00000499–R3S00000500.

140056205v.1

28. **Exhibit 26** contains copies of text messages sent to and from Plaintiff Natalia Ortiz, bates-labeled P-001502–P-001518.

29. **Exhibit 27** is a copy of Plaintiff Natalia Ortiz's dismissal letter from Saba, bates-labeled R3S00000001–R3S00000002.

30. **Exhibit 28** is a copy of an email from Plaintiff Natalia Ortiz expressing no intent to appeal her dismissal from Saba, bates-labeled R3S00000004.

31. **Exbibit 29** is a letter sent to Plaintiff Natalia Ortiz by the U.S. Department of Education denying her Borrower Defense to Repayment Application, bates-labeled P-00790–P-000796.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on November 15, 2024                    Signed by: /s/ Dale Evans

4

November 15, 2024
SABA UNIVERSITY SCHOOL OF
MEDICINE, and R3 EDUCATION, INC.,

*/s/ Daryl J. Lapp*
Daryl J. Lapp, BBO # 554980
daryl.lapp@lockelord.com
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, MA  02199
617.239.0100

Dale A. Evans, Jr., (*pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD, LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL  33401
561.820.0248

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD, LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0246

## CERTIFICATE OF SERVICE

I certify that on November 15, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

*/s/Daryl J. Lapp*
Daryl J. Lapp

5

140056205v.1