# **EXHIBIT 11**

```
 1                  UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS (Boston)

 3                         No. 1:23-cv-12002-WGY

 4

 5   NATALIA ORTIZ, on behalf of herself and a
     class of similarly-situated persons,
 6              Plaintiff

 7   vs.

 8

 9   SABA UNIVERSITY SCHOOL OF MEDICINE, et al,
                Defendants
10

11                          *********

12

13                    For Hearing Before:
                     Judge William G. Young
14

15                  Motion to Certify a Class

16
                     United States District Court
17                   District of Massachusetts (Boston)
                     One Courthouse Way
18                   Boston, Massachusetts 02210
                     Tuesday, September 17, 2024
19

20
                            *******
21

22           REPORTER: RICHARD H. ROMANOW, RPR
                    Official Court Reporter
23               United States District Court
       One Courthouse Way, Room 5510, Boston, MA 02210
24                   rhr3tubas@aol.com

25
```

```
 1    two years that goes into that analysis as well.
 2            Plaintiff herself was not a very good student,
 3    okay?  How she did in school is part of that causal
 4    connection between the ad and her damages.  She said
 5    herself that if she had passed her classes she wouldn't
 6    have been damaged.
 7            THE COURT:  All right.  Thank you.
 8            MS. SILLER:  Your Honor, if I may be heard in
 9    response?
10            THE COURT:  No, I don't think that's necessary
11    based on that argument.
12            Here's what we're going to do.  This is a very
13    close question here, one that I find particularly
14    difficult, and I'll make no bones about it, but I'm
15    going to allow your motion for class certification, I'm
16    going to allow it in the language that you -- you,
17    plaintiffs, propose, with a modification that the class
18    will exclude anyone who, um, (1) transferred credit to
19    another school, or (2) failed to pass a majority of the
20    classes that they took, or enrolled, otherwise I will
21    allow this.
22            This ruling is subject to, um, a written opinion.
23    The discipline of writing is an appropriate discipline
24    and I'm going to have to write this up, and I will, but
25    your time is very short here, so you're going to have to
```