# **EXHIBIT 14**


EXHIBIT 14
6-28-24







# SABA UNIVERSITY
## SCHOOL OF MEDICINE

### 2018-2020 CATALOG




PUBLIC                                                                                                                                                                         R3S00000616

## BASIC SCIENCES CURRICULUM

| Course | Course Name | Credits | Contact Hours |
|---|---|---|---|
| **Semester 1** | | | |
| MED 512 | Human Body Structure & Function | 15 | 231 |
| MED 514 | Human Histology & Physiology | 13 | 180 |
| MED 516 | Clinical Skills I | 2 | 30 |
| | **SEMESTER ONE TOTAL:** | **30** | **441** |
| **Semester 2** | | | |
| MED 611 | Metabolism & Nutrition | 9 | 133 |
| MED 612 | Genetics & Development | 4 | 65 |
| MED 613 | Infection / Defense / Response | 12 | 186 |
| MED 614 | Medical Ethics | 2 | 37 |
| MED 616 | Clinical Skills II | 3 | 44 |
| MED 619 | Research Curriculum - Evidence Based Medicine | 1 | 19 |
| | **SEMESTER TWO TOTAL:** | **31** | **484** |
| **Semester 3** | | | |
| MED 714 | Neuroscience And Neurology | 10 | 143 |
| MED 715 | Systems & Disease I - (Introduction/Endocrine) | 11 | 158 |
| MED 716 | Clinical Skills III | 3 | 40 |
| MED 719 | Behavioral Medicine | 8 | 127 |
| | **SEMESTER THREE TOTAL:** | **32** | **468** |
| **Semester 4** | | | |
| MED 811 | Systems & Disease II (Repro/GI/Peds) | 13 | 196 |
| MED 812 | Systems & Disease III (CV/Resp/Renal) | 13 | 199 |
| MED 816 | Clinical Skills IV | 6 | 96 |
| | **SEMESTER FOUR TOTAL:** | **32** | **491** |
| **Semester 5** | | | |
| MED 911 | Systems & Disease IV (MSK/Heme/Immuno/Integ/Multi) | 12 | 189 |
| MED 918 | Foundations of Clinical Medicine | 16 | 241 |
| MED 916 | Clinical Skills V | 3 | 45 |
| MED 919 | Research Curriculum - Critical Appraisal | 1 | 14 |
| | **SEMESTER FIVE TOTAL:** | **32** | **489** |

11

# FOURTH SEMESTER

### MED 811 SYSTEMS & DISEASE II (REPRO/GI/PEDS)

The Systems & Disease series of courses begin with a detailed review of pertinent human body structure & function as well as cell / tissue structure & function. This will be followed by the presentation of the individual systems in detail, including relevant pathology, physiology, pharmacology, clinical skills and clinical presentations of disease. All content will be integrated. Additionally, Clinical Correlate sessions will introduce students to the relationship between individual systems, pharmacology and clinical medicine with emphasis on diagnostics, therapeutics and disease causation. These sessions will include didactic instruction, group problem-solving exercises and critical appraisal of the primary literature. This course covers the Reproductive and and Gastrointestinal systems, and Pediatrics. **(13 credits; 196 hrs.)**

### MED 812 SYSTEMS & DISEASE III (CV/RESP/RENAL)

This course covers the Cardiovascular, Respiratory and Renal systems, and follows the structure described in MED 811 - Systems & Disease II. **(13 credits; 199 hrs.)**

### MED 816 CLINICAL SKILLS IV

After a review of the skills developed in Clinical Skills I–III, students will continue to develop their communication skills and ability to perform a complete history and physical exam. Physical exam skills will be reinforced by more in-depth instruction in the physical exam skills that correspond to the systems studied in Systems & Disease, concentrating on the integumentary, cardiovascular, respiratory, renal and neurological systems. Students will further develop their ability to complete a problem-focused history and physical exam. Documentation skills will focus on the complete history and physical exam with oral presentations and the patient notes for both a complete history and physical exam and a focused patient visit. **(6 credits; 96 hrs.)**

# FIFTH SEMESTER – FIRST BLOCK

### MED 911 SYSTEMS & DISEASE IV (MSK/HEME/IMMUNO/INTEG/MULTI)

This course covers the Hematologic, Immune, Integumentary and Musculoskeletal systems as well as Multisystem disease. It follows the structure described in MED 811 - Systems & Disease II. **(12 credits; 189 hrs.)**

### MED 916 CLINICAL SKILLS V

After a review of the skills developed in Clinical Skills I–IV, students will continue to develop their communication skills and ability to perform a complete history and physical exam. Physical exam skills will be reinforced by more in-depth instruction in the physical exam skills that correspond to the systems studied in Systems & Disease V, concentrating on the gastrointestinal, endocrine, reproductive, and musculoskeletal systems. Students will further develop their ability to complete a problem-focused history and physical exam. Documentation skills will be further developed with focused patient visits, with additional instruction on medical order writing, diagnostic decision-making, and prescription writing. **(3 credits; 45 hrs.)**

### MED 919 RESEARCH CURRICULUM – CRITICAL APPRAISAL

Students will participate in the critical appraisal of contemporary medical literature, including publications representing various study designs as well as the incorporation of basic science principles. Selected primary literature will range from preclinical investigation through the various phases of clinical trials. Templates such as PICOT (population, intervention, comparison, outcome and time) will be introduced and utilized. This course will be integrated with the content presented in MED 911 - Systems & Disease V. Skills acquired in this course will allow students to successfully complete the research module, Research: Literature Review and Analysis (RLRA). **(1 credit; 14 hrs.)**

# FIFTH SEMESTER – SECOND BLOCK

### MED 918 FOUNDATIONS OF CLINICAL MEDICINE

This course utilizes daily live lectures and other materials to provide a structured, integrated review of the basic sciences. An emphasis is placed on understanding of disease processes and clinical problem solving. Students attend daily live lectures. Early in the course students are given a diagnostic pre-test to help identify problem areas and individualize learning goals. At the end of the course students are administered a full-length, simulated comprehensive exam. **(16 credits; 241 hrs.)**

PUBLIC
R3S00000633

# CLINICAL MEDICINE CURRICULUM



In concert with curriculum reform occurring in U.S. medical schools, Saba University promotes the early introduction of students to learning interviewing skills and gaining experience developing relationships with patients.

Basic Sciences students may attend hospital clinics and make house calls to home-bound residents. To prepare students for clerkship duties, they are instructed in the Infection Control practices, and the HIPAA (confidentiality) regulations. Simple clinical skills including suturing, wound care, and blood drawing are also taught.

After successful completion of the Basic Sciences program, students enter the Clinical Medicine portion of their studies. The 80 week Clinical Medicine component consists of a required eight week research module followed by 72 weeks of clinical clerkships through various medical specialties in hospitals within the United States and abroad that are affiliated with Saba University School of Medicine. Saba University also has affiliations with teaching hospitals in the Dutch Caribbean, making it possible for Dutch Caribbean graduates to complete their entire medical degree within the same country.

During these clinical clerkships, students will work directly with physicians and hospital staff, conducting history taking, physical examinations, case presentations, laboratory analysis, and attending workshops, conferences and grand rounds.

During clinical clerkships, students will have 42 weeks of required core clerkships in Surgery, Internal Medicine, Pediatrics, Psychiatry, and Obstetrics and Gynecology. The remaining 30 weeks include elective clinical clerkships which students may select based upon their projected medical specialty.

All Saba University students are required to complete four weeks of a Primary Care elective.

PUBLIC                                                                                                                R3S00000635

# REQUIREMENTS FOR THE TRANSITION TO CLINICAL MEDICINE

Students must successfully complete the Basic Sciences curriculum and be recommended by the Pre-Clinical Medicine faculty to enter the Clinical Medicine portion of the curriculum. Other requirements for clerkships include:

- Application for professional liability insurance.
- Completed current immunization form.
- Participation in a clinical orientation session.
- Personal interview with Office of Clinical Medicine staff.
- Signed clinical contract.
- Signed consent form.
- Completed clinical preference questionnaire.
- Up-to-date curriculum vitae (typed).
- Clearance from Saba University: Students completing the Basic Sciences or concluding studies for any reason must first obtain a financial clearance letter from the school's Administrative Office. Clearance signatures are required from the student's landlord, major utility company, and Satel N.V., the local telephone company. Without this form, it will be impossible to purchase a ticket from Saba to St. Maarten. The clearance form must be presented to the immigration officer at the airport before a student is permitted to board a flight. Holds may be placed for grade reports or transcripts for nonpayment of expenses while in residence on Saba.
- Passing score on USMLE Step 1: Students are expected to take the USMLE Step 1 examination within three months of completing the Basic Sciences program. Students are only permitted to begin clinical clerkships after completing USMLE Step 1.
- Research: Literature Review and Analysis final paper approved by sponsor for presentation to committee.



# RESEARCH: LITERATURE REVIEW AND ANALYSIS (REQUIRED)

The purpose of the Research: Literature Review and Analysis portion of the curriculum is to further develop students' abilities to evaluate and assimilate scientific evidence and to reinforce the skills required to critically appraise the ever-changing body of medical knowledge. These skills are essential to modern practicing physicians who will have to continuously improve their medical knowledge and clinical skills over the course of their career.

Students are expected to apply the knowledge and understanding from their Basic Sciences courses to analyze a current and complex medical care question, using evidence from published medical literature. As part of this course, students are required to write a paper that is evaluated by a faculty committee.

While working independently, students will interact on a regular basis with a sponsor who will provide oversight throughout the project including: selection of an appropriate topic; identification of relevant literature; formulating conclusions; and the preparation of a final paper. The sponsor will also review the written paper to ensure that it meets university standards prior to approval for submittal to the faculty committee for review. **(8 weeks)**

PUBLIC                                                                                                                                                                R3S00000636

# FINANCIAL INFORMATION

## TUITION AND FEES
### EFFECTIVE JANUARY 1, 2020

**TUITION**

| | |
|---|---|
| Basic Sciences Tuition per Semester (semesters 1-5) | $17,900.00 |
| Clinical Medicine Tuition per Semester (semesters 6-10) | $20,700.00 |
| Part-Time Tuition per Credit Hour | $705.00 |

**FEES AND DEPOSITS**

| | |
|---|---|
| Application Fee | $75.00 |
| Clinical Liability Insurance (per semester) | $295.00 |
| Graduation Fee | $500.00 |
| First Semester Lab Fee | $345.00 |
| Review Fee | $500.00 |
| Lab Fee (Saba Campus only) | $195.00 |
| Non-refundable Tuition Deposit | $750.00 |
| Non-refundable Administrative Fee | $100.00 |
| Returned Check (insufficient funds) | $35.00 |
| Shelf Exam Fee (Saba Campus only) | $125.00 |
| Student Activity Fee | $50.00 |
| Transcript Fee | $10.00 |
| Non-refundable Deferment Fee | $500.00 |
| Wire Transfer Fee | $25.00 |

**DORM FEES**

The following dormitory fees are based on double occupancy per semester. The dorm fees are paid directly to the dorm manager upon arrival. Rent units include electric, maid service, air-conditioning, refrigerator and microwave.

**PER SEMESTER**

| | |
|---|---|
| Matthew Dorm Double Occupancy | $1,900.00 |
| Hillside Dorm Single Occupancy | $2,750.00 |
| Matthew Dorm Security Deposit | $100.00 |
| Hillside Dorm Security Deposit | $150.00 |

Tuition, fees and other expenses are listed in U.S. dollars, unless otherwise noted. Dormitory rates based at time of printing and are subject to change without notice.

*Saba University School of Medicine Board of Trustees reserves the right to change tuition and adjust fees or to establish additional fees or charges.*

## TUITION PAYMENT POLICIES

All students are responsible for payment of tuition and fees in U.S. personal check, bank check or money order one month prior to matriculation into each new semester, whether into the Basic Sciences or Clinical Medicine program.

A $750.00 deposit is due within thirty days of the date of the letter of acceptance. A student may request a refund within three days of receipt of the deposit. After the three-day grace period, the deposit is nonrefundable and is applied to the first term Basic Sciences tuition.

All students entering into first semester must pay tuition 45 days prior to matriculation. If payment is made by check, the cancelled check will serve as the student's receipt. If a student remits a check that is returned because of insufficient funds, he or she must make any future payments to the university in the form of a U.S. bank check or money order.

Payment of all tuition and fees are due in full by the due date specified on the student bill. A $35.00 fee will be imposed for a returned check.

Students will be billed approximately two months prior to the beginning of each new semester. Invoices are mailed to the permanent address on record for registered students.

Payments for a student's semester bill should be directed to the Bursar's Office. If a bill is not received, it is the student's responsibility to contact the Finance Office.

PUBLIC                                                                                                    R3S00000648