# **EXHIBIT 15**

Teaching and Examination Regulations
SABA UNIVERSITY SCHOOL OF MEDICINE



6-28-24
EXHIBIT
16

# Program of Medicine
**2018-20**
**Onderwijs- en Examenregeling ("OER")**
August 1, 2019
Version 1.0

## Saba University School of Medicine

PUBLIC

R3S00003222

## Teaching and Examination Regulations
### SABA UNIVERSITY SCHOOL OF MEDICINE

| | |
|---|---|
| Human Body Structure & Function | B |
| Human Histology and Physiology | B |
| Clinical Skills I | B |
| Metabolism & Nutrition | C |
| Genetics & Development | A |
| Infection / Defense / Response | B |
| Clinical Skills II | B* (* denotes to be remediated "U" in a course competency) |
| EBM | P |
| Applied Clinical Correlate | P |

*Scenario 2:*
Student passes all courses in Semester 1 but receives a "U" in one course competency assessment (which is remediated at the beginning of the following semester satisfactorily). Student is now full time semester 2 courses on probation. Student fails Genetics & Development in the second semester and is required to repeat the course the following semester as in irregular student. Student remains on academic probation for the subsequent two semesters.

(end of 1st Semester)
Transcript:

| | |
|---|---|
| Human Body Structure & Function | B* (* denotes to be remediated "U" in a course competency) |
| Human Histology and Physiology | B |
| Clinical Skills I | B |

(end of 2nd Semester)
Transcript:

| | |
|---|---|
| Human Body Structure & Function | B |
| Human Histology and Physiology | B |
| Clinical Skills I | B |
| Metabolism & Nutrition | C |
| Genetics & Development | F |
| Infection / Defense / Response | B |
| Medical Ethics | C |
| Clinical Skills II | B |
| EBM | P |

### 4.3 Academic Progress and Promotions [*studievoortgang, niet zijnde "promotie"*]

a. **Promotions Committee**
The Promotions Committee is appointed by the Examination Committee, subject to the following guidelines:

Page 34

- The committee shall consist of at least 5 faculty members with at least one member having a primary teaching role in each of the 5 semesters; and
- The Chair of the committee shall be a full professor and/or a course director who has served with the university for at least one year.

The Dean of Students may attend meetings of the committee in an ex-officio capacity. Except for the Dean of Students and the appellant in a matter coming before the committee, no other person may attend the committee meeting without an invitation from the Chair.

No recording devices are allowed in the meetings and all decisions and deliberations of the committee are confidential.

b. **Promotions Committee Guidelines on Academic Progress**
The Promotion Committee, acting on the authority of and reporting to the Examination Committee, reviews all students' progress throughout their academic careers at Saba University in accordance with the following guidelines. These guidelines are established the Examination Committee, which will review them from time to time and may amend them at any time.

**Promotions Committee Approval of all Student Advancements**
The Associate Dean of Basic Sciences or Clinical Medicine, as the case may be, provides a list of all students who have failed a course or competency to the Promotions Committee. In addition he Associate Dean of Basic Sciences or Clinical Medicine, as the case may be, informs the Promotions Committee that all other students may continue to progress.

**Academic Probation**
A student shall be placed on academic probation if they:
- Fail one (1) course
- Fails the assessment of a competency (or sub-competency)
- Drop one (1) or more courses
- Are a transfer student admitted with advanced standing (first semester at Saba)

The initial placement on probation is for two (2) semesters and may not be appealed. Graduation from the basic science program confers removal of academic probation status.

The Promotion Committee evaluates student's appeal for early removal from academic probation by the following procedures:

1. Students may appeal to be removed from academic probation because of excellent academic performance in the first semester of probation.

2. Within five (5) business days following completion of the block 4 exam in any semester, a student who wishes to appeal for early removal must submit a written appeal (maximum 2 typed pages) to the university administration office. All new and relevant information must be included in this letter.

PUBLIC    R3S00003258

3. On receipt of the appeal, the university administration will compile a file of relevant documents on each appellant (transcript and all numerical grades in every exam in each course including results on all course final exams).

4. Files of appellants will be disseminated to the members of the Promotions Committee. Individual members of the committee can request additional information from the chair via email before the meeting.

5. The Committee will meet during the first week of the semester (orientation day, if possible) and consider all appeals that have been received.

6. Any appeal that does not conform to the rules and deadlines will not be considered.

7. The Committee will vote on each appeal and by majority of those present, the Committee will grant or deny the appeal.

8. The Chair of the Committee will notify the student in writing of the results of the appeal within 2 business days. A copy is sent to the Registrar and filed in the student's permanent record.

9. A student whose appeal is denied by the Promotions Committee has the right to appeal to the Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be, in writing within three (3) business days of the Committee's decision. The file used by the Promotions Committee will be available to the Dean. The Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be will inform the student of the decision in writing (email) within two business days.

**Dismissal [*definitieve beëindiging van de inschrijving voor de opleiding*]**
A student is subject to dismissal if they:
- Fail two (2) or more courses while on academic probation
- Fail one (1) course worth six (6) or more credits while on academic probation if any one of the course(s) failed or dropped resulting in academic probation was worth six (6) or more credits
- Fail one (1) clinical clerkship while on academic probation
- Fails a second competency (excluding Medical Knowledge 2a) in the same category (e.g. Patient Care or category 1) while on academic probation
- Fails the same course or the same competency (or sub-competency) a second time whether by remediation or otherwise (excluding Medical Knowledge 2a) while on probation
- Fail three (3) or more courses during the same semester
- Fail two (2) courses worth six (6) or more credits each, or two (2) clinical clerkships during the same semester

The Promotions Committee receives, evaluates and determines students' appeal of dismissal in accordance with the following procedures.

1. Letters of dismissal (via email and surface mail) will be sent by the university administration to students as soon as the final grades are reported. Included in the letters will be the procedures for appeal.

PUBLIC                                                                                                                               R3S00003259

2. Dismissed students have 2 business days (from the date of the email) to notify the university administration (via email or fax) of the intention to appeal their dismissal.

3. A written appeal (maximum – 2 typed pages) must be received (via email or fax) by the university administration within an additional 5 business days after notification of the intent to appeal. Additional relevant documentation (e.g. doctor reports) may be included. All new and relevant information must be included in the letter.

4. Upon receipt of a student's intent to appeal the dismissal, the university administration will compile a file on the appellant, which will include all relevant academic records (i.e., all numerical grades in every exam (s) in each course (s) including results on all course final exams).

5. The file of each appellant will be disseminated to the members of the Promotions Committee. Individual members of the committee can request additional information such as opinions of other professors or counselors (subject to rules of confidentiality), and from the chair via email before the meeting.

6. The committee will meet during the first week of the semester (orientation day, if possible) and consider the appeals that have been received.

7. Any appeals that do not conform to the rules and deadlines will not be considered.

8. Dismissed students may request to meet with the committee. The committee chair will determine the amount of time allocated to the student's discussions with the committee. No one else will be permitted to address the Committee on the student' behalf or be present at the committee meeting. No electronic recording devices (tape recorder, cellular telephones, etc.) are permitted in the meeting.

9. The Committee will vote on each appeal of dismissal and by majority of those present, will grant or deny the appeal.

10. The Committee Chair will notify the student of the results of the appeal in writing (email and/or letter) by the end of the day of the appeal. A letter of decision of the Committee will be place in the student's permanent file.

11. A student whose dismissal is upheld by the Promotions Committee has the right to appeal to the Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be, in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be. The Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be, will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is as the discretion of the Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be, and is not required. The decision of the Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be, is final. The Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be, will

PUBLIC                                                                                                                                R3S00003260

        inform the student of the decision in writing (email and/or letter) within two business days.

12. Appeals of errors in procedure or process should be sent to the President of the University (via email) within 48 hours of decision of the Associate Dean of Basic Sciences or the Associate Dean of Clinical Medicine, as the case may be.

c. **USMLE Policies – Step 1**
   1. Students who have successfully completed the Basic Science curriculum are expected to sit for the USMLE Step 1 within three (3) months of completing Basic Science in the semester after leaving the island. When you apply for Step 1 you enroll with the ECFMG, and select a three-month period, which is referred to as your eligibility period. For example, an applicant selects the eligibility period, i.e., May-July, and as long as the application is processed by ECFMG by the 17th of May the student will be assigned the May-June-July eligibility period that the student selected.
   2. After a student completes the 5th semester successfully including passing the "Comp" exam and / or such other exam(s) as deemed appropriate by the university, the student should download the form, the Certificate of Identification (Form 186) for Step 1 and send it to SUSOM where it will be signed by the Clinical Coordinator. Sign off requires full compliance with financial, academic, proof of immunity, and administrative regulations of SUSOM. Sign off during the 5th semester is not permitted. SUSOM submits the certified form to the ECFMG. Scheduling permits are now sent electronically by the ECFMG directly to the student.
   3. All students must take and pass the USMLE Step 1 test before being allowed to start clinical rotations.
   4. Students who successfully complete the basic science portion of the curriculum have a maximum of three (3) attempts and one (1) calendar year, with permission of the associate Dean, from the last official day of the semester in which they completed the basic sciences curriculum to successfully pass USMLE Step 1. It is the student's responsibility to schedule and pass the examination. If the one year time limit expires before all attempts have been used, the student forfeits the remaining attempts and is dismissed. No extensions on the one-year time limit are allowed and LOAs do not 'stop the clock".
   5. First Time Failures of USMLE Step 1:
      Students who fail the USMLE Step 1 Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination (e.g., NBME Comprehensive Basic Science Shelf Examination and / or such other exam(s) as deemed appropriate by the university) at the end of the course. Student will not be certified by the school to retake the examination unless they earn a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 1 Examination.
   6. Second Time Failure of the USMLE Step 1:
      If a student fails a second time, the same procedure must be followed. However, the student's score on the end of review course examination and / or such other exam(s) as deemed appropriate by the university must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final

PUBLIC
R3S00003261

time. If the student fails the USMLE examination a 3rd time, the student is dismissed.

7. <u>Appeal with Lower Score after the Second Review Course</u>;
   A student may appeal the decision to not be allowed a second retake of the exam of the Promotions Committee to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

   The student must submit a written appeal to the Promotions Committee through the university administration within 5 business days of receipt of the lower second end of review course examination score. In the appeal the student must address any special circumstances that explain the poorer performance. In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

   A student whose appeal is denied by the Promotions Committee has the right to appeal to the Associate Dean of Basic Science in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Associate Dean of Basic Sciences. The Associate Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is at the discretion of the Associate Dean of Basic Science and is not required. The decision of the Associate Dean of Basic Science is final. The Associate Dean of Basic Science will inform the student of the decision in writing (email and/or letter) within two business days.

   The student has the right to appeal to the President of the University if the University's policies and procedures were not followed. The appeal should be made in writing within 7 business days to the President located in the US Administrative office.

d. **Clinical Knowledge Remediation**
   Any student who has not taken the USMLE Step 2CK before August 15, 2014 and: (i) has <u>FAILED</u> two (2) Core Clerkship Examinations (CCE) in two (2) different core clinical clerkships; (ii) received a FAILING grade in any core clinical clerkship; or (iii) is on academic probation, will be required to take a Comprehensive Clinical Science Examination (CCSE) to ascertain whether or not his/her independent preparation for the USMLE Step 2CK has been successful.

   At present, the university utilizes the National Board of Medical Examiners® (NBME) Comprehensive Clinical Sciences Examination as its CCSE. The university will bear the cost of the initial CCSE attempt.

   Based upon the results of the CCSE, the Clinical Department will either clear the student to take the USMLE Step 2CK examination or require the student to continue remediation as defined below.

   If further remediation is required, additional clinical rotations will be postponed until the student is approved by the Clinical Department to take the USMLE Step 2CK examination.

PUBLIC    R3S00003262