# **EXHIBIT 16**

< For Examinees

# TAKING THE COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT

The Comprehensive Basic Science Self-Assessment can help reinforce your knowledge, track your progress and provide your estimated probability of passing USMLE® Step 1 if you test within one week – so you're confident and ready for exam day*.

Overview

Recent Updates

How to Purchase

Score Report

Resources

## Overview

The Comprehensive Basic Science Self-Assessment is a practice test designed for students planning to take the USMLE Step 1. It features multiple-choice questions on content typically covered during basic science medical education courses.

In addition to helping you gain a familiarity with NBME-style questions, the Comprehensive Basic Science Self-Assessment enables you to:

▸ Evaluate your readiness to take the USMLE Step 1 and get an estimate of your probability of passing if you test within a week (i.e., with a similar level of knowledge)

▸ View a total equated percent correct score and content area equated percent correct scores that represent the percentage of content mastered on the overall exam and on the content areas

▸ Target your studies using diagnostic feedback highlighting areas of strength and weakness

▸ View answer explanations to reinforce your knowledge and maximize study time

| Format | + |
|---|---|

| Accessing Your Self-Assessment | + |
|---|---|

| Fee | + |
|---|---|

## Have any Questions?

[CONTACT US]



## Connect With Us



©2024 NBME. All Rights Reserved.

Terms of Use | Privacy | Consumer Health Data Privacy Policy | Cookies Settings | Interest-based Ads
Copyright | NBME Testing Status