# **EXHIBIT 17**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3    - - - - - - - - - - - - x
 4    NATALIA ORTIZ, on behalf of    :
 5    herself and a class of         :
 6    similarly situated persons,    :Case No
 7           Plaintiff,              :1:23-cv-12002-WGY
 8       v.                          :
 9    SABA UNIVERSITY SCHOOL OF      :
10    MEDICINE; and R3 Education,    :
11    INC,                           :
12           Defendants.             :
13    - - - - - - - - - - - - x
14
15      REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
16                  MAURICE CLIFTON, M.D.
17                FRIDAY, SEPTEMBER 20, 2024
18                     8:01 A.M. CST
19
20    JOB NO.: 553198
21    PAGES: 1 - 203
22    REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
23
24
```

| | | |
|---|---|---|
| 1 | two-year basic science that the student would need | 13:32:49 |
| 2 | to complete, correct? | 13:32:53 |
| 3 |    A   Yes. | 13:32:55 |
| 4 |    Q   And then there is a pretest administered | 13:32:55 |
| 5 | that the school requires to also be passed? | 13:33:05 |
| 6 |    A   No. | 13:33:13 |
| 7 |    Q   Okay.  What would be the next step | 13:33:14 |
| 8 | required after completing the basic science | 13:33:16 |
| 9 | classroom work? | 13:33:20 |
| 10 |    A   I'd have to review, you know, the catalogs | 13:33:21 |
| 11 | and the syllabi from 2019, but I believe that was | 13:33:25 |
| 12 | the five semesters of courses and -- and then they | 13:33:32 |
| 13 | would take it when they felt ready essentially. | 13:33:44 |
| 14 |    Q   So they would become certified to take the | 13:33:50 |
| 15 | Step 1 and then the school would allow a period of | 13:33:53 |
| 16 | time in which they could then take the exam? | 13:33:56 |
| 17 |    A   Generally so.  Except that there was | 13:34:02 |
| 18 | a -- the certification only lasted for a certain | 13:34:09 |
| 19 | amount of time.  So I believe students would | 13:34:11 |
| 20 | basically tell us when they were ready to be | 13:34:14 |
| 21 | certified so they would have a window to take it. | 13:34:17 |
| 22 |    Q   And the certification goes to the | 13:34:26 |
| 23 | administers of the USMLE? | 13:34:30 |
| 24 |    A   I believe it's either to the ECFMG or the | 13:34:33 |