# **EXHIBIT 18**



March 1, 2023

To:   Dr. Joseph Chu
      President
      Saba University School of Medicine
      c/o R3 Education Inc.
      27 Jackson Road, Suite 301
      Devens, MA 01434-4037

Re:   **Submission of USMLE Pass Rates, Citizenship Rates, and Consumer Information for Calendar Year 2022**
      **OPE ID: 03780300**

Dear President:

As you know, an institution's participation in the U.S. Department of Education's (the "Department") federal student aid programs is governed by United States' laws and regulations. The purpose of this letter is to remind you of the requirement that foreign graduate medical schools annually submit the following information to the Department, as a condition of your eligibility to continue to participate in the Department's federal student loan programs.

On January 5, 2022, Dear Colleague Letter GEN-22-01 was issued, describing the permanent cancellation of the Step 2-CS exam portion of the USMLE and its effect on institutions' compliance with federal reporting requirements. Refer to Requirement for Foreign Medical Schools to Submit Scores for the United States Medical Licensing Examination (USMLE) Step 2-CS.

**Institutions are still required to submit their Calendar Year 2022 Individual USMLE Test-Taker Performance Data and USMLE Pass Rates for Step 1 and Step 2-CK; Citizenship Rates; and Medical Consumer Information to the Department by April 30, 2023.**

Here is a description of the different types of information related to these reporting requirements:

(1) United States Medical Licensing Examination (USMLE) Data:
   a. Institution's USMLE Pass Rates. The pass rate obtained by its students, and certain graduates, who were first-time takers of the USMLE Step 1–Basic Science or Step 2-Clinical Knowledge (Step 2-CK), tests administered during calendar year 2022 by the Educational Commission for Foreign Medical Graduates (the "ECFMG"). **Details can be found here:** Requirement for Foreign Medical Schools to Submit Scores for the United States Medical Licensing Examination (USMLE) Step 2-CS.



830 First St., N.E. Washington, D.C. 20202
StudentAid.gov

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                      R3S00017622

    b. <u>Individual USMLE Test-Taker Performance Data</u>. All scores and results of individual test-takers on Step 1 or Step 2-CK, disaggregated by test and step, together with the dates the test-taker took each test, including any failed tests and any repeated test attempts during calendar year 2022. Institutions must continue to report this information.

(2) <u>Citizenship Rates</u>. The rates related to the citizenship of your school's students and graduates in calendar year 2022. Institutions must continue to report this information.

(3) <u>Medical School Consumer information.</u> The on-time completion rate for U.S. students completing the medical program in the calendar year that ended December 31, 2022, and the median and mean educational loan debt incurred by U.S. students in calendar year that ended December 31, 2022, as required by Dear Colleague Letter ID: GEN-12-20, issued November 7, 2012. Institutions must continue to report this information.

This letter informs you of the submission deadlines for this information, the method of submission, and the consequences of non-submission.

***USMLE Data Requirements***

    Institution's USMLE Pass Rates

    On January 5, 2022, Dear Colleague Letter GEN-22-01 was issued, describing the permanent cancellation of the Step 2-CS exam portion of the USMLE and its effect on institutions' compliance with federal reporting requirements. Refer to [Requirement for Foreign Medical Schools to Submit Scores for the United States Medical Licensing Examination (USMLE) Step 2-CS](#). **Institutions are still required to submit their Calendar Year 2022 Individual USMLE Test-Taker Performance Data and USMLE Pass Rates for Step 1 and Step 2-CK; Citizenship Rates; and Medical Consumer Information to the Department by April 30, 2023.**

    The USMLE step/tests are administered to international medical students and graduates by the Educational Commission for Foreign Medical Graduates (ECFMG). The ECFMG is a private, nonprofit organization that established a program of certification to assess whether international medical graduates are qualified to enter U.S. medical residency programs. To meet the ECFMG's certification requirements, applicants must achieve passing scores on a series of medical science and clinical skills examinations. The "Step 1 examination" tests the applicant's knowledge of medical science, and "Step 2" tests the Clinical Knowledge component (Step 2-CK).

    Federal regulations that became effective July 20, 2011, which are found at §600.55 (f) of Title 34 of the U.S. Code of Federal Regulations, and which implement Section 102(a)(2)(A)(i)(I)(bb) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1002(a)(2)(A)(i)(I)(bb), provide that non-exempt foreign graduate medical schools lose eligibility to award loans to their students under the William D. Ford Federal Direct Loan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
R3S00017623

Program (Direct Loans) if, in the preceding year, on either Step 1, Step 2-CK or [1]Step 2-CS, less than 75 percent of the school's students and graduates who took that examination for the first time received passing scores.

The only participating foreign medical schools that are exempt from meeting the USMLE 75 percent pass rate requirement are (i) foreign graduate medical schools located in Canada and (ii) foreign graduate medical schools that have a clinical training program that was approved by a State as of January 1, 1992, and that continue to operate a clinical program in at least one State that approves the program. Although exempt from having to meet the statutory 75 percent pass rate threshold, the requirement to submit USMLE examination results applies to all participating foreign graduate medical schools, including those foreign medical schools that are exempt from having to meet the statutory 75 percent pass rate threshold.

Under the regulations, an institution's annual USMLE pass rates must include, for each test, not only all students who were first-time takers during that preceding calendar year but also all first-time takers who graduated from the school during three years preceding the reporting year. For example, the pass rate that must be submitted to the Department by April 30, 2023 (the reporting year) includes all students at the school in calendar year 2022 and all students who graduated in 2020, 2021, and 2022, who took any of the two USMLE step/tests for the first time during calendar year 2022.

If the result of any step/test pass rate is based on fewer than eight test-takers, a single pass rate is determined for the school by combining the performance data of the students and graduates on Step 1, Step 2-CK and [2]Step 2-CS. The combined numerators divided by the combined denominators produces the combined rate. If that combined rate is again based on fewer than eight step/test results, the school is considered to have no pass rate for that year, and the results of the year are combined for each subsequent year until a pass rate based on at least eight step/results can be derived. An otherwise eligible foreign medical school maintains its eligibility for years for it is considered to have no pass rate.

Individual USMLE Test-Taker Performance Data

The 2011 regulations also added a requirement at §600.55(d) that all foreign graduate medical schools submit to the Department all scores of individual test-takers on Step 1, Step 2-CK and Step 2-CS[3], disaggregated by test and step, together with the dates the test-taker has taken each test, including any failed tests and any repeated test attempts during the calendar year. This submission requirement for individual test results is in addition to the submission requirement for aggregate pass rates calculated for all first-time test-takers of each Step test. All foreign graduate medical schools, including those

---

[1] Refer to Dear Colleague Letter GEN-22-01, Requirement for Foreign Medical Schools to Submit Scores for the United States Medical Licensing Examination (USMLE) Step 2-CS
[2] Refer to Dear Colleague Letter GEN-22-01, Requirement for Foreign Medical Schools to Submit Scores for the United States Medical Licensing Examination (USMLE) Step 2-CS
[3] Refer to Dear Colleague Letter GEN-22-01, Requirement for Foreign Medical Schools to Submit Scores for the United States Medical Licensing Examination (USMLE) Step 2-CS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    R3S00017624

that are exempt from meeting the 75 percent pass rate requirement, must submit this test performance information for all test-takers, even those schools that are not subject to the 75 percent pass rate requirement because fewer than eight results are available, and even those schools that are exempt by statute from meeting the pass rate requirement (foreign medical schools in Canada, and foreign medical schools that had a clinical training program that was approved by a State as of January 1, 1992 and that continue to operate a clinical program in at least one State that approves the program).

### *Obtaining the USMLE Data*

Under the 2011 regulations, institutions must obtain all individual consents, acceptable to ECFMG, from the students and graduates on which it is required to report, as necessary to obtain from ECFMG, at the institution's expense, the required first-time examination results for calendar 2022, and send these results to the Department. See 34 C.F.R § 600.55(c) (2), (d) (1) (iii) (2011).

Please note that USMLE Pass Rate data and individual USMLE test-taker performance data must be submitted for all test takers regardless of their citizenship or nationality, or whether or not they borrowed U.S. federal student loans.

**Enclosure A** to this letter is a form developed by ECFMG entitled "Institutional Request for an Official USMLE Transcript" which includes a student consent clause for release of the student's USMLE transcript of test results to the student's institution. Using these results, the foreign graduate medical school can calculate pass rates as provided in 34 C.F.R. § 600.55(f) (2011) and provide the rates it has calculated to the Department.

The ECFMG also provides a report known as a "Special Report of Aggregate Performance on USMLE" (Special Report) that shows the pass rate on each Step test of a foreign medical school's first time test-takers for tests taken during a calendar year. The foreign medical school must have an account with ECFMG to receive this report. The Department accepts this report from foreign medical schools as evidence of their annual disaggregated pass rates on the USMLE examinations, if there were a sufficient number of the school's test-takers to calculate pass rates for each Step test.

Please note that the option set forth in 34 C.F.R. § 600.55(d)(2) (2011), relating to calculation and submission of rates to the Department by ECFMG, is not applicable with regard to the 2022 ECFMG pass rate submission requirement, as ECFMG has not begun providing such a service.

The Department stresses that foreign graduate medical schools remain responsible, as a matter of institutional eligibility, for timely obtaining, calculating, and submitting complete data and pass rates. The Department is not responsible for any fees assessed by the ECFMG in providing your institution with test results.

### **Citizenship Rates**

In addition to the requirements relating to pass rates on the USMLE examinations, Section 102(a)(2)(A)(i)(I)(aa) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1002(a)(2)(A)(i)(I)(aa), and §600.55(f)(1) of Title 34 of the U.S. Code of Federal Regulations, provide that non-exempt foreign graduate medical schools lose eligibility to award federal student loans unless, in the preceding year, at least 60 percent of the school's students and at least 60 percent of the school's most recent graduating class were persons who were neither U.S. citizens, U.S. nationals, nor other U.S. permanent resident non-citizens.

Foreign graduate medical schools that have a clinical training program that was approved by a State as of January 1, 2008, and that continue to operate a clinical program in at least one State that approves the program are exempt from the citizenship rate requirement. (Schools that have a clinical training program approved by a State between January 2, 1992 and December 31, 2007, and that continue to operate a clinical training program in at least one State that approves the program, are exempt from the citizenship rate requirement, but not from the 75% pass rate requirement.)

Each foreign graduate medical school must compute two citizenship rates: (1) for students who were enrolled but did not graduate during the preceding calendar year and (2) for individuals who did graduate during the preceding calendar year. For the first rate, the foreign graduate medical school must include in the denominator all students who were enrolled as full-time regular students in the foreign graduate medical school at any time during the most recently completed calendar year, excluding students who graduated during that year. For the second rate, the foreign graduate medical school must include in the denominator all students who graduated during the most recently completed calendar year. In computing the denominators, universities and other institutions must include only those students enrolled in, or graduating from, educational programs intended to result in licensure to practice medicine. In computing the numerators of both rates, the foreign graduate medical school must include only students or graduates, as applicable, who are neither U.S. citizens, U.S. nationals, nor U.S. permanent residents. The foreign graduate medical school must <u>exclude</u> from the numerator:

- any students or graduates, as applicable, who were included in the denominator but who received Federal Family Education Loan Program loans or Direct Loans at any time during their enrollment;

- any students or graduates, as applicable, included in the denominator who applied for federal student aid in connection with their enrollment and were not found ineligible based on federal student aid citizenship requirements;

- any students or graduates, as applicable, included in the denominator who provided documentation to the school, such as a passport or visa, indicating that he or she was a U.S. citizen or national or other federal student aid-eligible non-citizen; and

- any students or graduates, if applicable, included in the denominators if information provided by the student or graduate to the school indicates that he or she was residing in the United States or its territories at the time of application for admission or between terms, absent documentation indicating that the student or graduate is neither a U.S. citizen or national, nor an otherwise eligible noncitizen.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        R3S00017626

### Consequences of Non-Compliance

For those foreign graduate medical schools that are subject to the 75 percent pass rate or 60 percent citizenship requirements, a failure to meet the applicable pass rate threshold or the citizenship threshold results in a loss of the institution's eligibility to participate in the federal student loan programs. Failure by any foreign medical school to submit the required Individual USMLE Test-Taker Performance data for calendar year 2022 would also subject the school to loss of eligibility, even with respect to foreign graduate medical schools that are exempt from having to meet the 75 percent pass rate threshold.[4] For foreign graduate medical schools that have not entered into independent program participation agreements with the Department, but instead participate in the federal student loan programs as part of a larger university that has entered into such an agreement, failure to meet the applicable pass rate threshold, failure to submit USMLE test-taker performance data, or failure to meet the citizenship threshold would result in the loss of such medical school's eligibility to participate in the federal student loan programs. Ineligibility on this basis extends for a period of at least one year; reapplication upon the expiration of the period of ineligibility will require, among other things, a demonstration of compliance with the pass rate or citizenship rate requirement, as applicable, for the preceding calendar year.

**On January 5, 2022, Dear Colleague Letter GEN-22-01 was issued, which speaks to the permanent cancellation of the Step 2-CS of the USMLE and its effect on medical schools' compliance with reporting requirements.** Due to the cancellation of Step 2-CS, foreign medical schools will remain in compliance by timely submitting their students' scores on Step 1 and Step 2-CK of the USMLE, together with the dates the student has taken each test, including any failed tests.

Moreover, these requirements apply on an annual basis. The eligibility determination the Department makes in 2023 is to be based on the pass rate and citizenship data for 2022.

The deadlines for foreign graduate medical schools to submit information demonstrating compliance with these eligibility requirements are discussed below.

### Submission to the Department of the USLME test data and rates, citizenship rates and consumer information described in Dear Colleague Letter (DCL) GEN-12-20

**Accordingly, by April 30, 2023, all foreign graduate medical schools that participate in the Direct Loan program must have submitted to the Department:**

---

[4] Foreign graduate medical schools located in Canada, as well as foreign medical schools that have a clinical training program that was approved by a State as of January 1, 1992 and continue to operate a clinical program in at least one State that approves the program, are exempt from meeting the 75 percent pass rate threshold. In addition, foreign graduate medical schools that have fewer than eight test-takers for the calendar year 2022 will not have a pass rate calculated.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

a. **USMLE Data**. The Institution's USMLE pass rates and Individual USMLE Test-Taker Performance Data for USMLE exams taken during the year ended December 31, 2022. The sample format for the USMLE exam results should be accompanied by a transmittal letter on your institution's letterhead that is signed by the Institution's Vice-Chancellor, President or CEO, or appropriate designee, and that contains your school's computation of its USMLE pass rates. Sample formats for reporting USMLE Pass Rate and test-taker performance data are included in **Enclosure B** of this letter.

b. **Citizenship Data**. Citizenship rates must be provided by the foreign graduate medical school in writing on your institution's letterhead and likewise signed by the official responsible for medical school certification in the Direct Loan Program. A sample format for Citizenship Rate submissions is included in **Enclosure B** of this letter.

c. **Consumer Information**. Instructions for submitting the required consumer information on U.S. student completion rates and student loan debt levels are included in **Enclosure C**. A sample format for the presentation of the consumer information is attached to Enclosure C as **Attachment A**. Dear Colleague Letter GEN-12-20 is included as **Enclosure D** of this letter.

Data submissions must be uploaded to the COD Document Center. Here are instructions and training videos for locating and uploading to COD.

| PEOS Document Center | |
|---|---|
| Link to the Electronic Announcement | https://ifap.ed.gov/electronic-announcements/081420NewDocumentCtr4ProgramComplianceDocuments |
| Video of training | https://ifapmedia.ed.gov/CODDocumentCenterVideoAug2020.mp4 |
| Link to the PowerPoint Slides | https://ifap.ed.gov/sites/default/files/attachments/2020-08/CODDocumentCenter.pptx |
| For access issues | Contact the COD School Relations Center (after contacting the DPA):<br>• Email: CODSupport@ed.gov<br>• Phone: 1-800-848-0978<br>• Phone Support Hours: Monday - Friday: 8:00 A.M. to 8:00 P.M. Eastern Time Zone |

When uploading a document to COD, you will be asked to provide information about the document that allows it to be found in the system later ("meta data"). Highlighted below is the meta data you should include when identifying the Document Type for your USMLE, Citizenship, and Consumer Information documents.



Submissions uploaded to the COD Document Center do not have to be password-protected. If an occasion arises where email transmission of information with Personally Identifiable Information (PII) is required, please be sure to protect the information by following the instructions and information contained in the "Protection of Personally Identifiable Information" PDF (attached).

Schools should retain the documentation on which their citizenship rate calculations are based in accordance with the document retention requirements in § 668.24(e)(2) and (e)(3) of Title 34 of the Code of Federal Regulations, and should make these documents available, on request, to the Department and to the independent auditor that conducts their federal student aid compliance audit. They should also retain copies of individual consents, ECFMG test results and pass rate calculations as well as copies of the calculations and supporting documentation for U.S. student completion rates and student loan debt levels.

Sincerely,

Michael Frola
Division Chief
Multi-Regional and Foreign Schools Participation Division
Partner Participation & Oversight
Federal Student Aid

CC:   Dr. Joseph Chu, President, j.chu@saba.edu
      Ms. Beverly Guerin, Director of U.S. Financial Aid Services, b.dion@r3education.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                            R3S00017629

Enclosure A: *Institutional Request for Official USMLE Transcript, Form 173*
Enclosure B: *Sample Formats for Submission of USMLE and Citizenship Data*
Enclosure C: *Instructions for Foreign Medical School Consumer Information Form*
Enclosure D: *Dear Colleague Letter GEN-12-20*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    R3S00017630