# **EXHIBIT 19**

# Doctor of Medicine (M.D.) Programme

**Extensive Accreditation**

**Critical Reflection**

October 2017

## Saba University School of Medicine

## II.7. Learning outcomes achieved

**Standard 11: The programme demonstrates that the intended learning outcomes are achieved.**

The program has an overall graduation rate of 80%. Of all students that successfully complete the program, 88% complete the program in four years.

The most important overall indicators of achievement of the intended learning outcomes are the students' performance on the national licensing examinations as well as number of graduates accepted into residency programs. Each is discussed in turn.

### USMLE Results

**SUSOM USMLE Step 1 Pass Data**
(by Student Entry Cohort)

| USMLE Step 1 | Entry Cohort (Year of Matriculation) | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
| # Takers | 202 | 184 | 227 | 204 | 162 | 57 |
| # Pass First Attempt | 198 | 183 | 224 | 203 | 161 | 57 |
| First Time Pass Rate | 98% | 99% | 99% | 100% | 99% | 100% |
| # Pass Subsequent Attempt | -- | 1 | 2 | -- | 1 | -- |
| Total # Pass | 198 | 184 | 226 | 203 | 162 | 57 |
| Overall Pass Rate | 98% | 100% | 100% | 100% | 100% | 100% |

**SUSOM USMLE Step 2CK and Step 2CS Pass Data**
(by Student Entry Cohort)



Redacted

Page 42