# **EXHIBIT 20**

SABA UNIVERSITY SCHOOL OF MEDICINE

# New York State Education Department
# Self Study

October 21, 2021



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   R3S00034321



## Step 1

| Year[26] | Number Examined | Percent Passing | Mean Total Score and S.D. | | National Mean Total Score and S.D. | |
|---|---|---|---|---|---|---|
| | | | Score | S.D. | Score | S.D. |
| 2020 | 71 | 96% | 229 | 19 | 235 | 18 |
| 2019 | 154 | 98% | 225 | 16 | 232 | 19 |
| 2018 | 144 | 98% | 223 | 16 | 230 | 9 |



---

[26] Calendar year.

188

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00034514