# **EXHIBIT 21**

Pages 1-227
Exhibits 27-41
_____
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


NO. 1:23-CV-12002-WGY



NATALIA ORTIZ, on behalf of herself
and a class of similarly situated persons,
                    Plaintiff,

v.

SABA UNIVERSITY SCHOOL OF MEDICINE
and R3 EDUCATION, INC.,
                    Defendants.



_____




VIDEOCONFERENCE AUDIO-VISUAL DEPOSITION

OF WILLIAM W. PINSKY, M.D.

TAKEN OCTOBER 1, 2024

APPEARING REMOTELY FROM

NEW ORLEANS, LOUISIANA




Reporter:  Rebecca J. DeCarlo

FARMER ARSENAULT BROCK LLC

William Pinsky, M.D. - 10/1/2024

1        A.     No, I don't.

2        Q.     Okay.  And just to make sure that

3   the deposition goes smoothly, may I ask that you

4   refrain from communicating with anyone on your

5   computer besides me while we're on the record?

6        A.     Yes.

7        Q.     And other than your computer

8   through which you're communicating right now and

9   your personal cellular phone, do you have any

10  other electronic devices with you capable of

11  communicating?

12       A.     No.

13       Q.     Dr. Pinsky, you are the CEO of

14  Emeritus, Intealth; is that correct?

15       A.     Correct.

16       Q.     Generally speaking, what is

17  Intealth?

18       A.     So Intealth is really the oversight

19  corporation for ECFMG and FAIMER.  When I joined

20  in -- almost eight years ago, ECFMG and FAIMER

21  were separate corporations, and we combined them

22  together into a single 501(c)(3) corporation.

23       Q.     And when you say that Intealth is

24  the oversight corporation, is that akin to the