# **EXHIBIT 22**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3     - - - - - - - - - - - - - -x
 4     NATALIA ORTIZ, on behalf of :
 5     herself and a class of      :
 6     similarly situated persons, : Case No
 7            Plaintiff,           : 1:23-cv-12002-WGY
 8       v.                        :
 9     SABA UNIVERSITY SCHOOL OF   :
10     MEDICINE; and R3 Education, :
11     INC,                        :
12            Defendants.          :
13     - - - - - - - - - - - - - -x
14
15      REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
16                      DONALD DONAHUE
17               THURSDAY, OCTOBER 31, 2024
18                      9:04 A.M. CST
19
20
21
22     JOB NO.: 557670
23     PAGES: 1 - 159
24     REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
25
```

| | | |
|---|---|---|
| 1 | forth at different points in time just because | 10:19:35 |
| 2 | everyone is doing the same thing.  But more | 10:19:39 |
| 3 | often -- more often than not, just broadly | 10:19:41 |
| 4 | what -- what do you need to know about the school, | 10:19:44 |
| 5 | things of that sort. | 10:19:46 |
| 6 |     Q   Did you prepare the presenters on | 10:19:47 |
| 7 | attrition issues? | 10:19:49 |
| 8 |         MR. McMORROW:  Objection, vague. | 10:19:52 |
| 9 |     A   No. | 10:19:55 |
| 10 |     Q   Why did you not prepare them on attrition? | 10:19:55 |
| 11 |     A   It's not -- wasn't an issue, meaning it's | 10:19:59 |
| 12 | not -- wasn't a topic that, you know, there's no | 10:20:02 |
| 13 | reason for me to address the issue, is really the | 10:20:06 |
| 14 | answer. | 10:20:08 |
| 15 |     Q   If a prospective student in one of these | 10:20:09 |
| 16 | webinars or open houses asked about an attrition | 10:20:12 |
| 17 | rate, how were the presenters trained to respond? | 10:20:15 |
| 18 |     A   Well, first of all, if someone asked, I | 10:20:19 |
| 19 | would typically tell a student if they were the | 10:20:22 |
| 20 | only one asking, I would sit there and say, if | 10:20:24 |
| 21 | you're very concerned about it you probably should | 10:20:26 |
| 22 | rethink whether you want to attend medical school. | 10:20:29 |
| 23 | Because a lot of students -- you know, if you're | 10:20:32 |
| 24 | concerned about it then, you know, it's -- you -- | 10:20:34 |
| 25 | it's probably something you ask yourself you | 10:20:36 |

| | | |
|---|---|---|
| 1 | really ready to go down the path, you know, | 10:20:40 |
| 2 | because it's a difficult path. | 10:20:44 |
| 3 | You know, but if someone was to be | 10:20:45 |
| 4 | persistent about it, I would sit there and say I'm | 10:20:48 |
| 5 | not sure it's a question I could even ask you if I | 10:20:49 |
| 6 | wanted to because it's very hard.  What does | 10:20:51 |
| 7 | attrition mean.  And I literally would say to | 10:20:54 |
| 8 | people, do you -- who do you count?  Do you count | 10:20:57 |
| 9 | the people who went to school for two weeks and | 10:20:59 |
| 10 | left because they miss, you know, mom and dad or | 10:21:02 |
| 11 | they expect X and Y from the island or things of | 10:21:06 |
| 12 | that sort? | 10:21:09 |
| 13 | And you know I used to also say to people | 10:21:10 |
| 14 | that, in all honesty, if you're -- it's not in our | 10:21:13 |
| 15 | interest to have you stick around for a long | 10:21:16 |
| 16 | period of time at the university.  So you know, if | 10:21:18 |
| 17 | you don't -- you don't think you're going to make | 10:21:21 |
| 18 | it through, so we typically try and have people | 10:21:23 |
| 19 | come to the realization within the first semester | 10:21:26 |
| 20 | if they're going to be able to get through the | 10:21:28 |
| 21 | program. | 10:21:31 |
| 22 | And that's -- more often than not we've -- | 10:21:31 |
| 23 | you know, that that -- it was -- I never saw the | 10:21:33 |
| 24 | stats directly.  I never really thought about it, | 10:21:36 |
| 25 | needed to.  But the vast majority of students by | 10:21:38 |