# **EXHIBIT 23**



EXHIBIT
**6**

6-28-24
Redacted
EXHIBIT
**6**



SCHOOL OF MEDICINE

* = Required Field

## Applicant Information

| | |
|---|---|
| * Start Term | * Have You Previously Applied? |
| September 2019 | No |

| * Title | * First Name | Middle Name | * Legal Last Name |
|---|---|---|---|
| Ms. | Natalia | | Ortiz Lopez |

* Date of Birth

[mm/dd/yyyy]

| * Personal Email Address | Alternative Email Address |
|---|---|

## Personal Information

| Other Names Used | * Gender |
|---|---|
| | Female |

For example-maiden name, legal name
change, aliases or nickname

| * Marital Status | * Number of Dependents |
|---|---|
| Single | 0 |
| | Type "0" for no dependents. |

* Place of birth (city, state, and country)
Cali, Colombia

## Contact Information

* Mailing Address Line 1

Mailing Address Line 2

* Country
United States of America

* State/Province

* City

| * Zip/Postal Code | Alternative Phone Number |
|---|---|

| * Mobile Phone Number | Text Message Opt-In |
|---|---|
| | [X] |

Text messages sent by the Admissions Office will not be used for "spam." By checking the confirmation box, you grant permission to Saba University School of Medicine to send text messages to your personal mobile phone number.

## Citizenship Information

* What is your citizenship status?
Citizen of the United States

US Social Security #/Canadian SI #
XXXXXXXXXX
Enter N/A if not applicable

* Is English your primary language?
Yes

If not English, what is your primary language?

Ethnicity
Hispanic

* As a Citizen of United States or Canada, do you also hold a valid passport for another country?
Yes

If yes, what country?
Colombia

* = Required Field

## University/College Information

Click here if this is the most recently attended institution.
[X]

* University/College Name
Florida International University

Start typing the full name of the institution and when the list appears with possible matches, select your institution.

Start Date
08/24/2015

End Date
04/26/2019

[mm/dd/yyyy]

[mm/dd/yyyy]

Degree Conferred (or Expected) Date
04/2019

Degree Level
Bachelors

[mm/yyyy]

Click on "Add Another Response" if you have attended additional universities/colleges.

## University/College Information

Click here if this is the most recently attended institution.
[ ]

* University/College Name
Broward College

Start typing the full name of the institution and when the list appears with possible matches, select your institution.

Start Date

End Date

[mm/dd/yyyy]

[mm/dd/yyyy]

R3S00000006

Degree Conferred (or Expected) Date          Degree Level

[mm/yyyy]

Click on "Add Another Response" if you have attended additional universities/colleges.

---

Indicate the status of the following six prerequisites listed below.

| * Biology 1 | * Biology 2 |
|---|---|
| Complete | Complete |
| * Chemistry 1 | * Chemistry 2 |
| Complete | Complete |
| * Organic Chemistry 1 | * Organic Chemistry 2 or Biochemistry |
| Complete | Complete |

---

Have you attended any US or non-US premedical preparatory programs or medical schools?

No

Note: A Dean's Letter is required from all previously attended medical institutions in order to complete the application process.

---

AAMC - MCAT

MCAT is required of all US and US Permanent Residents. MCAT is strongly encouraged of all applicants.

AAMC ID (MCAT Only)          * Most Recent or Expected Test Date
                             06/28/2019

                             [mm/dd/yyyy]

Send all supplemental documentation to the following address:

Saba University School of Medicine
c/o Admissions
27 Jackson Rd. Suite 301
Devens, Massachusetts 01434

* = Required Field

---

Clinical/Hospital Experience (Volunteer, Shadow, Observation or Otherwise)

* Hospital/Site          Title/Position
ScribeAmerica            telescribe

Number of hours completed and brief description of your responsibilities:
Worked from the Hollywood Florida location as a Telescribe for about one year.

---

Background Information

* Have you been arrested, charged or convicted of a felony, misdemeanor or other crime?
No

If yes, please explain:

* Have you withdrawn, been dismissed, suspended, or placed on probation from an academic institution for academic reasons?
No

If yes, please explain:

* Have you withdrawn, been dismissed, suspended, or placed on probation from an academic institution for non-academic reasons?
No

If yes, please explain:

## Technical Standards

All candidates for admission must meet the school's Technical Standards, which describe the essential abilities and characteristics for the study and practice of medicine, including the abilities which relate to observation; communication; motor function; intellectual-conceptual (integrative and quantitative) abilities; and behavioral and social skills. By submitting this application, the candidate affirms that he or she has read the Technical Standards, which are available at www.saba.edu.

* Do you have any medical, mental, emotional, or other condition that may prevent you from meeting the Technical Standards?
No

If yes, please explain:

* Do you require any accommodation relating to a medical, mental, emotional, or other condition in order to meet the Technical Standards?
No

If yes, please explain:

* = Required Field

## Referral Information

* How did you hear about Saba University School of Medicine?
University home page

If "other", how did you learn of Saba?          Referral Name (if applicable)

If "other social media", list below

Additional Comments (Ex: conference location, event date, etc)

## Additional Information

If yes, list the medical school(s) below:
MUA St. Matthew's University University of Central Florida University of South Florida
University of Arizona

## Recommendation - Professional                                    Clear   Re-send Invitation

Provide your recommender's contact information below and an invitation to the required form will be sent on your behalf to their

R3S00000008

email.

* First Name

[REDACTED]

* Last Name

[REDACTED]

* Email

[REDACTED]

---

Recommendation - Academic                          Clear   Re-send Invitation

Provide your recommender's contact information below and an invitation to the required form will be sent on your behalf to their email.

* First Name
SABA

* Last Name
ADMIN

* Email
SABA@ADMIN.EDU

---

Waiver of Access to Recommendations

Under the terms of the Family Educational Rights and Privacy Act (FERPA), you can review letters of recommendation and accompanying forms after you enroll at a postsecondary institution and only if that instiiution saves the documents post-enrollment.

Why should you consider waiving your right of access? Waiving your right lets colleges know that you will never try to read your recommendations. That in turn reassures colleges that your recommenders have provided support that is candid and truthful. While you are free to respond as you wish, if you choose not to waive your right, some recommenders may decline your request, and some colleges may disregard letters submitted on your behalf. Remember, even if you retain your right of access, you still won't be able to view any recommendations until after you have been admitted to and enrolled in a college. In other words, FERPA does not give you the right to inspect recommendations before they are sent to your colleges.

After you make your selection, you will be able to invite your counselor and recommenders. Once you make the first invitation, you will not be able to change your response to the waiver question. To ensure that you fully understand the implications of your selection, we urge you not to answer the waiver question until you have consulted with your guidance counselor or another school official.

For more information on FERPA follow this link: http://www.ed.gov/policy/gen/guid/fpco/ferpa/index.html

Check here to waive your access.
[X]

* = Required Field

CERTIFICATION STATEMENT

I hereby authorize Saba University School of Medicine to report information concerning my MCAT scores to the U.S. Department of Education, other regulatory bodies, and accrediting bodies.

The filling out and electronic submission of this form acknowledges that I understand that withholding any information requested in this application or giving false information may make me ineligible for admission to /or subject to dismissal from Saba University School of Medicine. With this in mind, I certify that the above statements are correct and complete.

No person shall be excluded from participation in, denied benefits of, or be subject to discrimination under any program or activity sponsored or conducted by Saba University School of Medicine, on any basis prohibited by applicable law, including but not limited

to race, color, national origin, sex, age, or handicap.

Please note: Information on sex, age, ethnic origin, and citizenship status is collected for compliance reports in connection with the federal regulation pursuant to the Civil Rights Acts of 1964, Executive Order 11375 and Title IX of the Education Amendments and Part 86. 45 C.F.R., and will not be used to discriminate in admission to or participation in any educational programs or activities offered by Saba University School of Medicine.

[University policies and academic requirements are subject to change from time-to-time.]

| Signature | |
| --- | --- |
| Typing your name here affirms your agreement to the statement above. | |
| * Signature Name | * Signature Date |
| Natalia Ortiz Lopez | 06/05/2019 |

HELPFUL HINTS:

In order to successfully submit your online application you will need to complete the following two tabs and then click "Submit".

Your Self Service Portal will display after the application has been submitted to help you track the status of your application and notify you of missing items.

* = Required Field

| Application Requirements |
| --- |
| Please upload the required document(s) below. Acceptable document formats for attachments are: Microsoft Word, PDF, and Jpeg. |

| Resume | Personal | Personal Photo |
| --- | --- | --- |
| 1. resume..docx  Remove | Statement | 1. 2.jpeg  Remove |
| | Attach file | |

If you are notified of an incomplete section, click "Continue" and return to the previous tab to complete the task .

Saba University School of Medicine | 27 Jackson Road, Suite 301, Devens, MA 01434
Admissions@saba.edu | www.saba.edu | 978-862-9600

R3S00000010