# **EXHIBIT 24**

# The Saba University School of Medicine Student Handbook

## "Education for Life"



**Saba University Round Hill Campus**

rev 07.14.17

R3S00002135

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the [School] to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

   Family Policy Compliance Office
   U.S. Department of Education
   400 Maryland Avenue, SW
   Washington, DC 20202

## COPYRIGHT POLICY

All Saba University School of Medicine ("SUSOM") students must respect the copyrights in works that are accessible through computers connected to the SUSOM network. Federal copyright law prohibits the reproduction, distribution, public display, or public performance of copyrighted materials without permission of the copyright owner, unless fair use or another exemption under copyright law applies. In appropriate circumstances, SUSOM will terminate the network access of users who are found to have infringed the copyrights of others. Users of the SUSOM network found to have engaged in infringement of copyright, including unauthorized peer-to-peer file sharing, may also be reported to the appropriate Dean or other personnel for disciplinary action.

SUSOM is committed to maintaining the integrity and availability of its network for the vital educational and research purposes for which it was designed and prohibits the use of its network to violate the law, including the U.S. Copyright Act. The unauthorized distribution of copyrighted material, including unauthorized peer-to-peer file sharing, such as illegal downloading or unauthorized distribution of copyrighted materials, violates the Copyright Act and may subject you to civil and criminal liabilities.

Penalties for copyright infringement include civil and criminal penalties. In general, anyone found liable for civil copyright infringement may be ordered to pay either actual damages or "statutory" damages of up to $30,000 per work infringed. For willful infringement, that amount may be increased up to $150,000 per work infringed. A court can, in its discretion, also assess costs and attorneys' fees. For details, see Title 17, United States Code, Sections 504, 505. For more information, please visit the U.S. Copyright Office website, including its "Frequently Asked Questions" webpage (http://www.copyright.gov/help/faq/).

## PROMOTIONS COMMITTEE GUIDELINES ON ACADEMIC PROGRESS IN BASIC SCIENCES

The Promotion Committee will review all students' progress throughout their academic careers at Saba University.

**Promotions Committee Approval of all Student Advancements**
The Associate Dean for Basic Sciences provides a list of all students recommended to progress to the following semester to the Promotions Committee before the scheduled meeting. The Committee each semester will also review the students failing to perform at passing levels. The name will be approved by the Committee and included in the minutes of the meeting.

**Composition of the Promotions Committee**
Members of the Promotions Committee shall be appointed by the Associate Dean of Basic Sciences within the following guidelines:

1. The committee shall consist of at least 5 faculty members with at least one member having a primary teaching role in each of the 5 semesters;
2. The Chair of the committee shall be a full professor and/or a course director who has served at least one year at the basic science campus;
3. The Dean of Students may attend meetings of the committee in an *ex-officio* capacity;
4. Except for appellants, no other person may attend the committee meeting without an invitation from the Chair. No recording devices are allowed in the meetings and all decisions and deliberations of the committee are confidential.

**Academic Probation Definition**
1. Fail one (1) course
2. Drop one (1) or more courses.
3. All transfer students admitted with advanced standing (first semester at Saba).

The initial placement on probation is for two (2) semesters and may not be appealed. Graduation from the basic science program confers removal of academic probation status.

The Promotion Committee evaluates student's appeal for *early removal from academic probation* by the follow procedures:

1. Students may appeal to be removed from academic probation because of excellent academic performance in the first semester of probation.

Saba University School of Medicine                                                                 13

R3S00002150

2. Within five (5) business days following completion of the block 4 exam in any semester, a student who wishes to appeal for early removal must submit a written appeal (maximum 2 typed pages) to the campus administration office. All new and relevant information must be included in this letter.
3. On receipt of the appeal, the campus administration will compile a file of relevant documents on each appellant (transcript and all numerical grades in every exam in each course including results on all NBME Shelf exams and / or such other exam(s) as deemed appropriate by the university).
4. Files of appellants will be disseminated to the members of the Promotions Committee. Individual members of the committee can request additional information from the chair via email before the meeting.
5. The Committee will meet during the first week of the semester (orientation day, if possible) and consider all appeals that have been received.
6. Any appeal that does not conform to the rules and deadlines will not be considered.
7. The Committee will vote on each appeal and by majority of those present, the Committee will grant or deny the appeal.
8. The Chair of the Committee will notify the student in writing of the results of the appeal within 2 business days. A copy is sent to the Registrar and filed in the student's permanent record.
9. A student whose appeal is denied by the Promotions Committee has the right to appeal to the Associate Dean of Basic Science in writing within three (3) business days of the Committee's decision. The file used by the Promotions Committee will be available to the Dean. The Associate Dean of Basic Science will inform the student of the decision in writing (email) within two business days.

**Dismissal Definition:**
A student is subject to dismissal if they:
1. Fail one two (2) or more courses while on academic probation
2. Fail one (1) course worth six (6) or more credits while on academic probation if any one of the course(s) failed or dropped resulting in academic probation was worth six (6) or more credits
3. Fail one (1) clinical clerkship while on academic probation
4. Fails a second competency (excluding Medical Knowledge 2a) in the same category (e.g. Patient Care or category 1) while on academic probation
5. Fails the same course or the same competency (or sub-competency) a second time whether by remediation or otherwise (excluding Medical Knowledge 2a) while on probation
6. Fail three (3) or more courses during the same semester
7. Fail two (2) courses worth six (6) or more credits each, or two (2) clinical clerkships during the same semester

The Promotions Committee receives, evaluates and determines students' appeal of dismissal.

1. Letters of dismissal (via email and surface mail) will be sent by campus administration to students as soon as the final grades are reported. Included in the letters will be the procedures for appeal.
2. Dismissed students have 2 business days (from the date of the email) to notify the campus administration (via email or fax) of the intention to appeal their dismissal.
3. A written appeal (maximum – 2 typed pages) must be received (via email or fax) by the campus administration within an additional 5 business days after notification of the intent to appeal. Additional relevant documentation (e.g. doctor reports) may be included. All new and relevant information must be included in the letter.
4. Upon receipt of a student's intent to appeal the dismissal, the campus administration will compile a file on the appellant, which will include all relevant academic records (i.e., all numerical grades in every exam (s) in each course (s) including results on al NBME Shelf exams and / or such other exam(s) as deemed appropriate by the university).
5. The file of each appellant will be disseminated to the members of the Promotions Committee. Individual members of the committee can request additional information such as opinions of other professors or counselors (subject to rules of confidentiality), and from the chair via email before the meeting.
6. The committee will meet during the first week of the semester (orientation day, if possible) and consider the appeals that have been received.
7. Any appeals that do not conform to the rules and deadlines will not be considered.
8. Dismissed students may request to meet with the committee. The committee chair will determine the amount of time allocated to the student's discussions with the committee. No one else will be permitted to address the Committee on the student' behalf or be present at the committee meeting. No electronic recording devices (tape recorder, cellular telephones, etc.) are permitted in the meeting.
9. The Committee will vote on each appeal of dismissal and by majority of those present, will grant or deny the appeal.
10. The Committee Chair will notify the student of the results of the appeal in writing (email and/or letter) by the end of the day of the appeal. A letter of decision of the Committee will be place in the student's permanent file.
11. A student whose dismissal is upheld by the Promotions Committee has the right to appeal to the Associate Dean of Basic Science in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Associate Dean of Basic Sciences. The Associate Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is as the discretion of the Associate Dean of Basic Science and is not required. The decision of the Associate Dean of Basic Science is final. The

R3S00002151

Associate Dean of Basic Science will inform the student of the decision in writing (email and/or letter) within two business days.

12. Appeals of errors in procedure or process should be sent to the President of the University (via email) within 48 hours of the Associate Dean's decision.

### USMLE Failures

Students who successfully complete the basic science portion of the curriculum have three (3) attempts and one (1) calendar year from the last official day of the semester in which they completed the basic sciences curriculum to successful pass USMLE Step 1. Within that year, they have a maximum of three (3) attempts at passage. It is the student's responsibility to schedule and pass the examination. If the one year time limit expires before all attempts have been used, the student forfeits the remaining attempts and is dismissed. No extensions on the one-year time limit are allowed.

### First Time Failures of USMLE Step 1

Students who fail the USMLE Step 1 Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination (e.g., NBME Comprehensive Basic Science Shelf Examination and / or such other exam(s) as deemed appropriate by the university) at the end of the course. Student will not be certified by the school to retake the examination unless they obtain a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 1 Examination.

### Second Time Failure of the USMLE Step 1

If a student fails a second time, the same procedure must be followed. However, the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time. If the student fails the USMLE examination a 3rd time, the student is dismissed without ability to appeal.

### Appeal with Lower Score after the Second Review Course

A student may appeal the decision to not be allowed a second retake of the exam of the Promotions Committee to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

The student must submit a written appeal to the Promotions Committee through the campus administration within 5 business days of receipt of the lower second end of review course examination score. In the appeal the student must address any special circumstances that explain the poorer performance. In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

A student whose appeal is denied by the Promotions Committee has the right to appeal to the Associate Dean of Basic Science in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Associate Dean of Basic Sciences. The Associate Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is as the discretion of the Associate Dean of Basic Science and is not required. The decision of the Associate Dean of Basic Science is final. The Associate Dean of Basic Science will inform the student of the decision in writing (email and/or letter) within two business days.

The student has the right to appeal to the President of the University if the University's policies and procedures were not followed. The appeal should be made in writing within 7 business days to the President located in the US Administrative office.

### Research: Literary Review and Analysis

Students who fail to submit any and all assignments outlined in the course syllabus in a timely fashion for the research module, Research: Literary Review and Analysis, will be placed on leave and are subject to dismissal. Any assignment not turned in when due will result in a zero mark for that assignment. Failure to respond to the committee or at such time that it is no longer mathematically possible to pass the course shall result in a failing grade. Additionally, any student who fails to deliver a Final Draft of the Paper (as defined in the course syllabus) in a form and manner acceptable to the such student's mentor within 90 days of passing USMLE Step 1, but in no event later than one (1) calendar year from the last official day of the semester in which such student completed the basic sciences curriculum, will be placed on academic leave and be subject to dismissal.

### Honor Code

"As a student of Saba University School of Medicine, I recognize that I am to be held to the highest standards of conduct and ethics in every aspect of my life. As a medical professional, I have read and will adhere to the code of academic honesty published in this manual. I will not lie, cheat, steal or tolerate anyone who does. All work handed in for grading will represent my own effort, without assistance from others. In my relationships with others, I will at all times demonstrate that I am a mature, caring adult worthy of consideration for advancement to the last two years of clinical training at SABA University School of Medicine. At no time should my actions jeopardize the safety and well being of my fellow students, faculty, patients or persons in the community of Saba. I will not cause disturbances, violate laws, initiate hostile or aggressive acts, or violate patient confidentiality."

### Substance Abuse & Treatment

R3S00002152