# **EXHIBIT 25**

**EXHIBIT 17** (6-28-24)

| STUDENT NAME | | | | DEGREE(S) CONFERRED |
|---|---|---|---|---|
| Natalia Andrea Ortiz Lopez | | | | |
| STUDENT ID | PROGRAM | MATRICULATED AS OF | | DATE ISSUE |
| 300576437 | Basic Science | 9/2/2019 | | 3/19/2024 |

| DESCRIPTION | GRADE | SCORE | QUAL. UNITS | SEM. PTS | WEEKS/ HOURS | DESCRIPTION | GRADE | SCORE | QUAL. UNITS | SEM. PTS | WEEKS/ HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fall 2019--SABA UNIVERSITY** | | | | | | **Summer 2020--SABA UNIVERSITY** | | | | | |
| SESSION DATES 09/02/2019 -- 12/13/2019 | | | | | | SESSION DATES 05/04/2020 -- 08/14/2020 | | | | | |
| MED512 Human Body Structure & Functio | C | 76 | 2.00 | 30.00 | 15.00 | MED714 Neuroscience and Neurology | F | 61 | 0.00 | 0.00 | 10.00 |
| MED514 Human Histology and Physiology | C | 75 | 2.00 | 26.00 | 13.00 | MED715 System & Disease I (Introduction/ | C | 70 | 2.00 | 22.00 | 11.00 |
| MED516 Clinical Skills I | B | 89 | 3.00 | 6.00 | 2.00 | MED716 Clinical Skills III | B | 87 | 3.00 | 9.00 | 3.00 |
| | | | | | | MED719 Behavioral Medicine | C | 74 | 2.00 | 16.00 | 8.00 |
| | ATT | ERN | QPTS | GPA | | | ATT | ERN | QPTS | GPA | |
| CURRENT | 30.00 | 30.00 | 62.00 | 2.07 | | CURRENT | 32.00 | 22.00 | 47.00 | 1.47 | |
| CUMULATIVE | 30.00 | 30.00 | 62.00 | 2.07 | | CUMULATIVE | 92.00 | 83.00 | 177.00 | 1.92 | |
| **Spring 2020--SABA UNIVERSITY** | | | | | | **Fall 2020--SABA UNIVERSITY** | | | | | |
| SESSION DATES 01/06/2020 -- 04/17/2020 | | | | | | SESSION DATES 08/31/2020 -- 12/11/2020 | | | | | |
| MED611 Metabolism & Nutrition | C | 75 | 2.00 | 18.00 | 9.00 | | | | | | |
| MED612 Genetics & Development | C | 75 | 2.00 | 8.00 | 4.00 | MED714 Neuroscience and Neurology | C | 75 | 2.00 | 20.00 | 10.00 |
| MED613 Infection/Disease/Response | C | 75 | 2.00 | 24.00 | 12.00 | | ATT | ERN | QPTS | GPA | |
| MED614 Medical Ethics | B | 81 | 3.00 | 6.00 | 2.00 | CURRENT | 10.00 | 10.00 | 20.00 | 2.00 | |
| MED616 Clinical Skills II | A | 91 | 4.00 | 12.00 | 3.00 | CUMULATIVE | 102.00 | 93.00 | 197.00 | 1.93 | |
| MED619 Research Curriculum-Evidence Ba | P | | | | 1.00 | | | | | | |
| | ATT | ERN | QPTS | GPA | | | | | | | |
| CURRENT | 30.00 | 31.00 | 68.00 | 2.27 | | | | | | | |
| CUMULATIVE | 60.00 | 61.00 | 130.00 | 2.17 | | | | | | | |

| STUDENT NAME | | | | | DEGREE(S) CONFERRED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Natalia Andrea Ortiz Lopez** | | | | | | | | | |
| STUDENT ID | PROGRAM | | MATRICULATED AS OF | | DATE ISSUE | | | | |
| **300576437** | **Basic Science** | | 9/2/2019 | | 3/19/2024 | | | | |

| DESCRIPTION | GRADE | QUAL. SCORE | SEM. UNITS | PTS | WEEKS/ HOURS | DESCRIPTION | GRADE | QUAL. SCORE | SEM. UNITS | PTS | WEEKS/ HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Spring 2021--SABA UNIVERSITY** | | | | | | **Spring 2022--SABA UNIVERSITY** | | | | | |
| SESSION DATES 01/04/2021 -- 04/16/2021 | | | | | | SESSION DATES 01/03/2022 -- 04/15/2022 | | | | | |
| MED811 Systems & Disease II (Repro/GI/F | C | 75 | 2.00 | 26.00 | 13.00 | MED918 Foundations of Clinical Medicine | F | | 0.00 | 0.00 | 16.00 |
| MED812 Systems & Disease III (CV/Resp/I | C | 76 | 2.00 | 26.00 | 13.00 | | ATT | ERN | QPTS | GPA | |
| MED816 Clinical Skills IV | B | 86 | 3.00 | 18.00 | 6.00 | CURRENT | 16.00 | 0.00 | 0.00 | 0.00 | |
| | ATT | ERN | QPTS | GPA | | CUMULATIVE | 181.00 | 141.00 | 315.00 | 1.74 | |
| CURRENT | 32.00 | 32.00 | 70.00 | 2.19 | | | | | | | |
| CUMULATIVE | 134.00 | 125.00 | 267.00 | 1.99 | | | | | | | |

NOTES:

********ACADEMIC DISMISSAL 08/16/2022********

**** End of Transcript ****

| DESCRIPTION | GRADE | QUAL. SCORE | SEM. UNITS | PTS | WEEKS/ HOURS |
|---|---|---|---|---|---|
| **Summer 2021--SABA UNIVERSITY** | | | | | |
| SESSION DATES 05/03/2021 -- 08/13/2021 | | | | | |
| MED911 Systems & Disease IV (MSK/Hen | B | 81 | 3.00 | 36.00 | 12.00 |
| MED916 Clinical Skills V | A | 90 | 4.00 | 12.00 | 3.00 |
| MED918 Foundations of Clinical Medicine | F | | 0.00 | 0.00 | 16.00 |
| MED919 Research Curriculum - Critical Ap | P | | | | 1.00 |
| | ATT | ERN | QPTS | GPA | |
| CURRENT | 31.00 | 16.00 | 48.00 | 1.55 | |
| CUMULATIVE | 165.00 | 141.00 | 315.00 | 1.91 | |