# **EXHIBIT 27**




August 11, 2022

Ms. Natalia Ortiz Lopez

Dear Ms. Lopez:

According to our records you failed Foundations of Clinical Medicine for the second time during the summer 2022 semester.

Administration hereby notifies you of your dismissal from the Basic Sciences Program for not making adequate academic progress. See below for the appeal procedure and please note that dismissed students have 2 business days from the date of this letter to notify the administration (via email or fax) of the intention to appeal their dismissal. Once your decision to appeal is received the following will take place.

1. You must submit a written appeal (maximum – 2 typed pages) must be received (via email or fax) by the campus administration within an additional 5 business days after notification of the intent to appeal. Additional relevant documentation (e.g. doctor reports) may be included. All new and relevant information must be included in the letter.
2. Upon receipt of a student's intent to appeal the dismissal, the campus administration will compile a file on the appellant, which will include all relevant academic records (i.e., all numerical grades in every exam (s) in each course (s) including results on all NBME Shelf exams).
3. The file of each appellant will be disseminated to the members of the Promotions Committee. Individual members of the committee can request additional information such as opinions of other professors or counselors (subject to rules of confidentiality), and from the chair via email before the meeting.
4. The committee will meet during the first week of the semester (orientation day, if possible) and consider the appeals that have been received.
5. Any appeals that do not conform to the rules and deadlines will not be considered.
6. Dismissed students may request to meet with the committee. The committee chair will determine the amount of time allocated to the student's discussions with the committee. No one else will be permitted to address the Committee on the student's behalf or be present at the committee meeting. No electronic recording devices (tape

Saba University School of Medicine (In the U.S.)
c/o R3 Education Inc.
27 Jackson Road, Suite 301
Devens, Massachusetts 01434 U.S.
Phone: (978) 862-9600 | Fax: (978) 862-9699

Saba University School of Medicine (On Saba)
P.O. Box 1000
Church Street
The Bottom, Saba, Dutch Caribbean
Phone: 011-599-416-3456 | Fax: 011-599-416-3458

www.saba.edu

PUBLIC                                                                                                      R3S00000001



          recorder, cellular telephones, etc.) are permitted in the meeting.

7. The Committee will vote on each appeal of dismissal and by majority of those present, will grant or deny the appeal.
8. The Committee Chair will notify the student of the results of the appeal in writing (email and/or letter) by the end of the day of the appeal. A letter of decision of the Committee will be placed in the student's permanent file.
9. A student whose dismissal is upheld by the Promotions Committee has the right to appeal to the Associate Dean of Basic Science in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Associate Dean of Basic Sciences. The Associate Dean of Basic Sciences will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is at the discretion of the Associate Dean of Basic Sciences and is not required. The decision of the Associate Dean of Basic Sciences is final. The Associate Dean of Basic Sciences will inform the student of the decision in writing (email and/or letter) within two business days.
10. Appeals of errors in procedure or process should be sent to the President of the University (via email) within 48 hours of the Associate Dean's decision.

I wish you every success with your further studies.

Sincerely,

*Rachel Robson*

Rachel Robson, Ph.D.
Associate Dean of Basic Sciences


RR/lb

Enclosure
cc: Promotions Committee
     Registrar

Saba University School of Medicine (In the U.S.)
c/o R3 Education Inc.
27 Jackson Road, Suite 301
Devens, Massachusetts 01434 U.S.
Phone: (978) 862-9600 | Fax: (978) 862-9699

Saba University School of Medicine (On Saba)
P.O. Box 1000
Church Street
The Bottom, Saba, Dutch Caribbean
Phone: 011-599-416-3456 | Fax: 011-599-416-3458

www.saba.edu