# **EXHIBIT 28**

# Paula Boisseau

**From:** Laura Boatswain <l.boatswain@saba.edu> on behalf of Laura Boatswain
**Sent:** Tuesday, August 16, 2022 3:56 PM
**To:** Paula Boisseau
**Subject:** Fwd: Letter from SUSOM

---------- Forwarded message ---------
From: **Natalia Ortiz Lopez** <n.ortizlopez@saba.edu>
Date: Tue, Aug 16, 2022 at 3:55 PM
Subject: Re: Letter from SUSOM
To: Laura Boatswain <l.boatswain@saba.edu>

Thank you so much for everything these past few years Laura. Please proceed with the dismissal.

On Tue, Aug 16, 2022 at 8:39 AM Laura Boatswain <l.boatswain@saba.edu> wrote:
> Dear Natalia,
>
> The deadline to let me know your intent to appeal is today. Please let me know before 5pm. Regards, Laura.
>
> On Fri, Aug 12, 2022 at 8:25 AM Laura Boatswain <l.boatswain@saba.edu> wrote:
>> Dear Natalia,
>>
>> Please see attached letter. Please let me know your intent to appeal within 2 business days. Thanks,
>>
>> --
>> Laura Boatswain
>> Administrative Assistant
>> Saba University School of Medicine
>> The Church Street
>> The Bottom, Saba
>> Caribbean Netherlands
>> l.boatswain@saba.edu
>> (599) 416 3456 ext 215

--
Laura Boatswain
Administrative Assistant
Saba University School of Medicine
The Church Street
The Bottom, Saba
Caribbean Netherlands
l.boatswain@saba.edu
(599) 416 3456 ext 215

PUBLIC          R3S00000004