UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff<br><br>  v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO
MOTIONS IN LIMINE TO EXCLUDE EXPERT WITNESSES**

Pursuant to Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for Defendants Saba University School of Medicine and R3 Education, Inc., together with counsel for Plaintiff Natalia Ortiz (collectively, the "Parties"), hereby move to extend the time to respond to the Parties' respective motions *in limine* to exclude expert witness testimony [ECF Nos. 118 and 122, respectively] by ten (10) days from November 29, 2024 to December 9, 2024. As grounds for this motion, the Parties state as follows:

1. On November 15, 2024, the Parties filed separate motions *in limine* to exclude expert witness testimony. Defendants filed a Motion *in Limine* to Exclude Testimony of Plaintiff's Expert, Dr. William W. Pinsky [ECF No. 118], and Plaintiff filed a Motion *in Limine* to Exclude Defendants' Expert Dr. Przemyslaw Jeziorski [ECF No. 122].

2. The Parties' responses to each respective motion are due on November 29, 2024, which is the day after Thanksgiving.

3. Due to the Thanksgiving holiday and associated travel, the Parties need additional time to fully evaluate the arguments and supporting case law, and to develop their responses in opposition to the motions *in limine*.

1

140475432v.3

4. The requested extension of time will not cause other delays to the Case Management Schedule.

WHEREFORE, the Parties respectfully request that this Court enter an Order extending the time to respond to the motions *in limine* to exclude expert witnesses by ten (10) days up to and including December 9, 2024.

140475432v.3

| | |
|---|---|
| Dated: November 21, 2024 | Respectfully submitted, |
| **NATALIA ORTIZ, on behalf of herself and the certified class,** | **SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.** |
| *Patrick T. Egan* <br> BERMAN TABACCO <br> Patrick T. Egan (BBO #637477) <br> Christina L. G. Fitzgerald (BBO#709220) <br> One Liberty Square <br> Boston, MA 02109 <br> (617) 542-8300 <br> pegan@bermantabacco.com <br> cfitzgerald@bermantabacco.com <br><br> MAYNARD NEXSEN PC <br> Margaret M. Siller (*pro hac vice*) <br> 1131 4th Avenue South, Suite 320 <br> Nashville, TN 37210 <br> (629) 258-2253 <br> msiller@maynardnexsen.com <br><br> John R. Alford, Jr. (*pro hac vice*) <br> 1901 6th Avenue North, Suite 1700 <br> Birmingham, AL 35203 <br> (205) 254-1847 <br> jalfordjr@maynardnexsen.com <br><br> NATIONAL STUDENT LEGAL DEFENSE NETWORK <br> Alexander S. Elson (*pro hac vice*) <br> Daniel A. Zibel (*pro hac vice*) <br> Madeline Wiseman (*pro hac vice*) <br> 1701 Rhode Island Ave. NW <br> Washington, DC 20036 <br> (202) 734-7495 <br> alex@defendstudents.org <br> dan@defendstudents.org <br> madeline@defendstudents.org | */s/ Daryl J. Lapp* <br> Daryl J. Lapp, BBO # 554980 <br> daryl.lapp@lockelord.com <br> LOCKE LORD, LLP <br> 111 Huntington Avenue, 9th Floor <br> Boston, MA  02199 <br> 617.239.0100 <br><br> Dale A. Evans, Jr., (*pro hac vice*) <br> dale.evans@lockelord.com <br> LOCKE LORD, LLP <br> 777 South Flagler Drive – <br> East Tower Suite 215 <br> West Palm Beach, FL  33401 <br> 561.820.0248 <br><br> Michael J. McMorrow (*pro hac vice*) <br> michael.mcmorrow@lockelord.com <br> LOCKE LORD, LLP <br> 111 S. Wacker Drive <br> Chicago, IL 60606 <br> 312.443.0246 |

**CERTIFICATE OF SERVICE**

      I certify that on November 21, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                              */s/Daryl J. Lapp*
                                              Daryl J. Lapp

140475432v.3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>      Plaintiff<br><br>  v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## [PROPOSED] ORDER APPROVING JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTIONS IN LIMINE TO EXCLUDE EXPERT WITNESSES

This matter comes before the Court on the parties' Joint Motion to Extend Time to Respond to Motions *in Limine* to Exclude Expert Witnesses. The Court being fully advised and for good cause shown, the Motion is hereby GRANTED. The parties may file their responses on or before December 9, 2024.

IT IS SO ORDERED.

DATED: _____

                                                        Hon. William G. Young
                                                        United States District Judge

140475432v.3