UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>   *Plaintiff*,<br><br> v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>   *Defendants*. | Civil Action No.: 1:23-cv-12002-WGY |

## PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES

Pursuant to Local Rule 7.1(b) of the United States District Court for the District of Massachusetts, Plaintiff Natalia Ortiz hereby moves to extend the remaining briefing deadlines for: (1) the pending Motion for Summary Judgment (ECF 120) and (2) the Parties' respective *Daubert* motions to exclude expert witness testimony. *See* ECF 118 and 122.

As grounds for this Motion, the Plaintiff states as follows:

1. On November 15, 2024, Defendants Saba University School of Medicine and R3 Education, Inc. ("Defendants") filed a Motion for Summary Judgment on Plaintiff's claims arising under Mass. Gen. Laws ch. 93A, § 9 and Mass. Gen. Laws ch. 266, § 91. *See* ECF 120.

2. On the same date, the Parties filed separate *Daubert* motions to exclude expert witness testimony. Plaintiff filed a Motion *in Limine* to Exclude Defendants' Expert Dr. Przemyslaw Jeziorski (ECF No. 122), and Defendants filed a Motion *in Limine* to Exclude the Testimony of Plaintiff's Expert, Dr. William W. Pinsky. *See* ECF No. 118.

3. Under the Court's case management schedule, Plaintiff's response to Defendants' Motion for Summary Judgment is currently due December 6, 2024, and Defendants' reply thereto is currently due December 20, 2024. *See* ECF 35.

1

4. The Parties' respective responses to the *Daubert* motions are currently due December 9, 2024. *See* ECF 133.

5. On November 26, 2024, this Court entered a Memorandum and Order that reversed its previous decision certifying a nationwide class pursuant to Mass. Gen Laws ch. 93A, § 9. *See* ECF 134.

6. Plaintiff requests additional time to determine how this Court's November 26, 2024 Memorandum and Order affects her summary judgment and *Daubert* arguments and to consider filing an interlocutory petition pursuant to Federal Rule of Civil Procedure 23(f) or other relief.

7. Accordingly, Plaintiff respectfully requests an extension of the above-noted briefing deadlines to allow time for: (1) the Parties to assess the impact of this Court's November 26, 2024 Memorandum and Order, and (2) to allow the Plaintiff to file either a Rule 23(f) petition or a motion for reconsideration.

8. In the event that Plaintiff does not file a Rule 23(f) petition or motion for reconsideration, Plaintiff submits that the Parties should submit a revised schedule to the Court no later than December 20, 2024. If Plaintiff files a Rule 23(f) petition, Plaintiff requests that the deadline for filing oppositions to the pending motions be extended until twenty-one (21) days following a ruling on such petition.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order extending the time to respond to the Motion for Summary Judgment and *Daubert* motions to exclude expert witnesses pursuant to the terms of Paragraphs 7-8, detailed above.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

      Plaintiff's Counsel certifies that in compliance with Rule 7.1(a)(2), Plaintiff met and conferred via email with counsel for Defendants in a good-faith effort to narrow or resolve the issues raised in this Motion. Counsel for Defendants indicated they would oppose the relief requested.

Dated: November 27, 2024                        Respectfully submitted,

                                                        /s/ Patrick T. Egan
Berman Tabacco
Patrick T. Egan (BBO #637477)
Christina L. G. Fitzgerald (BBO #709220)
One Liberty Square
Boston, MA 02109
(617) 542-8300
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

Maynard Nexsen PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

John R. Alford, Jr. (admitted *pro hac vice*)
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
(205) 254-1847
jalfordjr@maynardnexsen.com

National Student Legal Defense Network
Alexander S. Elson (admitted *pro hac vice*)
Daniel A. Zibel (admitted *pro hac vice*)
Madeline Wiseman (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org
dan@defendstudents.org
madeline@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*

**CERTIFICATE OF SERVICE**

      I certify that on November 27, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                                 */s/ Patrick T. Egan*
                                                 Patrick T. Egan