UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons, <br><br> *Plaintiff*, <br><br> v. <br><br><br> SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC., <br><br> *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    1:23-cv-12002-WGY <br>    CLASS ACTION |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL**

Plaintiff Natalia Ortiz, by and through her counsel, hereby moves pursuant to Local Rule 7.2 for an order authorizing the filing under seal of limited portions of Plaintiff's Counterstatement of Material Facts (at ¶¶16-17); as well as Exhibits 33, 34 and 38 to the Declaration of Margaret M. Siller ("Siller Declaration"). A proposed order is attached with this Motion.

The exhibits subject to this Motion are documents that Defendants have designated "Confidential." In support of this Motion, Plaintiff files the accompanying memorandum, in addition to filing redacted versions of Plaintiff's Counterstatement of Material Facts, and the Siller Declaration on the public docket.

WHEREFORE, Plaintiff respectfully requests leave to file under seal the unredacted copies of Plaintiff's Counterstatement of Material Facts; and Siller Exhibits 33, 34 and 38.

1

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that, on December 5, 2024, counsel for Ms. Ortiz conferred with counsel for Defendants by email in a good-faith effort to narrow or resolve the issues raised in this Motion. Defendants stated they are maintaining their confidentiality designations for the exhibits at issue.

Dated**:** December 6, 2024                              Respectfully Submitted,

                                                                              */s/ Patrick T. Egan*

                                                                              BERMAN TABACCO
                                                                              Patrick T. Egan (BBO #637477)
                                                                              Christina L. G. Fitzgerald (BBO#709220)
                                                                              One Liberty Square
                                                                              Boston, MA  02109
                                                                              (617) 542-8300
                                                                              pegan@bermantabacco.com
                                                                              cfitzgerald@bermantabacco.com

                                                                              MAYNARD NEXSEN PC
                                                                              Margaret M. Siller (admitted *pro hac vice*)
                                                                              1131 4th Avenue South, Suite 320
                                                                              Nashville, TN 37210
                                                                              (629) 258-2253
                                                                              msiller@maynardnexsen.com

                                                                              NATIONAL STUDENT LEGAL DEFENSE NETWORK
                                                                              Alexander S. Elson (admitted *pro hac vice*)
                                                                              1701 Rhode Island Ave. NW
                                                                              Washington, DC 20036
                                                                              (202) 734-7495
                                                                              alex@defendstudents.org

                                                                              *Counsel for Plaintiff Natalia Ortiz*