UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,** )<br>)<br>)<br>*Plaintiff*, )<br>)<br>**v.** )<br>)<br>)<br>)<br>**SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,** )<br>)<br>)<br>)<br>*Defendants*. ) | 1:23-cv-12002-WGY<br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN
DOCUMENTS AND REFERNCES THERETO UNDER SEAL**

Plaintiff Natalia Ortiz, by and through her counsel, having moved pursuant to Local Rule 7.2 for an order authorizing the filing under seal of limited portions of Plaintiff's Counterstatement of Material Facts (at ¶¶ 16-17); as well as Exhibits 33, 34 and 38 to the Declaration of Margaret M. Siller ("Siller Declaration"); and the Court, having considered the papers and arguments submitted concerning this motion; and good cause having been shown;

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for leave is GRANTED;

2. An unredacted copy of Plaintiff's Counterstatement of Material Facts (at ¶¶ 16-17); and Exhibits 33, 34 and 38 to the Siller Declaration shall be filed under seal.

.

1

IT IS SO ORDERED.

DATED: _____                                    _____
                                                       Hon. William G. Young
                                                       United States District Judge