UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>)<br>SABA UNIVERSITY SCHOOL OF )<br>MEDICINE AND R3 EDUCATION, INC., )<br>)<br>)<br>*Defendants*. ) | 1:23-cv-12002-WGY<br>CLASS ACTION |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE CERTAIN
DOCUMENTS AND REFERENCES THERETO UNDER SEAL**

Plaintiff Natalia Ortiz, by and through her counsel, hereby submits this Memorandum in Support of her Motion pursuant to Local Rule 7.2 for an order authorizing the filing under seal of limited portions of Plaintiff's Counterstatement of Material Facts (at ¶¶ 16-17); as well as Exhibit 33, 34 and 38 to the Declaration of Margaret M. Siller ("Siller Declaration"). In support of this Motion, Plaintiff states as follows:

On February 29, 2024, the Court entered a Confidentiality Stipulation and Protective Order governing the exchange of confidential information in the above-captioned action. ECF No. 46 (the "Protective Order"). Under Paragraph 8 of the Protective Order, any motions to file Confidential Information under seal "shall be filed in accordance with the rules of the Court."

Nothing attached to the Siller Declaration has been designated confidential by Plaintiff. Rather, portions of Plaintiff's Counterstatement of Material Facts reference or describe materials

1

that *Defendants* have designated as Confidential. On December 5, 2024, counsel for Ms. Ortiz conferred with counsel for Defendants by email in a good-faith effort to narrow or resolve the issues raised in this Motion. Plaintiff's counsel shared a copy of the documents at issue that they planned to use in connection with their Summary Judgment Opposition that was marked by Defendants as "Confidential," and asked if Defendants would reconsider their designation or not. Defendants' counsel responded stated they are maintaining their confidentiality designations for the exhibits at issue.

Exhibit 38 is already heavily redacted and Plaintiff does not believe that any of the exhibits contain confidential student-identifying information or any trade secrets. Yet, in light of Defendants' designation, Plaintiff is left with no option but file this motion.

WHEREFORE, Plaintiff respectfully requests leave, pursuant to Local Rule 7.2, to file under seal those portions of the Plaintiff's Counterstatement of Material Facts (at ¶¶ 16-17); as well as Exhibits 33, 34 and 38 to the Siller Declaration.

Dated**:** December 6, 2024  Respectfully Submitted,

/s/ Patrick T. Egan

BERMAN TABACCO
PATRICK T. EGAN (BBO #637477)
Christina L. G. Fitzgerald (BBO#709220)
One Liberty Square
Boston, MA  02109
(617) 542-8300
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

MAYNARD NEXSEN PC
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

NATIONAL STUDENT LEGAL DEFENSE NETWORK
Alexander S. Elson (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org

*Counsel for Plaintiff Natalia Ortiz*