## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,** | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| **v.** | ) ) ) ) | **1:23-cv-12002-WGY** |
| **SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,** | ) ) ) ) | **CLASS ACTION** |
| *Defendants*. | ) ) ) | |

## DECLARATION OF MARGARET M. SILLER
## IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Margaret M. Siller, being duly sworn, deposes and says under penalty of perjury:

1.      I am a Shareholder in the Nashville, Tennessee office of Maynard Nexsen PC and am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in this Declaration is based upon my personal knowledge and pursuant to 28 U.S.C. § 1746.

2.      Along with my co-counsel, Alexander S. Elson at the National Student Legal Defense Network ("Student Defense") and Patrick T. Egan of Berman Tabacco, I represent Plaintiff Natalia Ortiz ("Plaintiff" or "Ms. Ortiz") in the above-captioned action.  I have been admitted to appear before this Court *pro hac vice*.

3.      I make this Declaration in support of Ms. Ortiz's opposition to Defendants' Motion for Summary Judgment ("Motion").

4.      Attached hereto as **Exhibit 1** are true and correct copies of excerpted pages from the transcript of the deposition of Maruice Clifton, M.D. taken on September 20, 2024.

5.      Attached hereto as **Exhibit 2** are true and correct copies of excerpted pages from the transcript of the deposition of Natalia Ortiz taken on June 28, 2024.

6.      Attached hereto as **Exhibit 3** are true and correct copies of excerpted pages from the transcript of the deposition of Gerald Wargo taken on August 23 2024.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Natalia Ortiz Lopez in Support of Her Motion for Class Certification, filed herein on June 7, 2024 (ECF No. 52).

8.      Attached hereto as **Exhibit 5** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of Saba's Student Handbook (revised July 14, 2017), which bears the following Bates numbers: R3S00002135 through R3S00002182.

9.      Attached hereto as **Exhibit 6** are true and correct copies of excerpted pages from the transcript of the 30(b)(6) deposition of Patrick Donnellan (Vol. II) taken on November 6, 2024.

10.      Attached hereto as **Exhibit 7** is a true and correct copy, as produced to Ms. Ortiz by defendants, of an excerpt from the New York State Education Department Self Study Guide dated October 21, 2021 as provided by Saba University School of Medicine, which bears the following Bates numbers:  R3S00018357 and R3S00018367 & R3S00018373.

11.      Attached hereto as **Exhibit 8** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012037 through R3S00012066 (designated confidential by Defendants).

12.      Attached hereto as **Exhibit 9** are true and correct copies of excerpted pages from the transcript of the 30(b)(6) deposition of Patrick Donnellan (Vol. I) taken on November 5, 2024.

13.    Attached hereto as **Exhibit 10** is a true and correct copy of Defendants' Answer and Jury Demand, filed herein on January 31, 2024 (ECF No. 32).

14.    Attached hereto as **Exhibit 11** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Steven Rodger, Philippe VanHecke, and Donald Donahue dated May 24, 2021, which bear the following Bates numbers: R3S00024119 through R3S00024120 (designated confidential by Defendants).

15.    Attached hereto as **Exhibit 12** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a 2022 Saba University School of Medicine Acceptance Survey, which bears the following Bates numbers: R3S00016462 through R3S00016478 (designated confidential by Defendants).

16.    Attached hereto as **Exhibit 13** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation entitled "Life by Degrees," which bears the following Bates numbers: R3S00000081 through R3S00000128 (designated confidential by Defendants).

17.    Attached hereto as **Exhibit 14** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation entitled "Find Your Edge at Saba," which bears the following Bates numbers: R3S00003900 through R3S00003944 (designated confidential by Defendants).

18.    Attached hereto as **Exhibit 15** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation entitled "International Medical School Graduates & U.S. Healthcare," which bears the following Bates numbers: R3S00003702 through R3S00003720 (designated confidential by Defendants).

19.     Attached hereto as **<u>Exhibit 16</u>** is a true and correct copy, as produced by Ms. Ortiz, of a screenshot from the FAQ section of Saba's website, which bears the following Bates number: P-000838.

20.     Attached hereto as **<u>Exhibit 17</u>** is a true and correct copy, as produced by Ms. Ortiz, of a recruiting email from Saba's admissions office to Ms. Ortiz dated November 2, 2018, which bears the following Bates number: P-000359.

21.     Attached hereto as **<u>Exhibit 18</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012265 through R3S00012286 (designated confidential by Defendants).

22.     Attached hereto as **<u>Exhibit 19</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012418 through R3S00012444 (designated confidential by Defendants).

23.     Attached hereto as **<u>Exhibit 20</u>** is a true and correct copy, as produced by Ms. Ortiz, of a post from one of Saba's social media accounts, which bears the following Bates number: P-000835.

24.     Attached hereto as **<u>Exhibit 21</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of Saba's 2020-2021 MD Program Prospectus, which bears the following Bates numbers:  R3S00001083 through R3S00001132.

25.     Attached hereto as **<u>Exhibit 22</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba webinar presentation pertaining to recruiting, which bears the following Bates numbers: R3S00018045 through R3S00018089.

26.     Attached hereto as **Exhibit 23** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a recruiting email from Saba's admissions office to Ms. Ortiz dated November 2, 2018, which bears the following Bates numbers: R3S00004463 through R3S00004464.

27.     Attached hereto as **Exhibit 24** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a recruiting email from Saba's admissions office, which bears the following Bates numbers: R3S00012773 through R3S00012776 (designated confidential by Defendants).

28.     Attached hereto as **Exhibit 25** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a reproduction of a page on a previous version of Saba's website, which bears the following Bates numbers: R3S00004229 through R3S00004231.

29.     Attached hereto as **Exhibit 26** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from the Saba admissions office to a prospective student (email address redacted) dated October 19, 2020, which bears the following Bates numbers: R3S00017443 through R3S00017445 (designated confidential by Defendants).

30.     Attached hereto as **Exhibit 27** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Saba personnel and a prospective student dated September 18, 2018 to September 19, 2018, which bear the following Bates numbers: R3S00028831 through R3S00028832.

31.     Attached hereto as **Exhibit 28** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012091 through R3S00012115 (designated confidential by Defendants).

32.     Attached hereto as **Exhibit 29** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation pertaining to recruiting, which bears the following Bates numbers: R3S00003945 through R3S00003979 (designated confidential by Defendants).

33.    Attached hereto as **Exhibit 30** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a flyer for a November 7, 2018 admissions open house hosted by Saba in Jacksonville, Florida, which bears the following Bates number: R3S00003653.

34.    Attached hereto as **Exhibit 31** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a Saba presentation pertaining to enrollment, which bears the following Bates numbers: R3S00012588 through R3S00012604 (designated confidential by Defendants).

35.    Attached hereto as **Exhibit 32** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a compilation of Saba's internet advertisements, which bears the following Bates numbers: R3S00012527 through R3S00012545 (designated confidential by Defendants).

36.    Attached hereto as **Exhibit 33** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a July 6, 2020 email exchange between Patrick Donnellan, Don Donahue, *et al*. re USMLE Step 1 and USMLE Step 2 Results, which bears the following Bates numbers: R3S00024071 through R3S00024072 (designated confidential by Defendants).

37.    Attached hereto as **Exhibit 34** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a March 22, 2019 email exchange between Don Donahue and Mary Tarczynski re Updated Saba Webinar and Script, which bears the following Bates numbers:  R3S00014670 through R3S00014677 (designated confidential by Defendants).

38.    Attached hereto as **Exhibit 35** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email exchange between Don Donahue, Sebastian Dyer, *et al*. dated August 12, 2020 through September 4, 2020 re Saba and SMU Med Prospectus, which bears the following Bates numbers:  R3S00014946 through R3S00014952.

39.    Attached hereto as **Exhibit 36** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Scott Taylor dated May 4, 2018 through

May 9, 2018, which bear the following Bates numbers: R3S00016284 through R3S00016285 (designated confidential by Defendants).

40.     Attached hereto as **<u>Exhibit 37</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a May 20, 2020 email to Sebastian Dyer from Don Donahue re USMLE Step 1 Pass rates, which bears the following Bates number: R3S00015838.

41.     Attached hereto as **<u>Exhibit 38</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an Agenda and attached materials, which bears the following Bates numbers: R3S00037434 through R3S00037453 (designated confidential by Defendants).

42.     Attached hereto as **<u>Exhibit 39</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an October 25, 2017 email from Paula Boisseau to Maurice Clifton re Attrition List, which bears the following Bates number: R3S00029536.

43.     Attached hereto as **<u>Exhibit 40</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email and attachment from Amy LeCain to Patrick Donnellan dated February 7, 2018, which bears the following Bates numbers: R3S00022067 through R3S00022096 (designated confidential by Defendants).

44.     Attached hereto as **<u>Exhibit 41</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Terry Moya, Susan Horvath, and Larrissa Green dated May 1, 2022 to May 2, 2022, which bear the following Bates numbers: R3S00022097 through R3S00022102 (designated confidential by Defendants).

45.     Attached hereto as **<u>Exhibit 42</u>** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Terry Moya and Moe Kamal dated December 16, 2021, which bear the following Bates numbers: R3S00022289 through R3S00022290 (designated confidential by Defendants).

46.    Attached hereto as **Exhibit 43** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Terry Moya and Moe Kamal dated November 11, 2021 to November 23, 2021, which bears the following Bates numbers: R3S00022360 through R3S00022362 (designated confidential by Defendants).

47.    Attached hereto as **Exhibit 44** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Terry Moya dated May 13, 2022, which bears the following Bates number: R3S00022280 (designated confidential by Defendants).

48.    Attached hereto as **Exhibit 45** are true and correct copies of excerpted pages from the transcript of the deposition of Gerald Wargo taken on August 23 2024.

49.    Attached hereto as **Exhibit 46** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a 2023 report entitled "Retreat Report: GUS Canada & R3 Strategy Meeting" prepared by McMillan Vantage Policy Group, which bears the following Bates numbers: R3S00021917 through R3S00021927 (designated confidential by Defendants).

50.    Attached hereto as **Exhibit 47** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Melissa Kushner, Jennifer Bosco, Gerald Wargo, and Sarah Russell dated March 23, 2022, which bear the following Bates numbers: R3S00022132 to R3S00022133.

51.    Attached hereto as **Exhibit 48** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Tiffny Rohner dated March 14, 2019, which bear the following Bates number: R3S00012697 (designated confidential by Defendants).

52.    Attached hereto as **Exhibit 49** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Melissa Kushner and Gerald Wargo dated July 8, 2022, which

bear the following Bates numbers: R3S00021829 through R3S00021830 (designated confidential by Defendants).

53.     Attached hereto as **Exhibit 50** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Steven Rodger, Sarah Russell, and Gerald Wargo dated July 25, 2022 through July 26, 2022, which bears the following Bates numbers: R3S00022125 to R3S00022126 (designated confidential by Defendants).

54.     Attached as **Exhibit 51** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of a 2022 site visit report from the New York State Board of Education entitled "International Medical Schools Seeking Long-term Clinical Clerkship Approval in New York State," which bears the following Bates numbers: R3S00030717 to R3S00030749 (designated confidential by Defendants).

55.     Attached hereto as **Exhibit 52** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Lipsheon Jhand dated February 18, 2021 to February 19, 2021, which bear the following Bates numbers: R3S00012685 through R3S00012686 (designated confidential by Defendants).

56.     Attached hereto as **Exhibit 53** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Donald Donahue and Kim T. Coon dated August 27, 2020, which bear the following Bates numbers: R3S00012689 through R3S00012690 (designated confidential by Defendants).

57.     Attached hereto as **Exhibit 54** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Joan Carter and Donald Donahue dated March 12, 2020 to March 13, 2020, which bear the following Bates numbers: R3S00012691 through R3S00012692 (designated confidential by Defendants).

58.     Attached hereto as **Exhibit 55** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Joan Carter to Donald Donahue dated March 19, 2019, which bears the following Bates number: R3S00012696.

59.     Attached hereto as **Exhibit 56** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Don Donahue to Kim T. Coon dated August 27, 2020, which bears the following Bates numbers: R3S00012689 through R3S00012690 (designated confidential by Defendants).

60.     Attached hereto as **Exhibit 57** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of an email from Don Donahue to Lipsheon Jhand dated February 19, 2021, which bears the following Bates numbers: R3S00012685 through R3S00012686 (designated confidential by Defendants).

61.     Attached hereto as **Exhibit 58** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Gerald Wargo, Melissa Kushner, Cyndi McLeod, and Sarah Russell dated December 20, 2022, which bear the following Bates numbers: R3S00021747 through R3S00021752.

62.     Attached hereto as **Exhibit 59** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Saba's admissions office and a prospective student dated November 18, 2021 to November 19, 2021, which bear the following Bates number: R3S00026497 (designated confidential by Defendants).

63.     Attached hereto as **Exhibit 60** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Saba's admissions office and a prospective student dated February 27, 2023 to March 9, 2023, which bear the following Bates numbers: R3S00026543 to R3S00026546 (designated confidential by Defendants).

64.     Attached hereto as **Exhibit 61** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Chris Cebula and a prospective student dated May 29, 2016 to August 15, 2016, which bear the following Bates numbers: R3S00029159 to R3S00029163.

65.     Attached hereto as **Exhibit 62** is a true and correct copy, as produced to Ms. Ortiz by Defendants, of emails between Saba's admissions office and a prospective student dated August 2, 2021 to March 7, 2022, which bear the following Bates numbers: R3S00026552 through R3S00026553 (designated confidential by Defendants).

66.     Attached hereto as **Exhibit 63** is a true and correct copy, as produced to Ms. Ortiz by Defendants, is a report from the Dutch Inspectorate of Education dated October 13, 2021, which bears the following Bates numbers: R3S00026081 through R3S00026083 (designated confidential by Defendants).

67.     Attached hereto as **Exhibit 64** are true and correct copies of excerpted pages from the transcript of the deposition of Steven Rodger taken on September 5, 2024.

68.     Attached hereto as **Exhibit 65** are true and correct copies of excerpted pages from the transcript of the deposition of Donald Donahue taken on October 31, 2024.

69.     Attached hereto as **Exhibit 66** is a true and correct copy, as produced by Ms. Ortiz, of an email from the Saba admissions office to Ms. Ortiz dated July 26, 2019, which bears the following Bates numbers: P-000222 through P-000224.

70.     Attached hereto as **Exhibit 67** is a true and correct copy, as produced by Ms. Ortiz, of an email from the Saba admissions office to Ms. Ortiz dated May 29, 2019, which bears the following Bates numbers: P-000234 through P-000241.

71.     Attached hereto as **Exhibit 68** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated July 15, 2019, which bears the following Bates numbers: P-000293 through P-000295.

72.     Attached hereto as **Exhibit 69** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated January 2, 2019, which bears the following Bates numbers: P-000296 through P-000298.

73.     Attached hereto as **Exhibit 70** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated July 5, 2019, which bears the following Bates numbers: P-000315 through P-000318.

74.     Attached hereto as **Exhibit 71** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated June 8, 2019, which bears the following Bates numbers: P-000319 through P-000322.

75.     Attached hereto as **Exhibit 72** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated November 2, 2018, which bears the following Bates number: P-000359.

76.     Attached hereto as **Exhibit 73** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated June 16, 2019, which bears the following Bates numbers: P-000393 through P-000398.

77.     Attached hereto as **Exhibit 74** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz, which bears the following Bates numbers: P-000399 through P-000404.

78.     Attached hereto as **<u>Exhibit 75</u>** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated June 23, 2019, which bears the following Bates numbers:  P-000405 through P-000410.

79.     Attached hereto as **<u>Exhibit 76</u>** is a true and correct copy, as produced by Ms. Ortiz, of an email from Saba's admissions office to Ms. Ortiz dated July 2, 2019, which bears the following Bates numbers: P-000799 through P-000804.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.


Dated: December 6, 2024

Margaret M. Siller