# Exhibit 1



# Transcript of Maurice Clifton, M.D.

**Date:** September 20, 2024
**Case:** Ortiz -v- Saba University School of Medicine, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          IN THE UNITED STATES DISTRICT COURT
2                DISTRICT OF MASSACHUSETTS
3     - - - - - - - - - - - - x
4    NATALIA ORTIZ, on behalf of    :
5    herself and a class of         :
6    similarly situated persons,    :Case No
7          Plaintiff,                :1:23-cv-12002-WGY
8       v.                           :
9    SABA UNIVERSITY SCHOOL OF      :
10   MEDICINE; and R3 Education,    :
11   INC,                            :
12         Defendants.               :
13    - - - - - - - - - - - - x
14
15      REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
16                MAURICE CLIFTON, M.D.
17              FRIDAY, SEPTEMBER 20, 2024
18                    8:01 A.M. CST
19
20   JOB NO.: 553198
21   PAGES: 1 - 203
22   REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
23
24

1   specific instances or specific, you know -- I just    08:51:56
2   don't remember specific things.  I just remember    08:52:02
3   being upset enough that I had to get out.    08:52:04
4       Q   Did the culture within Saba and R3 change    08:52:14
5   at or around 2020 and forward?    08:52:17
6       A   Yes.    08:52:21
7       Q   Can you describe that change to me?    08:52:21
8           MR. EVANS:  Objection, form.    08:52:26
9       A   The -- prior to that, and it was a gradual    08:52:31
10  change, but prior to that, like I said earlier,    08:52:35
11  everything was about focusing on student success,    08:52:38
12  getting them through the program and into    08:52:44
13  residence.  And after that, it was all marketing.    08:52:47
14      Q   When you say marketing, do you mean    08:52:53
15  marketing to prospective students to get them in    08:52:56
16  the front door on day one?    08:53:00
17      A   Yes.    08:53:02
18      Q   Were -- were you concerned with the    08:53:02
19  marketing that was done at that time?    08:53:10
20          MR. EVANS:  Objection, form.    08:53:14
21      A   Yes.    08:53:16
22      Q   What were your concerns?    08:53:17
23      A   I thought they were wasting millions of    08:53:21
24  dollars that could have been used to improve the    08:53:27

1  education program.  08:53:30
2  Q  Did you notice a shift in -- strike that.  08:53:31
3  Was there a shift in budget allocated to  08:53:40
4  marketing versus education at that time?  08:53:45
5  A  I would say there was -- I don't know  08:53:56
6  about, I guess -- I don't know if it was  08:53:59
7  necessarily a shift, but there was an increase in  08:54:02
8  market spend during that time.  08:54:05
9  Q  Okay.  And did you -- were you involved in  08:54:08
10  marketing efforts to prospective students?  08:54:12
11  A  Very peripherally.  08:54:20
12  Q  So and we'll look at some documents a  08:54:24
13  little bit later, Dr. Clifton, but there are  08:54:28
14  periodic -- there were periodic open houses, for  08:54:31
15  example with Saba; is that correct?  08:54:36
16  A  Correct.  08:54:39
17  Q  And that would give prospective students  08:54:40
18  the opportunity to meet with faculty and staff at  08:54:43
19  Saba; is that correct?  08:54:48
20  A  Sometimes that was correct; sometimes it  08:54:56
21  was only staff.  08:55:00
22  Q  Okay.  Would you be involved in any of  08:55:02
23  those open houses?  08:55:04
24  A  Rarely.  08:55:08

1  Q  And what about entities in California?                09:55:49
2  A  No.                                                    09:56:01
3  Q  Do you know if the NVAO had in-person site             09:56:01
4  visits?                                                   09:56:08
5  A  Yes.                                                   09:56:08
6  Q  They did?                                              09:56:08
7  A  Yes.                                                   09:56:09
8  Q  Would you be present for those?                        09:56:09
9  A  I was there for one.                                   09:56:11
10 Q  How often would those site visits occur?               09:56:12
11 A  I believe there was only one during the                09:56:21
12 ten years that I was there.                               09:56:24
13 Q  Okay.  And when approximately was that                 09:56:26
14 visit?                                                    09:56:29
15 A  I -- I don't recall.                                   09:56:34
16 Q  Do you know if this type data would be                 09:56:38
17 available to representatives from NVAO on those           09:56:41
18 site visits?                                              09:56:45
19 A  I don't recall what was available.                     09:56:48
20 Q  Are you familiar with the name Gerald                  09:56:59
21 Wargo?                                                    09:57:06
22 A  Yes.  Yes.                                             09:57:07
23 Q  Did you ever receive requests from                     09:57:08
24 Mr. Wargo for information about students who              09:57:11

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2         I, Karisa Ekenseair, the officer before
3    whom the foregoing deposition was taken, do hereby
4    certify that the foregoing transcript is a true
5    and correct record of the testimony given; that
6    said testimony was taken by me stenographically
7    and thereafter reduced to typewriting under my
8    direction; that reading and signing was not
9    requested; and that I am neither counsel for,
10   related to, nor employed by any of the parties to
11   this case and have no interest, financial or
12   otherwise, in its outcome.
13        IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal this 2nd day of October,
15   2024.
16   My commission expires: 6-18-2028
17
18
19
20            Karisa Ekenseair, CCR RPR RMR
21
22
23
24