# Exhibit 2

Exhibits: 1-26                    Volume 1, Pages 1-226

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-CV-12002-WGY

- - - - - - - - - - - - - - - - - - - - - - - - - -

NATALIA ORTIZ, on behalf of

herself and a class of similarly

situated persons

                    Plaintiff

vs.

SABA UNIVERSITY SCHOOL OF MEDICINE

and R3 EDUCATION, INC.

                    Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - -

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF NATALIA ORTIZ

Friday, June 28, 2024, 9:25 a.m.

Locke Lord, LLP

111 Huntington Avenue

Boston, Massachusetts

- - - - - - - - Reporter:  David A. Arsenault, RPR - - - - - - - -

Farmer Arsenault Brock LLC

Boston, Massachusetts

617.728.4404

Natalia Ortiz - Vol 1 - 6/28/2024

| | | |
|---|---|---|
| 1 | Q. | Are you currently working? |
| 2 | A. | No. |
| 3 | Q. | When was the last time you were employed? |
| 4 | A. | 2022. |
| 5 | Q. | Where were you employed? |
| 6 | A. | Medsys Health. |
| 7 | Q. | Going back to Boston -- going back to |

8  Massachusetts, have you ever lived in the State of

9  Massachusetts?

| | | |
|---|---|---|
| 10 | A. | No. |
| 11 | Q. | Have you ever lived outside of Florida? |
| 12 | A. | Yes. |
| 13 | Q. | And where was that? |
| 14 | A. | Arizona. |
| 15 | Q. | I understand you are from Colombia? |
| 16 | A. | Yes.  Excuse me, I have lived in Arizona; I |

17  have lived on Saba; and I have lived in Colombia.

18     Q.   Medsys Health, what kind of business is

19  that.

20     A.   That is a virtual health care type of

21  software company.

| | | |
|---|---|---|
| 22 | Q. | What was your position at Medsys Health? |
| 23 | A. | Customer service. |
| 24 | Q. | How long did you work at Medsys? |

Natalia Ortiz - Vol 1 - 6/28/2024

```
 1   took time off from time to time?

 2        A.   Correct.

 3        Q.   Other than this job at Medsys -- just to

 4   clarify, at Medsys you were there from 2022 to 2023

 5   approximately?

 6        A.   No.  I was there I believe 2021 to 2022.

 7        Q.   And you haven't worked anywhere since that

 8   time?

 9        A.   Correct.

10        Q.   Where did you work prior to Medsys?

11        A.   Scribe America.

12        Q.   When did you work there?

13        A.   2018 to 2019 I believe or 2017 to 2018.

14    2018.

15        Q.   Does that predate your enrollment at Saba

16   University?

17        A.   Correct.

18        Q.   Since your dismissal from Saba, have you

19   applied to any other jobs besides Medsys?

20        A.   No.

21        Q.   And why is that?

22        A.   I went back to school.

23        Q.   I understand you -- we'll go back to your

24   current schooling -- but I understand you went to
```

Natalia Ortiz - Vol 1 - 6/28/2024

1    Q.  Did she enroll in medical school before, at

2    the same time or after you did?

3    A.  Before.

4    Q.  Did you talk with Ms. Naz about the

5    admission requirements of Saba University?

6    A.  No.

7    Q.  Did you discuss with Ms. Naz the chances of

8    admission that you had at any of the universities

9    you just listed?

10   A.  No.

11   Q.  Did you talk with Ms. Naz about the USMLE

12   Step 1?

13   A.  Only about how we had to take it to become

14   a doctor.

15   Q.  So at the time that you were applying to

16   medical schools, you were aware that Step 1 was a

17   test that you would have to take?

18   A.  Yes.

19   Q.  Did you speak with Ms. Naz about any of

20   these schools' prerequisites to taking the Step 1?

21   A.  No.

22   Q.  After you were dismissed from Saba, did you

23   apply to any other medical schools?

24   A.  No.

1    graduate programs that I'm interested in.

2         Q.   When do you expect to graduate with your

3    bachelor's in biology from USF?

4         A.   I already did.

5         Q.   Okay.  When did you graduate from USF?

6         A.   Spring 2024.

7         Q.   When you enrolled at USF, did any of your

8    credits from FIU transfer over to USF?

9         A.   Yes.

10        Q.   Did any of your credits that you earned at

11   Saba transfer into this biology program?

12        A.   No.

13        Q.   And why is that?

14        A.   I have it understood that you cannot

15   transfer credits from a Caribbean university to an

16   American school.

17        Q.   And is that applicable only to nonmedical

18   programs or you believe that no university in the

19   U.S. will accept transfer credits from a medical

20   school in the Caribbean?

21             MR. EGAN:  Objection to form.

22        A.   I'm sorry.  Can you repeat that?

23        Q.   Sure.  Let me ask it a different way.

24   Where did you learn that Caribbean medical schools'

1    credits would not transfer to U.S. schools?

2        A.   Google.

3        Q.   Do you remember, was this an article or a

4    website?

5        A.   I don't remember.  I just remember seeing a

6    few things that said that most schools don't accept

7    credits from a Caribbean school.

8        Q.   Did you ever ask someone at USF whether

9    your credits would --

10       A.   No.

11       Q.   To your knowledge, is there any overlap in

12   the course work for your bachelor's in biology at

13   USF and what you studied at medical school at Saba?

14   In other words, are any of the courses the same or

15   are they completely different?

16       A.   Yes.  There are a few that are.

17       Q.   I'm smiling because that was a bad

18   question.  I asked an either/or question and you

19   said yes.  I think you were saying some of the

20   courses are the same; is that correct?

21       A.   Some of the courses are similar.

22       Q.   Are any the same name?  We talked about

23   earlier like Intro to Analytic Chemistry, is there a

24   similar overlap between medical school courses and

1    the biology courses?

2        A.   Yes.

3            MR. EGAN:   Objection to form.

4        A.   Yes.

5        Q.   And which courses are similar?

6        A.   Human anatomy, microbiology.   I'm sorry.   I

7    don't know about microbiology because I didn't learn

8    the same, necessarily, the same exact stuff.   These

9    courses weren't structured the same.   I'm sorry,

10   that's all I can remember at the moment or I can

11   come up with.

12       Q.   Do you remember the name of the article or

13   the website that you looked at that said that

14   Caribbean medical school credits wouldn't transfer

15   to the U.S.?

16       A.   No.

17       Q.   Have you looked to see whether your credits

18   at Saba would transfer to a U.S. medical school?

19       A.   No.

20       Q.   Have you looked to see whether your credits

21   earned at Saba would transfer to a Caribbean medical

22   school?

23       A.   No.

24       Q.   You mentioned that you were taking

```
 1   statistics so that -- because you needed it for an
 2   advanced degree that you were interested in
 3   pursuing.  What degree is that?
 4        A.  Anesthesiologist assistant.
 5        Q.  Are you looking at a particular university
 6   for that course of study?
 7        A.  I've looked at two so far.
 8        Q.  Which are those?
 9        A.  I believe it is called South University,
10   and Nova University.
11        Q.  I'm familiar with Nova.  What was the other
12   school you mentioned?
13        A.  South University.  I believe that's the
14   name of it.
15        Q.  Where is South University located?
16        A.  I have it understood that they have a
17   campus in the Central Florida area and I believe
18   they have another one in the South Florida area.
19        Q.  Have you applied to either of these
20   programs?
21        A.  No.
22        Q.  Do you plan on applying to them?
23        A.  Yes.
24        Q.  When are you going to do that?
```

Natalia Ortiz - Vol 1 - 6/28/2024

1    A.  God willing, this year.

2    Q.  Do you have to pass statistics first, is

3  that what you're waiting on?

4    A.  I notice that -- sorry.  I may have looked

5  at other universities that offer the program and I

6  just don't remember them because they are not the

7  ones I'm interested in.  But from that and talking

8  to my advisor, from talking to my advisor I realized

9  that I'm missing statistics and some of those

10  schools actually require statistics as a prereq to

11  apply anesthesiologist assistant.

12    Q.  Sitting here today, Nova or South

13  University, those are the two you are primarily

14  interested in?

15    A.  Yes.

16    Q.  Have you -- since you were dismissed from

17  Saba, have you applied to any medical schools?

18    A.  No.

19    Q.  Do you have any intent of applying to

20  medical school --

21    A.  No.

22    Q.  -- again at this time?

23    A.  No.

24    Q.  So going back to Saba Medical School, why

Natalia Ortiz - Vol 1 - 6/28/2024

```
 1        Q.   Okay.  So going back to the previous
 2   question.  Did you research any other medical
 3   schools when you were in the process of applying to
 4   Saba?
 5        A.   Yes.
 6        Q.   What schools did you look at?
 7        A.   University of Central Florida, UCF, USF and
 8   UF, if I remember correctly.
 9        Q.   University of Central Florida, University
10   of South Florida and then the University of Florida?
11        A.   Correct.
12        Q.   Any other schools besides Saba, obviously?
13   Did you look into FIU?
14        A.   Yes.
15        Q.   What about Medical Universities of America?
16        A.   And Ross, yes.
17        Q.   Aside from Saba, MUA and Ross, did you
18   research any other Caribbean medical schools?
19        A.   No.
20        Q.   So American University of Antigua, did you
21   research them?
22        A.   No.
23        Q.   How about, St. George's University?
24        A.   I may have.  I may have.  I don't remember
```

Natalia Ortiz - Vol 1 - 6/28/2024

1  though.

2      Q.   What makes you say you may have?

3      A.   When you said the name, it sounded

4  familiar.

5      Q.   What about Trinity?

6      A.   No.

7      Q.   Did you look into Xavier School of

8  Medicine?

9      A.   The name sounds familiar, but I don't

10  believe so.

11      Q.   How about St. James School of Medicine?

12      A.   No.

13      Q.   When you were looking at Saba and MUA and

14  Ross, was there anything about those schools in the

15  Caribbean that made you willing to consider them?

16      A.   Yes.

17      Q.   And what was that reason?

18      A.   I'm not sure how this is properly called,

19  but they have ongoing admissions, they have

20  admissions three times a year.  So instead of having

21  to wait a full year for a university in the United

22  States, you can apply and get accepted fairly

23  quickly.

24      Q.   You were anxious to get started and begin

Natalia Ortiz - Vol 1 - 6/28/2024

1    your education?

2        A.   I wasn't anxious to get started, but I was

3    ready to continue my education.

4        Q.   What did you do to research these different

5    medical schools?

6        A.   I went on their websites.  I looked at what

7    their websites had to say.

8        Q.   So you looked at their websites?

9        A.   Yes.

10       Q.   Did you look at any other third-party

11   sources of information?

12       A.   What is a third-party source exactly?

13       Q.   So good question.  It can be anything --

14   what I'm referring to is any information that's not

15   specifically on the university's website.  So that

16   could be something published by the Department of

17   Education or published by a third party about these

18   medical schools.

19       A.   Yes.

20       Q.   What did you look at?

21       A.   I did a little bit more research on Saba I

22   think it was a general research.  I'm sorry.  I

23   don't remember exactly.  Like I don't remember, but

24   I believe it was general research about Caribbean

```
 1   schools.
 2        Q.   And when you say general research, was
 3   this, were you just Googling?
 4        A.   Yes.
 5        Q.   And do you recall anything about the
 6   results of those Google searchs of Caribbean
 7   schools?
 8        A.   Yes.
 9        Q.   What did you learn?
10        A.   I learned that, that -- I might have
11   learned through this that you can't really transfer
12   credits with Caribbean medical schools.  I'm sorry,
13   I don't remember.
14        Q.   I didn't ask earlier.  You mentioned you
15   don't plan to apply to any other medical schools.
16   Why is that?
17        A.   Because I am going to be 28 this year.
18   Unfortunately as a woman I only have a certain
19   amount of reproductive years left.  My interests in
20   life have changed because of those factors.
21        Q.   And if you learned that when you were
22   searching Google about Caribbean schools that the
23   credits couldn't be transferred, obviously that
24   didn't stop you from going ahead and enrolling in
```

1  Saba, correct?

2      A.   Correct.

3      Q.   What do you recall specifically about

4  reviewing on the websites of the schools that you

5  researched?

6      A.   The facilities and the education itself.

7      Q.   And when you say the education itself, what

8  specifically were you looking at?

9      A.   Well, in Saba's instance it was the USMLE

10  pass rates that they were advertising.  They also,

11  when you go on the websites they kind of give you an

12  idea of like their education, how they are better,

13  how they can help you as a student be better or how

14  they compete with other schools and stuff like that.

15      Q.   So the facilities, the education itself,

16  you mentioned seeing USMLE pass rates for Saba.

17      A.   Right.

18      Q.   Did you look at the USMLE pass rates of any

19  of the other universities you were considering?

20      A.   I don't remember other universities posting

21  it on their websites.

22      Q.   Did you ever inquire with any of those

23  other universities what their USMLE pass rates were?

24      A.   No.

1    Q.  Do you recall seeing anything else on the

2  Saba University website when you were researching

3  medical schools?

4    A.  No.

5    Q.  Did you look at the courses that were

6  required at these different medical schools?

7    A.  What do you mean by required?  They

8  required you to take while attending?

9    Q.  Yes.

10    A.  No.

11    Q.  Why not?

12    A.  Because I figured they were all going to be

13  science based and I'll learn when I'm in school.

14    Q.  Did you research any of these schools'

15  prerequisites for sitting for the USMLE Step 1?

16    A.  No.

17    Q.  Why not?

18    A.  Because the only prerequisite I thought you

19  needed was to attend, be attending school.  You get

20  basic sciences and then you start taking your Step

21  1.

22    Q.  And what was that understanding based on?

23    A.  Just a general idea that that's how it

24  works.

1      Q.   When I say answer, for the transcript

2  purpose, I mean like a response, like an admissions

3  decision, you don't remember getting one of those?

4      A.   No.

5      Q.   Your application to Saba references the

6  University of Arizona.  Did you apply to the

7  University of Arizona.

8      A.   I did not but I was interested in the

9  University of Arizona.

10      Q.   I don't think you mentioned the University

11  of Arizona earlier.  Why were you interested in that

12  school?

13      A.   I lived in Arizona for two years and my

14  brother lives there, and my old stepmom also lives

15  there.  So that was a possibility to just be closer

16  to them.

17      Q.   Did you do anything to research the medical

18  school at University of Arizona?

19      A.   I may have looked at the website, but I

20  don't remember.

21      Q.   Do you remember any particular aspects of

22  the University of Arizona besides its location that

23  excited you or interested you?

24      A.   I actually did go to the campus once.  As I

```
1    said, I have family and my brother there.  I was
2    visiting.  When I told them that I was looking into
3    -- not looking into, but that the University of
4    Arizona could be a possibility in the future, my
5    stepmom's nephew took me to the campus to just look
6    around and stuff.
7         Q.  Did you go to the medical school campus in
8    particular?
9         A.  I don't know if that was the medical school
10   campus in particular.
11        Q.  You did not speak to any representatives of
12   the medical school or professors or anything like
13   that?
14        A.  No.
15        Q.  And you didn't apply to the University of
16   Arizona ultimately?
17        A.  No.
18        Q.  Why not?
19        A.  Well, out of state tuition is insane.
20        Q.  What did you understand about your
21   prospects of admission at the University of Arizona?
22        A.  What do you mean?
23        Q.  Did you look into the University of
24   Arizona's admissions requirements in terms of GPA
```

```
1    and MCAT score?
2         A.  No, not that I remember.
3         Q.  So sitting here today you don't know what
4    your odds of getting in were had you applied?
5         A.  No.
6         Q.  Other than Saba, did any other medical
7    school offer you admission?
8         A.  No.
9         Q.  We have gotten into this a little bit but
10   just so I understand, why did you ultimately decide
11   to enroll at Saba?
12        A.  Saba has ongoing admissions, that was one,
13   throughout the year.  The facilities, on the website
14   it seemed like they were good.  And their education.
15   One of the biggest things for me was the USMLE pass
16   rates that they were advertising.
17        Q.  Why was the pass rates so important to you?
18        A.  It indicated an idea about their education.
19   So I thought that if they have such good pass rates
20   that means their education is really good.
21        Q.  What did you do to research the pass rates
22   of the other schools that you looked into?
23        A.  I didn't.
24        Q.  And so you said earlier that you went to
```

Natalia Ortiz - Vol 1 - 6/28/2024

1    A.   Yes.

2    Q.   And what was the third thing you mentioned?

3    A.   The USMLE pass rates.

4    Q.   And what did they say about the education?

5    A.   That it was really good, that that's why

6  they had such good numbers for the USMLE pass rates.

7    Q.   Do you have any records or notes of that

8  open house that you attended?

9    A.   No.

10    Q.   When we talked about the attrition rate

11  earlier, does your understanding of attrition, would

12  that include folks that either transferred in or out

13  of the program?

14        MR. EGAN:  Objection to form.

15    Q.   I'll take it one by one.  Does your

16  understanding of attrition and how it is calculated

17  include a student that transfers in to Saba from

18  another medical school?

19        MR. EGAN:  Objection to form.

20    A.   From my understanding, I believe yes.

21    Q.   And how about a person transferring out of

22  Saba University, would that negatively affect their

23  attrition rate?

24    A.   Yes.

```
 1        A.   Yes.
 2        Q.   Do you have any records or notes of the
 3   interview?
 4        A.   No.
 5        Q.   Did you speak with any alumni before
 6   deciding to apply to Saba, alumni of Saba obviously?
 7        A.   Yes.
 8        Q.   Who?
 9        A.   Well, when I visited the island, one of the
10   taxis I got into, there were some students that were
11   enrolled there.  I don't know them.
12        Q.   What did you discuss with the students in
13   the taxi?
14        A.   They I believe were just finishing some
15   exams and they were celebrating.  So we spoke about
16   -- well, I don't remember if they were speaking to
17   me exactly or if I just overheard them in the car.
18   But they were talking about how excited they were
19   about passing those exams and whatnot and how they
20   were going to celebrate that weekend.
21        Q.   Before applying to Saba, did you speak to
22   any other current or former Saba students?
23        A.   No.
24        Q.   Did you know any former or current Saba
```

1    Q.  Do you recall whether those videos

2  discussed Step 1 preparation?

3    A.  No.

4    Q.  And I'm not sure if I asked earlier, but

5  did you attend any webinars with Saba?

6    A.  No.

7    Q.  So for all this contact that we just

8  discussed, the open house, the interviews, the

9  videos, it sounds like you never asked anyone at

10 Saba about its preparation for Step 1; is that

11 correct?

12   A.  Correct.

13   Q.  And you never asked anyone at Saba about

14 the attrition rate, correct?

15   A.  Correct.

16   Q.  If those things were important to you, why

17 didn't you ask about those things?

18          MR. EGAN:  Objection to form.

19   A.  Because I'm paying for a program to teach

20 me to be prepared for these things.  And that's what

21 I thought school was about.  So I didn't see why I

22 needed, I didn't know I needed to ask about

23 attrition rates because my school was misleading me

24 in some way or another and that's information I

```
 1    behalf of a class of students similarly situated,
 2    correct?
 3         A.   Correct.
 4         Q.   Sitting here today, do you know whether any
 5    of your class members received this email?
 6         A.   I do not know.
 7         Q.   I want to turn the page to Exhibit 2.  This
 8    is a March 31, 2019 email.  Do you recognize it?
 9         A.   Yes.
10         Q.   There are a number of features or aspects
11    of Saba that are listed in this email, including a
12    few that are set out in a bulleted list.  Do you see
13    that?
14         A.   Yes.
15         Q.   How important were each of these factors to
16    you when you were deciding to apply to Saba
17    University?
18         A.   Important.
19         Q.   So they publish a 100 percent USMLE Step 1
20    first-time pass rate.  Was that important to you?
21         A.   Having a high USMLE Step 1 first-time pass
22    rate, that specifically was not important to me.
23    But because they advertised it, to me it spoke on
24    their education, and that was important to me.
```

Natalia Ortiz - Vol 1 - 6/28/2024

1    `Q.   Why wasn't it necessarily important to you?

2    Did you feel like whether the pass rate was a

3    hundred percent or 90 percent, did you feel like you

4    had what it took to pass the Step 1?

5        A.   Yes.   And it said first-time pass rate.   So

6    it doesn't necessarily, like what they advertise

7    that it was the first time, to me that spoke on

8    their education.   I just confused myself a little

9    bit.   Can we repeat the question?

10               MR. EVANS:   Can you read that back.

11               (Question read by the reporter.)

12               REPORTER:   "Why was it not necessarily

13   important to you?   Did you feel like, like the pass

14   rate was a hundred percent or 90 percent, did you

15   feel that you had what it took to pass the Step 1?"

16               MR. EGAN:   Objection to form.

17       A.   Yes, I thought I had what it took to pass

18   the Step 1, but that wasn't important to me, because

19   to me what was important is the education you are

20   getting in order to take this exam.   Because that

21   education is what you use to actually take the exam.

22   So that's what was important.

23       Q.   So if I'm understanding you correctly, this

24   pass rate was important to you because it showed

```
 1    that other students as well were passing the Step 1,
 2    but you felt like you were going to pass the Step 1
 3    no matter what?
 4                    MR. EGAN:  Objection to form.
 5        A.   Again, this was not important to me.  This
 6    spoke about their education.  I took this as our
 7    education is this good, that we have a hundred
 8    percent or 98 percent or 99, whatever I read,
 9    percent first-time pass rate.
10        Q.   Going through the rest of this email.
11    First of all, this email is addressed to you
12    individually, right?
13        A.   Correct.
14        Q.   It's not addressed to anyone else?
15        A.   Correct.
16        Q.   Do you know whether any other members of
17    your class received this particular email?
18        A.   I do not know.
19        Q.   Some of the other aspects that are listed
20    in this email list is small class sizes.  I believe
21    you said earlier that was important to you?
22        A.   That became important.  When I was looking
23    at medical schools, classroom sizes weren't a big
24    importance to me.  But when Saba said they had small
```

1    A.   No.

2    Q.   Did you speak with her about preparation

3  for the Step 1 examination?

4    A.   No.

5         THE WITNESS:   Can we take a break?

6         MR. EVANS:   Sure.

7         THE VIDEOGRAPHER:   The time is 11:38.

8  We are off the record.

9         (A recess was taken.)

10         THE VIDEOGRAPHER:   Back on the record.

11  The time is 11:53.

12         (Marked, Exhibit 8, Email chain,

13  06-21-19.)

14    Q.   I'm showing you what's been marked as

15  Exhibit 8, which is an email chain, the most recent

16  of which was on June 21, 2019.  Do you recognize

17  these emails?

18    A.   Yes.

19    Q.   This email references an upcoming visit

20  from June 29 to July 3rd.  Those are the dates you

21  attended the island, correct?

22    A.   Yes.

23    Q.   The sender of the first email is Pat

24  Nation, housing coordinator.  That's the Pat you

```
 1   were referring to a moment ago?

 2       A.   Correct.

 3       Q.   She says in her email, the third paragraph

 4   down:  "I will show you around the campus.  Also,

 5   you can meet with our dean of students and seat in

 6   on a class or two."  I think she meant sit in on a

 7   class or two.

 8            Did you meet with the dean of students

 9   while you were on campus?

10       A.   I have a vague -- yes.

11       Q.   Who is the dean of students, if you

12   remember?

13       A.   If I remember correctly, I believe it was

14   Dr. Huckfeldt at that time.

15       Q.   Vaughn Huckfeldt?

16       A.   Yes.

17       Q.   And where did you meet with Dr. Huckfeldt?

18       A.   If I remember correctly, it was in the

19   office.

20       Q.   And how long did you meet with

21   Dr. Huckfeldt?

22       A.   I don't remember.  But it was less than an

23   hour.

24       Q.   What did you discuss with Dr. Huckfeldt?
```

1          A.   I don't remember.

2          Q.   Do you recall at a high level the subject

3     matter of the meeting?

4          A.   About the university.

5          Q.   What in particular about the university?

6     Was it housing or was it the curriculum or was it

7     student life?

8          A.   I don't remember what we spoke about.

9          Q.   Was it, was the meeting in the format of a

10    presentation where he just told you things or was it

11    sort of a discussion, you guys sat down at a table

12    and were able to converse?

13         A.   Like a presentation.

14         Q.   Okay.

15         A.   He just told me things.

16         Q.   Do you recall anything at all about what he

17    presented to you that day?

18         A.   No.

19         Q.   Did you sit in on a class or two while you

20    were at Saba?

21         A.   I believe we walked into a class, but I

22    don't think I sat in one.

23         Q.   Did you stick around and listen to the

24    lecture?

Natalia Ortiz - Vol 1 - 6/28/2024

1    A.   No.

2    Q.   Or was it more like this is what the

3  interior of our classrooms look like, take a look

4  around sort of situation?

5    A.   I don't remember.

6    Q.   While you were there, did you visit a lab?

7    A.   Yes.

8    Q.   And which one was that?

9    A.   The anatomy lab.

10    Q.   Okay.  What in particular did they do at

11  the anatomy lab?  Is that -- Well, I'll just leave

12  that question there and let you answer that.

13    A.   The anatomy lab is where the cadavers are

14  cut open.

15    Q.   And did they, were they in process when you

16  went in there or was it empty?

17    A.   I don't remember if it was empty, but I

18  don't recall them being in a process.

19    Q.   Did you visit any other -- strike that

20  question.  Which facilities of Saba University did

21  you visit while you were on the island?

22    A.   We toured the whole campus.

23    Q.   Did you visit the testing center?

24    A.   I don't remember.

1    looking at those pass rates when you received those

2    emails?

3        A.   Yes.

4        Q.   And at the time that you received those

5    emails, what did you understand a Step 1 pass rate

6    to mean?

7        A.   That what are represented are put in front

8    of that, that's the amount of students that are

9    passing on their first time taking this.

10       Q.   So it's the people that took the exam on

11   their first time and passed it.

12       A.   Mm-hmm, correct.

13       Q.   Did you understand that Step 1 was an exam

14   that you took after completing the basic science

15   portion of the degree?

16       A.   Yes.

17       Q.   Not everyone completes the basic science

18   program, right?

19       A.   Correct.

20       Q.   And that's true at every university,

21   correct?

22       A.   Correct.

23       Q.   And if someone doesn't complete the basic

24   science program, then necessarily they wouldn't

Natalia Ortiz - Vol 1 - 6/28/2024

1    reach the Step 1.

2         A.   Correct.

3         Q.   And so those folks wouldn't be part of the

4    pass rate because they never got there.

5         A.   Correct.

6         Q.   Let me set the question up.  You've seen

7    the emails that refer to a pass rate.  Other than

8    what Saba was telling you about the pass rate, do

9    you have any independent knowledge of what Saba's

10   Step 1 pass rate was in 2018?

11        A.   No.

12        Q.   You didn't attempt to double-check that

13   from another source?

14        A.   No.

15        Q.   Do you believe that the pass rates that

16   were advertised, which range between 99 and a

17   hundred percent, do you think those pass rates are

18   false?

19             MR. EGAN:  Objection to form.

20        A.   You ask me if I think they are false?  I

21   think they are misleading.

22        Q.   And what's your basis for that?

23        A.   Nowhere in the pass rates do they mention

24   these students who were going in the amount of

1  was allowed.  I was given warnings when I was

2  approaching that amount.

3      Q.  Do you recall which classes you received

4  warnings for?

5      A.  No.

6      Q.  So I'm a little confused.  I thought your

7  testimony was that you frequently missed the allowed

8  amount of times.  Is that correct?

9          MR. EGAN:  Objection to form.

10     Q.  Because it sounds like you just said you

11  never missed the allowed amount but you came close.

12     A.  I missed, but I didn't exceed, I didn't

13  pass the amount that was allowed.  But I did miss

14  the allowed amount of times more than once

15  throughout my Saba time.

16     Q.  And do you remember any example of a class

17  in which you missed more than the allowed amount of

18  times?

19     A.  You were not allowed to miss more than the

20  allowed amount of times; if not, I think you were

21  dismissed or you had to repeat a semester.  I don't

22  know what the consequences were.

23     Q.  Okay.  So I think I understand.  So you

24  missed some classes but never more than you were

Natalia Ortiz - Vol 1 - 6/28/2024

```
 1    allowed to miss?
 2        A.   Correct.
 3        Q.   Okay.   And you missed those classes for
 4    personal reasons as well as to rest and study?
 5        A.   Correct.
 6        Q.   And do you remember approximately how many
 7    classes you would miss on an average semester?
 8        A.   No.
 9        Q.   Which professors warned you that you were
10    approaching your maximum absences?
11        A.   I don't remember.
12                  (Marked, Exhibit 18, Letter to Ortiz,
13    08-12-21.)
14        Q.   I'm showing you what we marked as Exhibit
15    1.   Do you recognize this letter?
16        A.   Yes.
17        Q.   What is this letter?
18        A.   This is an email letting me know that I did
19    not pass the NBME comprehensive exam.
20        Q.   And the NBME comprehensive exam, that's the
21    course that's at the end of Foundations of Clinical
22    Medicine; is that correct.
23        A.   Correct.
24        Q.   This letter gives you a choice of attending
```

1    spring semester, MED918 or utilizing a review course

2    and retaking the comp exam.  Did you utilize one of

3    these options?

4         A.   Yes.  Yes, I did.

5         Q.   Which one?

6         A.   I utilized a review course of my choice.  I

7    guess the word course is specifying a class and I

8    didn't take a specific class.  I just created a

9    study schedule for myself.

10        Q.   So you didn't take an actual review course.

11   You did a I guess we would call it like a

12   self-directed study?

13        A.   Correct.

14        Q.   Why did you choose to do that instead of

15   taking, retaking MED918 or take an actual review

16   course?

17        A.   Well, MED918 wasn't helpful the first time

18   around.  It actually made things a little bit more

19   confusing.  So I figured why do that to myself.

20        Q.   Do you recall after this first exam or this

21   first failure, what specifically did you study on

22   your own?

23        A.   Like what subjects did I study on my own?

24   All of them.  I studied anatomy again, microbiology,

1      A.   The same advisory group.

2      Q.   I want to look at the text message that's

3  dated December 9, 2021 at 10:15 a.m.

4           Do you see that?

5      A.   Yes.

6      Q.   You say:  "So I didn't pass.  I knew I

7  wasn't going to because honestly I didn't study like

8  I should have and I contemplate leaving the program.

9  I'm not upset, but I'm still kind of bleh.  Do you

10  have any advice or words of wisdom?"

11          Did I read that correctly?

12     A.   Yes.

13     Q.   So you felt when you got your results that

14  you didn't study as hard as you could have?

15     A.   I think like any student who fails

16  something, yeah.

17     Q.   I'll set that aside for now.

18          (Marked, Exhibit 21, Letter to Ortiz,

19  04-15-22.)

20     Q.   Showing you what's been marked as Exhibit

21  21.  Do you recognize this letter?

22     A.   Yes.

23     Q.   What is this letter?

24     A.   This is an email letting me know that I did

Natalia Ortiz - Vol 1 - 6/28/2024

```
1    not pass the NBME comprehensive exam in April.
2        Q.   And this is your third failure of the
3    course?
4        A.   Correct.
5        Q.   Again you were given an option of retaking
6    Foundations of Clinical Medicine or a review course
7    of your choice.   Which option did you utilize on
8    this occasion?
9        A.   I used the review course on my own.
10       Q.   And what was that course?
11       A.   The same materials I used before.
12       Q.   So after failing your second attempt based
13   on, after using the review materials of your own
14   choosing and after feeling like you didn't study
15   hard enough you undertook the same type of
16   preparation as before?
17            MR. EGAN:   Objection to form.
18       A.   I used the same materials to study.   But
19   this time I took a different approach when it came
20   to my study techniques.
21       Q.   And what was that approach?
22       A.   I went out of the house.   I went to the
23   library.   I dedicated more time this time.   I tried
24   to time myself in these moments.
```

1    Q.  Ms. Ortiz, I'm showing I what's been marked

2    as Exhibit 22.  Do you recognize this document?

3    A.  Yes.

4    Q.  What is it?

5    A.  This is the email letting me know that I

6    did not pass Foundations of Clinical Medicine and

7    that I was dismissed from the basic science program.

8    Q.  This letter gives you an option to file an

9    appeal for your dismissal, right?

10   A.  Yes.

11   Q.  Did you utilize that option?

12   A.  No.

13   Q.  Why not?

14   A.  I felt discouraged at this point.  And -- I

15   felt discouraged at this point and I was exhausted.

16   Q.  Did you feel like in dismissing you Saba

17   didn't follow its guidelines or curriculum?

18   A.  No.

19        (Marked, Exhibit 23, Email, no intent to

20   appeal, 08-16-22.)

21        MR. EGAN:  Belated objection to form on

22   the last one.

23        MR. EVANS:  Can you read the question

24   back.

1    bar students from taking the exam by requiring them

2    to obtain a certain score on a Saba-administered

3    pretest, something students are not told before they

4    enroll."

5            How do you know that only approximately

6    half of the students enrolled at Saba sit for the

7    USMLE?

8            MR. EGAN:  Objection.

9        A.  I'm talking about what my cohort.  What I

10   saw was that a lot less than half made it to the

11   point where you take the fifth semester class,

12   Foundations of Clinical Medicine, and even less of

13   those actually took the Step 1.

14       Q.  Earlier I asked you what the attrition rate

15   for your cohort was, and I thought your answer was

16   that you didn't know.  Did you know what the

17   attrition rate was for your cohort?

18       A.  I said that it was around about 90.  I

19   never said that I didn't know.  I said that it was

20   around 90.

21       Q.  The attrition rate was around 90?

22       A.  I'm sorry.  My original cohort was around

23   90.  What I'm saying right now is that from those

24   individuals less than half made it towards the fifth

1   deceptive?

2            MR. EGAN:  Objection to form.

3       A.  No.

4       Q.  What do you contend your damages are in

5   this case?

6            MR. EGAN:  Objection to form.

7       A.  I don't know the exact number.  I believe

8   it is over 140,000.

9       Q.  What is that number comprised of or how did

10  you calculate that number?

11      A.  That number was found on the Ed Financial

12  Services website, and through receipts of my mom.

13      Q.  And Ed Financial is your loan servicer?

14      A.  Correct.

15      Q.  What was the original balance of your

16  student loans?

17      A.  What do you mean, like at the end of the

18  Saba period?

19      Q.  Yes.

20      A.  I don't remember the exact number but I

21  believe it was over 130,000.

22      Q.  Do you know what it is sitting here today?

23      A.  I don't know it.

24      Q.  How much of your student loans have you

Natalia Ortiz - Vol 1 - 6/28/2024

1    paid as of paid?

2        A.   None.

3        Q.   Are there loans in forbearance?

4        A.   I actually don't know what they are.  I

5    think I have to start paying them this September.

6    But I believe that it's because I'm in school again

7    that it has been delayed.

8        Q.   Your interrogatory answers say that your

9    mother paid approximately $57,970; is that correct?

10       A.   If in my interrogatory answers, then yes.

11       Q.   Do you have any obligation to pay her back?

12       A.   What do you mean obligation?

13       Q.   Did you agree with her that you would pay

14   back that money or did she pay that tuition and

15   those fees as a gift to you essentially?

16       A.   No, that's not a gift.  It is an

17   investment.  I always planned on repaying my mom

18   back whether through care, through money, whatever

19   it is.

20       Q.   Did you have any definite understanding

21   with your mother as to how you would pay her back?

22       A.   No.

23       Q.   So it might be in money.  It might be via

24   taking care of her later on down the road, in some

1  other fashion?

2          MR. EGAN:  Objection to form.

3     A.  Yes.  I love my mom.

4     Q.  And Ed Financial is your servicer as of

5  today?

6     A.  Yes.

7     Q.  I want to go back to Paragraph 9 of the

8  complaint, please.  The first sentence says:  "These

9  representations communicate to students that taking

10 out substantial debt to attend Saba will be worth

11 the risk because at Saba they are near certain to

12 succeed."

13         Where did Saba say that students are

14 near certain to succeed?

15    A.  I believe one of their advertisements says

16 -- I don't know if Saba says that, the near certain

17 to succeed part.  I don't know how to answer that

18 question.  I don't know where it says that, "near

19 certain to succeed."  But my lawyers helped put this

20 together.  And I agree that the representations

21 communicate that taking a substantial debt will be

22 worth the risk.  I can't specify where it says "near

23 certain to succeed" specifically.

24    Q.  So in your answer to Interrogatory Number 1

```
 1    you state that your current balance on your student
 2    loans is $147,827.94, correct?
 3                MR. EGAN:  Exhibit 3, Page 5.
 4        A.  Can you repeat the question, please?
 5        Q.  I was just confirming the balance of the
 6    tuition that you have listed in answer to
 7    Interrogatory Number 1.
 8        A.  Yes.
 9        Q.  And by filing this lawsuit you are seeking
10    a refund of that tuition?
11        A.  Yes.
12        Q.  Why are you entitled to a refund of your
13    tuition?
14        A.  Because I was misled by the university.
15        Q.  You received the classes you paid for,
16    right?
17                MR. EGAN:  Objection.
18        A.  Correct.
19        Q.  And you received course credits for the
20    classes you passed, correct?
21        A.  Correct.
22        Q.  And in a few of the courses, I know we
23    looked at your transcript earlier, you earned As,
24    Bs, a few Cs, which demonstrates you actually
```

```
 1   learned the materials or at least enough to pass the
 2   courses, right?
 3       A.  Correct.
 4       Q.  And you don't know whether or not you would
 5   be able to transfer those credits to another medical
 6   school if you decided you wanted to continue
 7   pursuing a medical education, correct?
 8               MR. EGAN:  Objection to form.
 9       A.  Correct.
10       Q.  If you were allowed to transfer those
11   course credits, that would allow you to save tuition
12   at another school, right?
13               MR. EGAN:  Objection to form.
14       Q.  You can answer.
15       A.  I don't know if it would allow save.  You
16   said that it would allow save.  Can you repeat that?
17       Q.  It would allow you to save the tuition at
18   that other school if you were able to transfer
19   credits for those courses.
20               MR. EGAN:  Objection to form.
21       A.  What was the specific question?
22       Q.  The question was, if you were able to
23   transfer your credits that you earned at Saba to
24   another medical school, that would save you money at
```

1    that medical school, correct?

2        A.   Correct.

3            MR. EGAN:   Objection to form.

4        Q.   If you had actually passed Foundations of

5    Clinical Medicine and passed Step 1, you obviously

6    wouldn't say your basic sciences course work was

7    worthless, right?

8        A.   Correct.

9        Q.   I want to turn to Paragraph 58 of the

10   complaint, Exhibit 5.   It starts at Page 14.

11   There's a series of screen shots starting on the

12   next page, Page 15.   Actually, this first one is a

13   little confusing because the footnote is different

14   on different pages of the screen shot.   If you go to

15   Page 15, Paragraph 58 A has a quote.   It says:

16   "Virtually every student passes the USMLE Step 1 on

17   their first attempt."   Then there's a footnote 32.

18   You see footnote 32 down at the bottom?

19       A.   Yes.

20       Q.   Then the actual screen shot is at the top

21   of the next page.   You see that screen shot, the one

22   in gray?

23       A.   Yes.

24       Q.   So according to the footnote 32, that

```
 1   schools never sat for Step 1; is that correct?
 2                MR. EGAN:  Objection to form.
 3       A.   Correct.
 4       Q.   And you never applied to any U.S. medical
 5   schools, right?
 6       A.   Correct.
 7       Q.   But even if U.S. medical schools are having
 8   folks that don't sit for the Step 1, wouldn't you
 9   agree that attrition is an unavoidable consequence
10   for all medical schools in some amount?
11                MR. EGAN:  Objection to form.
12       A.   Can you restate or ask it a different way?
13   I don't understand it.
14       Q.   Sure.  Would you agree with the notion that
15   attrition happens in all medical schools?
16       A.   Yes.
17       Q.   So were all medical school students that
18   don't sit to for the Step 1 exam entitled to a
19   refund of their tuition?
20                MR. EGAN:  Objection to form.
21       A.   No.
22       Q.   Why not?
23       A.   Because not every student -- because these
24   universities do not advertise a certain thing, a
```

1    that you listed out, none of those schools list Step

2    1 pass rates on their websites.

3            MR. EGAN:  Objection to form.

4        A.  Not that I can recall.

5        Q.  And earlier you testified that you're not

6    aware of whether U.S. medical schools publish

7    attrition information alongside their Step 1 rates,

8    correct?

9        A.  Correct.

10            MR. EGAN:  Objection to form.

11        Q.  How much attrition is too much?

12            MR. EGAN:  Objection.

13        A.  How much attrition is too much?  Are you

14    asking like how many students passing is too much or

15    how many students not passing is too much?  I get

16    confused with the wording sometimes.  Sorry.

17        Q.  Attrition means the folks that leave the

18    university.

19        A.  Okay.

20        Q.  And the issue, as I understand it in this

21    case, is that you believe that the ads were

22    misleading because Saba didn't publish an attrition

23    number.  So what I'm asking you is, how much

24    attrition becomes so high that you are now required

```
 1    to publish it alongside your Step 1 rates?
 2              MR. EGAN:  Objection to form.
 3       A.  I'm not a professional.  I wouldn't know
 4    what to say exactly, what to specify.  But it's my
 5    belief that if it is more than 50 percent, I should
 6    be told.
 7       Q.  So if Saba's attrition was less than 50
 8    percent, then their advertising is fine?
 9              MR. EGAN:  Objection to form.
10       A.  I'm not a professional to excuse Saba's
11    advertising.  So I don't know.
12       Q.  So according to your own complaint, U.S.
13    medical schools, they have an attrition rate of
14    around 10 percent.  That's an acceptable amount?
15              MR. EGAN:  Objection to form.
16       A.  I believe so.
17       Q.  Is 15 percent attrition an acceptable
18    amount?
19              MR. EGAN:  Objection to form.
20       A.  Again, this is me speculating.  I'm not a
21    professional.  This is what I believe.  I think so.
22       Q.  15 percent is acceptable?
23       A.  I think so.
24       Q.  20 percent?
```

```
 1                MR. EGAN:  Objection to form.
 2       A.   I think now we are starting to get to
 3   numbers that I think should be disclosed.
 4       Q.   And why is that?
 5       A.   Because now you have about 20 percent of
 6   students who are not passing, let's say a hundred
 7   students.  I'm not a professional, this is what I
 8   believe.  I'm going through a feeling.
 9       Q.   I want to go to Paragraph 84 -- actually,
10   let's go to Paragraph 85.  In Paragraph 85 at the
11   very end you say after paying for all this schooling
12   you have nothing to show for it.  Do you see that?
13       A.   Yes.
14       Q.   We looked at your transcript earlier.  You
15   got As and Bs in several courses.  Safe to say you
16   got something out of those courses, correct?
17                MR. EGAN:  Objection.
18       A.   Did I obtain knowledge during the times of
19   those courses?  Yes.
20       Q.   Did you learn anything in those classes
21   beyond the actual science involved; for example,
22   note-taking skills, discipline, team work, et
23   cetera?
24                MR. EGAN:  Objection to form.
```

Natalia Ortiz - Vol 1 - 6/28/2024

```
1       A.   No.

2       Q.   Do these classes have any value to you?

3            MR. EGAN:  Objection.

4       A.   It's hard to answer that because it is very

5   broad.

6       Q.   Let's talk about the classes you got As and

7   Bs in, which I have listed as clinical skills 1

8   through 4, ethics, systems and disease 4.  You got

9   As and Bs in those courses.  Obviously those had

10  some educational value; is that correct?

11           MR. EGAN:  Objection to form.

12      A.   Again, that I obtained knowledge around the

13  time of these courses -- because of the knowledge I

14  obtained at the time of these courses, yes, there

15  was an educational value.

16      Q.   I want to talk about your undergraduate

17  degree in chemistry.  Did that degree provide any

18  value to you?

19      A.   Yes.

20      Q.   Can you quantify that value?

21           MR. EGAN:  Objection to form.

22      A.   No.

23      Q.   It is sort of an intangible value of

24  learning things and going through the program?
```

Natalia Ortiz - Vol 1 - 6/28/2024

```
1      A.
2      Q.   I'm sorry.  Who was the last person?
3      A.
4      Q.
5      A.   I actually don't know her last name.
6           THE REPORTER:
7
8           THE WITNESS:
9      Q.
10     A.   She's a friend from Saba.
11     Q.   And you believe that she is eligible to
12  join the class if it is certified?
13     A.   I'm sorry.  She is not.  She graduated from
14  Saba.
15     Q.   Are you aware of the ads that potential
16  class members did or did not see as it relates to
17  Step 1?
18     A.   No.
19     Q.   Isn't it true that the language of these
20  ads are different from ad to ad?
21           MR. EGAN:  Objection.
22     A.   Not the entire language but some of it,
23  yes.
24     Q.   Some of these ads refer to different
```

```
 1    notes.
 2                   THE VIDEOGRAPHER:   The time is 3:41.  We
 3    are off the record.
 4                   (A recess was taken.)
 5                   THE VIDEOGRAPHER:   We are back on the
 6    record.   The time is 3:51.
 7        Q.   Just a few more questions.   Earlier we
 8    talked about the way in which financial aid was
 9    distributed.   Do you remember that?
10        A.   Yes.
11        Q.   And we discussed that financial aid goes
12    first to the university and then the rest goes to
13    the students.
14                   With respect to your financial aid
15    specifically, did you receive those refunds or those
16    overages after Saba received the funds for the
17    tuition?
18        A.   Yes.
19        Q.   And what did you do with those sums of
20    money?
21        A.   I paid for my housing; my transportation on
22    Saba, my transportation to Saba, the island; my
23    school resources; and my food, necessities.
24        Q.   We talked about your communications with
```

1      Q.   Ms. Ortiz, can you turn back to the

2   complaint, Exhibit 5, for a second.   Do you have

3   that in front of you?

4      A.   One second.   Yes.

5      Q.   Turn to Page 14 of the complaint, Paragraph

6   58A starts with a quote:   "Virtually every student

7   passes the USMLE Step 1 on their first attempt," and

8   then there's a footnote.   Do you see that?

9      A.   Yes.

10      Q.   The footnote references last access January

11   30, 2023, correct?

12      A.   Correct.

13      Q.   And you already testified that you didn't

14   access that.

15      A.   Correct.

16      Q.   And then what's quoted from is on the next

17   page, starting on Page 15.   Do you see that?

18      A.   Yes.

19      Q.   And then the last sentence, I believe the

20   last sentence is where the quote is from:

21   "Virtually every student passes the USMLE Step 1 on

22   their first attempt."

23           Do you see that there?

24      A.   Yes.

1      Q.   Why don't you turn to Exhibit 1 of the

2   complaint.   Exhibit 1 is a placeholder and the first

3   page is an email dated November 2, 2018.   Do you see

4   that?

5      A.   Yes.

6      Q.   And if you look at the first bullet point,

7   it reads:   "Each year virtually every Saba student

8   passes the USMLE on their first attempt," and it

9   continues.   Do you see that?

10      A.   Yes.

11      Q.   And you received this email?

12      A.   Correct.

13      Q.   Let's go back to Page 15.   Under C there's

14   a quote that starts, quote:   "Saba students have a

15   99 percent first-time pass rate on the USMLE," and

16   then it continues.

17             Do you see that?

18      A.   Yes.

19      Q.   The footnote at the cite is 34, correct?

20      A.   Yes.

21      Q.   And you didn't access this document, as

22   they said?

23      A.   Correct.

24      Q.   And the next page is the screen shot.   And

1    at Number 2 in bold it says:  "99 percent USMLE pass

2    rate; Saba students have a 99 percent first-time

3    pass rate on the USMLE."

4                    Do you see that?

5        A.  Yes.

6        Q.  Can you turn back to your Exhibit 3.  This

7    is the document that lists the summer open house

8    dates, correct?

9        A.  Correct.

10       Q.  Do you remember seeing this?

11       A.  Yes.

12       Q.  And the first bullet point at the top, it

13   reads:  "The average USMLE Step 1 pass rate for the

14   past five years for Saba students is over 99

15   percent"?

16       A.  Yes.

17       Q.  Do you see that?

18       A.  Yes.

19       Q.  And you saw that document?

20       A.  Yes.

21       Q.  You received it.  Nothing further.

22                    EXAMINATION

23   BY MR. EVANS:

24       Q.  Just a couple final questions.

```
 1              CERTIFICATE OF COURT REPORTER
 2              I, David A. Arsenault, Registered
 3    Professional Reporter, do certify that the
 4    deposition of NATALIA ORTIZ, in the matter of Ortiz
 5    v Saba University, on June 28, 2024, was
 6    stenographically recorded by me; that the witness
 7    provided satisfactory evidence of identification
 8    before being sworn by me, a Notary Public in and for
 9    the Commonwealth of Massachusetts; that the
10    transcript produced by me is a true and accurate
11    record of the proceedings to the best of my ability;
12    that I am neither counsel for, related to, nor
13    employed by any of the parties to the above action;
14    and further that I am not a relative or employee of
15    any attorney or counsel employed by the parties
16    thereto, nor financially or otherwise interested in
17    the outcome of the action.
18
19
20    Transcript review was requested of the reporter.
21
22
23    _____   7.1.24
24    David A. Arsenault, RPR
```