# Exhibit 3



# Transcript of Gerald Wargo

**Date:** August 23, 2024
**Case:** Ortiz -v- Saba University School of Medicine, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MASSACHUSETTS
 3     - - - - - - - - - - - - x
 4    NATALIA ORTIZ, on behalf of      :
 5    herself and a class of           :
 6    similarly situated persons,      :Case No
 7          Plaintiff,                 :1:23-cv-12002-WGY
 8       v.                            :
 9    SABA UNIVERSITY SCHOOL OF        :
10    MEDICINE; and R3 EDUCATION,      :
11    INC,                             :
12          Defendants.                :
13     - - - - - - - - - - - - x
14
15       REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
16                        GERALD WARGO
17                 FRIDAY, AUGUST 23, 2024
18                       9:08 A.M. CST
19
20    JOB NO.: 548481
21    PAGES: 1 - 290
22    REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
23
24
```

1  to be deposed today?
2     A  Received an e-mail from Mr. McMorrow
3  couple weeks back.  Then I was on vacation last
4  week, and then we set up the deposition for this
5  week.
6     Q  But you've never -- you never looked at
7  the notice of deposition for you?
8     A  No, sir.
9     Q  Okay.  And your -- this might be an
10 obvious question, but are you represented by
11 counsel today?
12    A  Not personal counsel.  I'm just being
13 represented by Mr. McMorrow who is the attorney
14 for R3 Saba University.
15    Q  Okay.  And so you are employed by Saba
16 University, correct?
17    A  I'm employed by R3 Education which owns
18 and operates several different medical schools
19 including Saba University.
20    Q  Is it fair that I say Saba when I talk
21 about who is employing you?
22    A  Yes.  I understand that.
23    Q  Okay.  So in your capacity at Saba, your
24 counsel is representing you; is that correct?

1　　　A　Can you clarify the question again?
2　　　Q　Yeah. So as the executive vice president
3　for marketing and enrollment at Saba, did you or
4　your team approve the publishing of marketing
5　materials?
6　　　A　At different times. If I can explain?
7　　　Q　Yes, please.
8　　　A　Most of -- much of the marketing when I
9　first started was centralized through Global
10　University Systems in our United Kingdom office.
11　As time has happened over the last three years and
12　with different reorganizations, our marketing has
13　become more owned by R3 and Saba. So --
14　　　Q　And as -- I interrupted you.
15　　　A　So -- yes. So as that transition has
16　occurred over the last couple of years, my team,
17　including myself, has -- have had more approval
18　over the marketing materials.
19　　　Q　And prior to that when GUS was -- I'm
20　going use the term more heavy-handed in the -- in
21　the marketing materials, did you have to produce
22　the -- did you have to produce the content and
23　then send it to GUS for approval prior to
24　publishing?

1    A   Actually, GUS would create the content and
2   sometimes share it with me and sometimes not.
3    Q   But now, is that role reversed or do you
4   even have to communicate with the GUS regarding
5   the advertisement?
6    A   Now that role is reversed.  We kind of
7   control our campaigns and our messaging and share
8   it with them.
9    Q   And how are you compensated at Saba?
10   A   Salary.
11   Q   And what is your salary at Saba?
12   A   I think I'm, like, 260,000.
13   Q   Do you receive bonuses or some kind of
14  compensation package similar to what we've been
15  talking about with prior institutions?
16   A   There is a bonus potential but we haven't
17  really awarded bonuses in the last couple years.
18   Q   And so during your time at Saba, you've
19  not received a bonus or some kind of compensation
20  package?
21   A   Not that I'm aware of.
22   Q   And you said that there's potential for
23  this kind of compensation package.
24       What would that be linked to?

1    A   Yes, sir.
2    Q   And all the people that you listed on your
3  team, we don't have to go through every single
4  person, but do you know if they work remotely or
5  do they work in a physical location at Devens,
6  Massachusetts?
7    A   My entire team since I've been with Saba
8  and R3 has been remote.  We do have employees that
9  live up in the Massachusetts, New Hampshire,
10 northern Connecticut area that do occasionally go
11 into the Devens office.
12   Q   And why do they need to go to the Devens
13 office occasionally?
14   A   A lot of our files are stored there.  Some
15 of our other departments are located out of the
16 Devens office.  I believe our financial aid office
17 is located in Devens and some of our other
18 offices.  I don't know exactly what departments
19 that might be.
20   Q   When you say other offices, what other
21 offices does Saba have?
22   A   Saba -- Saba's only office is in Devens
23 and then campus, our St. Matthews' campus has an
24 office down in Orlando.

1    A   Yes.  It's actually a slide.  We tell --
2  the couple of items that students really like to
3  know are the US MLE pass rates because you cannot
4  pass -- you cannot move forward at different
5  points of your education without passing the US
6  MLE.  And they also want to know what our
7  residency attainment rates are.  And that's, like,
8  after you graduate, if you actually become a
9  practicing doctor.  So there is a slide in our
10 deck for that -- those things.
11   Q   And just to clarify, the residency
12 placement rate, what you're trying to do is show
13 the figures for how many students that attended
14 Saba match with a residency institution?
15   A   That is correct.
16   Q   And so are those the two most important
17 factors for prospective medical students:  The US
18 MLE Step 1 passage rate and the residency
19 placement rate?
20       MR. McMORROW:  Objection, calls for
21 speculation.
22   Q   Mr. Wargo, you've been working in higher
23 education for over 27 years now.  I believe that
24 you don't have to speculate about this question.

1        Can you -- can you answer me as to whether
2   or not US MLE Step 1 passage rate and residency
3   placement rates the most important factors for
4   prospective --
5        MR. McMORROW: Objection. Objection.
6   You're asking him what is important to somebody
7   else.
8      Q  Mr. Wargo, you can answer the question.
9      A  Those are two of the more important
10  statistics that some students are interested in.
11  Some students are just interested in the cost of
12  the school. Some students might be interested in
13  if the school has accreditation.  So it varies,
14  Mr. Alford, based on what the student likes.  But
15  many students do want to see that you have a track
16  record of success with US MLE and residency
17  attainment rate.
18     Q  Do you have slides specifically for
19  accreditation?
20     A  I would have to review the deck again, but
21  I believe we do talk about our accreditations, our
22  state approvals, our Title IV approval for
23  financial aid, that type of thing.  I believe that
24  is inside the deck.

1  school, can I become a doctor.  So those are the
2  informations that we usually put on our different
3  webinar decks.
4     Q  Now, how is a webinar presenter trained to
5  answer the question as to attrition?
6     A  If we don't know an answer, we -- we let
7  the student know that we'll get back to them and
8  we'll reach out to academics to get the answer on
9  attrition.
10    Q  So have you provided the answers to
11 attritions to prospective opportunities you've met
12 at webinars or on-site students?
13    A  I believe we have.  Again, it's not a
14 common question but it does come up here and
15 there.  Then we would reach out to an academic
16 leader such as Marie, so would now be Dr. Bruzik,
17 we could even have asked Patrick in the past.  And
18 they'll give us some statistics and we use share
19 it with the student.
20    Q  Do you know if you've personally provided
21 attrition rates to students?
22    A  I don't believe I ever have.  It's
23 not -- I know it's not on our website, so -- and I
24 don't think I've told any students what they

1  might -- they are or might be.
2      Q  Do you know why it's not on the website?
3      A  Attrition rates for Caribbean medical
4  schools are traditionally higher than what you
5  find at US med schools or US DO schools, so it's
6  not something that we put on our websites.  You
7  won't find attrition rates on any Caribbean
8  medical school websites because they're
9  usually -- it's usually a challenge.
10     Q  Now, we talked about the blogs.  Who
11 operates the blogs?
12     A  For this particular e-mail was a vendor
13 that we were using called Blue Array.  We're no
14 longer using that vendor and our blogs are written
15 in-house.
16     Q  So previously, Blue Array would generate
17 the content based on information you gave them and
18 then you would approve it and publish it?
19     A  Yes, sir.
20     Q  And now --
21     A  We discuss the topics.  They do the
22 research, write it.  Then we would review the copy
23 and then it would go on the website.
24     Q  And the target audience of the blogs are

1      A   I think -- I think they are the holders of
2  it, but I think Dr. Clifton and Dr. Chu may have
3  helped calculate numbers or keep an eye on it.  I
4  don't really know.  It wasn't under marketing and
5  admissions so it's not something I can answer
6  confidently on.
7      Q   Okay.  Can you tell me why you think
8  they're trying to protect the attrition number
9  from getting out?
10     A   Because I had heard there was problems
11 with attrition from a recent accreditation visit
12 where we were, like, told to watch your attrition
13 rates are getting high.  And that's why we -- as a
14 result, we changed the academic requirements to
15 get in.
16     Q   Okay.  So we've seen thus far an e-mail
17 where you say attrition is a challenge and now
18 you're saying that you're -- they, being the
19 powers that be at Saba, are trying to protect the
20 attrition number from getting out.
21         So during your time at Saba since 2021 to
22 present, has attrition been a problem for Saba?
23     A   Again, I haven't heard much about
24 attrition more recently, but I do think because of

1  the type of students that do apply to our school
2  and the difficulty of a medical school curriculum,
3  that attrition is always going to be a concern,
4  especially in the early semesters.
5      Q  And who do you think that attrition is a
6  concern for?
7      A  That's really hard to say because every
8  student -- it's so hard to pinpoint what student
9  is going to be successful in medical school.  And
10 if I -- I wish I had the magic wand to be able to
11 tell you that.  You never know who is going to
12 find success and who is not.
13     Q  I guess, let me reword that.  So the
14 attrition concern -- understandably, based on the
15 documents we reviewed, it seems like Saba is
16 concerned about attrition; is that correct?
17     A  Saba -- our -- our school officials were
18 concerned about our -- our attrition.
19     Q  And it sounds like the accrediting
20 agencies are concerned about attrition; is that
21 correct?
22     A  I don't have that in detail.  I can only
23 say why I think -- what I heard in meetings is
24 that we had a visit and we need to tighten up our

1  entrance requirements because our attrition is
2  getting high as a feedback from a visit.
3      Q  From a visit from accrediting agency or
4  approval agency; is that correct?
5      A  Yes, sir.  By not -- they weren't so
6  concerned where they yanked our accreditation or
7  put us on probation or anything.  They just said
8  you might want to keep an eye on this.  So that's
9  why I don't know how high it is or how low it is.
10 I just know that it was certainly something that
11 was put on the radar of the president of the
12 university.  And he worked with the academic
13 officials to tighten up our academic requirements
14 to bring in higher-quality students.
15     Q  And you're not aware of what the attrition
16 rates are because they protect that number from
17 getting out to people like you?
18     A  Yes, sir.
19     Q  And you mentioned the jokes here:  Okay.
20 I'll give it a shot, Melissa.  And Sarah says:
21 I'll start a GoFundMe for your funeral expenses,
22 kidding; I'm used to getting in trouble; there's a
23 permanent bullseye on my forehead.
24          Can you give me a context for these jokes,

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2         I, Karisa Ekenseair, the officer before
3    whom the foregoing deposition was taken, do hereby
4    certify that the foregoing transcript is a true
5    and correct record of the testimony given; that
6    said testimony was taken by me stenographically
7    and thereafter reduced to typewriting under my
8    direction; that reading and signing was not
9    requested; and that I am neither counsel for,
10   related to, nor employed by any of the parties to
11   this case and have no interest, financial or
12   otherwise, in its outcome.
13        IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal this 4th day of
15   September, 2024.
16   My commission expires: 6-18-2028
17
18
19         Karisa Ekenseair, CCR RPR RMR
20
21
22
23
24
```