# Exhibit 5

# The Saba University School of Medicine Student Handbook

## "Education for Life"



**Saba University Round Hill Campus**

*rev 07.14.17*

R3S00002135

# WELCOME TO SABA UNIVERSITY SCHOOL OF MEDICINE

Saba University began operations in 1992 with a vision that has now become a successful reality. Our primary educational goal is to provide our students with a foundation in general medical concepts and problem solving to address the medical concerns pertinent to the patients, families, healthcare system and community population in which they will practice. This foundation of training fosters a provision of care that is considerate, compassionate, humanistic and of high quality. As a key part of our medical education curriculum, the faculty constantly reviews and assesses the program around three key concepts:

- cultivating professional behavior to promote lifelong learning;

- integrating basic science knowledge and educational reasoning through clinical experience; and

- promoting an awareness of global healthcare needs.

Such an extensive educational enterprise cannot be achieved by classroom teaching alone. The student is the important factor in sharing and comparing information among faculty, peers and patients. At SABA University School of Medicine, where students are the greatest assets, we open the door of medical knowledge and together prepare them for their future roles as healthcare providers.

R3S00002136

# TABLE OF CONTENT

Disclaimer/Accreditations ................................................................................1
Mission / Goals & Objectives ...........................................................................2
Maps of Saba/Caribbean .................................................................................3
History of the University/Saba .........................................................................4
Academic Calendar ..........................................................................................4
Academic Guidelines ........................................................................................8
Technical Standards .......................................................................................10
Student Records ..............................................................................................12
Copyright Policy ..............................................................................................13
Promotions Committee Guidelines .................................................................13
Academic Policies & Procedures ...................................................................16
W.F.M. Johnson Medical Library ....................................................................22
Student Government Constitution ...................................................................23
Protocol for A.M. Edwards Medical Center ....................................................27
Tuition and Fees..............................................................................................29
Temporary Residency Requirements .............................................................30
Insurance Information .....................................................................................30
School Supplies ...............................................................................................31
Course Hours...................................................................................................32
Dormitory Information ......................................................................................33
Off-Campus Housing/Meals ...........................................................................34
Tourist Information ..........................................................................................37
Immigration and Visa Information ...................................................................38
Requirements for Saba Driver's License ........................................................40
Post Office/Mailing ..........................................................................................40
Shipping Information ........................................................................................41
Banking ...........................................................................................................42
Churches .........................................................................................................42
Recreation on Saba.........................................................................................43
Elementary & Secondary Education ...............................................................43

R3S00002137

## DISCLAIMER

This handbook is prepared for the convenience of our medical students at Saba University School of Medicine. In case of any divergence from or conflict with the bylaws or policies of the University, the official bylaws and policies of the University shall prevail.

Saba University is an equal educational opportunity institution in that no person shall, on the ground of race, color, sex, religion, creed, age or national origin be excluded from participation in or be otherwise subjected to discrimination by any educational program, activity or facility. This is in compliance with title VI of the Civil Rights Act of 1964. SABA University School of Medicine is an equal opportunity employer.

Fire regulations, insurance provisions, and University policy prohibits smoking in classrooms and laboratories.

The information in this handbook is subject to change without prior notice as a result of activities. The University disclaims any misrepresentation that may have occurred as a result of errors in preparation or typesetting of the handbook.

## ACCREDITATIONS

Saba University School of Medicine's Doctor of Medicine (M.D.) program is accredited by the NVAO (in Dutch: Nederlands-Vlaamse Accreditatieorganisatie). The NVAO is the Accreditation Organization of the Netherlands and Flanders. This organization was established by international treaty and ensures the quality of higher education in the Netherlands and Flanders.

Saba University is licensed by the Commission for Independent Education under the provisions of Chapter 1005, Florida Statutes and Chapter 6E, Florida Administrative Code - License Number 2899. Information regarding this institution may be obtained by contacting the Florida Department of Education, Commission for Independent Education, 325 West Gaines Street, Suite 1414, Tallahassee, FL 32399-0400. Toll free telephone: 888.224.6684 * Website: www.fldoe.org

The Board of Healing Arts of the State of Kansas granted approval for licensure to those students who entered Saba University School of Medicine after January 1, 2002.

On November 5, 2004, the Medical Board of California granted recognition to Saba University School of Medicine. Graduates are eligible to apply for postgraduate training and licensure in California.

The New York State Education Department/State Board for Medicine approved Saba University in 2003 for clerkships and residencies within that state. This approval process has led to several new hospital affiliations in New York.

R3S00002138

## MISSION

To provide students of diverse backgrounds who exhibit a passion for the field of medicine with the opportunity to acquire the medical and clinical expertise needed for a successful career as a practicing clinician along with the skills and confidence needed to critically evaluate and apply new information.

## GOALS AND OBJECTIVES

In order to fulfill its mission, the university's program is structured around certain ideals which embody its view of the essential qualities of today's practicing physician.  These ideals are defined in the six competencies adopted by the university and summarized below:

1. Patient Care: Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. Scientific & Medical Knowledge: Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. Lifelong Learning, Scholarship, & Collaboration: Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. Professionalism: Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. Communication & Interpersonal Skills: Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. Social & Community Context of Healthcare: Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

R3S00002139

## MAPS OF SABA





R3S00002140

## HISTORY OF THE UNIVERSITY

Saba University School of Medicine began in 1989 as a combined project between the island government of Saba and a group of medical educators from the United States. This medical consortium spent three years examining medical school curricula throughout the United States and Europe before adopting a basic science and clinical curriculum comparable to some of the finest medical schools.

The Saba University School of Medicine charter reflects the strong working alliance between the local Dutch government of Saba and the Medical school founders. Established for the training of medical doctors and other health care professionals, the Saba University School of Medicine, in turn, contributes to Saba's economic growth and health related services.

---

## SABA "THE UNSPOILED QUEEN"

Saba is a five-square mile tip of a volcanic range that majestically juts nearly 3,000 feet above the blue Caribbean. On its slopes are four picturesque villages... Hell's Gate, Windwardside, St. John's and The Bottom… connected by a concrete road called The Road. The road is narrow, very steep and has many tight curves.

The Bottom is the capital and closest to the harbor. Most visitors stay in Windwardside, since it is centrally located with easy access to shopping, restaurants and hotels.

The top of the volcanic peak is called Mount Scenery. Mount Scenery's flanks are draped in feathery ferns, "elephant ears", beautiful flowering begonias and orchids. One thousand sixty-four steps ascend from the village of Windwardside to the mountains' cloud-ringed crest.

Saba lays claim to some of the most exciting scuba diving sites in the Caribbean. There are several dive shops on the island where you can rent diving equipment. Scuba diving certification and lessons are readily available at different locations on Saba.

From her hospitable people to her unique flora and fauna, from her misty forest glades to her intriguing surrounding waters, Saba truly deserves her reputation as the "The Unspoiled Queen".

### SABA UNIVERSITY ACADEMIC CALENDAR
### (2017-2021)

●

#### SPRING 2017

| | |
|---|---|
| First Day of Enrollment | January 2 |
| Orientation and Registration | January 2 |
| First Day of Classes | January 3 |
| Graduation -- No Ceremony | January 6 |
| Graduation -- No Ceremony | March 17 |
| Tuition Due for Next Semester | April 1 |
| Last Day of Classes | April 11 |
| Basic Science Awards Ceremony | April 13 |
| Reading Day and Final Exams | April 12–14 |

#### SUMMER 2017

| | |
|---|---|
| First Day of Enrollment | May 8 |
| Orientation and Registration | May 8 |
| First Day of Classes | May 9 |

R3S00002141

| | |
|---|---|
| Graduation | May 26 |
| Commencement Ceremony | TBD |
| Tuition Due for Next Semester | August 1 |
| Last Day of Classes | August 15 |
| Basic Science Awards Ceremony | August 17 |
| Reading Day and Final Exams | August 16–18 |

## FALL 2017

| | |
|---|---|
| First Day of Enrollment | September 4 |
| Orientation and Registration | September 4 |
| First Day of Classes | September 5 |
| Graduation -- No Ceremony | September 8 |
| Tuition Due for Next Semester | December 1 |
| Last Day of Classes | December 12 |
| Basic Science Awards Ceremony | December 14 |
| Reading Day and Final Exams | December 13–15 |

## SPRING 2018

| | |
|---|---|
| First Day of Enrollment | January 8, 2018 |
| Orientation & Registration | January 8, 2018 |
| Classes Begin | January 9, 2018 |
| Graduation – no ceremony | January 12, 2018 |
| Graduation – no ceremony | March 16, 2018 |
| Tuition Due for Next Semester | April 1, 2018 |
| Last Day of Classes | April 18, 2018 |
| Basic Science Awards Ceremony | April 19, 2018 |
| Reading Day and Final Exams | April 18 – 20, 2018 |

## SUMMER 2018

| | |
|---|---|
| First Day of Enrollment | May 7, 2018 |
| Orientation & Registration | May 7, 2018 |
| Classes Begin | May 8, 2018 |
| Graduation | May 25, 2018 |
| Commencement | TBD |
| Tuition Due for Next Semester | August 1, 2018 |
| Last Day of Classes | August 15, 2018 |
| Basic Science Awards Ceremony | August 16, 2018 |
| Reading Day and Final Exams | August 15 – 17, 2018 |

## FALL 2018

| | |
|---|---|
| First Day of Enrollment | September 3, 2018 |
| Orientation & Registration | September 3, 2018 |
| Classes Begin | September 4, 2018 |
| Graduation – no ceremony | September 7, 2018 |
| Tuition Due for Next Semester | December 1, 2018 |
| Last Day of Classes | December 12, 2018 |
| Basic Science Awards Ceremony | December 13, 2018 |
| Reading Day and Final Exams | December 12 – 14, 2018 |

## SPRING 2019

| | |
|---|---|
| First Day of Enrollment | January 7, 2019 |
| Orientation & Registration | January 7, 2019 |
| Classes Begin | January 8, 2019 |
| Graduation – no ceremony | January 11, 2019 |
| Graduation – no ceremony | March 15, 2019 |
| Tuition Due for Next Semester | April 1, 2019 |

R3S00002142

| | |
|---|---|
| Last Day of Classes | April 17, 2019 |
| Basic Science Awards Ceremony | April 18, 2019 |
| Reading Day and Final Exams | April 17 – 19, 2019 |

## SUMMER 2019

| | |
|---|---|
| First Day of Enrollment | May 6, 2019 |
| Orientation & Registration | May 6, 2019 |
| Classes Begin | May 7, 2019 |
| Graduation | May 24, 2019 |
| Commencement | TBD |
| Tuition Due for Next Semester | August 1, 2019 |
| Last Day of Classes | August 14, 2019 |
| Basic Science Awards Ceremony | August 15, 2019 |
| Reading Day and Final Exams | August 14 – 16, 2019 |

## FALL 2019

| | |
|---|---|
| First Day of Enrollment | September 2, 2019 |
| Orientation & Registration | September 2, 2019 |
| Classes Begin | September 3, 2019 |
| Graduation – no ceremony | September 6, 2019 |
| Tuition Due for Next Semester | December 1, 2019 |
| Last Day of Classes | December 11, 2019 |
| Basic Science Awards Ceremony | December 12, 2019 |
| Reading Day and Final Exams | December 11 – 13, 2019 |

## SPRING 2020

| | |
|---|---|
| First Day of Enrollment | JaJuary 6, 2020 |
| Orientation & Registration | January 6, 2020 |
| Classes Begin | January 7, 2020 |
| Graduation – no ceremony | January 10, 2020 |
| Graduation – no ceremony | March 13, 2020 |
| Tuition Due for Next Semester | April 1, 2020 |
| Last Day of Classes | April 15, 2020 |
| Basic Science Awards Ceremony | April 16, 2020 |
| Reading Day and Final Exams | April 15 – 17, 2020 |

## SUMMER 2020

| | |
|---|---|
| First Day of Enrollment | May 4, 2020 |
| Orientation & Registration | May 4, 2020 |
| Classes Begin | May 5, 2020 |
| Graduation | May 22, 2020 |
| Commencement | TBD |
| Tuition Due for Next Semester | August 1, 2020 |
| Last Day of Classes | August 12, 2020 |
| Basic Science Awards Ceremony | August 13, 2020 |
| Reading Day and Final Exams | August 12 – 14, 2020 |

## FALL 2020

| | |
|---|---|
| First Day of Enrollment | August 31, 2020 |
| Orientation & Registration | August 31, 2020 |
| Classes Begin | September 1, 2020 |
| Graduation – no ceremony | September 11, 2020 |
| Tuition Due for Next Semester | December 1, 2020 |
| Last Day of Classes | December 9, 2020 |
| Basic Science Awards Ceremony | December 10, 2020 |
| Reading Day and Final Exams | December 9 – 11, 2020 |

R3S00002143

## SPRING 2021

| | |
|---|---|
| First Day of Enrollment | January 4, 2021 |
| Orientation & Registration | January 4, 2021 |
| Classes Begin | January 5, 2021 |
| Graduation – no ceremony | January 8, 2021 |
| Graduation – no ceremony | March 19, 2021 |
| Tuition Due for Next Semester | April 1, 2021 |
| Last Day of Classes | April 14, 2021 |
| Basic Science Awards Ceremony | April 15, 2021 |
| Reading Day and Final Exams | April 14 – 16, 2021 |

## SUMMER 2021

| | |
|---|---|
| First Day of Enrollment | May 3, 2021 |
| Orientation & Registration | May 3, 2021 |
| Classes Begin | May 4, 2021 |
| Graduation | May 21, 2021 |
| Commencement | TBD |
| Tuition Due for the Next Semester | August 1, 2021 |
| Last Day of Classes | August 11, 2021 |
| Basic Science Awards Ceremony | August 12, 2021 |
| Reading Day and Final Exams | August 11 – 13, 2021 |

## FALL 2021

| | |
|---|---|
| First Day of Enrollment | August 30, 2021 |
| Orientation & Registration | August 30, 2021 |
| Classes Begin | August 31, 2021 |
| Graduation – no ceremony | September 10, 2021 |
| Tuition Due for the Next Semester | December 1, 2021 |
| Last Day of Classes | December 8, 2021 |
| Basic Science Awards Ceremony | December 9, 2021 |
| Reading Day and Final Exams | December 8 – 10, 2021 |

R3S00002144

# ACADEMIC GUIDELINES

This section explains regulations that affect students after admission, as well as general information. Regulations regarding admission can be found in the School Catalog.

When a student registers at Saba University, he or she accepts the official academic regulations. The student is expected to follow the program outline and should do sufficient planning to avoid scheduling difficulties, which may impede normal academic progress.

### Academic Freedom

Saba University guarantees to faculty members academic freedom in teaching, research, and publication as defined by the American Association of University Professors' 1940 Statement of Principles on Academic Freedom and Tenure and the Association's 1970 Interpretive Comments on that statement. The test and details of the college's statement on academic freedom is published in the Saba University Faculty Manual.

### Academic Honesty

In an academic community, honesty and integrity must prevail if the work done and the honors awarded are to receive respect. The erosion of honesty is the academic community's ultimate loss. The responsibility for the practice and preservation of honesty must be equally assumed by all of its members.

**Definition**--Academic honesty requires the presentation for evaluation and credit of one's own work, not the work of others. In general, academic honesty excludes: cheating on an examination of any type, giving or receiving, offering or soliciting information on any examination. This includes the following:

    a. Copying from another student's paper.
    b. Use of prepared materials, notes, or texts other than those specifically permitted by the instructor during the examination.
    c. Collaboration with another student during examination.
    d. Buying, selling, stealing, soliciting, or transmitting an examination or any other material purported to be unrealized contents of an upcoming examination, or the use of any such material.
    e. Substituting for another person during an examination or allowing such substitution for one self.
    f. Bribery of any person to obtain examination information.

**Plagiarism**--is the failure to acknowledge indebtedness. It is always assumed that the written work offered for evaluation and credit is the student's own unless otherwise acknowledged. Such acknowledgement should occur whenever one quotes another person's actual work or whenever one appropriates another person's ideas, opinions, or theories, even if they are paraphrased, and whenever one borrows facts, statistics, or other illustrative materials unless the information is common knowledge.

**Collusion**--is collaboration with another person in the preparation or editing of notes, themes, reports, or other written work or in laboratory work offered for evaluation and credit, unless such collaboration is specifically approved in advance by the instructor.

**Credential Misrepresentation**--is the use of false or misleading statements in order to gain admission to SABA University. It also involves the use of false or misleading statements in an effort to obtain employment or university admission elsewhere, while one is enrolled at SABA University.

**Faculty's Responsibility**--It is the duty of the faculty to practice and preserve academic honesty and to encourage it among students. The instructor should clarify any situation peculiar to the course that may differ from the generally stated policy. He/she should furthermore endeavor to make explicit the intent and purpose of each assignment so that the student may complete the assignment without unintentionally compromising academic honesty. It is the responsibility of the faculty member to provide for appropriate supervision of examinations.

**Student's Responsibility**--It is the duty of the student to practice and preserve academic honesty. If the student has any doubt about a situation, he or she should consult with his or her instructor.

**Procedures**--Upon encountering a violation of academic honesty by a student, a faculty member should:

    1. Confront the student and make charges known.
    2. Discuss the matter thoroughly with the student so that each position is clearly delineated.
    3. Decide what action is appropriate.
    4. Remind the student to refer to the Appeal Procedure outlined below. If the violation is less severe than one requiring a "WF" for the course, the faculty member should:
        a) Report the violation and the action taken to the associate dean, who will then report the matter to the Dean.

R3S00002145

If the violation is severe enough to warrant a "WF" for the course, the faculty member should:

1. Notify the appropriate Dean, who if he judges the case to have sufficient merit will handle the case in accordance with the university's Disciplinary Procedures.
2. If those reviewing the matter do not agree with interpretation of the evidence or the action taken by the faculty member, they may ask him/her to reconsider. After reconsidering the matter, the faculty member may stand by the original decision and forward the "WF" withdrawal form to the Dean.
3. If those reviewing agree with the faculty member, the withdrawal form shall be forwarded to the Dean for final disposition.

**The Dean Shall**
1. Review each faculty member's recommendation for a "WF" for the course.
2. Check the academic honesty status of the student via the academic dishonesty file and either let the "WF" stand or make some other recommendation.
3. Initiate a final decision
4. If the "WF" is to stand, the Dean shall send the withdrawal form to the School Administrator and have the violation entered into the academic dishonesty file.
5. Notify the involved faculty member in writing of the action taken.

**The Associate Dean for Academic Affairs Shall**
1. Upon the student's second offense requiring a "WF" for a course, expel the student from Saba University and direct the School Administrator to enter the phrase "Ineligible to Register" on the student's permanent record.
2. Maintain the academic dishonesty file so that appropriate administrators have access to the record of violations but also so that the student's rights to limited access shall be safe-guarded. Should the student desire to appeal the decision for punitive action, he or she shall notify the Dean, who will ask the Promotions Committee to arrange a hearing in the manner set forth by the "Student Academic Grievances" policy.

**Appeal Procedure**
Should the student desire to appeal the decision for punitive action, he/she shall notify the appropriate Dean in writing, state the reason for the appeal and submit any supporting documents relative to the appeal for review by the Conduct Committee. This process is covered in more detail within this handbook.

**Student Government Association**
Each class annually elects officers to coordinate its activities. The class officers also meet regularly with the assistant dean of student affairs. The SGA bylaws are contained in this handbook. In addition, the student president and vice president of each class make up the Student Council, which meets with the deans and other administrative officers. Students may serve actively on a number of school committees.

**Student Academic Grievances Policy**
The university provides an opportunity for students who may wish to register dissatisfaction with respect to:

1. General academic organization in the university
2. Course or clerkship management, presentation, or evaluation procedures.
3. Assigned grades in course or clerkships.

The channels for redress are as follows:

A. Problems having to do with the academic organization in the university in general should be presented, in writing, to the following individuals:

    a) The class representative
    b) The Student Government Association.
    c) The Associate Dean of Basic Science
    d) The Dean of the School of Medicine

B. Students with specific course or clerkship grievances may seek redress by presenting, in writing, the problem for resolution to the following individuals:

    a) The course director or clerkship coordinator
    b) The Department Chairperson
    c) The Promotions Committee
    d) The Dean of the School of Medicine

R3S00002146

C.  A student who wishes to appeal a grade received in a course or clerkship, must seek a resolution through the following channels in order as noted.  The appeal should be in writing as follows:

    a)  The course director or clerkship coordinator
    b)  The Department Chairperson
    c)  The Promotions Committee
    d)  The Dean of the Medical School.

At each level, the individual contacted will work to resolve the problem.  Consideration at a higher level should not be made until the previous level has sufficient opportunity to achieve a solution.

**Student Promotion Committee**
The Student Promotion Committee is responsible for making recommendations to the Deans of the Medical School regarding the promotion and/or retention of students based upon the academic progress of the student.  The Student Promotions Committee shall consist of no less than three faculty members, with the chairperson appointed by the Dean.

# TECHNICAL STANDARDS[1]

**Introduction**
The goal of Saba University School of Medicine is to prepare our medical graduates to be competent, caring physicians who have the skills of lifelong learning necessary to incorporate new knowledge and methods into their practice as either a generalist or a specialist and to adapt to a changing professional environment. Essential abilities and characteristics required for completion of the MD degree consist of certain minimum physical and cognitive abilities and sufficient mental and emotional stability to assure that candidates for admission, promotion, and graduation are able to successfully complete the entire course of study, participate fully in all aspects of medical training and meet such other requirements of the program as may be established or changed from time to time. The school intends for its graduates to become physicians who are capable of pursing and completing graduate medical education, passing licensing exams and obtaining and maintaining medical licensure. The avowed intention of an individual student to practice only a narrow part of clinical medicine, or to pursue a non-clinical career, does not alter the requirement that all medical students take and achieve competence in the complete program of medicine required by the school. For purposes of this document and unless otherwise defined, the term "candidate" means candidates for admission to the MD Program as well as enrolled medical students who are candidates for promotion and graduation.

The school also has an ethical responsibility for the safety of patients with whom students and graduates will come in contact. Although students learn and work under the supervision of the faculty, students interact with patients throughout their medical school education. Patient safety and well-being are therefore major factors in establishing requirements involving the physical, cognitive, and emotional abilities of candidates for admission, promotion, and graduation. As a result, the medical education process, which focuses so largely on patients, differs markedly from postsecondary education in fields outside of the health sciences.

The essential abilities and characteristics described herein are also referred to as "technical standards." They are described below in several broad categories including: observation; communication; motor function; intellectual-conceptual (integrative and quantitative) abilities; and behavioral and social skills. In addition to these, candidates must have the physical and emotional stamina to function in a competent and safe manner in settings that may involve heavy workloads, long hours, and stressful situations. All candidates should be aware that the academic and clinical responsibilities of medical students may, at times, require their presence during day and evening hours, any day of the week, at unpredictable times and for unpredictable durations of time.

Individuals who present a threat to the health and safety of others for any reason, including as a result of a physical, mental, or other condition, are not suitable candidates for admission, promotion or graduation.

Candidates must possess the capability to complete the entire program of medicine, achieve the degree Doctor of Medicine, and practice medicine with or without reasonable accommodations, taking into account the limited nature of accommodations available at Saba University School of Medicine.  Candidates should note, in this regard, that the school is not subject to federal or state disability laws that might apply in the United States or other countries for that matter; the school is in a position to provide only a very limited range of accommodations for students with disabilities; and much of the housing and other infrastructure on the island is not readily accessible to persons with disabilities.

**Technical Skills and Abilities**
A candidate for the degree of Doctor of Medicine must have abilities and skills in the five broad areas of observation; communication; motor function; intellectual-conceptual; and behavioral and social skills.

---

1 These technical standards are adapted with permission from the standards developed by Drexel University College of Medicine.

R3S00002147

**Observation**

Through independent observation, the candidate must be able to acquire information in the medical sciences, including that obtained from demonstrations and experiential activities. The candidate must possess the auditory perception, visual perception and somatic sensation abilities, as well as the mental capacity, to be able to observe and accurately acquire information directly from the patient as well as from other sources including written documents, pictorial images, simulators, computer programs and videos, and to rapidly assimilate large volumes of technically detailed and complex information presented in formal lecture, small group discussions, individual learning activities, and individual clinical settings. The candidate must be able to take in and process information received by whatever sensory function is employed, consistently, rapidly, and accurately.

**Communication**

A candidate must be able to speak, to hear and to observe patients in order to elicit information, describe changes in mood, activity and posture, and perceive nonverbal communications. Communication includes not only speech but reading and writing. The candidate must be able to communicate effectively, sensitively, and efficiently, in English, in oral and written form with patients and all members of the health care team. In responding to emergency situations in the clinical setting, candidates must be able to understand and convey information essential for the safe and effective care of patients in a clear, unambiguous, and rapid fashion.

**Motor**

A candidate must possess the motor skills necessary to directly perform palpation, percussion, auscultation and other diagnostic maneuvers, basic laboratory tests, and diagnostic procedures. A candidate must have the ability to perform both a complete and an organ system specific examination, including a mental status examination. The candidate must be able to execute motor movements reasonably required to provide general and emergency medical care to patients. Examples of emergency treatments include, but are not limited to, adult and pediatric cardiopulmonary resuscitation, airway management, automated external defibrillation, the administration of intravenous medication, application of pressure to control bleeding, and the performance of simple obstetrical maneuvers. Such actions require quick and immediate reaction. Coordination of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision are required. Candidates must have the ability to remain awake and alert. Candidates must have adequate endurance to carry out activities reasonably required of physicians in clinical activities for extended periods of time.

**Intellectual-Conceptual (Integrative and Quantitative) Abilities**

The candidate must be able to problem-solve in a time period appropriate for the situation. This critical skill demanded of physicians requires the ability to learn and reason, and to integrate, analyze, and synthesize data concurrently in a multi-task setting where they may experience a high level of stress, fatigue and distraction. In addition, the candidate must be able to comprehend three-dimensional relationships and to understand the spatial relationships of structures. The candidate must be able to measure, calculate, reason, analyze, integrate and synthesize in the context of the study of medicine and in the provision of patient care. The candidate must be able to comprehend extensive written material, evaluate and apply information, and engage in critical thinking in the classroom and clinical setting. The candidate must be able to consider alternatives and make decisions in a timely manner for managing or intervening in the care of a patient.

**Behavioral and Social Attributes**

Because the medical profession is governed by ethical principles, a candidate must have the capacity to learn and understand these values and perform within their guidelines. Candidates must be able to relate to patients, as well as staff and colleagues, with honesty, integrity, non-discrimination, self-sacrifice, and dedication. Candidates must be able to develop mature, sensitive, and effective relationships with patients. Candidates must be able to identify personal reactions and responses, recognize multiple points of view and integrate these appropriately into clinical decision making. Candidates must be able to communicate and care for, in a non-judgmental way, persons whose culture, sexual orientation, or spiritual beliefs are different than their own. The candidate must be able to examine the entire patient, male or female, regardless of the candidate's social, cultural, or religious beliefs. A candidate must possess the emotional health required to fully utilize their intellectual abilities, to exercise good judgment, to complete patient care responsibilities promptly and to relate to patients, families, and colleagues with courtesy, compassion, maturity, and respect for their dignity. The candidate must display this emotional health and flexibility in spite of stressful work, physically taxing workloads, changing environments, and in the face of uncertainties inherent in the clinical problems of many patients. Compassion, integrity, concern for others, interpersonal skills, interest and motivation are all personal qualities that are assessed during the admissions and education processes.

Candidates must be capable of fulfilling applicable class and clinical attendance requirements as well as meeting applicable deadlines for completion of curricular and clinical responsibilities. Candidates must be able to cooperate with others and work effectively as a member or leader of a healthcare team or other professional group, accept and modify behavior in response to constructive feedback from others, and take personal responsibility for making appropriate positive changes.

Candidates must be able to function effectively in new, different, and /or distant social environments including instances where they are separated from their customary support structure or family unit. They must know their limits, recognize when they should seek professional consultation, assistance and/or supervision, and do so in a timely manner. Candidates, like physicians, must have the

R3S00002148

capacity to self-assess their ability to function at the level necessary to provide effective and safe care of their patients and to proactively seek appropriate assistance or treatment before impairments compromise patient care and safety.

**Conclusion**

Candidates will be judged not only on their scholastic accomplishments but also on their physical and emotional capacities to meet the full requirements of the school's program of medicine and to graduate as skilled and effective practitioners of medicine. Students must be able to accomplish each of Saba University School of Medicine's competencies, as well as all other programmatic requirements, before graduation.

All candidates accepted to the College of Medicine and current students must be able to meet the College's technical standards either without accommodation or with those limited, reasonable accommodations that the school agrees to make in its sole discretion. Candidates must also be aware that approval for an accommodation at the school does not mean that similar accommodations would be granted elsewhere by post-graduate clinical training sites or by national licensing review boards.

A candidate who is unable to meet these technical standards may be denied admission or may be dismissed from the program of medicine.

It is the responsibility of a candidate who seeks a reasonable accommodation to contact the Office of Disability Resources at odr@saba.edu. Whether to grant an accommodation will be determined by the school in its sole discretion.

## STUDENT RECORDS

The Family Educational Rights and Privacy Act (FERPA) affords students certain rights with respect to their education records. These rights include:

1. The right to inspect and review the student's education records within 45 days after the School receives the student's request for access. A student should submit to the registrar, dean, head of the academic department, or other appropriate official, a written request that identifies the record(s) the student wishes to inspect. The school official will make arrangements for access and notify the student of the time and place where the records may be inspected. If the records are not maintained by the school official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be addressed.

2. The right to request the amendment of the student's education record(s) that the student believes is inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.

   A student who wishes to ask the School to amend a record should write the school official responsible for the record, clearly identify the part of the record the student wants changed, and specify why it should be changed. If the School decides not to amend the record as requested, the School will notify the student in writing of the decision and the student's right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.

3. The right to provide written consent before the university discloses personally identifiable information (PII) from the student's education records, except to the extent that FERPA authorizes disclosure without consent.

   Among the situations in which FERPA allows disclosure of education records without a student's prior written consent is disclosure to school officials with a legitimate educational interest in access to the record. School officials include persons employed by the School; persons serving on the board of trustees; and students serving on official committees of the School. A school official also may include a volunteer or contractor outside of the School who performs an institutional service or function for which the school otherwise would use its own employees and who is under the direct control of the school with respect to the use and maintenance of PII from education records. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her responsibilities for the School.

   FERPA also allows disclosure of directory information without a student's prior consent, unless a student has directed the registrar in writing that his or her directory information may not be disclosed without the student's consent. Directory information includes the student's name, telephone listing, school and home address, school email address, photograph, date and place of birth, enrollment status, dates of attendance, participation in officially recognized school activities, honors and awards, and the other educational institutions attended.

R3S00002149

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the [School] to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

Family Policy Compliance Office
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

# COPYRIGHT POLICY

All Saba University School of Medicine ("SUSOM") students must respect the copyrights in works that are accessible through computers connected to the SUSOM network. Federal copyright law prohibits the reproduction, distribution, public display, or public performance of copyrighted materials without permission of the copyright owner, unless fair use or another exemption under copyright law applies. In appropriate circumstances, SUSOM will terminate the network access of users who are found to have infringed the copyrights of others. Users of the SUSOM network found to have engaged in infringement of copyright, including unauthorized peer-to-peer file sharing, may also be reported to the appropriate Dean or other personnel for disciplinary action.

SUSOM is committed to maintaining the integrity and availability of its network for the vital educational and research purposes for which it was designed and prohibits the use of its network to violate the law, including the U.S. Copyright Act. The unauthorized distribution of copyrighted material, including unauthorized peer-to-peer file sharing, such as illegal downloading or unauthorized distribution of copyrighted materials, violates the Copyright Act and may subject you to civil and criminal liabilities.

Penalties for copyright infringement include civil and criminal penalties. In general, anyone found liable for civil copyright infringement may be ordered to pay either actual damages or "statutory" damages of up to $30,000 per work infringed. For willful infringement, that amount may be increased up to $150,000 per work infringed. A court can, in its discretion, also assess costs and attorneys' fees. For details, see Title 17, United States Code, Sections 504, 505. For more information, please visit the U.S. Copyright Office website, including its "Frequently Asked Questions" webpage (http://www.copyright.gov/help/faq/).

# PROMOTIONS COMMITTEE GUIDELINES ON ACADEMIC PROGRESS IN BASIC SCIENCES

The Promotion Committee will review all students' progress throughout their academic careers at Saba University.

### Promotions Committee Approval of all Student Advancements
The Associate Dean for Basic Sciences provides a list of all students recommended to progress to the following semester to the Promotions Committee before the scheduled meeting. The Committee each semester will also review the students failing to perform at passing levels. The name will be approved by the Committee and included in the minutes of the meeting.

### Composition of the Promotions Committee
Members of the Promotions Committee shall be appointed by the Associate Dean of Basic Sciences within the following guidelines:

1. The committee shall consist of at least 5 faculty members with at least one member having a primary teaching role in each of the 5 semesters;
2. The Chair of the committee shall be a full professor and/or a course director who has served at least one year at the basic science campus;
3. The Dean of Students may attend meetings of the committee in an *ex-officio* capacity;
4. Except for appellants, no other person may attend the committee meeting without an invitation from the Chair. No recording devices are allowed in the meetings and all decisions and deliberations of the committee are confidential.

### Academic Probation Definition
1. Fail one (1) course
2. Drop one (1) or more courses.
3. All transfer students admitted with advanced standing (first semester at Saba).

The initial placement on probation is for two (2) semesters and may not be appealed. Graduation from the basic science program confers removal of academic probation status.

The Promotion Committee evaluates student's appeal for *early removal from academic probation* by the follow procedures:

1. Students may appeal to be removed from academic probation because of excellent academic performance in the first semester of probation.

R3S00002150

2. Within five (5) business days following completion of the block 4 exam in any semester, a student who wishes to appeal for early removal must submit a written appeal (maximum 2 typed pages) to the campus administration office. All new and relevant information must be included in this letter.
3. On receipt of the appeal, the campus administration will compile a file of relevant documents on each appellant (transcript and all numerical grades in every exam in each course including results on all NBME Shelf exams and / or such other exam(s) as deemed appropriate by the university).
4. Files of appellants will be disseminated to the members of the Promotions Committee. Individual members of the committee can request additional information from the chair via email before the meeting.
5. The Committee will meet during the first week of the semester (orientation day, if possible) and consider all appeals that have been received.
6. Any appeal that does not conform to the rules and deadlines will not be considered.
7. The Committee will vote on each appeal and by majority of those present, the Committee will grant or deny the appeal.
8. The Chair of the Committee will notify the student in writing of the results of the appeal within 2 business days. A copy is sent to the Registrar and filed in the student's permanent record.
9. A student whose appeal is denied by the Promotions Committee has the right to appeal to the Associate Dean of Basic Science in writing within three (3) business days of the Committee's decision. The file used by the Promotions Committee will be available to the Dean. The Associate Dean of Basic Science will inform the student of the decision in writing (email) within two business days.

**Dismissal Definition:**
A student is subject to dismissal if they:
1. Fail one two (2) or more courses while on academic probation
2. Fail one (1) course worth six (6) or more credits while on academic probation if any one of the course(s) failed or dropped resulting in academic probation was worth six (6) or more credits
3. Fail one (1) clinical clerkship while on academic probation
4. Fails a second competency (excluding Medical Knowledge 2a) in the same category (e.g. Patient Care or category 1) while on academic probation
5. Fails the same course or the same competency (or sub-competency) a second time whether by remediation or otherwise (excluding Medical Knowledge 2a) while on probation
6. Fail three (3) or more courses during the same semester
7. Fail two (2) courses worth six (6) or more credits each, or two (2) clinical clerkships during the same semester

The Promotions Committee receives, evaluates and determines students' appeal of dismissal.

1. Letters of dismissal (via email and surface mail) will be sent by campus administration to students as soon as the final grades are reported. Included in the letters will be the procedures for appeal.
2. Dismissed students have 2 business days (from the date of the email) to notify the campus administration (via email or fax) of the intention to appeal their dismissal.
3. A written appeal (maximum – 2 typed pages) must be received (via email or fax) by the campus administration within an additional 5 business days after notification of the intent to appeal. Additional relevant documentation (e.g. doctor reports) may be included. All new and relevant information must be included in the letter.
4. Upon receipt of a student's intent to appeal the dismissal, the campus administration will compile a file on the appellant, which will include all relevant academic records (i.e., all numerical grades in every exam (s) in each course (s) including results on al NBME Shelf exams and / or such other exam(s) as deemed appropriate by the university).
5. The file of each appellant will be disseminated to the members of the Promotions Committee. Individual members of the committee can request additional information such as opinions of other professors or counselors (subject to rules of confidentiality), and from the chair via email before the meeting.
6. The committee will meet during the first week of the semester (orientation day, if possible) and consider the appeals that have been received.
7. Any appeals that do not conform to the rules and deadlines will not be considered.
8. Dismissed students may request to meet with the committee. The committee chair will determine the amount of time allocated to the student's discussions with the committee. No one else will be permitted to address the Committee on the student' behalf or be present at the committee meeting. No electronic recording devices (tape recorder, cellular telephones, etc.) are permitted in the meeting.
9. The Committee will vote on each appeal of dismissal and by majority of those present, will grant or deny the appeal.
10. The Committee Chair will notify the student of the results of the appeal in writing (email and/or letter) by the end of the day of the appeal. A letter of decision of the Committee will be place in the student's permanent file.
11. A student whose dismissal is upheld by the Promotions Committee has the right to appeal to the Associate Dean of Basic Science in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Associate Dean of Basic Sciences. The Associate Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is as the discretion of the Associate Dean of Basic Science and is not required. The decision of the Associate Dean of Basic Science is final. The

R3S00002151

Associate Dean of Basic Science will inform the student of the decision in writing (email and/or letter) within two business days.

12. Appeals of errors in procedure or process should be sent to the President of the University (via email) within 48 hours of the Associate Dean's decision.

## USMLE Failures

Students who successfully complete the basic science portion of the curriculum have three (3) attempts and one (1) calendar year from the last official day of the semester in which they completed the basic sciences curriculum to successful pass USMLE Step 1. Within that year, they have a maximum of three (3) attempts at passage. It is the student's responsibility to schedule and pass the examination. If the one year time limit expires before all attempts have been used, the student forfeits the remaining attempts and is dismissed. No extensions on the one-year time limit are allowed.

## First Time Failures of USMLE Step 1

Students who fail the USMLE Step 1 Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination (e.g., NBME Comprehensive Basic Science Shelf Examination and / or such other exam(s) as deemed appropriate by the university) at the end of the course. Student will not be certified by the school to retake the examination unless they obtain a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 1 Examination.

## Second Time Failure of the USMLE Step 1

If a student fails a second time, the same procedure must be followed. However, the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time. If the student fails the USMLE examination a 3rd time, the student is dismissed without ability to appeal.

## Appeal with Lower Score after the Second Review Course

A student may appeal the decision to not be allowed a second retake of the exam of the Promotions Committee to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

The student must submit a written appeal to the Promotions Committee through the campus administration within 5 business days of receipt of the lower second end of review course examination score. In the appeal the student must address any special circumstances that explain the poorer performance. In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

A student whose appeal is denied by the Promotions Committee has the right to appeal to the Associate Dean of Basic Science in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Associate Dean of Basic Sciences. The Associate Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is as the discretion of the Associate Dean of Basic Science and is not required. The decision of the Associate Dean of Basic Science is final. The Associate Dean of Basic Science will inform the student of the decision in writing (email and/or letter) within two business days.

The student has the right to appeal to the President of the University if the University's policies and procedures were not followed. The appeal should be made in writing within 7 business days to the President located in the US Administrative office.

## Research: Literary Review and Analysis

Students who fail to submit any and all assignments outlined in the course syllabus in a timely fashion for the research module, Research: Literary Review and Analysis, will be placed on leave and are subject to dismissal. Any assignment not turned in when due will result in a zero mark for that assignment. Failure to respond to the committee or at such time that it is no longer mathematically possible to pass the course shall result in a failing grade. Additionally, any student who fails to deliver a Final Draft of the Paper (as defined in the course syllabus) in a form and manner acceptable to the such student's mentor within 90 days of passing USMLE Step 1, but in no event later than one (1) calendar year from the last official day of the semester in which such student completed the basic sciences curriculum, will be placed on academic leave and be subject to dismissal.

## Honor Code

"As a student of Saba University School of Medicine, I recognize that I am to be held to the highest standards of conduct and ethics in every aspect of my life. As a medical professional, I have read and will adhere to the code of academic honesty published in this manual. I will not lie, cheat, steal or tolerate anyone who does. All work handed in for grading will represent my own effort, without assistance from others. In my relationships with others, I will at all times demonstrate that I am a mature, caring adult worthy of consideration for advancement to the last two years of clinical training at SABA University School of Medicine. At no time should my actions jeopardize the safety and well being of my fellow students, faculty, patients or persons in the community of Saba. I will not cause disturbances, violate laws, initiate hostile or aggressive acts, or violate patient confidentiality."

## Substance Abuse & Treatment

R3S00002152

Similar to many North American medical schools and hospitals, Saba University School of Medicine is concerned about impaired health care professionals and as such has instituted a program of random testing for alcohol and drugs.

Saba University is providing a medical education for future physicians. We recognize that during a physician's professional life there will be serious consequences if they are found to be using illegal substances, abusing alcohol or prescription drugs. These consequences may involve mandatory extensive treatment being under the surveillance for years; to losing one's prescribing privileges or even one's license to practice medicine. We also recognize that medical training and a medical career can be exceedingly stressful and the temptation to self-medicate with alcohol or drugs can be great and we recognize that chemical dependency is an illness requiring treatment.

Because of these reasons, there is zero tolerance to drug use, distribution, possession or excessive use of alcohol, both on and off campus at SUSOM. All students prior to coming to Saba will be expected to sign a waiver allowing random drug testing. In the event of a specific complaint about a student, the test will not be random.

Anyone found trafficking illegal substances will be expelled from SUSOM. In the event that a drug test is positive, the student will be asked to undergo an evaluation of dependency at a facility at an approved for treatment of Health Care Professionals. This is to ensure that the facility is competent to assess and treat health care professionals who have very special treatment needs. The University will abide by the independent assessment of this facility. However, if the recommendation is that the student has a chemical dependency problem, the student will be expected to complete a treatment program in a facility satisfactory to SUSOM and be recovered satisfactorily before returning to medical school. The medical school will expect confirmation of this fact from the treating facility.

We support students dealing with these problems before they are working in a hospital setting where the condition may not be dealt with as humanely and the opportunity for continuing in a medical career may be lost. The student will be allowed to resume their studies and will be monitored with random drug screens for the duration of their medical education. SUSOM is supportive of students who have dealt with chemical dependency and are working in a good recovery program.

**Dress Code and Demeanor**
The purpose of a dress code is to provide an environment, free of distraction or disruption and to maintain an academic focus in the classroom and on campus. Appropriate dress also communicates to the community high standards of discipline and seriousness of purpose. As aspiring doctors, it is important to project an air of professionalism when possible. The following guidelines regarding appearance and conduct apply to the students during classroom hours and while on campus.

1. Recognize that extremely brief garments such as tube tops, net tops, halter tops, spaghetti straps, plunging necklines (front and/or back), tight and skimpy bottoms and see-through garments are not appropriate.
2. Ensure that underwear is completely covered with outer clothing.
3. Low-slung pants and baseball caps are not permitted in classrooms.
4. The use of profanity and vulgar language is inappropriate when addressing staff, faculty and fellow students.

Students who violate the student dress code shall be required to modify their appearance by covering or removing the offending item and, if necessary or practical, replacing it with an acceptable item. Any student who refuses to do so shall be subject to discipline. Any student who repeatedly fails to comply with the dress code shall be subject to further discipline and possibly suspension.

**Children in the Classroom**
One of the goals of an educational institution is to provide the most conducive learning environment possible for all students. Although this institution values children and families, children in the classroom are a distraction and can be a disruption. Therefore, children are not permitted in the classroom.

Older children may utilize the Cafeteria, but it is the parent's responsibility to ensure that the children do not disrupt other members of the community who may also be utilizing those facilities. If disruptions occur, this privilege may be withdrawn.

**Saba Violations**
Violation of the laws of Saba that will lead to disciplinary action include: Practicing medicine without a license, driving without a Dutch Driver's License, driving without car insurance, parking in areas where student parking is prohibited on the streets during daytime and parking near the hospital.


## ACADEMIC POLICIES AND PROCEDURES

**Students Academic Responsibilities**
The Saba School of Medicine student, by voluntarily accepting admission to the institution accepts the academic requirements, the honor code and academic regulations of this institution. It is the student's responsibility to fulfill course work, degree requirements and to know and meet the criteria for satisfactory progress and completion of the program.

R3S00002153

To assist the student in meeting these requirements, Saba University provides the following types of assistance:

1. A mentor-tutoring program
2. Formal regular meetings with the faculty
3. Study efficiency counseling
4. Personal and financial counseling
5. Due process proceedings for academic and disciplinary problems

To obtain assistance the student can see their classroom instructors, their Faculty Advisor, the Student Counseling Officer or the appropriate Assistant Dean of Student Affairs.

## Attendance Policy

Students are expected to attend and are responsible for all material presented in lectures, handouts, and assigned readings. Attendance and participation at demonstrations, laboratories, small group sessions, and conferences are required. If a student anticipates an absence from a laboratory, demonstration, small group session or conference session, or if an emergency arises, the student will contact the instructor involved in advance of the scheduled event. If the student cannot contact the instructor involved, the student may be excused upon notification of and approval by, the office of the appropriate Associate/Assistant Dean who will in turn contact the instructor prior to the scheduled event. In the event that the student is excused from the laboratory, demonstration, small group session or conference session, the event must be made up in a manner determined by the instructor. In the circumstances where the approved absence in due to illness, the student must present to the Associate Dean, an excuse from the physician at the Student Health Clinic (at A.M. Edwards Hospitals on Saba) or a Clinical Rotation Health Center physician. The excuse must be written on the date of absence or referencing an ongoing illness before the student will be eligible for a make-up of the laboratory, demonstration small group session or rotation/conference session. Students who are absent from 10%2 or more of the basic sciences classes, whether absences are excused or unexcused, will have to repeat the class and are subject to dismissal from the M.D. program.

Attendance is a vital part of the clinical training experience and is mandatory to attend the entire duration of each clinical rotation. Failure to report on time, or failure to attend during a rotation or a departure prior to the end of a rotation without the agreement of the clinical preceptor, the Saba affiliate hospital Director of Medical Education and/or the Clinical Education Office, will result in a grade of "F" being issued for a rotation. Medical students must be aware that activities may be scheduled on weekends in addition to the regular workweek.

## Leave of Absence

Requests for a leave of absence may be granted for medical, personal, financial or academic reasons. Emergency leaves for a short period of time may be granted in cases of a serious illness or death in the family within 24 hours of written notification by the Associate Dean of Basic Sciences or Clinical Medicine, as appropriate. Students are required to give advanced written notification and must assume responsibility to complete course or clinical rotation requirements upon returning. Time missed during Basic Sciences studies will be counted as part of the 90% class attendance requirement. The maximum time granted for a leave of absence in the Basic Sciences is one academic semester (15 weeks). For students who are receiving financial aid, notification will be submitted to the loan agencies for an approved Leave of Absence. Students who neglect to return to the program at the end of the leave of absence or who neglect to apply for an extension are subject to administrative withdrawal from Saba University.

Clinical Medicine students who take more than 30 days off during their third and or fourth year clerkships must request in writing permission to the Associate Dean of Clinical Medicine. Students must specify dates and the reason for the request. Students who fail to request a leave of absence may be subject to immediate administrative withdrawal. The Office of Clinical Medicine, the preceptor and the hospital's Office of Medical Education must be notified immediately if a student has a personal emergency requiring absence from a rotation. All time missed during a rotation must be made up to the satisfaction of the hospital's Director of Medical Education or the preceptor.

## Class Examinations

Students are required to be present at the scheduled time for every examination. It is the responsibility of the student to refrain from academic dishonesty, to refrain from any conduct that may lead to suspicion of academic dishonesty, and to refrain from conduct that aids others in academic dishonesty. Scheduled examination policy and procedures are determined by the faculty. The faculty coordinator is responsible for each course. This policy is presented to the students at the beginning of each course. These procedures, during an exam, will include the following activities:

1. Proctors will be present during the administration of every examination.
2. Examinees will not sit next to each other.
3. Only writing instruments and calculators (unless authorized by the instructor) can be in the possession of the examinees during the exam.
4. Examinees will sit in assigned seats.

---

2 Unless otherwise noted in the course syllabus.

R3S00002154

5. There may be at times at least two versions of each exam written that will be administered using a scrambled sequence of exam questions.
6. Examinees will be permitted to go to the rest room one at a time. They must use the restroom closest to the test area and must sign time out and time in.
7. Examinees who have completed the exam may not loiter in the hall outside the test area.
8. Exams can be administered any day of the week including weekends.

## FACULTY TESTING CENTER PROCEDURES

**Prior to the Exam**

Faculty members must submit their questions to the testing center according to the following schedule:

1. Qpack: at least three hours before exam.
2. Text-file format: the Friday before the exam.

Faculty members will provide the following information to IT department personnel:

1. Exam/Course Name
2. Semester
3. Block Number
4. Time Required
5. Professor
6. Date of Exam

IT department is responsible for loading the exam into the Question Mark Perception software. Faculty members are responsible for ensuring that the exam is properly loaded into the Question Mark Perception software. This is accomplished by having the Faculty member take the exam once it has been loaded. The IT staff will add 5 minutes to the duration of each exam.

**Day of the Exam**

IT department will schedule the exam according to the EXAM schedule and the Faculty member's requirements.
The scheduling "total time" will consist of three parts:

- 10 minutes prior to test – used by IT department to ensure test is loaded properly (the day of the test).
- Faculty members should come to each exam with three hard copies of their exam
  (and printed graphics) in case of a browser failure.
- Time required (supplied by the Faculty member).
- 30 minutes extra time (in case of power failures and to handle staggered starting times).

A member from the IT department will be on-hand during each test. The IT member will handle any IT-related issues which may arise during testing as well as assist Faculty members by acting as a proctor.

**After the Exam**

IT department will generate reports for Faculty members. Faculty members will direct IT department on which reports to generate. Students must remain on campus at least 15 minutes longer than the ending time of each exam they participate in.

**Procedures for students enter the testing center:**

- Place all bags on the back shelf
- No food in the test center
- No water or beverage of any kind in the testing center
- No cell phones or any electronic devices, ie. IPods, IPhones, etc. allowed in the testing center
- No hats in the testing center
- Find your assigned seat A.S.A.P
- Your Student ID card must be on display at all times.
- No talking

**Just Prior to testing:**

- Once you begin your exam, you MUST complete it.
- Login to the exam software to the "Test Selection Prompt"

R3S00002155

- Do NOT start the exam until instructed
- Only take the test once!
- If you have any problem during the test immediately report it to a proctor
- If there is a power failure and/or your computer shuts down, DO NOT touch the keyboard. The IT staff will assist each student restarting the exam so any answered questions will not be lost.
- After the test, hand your scratch paper to a proctor as you quietly exit the test center.
- State the number of questions on the test
- State the amount of time to take the test
- Good Luck!

Students are required to remain on campus at least 15 minutes after each exam they participate in.

**Test Center Rules**
Students are to arrive at least 10 minutes prior the scheduled exam time. Students may not leave the classroom unless there is an extreme emergency and they have prior permission from proctor. Additional time will not be allocated for bathroom break. No beverage or food of any kind is admitted into the test center. No cell phones or other electronic devices are not permitted in the testing center. All bags are to be placed on the shelf at the back of the testing center.

Please check with the proctor to see if there are seating assignments for the current exam. If so, identify the location of your pre-assigned seat and prepare yourself for the exam.

- Please be seated.
- Log on using your current login and password. A successful login will result in a page telling you that the particular exam you are about to take is ONLINE.
- DO NOT START THE EXAM UNTIL TOLD TO DO SO. This is to prevent server overload. You can start the exam ONLY after the IT team has given the O.K to do so.

PROBLEMS: If the power fails and the computer shuts down, DO NOT TOUCH THE KEYBOARD! The IT team will assist each of you into restarting the exam. If the above procedure is not properly followed, you may lose the answers to the already answered questions. There are certain procedures to follow to resume the exam. Observe and follow the procedures under the guidance of the proctor and the IT team.

OTHER OCCURRENCES: From time to time a pop up may appear on the screen indicating that a java script did not succeed or perform properly; CLOSE the message box and disregard the message; it is a bug in the Windows software.

Occasionally, when ending the exam and after pressing the SUBMIT button, the application will freeze. When this happens, you will not be able to see the result of the test you have just finished, but the score will be properly recorded in the server. If this happens to you, - wait until everybody finishes the exam and get the results from the proctor.

In case ANY OTHER PROBLEMS occur, do not panic, raise your hand and someone will promptly assist you. Thank you for your understanding and patience.

**Policy Regarding Absence from Examinations**
It is expected that students will not be absent from any examination. Allowances may however be made for emergency or catastrophic circumstances. Absence from a course examination without obtaining an excused absence from the Assistant Dean of Students will result in a zero mark for that examination. Absence from a course examination may be excused for the following reasons:

1. Personal medical emergency, such as personal injury, sickness or other urgent health-related matters;
2. Family emergency, such as death or sickness of a family member; or
3. Other critical circumstances at the discretion of the Assistant Dean of Students.

For non-emergency situations, the student is encouraged to refer to the student handbook section regarding withdrawal from classes for the semester.

In order to obtain an excused absence, the student must present either an oral or a written request to the Assistant Dean of Students. A request for absence from an examination should preferably be made in writing prior to the anticipated absence. If the absence is unplanned and/or the student cannot reasonably provide a request prior to the examination, the student must present a request within one day after returning to classes.

The Assistant Dean of Students shall either approve or disapprove of the request within a reasonable time of its receipt. Approval of a request for excused absence from an examination is at the discretion of the Assistant Dean of Students. In the event a request has been disapproved, the student retains the option of appeal to the Associate Dean.

R3S00002156

If a request for an excused absence from a course examination has been approved, the Assistant Dean of Students shall notify the appropriate Course Instructor(s). The Assistant Dean of Students and all relevant Course Instructors must then confer and agree as to which options will be offered to the student in lieu of taking the course examination. Such options include a "make-up" examination or other option(s) deemed to be appropriate and agreed to by both the Assistant Dean of Students and the Course Instructor(s).

Approval of excused absences from an examination will only be considered where sufficient documentation of an emergency is presented. Upon return to classes, the student must present appropriate written confirmation of the event for which the excused absence was requested, such as a letter from a physician, death certificate and or obituary from a newspaper, letter from a recognized authority, travel receipts or other relevant material.

Special requirements must be met in order to obtain an excused absence in the event of personal illness afflicting the student on the island on the day of a scheduled exam(s). The student must:

1. Inform the school before or at the time of the exam(s), and
2. Produce a physician's note signed, dated, and timed on or about the start of the exam(s).

The physician's note must state that he/she examined the student and found that the student was unfit to take the exam(s) at the scheduled time.

**Make up exam rules**
All make up exams will be administered on one day towards the end of each semester. The specific day will be determined by the administration and the faculty and students will be notified of the date and time. The committee feels that if a student is ill and presents a doctor's statement to administration on the day of the exam that excuses the student then the student should be allowed to take a make-up exam without penalty. Those who are so ill (hospitalized) that a doctor's statement can't be delivered to the administration will likewise will be allowed to take a make-up exam. In addition students who have other legitimate (legitimacy to be determined by the Associate Dean) reasons to request a make-up exam will also be allowed to take a make-up exam without penalty. Once a student begins an exam, he/she MUST complete it. Students who don't have a doctor's statement, those who present a doctor's statement 24 hours after the exam and students who do not have a legitimate reason to miss an exam can appeal to the Associate Dean and under extraordinary conditions may be allowed to take a make-up exam but with penalty. These students will only be allowed to get a maximum of 74% on the exam even if the actual percentage is higher.

**Students' Course and Instructor Evaluations**
The SABA Faculty is committed to a process of complete and meaningful evaluation of the curriculum and faculty. The Curriculum Committee has the responsibility of conducting course evaluations and soliciting input from various sources, including students. Faculty evaluations become part of the personnel file of the individual. It should be emphasized that student evaluations, although important, are not the sole component of faculty or curriculum evaluations. Changes in teaching or curriculum will usually occur over a period of time; however, student evaluations are important and contribute to the overall improvement of the program. The evaluation process is designed to solicit the views of students in a manner that will maximize participation, and the validity of the results.

**Evaluation of Courses**
Student evaluations of courses are conducted by the Assistant Dean of Students, under supervision of the Dean's Office on Saba. This office tabulates the evaluation for each course, and transmits the information to the appropriate course coordinator as well as to the Curriculum Committee upon request.

Evaluation of courses is conducted using a survey form developed by the Associate Dean's office, plus additional questions requested by course coordinators. Courses with extensive laboratory components, such as gross anatomy, histology, etc., will conduct a separate evaluation of the laboratory.

The evaluation will be conducted under supervision of the Dean's Office and the SGA on Saba, at appropriate times during a course or semester. During the evaluation, course faculty will be asked to leave and the SGA student representatives will conduct the evaluation. The Assistant Dean will tabulate the results, including acceptable written comments and transmit this information directory to the course coordinator, the Curriculum Committee, and the Associate Dean of Academic Affairs.

**Evaluation of Instructors**
Instructor evaluations are conducted each semester using a survey form. Evaluations will be conducted of all instructors with faculty appointments of 50% of more. Upon special requests, evaluations will be performed of faculty with less than 50% appointments.

The precise time of instructor evaluation will be selected by the instructor so as to follow the major teaching responsibilities of the instructor, and not be disruptive of the overall teaching and evaluation programs.

The Associate Dean of Academic Affairs will tabulate the evaluations and transmit the information to the instructor and to the proper Dean's Office. Instructors are requested to make student evaluations available for use during annual reviews and considerations for

R3S00002157

promotion or tenure.

## Student Off Campus Meetings & Attendance Guidelines

The primary mission of the Saba University administration is the education of their medical students. Occasionally outside organizations associated with medical students may request students to be absent from the educational program, including testing of student performance in that program. Since the primary responsibility of Saba is education, this policy is designed and intended to assist the students to attend meetings. This policy intends to provide the opportunity for attendance, while defending the level of quality expected of the students.

In the absence of a formal compliant policy by a particular faculty member for requiring students to be in attendance for their lectures, students still are responsible for any missed classroom assignments, etc. If it is of absolutely necessary for a student to attend a meeting that results in the student being absent from a laboratory, a conference, small group session, demonstration or an examination, then the medical student will follow the procedures outlined below:

NOTE: The form referred to below should be secured from the office of the Associate Dean for Basic Science and used to obtain all the required signatures.

The students should use the form to arrange with the course coordinator or chair of the affected course or division that they:

1. Be allowed to be away from the institution during that specified event/course for purposes of attending the meeting.
2. Are requesting an agreed upon procedure for the make-up of that event.

The course coordinator must:

1. Decide whether to recommend that the student be allowed to be absent from that event.
2. If in agreement, sign off on the students request and note on the request the procedures by which the student will make-up the event, including date and time.

The written request form with the signature of the affected faculty and make-up procedures must be given to the Associate Dean for Basic Science for his approval. If the Associate Dean for Basic Science approves the request; he/she will sign the student's request and send a copy of the request to all affected faculty and students.

The student, course coordinator chair, and the Associate Dean for Basic Science must keep in mind that students with a low academic standing may be placing themselves in an increasingly difficult situation by requesting to attend such meetings. The student, the faculty and the Associate Dean for Basic Science must make a judgment as to whether such attendance would further compromise the ability of the student to maintain and improve the quality of his medical knowledge. While not a hard and fast guideline, the student should be maintaining a satisfactory GPA in the course or discipline involved to be considered for approval of attendance at meetings that require them to miss conferences, lectures, laboratories, discussions, small group sessions or exams. Students on academic probation will not be approved.

## Course Cancellation

In the event it becomes necessary for Saba University to cancel a course for insufficient enrollment or any other reason, students may transfer to another course or receive a full refund and fees for that course.

## Refunds

Tuition and fees shall be refunded in full, less an administrative fee of $100, and the $750 acceptance deposit, if notice of withdrawal is received prior to the first day of classes. Tuition and fees shall also be refunded in full for the current enrollment period, less an administrative fee of $100, and the acceptance deposit, under the following circumstances:

- Courses cancelled by the institution
- Involuntary call to active military duty
- Documented death of the student
- Exceptional circumstances, with approval of the president or designee of the institution.

Application fees are non-refundable. Refunds will be calculated by the finance office and will be refunded within (30) days of withdrawal. The tuition will be refunded as follows:

- A refund of 100% of the tuition for which the student is obligated shall be issued if the student withdraws prior to the first day of classes.
- A refund of 90% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 10% of the period of enrollment for which the student was charged or obligated.

R3S00002158

- A refund of 50% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 25% of the period of enrollment for which the student was charged or obligated but more than 10%.
- A refund of 25% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 50% of the period of enrollment for which the student was charged or obligated but more than 25%.
- In case of withdrawal after 50% of the period of enrollment, the student is obligated for full tuition and fees.

All monies paid by an applicant will be refunded if cancellation occurs within three business days after signing the terms of enrollment and making initial payment.

In order to be eligible for a tuition refund, students must obtain a financial clearance letter from the administrative office at Saba University and a formal withdrawal form must be completed and authorized by the Dean.

## W.F.M. JOHNSON LIBRARY

### Overdue Notices
The library has an automated circulation system that maintains accurate records of the fines and over dues on library materials. If you receive an overdue notice, please act promptly. Overdue notices will be placed in student's mailbox. If there is a conflict, you need to resolve the situation early with the circulation clerk and Library Director. All lost books and fines must be taken care of before graduation in order to receive your diploma. All circulating material must be returned to the library before graduation.

1. Notices will be sent to the student if they are off campus or put in their mailbox if they are on campus.
2. After three overdue notices, the library will send the student a bill for the cost of the book. A bill for the book will be sent every month until the book is paid for or returned.
3. If there continues to be a problem, discuss the conflict with the Library Director.
4. A letter from the Library Director will be issued to the student when the conflict has been resolved. This letter can be presented to the Registrar before graduation so that the diploma can be received.

### Renewals
Any book may be renewed once as long as there is no request for it. This is also a suggested method of avoiding fines.

### Fines
A charge of .25 cents per hour for reserve books and a charge of $1.00 per day for other materials will be assessed on overdue books. The penalty for repeated abuse of the reserve system is being barred from using the system.

### Reserve Books
Reserve books are placed on reserve by the faculty, and can be used in the library for a two hour period. These books are located behind the circulation desk and must be asked for at the circulation desk.

### Photo Copy Service
There is a copy machine available in the Library. Students must purchase a "copy card" from the administration office or Librarian to access the copier. Copies are .20 cents per copy.

### Library Hours
The Johnson Medical Library is open daily from 7:00 a.m. to 12:00 p.m.

### Eating or Smoking in Library
Eating is not permitted in the W.M.F. Johnson library. It attracts insects that can damage books and leaves the table surfaces dirty for the next student. According to Saba University Code, it is unlawful to smoke anywhere in campus buildings. Smoking is prohibited in all campus buildings.

### Security
A book detection system is located at the entrance to the library that must be passed through upon entering and leaving the Library.

R3S00002159

# STUDENT GOVERNMENT ASSOCIATION CONSTITUTION

We, the students of Saba University School of Medicine, in order to form a democratic, efficient, and responsible student government, to present, lead, and unify the student body; to decide and act responsibly for the students upon any matter involving the students' interest; and to work with the faculty and administration of the University in the pursuit of our mutual interest; do hereby establish the Student Government Association of Saba University School of Medicine and adopt this constitution.

Student conduct at Saba University is governed by the policies of the Board of Regents and the university document "Student's Rights and Responsibilities" which is a comprehensive statement on student rights, responsibilities and due process.

## ARTICLE I
Name, Purpose, Membership, and Structure

## SECTION I
The name of this organization shall be Student Government Association here within known as SGA.

## SECTION II
The purpose of this organization is to maintain lateral communications between all members of the school body and to act as the official representative for the entire Saba student body to the faculty, administration, and fellow professionals.

## SECTION III
Membership shall consist of full-time enrolled students of SABA University School of Medicine. These students will be elected by the student body. The minimal requirements are as follows: Student status versus student/faculty, full-time enrollment in good academic standing and not on academic or disciplinary probation.

## SECTION IV
The Student Government Association shall consist of the Executive Branch, the Legislative Branch, and the Student Judicial Branch.

## ARTICLE II
EXECUTIVE BRANCH
The Executive Branch of the Student Government Association shall consist of the office of the President, Vice President, Secretary, and Treasurer. The Executive Branch will insure that the interests of the student body are being upheld, within the grounds of this constitution and the policies and regulations guiding this campus.

## SECTION I
President: The President shall be recognized as head of the SGA and shall represent the student body to the faculty and administration. The President will serve semesters two through four unless the student body votes for a re-election by majority vote. The President must have completed one semester at the time of election. The President may sign or veto any recommendation or act by item of the SGA. The veto may be overridden by a two-third (2/3) vote by the SGA. The President shall be the Chairperson of the Executive Branch at the SGA and student body meetings. The President shall not vote on any issue unless there is a tie. The President shall fulfill any other duties prescribed in this constitution. The SGA President shall serve for his or her entire term and can only be removed by a two-third (2/3) vote of the SGA. When indicated, the SGA will appoint a student representative to represent the SGA at different types of appeal hearings.

## SECTION II
Vice President: The Vice President shall serve as the President in the President's absence otherwise; the Vice President shall work as the President requests and in all other capacities as prescribed by this constitution. Unless selected in another manner, the vice president shall represent the SGA at the Curriculum Committee.

## SECTION III
Secretary: The secretary shall keep in order all student government related minutes as filed with him or her. The Secretary shall coordinate all public relations involving the SGA. All SGA records are to be kept within the Dean's office.

R3S00002160

## SECTION IV

Treasurer:  The Treasurer shall keep track of the request for payment slip and enter them into a ledger for the SGA budgets. The SGA recognizes and accepts the fact that all checks, vouchers, cash or other expenditures by the student government shall be authorized and countersigned.  That means that the treasurer will be involved with the executive committee to prepare for the following activities:  a working budget that outlines estimated revenues and expenditure plus an annual audit of all accounts. The Treasurer shall serve as the Vice President in the President's absence.

## ARTICLE III

STUDENT GOVERNMENT ASSOCIATION

The SGA shall be recognized as a legislative body responsible for any legislation related to students or student interests.  A majority of the members of the SGA senate shall constitute a quorum.

## SECTION I

The SGA representatives shall be composed of one President and one Vice President for each semester class.  Elections shall be held for the positions held by each semester class.  The President and Vice President shall serve the entire length of their term and can be removed only by a 2/3 vote of their semester class or by greater than 2 absences of the SGA meetings.  The term lengths are as follows:  First semester representatives shall serve for one semester.  Second semester representatives shall serve two semesters (2nd and 3rd).  Fourth semester representatives shall serve two semesters (4th and 5th).

Election of the Executive committee members shall be by vote of the Legislative body.  For the positions of President and Vice President, the nominees must have served at least one semester prior in the SGA.

## SECTION II

The SGA shall be the main programming body on campus.  The purpose shall be to initiate and present a variety of entertainment, cultural, and educational activities and approve all campus-wide social functions deemed under its jurisdiction by the SGA President.

## SECTION III

The SGA shall meet at least once a block.  The minutes shall be kept and filed with the SGA Secretary and the Dean of the University.

The order of business shall be as follows:
1. Call to order
2. Roll call
3. Reading of minutes
4. Correction and adoption of minutes
5. Report of student standing committees
6. Unfinished business
7. New business
8. Remarks
9. Adjournment

## SECTION IV

The SGA shall hear all cases referred to it by the President of the SGA, the Dean of Students, or the University President.  The SGA shall hear all cases appealed to it by the students of the college.  The SGA shall render an interpretation of this constitution.

## SECTION V

The SGA Legislative shall serve as the Student Honor Committee (SHC).  See Article IV.

## ARTICLE IV
## STUDENT HONOR COMMITTEE (SHC)

## SECTION I:  Membership

The membership of the SHC will consist exclusively of current Student Government Association members and will exist as a standing committee of this body.

R3S00002161

SECTION II:  Purpose and Duties of the SHC and Its Members

At no time will the SHC be involved in criminal, student, faculty or administration issues.  The SHC will present students who have been accused of minor to moderate infractions with a chance to voice their case to fellow students, have it evaluated and be given an opportunity to rectify the matter without faculty and/or administration becoming directly involved.  It is also imperative that all members maintain strict confidentiality.  No member, at any time, will discuss any of the cases either potentially, currently, or formally under review with students, faculty/administration or island locals.  It is not the duty of the SHC to hand down punishment.  When a student's case is brought before the SHC, it is the committee's responsibility to make the student aware of the problem and assist them in its resolution.

SECTION III:  Procedure for the Evaluation of Cases (pathway format)

Occurrence/complaint → Chair of faculty disciplinary committee (CFDC)/SHC committee members (decision) → **EITHER:** class representatives/SHC members from respective class speak to the student and inform them of the complaint (the complaint or occurrence may go directly to this step if the class representatives are aware) OR directly to the faculty disciplinary committee depending on the degree → Situation resolution **OR** reoccurrence **OR** Formal SHC meeting with student → resolution **OR** reoccurrence (degree) → second SHC meeting if appropriate **OR** situation may be referred to faculty disciplinary action.

There are several levels of authorities present to deal with issues and it seems necessary to use them as a hierarchy depending on the situation.  If an issue is in fact isolated and relatively minor, then it is likely to be resolved on its own or can be handled with limited intervention (i.e. Class representatives or informal SHC).  However, when the situation is more severe the issue must first be discussed between the CFDC and the chief justice (SGA President) to decide the best course of action.  It is necessary here to stress that just because the CFDC is aware of a situation does not necessarily mean it will be brought to attention of the faculty or administration.

ARTICLE V
STUDENT ORGANIZATIONS

SECTION I

The current organizations currently recognized by the Student Government Association are presented:

1. Significant Others of Saba (S.O.S.)
2. Women's Medical Student Association
3. Indian Students Association (ISA)
4. African Diaspora Association (ASA)
5. Muslim Student Association (MSA)
6. Christian Medical Student Association
7. Student Hockey Club
8. Student Basketball Club

SECTION II

Each student organization shall establish by-laws by which to govern themselves.  Copies of said by-laws are to be submitted to the Assistant Dean of Students and the secretary of the SGA.

SECTION III

Each organization shall hold regularly scheduled business meetings.  There should be at least two meetings per semester.

SECTION IV

Each organization shall submit proposal dates for special events.  These dates are to be cleared with SGA and the Assistant Dean of Students.

ARTICLE VI
ROBERTS' RULES OF ORDER

Unless otherwise stated in the SGA constitution, official business and meetings shall be conducted in accordance with the latest revision of *ROBERTS RULES OF ORDER*.

ARTICLE VII
AMENDMENTS

SECTION I

Amendments to this constitution may be initiated by vote of the majority of SGA members or by petition of thirty percent of the student body.

R3S00002162

## SECTION II
Amendments shall be submitted to the student body within 45 days after finalization and shall require a voting majority of the student body.

## ARTICLE VIII
### RATIFICATION

## SECTION I
The constitution shall be in effect immediately following a majority vote by the student body, approval of the faculty, or ratification by the SGA.

## SECTION II
Upon implementation, the constitution and any of its by-laws will make any and all of the previous constitutions and by-laws null and void.

## RATIFICATION
### SABA UNIVERSITY SCHOOL OF MEDICINE
### STUDENT GOVERNMENT ASSOCIATION CONSTITUTION

---

The undersigned, as duly elected student representatives, do hereby accept this Constitution as the Official Student Government Association Constitution.  Signed this 6th day of July 1995.

Mandy Kozol, 1st Semester Vice President
Jimmy Lord, 1st Semester President
Corinne Kalser, 2nd Semester Vice President
James Adelhold, 2nd Semester President
Derek Christian, 3rd Semester Representative
Ash Vyas, 4th Semester Vice President
Vinnie Sood, 4th Semester President
Joseph O'Lear, 5th Semester Vice President
Anne Connors, 5th Semester President
Melvin Lopez, President Student Government Association
Dr. Frank Chambers, Associate Dean of Basic Sciences
Dr. Jack Buchanan, Dean of Basic Sciences
Dr. David Fredrick, Chairman of the Board

R3S00002163

## PROTOCOL

Saba University School of Medicine & A.M. Edwards Medical Center, The Bottom, Saba

FOR ALL MEDICAL STUDENTS WORKING WITH PATIENTS UNDER THE DIRECTION OF THE MEDICAL DIRECTOR ON THE ISLAND OF SABA.

**Table of Contents**

Laboratory

Pharmacy

Clinic & Emergency Room

Home Health

Nursing Home

Student Clinic

Confidentiality

**Laboratory**
Students are under the direct supervision of the Laboratory Supervisor.

The duties shall include and not exceed:
1. The collection of laboratory specimens as directed by the Laboratory Supervisor.
2. The running of tests as directed by the Laboratory Supervisor.

Students who fall below the expectations of the Laboratory Supervisor shall be removed from the laboratory and face disciplinary action from the University.

**Pharmacy**
Students are under the direct supervision of the Pharmacy Supervisor.

The duties shall include and not exceed:
1. The student is to take a running inventory of all medications as directed by the Pharmacy Supervisor.
2. The student may not fill prescriptions unless directed to do so by the Pharmacy Supervisor.

Students who fall below the expectations of the Pharmacy Supervisor can and shall be removed from the laboratory.

Students caught taking any medications from the pharmacy without the knowledge of the Pharmacy Supervisor, Head Nurse or Hospital Physician shall be removed from the hospital and face disciplinary action from the University.

**Clinic & Emergency Room**
Students are under the direct supervision of the Head Nurse and Hospital Physician.

1. The students are not to examine, diagnose or treat patients unless directed specifically by the Head Nurse or Hospital Physician. All treatments and prescriptions are to be countersigned by the attending physician.
2. Students on call and have a patient encounter must write up a SOAP note and leave it in the chart. The next day it should be replaced with a typed copy.
3. Students are not to put the patients in harm's way.
4. Supplies and equipment must not be removed from the hospital, unless given permission. If permission is granted, the student must write down all the supplies taken and give it to the Head Nurse.
5. Students that fall below the expectations of the Head Nurse, Hospital Physician and Saba University School of Medicine shall be removed from the hospital and face disciplinary action by the University.

**Home Health**

R3S00002164

Students are under the direct supervision of the Head Nurse and Hospital Physician.

1. The students are not to examine, diagnose or treat patients unless directed to do so by the Head Nurse or Hospital Physician. All treatments and prescriptions are to be countersigned by the attending physician.
2. Students are not to put the patients in harm's way.
3. Students that fall below the expectations of the Head Nurse, Hospital Physician and Saba University School of Medicine shall be removed from the hospital and face disciplinary action from the University.

## Nursing Home

Students are under the direct supervision of the Head Nurse and Hospital Physician.

1. The students are not to examine, diagnose or treat patients unless directed to do so by the Head Nurse or Hospital Physician. All treatments and prescriptions are to be countersigned by the attending physician.
2. Students are not to put the patient in harm's way.
3. Students that fall below the expectations of the Head Nurse, Hospital Physician and Saba University School of Medicine shall be removed from the hospital and face disciplinary action from the University.

## Hospital Clinic

Students are under the direct supervision of the attending physician responsible for the student clinic.

1. The hospital clinic provides services for Island residents, visitors and students of Saba University and their dependents.
2. The hospital clinic is staffed with Fourth and Fifth Semester students as part of the Physical Diagnosis course.
3. The student on duty must:

   a. examine the patient and complete a SOAP note for each patient encounter.
   b. notify the attending physician in charge of the student clinic.
   c. accompany the patient to the hospital with the SOAP note and arrange for the patient to see the hospital physician if the physician is not available. If the Hospital Physician is not available, a telephone consultation must be done with the attending physician.

4. The student should outline his/her intended treatment and have it approved and countersigned by the attending physician. With approval from the attending physician, the student may dispense over-the-counter medications.
5. Under no circumstances should the medical student that is on duty put he or herself in a compromising situation or take it upon them to treat or dispense any medication without the permission of the attending physician.
6. If the patient is of different sex from the student examiner, an assistant of the same sex as the patient shall be present throughout the physical examination.
7. All First Semester students are given an H&P exam by a Fifth Semester student at the beginning of their First Semester at Saba University. The Fifth Semester student should establish a medical record for the First Semester student and their dependents. Medical records are kept in the filing system in the student clinic.

## Confidentiality

Any information a medical student learns from a patient is confidential and should only be repeated to the nurse or hospital physician. Also, any knowledge imparted to a student by the nurses or physician is confidential and should not be repeated outside the hospital or to the patient unless directed to do so.

R3S00002165

## *Schedule of Fees for Basic Sciences*
### *Saba University School of Medicine*
(Effective September 1, 2019)

♦ **FIRST SEMESTER**

| | |
|---|---|
| Tuition | $17,850 |
| Student Visa Fee | 321 |
| Shelf Board Exam | 125 |
| First Semester Lab Fee | 345 |
| Student Activity Fee | 50 |
| TOTAL | $18,691 |

♦ **SECOND SEMESTER**

| | |
|---|---|
| Tuition | $17,850 |
| Shelf Board Exam | 125 |
| Laboratory Fees | 195 |
| Student Activity Fee | 50 |
| TOTAL | $18,220 |

♦ **THIRD SEMESTER**

| | |
|---|---|
| Tuition | $17,850 |
| Student Visa Renewal | 121 |
| Shelf Board Exam | 125 |
| Laboratory Fees | 195 |
| Student Activity Fee | 50 |
| TOTAL | $18,341 |

♦ **FOURTH SEMESTER**

| | |
|---|---|
| Tuition | $17,850 |
| Shelf Board Exam | 125 |
| Laboratory Fees | 195 |
| Student Activity Fee | 50 |
| TOTAL | $18,220 |

♦ **FIFTH SEMESTER**

| | |
|---|---|
| Tuition | $17,850 |
| Shelf Board Exam | 125 |
| Laboratory Fees | 195 |
| Review Fee | 500 |
| Student Activity Fee | 50 |
| TOTAL | $18,720 |

### Schedule of Fees for Clinical Medicine

SIXTH SEMESTER
Clinical Medicine Fee...........$20,700

SEVENTH SEMESTER
Clinical Medicine Fee...........$20,700

EIGHTH SEMESTER
Clinical Medicine Fee...........$20,700

NINTH SEMESTER
Clinical Medicine Fee...........$20,700

TENTH SEMESTER
Clinical Medicine Fee...........$20,700

CLINICAL MEDICINE FEES
Liability Insurance (Per Semester) $295
Graduation Fee...........$500

### TUITION AND FEES PAYMENT POLICY

First semester students must pay their tuition and fees in full 45 days prior to registration. Subsequent tuition payments are due 30 days prior to registration. Please mail your check or money order in US funds to made payable to: **Saba University School of Medicine**, 27 Jackson Road, Suite 301, Devens, MA 01434

### WITHDRAWAL/TUITION REFUND POLICY
♦ A request for withdrawal must be submitted in writing to the Dean of Basic Sciences or Dean of Clinicals.
♦ Laboratory fees are non-refundable after the start of class.
♦ Refer to school catalog for refund policy.

R3S00002166

## CHECKLIST REQUIRMENTS FOR TEMPORARY RESIDENCE FOR SABA

Students attending Saba University must provide the following documents:

✓ **A valid passport.** ALL persons, including U.S. citizens, traveling between the U.S. and Canada, Mexico, Central and South America, the Caribbean, and Bermuda by **land** or **sea** (including ferries), are required to present a valid passport or other documents as determined by the Department of Homeland Security.

✓ **A certificate of good conduct (police clearance).** The Immigration Officer on Saba requires a clearance letter from your local police department for a temporary residence permit. A sample letter is enclosed that you may provide to your local law enforcement agency. The clearance letter must be on letterhead stationery from the police department. The Immigration Officer will collect original police clearance letters during orientation and registration. Be sure to mail or fax a copy to our U.S. Administrative Office as soon as it is obtained. If your spouse or a friend is accompanying you, they will also require a police clearance in order to qualify for a temporary residency permit. Please note: any past criminal record may prevent the Immigration Office in granting a temporary residency permit. The Police Clearance must be valid within 3 months of registration.

✓ **The "Application for Temporary Residence".** All students must complete this form prior to arrival on Saba. The Temporary Residency form will be collected during orientation. The U.S. Administrative Office does not require a copy of the temporary residency form. Visitors are not required to complete this form.

✓ **The letter addressed to the "Immigration Officer".** This letter included in your admission packet will allow you to travel to Saba. Please note: this does not address TSA's requirements. Students traveling from or through the U.S. must purchase a return ticket dated within 3 months of departure. We recommend purchasing a round trip ticket and change the return date when you arrive on Saba.

✓ **Marriage Certificate.** If you are planning to bring your spouse to Saba, a certificate of marriage is required for the Saba Census Bureau.

✓ **Birth Certificate.** The Saba Census Bureau requires that students attending Saba University must bring their original birth certificate including parental names. If possible, birth certificates should be translated in English. Please fax or mail a copy to the U.S. Administrative Office and bring the original with you to Saba. If you are unable to meet this requirement, please contact the U.S. Administrative Office for instructions.

✓ **Bank Reference Letter.** If you plan to open a bank account on Saba, please have your local bank write a letter of reference.

## MEDICAL INSURANCE

Your health plays a vital role to achieving your goals at Saba University. Without adequate health care insurance, unexpected medical expenses could alter your medical education and your future. Knowing that, Saba University requires that all students must provide proof of health insurance and description of coverage. Saba University does offer a health care coverage available through Ace American Insurance Company.

Saba University provides a mandatory Emergency Medical Evacuation and Repatriation insurance policy that covers students' in the event emergency treatment. This insurance will cover the cost of being airlifted to a nearby facility for emergency care in the event it cannot be handled at the A.M. Edwards Medical Center on Saba. It is mandatory that all students and dependents carry this insurance.

All third and fourth year students must provide proof of health insurance for clinical placements.

R3S00002167

## SCHOOL SUPPLIES

| | |
|---|---|
| **Basics** | Notebooks, binders, copy-paper, clear envelopes for handouts, pens, pencils, colored pencils, highlighters, index cards, etc. Although most supplies are available on Saba, purchasing items on Saba is relatively more expensive. For convenience and economy purposes, it is suggested that you purchase your basics at your local office supply store. |
| **Short White Clinical Jacket** | Required for First Semester Students for the "White Coat Ceremony". The Ceremony is held during the first week of classes. Students should bring a short white clinical jacket with them. |
| **Hospital Scrubs** | Students will need a minimum of two (2) sets of scrubs. One set is reserved for Gross Anatomy and one for Physical Diagnosis & Introduction to Clinical Medicine. You may have your name sewn over the left pocket if you desire. |
| **Rubber Gloves** | Three to four boxes of latex medical examining gloves for Anatomy and Physical Diagnosis classes |
| **Laptop or PC** | Students should bring a laptop or PC with standard operating features that can be incorporated into a networking system. Surge protector – printer optional. Macintosh systems can be used, but not recommended since there is no support on campus. |

## DAILY SUPPLIES

Below is a list of items that you should consider bringing:

- ✓ Alarm clock - Wind up or battery powered/backup & extra batteries

- ✓ Clothing - Shorts, T-shirts, and summer weight (cotton) informal casual clothing is all you will need for the majority of your stay while attending Saba University.

- ✓ Rain gear, sneakers, flip-flops, hat, sandals, swimsuit, sunglasses, sunscreen and bug repellent.

- ✓ Lightweight sweater or sweatshirt. Some semi-formal clothing for special occasions. Suits are not recommended.

- ✓ Pack light snacks and food for your first day, since some restaurants and markets may be closed & the cafeteria may not be operating on the day/evening of your arrival. Dried or non-perishable goods, Microwaveable food (dorm residents), water filter system (ie. Brita), can opener and microwave safe cookware.

- ✓ Extra bath, face cloth, hand towels and bed linens (full size flat sheets are recommended).

- ✓ Electric items - The voltage on the island is 110, so any small appliances you wish to bring should work.

- ✓ Flashlight/extra batteries - Advisable for walking at night.

- ✓ Drugs/Sundries - Prescription medication (a four month supply), over the counter drugs, multi-vitamins, first aid kit, etc. If you require a certain medication, you should make arrangements to have enough for the duration of the semester. The A.M. Edwards Hospital located on Saba is available for minor emergencies and some medication is available.

- ✓ Special brand named toiletries should be purchased locally since Saba is limited on brand named products.

R3S00002168

# BASIC SCIENCES CURRICULUM
# HOURS PER COURSE

The sequence of Basic Science courses, along with the total number of contact hours for each, as well as the corresponding number of ECTS, is set forth in the following table.

| | Contact Hours | ECTS |
|---|---|---|
| **First Semester** | | |
| MED512 Human Body Structure & Function | 231 | 12 |
| MED514 Human Histology and Physiology | 180 | 9 |
| MED516 Clinical Skills I | 30 | 1 |
| Total | 441 | 22 |
| | | |
| **Second Semester** | | |
| MED611 Metabolism & Nutrition | 133 | 7 |
| MED612 Genetics & Development | 65 | 3 |
| MED613 Infection / Defense / Response | 186 | 9 |
| MED614 Medical Ethics | 37 | 1 |
| MED616 Clinical Skills II | 44 | 2 |
| MED619 Research Curriculum – Evidence Based Medicine19 | | 1 |
| Total | 484 | 23 |
| | | |
| **Third Semester** | | |
| MED714 Neuroscience & Neurology | 143 | 7 |
| MED715 Systems & Disease I (Intro/Endo) | 158 | 8 |
| MED716 Clinical Skills III | 40 | 2 |
| MED719 Behavioral Medicine | 127 | 6 |
| Total | 468 | 23 |
| | | |
| **Fourth Semester** | | |
| MED811 Systems & Disease II (Repro/GI/Peds) | 196 | 10 |
| MED812 Systems & Disease III (CV/Resp/Renal) | 199 | 10 |
| MED816 Clinical Skills IV | 96 | 5 |
| Total | 491 | 25 |
| | | |
| **Fifth Semester** | | |
| MED911 Systems & Disease V | 186 | 9 |
| (Heme/Immune/Integument/MSK/Multisystem) | | |
| MED918 Foundations of Clinical Medicine | 246 | 13 |
| MED916 Clinical Skills V | 44 | 2 |
| MED919 Research Curriculum – Critical Appraisal | 16 | 1 |
| Total | 492 | 25 |

R3S00002169

## DORMITORY

<u>The Hillside Dorm</u> offer single rooms and accommodates up to 24 students for single occupancy in six quads with 4 students per unit. Each unit offers a fully furnished private bedroom and bath that is shared between two adjoining rooms. The common living area is equipped with a TV and the kitchen is shared among four occupants. DSL & Cable hook-up is available. Coin-operated laundry facilities are located on the premises. The Hillside Dorm is conveniently located behind the Johnson Library on campus. The cost per semester is $2,450.00 and the following additional fees apply: Security Deposit $150.00, Fuel Charge, $150.00 and ABB Tax is $153.00. Personal checks drawn from US banks or International Money Orders are accepted as payment. Credit cards are <u>not</u> accepted at Hillside Dorm.

### Dorm Refund Policy

This policy applies to students residing at Matthew Dorm and Hillside Dorm I & II. Departure less than 3 weeks are subject to a 25% refund and after 3 weeks – no refund.

## DORM RULES

1. Keep your room clean, your mother does not live here.
2. Quiet time 10:00 p.m. to 6:00 a.m., 7 days a week.
3. Must have headphones for radio/tapes.
4. Water conservation is a must on Saba.
5. All paper products such as toilet paper, feminine hygiene products are to be discarded in the trash can.
6. No hot plates in your room.
7. No pets.
8. No overnight guests!
9. All lights and air conditioners are to be turned off when you are not in your room.

*Please be considerate of others. Professional behavior is expected of all our medical students. Disciplinary action inclusive of dismissal may be expected if these rules are violated. Violations may be referred for disciplinary action.*

## ROOMMATE INFORMATION

Most people enjoy the company of others and a roommate can be one with whom you share opinions, interests, and good times. However, sharing a room can sometimes result in a few problems. Moving away from home where you may have lived in your own room, apartment or house, and now having to share your space with someone else may require adjustments for both you and your roommate. Experience shows that those roommates who get along well usually work at getting along well. Whether or not you develop a lifelong friendship with your roommate, learning to tolerate each other's differences without infringing on each other's freedom can be a valuable part of your education.

### Are you a good Roommate?

Here are a few hints to help you become a good roommate.

**Communicate--**Sit down and talk about habits, preferences, moods, and values at the beginning of the semester. Even if you are rooming with your best friend, you may be surprised to discover new information that you did not know about this particular individual. If conflicts arise such as one roommate studying late or another playing the stereo too loud, discuss this matter with your roommate. **Do not let your frustration build**. Both parties should come to a mutual understanding.

**Establish House Rules--**Roommates need to establish ground rules regarding the use of each other's belongings, housekeeping, telephone usage, and respecting each other's privacy. Asking first and discussing before going ahead with action can result in a greater trust and respect.

**Respect your Roommate's Study Time--**Sharing ideas and discussing situations are integral parts of dorm life. Be aware that excessive interruptions in studies can sometimes result in irritations and frustrations. Once again, talk with your roommate before you let frustrations build that may cause you to explode.

You and your roommate are individuals with particular interests, goals, likes, and dislikes. You may not find it necessary to share every aspect of medical school life with him/her. If conflicts arise, discuss the issue with your roommate immediately, before the matter becomes a major conflict. If this is not successful, then you should speak with your class representative.

**Remember, you owe your roommate the courtesy of speaking with him/her first!**

R3S00002170

## ROOMMATE BILL OF RIGHTS AND RESPONSIBILITIES

- **The right to** read and study free from undue interference in one's room.
- (Unreasonable noise and other distractions inhibit the exercise of the right).
- **The right to** sleep without undue disturbance from noise, guests, or a roommate, etc.
- **The right to** expect that a roommate will respect one's personal belongings.
- **The right to** a clean environment in which to live.
- **The right to** free access to one's room and facilities without pressure from a roommate.
- **The right to** personal privacy.
- **The right to** host guests with the expectation that guests are to respect the rights of the host's roommate(s), other dorm members, and the visitation policy.
- **The right to** address grievances.
- **The right to** be free from fear, intimidation, physical and or emotional harm and racial or sexual harassment.

## HOUSING ARRANGMENTS

Due to the size of Saba and the advent of the medical school, housing on the island is always at a premium. The Sabans have responded by adding new houses and apartments nearly every semester. Married students (accompanied by their spouse or children) and single parents (accompanied by their children) and faculty may live off campus. Students being accompanied must provide a letter from the other party verifying they will be staying for the duration of the semester. In addition, companions must provide a police clearance and complete the temporary residency application.

All unaccompanied Saba students are required to live in the dorm for their first semester. Transfer students will be given first priority to be placed off campus. The definition of an unaccompanied student is *a student that does not have someone living with them on a permanent basis that qualifies for temporary residency.* (No overnight guests are allowed in the dorms.) By residing in the dorm, students will have the opportunity to meet other classmates, become oriented with the island, get settled in classes, and form study groups that may lead to future roommates in an apartment/house on the island. It may be possible to rent a single room depending upon the number of students enrolled in your class. The housing coordinator will do their best to provide you with a compatible roommate. For students and faculty living off campus, plan to arrive on Saba approximately one week prior to matriculation to facilitate your selection of a house or apartment. For housing assistance, please contact the housing coordinator at housing@saba.edu

## OFF-CAMPUS HOUSING

Some families on Saba have private rooms for rent that are fully furnished including linens, towels and fans. You may prefer to bring your own bed linens and towels. A good reading lamp is also recommended. Most homes on Saba are equipped with air-conditioning. The cost of a 1 bedroom fully furnished apartment is approximately $550 and up per month. Two bedroom apartments and houses range between $900-$1100 monthly. Three bedroom homes are limited and rentals begin at $1000 and up. All electrical outlets are 110v. cycle. It is recommended that you have a surge protector if you are planning to bring any electronic equipment. If you have a kitchen item that you cannot live without, it would be wise to bring it with you.

A current housing list is posted on the campus website at www.sabamed.org. The housing coordinator at Saba is available to help provide assistance in securing suitable housing. You may email the housing coordinator at housing@saba.edu for availability and any questions or concerns.

## MEAL PLAN

The Saba Round Hill cafeteria is open Monday – Friday during school hours and serves daily specials and hot lunches at affordable prices. There are several restaurants that offer other meal plans that are within walking distance of the campus.

## PARKING

Registration for Parking Permits are available at the Campus Administration Office. Cost is $80 annually. Proof of registration and license are required. Parking violators will be fined $20. Campus parking is very limited and permits are available on a first come first serve basis. Students who do not have Parking Permits are encouraged to carpool or

R3S00002171

utilize other means of public transportation.

## Getting to Saba

All flights will arrive on St. Maarten/St. Martin at Princess Juliana International airport (code SXM) prior to coming to Saba. Saba is just 15 minutes from St. Maarten and is serviced by **Windward Island Airway (Winair).** There are five daily flights with connections to neighboring islands. Round trips fares are approximately $120 U.S. for residents. The departure tax is $5.00 to Saba & Statia and $20.00 per person elsewhere. Reservations can be made through your local travel agent or through the information/reservation line at 011-599-545-4210/4237 in St. Maarten or 011-599-416-2255 in Saba. Visit their website at www.fly-winar.com. Please notify the Office of Admissions at (978) 862-9600 once you have finalized your travel arrangements.

## By Boat from St. Maarten

Ferry service from St. Maarten is available via *"The Edge"* (Wed/Fri/Sun) departs at 9:00 a.m. for the 1 hour trip to Saba from Simpson Bay/Pelican Marina. Tickets can be purchases on site or at www.stmaarten-activities.com. Round-trip/Adult $75; child $35. One-way tickets $50. Check in time is at 8:15 a.m. on SXM. Capacity 50 passengers. Tel: 011-599-544-2640. Toll Free from US/Canada 1-866-466-0410. Reservations recommended

The Dawn II travels from Saba to St. Maarten Tuesday, Thursday and Saturday. Leaves Saba at 6:30 a.m. and 5:00 p.m. from St. Maarten – arrives at Saba at 7:00 p.m. Tickets can be purchased on site or at www.sabactransport.com - Round-trip fare – Adults $75; Child $35. One-way tickets $50. Check in time is at 4:30 p.m. on SXM. Capacity 50 passengers. Tel: 011-599-416-3671. Reservations recommended

## Getting Around the Island

If you choose not to walk or hike, transportation on and around the island is easy on the ten miles of concrete roads secured to the mountainside with hardy stonewalls. Taxi drivers in modern vans can be your guides for your trip or you can rent a car and explore Saba on your own. Taxi service and car rentals are available at the Saba airport or the Saba Tourist Bureau.

Although hitch-hiking is considered dangerous in the states, this is a common method of transportation on the island. It is safe to hitch-hike but harder to get rides late at night.

## Taxi Information

| Saba Taxi Drivers | | | |
|---|---|---|---|
| Taxi # | Name | Village | Phone Number |
| Taxi #2 | Vincent Simmons | The Bottom | 416 3231/5909 |
| | | | 522 1467 |
| | | | |
| Taxi #3 | Marinus ten Holt aka Billy | Windwardside | 416 6260 |
| | | | |
| Taxi #5 | Peddy Johnson | Zion's Hill | 416 2345/7062 |
| | | | 522 4999 |
| | | | |
| Taxi #11 | Gloria Robinson | The Bottom | 522 8449 |
| | | | |
| Taxi #16 | Joanna Hurtault | The Bottom | 416 3073/5092 |
| | | | 552-1165 |
| | | | |
| Taxi #18 | Garvis Hassell | Zion's Hill | 416 2358/6114 |
| | | | |
| Taxi #19 | Wayne Peterson | Booby Hill | 416 2277/7170 |
| | | | |
| Taxi #20 | Eddie Peterson | Windwardside | 416 2640/6443 |
| | | | 526 9086 |
| | | | |
| Taxi #25 | Donna Lockhart | Booby Hill | 416 2607/6042 |
| | | | |
| Taxi #26 | George Wilson | St. John's | 416 6103 |

R3S00002172

## HOTELS

### Saba

Ecolodge...............................................................011-599-416-3348 ~ Email: info@ecolodge-saba.com
El Momo Cottages, Booby Hill.........................................011-599-416-2265 ~ Email: info@elmomo.com
Juliana's,Windwardside..................................................011-599-416-2269 ~ Email: info@juliana-hotel.com
The Cottage Club, Windwardside.....................011-599-416-2486 ~ Email: cottageclub@unspoiledqueen.com
The Gate House, Hells Gate.............................................011-599-416-2416 ~ Email: info@sabagatehouse.com
Queen's Garden Resort..................................................011-599-416-3495 ~ Email: info@queensaba.com
Willard's....................................................011-599-545-4237 ~ Email: willards@unspoiledqueen.com

### St. Maarten

Atrium (Near airport)...........................................................................011-599-544-2126
Carl's Unique Inn ..............................................011-599-544-2812 ~ Email: carlsinn@sintmaarten.net
Pelican (Near airport)............................................................................011-599-544-2503
Seaview (Near town)............................................................................011-599-542-2323
Sonest Maho Resort............................................................................011-599-545-2115
Travel Inn...............................................................................011-599-545-3353
The Royal Turtle (Near airport)................................................................011-599-545-2563

R3S00002173

# Saba Tourist Office DUTCH CARIBBEAN

10242 N.W. 47th St., Suite 31, Ft. Lauderdale, FL 33351 * Ph: 305-741-2681* Fax 305-741-1243 * 800-722-2394

| | |
|---|---|
| NAME | Saba, Dutch Caribbean |
| CAPITOL | The Bottom |
| SIZE/POPULATION | 5 Square miles—1500 residents |
| LOCATION | 150 miles east of Puerto Rico; 28 miles south of St. Maarten.  Accessible via Windward Islands Airway (WINAIR) flying time approximately 15 minutes. Ferry service via "The Edge" from Pelican Marina/St. Maarten approximately one hour. |
| WEATHER | Average daytime temperature - 80° F, Average rainfall – 42 in. annually |
| LANGUAGE | Dutch is the official language, but English is spoken everywhere on island. |
| CURRENCY | US dollar is the currency on Saba. . |
| ELECTRICITY | 110 volts AC, 60 cycles:  U.S. standard outlets. |
| SEAPORT | A deep water pier accommodates small cruise/sailing ships at Fort Bay.  Small vessels are restricted by anchorages and mooring buoys and regulated by the Saba Marine Park. |
| CUSTOMS/IMMIGRATION | U.S. and Canadian citizens require official proof of citizenship.  Others require a valid passport or Alien Registration Card.  Saba is a duty-free port with no Customs. |
| DRESS | Casual dress, sweater or light jacket in evening. Bathing suits are not permitted on streets. |
| REAL ESTATE | T. Eric Johnson Real Estate - Phone:  011-599-416-2209 |
| NATURAL WONDERS | Mount Scenery--Elevation 2,864 feet above sea level; encompasses several types of tropical vegetation and rain forests with marked hiking trails of varying levels of difficulty and 1,064 steps.

Saba Marine Park--An underwater, zoned preserve with marked dive sites and snorkel trails; established in 1987 as part of the Saba Conservation Foundation associated with the World Wildlife Fund. Fee--U.S. $2.00 |
| TOURING | Driving is on the right hand side.  You cannot get lost on Saba, since there is only one road called The Road.  The Road is so narrow that everyone drives down the middle. |
| SABA UNIVERSITY | Saba University School of Medicine was first chartered in October 1992 and is approved by the W.H.O.  This medical school provides students from the United States and abroad an opportunity to acquire a medical degree and fulfill their dream of becoming a physician.  All courses are taught in English by experienced M.D. and Ph.D. faculty whose only responsibility is medical education.  For more information, please contact the U.S. Information Office in Massachusetts at 978.862.9600 or by email at information@saba.edu.   Visit their website at www.saba.edu.  Prospective applicants are always welcome to visit the campus on Saba. |

R3S00002174

## IMMIGRATION AND VISA INFORMATION
**Immigration Requirements for Entry to Saba**

Applicable to students from an EU Member State, EEA Member State, Australia, Canada, Japan, Monaco, New-Zealand South Korea, Switzerland, United States, Vatican City.

**What to bring to Saba – Required documents for student to be collected at Orientation & Registration**
- A completed and signed application form (MBES03 & MBES27);
- A copy of your passport. If you are not from the following countries, you will need to obtain a travel visa before traveling to Saba: EU Member State, EEA Member state, Australia, Canada, Japan, Monaco, New-Zealand, Vatican City, The United States, South Korea or Switzerland. Please contact the Saba Office for more info.
- Proof of self sustainability/sufficient financial resources; Namely a declaration by a bank that you have access to at least $6708 (such as a bank statement). The bank statement must show your full name, the name of the bank, the amount, and a date. (not older than 3 months from the date of Orientation). If a spouse, parent, or other family member supports you financially, you must also provide their bank statement (same as above), signed letter of financial support and a copy of his/her passport.
- A declaration, issued by the Executive Board of Saba University which shows that the foreign national is (provisionally) registered there for a full-time higher education course of studies
- An ORIGINAL certificate of good conduct, issued by a competent authority in the country of origin (not older than 3 months from the date of Orientation);
- Proof and description of health insurance
- If you would like to open a bank account on the island please bring a bank reference letter. You cannot open a bank account until after you have received your temporary residency permit.
- Copy of your birth certificate
- If bringing a spouse or partner, you must bring an apostilled copy of your marriage certificate. If bringing a partner, your partner must obtain a single certificate. Please contact the Admin office on Saba for more info on filing fees for spouses/partner and how to obtain an apostille.
- Filing fee of $375.20

**What to bring to Saba - Required documents for spouse and children**
- Copy of passport
- Apostilled copy of Marriage Certificate of Single Certificate
- Original police clearance - no older than 3 months from the date of Orientation
- Proof and description of medical insurance
- Copy of birth certificate - for Census office only
- Bank reference letter - if bringing a spouse, the couple must show combined income of $1680 per month or $20,160 annually
- If bringing a child, must show additional income per child: $140 per month (ages 0-5), $200 per month (ages 6-12), $280 per month (ages 13-18)
  Example: bank letter for student, spouse and 2 children under 6 - monthly income must be $1680+$140+$140 = $1960 per month or $23,520 per year
- Fee: for spouses $715.20 cash
- Fee: per child $164.50 cash

Other info: Students pay a $372 residency fee which is paid as part of tuition (permit valid for 1 year)
Processing time - up to 4 months from date of submission

Note: Renewal $44 each year for students and spouses (reapply - all documents above plus proof of registration on the island - apply 4 months in advance to expiration)
No police clearance for children.

## For MVV Visa

These instructions must be followed unless you carry a passport from the following countries.

This also applies to students with permanent residence or green cards who carry a passport from another country
EU Member State, EEA Member state, Australia, Canada, Japan, Monaco, New-Zealand, South Korea, Switzerland, United States and Vatican City.

R3S00002175

**Applies to students and their families:**

All non-US or Canadian citizens - You will not be able to travel to Saba without applying for an MVV Visa first. Please contact Tara Every at t.every@saba.edu for assistance and the required forms.

- Completed MBES 01 and MBES 22
- Copy of passport
- Original police clearance - no older than 3 months
- Acceptance letter
- Proof and description of medical insurance
- Bank reference letter must show at least $559 income per month or $6,708 per year - If bringing family please see requirements below:
- Filing fee of $372.00 cash

Send all listed documents via Fed Ex to:

Ms. Tara Every
Saba University School of Medicine
The Church Street
The Bottom, Saba
Dutch Caribbean
PH#0115994163456

Note:  This process will take up to up 4 months for processing and you can't travel to Saba until the MVV is approved.

More info about MVV:  Once on the island, you must pay an additional $161 for a residency permit – up to 4 months to process.  You will also need to provide a new police clearance.

Residency Permits are valid for 1 year
Processing time - up to 4 months from date of submission

Note:  Renewal fee is $44 each year for students and spouses (reapply - all documents above plus proof of registration on the island - apply 4 months in advance to expiration)
No police clearance required for children under 15.

**Make sure to bring to Saba (student):**
- Copy of passport - please also bring original passport to Orientation
- Original police clearance – this may need to be a new police clearance as it can't be older than 3 month from the date of arrival to the island (required for everyone 15 years or older)
- Acceptance letter
- Proof and description of medical insurance
- Copy of birth certificate
- Bank reference letter on bank letter head  - for students only, must show at least $559 income per month or $6,708 annually

**Please make sure to bring the following to the island.  Required info for spouse, and children**
- Copy of passport
- Apostilled copy of Marriage Certificate or Single Certificate
- Original police clearance – this may need to be a new police clearance as it can't be older than 3 month from the date of arrival to the island (required for everyone 15 years or older)
- Proof and description of medical insurance
- Copy of birth certificate - for Census office only
- Bank reference letter - if bringing a spouse, the couple must show combined income of $1,680 per month or $20,160 per year
  If bringing a child must show additional income per child: $140 per month (ages 0-5), $200 per month (ages 6-12), $280 per month (ages 13-18)
  Example: bank letter for student, spouse and 2 children under 6 - monthly income must be $1680+$140+$140 = $1960 per month or $23,520 per year
- Fee: for spouses $715.20 cash
- Fee: per child $164.50 cash

R3S00002176

## GETTING A DRIVER'S LICENSE ON SABA

If you are planning to drive a scooter, car or motorcycle on Saba, you are required to change your foreign license to a Dutch license. If you are caught driving on the island without a drivers' license, the police will confiscate your motor vehicle.

To obtain a Dutch driver's license, please visit the Campus Administration for assistance.

## POST OFFICE, STAMPS, ETC.

**Locations**
There are two Post Offices located on Saba.
Windwardside and The Bottom at the Government Administration Building
Open Monday through Friday 8:00 a.m. - 12:00 p.m. & 1:00 p.m. - 5:00p.m.

Windwardside Tel: 4162221 * The Bottom Tel: 4163217

**Some Postage Rates**
To the U.S.A., Canada, Puerto Rico, and U.S.V.I......................Postcards - .60 - Letters - $1.25
To Europe.......................................................................Postcards - .60 - Letters - $1.15
Within the Caribbean.................................................Postcards - .50 - Letters -   .85

You may want to bring plenty of U.S. stamps with you. The reason being is the Caribbean mail is slow at best. Expect approximately 3 weeks for delivery. For faster service, you may want to send your mail with people traveling back and forth to the United States. Fed-Ex, UPS & DHL agents are located on the island.

All students are assigned a student mailbox on campus. Below is the mailing address for all students attending Saba

> **(Your Name)**
> **c/o Saba University School of Medicine**
> **P.O. Box 1000**
> **The Church Street**
> **Saba, Dutch Caribbean**

## Island Communication Services - Mail Service and Travel Service to Saba

ICS offers comprehensive business services including internet access, mailbox, medical textbooks, DVD rentals and more. Mail (especially small packages) can take up to 4 weeks to arrive on the island of Saba and sending mail to Saba is often expensive. **Island Communication Services** offers another alternative. For an annual fee of $125 or $90 for six months, ICS provides an address in Miami thus reducing receiving mail directly into the student's private mailbox to approximately 10 business days. Application forms are available at the administrative office on Saba or thru the ICS website (www.icssaba.com). Since out-going mail from the Caribbean is slow, **Island Communications Services** also provides you with the service of outgoing mail to the United States from Saba. ICS also offers calling cards. This allows you to call home at a reduced rate: $0.18 for calls to the Unites States and Canada.

You can now also conveniently (and economically) book your travel to and from Saba thru ICS. Pay less than you would online or if you would book with your local (U.S. or Canadian) travel agent!

Website: **www.icssaba.com**

Tel: 416 2881 / Fax: 416 2781  -  Skype: ics.saba

R3S00002177

## FREIGHT SHIPPING

Although all housing on Saba is fully furnished, occasionally students and faculty may want to ship additional items directly to Saba. Shipping by Fed-Ex or Air Cargo tends to be very expensive and not practical for heavy boxes such as books or household items. Hassell Free Exports Inc., ships cargo containers to Saba from Florida bi-weekly and arrives within 6-10 days. Their rates are moderately reasonable in comparison to other shipping companies. Price per cubic foot is $5.50 and $4.50 for each additional cu.ft. All deliveries are shipped directly to Fort Bay, Saba. There is a minimum charge of $35.00 which includes handling & short-term storage and then $2.50 for each additional 10 lbs will be charged. The cargo container normally arrives on Saba within 6-10 days from day of shipment. Shipping fees will be paid on Saba when the student or faculty member collects the items. Shipping prices maybe subject to change. For more information and shipping schedule please contact:

**HASSEL FREE EXPORT INC.**

Phone: (772) 219-4521 or 708-6489
Fax: (772) 219-4522
Website: www.hassellfree@.net
E-mail: info@hassellfree.net

Label your boxes as follows:

Your Name
Saba University School of Medicine
c/o Hassell Free Exports, Inc.
4407 SW Martin Highway
Palm City, FL 34990

## University Books Online Shipping

Ship all your personal belongings quickly and economically! The process is fast and easy. University Books Online charges a flat rate of $3.75 per pound (plus .75 per $100 of insurance which is optional per your instructions). Guaranteed delivery within 3-5 business days.

Ship directly to warehouse or call University Books on Line at 1-866-567-2665 for UPS pick-up. For all shipments, include the following information:

1. Attach a white envelope to box with name of student and email address inside the envelope and address it to Saba University "Direct Ship" Program
   920 Savitt Place
   Union, NJ 07083
2. The contents of the box.
3. For billing purposes include the contact name, phone number and best time to be reached. Visa, MasterCard or Discover Card are accepted, provided the card number is included along with the expiration date and billing address.

Once the shipment arrives at the warehouse, the box will be labeled with the student's name and prepared for shipping within 24 hours. Call University Books on Line toll free at 1-866-567-2665 – Open 24 hours a day 7 days a week.

## SHIPPING AGENT ON SABA

Saba Agent for Hassell Free
G & C Department Store & HES Home Center
Windwardside, Saba, Dutch Caribbean
Hassell Enterprise N.V. (HES)
Phone: 011-599-416-2536 * Fax 011-599-416-2450
Email: hesnv@yahoo.com

## BANKING ON SABA

First Caribbean International Bank - Windwardside          RBTT Bank, Windwardside

R3S00002178

Open 8:30 a.m. – 3:30 p.m.
Phone – 599-416-2216

Open 8:30 a.m. – 3:30 p.m.
Phone – 599-4162453/4162454

Banks are open weekdays - Closed weekends
The U.S. dollar, Travelers checks, Visa, American Express and MasterCard are accepted in most shops and stores with the exception of grocery stores on Saba. Students may have funds wire transferred directly into your account on Saba.

Students planning to open a savings account must have:
1. A minimum of $25 in Travelers checks or cash.
2. Proof of NON RESIDENT such as passport, utility bill or driver's license. (This will prevent 1% surcharge tax on withdrawals).
3. Reference letter from your bank.
4. Saba University Acceptance Agreement (with gold seal).

ATM machines are available at the RBTT bank in Windwardside and WIB in The Bottom. Maximum withdrawal per day is $500. Cash Advance service fee on Visa, Mastercard, or Discover Card is $1.15 per hundred. Debit Cards are also accepted at a variety of places. If you are considering wiring money, check with your bank before leaving to any charges that may apply. Please Note: it takes approximately 21 days for checks to clear. Canadian checks can take up to 3 months to clear.

**Currency**
The US dollar is the official currency of Saba.

# EMPLOYMENT ON SABA

The question of employment opportunities on Saba is often an important consideration for students who are married. There is no easy solution to this question. Some spouses are fortunate to secure employment while others cannot. Most places require a work permit that costs between $450-$500. A work permit is required for nanny's or anyone who plans to work. Depending on their nationality, the permit can be as high as $5000.

Here is our experience regarding this matter. The bad news is there is virtually no unemployment on Saba. Employment opportunities are first given to the Sabans, thereafter, if the position goes unfilled; it is then advertised in the local newspaper. Since there is no significant unemployment on Saba, chances are that anyone who is qualified for a position may already have a job. Depending on your qualifications and skills, occasionally there are openings for certified teachers at the local elementary school. On the other hand, acquiring a job that requires general office or maintenance skills are more difficult to attain since more locals qualify for these positions. In summary, if you are coming to Saba with the expectations of securing employment, there is no guarantee that a position will be available.

# CHURCHES

Numerous religious denominations are represented on Saba. Some of the churches include: Roman Catholic, Anglican, Seventh Day Adventist, and Weslyan Holiness. Bible study group for members of the independent Baptists and several other churches are held on Sunday mornings.

| Church | Location | Time |
|---|---|---|
| Anglican | The Bottom | 8:00 a.m. |
| | Windwardside | 10:00 a.m. |
| Roman Catholic | The Bottom | 8:30 a.m. |
| | Windwardside | 10:30 a.m. |
| | Hell's Gate | 5:00 a.m. |
| Weslyan Holiness | The Bottom | 8:30 a.m. |
| | St. John's | 9:30 a.m. |
| Seventh Day Adventist | The Bottom | |

# RECREATION ON SABA

**Hiking** – The elevation of Saba ranges from sea level to over 3,000 ft. of tropical rainforest often hidden in the clouds. The Saba Conservation Foundation has marked and groomed trails for hikers of all abilities. Climb Mt. Scenery by

R3S00002179

a series of stone and concrete steps and reach the very top.

**Diving** – The Saba Bank has established itself as one of the most pristine diving spots in the world. The Saba Marine Park foundation, under the direction of the Saba Government and a marine biologist has 29 permanent moorings for dive boats. Diving is excellent on Saba all year round, with visibility between 100-125 feet and water temperatures range between 75 - 86F. The diving sites include lava flows, sand spills, overhangs, caves, elkhorn coral forests and underwater mountains. Several dive centers are located on Saba which can provide NAUI and RADI instruction. Diving is permitted with a foreign (non-Antillean) license for a maximum of three months.

**Gym -** Located in Windwardside behind Guido's Pizzeria is a small health club. The gym is equipped with a variety of free weights, Smith Machine, etc. The fee is $30 monthly or $100 per semester. For more information, contact Tricia Chamma at 416 2589 or 7259. Personal Training is also available. The university has an on campus gym for students and faculty. Membership fee is $50 per semester. Spouse use of the facility is $25 per semester.

**Shopping, Sightseeing, and Sailing** – Duty free shopping on both Saba and St. Maarten is a must. St. Maarten, less than 15 minutes from Saba by air, has a population of 22,000 residents, with hundreds of restaurants, world class hotels, and surrounded by white sandy beaches. Sailboats are readily available on St. Maarten, for day-sailing between the islands.

Enter into any of the shops within the villages and you'll be invited into conversation. You'll find beautiful, delicate linen items with hand-drawn threadwork designs. Artists find Saba a perfect inspiration for their work. Many watercolours, photographs, jewelry and books are displayed in two art galleries. Shops and stores on Saba are open Monday through Saturday until 6:00 p.m. and closed on Sunday.

Grocery stores are open Monday through Saturday 8am - 6pm and may stay open until 8pm and closed Sundays. Many products are imported from the U.S. or Holland, so food prices are higher than in the U.S. or St. Maarten. Stores on St. Maarten are open from 8:00 a.m. to 6:00 p.m.

**Restaurants and Night Life** – Each village has several small and individually unique restaurants. Most of them offer outdoor dining as well as a friendly bar. You will want to sample them all though, because there is a wide variety to choose from including: American, European, Chinese, Italian, and that delicious blend of Indonesian and West Indian Creole. Each restaurant becomes a gathering place for conversation anytime, day or night. Weekends will always find an "island-wide party", that means everyone is invited. It may also be disco music, steel band drums at poolside, or bar-b-que at the bay under the stars.

## ELEMENTARY EDUCATION

**Elementary - Kindergarten through 6**
Sacred Heart Primary School, St. Johns, Saba.
Contact: Principal Diane Wilson
Phone/Fax 011-599- 416-3281
Website: www.fbe-saba.com
Best time to contact the school is between 7:15 a.m. and 9:00 a.m.
Language of instruction is English.

**Subject covered:** Language Arts, Reading, Mathematics, Social Studies, Science, Art, Music, Physical Education, Religious Education (Catholic), Foreign Language (Dutch).

**Registration**

**To register your child for school, the following is required:**
- Passport size picture of the child.
- Child's birth certificate.
- Proof of registration (obtained at the Government building from Merlene Sorton.
- Grade report from last school attended.
- Child's immunization record.

**SECONDARY SCHOOL ADDRESS**
Jonathan Johnson, Principal
Saba Comprehensive School
P.O. Box 519

R3S00002180

St. John's, Saba
Telephone: 011-599-416-3270
Website: www.scssaba.com

Classes begin at 7:15 a.m. and released at 2:00 p.m.

Children who have graduated from Grade six continue their education at the Comprehensive School in either the academic tracks for Form 1-4, vocation tracks of LTS and LADOV, or special education track called LBO. Form 1 and 2 will be so called bridge years. These first two years all students have to follow the same general program. There are special (more practical) programs for the LBO students. After Form 2, education can be continued in the following streams:

**Form 3 General**                    **Form 3 LADVO**                    **Form 3 LTS**

After Form 3 the LADVO and LTS students continue their studies in the examination year Form 4. At the end of Form 4 the students complete their education at the Comprehensive School after passing the Caribbean Exam certification (CXC).

**Subject covered:**

| | | |
|---|---|---|
| English | History | Geography |
| Physical Education | History of Culture | Dutch |
| Design | Principal of Accounting | Mathematics |
| Salesmanship | Local Technology | Business |
| Physics | Artisan Technology | Tourism |
| Computer Studies | Carpentry | Theory |
| Commerce | Office Production | Spanish |
| Food Production and Service | Principal of Accounting | Art |
| Principal of Business | Trade of Drawing | Maintenance |
| Social Studies | Job Training | Construction |
| Integrated Science | Vocational Program | Text & Design |
| Drama | | |

**NOTE:** To ensure that your child's education is following the same course as it would at home, please obtain a copy of their current school's "Goal and Objectives" for each grade they will be attending on Saba.

Bus service is available for both schools which are located right next to each other. There is no fee for bus service.

School supplies can be purchased on Saba, but these items are less expensive in the United States, Canada or in your local area. Have your child bring a school bag and the basic clothing that will cover their growth while on the island.

## DAYCARE SERVICES

The Bottom has a very nice daycare service called "Laura Lindsay Day Care Center". Cost is $110 U.S. monthly. Breakfast and lunch are included. Hours: 7:30 a.m. - 5:30 p.m.

## CHILD FOCUS FOUNDATION

Provides after school activities
Website: www.childfocussaba.org

R3S00002181

*Notes:*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

R3S00002182