# Exhibit 6



**Planet Depos**
We Make It *Happen*™

# Transcript of Patrick Donnellan, Designated Representative, Volume 2

**Date:** November 6, 2024
**Case:** Ortiz -v- Saba University School of Medicine, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF MASSACHUSETTS

3

4    Case No. 1:23-cv-12002-WGY

5    - - - - - - - - - - - - - - - - -X

6    NATALIA ORTIZ, on behalf of         :

7    herself and a class of similarly    :

8    situated persons,                    :

9                 Plaintiffs,             :

10   VS                                   :

11   SABA UNIVERSITY SCHOOL OF            :

12   MEDICINE, and R3 EDUCATION, INC.,   :

13                 Defendants.            :

14   - - - - - - - - - - - - - - - - -X

15

16                 VOLUME II

17

18       Continuation of the videotaped deposition of
     PATRICK DONNELLAN, as 30(b)(6), designated
19   representative, taken at the offices of Locke Lord
     LLP, 1 Landmark Square, Stamford, Connecticut,
20   before Clifford Edwards, Certified Shorthand
     Reporter and Notary Public, in and for the State of
21   Connecticut on November 6, 2024, at 9:04 a.m. ET.

22

23

24

1     Q      Private loans?                                  09:19:47

2     A      To the extent that there were any, which        09:19:48

3  I don't believe there were during this period.            09:19:50

4     Q      So it's your testimony that students that       09:19:58

5  attended Saba University School of Medicine from          09:19:59

6  2017 to present did not take out private loans?           09:20:01

7     A      Not that -- not that we're directly aware       09:20:05

8  of, no.                                                   09:20:08

9     Q      And the information shown in this chart         09:20:10

10 would include Pell grants as well; correct?              09:20:13

11    A      No.  We are not eligible to participate         09:20:16

12 in that program.                                          09:20:18

13    Q      Why are -- why is Saba not eligible to          09:20:19

14 participate?                                              09:20:21

15    A      Because it's outlined in the Higher             09:20:22

16 Education Act that, you know, schools such as ours        09:20:25

17 are not eligible to participate.                          09:20:28

18    Q      Would this chart also include individuals       09:20:31

19 that were receiving monies and paid to the Saba           09:20:33

20 University School of Medicine from the G.I. Bill?         09:20:35

21    A      It would.                                       09:20:37

22    Q      And also, any other veterans of --              09:20:38

23    A      Well, I don't know about the G.I. Bill.         09:20:42

24 But veterans loans, yes.                                  09:20:43

1                    C E R T I F I C A T E

2          I hereby certify that I am a Notary Public,

3    in and for the State of Connecticut, duly

4    commissioned and qualified to administer oaths.

5          I further certify that the deponent named in

6    the foregoing deposition was by me duly sworn, and

7    thereupon testified as appears in the foregoing

8    deposition; that said deposition was taken by me

9    stenographically in the presence of counsel and

10   reduced to typewriting under my direction, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13         I further certify that I am neither of

14   counsel nor attorney to any of the parties to said

15   suit, nor am I an employee of any party to said

16   suit, nor of any counsel in said suit, nor am I

17   interested in the outcome of said cause.

18         Witness my hand and seal as Notary Public

19   this 9th day of November, 2024.

20

21   _____

22   Clifford Edwards

23   Connecticut Notary Public No. SNPC.0129714

24   My commission expires:  9/30/2026