# Exhibit 7

SABA UNIVERSITY SCHOOL OF MEDICINE

# New York State Education Department
# Self Study

October 21, 2021



R3S00018357

**Intended Learning Outcomes / Competencies**

The university defines its intended learning outcomes in terms of the competencies students are expected to achieve before completing the program. The university's required competencies, which are set forth in detail in the Student Handbook and the Clinical Medicine Handbook, may be summarized as follows:

1. <u>Patient Care</u>:  Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.

2. <u>Scientific & Medical Knowledge</u>:  Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.

3. <u>Lifelong Learning, Scholarship, & Collaboration</u>:  Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.

4. <u>Professionalism</u>:  Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.

5. <u>Communication & Interpersonal Skills</u>:  Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.

6. <u>Social & Community Context of Healthcare</u>:  Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

- Organization of the institution.

   Saba University School of Medicine ("SUSOM") is wholly owned by Saba University School of Medicine B.V., which in turn is wholly owned by R3 Education Inc., and since 2019 has been wholly owned by Global University Systems.  SUSOM conducts the first five semesters of its program of medicine at its Saba Campus, and the second five semesters at affiliated teaching hospitals, primarily in the United States.  The university's administrative offices are located in Devens, MA.

R3S00018367

Clinical Department Chairs support the office of the Associate Dean, Clinical Medicine in the academic and administrative management of each of the core clinical clerkships. Clinical Department Chairs regularly communicate and/or visit with Clerkship Directors and faculty at affiliated teaching sites in their respective subject areas. Clinical Department Chairs also provide academic and professional counseling to clinical students. The chairs hold faculty rank and assist the office of the Associate Dean, Clinical Medicine in the communication and implementation of the School's clinical curriculum.

### Course Directors – Basic Sciences

Course Directors located on the Basic Sciences campus support the Department Chairs and the office of the Associate Dean, Basic Sciences in the administration and teaching of individual courses. They are responsible for all daily matters including teaching assignments and administration of assessments. Course Directors hold faculty rank and also teach an academic course.

### Clerkship Directors – Clinical Medicine

Clerkship Directors support the office of the Associate Dean, Clinical Medicine in each subject area taught at each affiliated teaching site. Clerkship Directors assist with the communication and implementation of curriculum. Directors also hold faculty rank and typically teach in their respective subject area.

### Competency Directors

Competency Directors support the offices of the Associate Deans of Basic Sciences and Clinical Medicine. They are comprised of six individuals, each representing one of the School's competencies. Competency Directors are responsible for developing remediation plans consistent with course syllabi and assuring that students who receive unsatisfactory assessments of competency in their coursework are satisfactorily remediated. Competency Directors also hold faculty rank and typically teach in their respective subject areas.

### Examiners

Examiners administer and determine the outcome of assessments in each course or clerkship. Examiners are appointed by the Examination Committee. For courses in the Basic Sciences, Examiners typically are Course Directors. The Associate Dean, Clinical Medicine currently serves as the Examiner for all clerkships.

### Admissions and Financial Aid

The School maintains services for admissions as well as financial aid at the U.S. administrative offices in Devens, MA. The office of the Director of Admissions administers the admissions process according to guidelines and policies established by the School, consistent with its mission and objectives. Admissions decisions are made by the Admissions Committee, which is comprised of the Director of Admissions along with select members of the

R3S00018373