# Exhibit 8

# Saba

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012037

**Organic Social**

# Facebook



FB Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012038

**Organic Social**

# Twitter



**Twitter Link**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    R3S00012039

**Organic Social**

# Instagram



**Instagram Link**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                    R3S00012040

**Organic Social**

# LinkedIn



**LinkedIn Link**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Paid Social - Awareness**

# Facebook ads



[Link](Link)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Paid Social - Traffic

# Facebook ads



Only for U.S.



Link



Link



Only for Canada



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012043

**Paid Social - Conversion**

# Facebook ads



Only for U.S.



Link





CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012044

# Facebook ads






Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012045

**Paid Social - Conversion**

# Facebook ads





Only for Canada

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012046

**Paid Social - Remarketing**

# Facebook ads



Website visits

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Paid Social – Remarketing**

# Facebook ads





For leads that haven't started an application yet

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Paid Social – Remarketing**

# Facebook ads





For leads that haven't submitted the application yet

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Google Ads – Traffic - Generic**

# Search ads

Ad · courses.saba.edu/saba/medical_school ▾

**Saba Medical School | 100% USMLE Step 1 Pass Rate**

Ready to start your MD? Learn About the Med School Requirements & New Saba Scholars Grant.
Aspiring MD? Attend Saba, a Top Caribbean Med School, and Practice in the U.S or Canada.
Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

**Why Saba Med School**
Accredited Medical School
U.S-Modeled Medical School

**Sense of Community**
Join a student association
Facebook Groups & Fitness Center

**Admission information**
Stress-free application process
Start med school in May, Sept, Jan

**Live Q&A with Saba Team**
Speak to our admissions team
Learn about the MD degree

Ad · courses.saba.edu/saba/medical_school ▾

**100% USMLE Step 1 Pass Rate | 7:1 student-to-faculty ratio**

Join Saba, a med school with over 3,000+ MDs working at top U.S and Canadian hospitals.
Ready to start your MD? Learn About the Med School Requirements & New Saba Scholars Grant.
Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

**Why Saba Med School**
Accredited Medical School
U.S-Modeled Medical School

**Sense of Community**
Join a student association
Facebook Groups & Fitness Center

**Admission information**
Stress-free application process
Start med school in May, Sept, Jan

**Live Q&A with Saba Team**
Speak to our admissions team
Learn about the MD degree

**Google Ads – Traffic - Brand**

# Search ads

Ad · courses.saba.edu/saba/medical_school ▾
### Saba Medical School | 30 Years Educating Doctors
Saba offers a dedicated faculty, 24/7 gross anatomy lab, small classes, and scholarships. Enroll at Saba, a U.S-Modeled Medical School In The Caribbean with 30+ years of success. Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

**Top Residency Matches**
Earn competitive placements
Medical centers in the US or Canada

**What Makes Saba different**
24/7 Gross Anatomy Lab
Small classes & dedicated faculty

**Fund your med school**
New Saba Scholars Grant
Merit-based Scholarships

**Join our Live Webinars**
Learn about the Saba experience
Speak to our admissions directors

---

Ad · courses.saba.edu/saba/medical_school ▾
### Enroll at Saba Medical School | Study your MD in Saba Island
Join over 3,000 doctors who graduated from SABA and have gone on to work at top hospitals. Saba offers a dedicated faculty, 24/7 gross anatomy lab, small classes, and scholarships. Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

**Top Residency Matches**
Earn competitive placements
Medical centers in the US or Canada

**What Makes Saba different**
24/7 Gross Anatomy Lab
Small classes & dedicated faculty

**Fund your med school**
New Saba Scholars Grant
Merit-based Scholarships

**Join our Live Webinars**
Learn about the Saba experience
Speak to our admissions directors

**Google Ads – Conversion - Caribbean**

# Search ads

Ad · courses.saba.edu/saba/medical_school ▾

**New Saba Scholars Grant | Study MD in Caribbean**

Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Study your MD degree in the Caribbean, practice at top hospitals in the U.S and Canada.
Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

**Why study at Saba**
Accredited Caribbean university
Approvals in key U.S states

**Students Success**
Over 3,000 successful MD graduates
Residencies in the U.S and Canada

**Modern Campus Facilities**
USMLE Test Center
Clinical skills training Center

**Join our Events**
Learn about the MD program
Get guidance on your application

Ad · courses.saba.edu/saba/medical_school ▾

**Medical School in Caribbean | Practice in the U.S and Canada**

Become an MD at Saba University School of Medicine in the Caribbean. Secure your Place Now.
Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

**Why study at Saba**
Accredited Caribbean university
Approvals in key U.S states

**Students Success**
Over 3,000 successful MD graduates
Residencies in the U.S and Canada

**Modern Campus Facilities**
USMLE Test Center
Clinical skills training Center

**Join our Events**
Learn about the MD program
Get guidance on your application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012052

Google Ads – Conversion – Medical Program

# Search ads

Ad · courses.saba.edu/saba/medical_school ▾

Practice in the U.S and Canada | Apply for Med School this Fall

Aspiring MD? Attend Saba, a Top Caribbean Med School, and Practice in the U.S or Canada. Med school with 24/7 Gross Anatomy Lab, Clinical SkillsTraining Center & USMLE Test Center. Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

| Why Saba Med School | Sense of Community |
| Accredited Medical School | Join a student association |
| U.S-Modeled Medical School | Facebook Groups & Fitness Center |
| Admission information | Live Q&A with Saba Team |
| Stress-free application process | Speak to our admissions team |
| Start med school in May, Sept, Jan | Learn about the MD degree |

Ad · courses.saba.edu/saba/medical_school ▾

Become a Doctor with Saba | 30+ Years of Success

Aspiring MD? Attend Saba, a Top Caribbean Med School, and Practice in the U.S or Canada. Ready to start your MD? Learn About the Med School Requirements & New Saba Scholars Grant. Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

| Why Saba Med School | Sense of Community |
| Accredited Medical School | Join a student association |
| U.S-Modeled Medical School | Facebook Groups & Fitness Center |
| Admission information | Live Q&A with Saba Team |
| Stress-free application process | Speak to our admissions team |
| Start med school in May, Sept, Jan | Learn about the MD degree |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Google Ads – Remarketing**

# Search ads

Ad · courses.saba.edu/saba/medical_school ▾

**High Quality Medical Education | Become a Doctor with Saba**

Aspiring MD? Attend Saba, a Top Caribbean Med School, and Practice in the U.S or Canada. Med school with 24/7 Gross Anatomy Lab, Clinical SkillsTraining Center & USMLE Test Center. Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

**Why Saba Med School**
Accredited Medical School
U.S-Modeled Medical School

**Sense of Community**
Join a student association
Facebook Groups & Fitness Center

**Admission information**
Stress-free application process
Start med school in May, Sept, Jan

**Live Q&A with Saba Team**
Speak to our admissions team
Learn about the MD degree

Ad · courses.saba.edu/saba/medical_school ▾

**100% USMLE Step1 Pass Rate | New Saba Scholars Grant**

Saba offers a dedicated faculty, 24/7 gross anatomy lab, small classes, and scholarships. Study Medicine at Saba University School of Medicine, and practice in the U.S or Canada. Approved for US Fin Aid. State-of-the-art campus. Merit-based scholarships. NVAO accredited.

**Top Residency Matches**
Earn competitive placements
Medical centers in the US or Canada

**What Makes Saba different**
24/7 Gross Anatomy Lab
Small classes & dedicated faculty

**Fund your med school**
New Saba Scholars Grant
Merit-based Scholarships

**Join our Live Webinars**
Learn about the Saba experience
Speak to our admissions directors

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Google Ads – Conversion - Generic**

# Discovery ads







Only for U.S.





CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012055

**Google Ads – Remarketing**

# Discovery ads







For website visits that haven't submitted the form on the landing page

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Google Ads – Remarketing**

# Discovery ads





For leads that haven't started an application yet

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Google Ads – Remarketing**

# Discovery ads







For leads that haven't submitted the application yet

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Google Ads – Conversion - Generic**

# Display ads





Only for U.S.



Only for Canada



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Google Ads – Remarketing**

# Display ads

  

For leads that haven't submitted the form on the landing page

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012060

**Google Ads – Remarketing**

# Display ads





For leads that haven't started an application yet

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Google Ads – Remarketing**

# Display ads

  

For leads that haven't submitted the application yet

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012062

**Google Ads - Awareness**

# Video ads



Youtube Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                          R3S00012063

**Google Ads – Traffic - Generic**

# Video ads



Youtube Link

Youtube Link

## Google Ads

# P-max











YouTube link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| PPC - Discovery | PPC - Display | PPC - Search | PPC - Video | Paid Social |
|---|---|---|---|---|
| https://courses.saba.edu/start-med-school-usa<br><br>https://courses.saba.edu/start-med-school-canada | https://courses.saba.edu/start-med-school-usa<br><br>https://courses.saba.edu/start-med-school-canada | https://courses.saba.edu/start-med-school-usa<br><br>https://courses.saba.edu/start-med-school-canada | https://courses.saba.edu/md-program-usa-video<br><br>https://courses.saba.edu/md-program-canada-video | https://courses.saba.edu/md-program-usa<br><br>https://courses.saba.edu/md-program-canada |
| https://courses.saba.edu/start-your-application<br><br>https://courses.saba.edu/continue-your-application | https://courses.saba.edu/start-your-application<br><br>https://courses.saba.edu/continue-your-application | https://courses.saba.edu/discover-what-makes-saba-different | https://www.saba.edu/programs/basic-sciences/ | https://courses.saba.edu/start-your-application<br><br>https://courses.saba.edu/continue-your-application |
| https://courses.saba.edu/discover-the-saba-advantage | https://courses.saba.edu/discover-the-saba-advantage | https://courses.saba.edu/medicine-caribbean | | https://courses.saba.edu/future-doctor |
| https://courses.saba.edu/future-doctor | | https://courses.saba.edu/discover-the-saba-advantage | | https://courses.saba.edu/upcoming-events |
| https://www.saba.edu/blog/becoming-a-saba-doctor/ | | https://courses.saba.edu/md-program-puerto-rico | | https://www.saba.edu/<br><br>https://www.saba.edu/why-saba/ |
| | | | | https://www.saba.edu/admissions/scholarships/ |
| | | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012066