# Exhibit 9



# Transcript of Patrick Donnellan, Designated Representative

**Date:** November 5, 2024
**Case:** Ortiz -v- Saba University School of Medicine, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4   Case No. 1:23-cv-12002-WGY
 5   - - - - - - - - - - - - - - - - - -X
 6   NATALIA ORTIZ, on behalf of        :
 7   herself and a class of similarly   :
 8   situated persons,                  :
 9                 Plaintiffs,          :
10   VS                                 :
11   SABA UNIVERSITY SCHOOL OF          :
12   MEDICINE, and R3 EDUCATION, INC.,  :
13                 Defendants.          :
14   - - - - - - - - - - - - - - - - - -X
15
16                      VOLUME I
17
18       Videotaped deposition of PATRICK DONNELLAN, as
     30(b)(6), designated representative, taken at the
19   offices of Locke Lord LLP, 1 Landmark Square,
     Stamford, Connecticut, before Clifford Edwards,
20   Certified Shorthand Reporter and Notary Public, in
     and for the State of Connecticut on November 5,
21   2024, at 9:08 a.m. ET.
22
23
24
```

| | | |
|---|---|---|
| 1 | BY MR. ALFORD: | 09:56:11 |
| 2 | Q    Can you confirm R3's business form?  Is | 09:56:12 |
| 3 | it a corporation?  A partnership? | 09:56:15 |
| 4 | A    R3 Education, Inc. is a Delaware Corp. | 09:56:17 |
| 5 | Q    And how long has it been operating? | 09:56:20 |
| 6 | A    I believe since 2007. | 09:56:23 |
| 7 | Q    And where is R3's headquarters located? | 09:56:30 |
| 8 | A    Devens, Massachusetts. | 09:56:35 |
| 9 | Q    What departments are located in Devens, | 09:56:37 |
| 10 | Massachusetts? | 09:56:39 |
| 11 | A    What do you mean "located"? | 09:56:42 |
| 12 | Q    Are all aspects of R3 run from Devens, | 09:56:44 |
| 13 | Massachusetts? | 09:56:47 |
| 14 | A    No. | 09:56:48 |
| 15 | Q    Which aspects are not run from Devens, | 09:56:48 |
| 16 | Massachusetts of R3? | 09:56:50 |
| 17 | A    It's probably easier to answer -- answer | 09:56:52 |
| 18 | the question the other way. | 09:56:54 |
| 19 | The -- many of our employees are -- | 09:56:59 |
| 20 | work -- work remotely now and so they are all over | 09:57:02 |
| 21 | the place, mostly in the United States. | 09:57:05 |
| 22 | The people that I know that are currently | 09:57:08 |
| 23 | going to the office regularly are portions of the | 09:57:12 |
| 24 | finance function, the financial aid function, some | 09:57:16 |

| | | |
|---|---|---|
| 1 | of the clinical function, the registrars for Saba. | 09:57:24 |
| 2 | I think that's it. | 09:57:39 |
| 3 | Q    What does the finance department do? | 09:57:41 |
| 4 | A    Receivables, payables. | 09:57:44 |
| 5 | Q    Financial aid as regarding Title IV? | 09:57:47 |
| 6 | A    Correct. | 09:57:50 |
| 7 | Q    And critical function, what is that -- | 09:57:51 |
| 8 | what is that -- | 09:57:54 |
| 9 | A    Clinical? | 09:57:55 |
| 10 | Q    I'm sorry.  Yes. | 09:57:56 |
| 11 | What does the clinical function at R3 do | 09:57:57 |
| 12 | in Devens, Massachusetts? | 09:58:00 |
| 13 | A    They -- they oversee the second two years | 09:58:01 |
| 14 | of the program of education at Saba, which are | 09:58:04 |
| 15 | conducted in teaching hospitals, mostly in the | 09:58:07 |
| 16 | United States, some in Canada. | 09:58:10 |
| 17 | Q    And then what does the registrar | 09:58:12 |
| 18 | department of R3 do? | 09:58:14 |
| 19 | A    Perform the registrar function. | 09:58:16 |
| 20 | Q    Can you explain what that is? | 09:58:19 |
| 21 | A    Student records, you know, maintaining | 09:58:21 |
| 22 | student records. | 09:58:25 |
| 23 | Q    Is the admissions department not based | 09:58:31 |
| 24 | out of Devens, Massachusetts? | 09:58:33 |

| | | |
|---|---|---|
| 1 | Q Any types? | 10:39:57 |
| 2 | A Well, Saba University School of Medicine | 10:40:00 |
| 3 | is -- is a school and operates the educational | 10:40:03 |
| 4 | institution. | 10:40:10 |
| 5 | To the extent that that school requires | 10:40:11 |
| 6 | additional resources or from R3, it has to interact | 10:40:13 |
| 7 | with R3 Education, Inc. | 10:40:19 |
| 8 | Q Is that the only instance in which Saba | 10:40:21 |
| 9 | University School of Medicine would interact with | 10:40:23 |
| 10 | R3, when making business decisions? | 10:40:27 |
| 11 | A Well, I -- making business decisions? | 10:40:33 |
| 12 | So, for example, hiring faculty. | 10:40:47 |
| 13 | Q Sure. | 10:40:51 |
| 14 | A Yeah, it would have to interact with R3 | 10:40:53 |
| 15 | Education to get approval to hire faculty outside of | 10:40:55 |
| 16 | its budget, yeah. | 10:41:00 |
| 17 | Q So -- | 10:41:02 |
| 18 | A So in establishing the annual budget and | 10:41:03 |
| 19 | making decisions outside of that budget, it would | 10:41:07 |
| 20 | have -- it would go to R3 Education, Inc. | 10:41:09 |
| 21 | Q So the annual budget, is that approved by | 10:41:12 |
| 22 | R3? | 10:41:15 |
| 23 | A It's approved by Saba University School | 10:41:15 |
| 24 | of Medicine Board of Trustees and to the extent it | 10:41:17 |

| | | |
|---|---|---|
| 1 | that document. | 12:35:48 |
| 2 | So whether they know it or not, whether | 12:35:50 |
| 3 | they are able to read, I can't tell you, but it's -- | 12:35:52 |
| 4 | it's -- it available. | 12:35:55 |
| 5 | Q  Is it safe to assume if Saba has accepted | 12:35:57 |
| 6 | them into their medical program, that they can read? | 12:36:00 |
| 7 | A  I would think so. | 12:36:03 |
| 8 | No, I'm saying whether they read it or | 12:36:04 |
| 9 | not, sorry. | 12:36:06 |
| 10 | Q  Oh. | 12:36:10 |
| 11 | A  Sorry. | 12:36:11 |
| 12 | Q  I heard -- I heard -- | 12:36:11 |
| 13 | A  Yeah, I misspoke. | 12:36:12 |
| 14 | Q  -- whether or not they could read? | 12:36:14 |
| 15 | A  My apologies.  I misspoke. | 12:36:15 |
| 16 | MR. ALFORD:  I'm going to show you | 12:36:21 |
| 17 | another document.  This one I'm going to | 12:36:23 |
| 18 | mark as Exhibit 100. | 12:36:25 |
| 19 | THE WITNESS:  Are we done with 99? | 12:36:27 |
| 20 | MR. ALFORD:  Yes, sir. | 12:36:30 |
| 21 | And this document has a starting | 12:36:33 |
| 22 | Bates Number of R3S00029746. | 12:36:34 |
| 23 | (Whereupon, Exhibit 100, E-mail | 12:36:49 |
| 24 | Between Scott Taylor, Greg Czuba, and | 12:36:49 |

|     |     |     |
| --- | --- | --- |
| 1   | Patrick Donnellan with Subject "Saba | 12:36:49 |
| 2   | Website," Dated March 9, 2017, | 12:36:49 |
| 3   | Beginning Bates-Labeled R3S00029746, | 12:36:49 |
| 4   | was marked for identification.) | 12:36:49 |
| 5   | THE WITNESS:  Thank you. | 12:36:50 |
| 6   | BY MR. ALFORD: | 12:36:51 |
| 7   | Q    Please review it and let me know when you | 12:36:52 |
| 8   | are ready to discuss. | 12:36:54 |
| 9   | MR. McMORROW:  This is 100? | 12:36:55 |
| 10  | MR. ALFORD:  That's correct. | 12:36:58 |
| 11  | A    Okay. | 12:37:17 |
| 12  | BY MR. ALFORD: | 12:37:17 |
| 13  | Q    Are you familiar with this document? | 12:37:17 |
| 14  | A    Yes. | 12:37:19 |
| 15  | Q    What is it? | 12:37:20 |
| 16  | A    It's an e-mail from Scott Taylor -- | 12:37:22 |
| 17  | between Scott Taylor, Greg Czuba, and me. | 12:37:25 |
| 18  | Q    Is this a true and correct copy of the | 12:37:29 |
| 19  | e-mail chain between Mr. Czuba and Mr. Taylor and | 12:37:31 |
| 20  | you dated March 9th, 2017 with a subject line "Saba | 12:37:35 |
| 21  | website"? | 12:37:39 |
| 22  | A    Appears to be, yes. | 12:37:39 |
| 23  | Q    Who is Scott Taylor? | 12:37:41 |
| 24  | A    He's our either VP or director of IT.  He | 12:37:42 |

| | | |
|---|---|---|
| 1 | runs IT. | 12:37:47 |
| 2 | Q    So is he the guy that would update the | 12:37:48 |
| 3 | website? | 12:37:50 |
| 4 | A    At the -- | 12:37:51 |
| 5 | Q    Okay. | 12:37:52 |
| 6 | A    -- time he would -- he was involved in | 12:37:53 |
| 7 | that, yes. | 12:37:54 |
| 8 | Q    Is he still in that role? | 12:37:55 |
| 9 | A    Yes, he's still in that role. | 12:37:57 |
| 10 | But we no longer -- we outsourced the -- | 12:37:58 |
| 11 | we don't -- the IT department no longer is | 12:38:02 |
| 12 | responsible for updating the website.  It's done via | 12:38:05 |
| 13 | marketing function. | 12:38:10 |
| 14 | Q    What's the -- what's the name of the | 12:38:11 |
| 15 | marketing company? | 12:38:12 |
| 16 | A    I don't -- it's not a company.  It's | 12:38:13 |
| 17 | internally, I believe. | 12:38:15 |
| 18 | Q    Internally within R3? | 12:38:16 |
| 19 | A    Within -- yeah, within R3. | 12:38:18 |
| 20 | Q    Who runs that department? | 12:38:20 |
| 21 | A    Jeremy Confer. | 12:38:21 |
| 22 | Q    And Mr. Taylor still works at -- he works | 12:38:28 |
| 23 | at R3 or at Saba? | 12:38:31 |
| 24 | A    R3.  He's director of IT.  Or vice | 12:38:33 |

| | | |
|---|---|---|
| 1 | president, I can't remember. | 12:38:37 |
| 2 | Q   And is he paid by R3? | 12:38:38 |
| 3 | A   R3. | 12:38:40 |
| 4 | Q   And I think we've discussed this, but do | 12:38:41 |
| 5 | you mind reminding me who Chris -- I mean, who Greg | 12:38:43 |
| 6 | Czuba was? | 12:38:47 |
| 7 | A   Greg Czuba was the COO of R3 until '21 or | 12:38:48 |
| 8 | '22, somewhere in there. | 12:38:51 |
| 9 | Q   I want to look at the last page in this | 12:38:54 |
| 10 | e-mail, which should be Bates-numbered R3S00029747? | 12:38:56 |
| 11 | A   Uh-huh. | 12:39:03 |
| 12 | Q   Here you are requesting that Mr. Czuba | 12:39:04 |
| 13 | make changes to Saba's website; is that correct? | 12:39:06 |
| 14 | I'm sorry.  I've completely -- | 12:39:09 |
| 15 | A   Yes. | 12:39:12 |
| 16 | Q   -- passed over your e-mail.  We need go | 12:39:13 |
| 17 | back. | 12:39:16 |
| 18 | So at the very beginning -- not the very | 12:39:16 |
| 19 | beginning, the middle of the first page of this | 12:39:18 |
| 20 | e-mail, it's you asking Czuba, "Changes to be made | 12:39:19 |
| 21 | ASAP." | 12:39:23 |
| 22 | Is that correct? | 12:39:23 |
| 23 | A   Yes. | 12:39:24 |
| 24 | Q   Okay.  And then here we see the | 12:39:25 |

```
 1   changes -- we have a link.                              12:39:27
 2           And so you are asking Czuba to make the         12:39:28
 3   changes to Saba's website at that particular landing    12:39:30
 4   page?                                                   12:39:33
 5       A   Correct.                                        12:39:34
 6           Well, that page.  I don't believe it's a        12:39:34
 7   landing page.                                           12:39:37
 8       Q   Okay.  At that page.                            12:39:37
 9           You've asked him to delete information;         12:39:44
10   correct?                                                12:39:46
11       A   Yup.                                            12:39:47
12       Q   And the information you asked him to            12:39:47
13   complete [sic] relates to the Med 912 comprehensive     12:39:49
14   basic science review; is that correct?                  12:39:52
15       A   Correct.                                        12:39:55
16       Q   Now, is that the -- we -- we were just          12:39:55
17   discussing that the comp exam is included in a          12:39:56
18   course in the basic sciences at Saba?                   12:39:59
19       A   Yes.                                            12:40:01
20       Q   Is -- is that course that you were just         12:40:02
21   talking about Med 912?                                  12:40:03
22       A   Med 912 no longer exists.                       12:40:05
23       Q   Okay.  What is it now?                          12:40:08
24       A   Med 918, foundations of clinical                12:40:09
```

| | | |
|---|---|---|
| 1 | medicine. | 12:40:13 |
| 2 | Q    So hence the need for the change? | 12:40:14 |
| 3 | A    Correct. | 12:40:16 |
| 4 | Q    And so here we've deleted -- "this course | 12:40:17 |
| 5 | utilizes daily lectures" -- let's just -- let's just | 12:40:19 |
| 6 | go to the very end here. | 12:40:23 |
| 7 | You know what, I -- I -- I have to read | 12:40:24 |
| 8 | all this.  I'm sorry. | 12:40:25 |
| 9 | A    That's okay. | 12:40:27 |
| 10 | Q    "This course utilizes daily lectures, | 12:40:27 |
| 11 | lecture notes, and computerized testing to provide | 12:40:30 |
| 12 | an integrated review of the basic sciences.  An | 12:40:30 |
| 13 | emphasis is placed on understanding of disease | 12:40:35 |
| 14 | processes and clinical problem-solving.  Students | 12:40:39 |
| 15 | attend daily lectures.  A faculty member from the | 12:40:41 |
| 16 | appropriate discipline is present during each | 12:40:45 |
| 17 | lector -- lecture to provide additional information | 12:40:47 |
| 18 | and answer questions. | 12:40:50 |
| 19 | "Early in the course, students are given | 12:40:51 |
| 20 | a diagnostic pretest to help identify problem areas | 12:40:52 |
| 21 | and individualized learning goals.  At the end of | 12:40:57 |
| 22 | the course, students are administered a full-length | 12:41:00 |
| 23 | simulated USMLE Step 1 exam to evaluate progress. | 12:41:03 |
| 24 | Sufficient progress must be documented to pass the | 12:41:08 |

| | | |
|---|---|---|
| 1 | course and complete the basic sciences program," and | 12:41:11 |
| 2 | then there's parenthetical, "18 credits, 246 hours"? | 12:41:13 |
| 3 | A    I think it says, "16 credits." | 12:41:21 |
| 4 | Q    My -- my eyes are -- | 12:41:26 |
| 5 | A    It could be my eyes.  I apologize. | 12:41:26 |
| 6 | Q    My eyes are also not good, so... | 12:41:27 |
| 7 |      Other than the parenthetical, did I read | 12:41:30 |
| 8 | that correctly? | 12:41:30 |
| 9 | A    Correct. | 12:41:35 |
| 10 | Q    All right.  And you asked Czuba to | 12:41:35 |
| 11 | replace this on March 9th of 2017 with this blurb | 12:41:36 |
| 12 | that read -- well, let's go back to this one, | 12:41:36 |
| 13 | though. | 12:41:38 |
| 14 |      So the pretests -- you mentioned that | 12:41:39 |
| 15 | there were a couple of tests with a comprehensive | 12:41:40 |
| 16 | course that you had to take. | 12:41:43 |
| 17 |      You said there were potentially two | 12:41:44 |
| 18 | courses in addition to the final comp exam? | 12:41:46 |
| 19 | A    I believe -- I believe there are now, | 12:41:49 |
| 20 | yes. | 12:41:50 |
| 21 | Q    Okay.  So at this time, was there just | 12:41:50 |
| 22 | the pretest and then the final test? | 12:41:52 |
| 23 | A    I can't remember. | 12:41:54 |
| 24 | Q    Okay.  And then here we have -- you are | 12:41:54 |

| | | |
|---|---|---|
| 1 | going to replace the information previously seen on | 12:41:56 |
| 2 | the website at Med 912 with Med 1 -- 918, Foundation | 12:41:58 |
| 3 | to clinical medicine. | 12:42:05 |
| 4 | And then this reads, "This course | 12:42:06 |
| 5 | utilizes daily live lectures and other materials to | 12:42:08 |
| 6 | provide a structured, integrated review of the basic | 12:42:11 |
| 7 | sciences.  An emphasis is placed on understanding of | 12:42:14 |
| 8 | disease processes and clinical problem-solving. | 12:42:17 |
| 9 | Students attend daily live lectures. | 12:42:21 |
| 10 | "Early in the course, students are given | 12:42:23 |
| 11 | a diagnostic pretest to help identify problem areas | 12:42:26 |
| 12 | and individualize learning goals.  At the end of the | 12:42:30 |
| 13 | course, students are administered a full-length | 12:42:32 |
| 14 | simulated comprehensive exam," and then we have a | 12:42:34 |
| 15 | parenthetical, "16 credits, 246 hours." | 12:42:37 |
| 16 | Is that correct? | 12:42:40 |
| 17 | A    Yes. | 12:42:40 |
| 18 | Q    So you were right, it was 16.  I misread. | 12:42:41 |
| 19 | Now, in the first instance we see the | 12:42:43 |
| 20 | last line says, "Sufficient progress must be | 12:42:45 |
| 21 | documented to pass the course and complete the basic | 12:42:47 |
| 22 | sciences programs"? | 12:42:49 |
| 23 | A    Right. | 12:42:50 |
| 24 | Q    And you removed that from the next blurb. | 12:42:51 |

| | | |
|---|---|---|
| 1 | Why did you remove that language from | 12:42:54 |
| 2 | Med 918? | 12:42:56 |
| 3 | MR. McMORROW: Objection. Are you | 12:42:58 |
| 4 | asking in his personal capacity or as | 12:42:58 |
| 5 | corporate representative? | 12:43:01 |
| 6 | MR. ALFORD: Corporate | 12:43:03 |
| 7 | representative. | 12:43:04 |
| 8 | MR. McMORROW: Then it's outside the | 12:43:05 |
| 9 | scope of the deposition topics. | 12:43:06 |
| 10 | MR. ALFORD: How is that? | 12:43:09 |
| 11 | MR. McMORROW: Show me the | 12:43:10 |
| 12 | deposition topic that talks about changes | 12:43:11 |
| 13 | to the -- to the course descriptions. | 12:43:13 |
| 14 | MR. ALFORD: This is advertising to | 12:43:14 |
| 15 | the public. It's on the public website, | 12:43:15 |
| 16 | Saba.edu, and he's testified earlier -- | 12:43:18 |
| 17 | MR. McMORROW: Okay. | 12:43:22 |
| 18 | MR. ALFORD: -- that the comp | 12:43:23 |
| 19 | exam -- | 12:43:24 |
| 20 | MR. McMORROW: That's fine. | 12:43:25 |
| 21 | MR. ALFORD: All right. | 12:43:25 |
| 22 | MR. McMORROW: I'll withdraw the | 12:43:25 |
| 23 | objection. | 12:43:27 |
| 24 | A   So what's the question? | 12:43:27 |

|  |  |  |
|---|---|---|
| 1 | BY MR. ALFORD: | 12:43:28 |
| 2 | Q    Why did you remove the last line here | 12:43:29 |
| 3 | that says, "Sufficient progress must be documented | 12:43:31 |
| 4 | to pass the course and complete the basic sciences | 12:43:33 |
| 5 | program"? | 12:43:37 |
| 6 | A    So the course changed from Med 912 to | 12:43:38 |
| 7 | Med 918. | 12:43:42 |
| 8 | Q    Right. | 12:43:43 |
| 9 | A    And so the total course description | 12:43:44 |
| 10 | changed. | 12:43:47 |
| 11 | Q    Do you think that the descriptions here | 12:43:48 |
| 12 | are not very -- | 12:43:50 |
| 13 | A    They are -- | 12:43:53 |
| 14 | Q    -- alike? | 12:43:54 |
| 15 | A    They are similar, yeah. | 12:43:56 |
| 16 | Q    But you no longer have any instance -- | 12:43:58 |
| 17 | A    So why was that changed -- why was that | 12:44:00 |
| 18 | specific part of this changed? | 12:44:03 |
| 19 |      I don't remember that.  But the -- the | 12:44:05 |
| 20 | course changed and so the course description and the | 12:44:06 |
| 21 | course number had to change. | 12:44:08 |
| 22 | Q    I understand that. | 12:44:10 |
| 23 |      But what I'm saying is that when I asked | 12:44:10 |
| 24 | you:  Do students coming to Saba know about the comp | 12:44:13 |

| | | |
|---|---|---|
| 1 | exam prior to enrollment? | 12:44:15 |
| 2 | You said, Yes, it's in the OER, which is | 12:44:20 |
| 3 | on the website -- | 12:44:20 |
| 4 | A    Yes. | 12:44:21 |
| 5 | Q    -- and provided at students when they | 12:44:23 |
| 6 | enroll? | 12:44:23 |
| 7 | A    Right. | 12:44:24 |
| 8 | Q    And I'm saying, if it's on the website, | 12:44:24 |
| 9 | you -- where is it on the website if you removed | 12:44:25 |
| 10 | it -- | 12:44:25 |
| 11 | A    In the -- | 12:44:26 |
| 12 | Q    -- from this description? | 12:44:28 |
| 13 | A    -- OER. | 12:44:30 |
| 14 | Q    But you -- | 12:44:31 |
| 15 | A    Which is the teaching examination rec- -- | 12:44:31 |
| 16 | regulations of the school as to -- | 12:44:31 |
| 17 | Q    So a student has to look at the OER | 12:44:32 |
| 18 | that's on the website and scroll through it?  It's | 12:44:33 |
| 19 | no longer on the website visible like -- | 12:44:39 |
| 20 | A    No. | 12:44:40 |
| 21 | Q    -- when it was with the description of | 12:44:40 |
| 22 | Med 912? | 12:44:42 |
| 23 | A    I don't recall, but I'm not sure that all | 12:44:43 |
| 24 | our basic science course descriptions include the | 12:44:45 |

| | | |
|---|---|---|
| 1 | exams that are included in them. | 12:44:47 |
| 2 | Q    Okay.  But in this instance you had it -- | 12:44:49 |
| 3 | A    It was -- | 12:44:51 |
| 4 | Q    -- and you removed it; correct? | 12:44:51 |
| 5 | A    -- and it was removed.  I don't -- it | 12:44:55 |
| 6 | also -- but I don't -- I don't know why. | 12:44:56 |
| 7 | Q    Is there anywhere else on your website | 12:44:57 |
| 8 | other than the OER where you notify students of the | 12:45:00 |
| 9 | comp exam in order to sit for the USMLE Step 1? | 12:45:04 |
| 10 | A    Not that I'm aware of. | 12:45:08 |
| 11 | MR. ALFORD:  You want to go to | 12:45:12 |
| 12 | lunch? | 12:45:14 |
| 13 | MR. McMORROW:  Sure. | 12:45:15 |
| 14 | MR. ALFORD:  All right.  Let's go | 12:45:16 |
| 15 | off record, please. | 12:45:17 |
| 16 | THE VIDEOGRAPHER:  This concludes | 12:45:19 |
| 17 | media number three.  Going off record, | 12:45:20 |
| 18 | 12:46. | 12:45:22 |
| 19 | (Whereupon, there was a recess taken | 12:45:23 |
| 20 | from 12:46 p.m. to 1:59 p.m.) | 12:45:23 |
| 21 | THE VIDEOGRAPHER:  We are back on | 01:58:40 |
| 22 | record.  This marks the beginning of | 01:58:42 |
| 23 | media four, 1:59.  Thank you. | 01:58:44 |
| 24 | | |

| | | |
|---|---|---|
| 1 | Q So what is the admission committee | 04:58:57 |
| 2 | focusing on? Is the admission committee focusing on | 04:58:59 |
| 3 | attrition and the -- the -- the concern about higher | 04:59:02 |
| 4 | reported attrition rates? | 04:59:04 |
| 5 | A It's monitoring all student outcomes in | 04:59:05 |
| 6 | relation to the admission standards and processes. | 04:59:07 |
| 7 | All of them. | 04:59:11 |
| 8 | Q So there's no heightened concern given | 04:59:13 |
| 9 | the NYSED's comments on high attrition rates? | 04:59:16 |
| 10 | A It's something we always focus on. | 04:59:19 |
| 11 | Q But how do you always focus on something | 04:59:21 |
| 12 | you don't have a definition for? | 04:59:23 |
| 13 | A There's no defined definition of what | 04:59:25 |
| 14 | attrition rate is, no. | 04:59:27 |
| 15 | Q Yeah. But how do you always focus on it | 04:59:28 |
| 16 | then? | 04:59:30 |
| 17 | A Well, whether people are successful | 04:59:31 |
| 18 | through the program or not. | 04:59:33 |
| 19 | Q So whether or not they withdraw or | 04:59:34 |
| 20 | dismissed? | 04:59:36 |
| 21 | A Or -- or leave otherwise, yeah. | 04:59:37 |
| 22 | Q What does -- | 04:59:39 |
| 23 | A And -- well, some die. | 04:59:40 |
| 24 | Q That's a -- that's a fair -- | 04:59:43 |

Conducted on November 5, 2024                                385

C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to any of the parties to said suit, nor am I an employee of any party to said suit, nor of any counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 10th day of October, 2024.

_____

Clifford Edwards

Connecticut Notary Public No. SNPC.0129714

My commission expires: 9/30/2026