# Exhibit 12

2022 Saba University School of Medicine Acceptance Survey

# Q1 What term did you apply to? Check all that apply.

Answered: 3    Skipped: 8



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| January 2022 | 0.00% | 0 |
| May 2022 | 100.00% | 3 |
| Total Respondents: 3 | | |

| # | OTHER (PLEASE SPECIFY) | DATE |
|---|---|---|
| 1 | Aug/Sept 2022 | 6/9/2022 11:25 AM |
| 2 | September 2022 | 6/8/2022 10:16 AM |
| 3 | September 2022 | 6/1/2022 2:43 PM |
| 4 | Fall 2022 | 6/1/2022 1:50 PM |
| 5 | September 2022 | 5/31/2022 6:54 PM |
| 6 | NA | 5/31/2022 6:23 PM |
| 7 | September 2022 | 5/31/2022 4:57 PM |
| 8 | January 2023 | 5/31/2022 3:57 PM |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      R3S00016462

2022 Saba University School of Medicine Acceptance Survey

# Q2 What is your country of citizenship?

Answered: 11    Skipped: 0



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| United States | 27.27% | 3 |
| Canada | 63.64% | 7 |
| Other (please specify) | 9.09% | 1 |
| TOTAL | | 11 |

| # | OTHER (PLEASE SPECIFY) | DATE |
|---|---|---|
| 1 | Iraq | 5/31/2022 6:23 PM |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    R3S00016463

## Q3 Which of the following were most important to you when considering medical schools? Please rank with 1 being highest importance.

Answered: 11    Skipped: 0



| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TOTAL | SCORE |
|---|---|---|---|---|---|---|---|---|---|
| Online delivery option | 9.09% 1 | 9.09% 1 | 0.00% 0 | 9.09% 1 | 9.09% 1 | 0.00% 0 | 63.64% 7 | 11 | 2.45 |
| Location | 0.00% 0 | 0.00% 0 | 0.00% 0 | 36.36% 4 | 27.27% 3 | 36.36% 4 | 0.00% 0 | 11 | 3.00 |
| USMLE pass rate | 40.00% 4 | 20.00% 2 | 40.00% 4 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 10 | 6.00 |
| Residency placements | 27.27% 3 | 54.55% 6 | 18.18% 2 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 11 | 6.09 |
| Cost, scholarships, grants & payment options | 27.27% 3 | 18.18% 2 | 18.18% 2 | 27.27% 3 | 0.00% 0 | 0.00% 0 | 9.09% 1 | 11 | 5.09 |
| Campus facilities/Housing options | 0.00% 0 | 0.00% 0 | 9.09% 1 | 9.09% 1 | 45.45% 5 | 36.36% 4 | 0.00% 0 | 11 | 2.91 |
| Size of the school | 0.00% 0 | 0.00% 0 | 18.18% 2 | 18.18% 2 | 9.09% 1 | 27.27% 3 | 27.27% 3 | 11 | 2.73 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    R3S00016464

# Q4 If you chose to enroll in medical school, what school did you choose?

Answered: 11    Skipped: 0



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Saba University School of Medicine | 36.36% | 4 |
| Medical University of the Americas | 0.00% | 0 |
| St. Matthew's University School of Medicine | 0.00% | 0 |
| St. George's University | 0.00% | 0 |
| Ross University | 0.00% | 0 |
| American University of Antigua | 0.00% | 0 |
| American University of the Caribbean | 27.27% | 3 |
| I did not enroll in medical school | 27.27% | 3 |
| Other (please specify) | 9.09% | 1 |
| TOTAL | | 11 |

| # | OTHER (PLEASE SPECIFY) | DATE |
|---|---|---|
| 1 | US medical school | 6/1/2022 1:50 PM |

4 / 17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                R3S00016465

# Q5 If you chose to enroll in medical school, what was the primary factor for choosing that school?

Answered: 11    Skipped: 0



5 / 17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
R3S00016466

2022 Saba University School of Medicine Acceptance Survey

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Reputation of school | 9.09% | 1 |
| Location | 0.00% | 0 |
| Tuition | 0.00% | 0 |
| Scholarships/Grants awarded | 27.27% | 3 |
| Financing options | 0.00% | 0 |
| USMLE pass rate | 9.09% | 1 |
| Residency placements | 18.18% | 2 |
| Campus Facilities | 9.09% | 1 |
| Faculty | 0.00% | 0 |
| Flexible delivery model (online option) | 0.00% | 0 |
| Size of school | 9.09% | 1 |
| Alumni network | 0.00% | 0 |
| Other (please specify) | 18.18% | 2 |
| TOTAL | | 11 |

| # | OTHER (PLEASE SPECIFY) | DATE |
|---|---|---|
| 1 | I did not enroll | 6/4/2022 2:39 PM |
| 2 | did not enroll yet | 6/1/2022 2:43 PM |

6 / 17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                    R3S00016467

2022 Saba University School of Medicine Acceptance Survey

# Q6 If you did not enroll at any medical school, what was the primary factor?

Answered: 9    Skipped: 2



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Finances | 33.33% | 3 |
| Family obligations | 0.00% | 0 |
| Needed more time to improve my application | 33.33% | 3 |
| Pursuing another career option | 0.00% | 0 |
| Health concerns | 0.00% | 0 |
| I did not want to attend any schools that accepted me | 0.00% | 0 |
| Other (please specify) | 33.33% | 3 |
| TOTAL | | 9 |

| # | OTHER (PLEASE SPECIFY) | DATE |
|---|---|---|
| 1 | Would like to complete my honours degree first | 6/1/2022 2:43 PM |
| 2 | Did enroll | 6/1/2022 1:50 PM |
| 3 | Immigration | 5/31/2022 6:23 PM |

7 / 17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          R3S00016468

# Q7 Which of the following initiatives were important in your evaluation of Saba University School of Medicine?



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| None of the above | 9.09% | 1 |
| Tuition Back Program | 36.36% | 4 |
| Saba Scholars Grant | 81.82% | 9 |
| Total Respondents: 11 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER               R3S00016469

2020 Saba University School of Medicine Acceptance Survey

## Q8 Did you attend any of the following events?

Answered: 11    Skipped: 0



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| None of the above | 90.91% | 10 |
| Online webinar | 9.09% | 1 |
| In-person event | 0.00% | 0 |
| Total Respondents: 11 | | |

9 / 17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
R3S00016470

# Q9 Please rate your agreement with the following statements:

Answered: 11    Skipped: 0



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                R3S00016471

2020 Saba University School of Medicine Acceptance Survey



|  | AGREE | DISAGREE | N/A | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|
| The student advisors were supportive and responsive to all of my questions. | 75.00% 3 | 0.00% 0 | 25.00% 1 | 4 | 1.00 |
| The school communicated with me promptly. | 100.00% 3 | 0.00% 0 | 0.00% 0 | 3 | 1.00 |
| The application process was straightforward. | 0.00% 0 | 0.00% 0 | 100.00% 1 | 1 | 0.00 |
| The school provides adequate accommodations and housing options. | 0.00% 0 | 0.00% 0 | 0.00% 0 | 0 | 0.00 |
| Travel requirements, including visa and flight arrangements, were straightforward. | 40.00% 2 | 20.00% 1 | 40.00% 2 | 5 | 1.33 |
| The school offers adequate amenities and a satisfactory student experience. | 0.00% 0 | 0.00% 0 | 0.00% 0 | 0 | 0.00 |
| Face-to-face program instruction is better than online or hybrid delivery. | 100.00% 1 | 0.00% 0 | 0.00% 0 | 1 | 1.00 |
| The school has a high profile of faculty and instructors. | 33.33% 1 | 0.00% 0 | 66.67% 2 | 3 | 1.00 |

11 / 17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        R3S00016472

# Q10 Please rate your overall experience with the application process at Saba.

Answered: 10    Skipped: 1



| | 1 | 2 | 3 | 4 | 5 | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| ☆ | 0.00% 0 | 0.00% 0 | 0.00% 0 | 30.00% 3 | 70.00% 7 | 10 | 4.70 |

| # | DO YOU HAVE SPECIFIC COMMENTS CONCERNING YOUR EXPERIENCE? | DATE |
|---|---|---|
| 1 | The advisors communicated well | 6/1/2022 2:44 PM |
| 2 | Great communication, responded to all emails. | 6/1/2022 2:43 PM |
| 3 | Everything was prompt and anyone I talked to was incredibly helpful, making me excited to be an applicant | 6/1/2022 1:50 PM |
| 4 | No | 5/31/2022 8:09 PM |
| 5 | Thank you. | 5/31/2022 6:23 PM |
| 6 | Emily who interviewed me was absolutely amazing. She advocated for me and was a delight to work with | 5/31/2022 4:57 PM |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    R3S00016473

## Q11 How likely are you to recommend Saba University School of Medicine to others considering medical school?

Answered: 10    Skipped: 1



|   | 1 | 2 | 3 | 4 | 5 | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|---|
| ☆ | 0.00% 0 | 0.00% 0 | 10.00% 1 | 40.00% 4 | 50.00% 5 | 10 | 4.40 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    R3S00016474

# Q12 Please offer any comments that may better help us serve future students.

Answered: 4    Skipped: 7

| # | RESPONSES | DATE |
|---|---|---|
| 1 | Connecting applicants with current students | 6/9/2022 11:25 AM |
| 2 | Lowering tuition and increasing scholarships for those in need. | 6/8/2022 10:16 AM |
| 3 | Things for myself where quite satisfactory. | 5/31/2022 6:54 PM |
| 4 | Offering scholarships based on financial need would be beneficial | 5/31/2022 4:57 PM |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    R3S00016475

# Q13 If you would like a gift card for your participation, please provide the following info.

Answered: 9    Skipped: 2

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Name | 100.00% | 9 |
| Company | 0.00% | 0 |
| Address | 100.00% | 9 |
| Address 2 | 0.00% | 0 |
| City/Town | 100.00% | 9 |
| State/Province | 100.00% | 9 |
| ZIP/Postal Code | 100.00% | 9 |
| Country | 100.00% | 9 |
| Email Address | 100.00% | 9 |
| Phone Number | 0.00% | 0 |

| # | NAME | DATE |
|---|---|---|
| 1 | Deepaka Malhan | 6/9/2022 11:25 AM |
| 2 | Jawairiya | 6/8/2022 10:16 AM |
| 3 | Abigail Kipping | 6/4/2022 2:39 PM |
| 4 | Liaba Zulfiqar | 6/1/2022 2:44 PM |
| 5 | Areeba | 6/1/2022 2:43 PM |
| 6 | aaron bartle | 5/31/2022 6:54 PM |
| 7 | Mwafaq Ramzi Haji | 5/31/2022 6:23 PM |
| 8 | Jawairiya Mir | 5/31/2022 4:57 PM |
| 9 | Jon Roxas | 5/31/2022 3:57 PM |

| # | COMPANY | DATE |
|---|---|---|
| | There are no responses. | |

| # | ADDRESS | DATE |
|---|---|---|
| 1 | 50 Bear Run Road | 6/9/2022 11:25 AM |
| 2 | 2 cinemark avenue | 6/8/2022 10:16 AM |
| 3 | 352 W. Woodland Ridge | 6/4/2022 2:39 PM |
| 4 | 1744 Glenforest blvd | 6/1/2022 2:44 PM |
| 5 | 41 ferguson place | 6/1/2022 2:43 PM |
| 6 | 485 eglinton ave east unit 406 | 5/31/2022 6:54 PM |
| 7 | 11583 Kings Loop Road | 5/31/2022 6:23 PM |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          R3S00016476

| # | | DATE |
|---|---|---|
| 8 | 2 cinemark avenue | 5/31/2022 4:57 PM |
| 9 | PO Box 86 | 5/31/2022 3:57 PM |
| # | ADDRESS 2 | DATE |
| | There are no responses. | |
| # | CITY/TOWN | DATE |
| 1 | Brampton | 6/9/2022 11:25 AM |
| 2 | Markham | 6/8/2022 10:16 AM |
| 3 | Valmeyer | 6/4/2022 2:39 PM |
| 4 | Peterborough | 6/1/2022 2:44 PM |
| 5 | peterborough | 6/1/2022 2:43 PM |
| 6 | Toronto | 5/31/2022 6:54 PM |
| 7 | Tuscaloosa | 5/31/2022 6:23 PM |
| 8 | Markham | 5/31/2022 4:57 PM |
| 9 | White Clay | 5/31/2022 3:57 PM |
| # | STATE/PROVINCE | DATE |
| 1 | Ontario | 6/9/2022 11:25 AM |
| 2 | Ontario | 6/8/2022 10:16 AM |
| 3 | IL | 6/4/2022 2:39 PM |
| 4 | ON | 6/1/2022 2:44 PM |
| 5 | Ontario | 6/1/2022 2:43 PM |
| 6 | ON | 5/31/2022 6:54 PM |
| 7 | Alabama | 5/31/2022 6:23 PM |
| 8 | ON | 5/31/2022 4:57 PM |
| 9 | NE | 5/31/2022 3:57 PM |
| # | ZIP/POSTAL CODE | DATE |
| 1 | L6X2Z8 | 6/9/2022 11:25 AM |
| 2 | L6B0W4 | 6/8/2022 10:16 AM |
| 3 | 62295 | 6/4/2022 2:39 PM |
| 4 | K9K 2P5 | 6/1/2022 2:44 PM |
| 5 | K9H7M9 | 6/1/2022 2:43 PM |
| 6 | m4p 1n2 | 5/31/2022 6:54 PM |
| 7 | 35405 | 5/31/2022 6:23 PM |
| 8 | L6b0w4 | 5/31/2022 4:57 PM |
| 9 | 69365 | 5/31/2022 3:57 PM |
| # | COUNTRY | DATE |
| 1 | Canada | 6/9/2022 11:25 AM |
| 2 | Canada | 6/8/2022 10:16 AM |
| 3 | United States | 6/4/2022 2:39 PM |
| 4 | Canada | 6/1/2022 2:44 PM |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        R3S00016477

| # | | DATE |
|---|---|---|
| 5 | Canada | 6/1/2022 2:43 PM |
| 6 | Canada | 5/31/2022 6:54 PM |
| 7 | United States | 5/31/2022 6:23 PM |
| 8 | Canada | 5/31/2022 4:57 PM |
| 9 | USA | 5/31/2022 3:57 PM |

| # | EMAIL ADDRESS | DATE |
|---|---|---|
| 1 | malhandeepaka@gmail.com | 6/9/2022 11:25 AM |
| 2 | jawairiyamir98@gmail.com | 6/8/2022 10:16 AM |
| 3 | abby.phimu@gmail.com | 6/4/2022 2:39 PM |
| 4 | liaba2001@gmail.com | 6/1/2022 2:44 PM |
| 5 | areeba2831@hotmail.com | 6/1/2022 2:43 PM |
| 6 | aaronbartle3@gmail.com | 5/31/2022 6:54 PM |
| 7 | hajimwafaq@gmail.com | 5/31/2022 6:23 PM |
| 8 | jawairiyamir98@gmail.com | 5/31/2022 4:57 PM |
| 9 | roxas_15@hotmail.com | 5/31/2022 3:57 PM |

| # | PHONE NUMBER | DATE |
|---|---|---|
| | There are no responses. | |

17 / 17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                              R3S00016478