# Exhibit 15



# INTERNATIONAL MEDICAL SCHOOL GRADUATES & U.S. HEALTHCARE





**SABA UNIVERSITY SCHOOL OF MEDICINE**

**MEDICAL UNIVERSITY OF THE AMERICAS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003702

# TOPICS FOR TODAY

1. US Healthcare & International Medical Schools

2. Evaluating International Medical Schools

3. About Saba and MUA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

THE CRITICAL ROLE OF INTERNATIONAL MEDICAL SCHOOLS

# SHORTAGE OF PHYSICIANS IN U.S.

## Physician Gap: Up To 90,000 By 2025 (AAMC)



PHYSICIAN GAP 2025
Shortage of up to
90,000 physicians.

- Population growth and aging drive demand | Major shortages in Primary Care
- Too Few Graduates of U.S. Medical Schools
- Not Enough U.S. Graduates Entering Primary Care

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003704

THE CRITICAL ROLE OF INTERNATIONAL MEDICAL SCHOOLS

# U.S. MEDICAL SCHOOL APPLICANTS

- **Shortage of Seats: A Systemic Issue in U.S. Medical School Education**
- **Well Under 50% of Applicants Able to Get Seats**



SOURCE: American Association of Medical Colleges (AAMC)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    R3S00003705

THE CRITICAL ROLE OF INTERNATIONAL MEDICAL SCHOOLS



# INTERNATIONAL MEDICAL SCHOOL GRADUATES
## An Essential Role in U.S. Healthcare



**Of Current Practicing U.S. Physicians**
**25% Are Graduates of International Medical Schools**

*SOURCE: American Medical Association*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003706

# EVALUATING INTERNATIONAL MEDICAL SCHOOLS

- **Residency Placement**
- **USMLE: 1st Time Pass Rate**
- **Ability to Practice Across the US**
- **Title IV Approval**
- **Residency Placement**
- **Academic Environment: Curriculum, Class Sizes, Clinicals, Faculty**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    R3S00003707

HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# SABA AND MUA RESIDENCY PLACEMENTS

**Placements in Primary Care, Specialties and Subspecialties at Medical Centers Across the US and Canada**

## PLACEMENTS

CLEVELAND CLINIC

DALHOUSIE UNIVERSITY

JOHNS HOPKINS

MAYO CLINIC SCHOOL OF MEDICINE

MCMASTER UNIVERSITY / HAMILTON GENERAL

QUEENS UNIVERSITY KINGSTON

RUSH UNIVERSITY MED. CENTER—CHICAGO

UNIV. OF ROCHESTER / STRONG MEM. HOSPITAL

UNIVERSITY OF TORONTO

WASHINGTON UNIVERSITY IN ST. LOUIS

YALE UNIVERSITY

## SPECIALTIES

- ANESTHESIOLOGY
- DIAGNOSTIC RADIOLOGY
- EMERGENCY MEDICINE
- FAMILY MEDICINE
- INTERNAL MEDICINE
- NEUROLOGY
- PRELIMINARY SURGERY
- OBSTETRICS AND GYNECOLOGY
- PEDIATRICS
- PRELIMINARY SURGERY
- SURGERY
- VASCULAR SURGERY

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS**

# FIRST-TIME PASS RATE ON USMLE
## USMLE Is the Key "Pivot Point" in Med School



- Taken midway in med school—before clinical rotations
- First-time pass rate is critical
- Passing with a high score on your first attempt has a major impact on your ability to get a good residency

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# USMLE STEP 1 FIRST-TIME PASS RATES

U ARKANSAS: 86%
U TENNESSEE: 86%
U NEW MEXICO: 89%

MUA: 95%
BROWN: 96%
LSU: 97%
U ILLINOIS: 97%
YALE: 97%

HARVARD: 99%
STANFORD: 99%

SABA: 99%
JOHNS HOPKINS: 100%

*Source: U.S. News and World Report*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

R3S00003710

**HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS**

## ACCREDITATION & APPROVALS

### Saba and MUA voluntarily undergo rigorous evaluation by accreditation and licensing authorities



- New York, California* & Florida

- NVAO—Saba the ONLY Caribbean school with European Accreditation

- U.S. Dept. of Education—when a school is eligible for U.S. Federal Direct Student Loans

### WHEN A SCHOOL IS APPROVED BY NEW YORK, CALIFORNIA AND FLORIDA, IT MEANS YOU CAN PRACTICE ACROSS THE U.S. AND CANADA

* MUA California approval expected 2015-16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS**

# MODERN, SYSTEMS-BASED INTEGRATED CURRICULUM
## Clinical Experience from Day 1



- Both Saba and MUA have implemented curriculums that are at the forefront of medical education
- Learning the science and how to apply it clinically from the very start of medical school

**SMALL CLASS SIZES AND HIGH FACULTY-TO-STUDENT RATIO CREATES A SUPPORTIVE LEARNING ENVIRONMENT THAT HELPS STUDENTS SUCCEED.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS**

# RESEARCH MODULE
## Learning How To Evaluate Medical Information



**Physicians today must be able to use the latest research—evaluate, apply clinically, communicate to patients**

- Research Module completed by all students is unique to Saba and MUA
- Research is a major asset when our students apply for residencies
- Many of our students have had their work published

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# CLINICAL PROGRAM
## 2 Years of Core & Clinical Clerkships in U.S.



- Broad exposure to a wide range of patient conditions
- Weekly assessments by faculty and clinical deans
- An opportunity to demonstrate how well you can perform in a clinical setting

### BOTH SABA AND MUA HAVE A HIGHLY STRUCTURED CLINICAL PROGRAM AT LEADING MEDICAL CENTERS IN THE US AND CANADA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS**

# FACULTY & FACILITIES



- **FACILITIES:** Modern campus with comprehensive learning facilities, e.g., Learning Systems, Gross Anatomy Lab, USMLE Test Prep. Center

- **FACULTY:** Full time, Experienced Teachers, All have Ph.D.'s and/or M.D.'s

## THE OPPORTUNITY TO TEACH FULL TIME AND WORK DIRECTLY WITH STUDENTS DRAWS FACULTY TO SABA AND MUA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HOW TO EVALUATE INTERNATIONAL MEDICAL SCHOOLS

# 4 YR TUITION & FEES (2014-2015) *

## Saba and MUA have the most affordable tuitions of the Tier 1 Caribbean Medical Schools



*Source: American Assn. of Medical Colleges and individual school websites as of May 2015.*
*\*Comparison is against all MD programs that qualify for William D. Ford Federal Direct Loan Program*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003716



# SABA UNIVERSITY
## SCHOOL OF MEDICINE



# MEDICAL UNIVERSITY OF THE AMERICAS

- First Class: 1993
- 2000+ Graduates
- Small: Approximately 80 students per class
- Based on USMLE Results & Residency Placement: Top International Medical School

- First Class: 1998
- 1250+ graduates
- Small: Approximately 80 students per class
- Medical School and Pre-Med Program



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# SABA AT A GLANCE

| | |
|---|---|
| **Systems-based Curriculum:** | Yes |
| **USMLE 1st Time Pass Rate:** | 99% |
| **Clinical Program:** | Extensive across U.S. |
| **Residency Placement Rate:** | On Par with US Schools |
| **Accreditations/Approvals:** | ALL Critical Approvals |
| **Faculty/Facilities:** | Full-time Faculty, All with Ph.D.'s/M.D.'s. Modern campus |
| **Tuition/Financing:** | Affordable/Eligible for US Student Loans |

SABA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003718

# MUA AT A GLANCE

| | |
|---|---|
| Systems-based Curriculum: | Yes |
| USMLE 1st Time Pass Rate: | 95% |
| Clinical Program: | Extensive across U.S. |
| Residency Placement Rate: | At Top Medical Centers |
| Accreditations/Approvals: | New York, Florida; California |
| Faculty/Facilities: | Full-time Faculty, All with Ph.D.'s/M.D.'s. Modern campus |
| Tuition/Financing: | Affordable/Eligible for US Student Loans |

MUA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003719

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00003720