# Exhibit 18

# Saba

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012265

**Paid Social - Conversion**

# Facebook ads



CA & US

Link



CA & US

Link



CA & US

Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012266

**Paid Social - Conversion**

# Facebook ads





Link

CA & US

Link

CA & US

**Paid Social – Lead Remarketing (Start Your Application )**

# Facebook ads



**US & CA**

**Link**

**Note:** For Audience  who still need to start the application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Paid Social – App Remarketing (Continue Your Application)**

# Facebook ads



**US & CA**

**Link**

**Note:** For Audience who started but didn't complete the application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012269

**Paid Social – Conversion (Canadian Acceptance Campaign)**

# Facebook ads





**CA**

**Link**

**CA**

**Link**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# PPC

## Google Ads - Conversion - Search – Brand & Competitor

Sponsored

 courses.saba.edu/saba/medical_school

### You have until Aug 4 to apply - 97% Residency Placement Rate

Inquire now to join over +3,000 doctors who now practice at top hospitals in the U.S. & CA.
Study Medicine at Saba University School of Medicine, and practice in the U.S. or Canada.
Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. 98%
USMLE Pass Rate.

2023 Admissions Open · 97% Residency Rate · Join our Events

Sponsored

 courses.saba.edu/saba/medical_school

### Now enrolling for 2023 - Succeed as a Saba Doctor

Saba offers dedicated faculty, cadaver lab and intentionally small classes. Inquire now. Enroll at
Saba, a U.S.-modeled medical school in the Caribbean with 30+ years of success. Degree
programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. Financial Aid
Available. 98% USMLE Pass Rate.

2023 Admissions Open · Financial Aid

Sponsored

 courses.saba.edu/saba/medical_school

### Intentionally small classes - Scholarships of up to $105K



Saba offers dedicated faculty, cadaver lab and intentionally small classes. Inquire now.
Inquire now to join over +3,000 doctors who now practice at top hospitals in the U.S. &
CA. Financial Aid Available. 98% USMLE Pass Rate. 97% Residency Rate.

Enroll for Sept 2023 · Join our Events · Financial Aid

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Google Ads - Conversions - Search – Brand & Competitor - RLSA

Sponsored

 courses.saba.edu/saba/medical_school

**You have until Aug 4 to apply - Study Your Med Program at Saba**

Saba offers a dedicated faculty, 24/7 gross anatomy lab and small classes. Inquire now! Answer Canada's Call for Doctors and Apply for your Med Program at Saba. Enroll for Sept. Degree programs: Med Program, Basic Sciences, Clinical Training. 98% USMLE Pass Rate.

Financial Aid · 97% Residency Rate

Sponsored

 courses.saba.edu/saba/medical_school

**Intentionally small classes - Saba School of Medicine**

Answer Canada's Call for Doctors and Apply for your Med Program at Saba. Enroll for Sept. Study Medicine at Saba University School of Medicine, and practice in the U.S or Canada. Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. Financial Aid Available.

2023 Admissions Open · 98% USMLE Pass Rate · 97% Residency Rate

Sponsored

 courses.saba.edu/saba/medical_school

**Enroll at Saba Medical School - Saba provides opportunity**

Answer Canada's Call for Doctors and Apply for your Med Program at Saba. Enroll for Sept. Study Medicine at Saba University School of Medicine, and practice in the U.S or Canada. 98% USMLE Pass Rate. Financial Aid Available.

Financial Aid · 97% Residency Rate



**Audience Targeting:**
We are targeting people who previously visited landing pages but didn't convert. The time range for this audience is set at 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Google Ads - Conversion - Search – Caribbean

Sponsored

 courses.saba.edu/saba/medical_school

### Top Caribbean Medical School - Scholarships of up to $105K

Study at one of the few Caribbean med schools with approvals in NY & CA and licensed in FL.
Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate.
Financial Aid Available. 98% USMLE Pass Rate.
Enroll for Sept 2023 · 2023 Admissions Open · Accredited by ACCM

Sponsored

 courses.saba.edu/saba/medical_school

### You have until Aug 4 to apply - Match in the U.S. or Canada

Study at one of the few Caribbean med schools with approvals in NY & CA and licensed in FL.
Study your Med Program in the Caribbean, practice at top hospitals in the U.S. and Canada.
Degree programs: Med Program, Basic Sciences, Clinical Training. 98% USMLE Pass Rate.
Financial Aid Available. 97% Residency Rate.
Enroll for Sept 2023 · Accredited by ACCM · Financial Aid · 98% USMLE Pass Rate

Sponsored

 courses.saba.edu/saba/medical_school

### Med Program in the Caribbean - Intentionally small classes

Study at one of the few Caribbean med schools with approvals in NY & CA and licensed in FL.
Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.
Degree programs: Med Program, Basic Sciences, Clinical Training. Financial Aid Available. 98%
USMLE Pass Rate. 97% Residency Rate.
Enroll for Sept 2023 · 2023 Admissions Open

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012273

# Google Ads – Conversions - Search – Caribbean - RLSA


**Sponsored**

courses.saba.edu/saba/medical_school

**You have until Aug 4 to apply - Match in the U.S. or Canada**

Join a Top Caribbean Medical School. Small classes support excellent results. Discover the benefits of studying medicine in the Caribbean with Saba's med program. Degree programs: Med Program, Basic Sciences, Clinical Training. 98% USMLE Pass Rate. Financial Aid Available. 97% Residency Rate.

98% USMLE Pass Rate · Accredited by ACCM


**Sponsored**

courses.saba.edu/saba/medical_school

**Caribbean School of Medicine - Scholarships of up to $105K**

Join a Top Caribbean Medical School. Small classes support excellent results. Choose Saba - a Caribbean Med School with a sustained reputation for excellence. Degree programs: Med Program, Basic Sciences, Clinical Training. 98% USMLE Pass Rate. Financial Aid Available. 97% Residency Rate.

2023 Admissions Open · Financial Aid · Enroll for Sept 2023


**Sponsored**

courses.saba.edu/saba/medical_school

**Saba Caribbean Medical School - Scholarships of up to $…**

Join a Top Caribbean Medical School. Small classes support excellent results. Study medicine in the Caribbean, practice in the U.S. and CA. Inquire for a consultation. 97% Residency Rate.

Financial Aid · Accredited by ACCM · 98% USMLE Pass Rate · 2023 Admissions Open



**Audience Targeting:**
We are targeting people who previously visited landing pages but didn't convert. The time range for this audience is set at 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012274

# Google Ads - Conversion - Search – Generic

Sponsored

 courses.saba.edu/saba/medical_school

**You have until Aug 4 to apply - 98% USMLE Step 1 Pass Rate**

Your medical career starts here Join the NVAO accredited Med Program at Saba. Choose Saba - a Caribbean Med School with a sustained reputation for excellence. Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. 98% USMLE Pass Rate. Financial Aid Available.

Financial Aid · Enroll for Sept 2023

Sponsored

 courses.saba.edu/saba/medical_school

**Med Program at Saba Med School - You have until Aug 4 to apply**

Your medical career starts here Join the NVAO accredited Med Program at Saba. Saba's med school offers 3 start dates, generous scholarships and is NVAO accredited. Degree programs: Med Program, Basic Sciences, Clinical Training. Financial Aid Available. 98% USMLE Pass Rate. 97% Residency Rate.

97% Residency Rate · Financial Aid

Sponsored

 courses.saba.edu/saba/medical_school

**Intentionally small classes - Med Program at Saba Med S…**

Saba's med school offers 3 start dates, generous scholarships and is NVAO accredited. Choose Saba - a Caribbean Med School with a sustained reputation for excellence. Financial Aid Available. 97% Residency Rate.

98% USMLE Pass Rate · Join our Events



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012275

# Google Ads - Conversions - Search – Generic - RLSA

Sponsored

 courses.saba.edu/saba/medical_school

**You have until Aug 4 to apply - Intentionally small classes**

Join a Top Caribbean Medical School. Small classes support excellent results. Choose Saba - a Caribbean Med School with a sustained reputation for excellence. Financial Aid Available. 98% USMLE Pass Rate. 97% Residency Rate.

Accredited by ACCM · Financial Aid · Join our Events · 97% Residency Rate



Sponsored

 courses.saba.edu/saba/medical_school

**Caribbean Medical program - Med School in the Caribbean**

Your medical career starts here Join the NVAO accredited Med Program at Saba. Saba's med school offers 3 start dates, generous scholarships and is NVAO accredited. Financial Aid Available. 97% Residency Rate.

Enroll for Sept 2023 · Accredited by ACCM



Sponsored

 courses.saba.edu/saba/medical_school

**You have until Aug 4 to apply - 97% Residency Placement Rate**

Choose Saba - a Caribbean Med School with a sustained reputation for excellence. Saba's med school offers 3 start dates, generous scholarships and is NVAO accredited. Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. Financial Aid Available. 98% USMLE Pass Rate.

Financial Aid · Join our Events · 98% USMLE Pass Rate · Enroll for Sept 2023

**Audience Targeting:**
We are targeting people who previously visited landing pages but didn't convert. The time range for this audience is set at 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012276

# Display Network

### Google Ads - Conversion - Display – Generic





**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Placements
- Age groups from 18 to 44.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012277

# Display Network

## Google Ads – Remarketing - Display – Leads and Apps Remarketing

### Start Your App





### Continue Your App




**Audience Targeting:**  For the Start Your App campaigns, we are targeting people who have converted into a lead but have not yet started the application.

**Audience Targeting:** For the Continue Your App campaigns, we are targeting people who have started an application but haven't submit it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Discovery Network

## Google Ads - Conversion - Discovery – Generic









**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Placements
- Age groups from 18 to 44.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Discovery Network

## Google Ads - Remarketing - Discovery – Leads and Apps Remarketing

### Start Your App



### Continue Your App





**Audience Targeting:**  For the Start Your App campaigns, we are targeting people who have converted into a lead but have not yet started the application

**Audience Targeting:** For the Continue Your App campaigns, we are targeting people who have started an application but haven't submit it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Video Network

### Google Ads – Brand Awareness



https://www.youtube.com/watch?v=qwo9wPnE7wQ

**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Age groups: from 18 to 44.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

# Performance Max
## Google Ads - Conversion – Performance Max

### Video



### Gmail



### Search

Ad · courses.saba.edu/discover_saba

**Last chance to apply for Sept | Med Program in the Caribbean**

Inquire now to Become a Doctor at One of the Top Medical Universities in The Caribbean. Join an Accredited Caribbean Med School with 30+ Years of Success & 3,000+ MD graduates.

### Display



### Discovery



**Audience:** We are using Custom Intent, In-market & Customer match lists as Audience Signals for Performance Max campaigns

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Bing ads

### Brand



### Caribbean



### Generic



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012283

## Multimedia  Ads -  Generic





## Multimedia  Ads – Brand





CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012284

## Multimedia  Ads -  Competitor





## Multimedia  Ads – Caribbean





CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | PPC Search | PPC Display | PPC Discovery | PPC Video | Paid Social |
|---|---|---|---|---|---|
| Traffic | | | | | |
| Brand Awareness | | | | https://courses.saba.edu/discover-what-makes-saba-different | |
| Conversion | • https://courses.saba.edu/start-med-school-usa<br>• https://courses.saba.edu/start-med-school-canada<br>• https://courses.saba.edu/discover-what-makes-saba-different<br>• https://courses.saba.edu/medicine-caribbean<br>• https://courses.saba.edu/medical-degree-canadian-applicants | • https://courses.saba.edu/start-med-school-usa<br>• https://courses.saba.edu/start-med-school-canada<br>• https://courses.saba.edu/medical-degree-canadian-applicants | • https://courses.saba.edu/medical-degree-canadian-applicants<br>• https://courses.saba.edu/start-med-school-usa<br>• https://courses.saba.edu/start-med-school-canada | | https://courses.saba.edu/start-med-school-canada?<br><br>https://courses.saba.edu/start-med-school-usa?<br><br>https://courses.saba.edu/medical-degree-canadian-applicants-meta? |
| Website Remarketing | https://courses.saba.edu/future-doctor | | | | |
| Leads Remarketing | | https://courses.saba.edu/start-your-application | https://courses.saba.edu/start-your-application | | https://r3education.force.com/saba/s/login/SelfRegister? |
| Applications Remarketing | | • https://courses.saba.edu/continue-your-application | https://courses.saba.edu/continue-your-application | | https://courses.saba.edu/continue-your-application? |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012286