# Exhibit 20

 **Saba University School of Medicine**     🔗 Contact us   ⋯



📍 01434 The Bottom, Bonaire, Saint Eustatius and Saba

ℹ️ Saba University offers an excellent medical education with students consistently achieving a first-time average pass rate of 99% on the USMLE Step 1.

ℹ️ Located on a Dutch island in the Caribbean, Saba University School of Medicine offers an excellent medical program that is accredited by NVAO. Why do so many students choose Saba University?
- On average, 99% of students pass the USMLE Step 1 on their first attempt
- Small classes taught by expert faculty, many of whom hold PhDs or MDs.
- Excellent location in the Caribbean
- Our students achieve residencies at top hospitals across the US and Canada
- Affordable tuition in comparison to other top medical schools
- Discover more about Saba University by visiting our website: https://bit.ly/2QpoIdl **See less**

👍 18,404 people like this

the White Coat Ceremony — you don a short white coat, a symbol of your status as a full-fledged medical student. 🥼

Upon graduation from Saba, that short coat will be replaced by a long one, a sign of your status as a full-fledged physician. 👨‍⚕️ 👩‍⚕️

Join us in welcoming our future #SabaDoctors in the comments below 👇



⏱ 951                                                        1 Share

P-000835