# Exhibit 21



# MD Program

Prospectus 2020/21

**Medicine. For life-changing decisions.**

R3S00001083



# 99% USMLE Step 1 first time pass rate

(2015-2019 average)

R3S00001084



# Contents

Welcome to Saba University                04

Why Saba University                       06

Accreditations and Approvals             08

A Record of Success                      12

Campus Facilities                        16

Basic Sciences Curriculum                18

    Semester 1        20

    Semester 2        21

    Semester 3        22

    Semester 4        26

    Semester 5        26

Clinical Rotations                       30

    Research          32

    Clinical Experience   33

Admissions                               34

Application Requirements                 38

Tuition and Fees                         40

Housing                                  42

    On Campus Housing    44

    Off Campus Housing   46

Saba at a Glance                         48

Some of the illustrations used in this Prospectus may be of facilities other than Saba's so as to dramatize the experience.

R3S00001085

# Welcome to Saba University School of Medicine

Dear prospective students,

Becoming an MD is a commitment. As you plan your medical education, Saba University School of Medicine is delighted that you are considering studying with us.

Since its founding in 1992, Saba University has had a vision to provide a medical curriculum that not only provides students with the knowledge they need to become excellent MDs, but the compassion to treat all patients with dignity and respect.

Our focus is education—that's something you will notice from the moment you set foot on campus. Our Basic Sciences and Clinical curriculum is second-to-none, with small class sizes and outstanding faculty. We carefully manage our program to assure that when you return for your clinical experience at teaching hospitals in the U.S. and Canada there will be the right number of high-quality clerkships.

Saba University School of Medicine is extremely proud of the outstanding performance of Saba students on the USMLE Step 1 and Step 2 exams, our high residency placement rate and the fact that the U.S. Department of Education has approved our students to obtain U.S. Federal Direct student loans. Our Admissions Department is delighted to answer any questions you have about our program. Call or e-mail us at any time.

Throughout this viewbook, you will have the opportunity to learn more about our tailor-made curriculum, life at Saba University as well as more about living in the Caribbean.

Welcome to Saba University.

**Joseph Chu.**
MD, MPH, President

Some of the illustrations used in this Prospectus may be of facilities other than Saba's so as to dramatize the experience.

R3S00001086

5

R3S00001087



R3S00001088

# Why Saba University?

### A Record of Success

Between 2015 and 2019, the first time pass rate averaged 99% on the USMLE Step 1-a consistently strong performance.

### U.S. State Recognition

Saba University is one of the few international medical schools approved by the key licensing boards of California, New York and Florida, meaning our graduates are eligible to practice anywhere in the US and Canada.

### Financial Aid

Saba University has been approved by US Department of Education to participate in the William D. Ford Federal Direct Loan Program.

### Distinguished faculty

All our faculty members are experienced teachers holding an advanced degree or doctorate in their field.

### Small, intimate class sizes

Our classes are made up of approximately 90 students to encourage a uniquely close relationship between student and teacher. Our students benefit from a student-to-faculty ratio of up to 7:1.

### State-of-the-art campus

Modern classrooms with key technological features, an interactive learning facility, a fully equipped Clinical Skills Training Center and a fully equipped test center for simulating the actual test conditions of the USMLE Step 1.

### Saba in the Caribbean

Our campus is located on the island of Saba, known for its excellent diving opportunities, fishing and eco-tourism.

### Clinical Rotations

Extensive, long term, affiliations at credentialed teaching hospitals provide for excellent core and elective clinical opportunities

R3S00001089



R3S00001090



# Accreditations and Approvals

R3S00001091



# Accreditations and Approvals

**Accreditations**

Saba University's program of medicine is accredited by the NVAO (in Dutch: Nederlands-Vlaamse Accreditatieorganisatie), an internationally recognized accreditation system.

**Approvals: California, New York and Florida**

Saba University School of Medicine is one of the few international medical schools with approvals in the key states of New York, California and Florida. These states mandate institutional review and approval prior to granting access to clerkship opportunities in their respective states. By virtue of these approvals, students who successfully complete the requisite licensing examinations are eligible to practice medicine in Canada, Puerto Rico and all 50 U.S. states.

**Approved for US Federal Loans**

Saba University School of Medicine has been approved by the United States Department of Education for participation in the William D. Ford Federal Direct Loan Program. Qualified citizens and permanent residents of the United States may be eligible to receive funding from the Direct Loan programs to help pay for the full cost of their education.

R3S00001092



"

The standards are pretty high at Saba, particularly in comparison to other Caribbean medical schools. That's why Saba has such a high match and success rate.

**Malika Hudani,** MD Family Medicine

"

R3S00001093



R3S00001094



# A Record
# of Success

R3S00001095

# A Record of Success



**The most important measures of success on the Saba University MD program are our students' exam results and the appointments obtained by our graduates.**

**USMLE Step 1**

Saba students perform exceptionally well on the USMLE exam. Each year, virtually every Saba student passes the USMLE Step 1 on their first attempt. Between 2015 and 2019, the first-time pass rate averaged 99% - a consistently strong performance.

**Graduate appointments**

Each year, Saba University School of Medicine graduates obtain ACGME-accredited residency appointments at renowned teaching hospitals and leading medical centers across the US and Canada. In 2019 Saba University students took up appointments at facilities including:

- Florida State University College of Medicine – Orlando (FL)
- Indiana University School of Medicine – Jasper (IN)
- John Hopkins University – Baltimore (MD)
- McMaster University – Niagara, ON (CAN)
- University Washington School of Medicine – Seattle (WA)
- University of Toronto ON (CAN)

R3S00001096



"

I looked at the USMLE stats, match rate, cost and class size and chose Saba. I felt well supported, as there was a large percentage of Canadians in my class; I was in good company.

**Keil Elliott,** MD-Resident in Family Medicine at McMaster University

R3S00001097

# Campus Facilities

**The Saba University campus is fully equipped with classrooms, laboratories, a medical library, administrative offices, faculty offices, a fitness center and a range of student support services.**

**Modern classrooms**

Our classrooms are fully air conditioned and come equipped with state-of-the-art teaching aids (LCD projectors, flat screen displays and multimedia capability). Additional facilities include a fully equipped Clinical Skills Training Center and a fully equipped test center for simulating the actual test conditions of the USMLE Step 1.

**Laboratories**

The gross anatomy laboratory is supplied with human cadavers for dissection and radiological materials to conduct detailed studies of the human body. A modern microbiology laboratory provides students with the opportunity to acquire in-depth knowledge of the fundamentals of infectious disease.

**W.F.M. Johnson Medical Library**

The W.F.M. Johnson Library provides students with a central location for medical literature, reference books and a computer center. Students have access to a wide variety of hard-copy journals as well as online access to full text journals and bibliographic information through the university's subscriptions to major research publications and educational web services. The library contains a learning resource center supplied with tutorial materials, videotapes, models and specialized computer programs.



R3S00001098



R3S00001099



R3S00001100



# Basic Sciences Curriculum

R3S00001101

# Curriculum

## Basic Sciences Curriculum (Semesters 1-5)

### SEMESTER 1

**Med 512 – Human Body Structure & Function**

This course explores basic gross human anatomy, allowing students to understand the relationship between anatomical structure and function.

Through lectures, regional dissections of cadavers and evaluation of radiographs (including CT and MRI), students acquire a basic knowledge of the normal gross structure, functional and clinical anatomy of organs and systems of the adult human body, including the brain and spinal cord. Computer-based tutorial programs and structured reviews are used to supplement the lectures and labs. (15 credits: 231 hrs.)

**MED 514 – Human Histology and Physiology**

This course examines the microanatomy of cells, tissues and organs as well as the basic components of human physiology. Lectures illustrate the microstructure of major tissues and organs in relation to their function.

This program presents the molecular biology and histology of normal cells, tissues and organ systems at various developmental functional stages. Students learn how individual cell functions interact with one another and how such interactions are accomplished from the tissue levels to the organ levels.

The course prepares students for an understanding of the normal (homeostasis) structure of systems and furnishes the background for appreciating pathological conditions.

In addition, students learn how molecular building blocks are utilized for growth and differentiation, wound healing and tissue repair, defense mechanisms and transfer of hereditary characters. Physiology topics include the basic components of all organ systems. (13 credits; 180 hrs.)

**MED 516 – Clinical Skills I**

This is the first course in a five-part series that focuses on communication skills, eliciting the patient's history, performing a physical exam, and communicating their findings to healthcare professionals through oral presentations and written notes.

In this course, students will learn and practice the foundations of patient-physician communication skills, including initiating the session, building the relationship, exploration of problems, understanding the patient agenda and structuring the consultation. Students will also learn the first steps of eliciting the patient's story in a patient centered manner and the initial components of a physical exam.

R3S00001102

Saba University School of Medicine

In addition, students will begin to develop their skills documenting their findings in a patient note. (2 credits: 30 hrs.)

### SEMESTER 2

**MED 611 – Metabolism & Nutrition**

The biochemical pathways of living organisms are studied with a focus on metabolic processes.

Topics include pathways linking nutritional intake and energy yielding processes as well as the application of underlying principles discussed in Scientific Foundations (First Semester – First Block). Broad content includes a study of the chemistry and reactions of constituents of living matter, including carbohydrates, lipids, proteins, nucleic acids, vitamins, coenzymes and minerals.

In addition, the chemistry and regulation of the reactions and processes of whole organisms will be examined including: endocrinology, enzymology, nutrition, intermediary metabolism and biochemical mechanisms involved in select disease states. (9 credits; 133 hrs.)

**MED 612 – Genetics and Development**

This course provides students with an understanding of the principles and concepts upon which current clinical genetic practice (diagnosis, treatment and genetic counselling) is based. It also incorporates human development, allowing students to understand the relationship between embryonic development, in terms of human body structure and function, and the underlying genetic mechanisms of congenital abnormalities.

This course covers the genetics of human populations and introduces recent and ongoing discoveries so that their future applications may be understood. (4 credits; 65 hrs.)

**MED 613 – Infection/Defense/Response**

This course considers the characteristics and properties of microorganisms, their role in the disease processes and selected aspects of diagnosis and treatment of infectious disease. Other topics include the basic principles of bacteriology, mycology, parasitology, virology, immunology and microbial genetics, including cultural characteristics and pathogenic properties of medically important species of bacteria, fungi and viruses.

This course covers the basic immunologic concepts of the cells and humoral products of the immune system. Lectures include the molecular biology and genetics of antigen recognition and immunoglobulin production plus the characteristics and detection of antigen-antibody reactions.

R3S00001103

with clinical manifestations of disease, the immunopathologic mechanisms of hypersensitivity, autoimmunity, transplantation, tumor immunology, hematology, reproduction, infectious diseases, immunodeficiency and pharmacotherapy. (12 credits; 186 hrs.)

### MED 614 – Medical Ethics

This course provides a comprehensive study of the legal and ethical issues involved in the practice of medicine. Medical ethics will consist of a series of seminars devoted to discussion of various topics such as disclosure, confidentiality, informed consent and death and dying.

The inclusion of ethics case discussions will allow students to discuss and debate ethical scenarios. Legal cases posing dilemmas that relate to each case will be presented, along with abstract material to facilitate conceptual and ethical analysis. (2 credits; 37 hrs.)

### MED 616 – Clinical Skills II

After a review of the skills developed in Clinical Skills I, students will learn additional components of a patient-centered history.

This includes explaining and planning a treatment plan and communication skills in specific situations including delivering bad news, cultural and social diversity, and demonstration of empathy. Instruction on the history continues with the past medical history, family history, social history and a complete review of systems. Students will also learn to perform a complete screening physical exam and will continue to develop documentation skills with oral presentations and the patient note. 3 credits; 44 hrs.)

### MED 619 – Research Curriculum – Evidence-based Medicine

Student will have an opportunity to develop research skills related to evidence-based medicine (EBM). Students will be introduced to concepts of research analysis and critical thinking.

At the end of this course, students will be able to identify and frame a clinical question based on therapy, diagnosis, prognosis or etiology; develop a focused search strategy to identify articles that best answer the clinical question; find the appropriate medical database; and critically appraise articles for validity. Students will be required to independently utilize various types of EBM resources.

Students will use technological resources that are available online and in the Saba University School of Medicine library. Skills acquired in this course will allow students to successfully complete the research module, Research: Literature Review and Analysis (RLRA). (1 credits; 19 hrs.)

### SEMESTER 3

### MED 714 – Neuroscience and Neurology (Weeks 1-15)

This course will include an interdisciplinary investigation of the pathology, physiology and the gross and microscopic structure of the brain, spinal cord and nervous system of humans. Aspects of brain energy metabolism, neurotransmitter synthesis and degradation and psychopharmacology are presented. This course integrates anatomical and physiological material to assist the student in understanding common neurological disease processes.

R3S00001104

R3S00001105



"

I had an amazing time. The island is beautiful, safe, and a perfect place for studying. It gave me the ability to focus on medical school without any distractions. I also liked the fact that I could make appointments with my professors for that same day and oftentimes, I could just walk into their office and get the help I needed.

**Erika Leung,** Saba student.

Erika completed a Geriatric Fellowship at Beth Israel Deaconess Hospital in Boston, a Harvard Medical School teaching hospital

"

R3S00001106

Laboratory exercises will provide slides and dissection of the human brain, spinal cord and relevant structures. Students will be introduced to modern methods of neuroimaging, including CT scans and MRI. Weekly sessions will introduce students to the relationship between basic science and clinical medicine with emphasis on diagnostics, therapeutics and disease causation.

In addition, there will be integration of concepts learned in MED 716 - Clinical Skills III, MED 715 – System-Based Medicine I and MED 719 – Behavioral Medicine. Each of these interactive sessions will include group problem-solving exercises and critical appraisal of the primary literature. Students will present different aspects of contemporary scientific and medical literature including the background, current understanding and future directions. (10 credits; 143 hrs.)

### MED 715 – Systems & Disease I (Introduction/Endocrine) (Weeks 1-15)

Basic principles of human physiology, pathology and pharmacology are studied followed by an investigation of the endocrine system. This course employs the endocrine system as a transition to semesters 4 and 5 where the remainder of the systems will be discussed. As with the rest of the Systems & Disease courses, each system will begin with a detailed review of pertinent human body structure and function as well as cell/tissue structure and function.

This will be followed by the presentation of the individual systems in detail, including relevant pathology, physiology, pharmacology, clinical skills and clinical presentations of disease. All content will be integrated. (11 credits; 158 hrs.)

### MED 716 – Clinical Skills III (weeks 4-12)

After a review of the skills developed in Clinical Skills I & II, students will learn to communicate in a patient-centered manner in other specific situations including patients with mental illness, obtaining information from other caregivers, providing advocacy and support and medically unexplained symptoms.

Students will continue to refine their ability to obtain a complete history and conduct a complete physical exam. Students will also refine their ability to obtain a complete history and physical exam in a patient-centered manner and will begin to learn to obtain a problem-focused history. Documentation skills will focus on the complete history and physical exam with oral presentations and the patient note. (3 credits; 40 hrs.)

### MED 719 – Behavioral Medicine

This course presents the basic principles of human behavior including biological, social and cultural substrates. Both normal and abnormal behavior theories will be included in an overview of personality development. Workshops will cover areas such as interviewing techniques, death education, human sexuality and psychophysiological disorders including stress management and biofeedback.

Additional lectures present various classes of psychotropic drugs and their indications. The course will also address the fundamental principles of the distribution of diseases and their causes in human populations. Students will learn how to conduct epidemiologic investigations, how to critically review medical literature and how to use this information in a clinical environment. Students will acquire a basic level of proficiency in epidemiologic principals, biostatistics and be able to apply these in clinical practice. (8 credits; 127 hrs.)

R3S00001107

**SEMESTER 4**

**MED 811 – Systems & Disease II (Repro/GI/Peds**

The Systems & Disease series of courses begin with a detailed review of pertinent human body structure and function as well as cell/tissue structure and function. This will be followed by the presentation of the individual systems in detail, including relevant pathology, physiology, pharmacology, clinical skills and clinical presentations of disease.

All content will be integrated. Additionally, Clinical Correlate sessions will introduce students to the relationship between individual systems, pharmacology and clinical medicine with emphasis on diagnostics, therapeutics and disease causation.

These sessions will include didactic instruction, group problem-solving exercises and critical appraisal of the primary literature. This course covers the reproductive and gastrointestinal systems and pediatrics. (13 credits; 196 hrs.)

**MED 812 – Systems & Disease III (CV/Resp/Renal**

This course covers the cardiovascular, respiratory and renal systems, and follows the structure described in MED 811 – Systems & Disease II. (13 credits; 199 hrs.)

**MED 816 – Clinical Skills IV**

After a review of the skills developed in Clinical Skills I – III, students will continue to develop their communication skills and ability to perform a complete history and physical exam. Physical exam skills will be reinforced by more in-depth instruction in the physical exam skills that correspond to the systems studied in Systems

& Disease, concentrating on the integumentary, cardiovascular, respiratory, renal and neurological systems. Students will further develop their ability to complete a problem-focused history and physical exam. Documentation skills will focus on the complete history and physical exam with oral presentations and the patient notes for both a complete history and physical exam and a focused patient visit. (6 credits; 96 hrs.)

**SEMESTER 5**

**ED 911 – Systems & Disease V (Heme/Immune/Integument/MSK/Multisystem)**

This course covers the hematologic, immune, integumentary and musculoskeletal systems as well as multisystem disease. It follows the structure described in MED 811 – Systems & Disease II.

(12 credits; 183 hrs.)

**MED 916 – Clinical Skills V**

After a review of the skills developed in Clinical Skills I – IV, students will continue to develop their communication skills and ability to perform a complete history and physical exam. Physical exam skills will be reinforced by more in-depth instruction in the physical exam skills that correspond to the systems studied in Systems & Disease V, concentrating on the gastrointestinal, endocrine, reproductive and musculoskeletal systems.

Students will further develop their ability to complete a problem-focused history and physical exam. Documentation skills will be further developed with focused patient visits, with additional instruction on medical order writing, diagnostic decision-making and prescription writing. (3 credits; 44 hrs.)

R3S00001108



R3S00001109



R3S00001110

Saba University School of Medicine

**MED 918 – Foundations of Clinical Medicine**

This course utilizes daily live lectures and other materials to provide a structured, integrated review of the basic sciences. An emphasis is placed on understanding of disease processes and clinical problem solving. Students attend daily live lectures.

Early in the course students are given a diagnostic pre-test to help identify problem areas and individualize learning goals. At the end of the course students are administered a full-length, simulated comprehensive exam. (16 credits: 246 hrs.)

**MED 919 – Research Curriculum – Critical Appraisal**

Students will participate in the critical appraisal of contemporary medical literature, including publications representing various study designs as well as the incorporation of basic science principles. Selected primary literature will range from preclinical investigation through the various phases of clinical trials.

Templates such as PICOT (population, intervention, comparison, outcome and time) will be introduced and utilized. This course will be integrated with the content presented in MED 911 – Systems & Disease V. Skills acquired in this course will allow students to successfully complete the research module, Research: Literature Review and Analysis (RLRA). (1 credits; 16 hrs.)

**ELECTIVE COURSES (SEMESTER 1-5)**

Students at Saba University are invited to take elective courses during the first five semesters. The objective of an elective course is to provide the student with a structured, in depth experience in a subject matter that will contribute to the student's basic science knowledge base and promote scientific inquiry skills.

Electives include:

- MED 913 – Epidemiology and Preventative Medicine

**RESEARCH PROJECT**

This elective allows the student to apply the principles of epidemiologic investigation to an independent clinical research project. Special attention is given to projects that will contribute to the healthcare needs and statistical data base of the island of Saba. The student is expected to prepare a written report and give an oral presentation. (1 or 2 credits)

**MED 923 – Independent Research Elective**

This elective allows the student to participate in a structured research project at the Saba University Research Center. Students will participate in ongoing research projects with 1:1 faculty supervision or may propose their own project. The student is expected to prepare a written report as well as an oral presentation. (2 credits)

Prospectus 2020/21

R3S00001111



R3S00001112



# Clinical Rotations

R3S00001113

# Research

**The medical world is changing rapidly. Research at Saba University School of Medicine and its integration into its program of medical education is designed to support critical thinking and the application of scientific methodology.**

Prior to beginning their formal clinical training, students are required to complete a research module. In this required research module, students will:

- Choose a current and complex medical care question
- Develop an actionable hypothesis
- Research published literature
- Critically assess their findings under the guidance of a faculty mentor

The research module culminates with a written paper in which students present their findings and formulate conclusions which are evaluated by a committee composed of faculty and deans.

In addition to the required research elements of the curriculum, Saba University students are actively encouraged to pursue research projects independently and in conjunction with faculty members during the basic sciences and clinical medicine portions of their education.
Each semester the school affords students and faculty the opportunity to publish and present their research projects to their peers at the university.

The university also supports the publication and presentation of student and faculty research projects in various journals and other recognized forums.

**The Research Committee**

The Research Committee, consisting of university faculty members, evaluates all proposals for research projects to be conducted at the university. The committee reviews projects in the context of the desirability/feasibility of the proposal and the soundness of the experimental design.

**Institutional Review Board**

In addition to the Research Committee, the Institutional Review Board for Human Subjects (IRB) is responsible for the safety of human subjects. Its role is to see that:

- All elements of "informed consent" as defined by the National Institutes of Health of the United States have been met.
- The subjects will not be placed at risk.
- All subjects are fully aware of any conditions to which they may be exposed.

The IRB is made up of three members of the faculty and the Chief Medical Officer of Saba. No research project, clinical study or investigation that involves human subjects will be conducted in university facilities without approval of both the Research Committee and the IRB.

R3S00001114

Saba University School of Medicine

# Clinical Experience

**During semesters 6 to 10, you will have the opportunity to apply your theoretical knowledge to a patient's bedside, enabling you to understand how critical decisions are made in the medical world.**

Hospital affiliations in the United States are divided into major geographic areas: East, Southeast and the Midwest. Although 95% of all Saba University students complete their clinical clerkships in the United States, clerkships outside the United States may be requested by a student.

The student should organize and submit the details to the Office of Clinical Medicine for approval at least three months in advance.

Saba University graduates have participated in elective clerkships in Great Britain, Ireland, Israel, Canada, Australia, India, Dutch Caribbean, Africa, Central America and Bosnia.

### Required Clerkships

Third-year students complete core clerkships in Surgery, Internal Medicine, Pediatrics, Psychiatry, and Obstetrics and Gynecology.

| Specialty | Weeks |
|---|---|
| Internal Medicine | 12 |
| Surgery | 12 |
| Obstetrics and Gynecology | 6 |
| Pediatrics | 6 |
| Psychiatry | 6 |
| Total | 42 |

### Elective Clerkships

In the fourth year, students choose among elective clinical clerkships based upon their projected medical specialty.

| Highly recommended electives include: | |
|---|---|
| Cardiology | Neurology |
| Family Medicine | Pathology |
| Dermatology | Plastic Surgery |
| Emergency Medicine | Radiology |
| Anesthesiology | Urology |
| Intensive Care Medicine | Vascular Surgery |

R3S00001115



R3S00001116



# Admissions

R3S00001117

# Admissions

## Getting started



**Saba has a rolling admissions policy so candidates are eligible for admission throughout the year. Candidates may apply for admission up to a year in advance of the semester they plan to matriculate. Applicants are encouraged to apply as early in advance as possible so as to reserve a spot in an upcoming term.**

**Admissions**

Saba University has three intakes per year: September, January and May.

Since the number of students in each class is limited and the application pool is competitive, the early applicants will have a better chance of securing a place in the semester of their choice. Completed applications are reviewed and evaluated by the Pre-Screening Committee. Those with incomplete applications will be notified, as will unqualified applicants. Applicants are selected for interview on the basis of the candidate's ability to meet the challenges of a rigorous medical school curriculum. Factors such as motivation, perseverance, scholastic record, letters of recommendation and personal statement are important in the selection process.

R3S00001118



"I decided to apply and was accepted into the May class. Saba is a terrific island with a great atmosphere. It is a safe and peaceful place to study medicine. The coursework is challenging, but the professors were excellent and I felt prepared."

**Tasjeel Ansari, MD,**
Neurology at the University of Toronto

R3S00001119



R3S00001120

# Application Requirements

**The following are required to complete the application process:**

- A completed application form along with a personal statement
- Application fee (US $75.00)
- Official transcript(s) from each college/university or professional school attended. Student-issued copies may suffice, pending official transcripts
- Two letters of recommendation from college/university professors or physicians who have supervised you in a medically relevant setting. Evaluations from a college pre-medical committee are accepted in lieu of individual letters
- Two (2" x 2") passport-size color photos
- MCAT official report (required of U.S. citizens and permanent residents; highly recommended for all others.)
- TOEFL official report, if applicable

**Academic requirements**

Applicants from the US or Canada are expected to have a minimum of three years of undergraduate studies or the equivalent of 90 semester hours or 135 quarter hours, including pre-medical requirements, from an accredited college or university. A baccalaureate degree is recommended but not required. The following courses are considered standard pre-medical requirements for admission. Exceptions will be considered on an individual basis.

- General biology or zoology (with lab)
- Inorganic chemistry (with lab)
- Organic chemistry/biochemistry
- (with lab)
- Physics (recommended)
- College level English lit or composition
- Other social sciences or physical
- sciences and computer skills

Saba University encourages students to complete courses in the arts, social sciences, philosophy, literature and the humanities.

Note that preference will be given to applicants who have completed a bachelor's degree or higher.

R3S00001121

# Tuition and Fees

**Effective for matriculants on or after the September 2021 Semester**

### Tuition

| | |
|---|---|
| Basic Sciences Tuition per Semester (semesters 1-5) | $ 23,500 |
| Clinical Medicine Tuition per Semester (semesters 6–10) | $26,000 |
| Part-Time Tuition per Credit Hour | $740.00 |

### Fees and Deposits

| | |
|---|---|
| Application Fee | $75.00 |
| Clinical Liability Insurance (per semester) | $295.00 |
| Graduation Fee | $500.00 |
| First Semester Lab Fee | $345.00 |
| Review Fee | $500.00 |
| Lab Fee (Saba Campus only) | $195.00 |
| Non-refundable Tuition Deposit | $750.00 |
| Non-refundable Administrative fee | $100.00 |
| Returned Check (insufficient funds) | $35.00 |
| Shelf Exam Fee (Saba Campus only) | $125.00 |
| Student Activity Fee | $50.00 |
| Transcript Fee | $10.00 |
| Non-refundable Deferment Fee | $500.00 |
| Wire Transfer Fee | $25.00 |

R3S00001122

Saba University School of Medicine

### Financial Aid

We realize that attendance at medical school represents a significant investment for our students and their families. At Saba University, we are committed to doing everything we can to make your medical education more affordable. This includes maintaining a cost-effective tuition that is substantially less than the average per semester tuition among US public medical schools, as surveyed by the American Association of Medical Colleges. We work closely with students to take full advantage of scholarship and financial support options.

### US Federal Direct Loan Program

Saba University School of Medicine has been approved by the United States Department of Education for participation in the William D. Ford Federal Direct Loan Program. Qualified citizens and permanent residents of the United States may be eligible to receive funding from the Direct Loan programs to help pay for the cost of their education. The Free Application for Federal Student Aid ("FAFSA") must be completed to determine eligibility. Saba University's school code is G37803.

### Canadian Student Loans

Canadian students are eligible for federal loans through the Ministry of Education Student Support Branch in the province of residence. Students may apply for up to 52 weeks of financial assistance annually. You will need to work directly with your individual province for information regarding requirements. Saba University's school code for applying is NUBP. For information regarding financial aid, call (978) 862-9600, press "3" for Finance.

R3S00001123



R3S00001124



# Housing

R3S00001125

# On Campus Housing

**Saba University offers two separate on-campus housing facilities designed exclusively for Saba students. All new incoming unaccompanied students, are required to stay in the dorm during their first semester.**

Residing in the dorm will give students an opportunity to meet classmates, become oriented to the island and the school and form study groups that may lead to future roommates for off-campus housing.

**The Matthew Dorm**

The dorm accommodates up to 38 students based on double occupancy. Single units can be requested but space availability will determine approval. Each room is full equipped with:

- Private bath
- Walk-in closet
- Ceiling fan
- Air conditioning
- Refrigerator
- Microwave
- Twin bed
- Desk
- Chair
- Lamp

Laundry facilities are located on the bottom floor of the premises.

**The Hillside Dorm**

The dorm features single rooms in quad units and houses 24 students. Each of the six quad units features a common living room and kitchen equipped with a full-size refrigerator, cabinets and microwave. A private bath is shared between two bedrooms. Each unit offers a walk-out balcony. The Hillside Dorm is located adjacent to campus and provides air conditioning and on-site coin-operated laundry facilities.

R3S00001126









Saba University School of Medicine

R3S00001127



R3S00001128



# Off Campus Housing





**Approximately 80% of the medical students live off-campus.**

- Apartments are generally fully furnished and stocked with core utensils including: pots, pans, bed with linens, full stove, fridge and AC
- Studios start at $500 (approximately) and NOT singles
- Single Apts start at $650 (approximately) per single person
- 3 & 4 bedrooms Apt start at $1200 (approximately) and above

Some apartments are specially designed for students and provide maid service.

Students attending with large families should check with the medical school Housing Coordinator well in advance to discuss their housing needs. The Housing Coordinator will provide assistance in locating suitable housing for those students arriving on Saba with a spouse or family. Contacts should be made approximately two months prior to matriculation.

R3S00001129

# Saba at a Glance

Known as 'The Unspoiled Queen' of the Caribbean, Saba is an idyllic and beautiful island located 26 miles away from St Maarten. All year round, visitors flock to Saba to hike to the summit of the volcanic peak, otherwise known as Mount Scenery, to immerse themselves in the natural beauty of the island.

Whilst studying on the island, you'll have the opportunity to explore Saba's natural green spots and to dive into the vibrant coral reef system that hides below the Caribbean Sea. Students also enjoy the annual 'Saba Carnival' which takes place each year in The Bottom, Saba Island's capital and the home of the medical school. The event takes place every July and welcomes a flurry of dancers, colorful floats and music.

**Location**

Saba University is located 26 miles South of St Maarten in the Caribbean.

**Travel**

Accessible from the US and Europe. Five direct flights a day from St Maarten.

**Currency**

The US dollar and traveler's checks are acceptable currency everywhere on Saba.

**Electricity**

Electricity is based on the US standard of 110 volts.

**Immigration**

Valid passport and birth certificate or naturalization for student visas.

**Housing**

First semester students are expected to live in dorms. After that, students move off-campus.

**Our associations**

Saba University has several student run organizations and intramural sports including basketball, soccer and hockey. Scuba diving and hiking are also popular among the medical students.

R3S00001130



R3S00001131



## Get in touch

**Visit us**
Saba University
C/O R3 Education Inc.
27 Jackson Road, Suite 301
Devens, Massachusetts 01434, US.

**Saba**
011-599-416-3456

**US Administrative Office**
(978) 862-9600

www.saba.edu

R3S00001132