# Exhibit 22



Thank you for joining us for the Saba University School of Medicine Webinar. In the next 15 minutes, we'll introduce you the things that put Saba at the forefront of medical education today.

R3S00018045



And as a thank you for investing the time with us, at the end of this webinar, you'll receive a very special offer you can use when you begin your application.

R3S00018046



Saba University is a great place to learn how to become a doctor. Since our founding more than two decades ago, we have had one vision: to provide the best medical education possible. It starts with our classes which are the optimal size for learning complex subject matter.

R3S00018047



The approximately 80-90 students we accept for each of our three starting semesters (September, January and May) are a fraction of the enrollment at other international medical schools. You'll study under faculty who are experts in their field on a campus equipped with the latest learning technologies in a environment that's personal, individualized and student-centered.

4

R3S00018048



And it's an approach that works. When you look at two key measures of medical school performance, USMLE results and residency attainment, there are few international medical schools that can match Saba's results.

R3S00018049



When you're considering a medical school, the key questions you want answers to are: Will this school enable me to achieve my goal? And, can I afford it? At Saba, the answer to both of these questions is yes.

6



Let's look at a few key facts about Saba, starting with residencies. As I just mentioned, your first goal as a medical school graduate is to secure a great residency. Saba can make this happen with a residency attainment rate on par with the match results of US medical schools.

R3S00018051



Second, you have to pass the USMLE or the Canadian Licensing exams to practice in the US or Canada. Nearly every student at Saba that sits for the USMLE step one exam passes on their first attempt.

R3S00018052



Third, approvals. Saba has the approvals you need to practice wherever you want in the US or Canada. We're one of the select few medical schools located in the Caribbean to be able to make this claim.

9

R3S00018053



Fourth, our academic program. We work hard at keeping our curriculum, our facilities, and our faculty at the forefront of medical education. It's a key reason why we have such great results.

R3S00018054



And finally, our tuition. With Saba, you get outstanding results and a tuition that makes medical school, and a career of your choosing in medicine, accessible.

R3S00018055



Saba's tuition and fees are 30% to 40% lower than other medical schools, including those in the US and other well-known international medical schools.

R3S00018056



Great results and great affordability. As one of our graduates, who went on to a residency at Case Western Reserve University said, "Saba is such a unique school. I feel very confident with the education I received at Saba."

R3S00018057



But also keep this in mind. We're a close-knit school. We're completely invested in your success. Our campus infrastructure, our faculty, our curriculum, and our clinical program are all designed for our students' success. Because if you succeed, we succeed.

R3S00018058



Here are some of the top medical centers across the US and Canada where Saba students have obtained residencies, from the Cleveland Clinic in Ohio and Dalhousie University in Canada to Washington University in St. Louis and the Schulich School of Medicine in London, Ontario.

VO NOTE
Dalhousie is pronounced dal-HOW-zee
Schulich is pronounced shew lik

R3S00018059



A Saba education prepares graduates for residencies across a broad spectrum of fields, from primary care to specialties and subspecialties such as anesthesiology, neurology, surgery and more.

R3S00018060



These are great results, and we're not just highlighting the best ones. As I mentioned earlier, Saba residency attainment rates are on par with the match results of US medical schools, and consistently above those of osteopathic schools.

R3S00018061



Only a few US schools exceed our students' performance on Step One of the USMLE, and no other international medical school matches Saba. In addition, our Canadian students find that the prep work for the USMLE largely prepares them for the Canadian exams.

R3S00018062



Why is a first time pass rate so important? When on your way to becoming a physician, the USMLE step one exam comes halfway through medical school. By then, no one is asking about your MCAT score or college GPA. You are on your way to getting a great residency. A key to achieving this goal is passing the USMLE Step 1 on your first attempt and earning a great score. That's exactly what Saba students do.

R3S00018063



Once you have passed these exams and completed your residency, you can practice medicine anywhere you desire in the US or Canada as Saba has received necessary approvals.

R3S00018064

## ACCREDITATION & APPROVALS



- NVAO: Accredited by the NVAO—leading European accreditation organization.



As a municipality of the Netherlands, although located in the Caribbean, Saba is held to the high standards of the Dutch system of higher education. Saba University School of Medicine is extensively reviewed and evaluated by the NVAO, the agency that accredits all Dutch medical schools.

21

R3S00018065

## ACCREDITATION & APPROVALS



- NVAO: Accredited by the NVAO—leading European accreditation organization.

- One of the few international medical schools approved by New York, California and Florida.

SABA UNIVERSITY

Educational authorities from the states of New York, Florida and California take the review of international medical schools very seriously – and have established rigorous independent review processes.

When a school is approved by these three states, other states, in many cases, follow suit. Approval from these three states has enabled Saba students the flexibility to practice where they desire in the US —or Canada for our Canadian grads.

R3S00018066

## ACCREDITATION & APPROVALS



- NVAO: Accredited by the NVAO—leading European accreditation organization.



- One of the few international medical schools approved by New York, California and Florida.



- Accreditation comparability and approval for U.S. Federal Direct Student Loans received by U.S. Dept. of Education.



In addition to oversight from these critical states, when the US Department of Education decided that Saba students from the US would be eligible for Title IV loans to finance their education, it relied upon its review of the accreditation standards used by the Netherlands to evaluate Saba's academic programs. It was determined that the accreditation standards used to evaluate Saba were comparable to those used to review US medical schools.

23

## ACCREDITATION & APPROVALS



- NVAO: Accredited by the NVAO—leading European accreditation organization.



- One of the few international medical schools approved by New York, California and Florida.



- Accreditation comparability and approval for U.S. Federal Direct Student Loans received by U.S. Dept. of Education.

**WITH A DEGREE FROM SABA, YOU CAN PRACTICE MEDICINE WHERE YOU DESIRE IN THE U.S. AND CANADA.**



Saba is, in effect, a European medical school that is held to the high standards of a both Dutch and US authorities. It just happens to be located on a spectacular Caribbean island. No other international medical school in the Caribbean can make that claim.

R3S00018068



Now, let's switch gears and focus on what your education will be like at Saba.

During your first two years, which occur on the island of Saba, you will take in-depth courses in core basic sciences enhanced with courses each semester to develop your clinical skills. The Saba basic science curriculum follows a systems-based approach that is taught at nearly every allopathic medical school in the US and Canada today. For example, while studying the cardiac system in the fourth semester, you will review the anatomy and physiology of the heart, and learn about the pathologic conditions that can affect the heart, as well as the pharmacological agents to treat those diseases.

25

R3S00018069



All of this is linked to in-depth history and physical exam maneuvers related to cardiac illnesses and group clinical reasoning exercises designed to help you diagnose a patient's problem.
The Saba curriculum is also highly experiential and clinically focused.

26

R3S00018070



In each semester, you will work with a group on integrated cases that link the basic sciences, current medical literature and clinical skills in a way that brings to life what you have been studying that week.

27

## SABA FACULTY

### FULL TIME M.D.'s, EXPERIENCED TEACHERS



- All Saba faculty hold M.D.'s, Ph.D.'s in the field in which they teach

- All Saba faculty are full-time and hired with prior teaching experience in their field of expertise



A key factor in the success of Saba students is our faculty. Every professor has either an M.D. or a PhD. They come to Saba as experienced teachers. They know their field. They're permanent, full-time on campus, and they're committed to your success.

28

R3S00018072



After five semesters of studying on the Saba campus, students return to the US and Canada for five semesters or 72 weeks of clinical training in hospitals and medical centers. Your first 42 weeks will be in a series of core clinical rotations in internal medicine, pediatrics, psychiatry, OBGYN, and surgery.

During these clerkships, your progress will be carefully monitored by teaching faculty on site, as well as by the clinical deans, who will review your activity weekly.

Saba maintains long-standing clinical affiliations at numerous credentialed teaching hospitals across across the United States where you will complete your core rotations.

29

R3S00018073



Subsequent to completing your core clerkships, you will begin a series of elective clerkships over 30 weeks based on your career path.

Our students have completed electives at over 300 different sites over the past five years. We work closely with every student to tailor a clinical elective program personalized to specific goals and career aspirations.

R3S00018074



Together with performance on the USMLE, the relationships students build during their rotations play an important role in the success students have in their residency placement.

R3S00018075



I know we've covered a lot of ground very quickly. If you have any questions, we encourage you to contact the admissions team by emailing admissions@saba.edu. Our admissions team will respond to you personally.

R3S00018076



In the few minutes we have left, let's look at one of the biggest questions most students have, and that is, "where exactly is Saba?" Well, Saba is a Dutch island that is actually part of the Netherlands in Europe, but is located in the Caribbean, very near St. Maarten, one of the Caribbean's most popular islands. Most major airlines serving the Caribbean fly to St. Maarten, and from there, it's a short flight or ferry ride to Saba.

33

R3S00018077



You might think of the Caribbean as a world of big resorts, tourists and golf. That's not Saba. Saba is about nature. It's dotted with picturesque villages, charming inns, guest houses, and a selection of well-regarded restaurants. There are no major resorts, no golf courses, and just a small beach. In short, the perfect place to concentrate on your studies – and for many of our students, to adopt diving as a passion and pastime.

R3S00018078



And as our students will tell you, that's exactly what happens. You're there with a group of fellow classmates and teachers with a shared commitment to learning and success. Furthermore, the locals are highly supportive of the university and its students.

R3S00018079

## SABA CAMPUS

### ALL CLASSROOMS ON THE SABA CAMPUS ARE FULLY EQUIPPED WITH THE LATEST MULTIMEDIA LEARNING SYSTEMS




SABA UNIVERSITY

At Saba, we've invested millions in creating the best possible campus with a wide array of laboratories, classrooms, lecture halls, and interactive learning facilities, all equipped with the latest multimedia learning systems. There's also a fully-equipped test center for simulating the actual test conditions of the USMLE.

R3S00018080



The campus is modeled so that there are also numerous locations for informal studying and interaction.

R3S00018081

## AFFORDING MEDICAL SCHOOL



- Saba is among the very few medical schools in the Caribbean approved by the U.S. Department of Education for participation in the Title IV U.S. Federal Direct Student Loan Program.

SABA UNIVERSITY

At Saba, we invest heavily in our campus and academic program, but we also work hard at making our program accessible to all students. Saba is among the very few medical schools in the Caribbean approved by the US Department of Education for participation in the Title IV US Federal Direct Student Loan Program. Many Canadian students finance part of their education with provincial loans, and an array of Canadian banks also offer loans to Canadian students attending Saba.

38

R3S00018082



And, as I mentioned earlier, Saba aggressively manages its tuition, keeping it 30% to 40% less than schools with comparable ranking. There are also scholarship opportunities for both US and Canadian students.

R3S00018083

## HOW TO APPLY



- Applications accepted throughout the year
- New classes in September, January and May
- Apply online, by mail or fax
- Contact: admissions@saba.edu, 978-862-9600

SABA UNIVERSITY

Applying to Saba is easy. There are three new classes each year, starting in September, January, and May. We accept applications up to a year in advance of the start date and admit on a rolling basis. Once we have all of your application materials, it takes about two weeks for the admissions committee to make their decision.

40

R3S00018084



We've talked about quite a bit here: The outstanding residency attainments at Saba, our nearly 100% first time pass rate on Step 1 of the USMLE, small class sizes, the approvals and recognitions Saba has received from medical authorities around the world, the Saba academic program and campus, and our affordability. In short, we've covered all of the key things that make Saba a smart choice for getting your medical education.

R3S00018085



Now, the big question: Are you ready to take advantage of what Saba has to offer you? A great way to find out is to visit our website and view some of video interviews with our graduates, faculty, and administrators.

R3S00018086



You can also launch an application. There is no obligation, it simply starts a dialogue that lets you know more about us, and allows us to get to know you. Simply go to saba.edu and click "apply now."

As a "thank you" for taking the time to view this webinar, we're waiving the application fee. Simply enter the code "Webinar 2701434." We will also email you that code.

43

R3S00018087



Remember, Saba is a school entirely focused on the teaching and learning of medicine. If you share the same commitment to education and want to become the best possible physician, you're probably right for Saba.

R3S00018088



Connect with us and let's get the conversation started. Thank you so much for your time today.

R3S00018089