# Exhibit 27

**From:** Vaughn Huckfeldt on behalf of Vaughn Huckfeldt <v.huckfeldt@saba.edu>
**Sent:** Wednesday, September 19, 2018 2:12 PM
**To:** Redacted
**Subject:** RE: Question about a 100% USMLE Step 1 passing rate


Redacte

The 100% pass rate is for those who finish the 5 semesters of basic sciences and move on to take the Step 1 exam. The quality of education we give at SUSOM is high, so that when students make it through the basic sciences, they are well prepared for the step, and this is true even though some classes lose some students.
In terms of the class of 2021, students who enrolled at SUSOM in 2017 haven't yet made it far enough through the curriculum to take the Step 1. Even those who enrolled in January 2017 would have just taken the exit exam in August, and so they would not yet have taken the Step 1 exam. For students who took the exit last semester, our pass rate on the exit exam was very good. In terms of specific numbers, we don't publish more detailed information, because it becomes possible for people to figure out whether particular students passed, which would violate confidentiality. I can say that it's not true that only 15-30 of the students we admitted in January 2017 made it through to 5th semester, and indeed, we did not admit nearly 120 students that semester.
I hope that helps some to address your concerns. Usually I would offer to sit down and talk in person with someone who has your concerns, but we can't unfortunately do that due to your leave of absence. Let me know if you have more questions.
Best,
Dr. Huckfeldt

Vaughn Huckfeldt, Ph.D.
Associate Professor, Medical Ethics and Epidemiology
Assistant Dean of Student Affairs
Saba University School of Medicine

**From:** Tara Every [mailto:t.every@saba.edu]
**Sent:** Wednesday, September 19, 2018 8:27 AM
**To:** Vaughn Huckfeldt
**Subject:** Fwd: Question about a 100% USMLE Step 1 passing rate

Please see below. I did not respond. Thanks, Tara

---------- Forwarded message ----------
From: Redacted
Date: Tue, Sep 18, 2018 at 9:18 PM
Subject: Question about a 100% USMLE Step 1 passing rate
To: Tara Every <t.every@saba.edu>


Hi Tara,

I am not sure who to ask for this, but I hope you can enlighten me with transparency answers if possible.

Q1. How many students do take USMLE Step 1 each semester? out of how many? For example: For class of 2021, do 120 students out of 120 take it? or 30 out of 120 students take USMLE Step 1? I'd like to know how many students from each semester made it to 5th semester and passed the Exit exam and the USMLE Step 1 Exam. I was not able to find any reports or documentation on school server or Saba websites or even online. Could you please provide me documentation/reports with the numbers? I think it is very important to know this sort of thing because I am anxious about the future.

Q2. How many students from last semester (class of 2021) took NBME and USMLE Step 1 exam and passed? And what was their original size of class? For class of 2021, I was told initially 120 students began and only 15-30 students out of 120 students made it through 5 semesters, passed the NBME, and took USMLE Step 1 exam. But I could not find any reports on this. Could you send me reports/documentations or statistics reports?

I am very worried that our class, January class of 2018, has significantly loss of students from 53 to about 18-20 students now.

Please let me know

I look forward to hear from you

Thank you

Sincerely,

Redacte

--
Tara Every
Administrator
Saba University School of Medicine
The Church Street
The Bottom, Saba, Dutch Caribbean
011(599) 4163456, ext. 213