# Exhibit 31

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012588



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012589



# SABA: THE ISLAND

**SAFE & QUIET** — extremely safe with no crime to speak of

**TRAVEL DESTINATION** — small hotels, guest houses & restaurants

**COUNTRY** — The Netherlands

**DETAILS** — Language (English), Electricity (110Volt), Currency (U.S. dollar)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012590

# SABA: THE ISLAND



**A DUTCH ISLAND IN THE CARIBBEAN**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        R3S00012591



# FAST FACTS

1. **RESIDENCIES** EXCELLENT ATTAINMENT RATE
2. **USMLE** >99% FIRST TIME PASS RATE, STEP 1*
3. **ACCREDITATIONS/APPROVALS** PRACTICE IN U.S. OR CANADA
4. **ACADEMIC PROGRAM** AT THE FOREFRONT OF MEDICAL EDUCATION
5. **CLINICAL NETWORK** ACGME APPROVED SITES & ELECTIVE SUPPORT

*5-year average

SABA UNIVERSITY SCHOOL OF MEDICINE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                    R3S00012592

# RESIDENCIES AT TOP MEDICAL CENTERS

  
  


 

- CLEVELAND CLINIC
- DALHOUSIE UNIVERSITY
- JOHNS HOPKINS
- MAYO CLINIC SCHOOL OF MEDICINE
- MCMASTER UNIVERSITY / HAMILTON GENERAL
- QUEENS UNIVERSITY KINGSTON
- RUSH UNIVERSITY MEDICAL CENTER—CHICAGO
- UNIVERSITY OF ROCHESTER / STRONG MEM. HOSPITAL
- UNIVERSITY OF TORONTO
- UNIVERSITY OF WESTERN ONTARIO (SCHULICH)
- WASHINGTON UNIVERSITY IN ST. LOUIS



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012593

# RESIDENCIES ACROSS U.S. & CANADA

- Anesthesiology
- Diagnostic Radiology
- Emergency Medicine
- Family Medicine
- Internal Medicine
- Neurology
- Preliminary Surgery
- Obstetrics and Gynecology
- Pediatrics
- Surgery
- Vascular Surgery




CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012594

# THE FORMULA WORKS

- Passing with a high score on first attempt is key to residency
- Saba's first-time pass rate **exceeds** most US medical schools and ALL international medical schools
- USMLE **Step 1** test score averages comparable to US allopathic schools
- USMLE **Step 2** pass and test scores comparable to US schools
- Prep work for the USMLE largely prepares students for the **Canadian exams**



CONSISTENT RESULTS
USMLE STEP 1: SABA > 99% ON FIRST TRY

**5 YEAR AVERAGE FIRST TIME PASS RATE**

Source: USMLE.ORG as of September 2019



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                          R3S00012595

# ACCREDITATION & APPROVALS



- NVAO: Accredited by the NVAO—leading European accreditation organization.



- One of the few international medical schools approved by New York, California and Florida.



- Accreditation comparability and approval for U.S. Federal Direct Student Loans received by U.S. Dept. of Education.

**WITH A DEGREE FROM SABA, YOU CAN PRACTICE MEDICINE WHERE YOU DESIRE IN THE U.S. AND CANADA.**



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012596

# SABA FACULTY

## FULL TIME M.D.'s, EXPERIENCED TEACHERS



- All Saba faculty hold M.D.'s, Ph.D.'s in the field in which they teach

- All Saba faculty are full-time and hired with prior teaching experience in their field of expertise



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                    R3S00012597



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012598

# SABA CAMPUS

## ALL CLASSROOMS ON THE SABA CAMPUS ARE FULLY EQUIPPED WITH THE LATEST MULTIMEDIA LEARNING SYSTEMS






CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012599






CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                    R3S00012600

# CAMPUS FACILITIES




**TEST CENTER //**
SIMULATES USMLE ENVIRONMENT

**LIBRARY // OPEN DAILY 7:30 AM - MIDNIGHT**
PRINTING SERVICES AVAILABLE



**HOUSING**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012601

# HOUSING QUICK FACTS

- Housing assignments are issued to "tuition satisfied" students 2-3 weeks prior to the start of the semester and will be e-mailed to you by the Housing Coordinator.

- WiFi/internet/phone provider: Satel, N.V.
    - *Refer to your Student Guide for an overview of plan options and company contact information.*

- Electricity: 110V cycle (same in the U.S. and Canada). Converters are not needed.



HILLSIDE RESIDENCIES



HOUSING

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                      R3S00012602

# HOUSING AMENITIES

- **Private bedroom:**
    - Twin bed with pillow, sheets, and a pillowcase
    - Desk with lamp
    - Closet (bring your own hangers)
    - Chest of drawers/dresser
    - Bath towel
    - One iron/ironing board per unit

- **Kitchen:**
    - Fridge
    - Microwave
    - Coffee maker
    - Toaster
    - Cooktop stove
    - Four of each: glasses, dinnerware, utensils, cooking pots







**HOUSING**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012603

# TRAVELING TO SABA





## BY SEA FROM ST. MAARTEN

- **Dawn II**
  - To make a reservation or for more information, e-mail sabactransport@gmail.com.

- **Edge**
  - E-mail aquamania@sintmaarten.net

## BY AIR FROM ST. MAARTEN

- **Winair**
  - Visit www.fly-winair.com for online reservations and ticketing information.

### PLAN AHEAD & BOOK EARLY!


SABA UNIVERSITY SCHOOL OF MEDICINE

TRAVELING TO SABA

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                  R3S00012604