# Exhibit 32

# Saba

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER R3S00012527

**Paid Social - Conversion**

# Facebook ads

  

CA & US     CA & US     CA & US
Link        Link        Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                        R3S00012528

**Paid Social - Conversion**

# Facebook ads



Link

CA



Link

US



Link

CA & US

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                            R3S00012529

Paid Social – R3MedSchool (Conversion)

# Facebook ads



US & CA

Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012530

**Paid Social – Website RMK**

# Facebook ads



Link

US & CA

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                                                R3S00012531

## Paid Social – Lead Remarketing (Start Your Application )

# Facebook ads





US & CA

Link

US & CA

Link

**Note:** For Audience who still need to start the application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012532

**Paid Social – App Remarketing (Continue Your Application)**

# Facebook ads





[Link](#)

US & CA

[Link](#)

CA & US

**Note:** For Audience who started but didn't complete the application

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                         R3S00012533

**Paid Social – Conversion (Canadian Acceptance Campaign)**

# Facebook ads





CA

Link

CA

Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012534

## Paid Social – Conversion (U.S. Campaign)

# Facebook ads





US
Link

US
Link

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                    R3S00012535

# PPC

## Google Ads - Conversion - Search – Brand & Competitor





CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012536

## Google Ads - Conversions - Search – Brand & Competitor - RLSA







**Audience Targeting:**
We are targeting people who previously visited landing pages but didn't convert. The time range for this audience is set at 180 days.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012537

# Google Ads - Conversion - Search – Caribbean



**Sponsored**
courses.saba.edu/saba/medical_school
**Match in the U.S. or Canada - Top Caribbean Medical School**
Be the Doctor Canada Needs with Saba - Up to $150K scholarships available. Canada needs doctors. Earn your med degree at Saba in the Caribbean. Let's talk. Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate.
Accredited by ACCM · 98% USMLE Pass Rate



**Sponsored**
courses.saba.edu/saba/medical_school
**Scholarships of up to $105K - Top Caribbean Medical School**
The U.S. needs doctors. Earn your med degree at Saba in the Caribbean. Let's talk. Be the Doctor the U.S. Needs with Saba - Up to $105K scholarships available. Degree programs: Med Program, Basic Sciences, Clinical Training. 97% Residency Rate. 98% USMLE Pass Rate.
Accredited by ACCM · 98% USMLE Pass Rate · Enroll for Jan 2024 term



**Sponsored**
courses.saba.edu/saba/medical_school
**Become a Doctor in the U.S. - Med School in the Caribbean**
The U.S. needs doctors. Earn your med degree at Saba in the Caribbean. Let's talk. Be the Doctor the U.S. Needs with Saba - Up to $105K scholarships available. Degree programs: Med Program, Basic Sciences, Clinical Training. 98% USMLE Pass Rate. Financial Aid Available. 97% Residency Rate.
98% USMLE Pass Rate · 2024 Admissions Open · Financial Aid · Accredited by ACCM

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**                                                                                                                                                       R3S00012538

## Google Ads – Conversions - Search – Caribbean - RLSA







**Audience Targeting:**
We are targeting people who previously visited landing pages but didn't convert. The time range for this audience is set at 180 days.



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    R3S00012539

# Display Network

### Google Ads - Conversion - Display – Generic






**Audience:**
- Custom Intent Audience
- Placements
- Age groups from 18 to 44.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012540

# Display Network

## Google Ads – Remarketing - Display – Leads and Apps Remarketing

### Start Your App




### Continue Your App




**Audience Targeting:** For the Start Your App campaigns, we are targeting people who have converted into a lead but have not yet started the application.

**Audience Targeting:** For the Continue Your App campaigns, we are targeting people who have started an application but haven't submit it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                R3S00012541

# Discovery Network

**Google Ads - Conversion - Discovery – Generic**






**Audience:**
- Custom Intent Audience (Brand & Caribbean)
- Placements
- Age groups from 18 to 44.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012542

# Discovery Network

## Google Ads – Remarketing - Discovery – Leads and Apps Remarketing

### Start Your App

 

### Continue Your App

 

**Audience Targeting:** For the Start Your App campaigns, we are targeting people who have converted into a lead but have not yet started the application.

**Audience Targeting:** For the Continue Your App campaigns, we are targeting people who have started an application but haven't submit it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R3S00012543

# Bing ads

### Brand



### Competitor



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                          R3S00012544

| | PPC Search | PPC Display | PPC Discovery | PPC Video | Paid Social |
|---|---|---|---|---|---|
| Traffic | | | | | |
| Brand Awareness | | | | https://courses.saba.edu/discover-what-makes-saba-different | |
| Conversion | • https://courses.saba.edu/discover-what-makes-saba-different-rank-one<br>• https://courses.saba.edu/medical-degree-canadian-applicants<br>• https://courses.saba.edu/medicine-caribbean-v1 | • https://courses.saba.edu/start-med-school-usa<br>• https://courses.saba.edu/start-med-school-canada<br>• https://courses.saba.edu/medical-degree-american-applicants | • https://courses.saba.edu/medical-degree-canadian-applicants | | https://courses.saba.edu/start-med-school-canada?<br><br>https://courses.saba.edu/start-med-school-usa?<br><br>https://courses.saba.edu/medical-degree-canadian-applicants-meta?<br>https://courses.saba.edu/medical-degree-american-applicants-meta?<br>https://courses.saba.edu/saba-university-school-of-medicine? |
| Website Remarketing | https://courses.saba.edu/future-doctor | | | | https://courses.saba.edu/discover-what-makes-saba-different? |
| Leads Remarketing | | | | | https://r3education.force.com/saba/s/login/SelfRegister? |
| Applications Remarketing | | • https://courses.saba.edu/continue-your-application<br>• https://courses.saba.edu/start-med-school-canada<br>• https://r3edu.my.site.com/saba/s/login/SelfRegister | • https://courses.saba.edu/continue-your-application<br>• https://courses.saba.edu/start-med-school-canada<br>• https://courses.sab | | https://courses.saba.edu/continue-your-application? |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    R3S00012545