# Exhibit 33

**From:** pjd@equinox-capital.com
**Sent:** Tuesday, July 6, 2021 4:57 PM
**To:** d.donahue@r3education.com
**Subject:** RE: USMLE Step 1 and USMLE Step 2 Results
**Attachments:** 210706_USMLE 1st Attempt Summary 2015-2020.xlsx

Don,

Please see attached USMLE (1st time pass rate) for all three steps for all three schools. I would caution countering any other school's data unless Steve and I have read any proposed copy, and read what the other school(s) report. This data is VERY easy manipulated and written with appropriate footnotes.

What is the residency placement data request? I need to know exactly what we're looking for in order to provide a number.

PJD

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** Tuesday, July 6, 2021 12:01 PM
**To:** Patrick Donnellan <pjd@equinox-capital.com>; 'Steven Rodger' <srodger@r3education.com>
**Subject:** FW: USMLE Step 1 and USMLE Step 2 Results

Hi Patrick,
GUS is asking me for updates on USMLE data, residencies etc. Are you able to provide information through 2020? As you will read from the subject line, they are also asking for Step 2 even though we haven't previously provided it. Some schools (AUC for example) have started to provide this although I am not seeing it widespread nor is it headline data.
Thanks,
Don

**From:** Denisse Diaz GUS <denisse.diaz@gus.global>
**Sent:** Monday, July 5, 2021 9:36 AM
**To:** d.donahue <d.donahue@r3education.com>
**Cc:** Lipsheon Jhand <lipsheon.jhand@gus.global>; Stephanie Jazo GUS <stephanie.jazo@gus.global>
**Subject:** RE: USMLE Step 1 and USMLE Step 2 Results

Hi Don,
Just following up on this. Let me know.
Thanks,
D.

**Denisse Diaz**
Marketing Director
**Global University Systems**
30 Holborn
Buchanan House, London, EC1N 2HS, United Kingdom
**Direct:**
**Switchboard:** +44 (0)20 3435 4455
**Email:** denisse.diaz@gus.global
**Web:** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                       R3S00024071

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com. Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** Denisse Diaz GUS
**Sent:** 17 June 2021 08:25
**To:** d.donahue <d.donahue@r3education.com>
**Cc:** Lipsheon Jhand <lipsheon.jhand@gus.global>; Stephanie Jazo GUS <stephanie.jazo@gus.global>
**Subject:** USMLE Step 1 and USMLE Step 2 Results

Morning Don,
Hope you're well.
Can you please send us the **2020** USMLE Step 1 exam results, please? As we only have until 2019.
Also, what about the USMLE Step 2 exam results? Do you have any historical data on this?

Let us know.
D.

# USPs – USMLE Results

| | USMLE Step 1 Pass Data source: ECFMG | | |
|---|---|---|---|
| | Saba | MUA | St Matthew's |
| | % | % | % |
| 2019 | 98% | 91% | 97% |
| 2018 | 98% | 95% | 91% |
| 2017 | 100% | 99% | 96% |
| 2016 | 99% | 96% | 97% |
| 2015 | 99% | 95% | 94% |
| 2015-19 Total | 99% | 95% | 95% |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00024072