# Exhibit 34

**From:** Mary Tarczynski on behalf of Mary Tarczynski <mary@parabolicagency.com>
**Sent:** Friday, March 22, 2019 11:49 PM
**To:** Don Donahue
**CC:** Emily McKeogh
**Subject:** Re: Updated Saba Webinar and Script

Thanks Don - most is self explanatory but I want to talk about the slides where there are multiple ideas on a page.



Let's just look at a few key facts about Saba, starting with residencies. As I just mentioned, your first goal as a medical school graduate is to match into a great residency. Saba makes it happen with a residency match rate on par with that of US medical schools.

Second, you have to pass the USMLE or the Canadian Licensing exams to practice in the US or Canada. Nearly every student at Saba that sits for the USMLE step one passes on their first attempt.

Third, approvals. Saba has all of the approvals you need to practice wherever you want in the US and Canada. We're one of the select few medical schools located in the Caribbean to be able to make that claim.

Fourth, our academic program. We work hard at keeping our curriculum, our facilities, and our faculty at the forefront of medical education. It's a key reason why we have such great results.

And finally, our tuition. With Saba, you get outstanding results and a tuition that makes medical school accessible.
Too much verbiage for one slide – Intro paragraph and separate slide for each 1-5.
Avoid "Match wording"; Make it clear it is USMLE Step 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                 R3S00014670



After five semesters of studying on the Saba campus, students return to the US and Canada for five semesters - 72 weeks - of clinical training in hospitals and medical centers. This is where you join students from other medical schools and take part in a series of core clinical rotations in internal medicine, pediatrics, psychiatry, OBGYN, and surgery for 42 weeks, followed by 30 weeks of elective rotations.

Saba maintains long standing clinical affiliations at numerous credentialed teaching hospitals across in key markets across the United States where you will complete your core rotations. You also take a series of elective clerkships based on your career path. Our students have completed electives at over 3000 different sites over the past five years. We work closely with every student to tailor a clinical program personalized to your specific goals, actively integrate academic modules to enhance each clerkship, and carefully monitor the feedback you receive from teaching physicians and clinical directors.

Together, with the performance on the USMLE, the relationships our students build during these rotations are a big part of why Saba has such a high residency placement rate.
Break out not multi slides



This includes New York, Florida, and recognition in California. Educational authorities from these states take the approval of medical schools very serious – in fact, they make site visits.

When a school is approved by these three states, other medical schools around the country follow suit. Saba has been approved by all three of these tough states, enabling Saba students the flexibility to choose where they want to practice in the US — or Canada for our Canadian grads.

In addition to our oversite for those critical states, Saba is also closely evaluated by European medical authorities. That's because Saba is physically located in the Caribbean, meaning it is technically a municipality of the Netherlands. For that reason, Saba University School of Medicine undergoes extensive review and evaluation by the NVAO, the agency that accredits all Dutch medical schools.

Saba is, in effect, a European medical school that is held to the high standards of a both Dutch and US authorities. It just happens to be located on a spectacular Caribbean island. No other international medical school in the Caribbean can make that claim.

When the US Department of Education decided that Saba students in the US would be eligible for Title IV loans to finance their education, it was also determined that the accreditation standards used by the Netherlands to evaluate Saba's academic programs were comparable to the accreditation standards used for US medical schools. Same as earlier – too much – one lead slide than a separate one for each

Do you want to make those builds so one idea pops up at a time (so you still see the 5 facts or 3 key points at end) or do you want them as separate ideas one per page?

Re USMLE, it is mentioned a lot in the deck. We can change it to "Average better than 99% over past five years" but need to know what data source to use for the comparison to other schools. You previously had us remove this chart since 2016.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER R3S00014672



But before you can even get into a residency, you must pass both step one and step two of the USMLE in the US. To practice in Canada, you also need to pass the Canadian licensing exams. Again, Saba students have an outstanding track record on these exams – nearly every student passes the USMLE Step One on first try.

Prefer to show a 5 year average of 99%+ compared to US schools average of 97%
Also, need to day that USMLE test score averages are comparable to US allopathic medical schools

And your call on how you want to handle the tuition info. Let's talk about that and give us parameters on video options if you want to include one on Monday. We can look for different photos where noted.

Mary

On Fri, Mar 22, 2019 at 2:29 PM <d.donahue@r3education.com> wrote:

Hi,

Here are a bunch of comments. Let me know what may need some explanation.

Don

**From:** Mary Tarczynski <mary@parabolicagency.com>
**Sent:** Friday, March 22, 2019 11:37 AM
**To:** Don Donahue <d.donahue@r3education.com>
**Cc:** Emily McKeogh <emily@parabolicagency.com>
**Subject:** Updated Saba Webinar and Script

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
R3S00014673

Don - here's the updated deck and script. Note to view the script without markup be sure to uncheck "markup" towards the bottom of the "view" menu in Word.



The script is also pasted into the speaker notes of the slides so it may be easier to read there. If you have changes we only need you to highlight in either word OR PPT and we can make them match. Maybe in red on speaker notes in ppt, or yellow highlight or track changes in word, or we can do via phone - whatever is easiest for you.

A couple of things to note - in the script we softened language to "nearly" 100% on USMLE step 1 pass rate, first try. But it is in the visual 4 times on pages 5, 7, 15 and 31 with a footnote for 2017 if not labeled.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                           R3S00014674





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              R3S00014675



Are you comfortable with that or do you have another suggestion?

I also noticed the tuition chart which appears on page 8 and 29 has 2018 for Saba but 2016-17 for other schools. Do you have any updated data for those?



Mary

--

Mary Tarczynski | Principal, Client Solutions Lead

510.220.5301

parabolic | ideas with trajectory | parabolicagency.com

--

Mary Tarczynski | Principal, Client Solutions Lead
510.220.5301

parabolic | ideas with trajectory | parabolicagency.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                              R3S00014677