# Exhibit 35

**From:** d.donahue@r3education.com
**Sent:** Friday, September 4, 2020 4:20 PM
**To:** 'Sabastian Dyer'
**CC:** 'Aimee Webster'
**Subject:** RE: Saba and SMU Med Prospectus

Hi Sab,
My responses are in orange below in your email to me. Let me know if there are questions.

I did notice that on page 4 of the PDF, the picture is of St. Matthew's campus. I'm not sure why I didn't include it in my comments. Here is the screen shot.

R3S00014946



**From:** Sabastian Dyer <sabastian.dyer@gus.global>
**Sent:** Friday, September 4, 2020 9:43 AM
**To:** d.donahue <d.donahue@r3education.com>
**Cc:** Aimee Webster <aimee.webster@gus.global>

R3S00014947

**Subject:** FW: Saba and SMU Med Prospectus

Hi Don,

Aimee has updated the prospectus, see V5 attached. She had some comments in yellow in the attached, which I've responded to in red below, can you just clarify/confirm I've interpreted correctly, please?

Also, there's a point on verifying if we can use the Harvard quote, via Joan – did we get this confirmation?

**Cover** – If possible, we should have a picture of a grad/student I've said maybe use the below, it might make it more authentic, bring it to life, and see what they look like? Passed along to Joan to see if she can help.



222 items

Page 2
- Add "average" Have "rate (2015-2019 average)"     remove from at the end  Agreed.

  99% USMLE Step 1 first time pass rate from 2015-2019

Page 3 – Use this letter's text – Feel free to edit to make punchier but I want Chu's facts.  I presume you want it to replace the whole of the letter currently being used? But keep the bullet points? Within the current PDF? The letter as written in the

Prospectus sounds like an ad, not something that a University President would write. The text about "Attainable" and "Student oriented" do not parallel the header. Feel free to turn some of Chu's letter to bullet points. For example –
- Our focus is on education…
- Our Basic Sciences….
- We carefully manage…
- We are extremely proud…

I can tweak it a bit to edit out "We" etc.




### MESSAGE FROM THE PRESIDENT

As you plan your medical education, we are delighted that you are considering Saba University School of Medicine.

Our focus is education—that's something you will notice from the moment you set foot on campus. Our Basic Sciences and Clinical curriculum is second-to-none, with small class sizes and outstanding faculty. We carefully manage our program to assure that when you return for your clinical experience at teaching hospitals in the U.S. and Canada there will be the right number of high quality clerkships.

We are extremely proud of the outstanding performance of Saba students on the USMLE Step 1 and Step 2 exams, our high residency placement rate and the fact that the U.S. Department of Education has approved our students to obtain U.S. Federal Direct student loans. Our Admissions Department is delighted to answer any questions you have about our program. Call or e-mail us at any time.

Joseph Chu, M.D., M.P.H.
*President*
M.D., Georgetown University School of Medicine;
M.P.H., University of Washington School of Public Health

Page 6
- The quote on this page is great, however, it has been commented that the picture is not of the person that made the quote. Is there a way to address this? It occurs other places.

I've said to use generic images where possible, inset the picture of the actual if we have it in low-res format Okay, let's see what it looks like.

Page 8
- Under USMLE Step 1 – use approved language
- Under graduate appointments
  - Update the following for 2020: "In 2019 Saba University students took up appointments at facilities including"

CHANGE In 2017, our students achieved a 100% first time pass rate on the exam and have since upheld results in the high 90s.
TO
Between 2015 and 2019, Saba students passed the USMLE Step 1 consistently first attempt.
Each year, virtually every Saba student passes the USMLE Step 1 on their first attempt. Between 2015 and 2019, the first time pass rate averaged 99% - a consistently strong performance. Agreed

Page 11, 12 & 13
- Need to verify with Joan that it is okay to tag Harvard within quote on page 12.

Did we get confirmation from Joan? Just emailed her, I'll let you know

Page 17 –
- **Text within Clinical Rotations need to be edited!**

I wasn't sure on this Clinical Rotations are 50% of a student's education and we devote a few paragraphs to it. There is a big header about Research on page 15. This should be Clinical Rotations of which Research is a subcomponent.

Page 19 –
- Quote from Kizner is fine but we have quotes from Mike Harrison (in the pic) or Ilinca (in the pic)

I wasn't sure on this The picture has been replaced but Mike Harrison was in the previous picture. We could have used a quote attributable to him. He is currently doing a Fellowship at the Mayo Clinic.

Best,
Sab


**Sabastian Dyer**
Head of Marketing

**Global University Systems**
30 Holborn
Buchanan House, London, EC1N 2LX,
**Direct :** +44 (0) 20 3750 4078
**Switchboard :** +44 (0)20 3435 4455
**Email :** sabastian.dyer@gus.global
**Web :** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively info@globaluniversitysystems.com . Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** Aimee Webster <aimee.webster@gus.global>
**Sent:** 04 September 2020 13:58
**To:** Sabastian Dyer <sabastian.dyer@gus.global>
**Cc:** Phil Harvey <phil.harvey@gus.global>
**Subject:** Re: Saba and SMU Med Prospectus

Hi Sab,

Please see the Saba PDF and word doc attached.

I've highlighted the sections on the word document that I wasn't too sure of. Perhaps we can go over it on a quick call and share the screen.

Best,
Aimee

**From:** Phil Harvey <phil.harvey@gus.global>
**Date:** Tuesday, 1 September 2020 at 13:41
**To:** Aimee Webster <aimee.webster@gus.global>
**Subject:** FW: Saba and SMU Med Prospectus

Hey Aimz
Could you pick this up later this week? Its copy updates to existing prospectuses for SMU and Saba – Amit can help you find source files (he last worked on these around 12 Aug)

Thanks 😊
P

**From:** Sabastian Dyer <sabastian.dyer@gus.global>
**Date:** Tuesday, 25 August 2020 at 13:26
**To:** Phil Harvey <phil.harvey@gus.global>

**Subject:** RE: Saba and SMU Med Prospectus

Hi Phil,

Attached are edits that are required to the R3 Prospectuses that Amit worked on, please can you/Amit look over the attached to see if all is self-explanatory?

Best,
Sab

---

**From:** Amit Kumar <Amit.Kumar@GUSEducationIndia.com>
**Sent:** 12 August 2020 12:02
**To:** Sabastian Dyer <sabastian.dyer@gus.global>
**Cc:** Darren Chittock <darren.chittock@gus.global>; Phil Harvey <phil.harvey@gus.global>
**Subject:** Re: MUA and SMU Med Prospectus

Hey Sab,

All latest R3 Prospectus on below link.

https://we.tl/t-0gOFS6IF0g

Hope this helps :)

Regards,
Amit

> On 12-Aug-2020, at 11:31 AM, Sabastian Dyer <sabastian.dyer@gus.global> wrote:
>
> Hi Amit,
>
> I was just checking where we are with a few things after I had a catchup with both Darren and Phil.
>
> I don't have access/links to those pCloud Drives – the SMU attachment didn't seem to work for me either (see below error – perhaps it is the file size).
>
> <image001.png>
>
> <image002.png>
> Best,
> Sab
>
> **From:** Amit Kumar <Amit.Kumar@GUSEducationIndia.com>
> **Sent:** 26 June 2020 16:41
> **To:** Sabastian Dyer <sabastian.dyer@gus.global>
> **Cc:** Darren Chittock <darren.chittock@gus.global>; Phil Harvey <phil.harvey@gus.global>
> **Subject:** MUA and SMU Med Prospectus
>
> Hi Sab,
>
> Hope you are doing good :)

R3S00014951

Please find attach file for MUA and SMU Med Prospectus first draft.

@Darren let me know if you are ok with images :)

Pcloud link

**pCloud Drive/Account shares/Creative Drive/2020/R3/MUA/ Prospectus**
**pCloud Drive/Account shares/Creative Drive/2020/R3/SMU/ Prospectus**

Regards,
Amit

R3S00014952