# Exhibit 36

**From:** Scott Taylor on behalf of Scott Taylor <s.taylor@r3education.com>
**Sent:** Wednesday, May 9, 2018 5:13 PM
**To:** Don Donahue
**Subject:** RE: Saba edits

All set.

Scott

---

**From:** d.donahue@r3education.com [mailto:d.donahue@r3education.com]
**Sent:** Wednesday, May 09, 2018 11:57 AM
**To:** 'Scott Taylor'
**Subject:** RE: Saba edits

Hi Scott,

The sentence I inserted for https://www.saba.edu/about-us sounds kind of wonky after re-reading. Would you re-word as follows?

**Currrently -** Over recent years, by the measure of passing the USMLE on the first attempt, Saba was in the top 10% of all US medical schools and, in 2017, our students went one step further scoring a perfect 100% pass-rate. Furthermore, our graduates attained residency placements in the U.S. and Canada at a rate that's on par with graduates of U.S. schools, and much higher than graduates of other international schools."

**My edit:"** In recent years, 99% of our students have passed the USMLE Step 1 exam on their first attempt. In 2017, our students went one step further, scoring a perfect 100% pass-rate. Furthermore, our graduates attained residency placements in the U.S. and Canada at a rate that's on par with graduates of U.S schools, and much higher than graduates of other international schools.

Thanks

---

**From:** Scott Taylor <s.taylor@r3education.com>
**Sent:** Tuesday, May 8, 2018 3:47 PM
**To:** Don Donahue <d.donahue@r3education.com>
**Subject:** RE: Saba edits

Don, sorry for the delay. All the changes have been made. Please let me know if anything additional is needed.

Thanks
Scott

---

**From:** d.donahue@r3education.com [mailto:d.donahue@r3education.com]
**Sent:** Friday, May 04, 2018 3:13 PM
**To:** 'Scott Taylor'
**Subject:** Saba edits

Hi Scott,

I think I got them all below. Thanks for your help.

Don

1. https://www.saba.edu/
    a. Home screen rotating banner – **Change to** 100%

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                      R3S00016284

2. https://www.saba.edu/about-us/history-of-success

    a. **Change paragraph 2** "In recent years, Saba University students have achieved a 99% USMLE Step One first-time pass rate, outpacing students at 89% of U.S. medical schools." **TO THE FOLLOWING:** "For the past several years Saba University students have achieved a 99% Step One first-time past rate. In 2017, this rate was a perfect 100%, placing Saba's results in the top echelon of medical schools in the country"

2. https://www.saba.edu/about-us

    a. **Change in Record Of Success paragraph** " In recent years, 99% of our students have passed the USMLE Step 1 exam on their first attempt—and they've attained residency placements in the U.S. and Canada at a rate that's on par with graduates of U.S. schools, and much higher than graduates of other international schools." **TO THE FOLLOWING:**" Over recent years, by the measure of passing the USMLE on the first attempt, Saba was in the top 10% of all US medical schools and, in 2017, our students went one step further scoring a perfect 100% pass-rate. Furthermore, our graduates attained residency placements in the U.S. and Canada at a rate that's on par with graduates of U.S. schools, and much higher than graduates of other international schools."

3. https://www.saba.edu/about-us/why-saba

    a. **Change:   99% USMLE Step 1 first-time pass rate:** In 2014, our students outperformed those at 89% of U.S. medical schools.*

    b. **TO: 100% USMLE Step 1 first-time pass rate:** Preparation leads to perfection and Saba's results are comparable with the top medical school programs in the country.

    c. **Remove the asterisk and footnote**

4. https://www.saba.edu/admissions/open-houses

    a. **Change in Section USMLE & MCCEE Results –** "including a near perfect 99% " **TO** "including a perfect 100%"

5. https://www.saba.edu/academics/basic-sciences-curriculum/usmle-step-1-exam-prep

    a. **Last Paragraph Change**  99% **TO** 100%

6. https://www.saba.edu/how-to-choose-a-med-school

    a. **Under Question 4:**  The result is a USMLE Step 1 first-time pass rate of 99%—which is higher than most U.S. medical schools.  **Change to:**  The result is a USMLE Step 1 first-time pass rate of 100%—perfect!

7. https://www.saba.edu/faqs

    a. **Under "What is success rate of your graduates?"  Change** " In 2013, the passing rate of Saba students on the USMLE Step 1 was over 99%." **TO**  In 2017, the first-time passing rate of Saba students on the USMLE Step 1 was 100%

8. Landing pages:

http://learn.saba.edu/canada-feb-2018

http://learn.saba.edu/usa-february-2018

http://learn.saba.edu/canada-feb-2018-2

http://learn.saba.edu/usa-february-2018-2

http://learn.saba.edu/canada-feb-2018-3

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                                                                                                        R3S00016285