# Exhibit 37

**From:** d.donahue@r3education.com
**Sent:** Wednesday, May 20, 2020 6:33 PM
**To:** 'Sabastian Dyer'
**CC:** Richard Fitzgerald
**Subject:** USMLE Step I Pass rates

Hi Sab,
I have the data for USMLE Step I Pass Rates (see chart below). We should use the five year average with date range. Verbiage such as:

Saba – Virtually every student passes the USMLE Step I on their first attempt. Between 2015 and 2019, the first time pass rate averaged 99% - a consistently strong performance.

MUA - Redacted

St Matthew's - Redacted

USMLE Step 1 Pass Data
source: ECFMG

|  | Saba % | MUA % | St Matthew's % |
|---|---|---|---|
| 2019 | 98% | Redacted | |
| 2018 | 98% | | |
| 2017 | 100% | | |
| 2016 | 99% | | |
| 2015 | 99% | | |
| 2015-19 Total | 99% | | |