# Exhibit 38

# Agenda

- **Basic Science Completion Summary**

- **SUSOM**

- **MUA**

- **SMU**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037434

# Summary analysis of students completing the Basic Science portion of the program

**% of Enrolled Students Completing the Basic Science Portion of the Program***



- **SUSOM completion rates declined in 2018-2021**
  - **Avg 66% 2010-2017 / Avg 47% 2018-2021**

*\* Includes students completing basic science portion of program and those still enrolled in basic science portion of the program by calendar year.*

# Summary of findings

❑ **Canadian students outperform US students by a significant margin**

❑ **US student performance has declined in recent years at Saba**

❑ **Canadian student performance has remained consistent at all three schools**

❑ **Canadian students are making up a significantly smaller portion of incoming classes at all three schools**

❑ **Students with MCAT scores of less than 490 or 485 are at a higher risk of failure at all three schools**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037436

# Summary of recommendations

❑ **Increase recruiting and marketing efforts in Canada, particularly in-person events**

❑ **Refine admissions review to help reduce attrition in response to current accreditation and regulatory focus (NCFMEA, NYSED, etc.)**
- Additional admissions scrutiny for students with MCATs below 485
- Additional admissions scrutiny for students with science GPAs below 2.6

❑ **Continue to refine and expand student support efforts**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037437

# Agenda

- ❑ **Basic Science Completion Summary**

- ❑ **SUSOM**

- ❑ **MUA**

- ❑ **SMU**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# SUSOM Canadian Basic Science Completion Rate* is approximately 30 percentage points higher than that of US students…

| | US Students | | Canadian Students | | Non US / Canadian | | Total | | | % Canadian |
|---|---|---|---|---|---|---|---|---|---|---|
| | # Enrolled | Completion Rate | # Enrolled | Completion Rate | # Enrolled | Completion Rate | # Enrolled | Completion Rate | | |
| 2013 | 103 | 56% | 173 | 79% | 9 | 33% | 285 | 69% | | 61% |
| 2014 | 122 | 50% | 133 | 78% | 6 | 33% | 261 | 64% | | 51% |
| 2015 | 138 | 60% | 103 | 88% | 0 | 0% | 241 | 72% | | 43% |
| 2016 | 130 | 52% | 96 | 83% | 1 | 0% | 227 | 65% | | 42% |
| 2017 | 116 | 47% | 89 | 83% | 1 | 0% | 206 | 62% | | 43% |
| 2018 | 114 | 36% | 64 | 72% | 0 | 0 | 178 | 49% | | 36% |
| 2019 | 109 | 39% | 50 | 76% | 0 | 0 | 159 | 51% | | 31% |
| 2020 | 101 | 40% | 50 | 78% | 3 | 33% | 154 | 52% | | 32% |
| 2021 | 120 | 31% | 37 | 70% | 1 | 0% | 158 | 40% | | 23% |
| 2022 | 50 | 72% | 14 | 93% | 1 | 0% | 65 | 75% | | 22% |

*Includes students completing basic science portion of program and those still enrolled in basic science portion of the program by calendar year.*

# … and US student Basic Science Completion Rate has fallen from 50-60% for 2013-2016 cohorts to approximately 35% for 2018-2021

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037439

# Canadian students with MCATs below 490 or GPAs below 2.6 are at a higher risk of failure

## Canadian BS Completion Rate* or Continued Enrollment by MCAT and GPA

### 2015-2017 Enrollment Years

| MCAT | GPA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | <2.6 | 2.6-2.74 | 2.75-2.99 | 3.0-3.24 | 3.25-3.49 | 3.5+ | N/A | Total |
| <1 NS | 100% | 50% | 89% | 82% | 82% | 81% | 50% | 81% |
| <480 | | | 0% | | | 100% | | 50% |
| 480-484 | | 100% | | 50% | | 100% | | 75% |
| 485-489 | | | 100% | 75% | 50% | 100% | | 75% |
| 490-494 | | | 67% | 73% | 89% | 77% | | 76% |
| 495-499 | 100% | 100% | 88% | 67% | 100% | 94% | | 90% |
| 500+ | | 67% | 100% | 94% | 86% | 94% | 100% | 92% |
| Total | 100% | 82% | 83% | 80% | 86% | 89% | 67% | 85% |

### 2018-2021 Enrollment Years

| MCAT | GPA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | <2.6 | 2.6-2.74 | 2.75-2.99 | 3.0-3.24 | 3.25-3.49 | 3.5+ | N/A | Total |
| <1 NS | 17% | 80% | 71% | 55% | 77% | 76% | 57% | 65% |
| <480 | | | | | | | | |
| 480-484 | 100% | | 50% | 0% | 100% | 50% | | 57% |
| 485-489 | 50% | 100% | 33% | 100% | | 33% | 100% | 55% |
| 490-494 | 25% | | 67% | 57% | 100% | 100% | 100% | 65% |
| 495-499 | 100% | | 67% | 100% | 100% | 75% | 100% | 88% |
| 500+ | 100% | 100% | 80% | 100% | 86% | 95% | 100% | 94% |
| Total | 47% | 89% | 67% | 71% | 87% | 81% | 75% | 74% |

## % of Incoming Enrollment by MCAT and GPA

| MCAT | GPA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | <2.6 | 2.6-2.74 | 2.75-2.99 | 3.0-3.24 | 3.25-3.49 | 3.5+ | N/A | Total |
| <1 NS | 0% | 1% | 3% | 8% | 8% | 9% | 1% | 29% |
| <480 | | | 0% | | | 0% | | 1% |
| 480-484 | | 0% | | 1% | | 0% | | 1% |
| 485-489 | | | 0% | 1% | 1% | 0% | | 3% |
| 490-494 | | | 3% | 4% | 3% | 5% | | 15% |
| 495-499 | 0% | 2% | 3% | 3% | 3% | 6% | | 17% |
| 500+ | | 1% | 2% | 6% | 7% | 17% | 0% | 34% |
| Total | 1% | 4% | 12% | 23% | 22% | 38% | 1% | 100% |

| MCAT | GPA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | <2.6 | 2.6-2.74 | 2.75-2.99 | 3.0-3.24 | 3.25-3.49 | 3.5+ | N/A | Total |
| <1 NS | 3% | 2% | 8% | 10% | 6% | 10% | 3% | 44% |
| <480 | | | | | | | | |
| 480-484 | 0% | | 1% | 0% | 0% | 1% | | 3% |
| 485-489 | 1% | 0% | | | 1% | 1% | 0% | 5% |
| 490-494 | 2% | | 1% | 3% | 1% | 1% | 1% | 10% |
| 495-499 | 0% | | 3% | 3% | 3% | 2% | 0% | 13% |
| 500+ | 1% | 1% | 2% | 4% | 3% | 10% | 0% | 24% |
| Total | 8% | 4% | 18% | 22% | 15% | 26% | 6% | 100% |

*Includes students completing basic science portion of program and those still enrolled in basic science portion of the program by calendar year.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

6

R3S00037440

# US students with MCATs below 490 or no MCAT are at a higher risk of failure

## US BS Completion Rate* by MCAT and GPA

### 2015-2017 Enrollment Years

| MCAT | GPA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | <2.6 | 2.6-2.74 | 2.75-2.99 | 3.0-3.24 | 3.25-3.49 | 3.5+ | N/A | Total |
| <1 NS | | | 100% | 25% | 60% | 100% | 9% | 38% |
| <480 | | | | 0% | 0% | | | 0% |
| 480-484 | | | 15% | 41% | 44% | 38% | | 34% |
| 485-489 | 100% | 20% | 50% | 32% | 40% | 29% | 75% | 38% |
| 490-494 | 0% | 75% | 47% | 66% | 75% | 61% | 60% | 61% |
| 495-499 | 100% | 75% | 63% | 62% | 94% | 60% | 80% | 73% |
| 500+ | | 80% | 71% | 67% | 90% | 63% | | 75% |
| Total | 67% | 61% | 47% | 49% | 67% | 51% | 44% | 53% |

### 2018-2021 Enrollment Years

| MCAT | GPA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | <2.6 | 2.6-2.74 | 2.75-2.99 | 3.0-3.24 | 3.25-3.49 | 3.5+ | N/A | Total |
| <1 NS | 20% | 25% | 29% | 19% | 38% | 30% | 27% | 26% |
| <480 | 0% | 0% | 8% | 15% | 0% | 0% | 0% | 8% |
| 480-484 | 50% | 20% | 4% | 29% | 36% | 33% | 0% | 21% |
| 485-489 | 38% | 22% | 39% | 21% | 41% | 27% | 20% | 31% |
| 490-494 | 25% | 100% | 30% | 61% | 69% | 23% | 100% | 49% |
| 495-499 | 100% | 25% | 60% | 67% | 62% | 56% | | 61% |
| 500+ | 33% | 40% | 100% | 80% | 73% | 42% | 100% | 65% |
| Total | 33% | 29% | 27% | 41% | 52% | 33% | 25% | 36% |

## % of Incoming Enrollment by MCAT and GPA

| MCAT | GPA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | <2.6 | 2.6-2.74 | 2.75-2.99 | 3.0-3.24 | 3.25-3.49 | 3.5+ | N/A | Total |
| <1 NS | | | 1% | 1% | 1% | 1% | 3% | 6% |
| <480 | | | | 0% | 0% | | | 1% |
| 480-484 | | | 3% | 4% | 2% | 2% | | 12% |
| 485-489 | 0% | 1% | 4% | 8% | 5% | 5% | 1% | 26% |
| 490-494 | 0% | 1% | 8% | 8% | 5% | 6% | 1% | 30% |
| 495-499 | 0% | 1% | 2% | 3% | 4% | 4% | 1% | 16% |
| 500+ | | 1% | 2% | 2% | 3% | 2% | | 9% |
| Total | 1% | 5% | 20% | 26% | 21% | 20% | 7% | 100% |

| MCAT | GPA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | <2.6 | 2.6-2.74 | 2.75-2.99 | 3.0-3.24 | 3.25-3.49 | 3.5+ | N/A | Total |
| <1 NS | 1% | 1% | 3% | 4% | 2% | 2% | 2% | 15% |
| <480 | 1% | 0% | 3% | 3% | 1% | 1% | 1% | 9% |
| 480-484 | 0% | 2% | 6% | 4% | 3% | 3% | 1% | 19% |
| 485-489 | 2% | 2% | 4% | 4% | 4% | 2% | 1% | 20% |
| 490-494 | 1% | 0% | 2% | 4% | 3% | 3% | 0% | 14% |
| 495-499 | 0% | 1% | 1% | 4% | 3% | 2% | | 11% |
| 500+ | 1% | 1% | 1% | 2% | 3% | 3% | 0% | 12% |
| Total | 6% | 8% | 20% | 25% | 19% | 16% | 6% | 100% |

*Includes students completing basic science portion of program and those still enrolled in basic science portion of the program by calendar year.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037441



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037442

# Recommendations for SUSOM

❑ **Increase recruiting and marketing efforts in Canada, including in-person recruiting events**

❑ **Refine admissions review to help reduce attrition in response to current accreditation and regulatory focus (NCFMEA, NYSED, etc.)**
- Additional admissions scrutiny for Canadians with
  - MCATs below 490 or 495
  - GPAs <2.6
- Additional admissions scrutiny for United States students with MCATs below 495
- Continue to require MCATs from US students – which is already required by regulations

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Agenda

- ❑ **Basic Science Completion Summary**

- ❑ **SUSOM**

- ❑ **MUA**

- ❑ **SMU**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037445



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037446



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037447

# Recommendations for MUA



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037448

# Agenda

❏ **Basic Science Completion Summary**

❏ **SUSOM**

❏ **MUA**

❏ **SMU**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    R3S00037449



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037450



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037451



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037452

# Recommendations SMU



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00037453