# Exhibit 39

**From:** Paula Boisseau on behalf of Paula Boisseau <p.boisseau@saba.edu>
**Sent:** Wednesday, October 25, 2017 3:29 PM
**To:** Maurice Clifton
**Subject:** Attrition List
**Attachments:** TRANSCRIPT, ATTRITION & GRADS.xls

Dr. Clifton,

Here is the first spreadsheet we spoke about. I'll send the other one shortly. Thanks Paula

Ms. Paula Boisseau
University Registrar
Saba University School of Medicine/R3 Education Inc.
27 Jackson Road, Suite 301
Devens, MA 01434
Ph: (978) 862-9600
Fax: (978) 862-9699
www.saba.edu

We are proud to announce that Saba University School of Medicine ("SUSOM") has been approved by the United States Department of Education for participation in the William D. Ford Federal Direct Loan Program.

Want to participate in an Admissions Webinar? See the following webpage for more information and to register! http://www.saba.edu/saba/index.php/saba- webinar

R3 Education Inc (Saba University) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.saba.edu to learn more.

R3S00029536