# Exhibit 41

**From:** Terry Moya on behalf of Terry Moya <t.moya@r3education.com>
**Sent:** Monday, May 2, 2022 5:22 PM
**To:** Susan Horvath
**Subject:** RE: Rev Reconciliation


Thanks
Sorry I missed the email.

Terry J. Moya
Chief Financial Officer
R3 Education Inc
27 Jackson Road
Suite 300
Devens, MA 01434

978.862.9403


t.moya@r3education.com
www.saba.edu
www.mua.edu
www.stmatthews.edu


********************************************************************

**CONFIDENTIALITY NOTICE:** The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

**From:** Susan Horvath <s.horvath@r3education.com>
**Sent:** Monday, May 2, 2022 12:58 PM
**To:** Terry Moya <t.moya@r3education.com>
**Subject:** FW: Rev Reconciliation

This was my response.


*Susan P. Horvath, CPA*
Controller
R3 Education Inc.
27 Jackson Road, Suite 300
Devens, MA 01434
s.horvath@r3education.com
tel: 978-862-9430
fax: 978-862-9499

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                          R3S00022097

R3 Education Inc (SABA University/MUA Nevis) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.SABA.edu or www.MUA.edu to learn more.

**From:** Susan Horvath [mailto:s.horvath@r3education.com]
**Sent:** Sunday, May 1, 2022 8:06 PM
**To:** 'Terry Moya' <t.moya@r3education.com>
**Subject:** RE: Rev Reconciliation

Sorry, I forgot to breakout the CS earlier.  11th are not on this report since they are not invoiced.  I don't know if SMU invoices 11th, but Saba and MUA do not.

*Susan P. Horvath, CPA*
Controller
R3 Education Inc.
27 Jackson Road, Suite 300
Devens, MA  01434
s.horvath@r3education.com
tel:  978-862-9430
fax:  978-862-9499

R3 Education Inc (SABA University/MUA Nevis) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.SABA.edu or www.MUA.edu to learn more.

**From:** Terry Moya [mailto:t.moya@r3education.com]
**Sent:** Sunday, May 1, 2022 7:42 PM
**To:** Susan Horvath <s.horvath@r3education.com>
**Subject:** RE: Rev Reconciliation

Thanks

Is 178 CS the number you have?  Do you know how many of those are 11th?

Terry J. Moya
Chief Financial Officer
R3 Education Inc
27 Jackson Road
Suite 300
Devens, MA 01434

978.862.9403


t.moya@r3education.com
www.saba.edu
www.mua.edu
www.stmatthews.edu

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                              R3S00022098

*******************************************************************

**CONFIDENTIALITY NOTICE:** The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

**From:** Susan Horvath <s.horvath@r3education.com>
**Sent:** Sunday, May 1, 2022 7:38 PM
**To:** Terry Moya <t.moya@r3education.com>
**Subject:** RE: Rev Reconciliation

I summed by the memos.

*Susan P. Horvath, CPA*
Controller
R3 Education Inc.
27 Jackson Road, Suite 300
Devens, MA 01434
s.horvath@r3education.com
tel: 978-862-9430
fax: 978-862-9499

R3 Education Inc (SABA University/MUA Nevis) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.SABA.edu or www.MUA.edu to learn more.

**From:** Terry Moya [mailto:t.moya@r3education.com]
**Sent:** Sunday, May 1, 2022 5:32 PM
**To:** Susan Horvath <s.horvath@r3education.com>
**Subject:** RE: Rev Reconciliation

Thanks

Not sure I know the actual # of students in each semester that ties to revenue. There are a lot of credits and the 6th is confusing.

Can you just show me the semester & the # plus the irregular #?

Terry J. Moya
Chief Financial Officer
R3 Education Inc
27 Jackson Road
Suite 300
Devens, MA 01434

978.862.9403

t.moya@r3education.com
www.saba.edu
www.mua.edu
www.stmatthews.edu

*********************************************************************

**CONFIDENTIALITY NOTICE:** The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

---

**From:** Susan Horvath <s.horvath@r3education.com>
**Sent:** Sunday, May 1, 2022 3:19 PM
**To:** Terry Moya <t.moya@r3education.com>; Larrissa Green <lgreen@stmatthews.edu>
**Subject:** RE: Rev Reconciliation

This is a work in progress but it's a start. It gives the number of students billed the categories and the amount of revenue for each. It ties to the revenue on the GL.

*Susan P. Horvath, CPA*
Controller
R3 Education Inc.
27 Jackson Road, Suite 300
Devens, MA 01434
s.horvath@r3education.com
tel: 978-862-9430
fax: 978-862-9499

R3 Education Inc (SABA University/MUA Nevis) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.SABA.edu or www.MUA.edu to learn more.

---

**From:** Terry Moya [mailto:t.moya@r3education.com]
**Sent:** Sunday, May 1, 2022 1:31 PM
**To:** Larrissa Green <lgreen@stmatthews.edu>
**Cc:** Susan <s.horvath@r3education.com>
**Subject:** Re: Rev Reconciliation

#of students by semester that comprised the revenue for the semester, 1-11.

When I look at May 21 semester then I can calculate attrition, how many made it the 2nd in May compared to Jan 1st, etc.

Terry Moya
tmoya40@msn.com
720.206.4646

**From:** Larrissa Green <lgreen@stmatthews.edu>
**Sent:** Sunday, May 1, 2022 11:24:18 AM
**To:** Terry Moya <t.moya@r3education.com>
**Cc:** Susan <s.horvath@r3education.com>
**Subject:** Re: Rev Reconciliation

So we need to tie

4001 and 4100 jan-apr 2021 total revenue

to the rev rec schedules by student for that same period?

Is that correct?

Then you want a breakdown of #students in each category (sem 1, sem 2, etc) for that period?

On Sun, May 1, 2022, 1:05 PM Terry Moya <t.moya@r3education.com> wrote:

> Not sure who may be better at this but I need to reconcile student revenue by semester to actual recognized revenue.
>
> The most immediate is the January 2021 term. How many students by semester, including GW, did we book revenue for? Then I will need it for May 21, sept 21 etc.
>
> I need to calculate actual attrition but January 21 is the jump off semester so I need these asap to ensure we have a reliable base.
>
> Can one of you help?
>
> Thanks
>
> Terry J. Moya
>
> Chief Financial Officer
>
> R3 Education Inc
>
> 27 Jackson Road
>
> Suite 300
>
> Devens, MA 01434

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                          R3S00022101

978.862.9403

t.moya@r3education.com

www.saba.edu

www.mua.edu

www.stmatthews.edu

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFIDENTIALITY NOTICE:** The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. "2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00022102