# Exhibit 43

**From:** Moe Kamal on behalf of Moe Kamal <moe.kamal@gus.global>
**Sent:** Tuesday, November 23, 2021 7:53 PM
**To:** Terry Moya
**Subject:** RE: Saba

Thank you, Terry.

I understand it's a busy time.

It'd be great if I could have these ready in advance of the next board meeting next Tuesday.

I hope you have a happy thanksgiving!

Thanks,

Moe

**Moe Kamal**
Marketing Director, America
**Global University Systems**
1461 Granville Street Vancouver, BC, Vancouver, V6Z 0E5, Canada
**Direct:**
**Switchboard:** +44 (0)20 3435 4455
**Email:** moe.kamal@gus.global
**Web:** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com. Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** Terry Moya <t.moya@r3education.com>
**Sent:** Monday, November 22, 2021 9:12 AM
**To:** Moe Kamal <moe.kamal@gus.global>
**Subject:** RE: Saba

EXTERNAL EMAIL WARNING: Do not click on links or open attachments unless you recognise the sender and know the content is safe.

Hi Moe,

Sorry I haven't sent the others but my days have been extremely crazy. I will do my best to get them to you asap but this is a short week for us, Thanksgiving. Office is closed half day Weds – Sunday.

One thing to point out on your analysis, you have no attrition baked in to your assumptions. The attrition rate on these classes lately have been much higher than we have experienced in the past.

Terry J. Moya
Chief Financial Officer

R3 Education Inc
27 Jackson Road
Suite 300
Devens, MA 01434

978.862.9403

t.moya@r3education.com
www.saba.edu
www.mua.edu
www.stmatthews.edu

*******************************************************************

**CONFIDENTIALITY NOTICE:** The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

**From:** Moe Kamal <moe.kamal@gus.global>
**Sent:** Tuesday, November 16, 2021 5:03 PM
**To:** Terry Moya <t.moya@r3education.com>
**Subject:** RE: Saba
**Importance:** High

Hello Terry,

This is great.

I've added the revenue forecast for each intake in grey. If I got it right, we are looking at $28 million in revenue (after scholarships) with a $2.4 million marketing spend, so our revenue on ad spend would be 1,150%.

Did I get that right? If so, can I also get MUA and SMU's numbers?

By the way, I noticed 150 enrolments for Saba this year, but I had 170 (excluding repeaters) in our budget report. Did we lose more students? Here's what I have for the rest;

MUA 147 (excludes gateway program)
SMU MD 87
SMU VET 45

Thanks,

Moe

**Moe Kamal**
Marketing Director, America
**Global University Systems**
1461 Granville Street Vancouver, BC, Vancouver, V6Z 0E5, Canada
**Direct:**
**Switchboard:** +44 (0)20 3435 4455
**Email:** moe.kamal@gus.global
**Web:** www.GlobalUniversitySystems.com

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                  R3S00022361

Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com. Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** Terry Moya <t.moya@r3education.com>
**Sent:** Thursday, November 11, 2021 1:57 PM
**To:** Moe Kamal <moe.kamal@gus.global>
**Subject:** Saba

EXTERNAL EMAIL WARNING: Do not click on links or open attachments unless you recognise the sender and know the content is safe.

Moe I've been crazy busy so I have not had any time to fucus on your request.

Attached is some data for Saba incoming student numbers for the last 3 semesters.

I've columns for the tuition per semester for the 10 semesters assuming a student makes it through. It is tuition only and no fees (which aren't huge in relation to tuition).

I put in a sample scholarship.

Terry J. Moya
Chief Financial Officer
R3 Education Inc
27 Jackson Road
Suite 300
Devens, MA 01434

978.862.9403

t.moya@r3education.com
www.saba.edu
www.mua.edu
www.stmatthews.edu

******************************************************************

**CONFIDENTIALITY NOTICE:** The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**    R3S00022362