# Exhibit 44

**From:** Terry Moya on behalf of Terry Moya <t.moya@r3education.com>
**Sent:** Friday, May 13, 2022 2:12 PM
**To:** Patrick
**Subject:** Couple of Items

We have the next BOD meeting in less than 2 weeks and they are expecting the answer on the attrition.

I sent you the attrition breakdown with no attrition assumption so I am going to assume you are addressing this in the next meeting.

Also, you said I would get Renee's eval a month plus ago and I don't have it. I am going to Steve with all evals and yours is way overdue.

Thanks

Terry J. Moya
Chief Financial Officer
R3 Education Inc
27 Jackson Road
Suite 300
Devens, MA 01434

978.862.9403


t.moya@r3education.com
www.saba.edu
www.mua.edu
www.stmatthews.edu


***********************************************************************

**CONFIDENTIALITY NOTICE:** The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying, or taking of any action because of this information is strictly prohibited. This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    R3S00022280