# Exhibit 45



# Transcript of Paula Boisseau

**Date:** November 21, 2024
**Case:** Ortiz -v- Saba University School of Medicine, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

```
 1  UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
 2

 3                            Case No. 1:23-cv-12002-WGY

 4  NATALIA ORTIZ, on behalf of herself and a    :
    class of similarly situated persons,         :
 5                                               :
                                                 :
 6          Plaintiff,                           :
                                                 :
 7                                               :
             vs.                                 :
 8                                               :
                                                 :
 9                                               :
                                                 :
10  SABA UNIVERSITY SCHOOL OF MEDICINE, and      :
    R3 EDUCATION, INC.,                          :
11                                               :
            Defendants.                          :
12                                               :

13      ----------------------------------------
                        VIDEOTAPED
14         DEPOSITION UNDER ORAL EXAMINATION OF:
                       PAULA BOISSEAU
15                   November 21, 2024
                       -----------
16    REPORTED BY:   JENNIFER L. WIELAGE, CCR, RPR, CRR
                       ------------
17

18

19
    JOB #   560129
20

21

22

23

24
```

1  that, too, would be reflected in Phoenix; is that
2  correct?
3         A.     That is correct.
4         Q.     And how would you obtain the
5  information for a -- say, a withdrawal to have that
6  populated into the system?
7         A.     If a student is withdrawing from our
8  university for basic sciences, they would go to --
9  again to the administrative offices; have to
10 complete, excuse me, a course withdrawal form, and,
11 excuse me, the withdrawal form from the university.
12 And then those would be sent up to me.  I would
13 populate them into Phoenix.
14        Q.     Okay.  And a similar process with an
15 academic dismissal?
16        A.     Yes.
17               MR. MCMORROW:  Patrick, are you going
18 to get to a good place for a break in the next couple
19 of minutes?
20               MR. EGAN:  I was just thinking the
21 same.  I think just in a couple moments.
22               MR. MCMORROW:  Sure.
23               MR. EGAN:  You know what?  Actually,
24 this is a good time.

1    A.    I believe I was still reporting to
2 Dr. Clifton, yes.
3    Q.    And was it at some point in time --
4 when we started, you mentioned you had reported to
5 Dr. Chu, correct?
6    A.    Yes.
7    Q.    And later, was Dr. Clifton hired as
8 executive dean underneath Dr. Chu?
9    A.    Yes.
10   Q.    What I'd like to do is -- in terms of
11 the access to the Phoenix database, would the
12 individuals on the left-hand side, CFO, director of
13 admissions, registrar, director of financial aid and
14 director of IT all have access to Phoenix?
15   A.    I know that the director of
16 admissions did not use Phoenix.  They said they had
17 no reason to.
18         The CFO, I do not know if he has
19 access to it.  Of course I use it.  I know the
20 director of financial aid does, again, as I stated
21 earlier, run some transcripts at times and IT does
22 have access.
23   Q.    Okay.  Did Dr. Clifton?
24   A.    Yes.

1    Q.    Did Dr. Chu?
2    A.    I don't know if Dr. Chu actually had
3 a login or not.
4    Q.    Okay.  Do you know if anyone from
5 R3 -- did Steven Rodger is listed here.
6          Did he have access to Phoenix?
7    A.    I'm not sure if he -- I believe he
8 did, but I'm not positive he did.
9    Q.    Anyone else at R3 have access to
10 Phoenix?
11   A.    I know that Patrick Donnellan does
12 have access to it.  The student accounts people have
13 access to it.  Who else is there over there?
14         Nobody else that I can think of at
15 this time.
16   Q.    What does the student accounts at R3
17 do?
18   A.    They're our AR and our AP staff, so
19 invoicing and that kind of thing and bills.
20   Q.    AR being accounts receivable?
21   A.    Yes.
22   Q.    And AP being accounts payable?
23   A.    Yes.
24   Q.    Okay.  Was the CFO office based in

```
1    UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2

3         I, Jennifer L. Wielage, CCR No. 30X100191600,
     Certified Court Reporter, certify:
4         That the foregoing proceedings were taken

5    before me at the time and place therein set forth, at

6    which time the witness was put under oath by me;

7         That the testimony of the witness, the

8    questions propounded, and all objections and

9    statements made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed;

12        That a review of the transcript by the

13   deponent was requested;

14        That the foregoing is a true and correct

15   transcript of my shorthand notes so taken.

16        I further certify that I am not a relative or

17   employee of any attorney of the parties, nor

18   financially interested in the action.

19        I declare under penalty of perjury under the

20   laws of Massachusetts that the foregoing is true and

21   correct.

22        Dated this 21st day of November 2024.

23
        [signature: Jennifer L. Wielage]
24      _____
        Jennifer L. Wielage, CCR, RPR, CRR
```