# Exhibit 47

**From:** Melissa Kushner on behalf of Melissa Kushner <m.kushner@r3education.com>
**Sent:** Wednesday, March 23, 2022 3:53 PM
**To:** Jennifer Bosco; Gerald Wargo
**CC:** Sarah Russell
**Subject:** RE: Retention/Attrition Standard Response

I think before when this came up we said something like "The risk is highest during the first semester. As a new student, you should be fully committed to your studies and our staff and faculty are dedicated to supporting your success." @Gerald Wargo is that the correct gist? And of course we now have Tuition Back for Saba students to provide another level of assurance for them. Ken explained that MUA is known for their early and often intervention by faculty. I know it's not a direct answer:)

**Melissa A. Kushner**
Vice President of Marketing
R3 Education Inc.

**From:** Jennifer Bosco <j.bosco@r3education.com>
**Sent:** Wednesday, March 23, 2022 11:45 AM
**To:** Melissa Kushner <m.kushner@r3education.com>
**Cc:** Gerald Wargo <g.wargo@r3education.com>; Sarah Russell <s.russell@r3education.com>
**Subject:** Re: Retention/Attrition Standard Response

Hi Melissa,

Yes. We are asked this question a lot particularly in webinars. We want to ensure we can respond to the question in a way that does not give too much information and subsides the concern.

We also get this question often from advisors.

Sincerely,
Jennifer E Bosco, EdD

> On Mar 23, 2022, at 8:43 AM, Melissa Kushner <m.kushner@r3education.com> wrote:
>
> Jennifer, are you looking for something to say in conversation when the question is asked?
>
> **Melissa A. Kushner**
> Vice President of Marketing
> R3 Education Inc.
>
> **From:** Gerald Wargo <g.wargo@r3education.com>
> **Sent:** Wednesday, March 23, 2022 11:38 AM
> **To:** Jennifer Bosco <j.bosco@r3education.com>; Melissa Kushner <m.kushner@r3education.com>; Sarah Russell <s.russell@r3education.com>
> **Subject:** RE: Retention/Attrition Standard Response
>
> Hi Jennifer
>
> Similar to other schools our retention is a challenge. [Redacted] [Red]
>
> J
>
> **Gerald J. Wargo Jr., MBA, MHRM**

Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com

---

**From:** Jennifer Bosco <j.bosco@r3education.com>
**Sent:** Wednesday, March 23, 2022 11:33 AM
**To:** Gerald Wargo <g.wargo@r3education.com>; Melissa Kushner <m.kushner@r3education.com>; Sarah Russell <s.russell@r3education.com>
**Subject:** Retention/Attrition Standard Response

Hello All,

Does Steve have an approved standard response he would like for us to use to answer the retention/attrition question?

If we have decent retention, it may be something we want to highlight and most schools do not share this; it would lend itself well to transparency and building trust.

Thank you.

Sincerely,
Jennifer

------------------
**Jennifer E. Bosco, EdD**
Regional Director of Enrollment, North America
R3 Education Inc.
p. 978.862.9544
e. j.bosco@r3education.com
Schedule a Meeting with Me

R3S00022133