# Exhibit 48

**From:** d.donahue@r3education.com
**Sent:** Thursday, March 14, 2019 6:30 PM
**To:** 'Tiffny Rohner'
**Subject:** RE: questions

See below and give me a call

---

**From:** Tiffny Rohner <t.rohner@r3education.com>
**Sent:** Thursday, March 14, 2019 1:23 PM
**To:** Don Donahue <d.donahue@r3education.com>
**Subject:** questions

Hi Don,
I had several questions last night I was not able to fully answer. Can you assist me with them?

1. Why is the attrition rate so high? Let's discuss
2. Does Saba guarantee the spots are available for all their clerkships? Is there a shortage of spots, thus taking longer to complete them? No Waiting
3. Are the 5 core clerkships done in the U.S. only? Yes but let's discuss
4. Do students have to have medical practice insurance during clerkships? If so, how much does that cost? Yes, let me show you
5. Can family come to the island with the student? i.e. children and spouse Yes
6. Would the children be able to attend regular school on the island? Yes, but need to check on status for age

Thanks for your help.

Tiffny

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00012697