# Exhibit 49

**From:** Melissa Kushner on behalf of Melissa Kushner <m.kushner@r3education.com>
**Sent:** Friday, July 8, 2022 6:01 PM
**To:** Gerald Wargo
**Subject:** RE: Today's Board Meeting

Hopefully attrition will stabilize now that everyone is back on campus. I talked with a Saba student today who started in 2020 and he was telling me how many dropped. It was A LOT. But he chose to go to campus so he survived. Also just interesting talking with him...getting a better picture for things there.

Melissa A. Kushner
Vice President of Marketing
R3 Education Inc.

**From:** Gerald Wargo <g.wargo@r3education.com>
**Sent:** Friday, July 8, 2022 1:59 PM
**To:** Melissa Kushner <m.kushner@r3education.com>
**Subject:** RE: Today's Board Meeting

All went fine overall. Attrition is high. Enrollment has only seen small increases in students so revenue is below projections. That type of stuff.

Gerald J. Wargo Jr., MBA, MHRM
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com

**From:** Melissa Kushner <m.kushner@r3education.com>
**Sent:** Friday, July 8, 2022 1:47 PM
**To:** Gerald Wargo <g.wargo@r3education.com>
**Subject:** RE: Today's Board Meeting

Great! While we always want to do better, the progress has been good. What part didn't go "fine"?

Melissa A. Kushner
Vice President of Marketing
R3 Education Inc.

**From:** Gerald Wargo <g.wargo@r3education.com>
**Sent:** Friday, July 8, 2022 1:20 PM
**To:** Melissa Kushner <m.kushner@r3education.com>; Sarah Russell <s.russell@r3education.com>; Jennifer Bosco <j.bosco@r3education.com>
**Subject:** Today's Board Meeting

Hi Jennifer, Melissa and Sarah,

Just finished up the Board Meeting. For the most part things went fine.

Overall, for new enrollment the consensus is that we have stabilized enrollment coming through the pandemic. We have shown consecutive semesters of incremental growth; 3% in January, 8% in May. For September we have a real opportunity to hit double digit growth and even better 20%+ growth YOY after 60 days.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                        R3S00021829

Let's keep working hard, driving and motivating our teams to hit the forecasts below in the Orange column.

Thank you!
Jerry

## Performance & Projections
### September 22 Projections
(as of 7 6 22)

| School | Enrolments | | PY Enrolments after 60 Days | | Sept'22 Projections | | | Projected Enrolments after 60 Days | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | New Targets | Sept PY | MELT | Enrolments | Enrolments | Growth Rate | Melt | Enrolments | Growth Rate |
| Saba | 85 | 70 | 24% | 53 | 80 | 14% | 10% | 72 | 36% |
| MUA | 58 | 52 | 28% | 37 | 53 | 2% | 10% | 47 | 27% |
| GMP | 36 | 29 | 7% | 26 | 23 | -20% | 5% | 21 | -19% |
| SMU Med | 35 | 28 | 3% | 27 | 31 | 11% | 5% | 29 | 7% |
| SMU Vet | 24 | 20 | 0% | 20 | 33 | 65% | 5% | 31 | 55% |
| Totals with GMP | 238 | 199 | 18% | 163 | 220 | 11% | 10% | 200 | 23% |
| TOTALS w/o GMP | 202 | 170 | 19% | 137 | 197 | 16% | 10% | 179 | 30% |

- Anticipating significantly less melt for Fall 22 with all classes being on campus
- PY classes were a mix of online and delayed arrivals
- PY implemented seat deposit waiver strategy to increase class start
  - Many of these students registered but dropped within 60 days

**Gerald J. Wargo Jr., MBA, MHRM**
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                R3S00021830