# Exhibit 50

**From:** Gerald Wargo on behalf of Gerald Wargo <g.wargo@r3education.com>
**Sent:** Tuesday, July 26, 2022 12:18 PM
**To:** Sarah Russell
**Subject:** RE: Canadian Matriculants

Thanks Sarah

**Gerald J. Wargo Jr., MBA, MHRM**
Executive Vice President for Marketing and Enrollment
R3 Education Inc.
978-602-3079
g.wargo@r3education.com


**From:** Sarah Russell <s.russell@r3education.com>
**Sent:** Tuesday, July 26, 2022 8:16 AM
**To:** Gerald Wargo <g.wargo@r3education.com>
**Subject:** FW: Canadian Matriculants


**From:** Steven Rodger <srodger@r3education.com>
**Sent:** Tuesday, July 26, 2022 6:55 AM
**To:** Sarah Russell <s.russell@r3education.com>
**Subject:** Re: Canadian Matriculants

The mua Canadians are not of great quality. The Saba numbers are 1/8th of what they used to be and the quality is down significantly. Patrick and I have done an attrition analysis and the numbers are quite clear.

On Jul 25, 2022, at 4:52 PM, Sarah Russell <s.russell@r3education.com> wrote:

Steve, last week we spoke briefly about the Canadian applicant pool. I thought you may find this information interesting:

Below are the last few starts and the projected incoming for Canadian matriculants:

| Start Term Applying For → | JAN 2022 | May 2022 | Sept 2022 | Total |
|---|---|---|---|---|
| Redacted | | | | |
| SABA | 7 | 11 | 24 | 42 |
| Redacted | | | | |

Sarah A. Russell
Associate Dean of Enrollment Management
R3 Education Inc.

978-862-9410
s.russell@r3education.com

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                                           R3S00022126