# Exhibit 53

**From:** d.donahue@r3education.com
**Sent:** Thursday, August 27, 2020 7:55 PM
**To:** 'Kim T Coon'
**Subject:** RE: Weekly reports

Since we graduate three cohorts per year we record per year – not the match period.

For Saba, 94% of eligible SUSOM graduates attained a residency (2013-2018)
For MUA, since inception, 88% attained a residency.
For SMU, don't have the numbers but a bit lower than MUA.

For attrition, we at least match that of SGU, AUC, Ross and we are told, better, for MD. These schools throw the low performers into a MPH or MSC program to keep them in. We don't offer these. If our standards here were not up to snuff, we would lose USDOE student Aid. We do not publish anything on this number. Do you want to discuss?

**From:** Kim T Coon <kimcoon@ergedu.com>
**Sent:** Thursday, August 27, 2020 2:19 PM
**To:** d.donahue@r3education.com
**Subject:** RE: Weekly reports

Yes

I will upload.

I just got off the phone with Advent and yesterday spoke with the University of Wyoming.

Couple of questions:

1. Advent is asking for the past year's residency matching rate. What exactly is this?

2. UoW asked about the number of students that apply but do not get residencies. Do you have any insight regarding this number?

Thanks

Kim


ERG|Educational Resource Group, LLC
A Global Education Services Provider
**Kim T. Coon | President/CEO**
1822 Signal Hill Drive
Mechanicsburg, PA 17050
**O**: 717-756-3020
www.ergedu.com

-------- Original message --------
From: d.donahue@r3education.com
Date: 8/27/20 3:01 PM (GMT-05:00)
To: "'Kim T. Coon'" <kimcoon@ergedu.com>
Subject: Weekly reports

Hi Kim,
Do you have last week's report?
Don

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                      R3S00012690