# Exhibit 57

**From:** Don Donahue on behalf of Don Donahue <d.donahue@r3education.com>
**Sent:** Friday, February 19, 2021 1:00 AM
**To:** Lipsheon Jhand
**Subject:** Re: Current Saba student numbers

I guess so. I'm always a bit leary to say. If somebody does the math then attrition assessment becomes easier.

On Thu, Feb 18, 2021, 6:57 PM Lipsheon Jhand <lipsheon.jhand@gus.global> wrote:

Hi

OK thank you, our Design team needs this for a new world map they are creating for the new GUS website. Just so I'm clear, can we say 800+ current students (I'm guessing this is 800 enrolments in total, across all semesters?).

Thanks Don,

Lipsheon

**Lipsheon Jhand**
Marketing Manager
**Global UniversitySystems**
30 Holborn, London, EC1N 2HS, United Kingdom
Direct:
**Switchboard :** +44 (0)20 3435 4455
**Email:** lipsheon.jhand@gus.global
**Web:** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com. Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**From:** d.donahue@r3education.com <d.donahue@r3education.com>
**Sent:** 19 February 2021 00:44
**To:** Lipsheon Jhand <lipsheon.jhand@gus.global>
**Subject:** RE: Current Saba student numbers

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

R3S00012685

Graduates should now be 3,000+. I bet in some places it was changed but not all. I do not know the exact enrollment but just north of 800. Why do you need it?

---

**From:** Lipsheon Jhand <lipsheon.jhand@gus.global>
**Sent:** Thursday, February 18, 2021 6:42 PM
**To:** d.donahue <d.donahue@r3education.com>
**Subject:** Current Saba student numbers

Hi Don

Could you please let me know how many current students we have at Saba? I can only find a graduate number (2,500+) on the website.

Thanks

Lipsheon

## Lipsheon Jhand
Marketing Manager, Saba University School of Medicine

**Lipsheon Jhand**
Marketing Manager
**Global University Systems**
30 Holborn, London, EC1N 2HS, United Kingdom
**Direct :**
**Switchboard :** +44 (0)20 3435 4455
**Email :** lipsheon.jhand@gus.global
**Web :** www.GlobalUniversitySystems.com



Global University Systems is a trading name of GUS UK Management Limited, a company registered in England and Wales with number 08800645, a wholly owned subsidiary of Global University Systems B.V. incorporated in the Netherlands with its registered address at Keizersgracht 307, 1016ED Amsterdam, The Netherlands, name used under license.

Notice: All electronic mail messages and any attached files sent by GUS UK Management Limited (GUS) are intended solely for the addressee(s) and may contain privileged and/or confidential information. If you have received the email in error, you must not use, disclose, copy, distribute or retain it or any part of it. If you are not an intended recipient please email us by reply immediately or alternatively notify us by emailing info@globaluniversitysystems.com. Whilst attachments are checked, neither the sender nor GUS accepts any liability in respect of any virus or malware that has not been detected. Any views and opinions expressed in communications sent by GUS staff belong to the individuals only and do not necessarily reflect the positions of GUS. Please be aware that when you receive a call from Global University Systems it may be monitored and recorded. This is to be used internally for record-keeping, training and quality-assurance purposes.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**