# Exhibit 59

**From:** admissions@saba.edu
**Sent:** Friday, November 19, 2021 9:09 PM
**To:** Redacted
**Subject:** RE: Admissions

Hi  Redacted

Thank you for your patience here.

1. Saba has a 94% match rate for students the first year they apply.
2. Our attrition rate is similar to those at US medical schools. Schools with a high attrition rate lose their accreditation and ours is in good standing.

Best,
Samantha

**From:** Redacted
**Sent:** Friday, November 19, 2021 5:37 AM
**To:** admissions@saba.edu
**Subject:** Fw: Admissions

Did you get my last email I sent? Please let me know

----- Forwarded Message -----
**From:** Redacted
**To:** admissions@saba.edu <admissions@saba.edu>
**Sent:** Thursday, November 18, 2021, 02:44:02 AM PST
**Subject:** Admissions

Hi,
I have 2 questions. 1.) what is the percentage of your medical students that get residencies the first year they apply? And 2.) What is the attrition rate from the start of your MD program until the end?
Please let me know.
Thank you,
Redacted