# Exhibit 60

**From:** admissions@saba.edu
**Sent:** Thursday, March 9, 2023 5:42 PM
**To:** [Redacted]
**Subject:** RE: 4 year MD program still available?

Good Morning [Red],

There is not guarantee or assurance we can provide in regard to clinical rotation placements. That is 2 years away and things change in that time.

Regarding accreditation, we are comparable to US med school numbers and our accreditation relies on low attrition numbers- we are in very good standing with this.

For residency, typically students conduct their residency in the states or Canada- it depends on where residencies are offered and where you choose to apply for residency.

I hope this information helps. I urge you to submit your official application so the admissions team may review your application and determine appropriate next steps.

Best Regards,


**Emily Taber**
*Assistant Director of Admissions*
Saba University School of Medicine
27 Jackson Road, Suite 301
Devens, MA 01434
www.saba.edu
Check out our upcoming events and webinars here: https://www.saba.edu/events-and-webinars/



---

**From:** [Redacted]
**Sent:** Wednesday, March 8, 2023 6:04 PM
**To:** admissions@saba.edu
**Subject:** Re: 4 year MD program still available?

Can someone call me?
I have not heard back from you and I am genuinely interested in applying but have some reasonable questions.
I can be reached at 416 805 5335
Thanks S[Red]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

On Fri, Mar 3, 2023 at 1:32 PM S K Redacted wrote:

Ok, so no assurance can be given prior to starting?
Which leads me to the next question, what the attrition rates are like? I noticed they are not published.
And if it is a dutch colony, would the degree be recognized in the Netherlands for possible residency training?
Thanks in advance.

On Fri, Mar 3, 2023 at 1:27 PM <admissions@saba.edu> wrote:

Hello,

You will get assigned a clinical dean who you will work with toward the end of your basic sciences and they will be able to go over this in detail and your options and process.

You should be able to complete a clinical rotations in Canada if you so choose.

Best Regards,

**Emily Taber**
*Assistant Director of Admissions*
Saba University School of Medicine
27 Jackson Road, Suite 301
Devens, MA 01434
Phone: **(978) 862-9661**
e.taber@saba.edu
www.saba.edu
Check out our upcoming events and webinars here: https://www.saba.edu/events- and-webinars/



**From:** Redacted
**Sent:** Friday, March 3, 2023 1:15 PM
**To:** admissions@saba.edu
**Subject:** Re: 4 year MD program still available?

Thank you for the clarification.
I see that the clinical rotations are offered in US or Canada.
I am a Canadian, so could all (2 years) of my rotations be in Canada? ie is it possible to choose and get your preferred sites for rotations or you get whatever is available?

On Tue, Feb 28, 2023 at 3:42 PM <admissions@saba.edu> wrote:

The dissolution of the Netherland Antilles on October 10, 2010, the Island Territory of Saba became a Special Municipality (equivalent to a County) in the Netherlands. Accordingly, SUSOM was required to become a legally recognized entity of higher education in the Netherlands. This process of legal recognition included accreditation by the NVAO (The Accreditation Organization of the Netherlands and Flanders) and recognition by the Ministry of Education. SUSOM completed this process on May 26, 2014 and is now a legally recognized entity of higher education in the Netherlands.

In the Netherlands, the degree of Doctor of Medicine (M.D.) does not exist in their educational framework.

As permitted by Dutch regulation, graduates of Dutch institutions are able to issue supplemental diplomas which serve to translate these degrees to their international equivalent. In this case, the equivalent of an M.Sc. is the degree of Doctor of Medicine (M.D.). Additionally, to further clarify this point, the NVAO designated SUSOM's medical program as "Doctor of Medicine (M.D.)". This can be found on the NVAO website (https://www.nvao.net/en/decisions/educations?sd=other &s=doctor%20of%20medicine &p=1).

Best Regards,

**Emily Taber**
*Assistant Director of Admissions*
Saba University School of Medicine
27 Jackson Road, Suite 301
Devens, MA 01434
Phone: **(978) 862-9661**
e.taber@saba.edu
www.saba.edu
Check out our upcoming events and webinars here: https://www.saba.edu/events- and-webinars/



**From** Redacted
**Sent:** Tuesday, February 28, 2023 1:21 PM
**To:** admissions@saba.edu
**Subject:** Re: 4 year MD program still available?

So then may I ask why the degree awarded after a 4 year program is listed as master of science on the world directory?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                      R3S00026545

On Tue, Feb 28, 2023 at 9:14 AM <admissions@saba.edu> wrote:

Good Morning,

Please refer to our website. Everything about the school and program is located here.

https://www.saba.edu/

Best Regards,

**Emily Taber**
*Assistant Director of Admissions*
Saba University School of Medicine
27 Jackson Road, Suite 301
Devens, MA 01434
www.saba.edu
Check out our upcoming events and webinars here: https://www.saba.edu/events-and-webinars/



**From** Redacted
**Sent:** Monday, February 27, 2023 5:24 PM
**To:** admissions@saba.edu
**Subject:** 4 year MD program still available?

Hi
I was wondering if you still offer the 4 year MD program.
I only see the Master of Science program being listed on the World Directory website.
Please advise.
Thanks
Redacted