# Exhibit 63

**Inspectie van het Onderwijs**
*Ministerie van Onderwijs, Cultuur en Wetenschap*

**Contactpersoon**
dr. ir. H.M. Jagtman
*Inspecteur van het Onderwijs*

**Datum**
1 november 2021

**Onze referentie**
30240940

**Auteur verslag**
dr. ir. H.M. Jagtman

# verslag
Bestuurlijke overleg

| | |
|---|---|
| Omschrijving | CONCEPT minutes |
| Vergaderdatum en -tijd | 13 oktober 2021, 15:00 - 16:40 ( time zone: AMS) |
| Vergaderplaats | online (webex) |

**Attendees for Saba University School of Medicine (SUSOM)**
- Steven Rodger, Managing Director
- Joseph Chu, President
- Patrick Donnellan, Executive Vice President
- Maurice Clifton, Executive Dean
- Duco Duchatteau, Assistant Dean

**Attendees for Inspectie van het Onderwijs (IvhO)**
- drs. E.E.M. (Esther) Deursen, waarnemend directeur toezicht ho
- dr.ir. H.M. (Ellen) Jagtman, senior inspecteur hoger onderwijs

**Items on the agenda**

1. **Welcome**
Ms Deursen welcomes all attendees. She refers to the only visit of the inspectorate in 2013 to SUSOM by her predecessor Erik Martijnse. The IvhO appreciates meeting each other online today. Ms Deursen explains the goals of the meeting. The IvhO will take minutes and send these to SUSOM attendees for correction.
Hereafter the attendees introduce themselves.

2. **Impression of SUSOM**
Mr. Rodger and Mr. Donnellan take the honour of guiding IvhO on a virtual tour of the campus showing the campus locations, the buildings' architecture and education, study, testing and leisure facilities in the buildings at Saba campus. Mr. Clifton elaborates on some of the facilities shown used in the Basic Science program during years 1 and 2 of the study program.
Students come to Saba island for the Basic Science program (y1 and 2). After passing the USMLE step 1 exam students start Clinical Rotations. These are conducted at affiliated teaching hospitals (y3 and 4). The teaching staff at these affiliated hospitals are Saba faculty members. Students take the USMLE step 2CK at the end of the program.
SUSOM had to combine Dutch legislation requirements, including the Dutch accreditation (via NVAO) with the Northern American physician license system. As SUSOM's program has been approved for participation in US Federal Financial Aid, US students are eligible to receive loans from the US department of education so long as SUSOM remails in compliance with their requirements.
Mr. Rodger explains the Dutch and US requirements were mapped. In case of differences in requirements, SUSOM aims to comply to the highest of both. Mr. Rodger is of the opinion the systems together help to organize the program. There

Pagina 1 van 3

**Datum**
1 november 2021

**Onze referentie**

are some cultural nuances between The Netherlands and the US one has to deal with in the study program. As an example Mr. Duchatteau mentions the difference in reliance on technology in diagnoses.

SUSOM has about 600 – 650 master students enrolled in their program. About 60% follow the basic science program and 40% the clinical rotations. SUSOM is proud of their high passing rate on the USMLE exams in students first attempt. Those who graduate finish their master program on average in about 4,5 years. Approximately 25% of the students pass USMLE step 1 at the end of year 2 directly. SUSOM's program ensures that students are well prepared for the USMLE exams in the first attempt. Since residency placement (after the master graduation) does not always start immediately after the master program students can take time to prepare themselves.

3. **Governance**

As SUSOM needs to comply with the Dutch Higher Education act (WHW) and US requirements, these frameworks together function as a robust system for the institution. When SUSOM was in the process of becoming a recognized Dutch institution (in Dutch: 'toetreding') the institution had to add two elements to their organisation: the Teaching and Exam Regulation (Onderwijs en ExamenRegeling, OER) and the Exam committee (Examencommissie). These elements formalised the procedures that were already operational at a functional level beforehand. In Mr. Rodger's opinion SUSOM benefits from the WHW. Responsibilities of the board, the exam committee and faculty are clearly defined in the WHW, which for example defines how changes in the curriculum should be made and which procedures faculty members should follow to realise such changes. SUSOM therefore does not experience boundaries due to their specific position in both The Netherlands and the US.

Mr. Rodger states the OER (Teaching and Exam Regulation) is the backbone of the SUSOM's master program. Every student should read it. The information is given to students multiple times.

Mr. Duchatteau is the linking pin with Dutch legislation. Also SUSOM is in contact with the Hague Corporate Affairs (Mr. Peter ter Horst). These contacts are important to inform the board about changes that should be made according to new or changing regulations. Mr. Rodger states that it is easier and more efficient to comply with the regulations.

Ms. Jagtman explains the type of information the IvhO has about private Dutch higher education institutes. One of these sources is complaints that the IvhO receives. Recently we received a complaint about SUSOM. We ask SUSOM to elaborate on the institute's procedures regarding complaints and the way students are informed about the procedures.

SUSOM distinguishes between two types of complaints: academic grievances and institutional complaints. The first (academic grievances) are complaints about for example test results. The second (institutional complaints) are for example about the university policy or circumstances. The procedures are available for students in the catalogue which is available on the school's website and the student handbook which is available on the school's intranet and is provided to students upon matriculation along with other documents including the OER. In case of academic matters students can contact the lecturer, hereafter the course director (examiner), the department chair, the promotion committee (a committee supervised and operating under authority granted by the exam committee), and if the issue still exists student can

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    R3S00026082

**Datum**
1 november 2021

**Onze referentie**
30240940

appeal at the associate dean. All decisions on students appeals are verified by the exam committee. The IvhO will contact SUSOM via Mr. Duchatteau if more information is needed regarding the complaints procedures of the institute.

Ms. Deursen asks the board how SUSOM deals with inappropriate behaviour from staff to students and vice versa, which currently is an important topic in The Netherlands. According to Mr. Rodger SUSOM has the formal procedures in place. These are not complicated. It however may be difficult for students to start conversations due to the nature of behavioural matters. Mr. Rodger worries more the matters the school does not hear about as opposed to those for which students feel comfortable enough to contact the institute. Especially the students in year 3 and 4 during their clinical rotations could be vulnerable. Students could be reluctant starting a formal procedure in fear of repercussion on their future careers. Therefore SUSOM through the assistant clinical deans both in hospital and at the administrative offices encourage an informal and confidential approach. These deans discuss issues heard from students only on a *know-need basis* with the hospital staff. Contact between mentor and mentee is a key element during the clinical rotations. SUSOM realises a safe learning community via their selection of hospitals, for example by working with multiple hospitals (a cluster) in the same area.

4. **Covid-19 pandemic and (distance) education**
The past 1,5 year has been extremely difficult for the teaching program. Although SUSOM managed to continue the program via distance learning, the virtual modality feels never as good as physical. The institution will get back to 100% in person teaching coming Friday, October 15th. The faculty staff did a 'better than a good job' according to Mr. Rodger.
Mr. Clifton elaborates on the challenges. The program management did not want to decrease in any of the standards in contrast to some other schools in the US who graduated their students early. Organising online exams was a logistic challenge to schedule students in multiple zoom meetings. Every student had to use two cameras. The faculty used AI tracking technology in conjunction with active proctoring (1 proctor per 10 students) to prevent cheating while the tests were taken. SUSOM also purchased special wearable cameras so physicians could effectively conduct lab sessions and show students skill practices during digital classes.
One thing SUSOM will continue to incorporate are practice owner talks via zoom or other online media by multiple specialists in which they talk to students about their jobs. Also SUSOMS with continue the bootcamps which serve to reinforce the clinical skills students learn in years 1 and2.
In order to look after students wellbeing the faculty organised gatherings in groups of five or six students during lunchtime in which they virtually got together with a faculty member and a counsellor. Even though it was a difficult job and Mr. Clifton does not want to go back to the past 1,5 years, the faculty did enjoy finding opportunities to continue and improve teaching the students.

5. **AOB (Any other business)**
None discussed.

6. **Closing**
Ms. Deursen thanks all attendees for the informative (online) meeting.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                            R3S00026083