# Exhibit 64



# Transcript of Steven Rodger

**Date:** September 5, 2024
**Case:** Ortiz -v- Saba University School of Medicine, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

```
             IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - x
NATALIA ORTIZ, on behalf of      :
herself and a class of           :
similarly situated persons,      :Case No
        Plaintiff,               :1:23-cv-12002-WGY
   v.                            :
SABA UNIVERSITY SCHOOL OF        :
MEDICINE; and R3 Education,      :
INC,                             :
        Defendants.              :
- - - - - - - - - - - - x


    REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF
                    STEVEN RODGER
              THURSDAY, SEPTEMBER 5, 2024
                    9:05 A.M. CST


JOB NO.: 548483
PAGES: 1 - 189
REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR
```

1    about the on-time completion rate.  Are there any                11:43:06
2    other quote/unquote consumer information that must               11:43:09
3    be disclosed, according to the Department of                     11:43:15
4    Education?                                                       11:43:16
5         A    Yeah.  There's a consumer information                  11:43:16
6    page.  I think it -- I think it may involve                      11:43:19
7    student default rates on loans and some other                    11:43:22
8    things.  I forget.  Patrick was our resident                     11:43:25
9    expert on those things.  Patrick Donnellan, again,               11:43:32
10   sorry.                                                           11:43:36
11            But it's -- all these things are not                    11:43:37
12   defined by us.  And that's why I'm saying those                  11:43:44
13   are useful because even if it's a bad definition,                11:43:48
14   at least everybody is using the same one                         11:43:51
15   or -- that's not even true.  At least everybody                  11:43:55
16   within certain guidelines is using a similar                     11:43:58
17   calculation.                                                     11:44:01
18        Q    Does the Department of Education include a             11:44:01
19   guideline for how to calculate attrition?                        11:44:05
20        A    No.  U.S. schools would never allow that               11:44:08
21   to happen because they don't want to be                          11:44:12
22   accountable for performance.                                     11:44:23
23        Q    Did Saba during your time as managing                  11:44:24
24   director track attrition in any sort of capacity,                11:44:28

1  not using a specific calculation but was there any    11:44:31
2  tracking of attrition?    11:44:35
3       A   We -- no.  The answer is no.  People threw    11:44:37
4  that term around but the answer is no.  People    11:44:44
5  threw that term around and it would be a continual    11:44:47
6  irritant to many of us at the organization, one,    11:44:52
7  because they had no idea what they were talking    11:44:56
8  about; and two, because the institution itself had    11:44:59
9  never defined what such a term would mean.    11:45:05
10          And so, therefore, there was no good use    11:45:08
11 for it.  That doesn't mean it wouldn't appear in    11:45:11
12 an e-mail by somebody, again, who had no idea what    11:45:18
13 they were talking about when they used that term    11:45:23
14 because they didn't have any idea what the    11:45:25
15 numerator should be and what the denominator    11:45:27
16 should be and whether that was acceptable to the    11:45:30
17 institution in terms of calculation.    11:45:33
18      Q   Did the institution have an idea of -- or    11:45:35
19 a guidelines as to what the numerator and    11:45:39
20 denominator should be?    11:45:41
21      A   No.  We didn't spend a minute -- people    11:45:43
22 who made as it would relate to that term didn't    11:45:47
23 spend a minute talking about it.  Marketing people    11:45:50
24 would love to talk about things that, hey, if we    11:45:52

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2     I, Karisa Ekenseair, the officer before
3  whom the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true
5  and correct record of the testimony given; that
6  said testimony was taken by me stenographically
7  and thereafter reduced to typewriting under my
8  direction; that reading and signing was not
9  requested; and that I am neither counsel for,
10 related to, nor employed by any of the parties to
11 this case and have no interest, financial or
12 otherwise, in its outcome.
13    IN WITNESS WHEREOF, I have hereunto set my
14 hand and affixed my seal this 10th day of
15 September, 2024.
16 My commission expires: 6-18-2028
17
18
19          Karisa Ekenseair, CCR RPR RMR
20
21
22
23
24