# Exhibit 65



# Transcript of Donald Donahue

**Date:** October 31, 2024
**Case:** Ortiz -v- Saba University School of Medicine, et al.

**Planet Depos**

**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com

**www.planetdepos.com**

**Michigan #8598 | Nevada #089F | New Mexico #566**

1              IN THE UNITED STATES DISTRICT COURT

2                  DISTRICT OF MASSACHUSETTS

3        - - - - - - - - - - - - - -x

4        NATALIA ORTIZ, on behalf of :

5        herself and a class of      :

6        similarly situated persons, :  Case No

7              Plaintiff,            :  1:23-cv-12002-WGY

8          v.                        :

9        SABA UNIVERSITY SCHOOL OF   :

10       MEDICINE; and R3 Education, :

11       INC,                        :

12             Defendants.           :

13       - - - - - - - - - - - - - -x

14

15        REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF

16                     DONALD DONAHUE

17                THURSDAY, OCTOBER 31, 2024

18                     9:04 A.M. CST

19

20

21

22       JOB NO.: 557670

23       PAGES: 1 - 159

24       REPORTED BY: KARISA EKENSEAIR, CCR RPR RMR

25

1   difficult number to understand?                          11:44:18

2       A   Where do you count it, the people just          11:44:19

3   provide, starts in the seats on day one and the         11:44:23

4   people two hours later decide to leave because          11:44:25

5   they don't like the island or three weeks into          11:44:27

6   school they leave because they miss their families      11:44:29

7   or, you know, I could go on and on and on.              11:44:34

8   There's always a fair amount of people that left        11:44:37

9   Saba because of very non -- not academic reasons        11:44:41

10  whatsoever.                                             11:44:43

11          And so it was -- why do they differ.  And      11:44:44

12  there are times when I would sit in meetings and        11:44:48

13  we would have, you know, graduates who sit there        11:44:51

14  and say we had no attrition.  And I would say, you      11:44:54

15  know, that's not correct; there's always              11:44:56

16  attrition.  You know, what you find is people --        11:44:58

17  you know, the people who are going to make it           11:45:00

18  through tend to hang out with the other people who      11:45:02

19  are going to make it through and you kind of            11:45:04

20  forget about the ones that maybe self-selected          11:45:04

21  into a different group and -- and left after two        11:45:06

22  months of the school.                                   11:45:09

23          And so it just became a very -- it's an         11:45:10

24  impossible number to -- to identify what attrition      11:45:12

25  really meant.                                           11:45:15

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, Karisa Ekenseair, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13        IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my seal this 12th day of

15   November, 2024.

16   My commission expires: 6-18-2028

17

18

19   _____

20   Karisa Ekenseair, CCR RPR RMR

21

22

23

24

25