# Exhibit 68

| | |
|---|---|
| **Message** | |
| **From**: | Saba University School of Medicine [admissions@saba.edu] |
| **Sent**: | 7/15/2019 9:35:05 AM |
| **To**: | norti044@fiu.edu |
| **Subject**: | Ready for Anatomy? |



# Your First Semester in Med School…

For years, the first-year course in **Anatomy** defined the medical school experience. While some schools have dropped the course, at top medical schools— including Saba University School of Medicine—it's a key part of the curriculum.

Giving our students the opportunity to experience Anatomy—and plenty of hands-on patient experience—are key reasons why Saba students consistently achieve a 99% first-time pass rate on the USMLE and earn outstanding residency placements.

At Saba, we are committed to having a curriculum at the forefront of medical education. Watch these video interviews with recent Saba graduates and learn more.

[Videos]

At Saba, our class sizes are intentionally small to provide the kind of experience that we know is essential to the education of great doctors. We are now accepting students for new classes starting in January, May and September.

Saba University School of Medicine | P.O. Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions



Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000295