# Exhibit 71

Message

| | |
|---|---|
| **From**: | Saba University School of Medicine [admissions@saba.edu] |
| **Sent**: | 6/8/2019 9:35:04 AM |
| **To**: | Norti044@fiu.edu |
| **Subject**: | Saba University Is Your Big Advantage! |





Saba's 100% first-time pass rate on the USMLE Step 1 outperforms most medical schools—and is the clear leader among international schools.



Saba gets you where you want to go: from 2013-2018, 94% of eligible Saba grads attained residency and are currently practicing across the U.S. and Canada.



For an idea of where you can go with a medical degree from Saba look no further than the top appointment Saba graduates earned in 2018 at Cleveland Clinic (Orthopedic Surgery), MedStar/Johns Hopkins (General Surgery), University of Ottawa (Head & Neck Surgery, Bridgeport Hospital/Yale (Internal Medicine) and other top institutions. See the complete **list** here.



Take advantage of Saba's reputation and experience gained over more than 25 years of educating doctors—a proven environment for medical education that puts you and your success first.

P-000320



Saba University School Of Medicine | P.O Box 1000, Saba, Dutch Caribbean | (978) 862-9600 | Email Admissions

Copyright 2018 Saba University School of Medicine | Privacy Policy

Follow this link to update your communication preferences: Contact Preferences

27 Jackson Road Suite 301, Devens, MA, 01434, United States

P-000322