UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,** )<br>)<br>*Plaintiff*, )<br>)<br>**v.** )<br>)<br>)<br>**SABA UNIVERSITY SCHOOL OF MEDICINE AND R3 EDUCATION, INC.,** )<br>)<br>*Defendants*. ) | **1:23-cv-12002-WGY**<br>**CLASS ACTION** |

## CERTIFICATE OF SERVICE

Patrick T. Egan, being duly sworn, deposes and says under penalty of perjury:

I am an attorney admitted to practice in this Court and a partner in the Boston office of Berman Tabacco. I am over the age of 18 years and am not a party to this action.

I hereby certify that, on December 6, 2024, the following documents were filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filings (NEF):

- PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

- PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

- PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFF'S COUNTERSTATEMENT OF MATERIAL FACTS **[REDACTED VERSION]**

1

- DECLARATION OF MARGARET M. SILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

- CERTIFICATE OF SERVICE

Lastly, I further certify that true and correct *unredacted* copies of the following documents were be served by email on the Counsel of Record for Defendants listed below on Friday, December 5, 2024:

- PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFF'S COUNTERSTATEMENT OF MATERIAL FACTS **[UNREDACTED/CONDITIONALLY UNDER SEAL VERSION]**

- EXHIBITS 33, 34, and 38 TO THE DECLARATION OF MARGARET M. SILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT **[UNREDACTED/CONDITIONALLY UNDER SEAL VERSIONS]**

<u>SERVICE VIA EMAIL ON COUNSEL OF RECORD FOR DEFENDANTS</u>

LOCKE LORD LLP

Daryl J. Lapp
daryl.lapp@lockelord.com

Dale A. Evans, Jr.
dale.evans@lockelord.com

Michael J. McMorrow
michael.mcmorrow@lockelord.com

Nathalie M. Vega
nathalie.vega@lockelord.com

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at Boston, Massachusetts on December 6, 2024

/s/ *Patrick T. Egan*