# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff<br><br>     v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

## REBUTTAL EXPERT REPORT OF PRZEMYSLAW JEZIORSKI, PHD

I, Przemyslaw Jeziorski, PhD, declare as follows:

### I.    Introduction

1.    My name is Przemyslaw Jeziorski. I am an Associate Professor of Marketing at University of California Berkeley. My curriculum vitae, which describes my qualifications, includes a list of all publications authored in the previous 10 years, and includes a list of all other cases in which I have testified as an expert at trial or by deposition during the previous 4 years, is attached as Exhibit 1.

2.    I have 20 years of experience as a scholar in marketing and economics, holding a PhD in Business Administration with a focus on Economics from Stanford Graduate School of Business. Additionally, I have earned master's degrees in economics, mathematics, and quantitative methods.

3.    I serve as an Associate Editor for *Management Science* and *Quantitative Marketing and Economics*, and I am a member of the editorial board for *Marketing Science*. All of these are highly esteemed academic journals in the field of marketing.

4.    For the past 14 years, I have taught in the Berkeley Haas MBA program, mentoring over 1,000 MBA students and dozens of PhD students in the field of marketing.

5.    For 14 years, I have been a member of the Berkeley Haas PhD admissions committee, where I am co-responsible for PhD admissions yield and retention. I am well-

versed in industry-standard practices for reporting graduate degree statistics and understand the decision-making process of prospective students.

6. I have provided consultation and expert witness testimony in several litigation cases involving marketing strategy, including those related to medical and educational products.

## II.    Summary of Assignment

7. The defendants' counsel requested that I review the declaration and report of William W. Pinsky, MD, as well as the documents related to his opinion, including the complaint filed by the plaintiff, the memorandum of law in support of the motion for class certification, and the reply in support of the motion for class certification. A complete list of the documents I reviewed in connection with this report is contained in Exhibit 2.

8. I find the declaration and report of Dr. Pinsky deficient in several areas, which I have detailed in this document.

9. I reserve the right to supplement this report as new information becomes available.

## III.    Value of Partial Education

10. In paragraph 18 of his declaration and paragraph 39 of his report, Dr. Pinsky asserts that "*a partial medical education, specifically from a Caribbean medical school, has little to no economic value by itself*" without presenting empirical evidence or citing relevant literature.[1] His statement contradicts a body of economic research, which demonstrates that students may still derive value from the knowledge, skills, and experiences gained during their education, even without completing a degree. This value includes but is not limited to: (i) the option value of continuing the medical degree at Saba

---

[1] Indeed, Dr. Pinsky testified in his deposition that he is unaware of any academic literature or studies supporting his theory (Pinsky Dep. 202:18-203:1) and that he did not utilize any models to measure the returns Plaintiff or the class received for their partial medical education. Pinsky Dep. 201:3-201:14.

University School of Medicine or another institution, (ii) transfer credits,[2] and (iii) complementarities between the knowledge gained from medical school courses and future educational or occupational pursuits, such as veterinary or nursing programs among others.

    i.    Value of continuing: Economic research indicates that students demonstrate persistence in obtaining a medical education, often resuming their degrees following the initial set back. For instance, 41% of students who are initially not admitted to medical schools eventually complete their degree.[3] Additionally, over 10% of students do not complete their medical degree within the standard four years but go on to finish it within six years.[4]

    ii.    Transfer credits: Dr. Pinsky states that students have the option to transfer to "lower-tiered Caribbean schools," which further confirms the economic value of partial education (and concedes by implication Dr. Pinsky's understanding that Saba is a first-tier Caribbean medical school).[5] Transferring enables students to complete their medical degree, or any degree that accepts transfer credits, more quickly than starting from the beginning, thereby saving both time and tuition fees.

---

[2] Documents provided by Defendants, which I understand have been produced in this litigation, indicate that over 50 students who enrolled during the class period have transferred to other medical schools. See Saba Enrollment from September 2017 to August 2023 (R3S00011799), Defendant's Answer to Interrogatory No. 12 (R3S00011839).

[3] Ketel, N., Leuven, E., Oosterbeek, H., & van der Klaauw, B., "The Returns to Medical School: Evidence from Admission Lotteries." *American Economic Journal: Applied Economics*, 8(2), 225-254 (2016).

[4] AAMD Data Snapshot, October 2023, available at:

https://www.aamc.org/media/48526/download (accessed Sept. 15, 2024).

[5] Dr. Pinsky conceded in his deposition that he did not review any records regarding student transfers from Saba during the class period. Pinsky Dep. 204:14 – 204:19; 208:6 – 208:11.

iii. Future career plans: While evidence on the career paths of students with partial medical school education is limited, it has been documented that students who are admitted but do not graduate from medical schools predominantly pursue other medical-related fields.[6] The potential overlap between medical school coursework and other medical professions reinforces the value of the education even if the degree is not completed.

11.     A common measure of the value of education used by the scholars in labor economics is the number of years of schooling. A seminal reference, Card (1999),[7] states that *"The use of years of completed education as a measure of schooling has a long history in the United States. Such data were collected in the 1940-1980 Decennial Censuses and in the Current Population Surveys* ["CPS"] *from the 1940s to the early 1990s. Years of schooling has substantial face validity in the US education system…"* Following this methodology, each year of schooling has a separate value for the student. Summing over the completed years produces the estimate of partial value of education depending on the number of completed years.

12.     Card (1999) further documents that the estimated returns to education are remarkably proportional to the number of years of schooling. He suggests that *"it may be reasonable to assign an estimate of the years of completed education to each reported education class and assume a linear functional form."*[8]

---

[6] Ketel, N., Leuven, E., Oosterbeek, H., & van der Klaauw, B. "The Returns to Medical School: Evidence from Admission Lotteries." *American Economic Journal: Applied Economics,* 8(2), 225-254 (2016).

[7] Card, D. "The Causal Effect of Education on Earnings." *Handbook of Labor Economics, 3,* 1801-1863 (1999).

[8] The study notes that the highest degrees, including MDs, experience a jump at year 18 of schooling, which may suggest additional value of completing the MD beyond the usual per-year value. However, in Footnote 11 the authors note that *"Individuals with a medical or law degree, for example, have at least 20 years of schooling…"* but the data is censored at year 18, i.e., the individuals with more than 18 years of schooling are reported as 18.

4

13.     Dr. Pinsky attributes the entire value of education to the so-called "sheepskin" effect—the wage premium associated with completing the final year of a degree. The sheepskin effect is a contested hypothesis within labor economics, with mixed evidence both supporting[9] and refuting it.[10] Importantly, even studies that find substantial sheepskin effects still document significant value of partial education, although the ratio of these two values may vary. This suggests that the allocation of value between years of schooling and sheepskin effect should be analyzed on case-by-case basis.

14.     The most common methodology to measure returns to education is the semi-logarithmic model "*form adopted in Mincer (1974)[11] and hundreds of subsequent studies.*"[12] This model suggests that the marginal value of an additional year of education is heterogeneous across individuals and may depend on factors such as demographic characteristics, years of experience, and student ability. The latter factor complicates assessments, as the value of education, including partial education, can vary from student to student due to hard-to-measure differences in ability prior to entering school. For example, a well-regarded study by a Nobel Prize-winning author notes that "*the magnitude of heterogeneity in returns [...] is substantial: returns can vary from −15.6 percent (for*

---

The authors note that this would produce a jump at 18 years of schooling, even if the returns are linear in the number of years.

[9] Hungerford, Thomas and Gary Solon, "Sheepskin Effects in the Return to Education", *Review of Economics and Statistics* 69: 175-177 (1987); Belman, Dale and John Heywood "Sheepskin Effects in the Return to Education", *Review of Economics and Statistics* 73: 720-724 (1991).

[10] Park, Jin Heum, "Returns to Schooling: a Peculiar Deviation from Linearity", Working Paper No. 335 (1994).

[11] Mincer, Jacob, "Schooling, Experience and Earnings" (Columbia University Press, New York (1974)).

[12] See page 1813, Card, D., "The Causal Effect of Education on Earnings." *Handbook of Labor Economics*, *3*, 1801-1863 (1999).

*high-ability U.S. individuals who would lose from attending college) to 28.8 percent per year of college."[13]*

15.     Because of the above heterogeneity in the value of education, including partial education, damages from any possible misconduct by the school would need to be evaluated on case-by-case basis.

16.     As an educator with 20 years of experience, I assert that the primary educational product offered by a university is the opportunity to pursue a degree. The university does not sell or promise a degree, unless corresponding academic standards are satisfied by a student. In this perspective, the institution meets its obligations by providing classes, resources, and support that facilitate a student's progress toward degree completion. If the university fulfills its responsibilities -- such as offering courses, making advisors accessible, and providing reasonable access to facilities -- it has conferred that value.[14]

## IV.    Choice of Schooling

17.     Students take a variety of factors into account when choosing their education. These factors potentially include, but are not limited to, employment prospects, the incremental value of both partial and complete education, as well as admission and graduation rates.

18.     Economic literature has long emphasized self-selection of students into colleges based on institutions' incremental impact on students' wages, or the investment

---

[13] See page 2767, Carneiro, P., Heckman, J. J., & Vytlacil, E. J., "Estimating Marginal Returns to Education." *American Economic Review*, 101(6), 2754-2781 (2011).

[14] *See Bleiler v. Coll. of Holy Cross*, No. CIV.A. 11-11541-DJC, 2013 WL 4714340, at *18 (D. Mass. Aug. 26, 2013) (holding that plaintiff's unjust enrichment claim failed because the student received what he paid for—an education, academic credit, room, board and other services).

utility.[15] It has been established that "*the investment utility derived from a particular school is determined by the quality of the career options—in terms of expected lifetime financial remuneration, prestige and occupational satisfaction—available to a student upon graduation from the institution. The investment utility of a college is difficult to properly conceptualize and specify.*"[16]

19.     After reviewing the literature on student self-selection, I have found no evidence to suggest that attrition rates are a major factor considered by students when choosing an academic institution.

20.     Considering the above findings, the claim of Dr. Pinsky that "*prospective medical students would need to know Defendants' unanticipated—and unpublished—high attrition rates*" lacks foundation. Dr. Pinsky does not provide evidence or cite any studies to suggest that the omission of attrition rates would result in substantial harm to students.

## V.     Reporting of Graduation and Attrition Rates

21.     Based on my experience as an educator, there is no uniform standard for measuring graduation and attrition rates.[17] Likewise, Dr. Pinsky testified in his deposition that he is not aware of any published criteria for calculating attrition for U.S. or Caribbean medical schools.[18] While graduation and attrition rates are generally inversely related, they capture different aspects of student dynamics. Attrition rates may be reported by year in the program before on-time graduation, such as freshman or sophomore attrition rates,

---

[15] Willis, Robert J., and Sherwin Rosen, "Education and Self-Selection." *Journal of Political Economy*, 87(5): S7–36 (1979).

[16] See page 2, Nurnberg, P., Schapiro, M., & Zimmerman, D., "Students Choosing Colleges: Understanding the Matriculation Decision at a Highly Selective Private Institution." *Economics of Education Review, 31*(1), 1-8 (2012).

[17] Unlike On-Time U.S. Completion Rates and first-time USMLE Step 1 pass rates, both of which have definitions given by regulators.

[18] Pinsky Dep. 167:1-167:6.

whereas graduation rates are typically reported based on the number of years it takes to graduate, such as 4-year, 6-year, or 10-year rates for a 4-year program.

22. This measurement of both attrition and graduation rates is complex due to several factors: (i) some students take leaves of absences and may or may not resume their degree after the leave, (ii) dropouts and dismissals may occur for academic or non-academic reasons, and (iii) rates can vary significantly by year. Given the lack of standardization of the term "attrition" in the academic context, there are numerous variables that a university could choose to include or omit in any calculation of an attrition rate. Moreover, certain medical schools offer other graduate programs to which MD students may transfer.[19] Whether those students would be considered in any attrition rate is yet another complicating factor.

23. As for graduation rates, the AAMC 2023 Data Snapshot[20] reports three different aggregate graduation rates for U.S. medical schools, and these rates further vary depending on the year of matriculation and the type of medical degree pursued.

24. Dr. Pinsky claims that *"the average attrition rate for American medical schools is less than 10%,"* but does not specify which attrition rate he is referencing. Upon reviewing the original AAMC data for clarification, I found that he likely chose one of the more favorable graduation rates reported by the AAMC to calculate this figure. Using different graduation rates may deliver a more nuanced answer, for instance, the 4-year on-time graduation rate for U.S. medical schools can be as low as 81.7% for the 2008-2009 matriculation cohort, which would suggest an attrition rate of 18.3%, if that is how one would calculate such an undefined rate.

---

[19] See, e.g., (all accessed Sept. 15, 2024):

https://www.sgu.edu/academic-programs/graduate-studies/

https://xusom.com/post-graduate-programs/

[20] https://www.aamc.org/media/48526/download (accessed Sept. 15, 2024).

25.     Graduation and attrition rates can be influenced by a variety of factors that may not reflect the quality of the institution itself. For example, students may leave due to financial hardship, personal reasons, or transferring to another school. To illustrate the extent of this for medical schools, I note that *"From 1998-1999 through 2017-2018, more medical students left medical school due to nonacademic reasons than due to academic reasons, according to data reported by medical school registrars in the AAMC Student Records System (SRS)."*[21] Moreover 2014 AAMC Report[22] states that *"... medical students who took a leave of absence (LOA) for any reason (i.e., academic, health, or other) have, on average, an eight-year graduation rate ranging from 62 to 72 percent."*

26.     Further, Austin and Oseguera's (2005)[23] study of graduation rates in U.S. 4-year colleges reveals that "more than two-thirds of the variation among institutions in their completion rates can be attributed to differences in the characteristics of entering classes, rather than the effectiveness of retention programs." They also emphasize that "comparing institutions based solely on their completion rates can be highly misleading if the academic preparation and other characteristics of their students are not considered." The authors propose a methodology to adjust graduation rates, making them more reflective of the school's value added, by comparing predicted graduation rates—based on the characteristics of the entering class—with actual graduation rates. Conducting such a study would require data from multiple cohorts of students across various institutions, like the data used in Austin and Oseguera (2005).

---

[21] AAMC 2023 Data Snapshot

https://www.aamc.org/media/48526/download (accessed Sept. 15, 2024).

[22] Graduation Rates and Attrition Factors for U.S. Medical School Students, AAMC 2014

https://www.aamc.org/media/7566/download?attachment (accessed Sept. 15, 2024).

[23] Astin, A. W., & Oseguera, L., *"Degree Attainment Rates at American Colleges and Universities"*. Higher Education Research Institute (2005).

27.     Although Austin and Oseguera (2005) analyze data on U.S. 4-year colleges, Dr. Pinsky confirms their result in his Report ¶ 33, by stating that "These higher attrition rates are generally attributable to lower *academic admission standards*, as evidenced by less stringent admission requirements discussed above." Thus, combining the reasoning of Austin and Oseguera (2005) and Dr. Pinsky's Report ¶ 33, I conclude that comparing *Caribbean medical schools* based solely on their completion rates, without applying a correction proposed by Austin and Oseguera, would be misleading.

28.     The empirical evidence in ¶ 26 and ¶ 27 is in opposition to the claim by Dr. Pinsky (See Dr. Pinsky's Declaration, ¶ 22.), that Saba's "...attrition rate wholly undermines Defendants' advertisements that Saba's 98% USMLE Step 1 first-time pass rate evidences a 'top-quality medical institution.'" On the contrary, without accounting for the differences in the incoming pool of students, attrition rates would carry little (i.e., at most 33%) information about the value added of the school.

29.     Similarly to ¶ 28, the empirical facts also undermine Dr. Pinsky's claim in his Report ¶ 36 that "No matter the cause, high attrition at a Caribbean medical school is a sign that—unlike U.S. medical schools, where nearly all students who enroll sit for and pass the USMLE Step 1—the school is not successfully educating large portions of the students who enroll." On the contrary, as demonstrated, the cause of the attrition is crucial when judging the school's value added. Specifically, from the perspective of the admitted student, using unadjusted attrition rates could be misleading about the ability of the school to provide education. Empirical facts indicate that a student observing a low attrition rate should predominantly conclude that the school has more stringent admission standards, as opposed to signaling larger value-added.

30.     Because of the above complications, schools typically do not emphasize graduation and attrition rates in their informational and promotional materials. Reporting a single graduation rate might oversimplify the data, and schools may prefer not to publish

incomplete or misleading information. Given the lack of standardization of the term attrition, there is also a risk that schools would calculate these rates differently.

31.     The Educational Commission for Foreign Medical Graduates (ECFMG), a U.S.-based organization that certifies international medical graduates, does not publish graduation or attrition rates on their main "resources" page, nor could I locate this in any other part of their website. Dr. Pinsky also conceded in his deposition that the ECFMG has not adopted a standard definition of attrition.[24] In contrast, ECFMG includes various other statistics, such as overall USMLE pass rates, which are obviously conditional on taking those exams.[25]

32.     When a student is deciding among schools, they are choosing from a set of viable institutions where admission is possible. Therefore, the decision to publish any potentially relevant statistics, including graduation rates, should be assessed by comparing the institution to a relevant comparison group.

33.     I identified a comparison group for Saba University School of Medicine consisting of St. George's University, Ross University School of Medicine, the American University of the Caribbean School of Medicine, and the American University of Antigua. My criteria included geographic location, recognition by the ECFMG, similar admission GPA, and comparable USMLE pass rates.[26]

---

[24] Pinsky Dep. 116:18-116:22.

[25] https://www.intealth.org/data/#match (accessed Sept. 15, 2024).

[26] There is no standard ranking of Caribbean medical schools. Resources I based my ranking on include discussions with counsel, official school websites, and the following supplementary websites (all accessed Sept. 15, 2024):

https://www.prospectivedoctor.com/best-medical-schools-in-caribbean/

https://www.medschoolcoach.com/caribbean-medical-schools/

34. While each of these competitors advertises its first-time USMLE pass rates, only St. George's University (SGU) publishes graduation rates, though the figure is not prominently displayed on its website. It reports that "SGU's School of Medicine graduation rate is 87% for all students who began in Academic Year 2017" accompanied by footnote indicating that the number is "Based on the number of students who have completed the Doctor of Medicine (MD) program as of May 2023."[27]

35. Notably, SGU does not disclose the methodology for calculating its graduation rate. For example, simply dividing the number of graduates in 2023 by the size of the 2017 class could produce a biased 6-year graduation figure, if enrollment numbers vary from year to year, because student cohorts are not properly tracked.

36. Additionally, SGU does not publish graduation rates for other matriculation years or varying time gaps between matriculation and graduation. Reporting these figures may provide a more complete picture of the graduation rates, especially considering large variations documented by previously cited AAMC data.

37. It is worth noting that *none* of these competitor schools advertises an "attrition rate" nor does Dr. Pinsky attempt to identify the attrition rate of any specific U.S. or Caribbean medical school, while conceding that attrition is higher at Caribbean medical schools in general than it is at U.S. medical schools. *See* Pinsky Report, ¶ 33. In fact, Dr. Pinsky conceded in his deposition that he has not personally evaluated Saba's attrition rate or the underlying causes of Saba's attrition rate and does not definitively know the attrition rates of *any other* Caribbean medical schools.[28]

38. Although there is no uniform standard for measuring attrition rates, medical schools authorized by the U.S. Department of Education to receive Title IV funding are

---

[27] https://www.sgu.edu/academic-programs/school-of-medicine/facts-and-figures/ (Accessed Sept. 16, 2024).

[28] Pinsky Dep. 134:1-134:3; 134:22-134:24; 136:12-136:15.

required to report their On-Time Completion Rate for U.S. Students, which is subject to a uniform standard.[29] I have confirmed Saba reported its On-Time Completion Rate for U.S. Students during the applicable class period.[30]

## VI. Statement of Compensation

I am being compensated at a rate of $1,000 per hour for my work in preparing this report. I am being compensated at a rate of $1,500 per hour to testify in depositions or court proceedings. My compensation is not contingent upon the outcome of this litigation or the substance of my conclusions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 2nd day of October 2024 in Berkeley, California.

10/4/2024

Przemysław Jeziorski, PhD

---

[29] See Federal Student Aid Letter (GEN-12-20): Consumer Information Reporting Requirements for Foreign Graduate Medical Schools.

[30] https://studentaid.gov/understand-aid/types/international/saba-university-school-medicine (last visited September 24, 2024).

13

# Exhibit 1

RESEARCH
INTERESTS        Quantitative Marketing, Industrial Organization, Antitrust and Regulation, Digital Marketing,
                 Fintech

EMPLOYMENT
                 *Associate Professor of Marketing (with tenure)*                    **July 2018 − present**
                 *Egon & Joan Von Kaschnitz Distinguished Professorship*
                 *Barbara and Gerson Bakar Faculty Fellow*
                 *Schwabacher Fellow*

                 *Co-founder, Board of Directors*                                    **Jan 2023 − present**

                 *Co-founder, Board of Directors*                                    **Jan 2016 − present**

                 **Haas School of Business**, Berkeley, CA                           **Jan 2012 − July 2018**
                 *Assistant Professor of Marketing*

                 **National University of Singapore**, Singapore                     **Aug 2015 − Sept 2015**
                 *Senior Research Fellow*

                 **Johns Hopkins University**, Baltimore, MD                          **July 2010 − Dec 2011**
                 *Assistant Professor of Economics*

                 **Microsoft Research**, Mountain View, CA                           **Sep 2008 − June 2010**
                 *Visiting Scholar*

                 **Stanford University**, Stanford, CA                               **Aug 2008 − June 2010**
                 *Research Assistant*

                 **Microsoft Research**, Mountain View, CA                           **June 2008 − Sep 2008**
                 *Research Intern*

                 **University of Arizona**, Tucson, AZ                               **Aug 2004 − July 2008**
                 *Lecturer and Teaching Assistant*

EDITORIAL SERVICE    **Associate Editor**
                     *Management Science, Quantitative Marketing and Economics*

                     **Editorial Board**
                     *Marketing Science*

EDUCATION        **Stanford Graduate School of Business**, Stanford, CA
                 Ph.D. Economic Analysis and Policy                                  **2006 − 2010**
                 - Dissertation Title: *Essays in Mergers and Antitrust*
                 - Primary adviser: Peter Reiss

- Additional Committee Members: Lanier Benkard, Benjamin van Roy, Ilya Segal, Ali Yurukoglu

**University of Chicago**, Chicago, IL

Price Theory Scholar, Becker Center at Booth School of Business    **2008 − 2009**

**University of Arizona**, Tucson, AZ

M.S. Mathematics    **2004 − 2006**
- Thesis Title: *Numerical and Analytical Solutions to Dynamic Games*
- Primary Adviser: Moysey Brio

M.A. Economics    **2004 − 2006**
- Primary Adviser: Rabah Amir

**Warsaw School of Economics**, Warsaw, Poland

M.A. Quantitative Methods and Information Systems    **2001 − 2004**
- Thesis Title: *Methods of Stochastic Search*
- Primary Adviser: Tomasz Szapiro

B.A. Quantitative Methods and Information Systems    **2001 − 2004**
- Thesis Title: *Migrations of Human Capital and Economic Growth*
- Primary Adviser: Tomasz Szapiro

PUBLISHED
PAPERS

*Empirical Model of Dynamic Merger Enforcement – Choosing Ownership Caps in U.S. Radio*
2023, *Management Science*, find at `http://`          me

*Skimming from the bottom: Empirical evidence of adverse selection when poaching customers*
(with E. Kransokutskaya and O. Ceccarini)
2019, *Marketing Science*, 38(4): 543-566, find at `http://`          me

*Advertiser prominence effects in search advertising*
(with S. Moorthy)
2017, *Management Science*, 64(3): 983-1476 find at `http://`          me

*Mobile Money in Tanzania*
(with N. Economides)
2017, *Marketing Science*, 36(6): 815-837 (lead article), find at `http://`          me

*Dynamic Auction Environment with Subcontracting*
(with E. Krasnokutskaya)
2016, *RAND Journal of Economics*, 47(4): 751-791 (lead article), find at `http://`          me

*Oblivious Equilibrium for Concentrated Industries*
(with C. L. Benkard and G. Y. Weintraub)
2015, *RAND Journal of Economics* 46(4): 671-708 (lead article), find at `http://`          me

*What Makes them Click: Empirical Analysis of Consumer Demand for Search Advertising*
(with I. Segal)
2015, *AEJ: Microeconomics*, 7(3): 24-53, find at `http://`          me

*Estimation of Cost Synergies from Mergers: Application to U.S. Radio*
2014, *RAND Journal of Economics*, 45(4): 816-846, find at `http://`          me

*Effects of Mergers in Two-sided Markets: The U.S. Radio Industry*
2014, *AEJ: Microeconomics*, 6(4): 35-73, find at `http://`          me

*Structural models of complementary choices*
(with S. Berry, A. Khwaja, V. Kumar, A. Musalem, K. Wilbur,
   G. Allenby, B. Anand, P. Chintagunta, M. Hanemann, A. Mele)
2014, *Marketing Letters*, 25(3): 245-256, find at `http://`       me

WORKING
PAPERS

*Quantifying Diminishing Return to Mammography Screenings Using Individual Medical Histories*
(with Teck-Hua Ho and Sadat Reza)
2023, under review, find at `http://`     me

*Adverse Selection and Moral Hazard in a Dynamic Model of Auto Insurance*
(with E. Kransokutskaya and O. Ceccarini)
2023, under review, draft available by request

*How to "buy" honest reviews*
(with K. Michelidaki)
2023, under review, find at `http://`     me

*Consequences of Dynamic Pricing in Competitive Airline Markets*
(with N. Chen)
2023, under review, find at `http://`    me

*SMS Training and Micro-Entrepreneurship Performance*
(with G. Iyer and W. Fuchs)
2023, under review, find at `http://`    me

*Nonstationary Oblivious Equilibrium*
(with C. L. Benkard, B. Van Roy and G. Y. Weintraub)
2009, preliminary draft, find at `http://`    me

GRANTS

Clausen Center,
*Fintech Innovation to Promote Financial Access and Contactless Banking During Pandemics, PI* – $12,500    **2021**

Institute for Business and Social Impact Berkeley Fintech and Financial
Inclusion Initiative,
*Fintech Innovation to Promote Financial Access and Contactless Banking During Pandemics, PI* – $65,000    **2021**

Center for Equity, Gender & Leadership,
*Credit Access and Determinants of Entrepreneurial Success, PI* – $5,000    **2020**

Clausen Center,
*Credit Access and Determinants of Entrepreneurial Success, PI* – $5,000    **2020**

Fisher Center for Business Analytics,
*Credit Access and Determinants of Entrepreneurial Success, PI* – $15,000    **2020**

CEGA-VISA Financial Inclusion Lab Pilot Funding
*Financial Inclusion and Credit Contracts in Repeated Borrowing Relationships, PI* – $20,000    **2016**

Bill & Melinda Gates Foundation
*Mobile Banking in Africa, PI* – $35,000    **2013**

| HONORS AND AWARDS | Barbara and Gerson Bakar Faculty Fellow | **2019-2020** |
|---|---|---|
| | Schwabacher Fellow | **2018** |
| | Best paper award, Warsaw International Economic Meeting | **2009** |
| | Stanford GSB Fellowship | **2006-2010** |
| | University of Arizona Fellowship | **2004-2005** |

| EXPERT SERVICES | **Marketing and Economics** | |
|---|---|---|
| | *Multiple Plaintiffs v. Abbott Laboratories*<br>Marketing expert report<br>Health care, direct to consumer advertising and promotion | **2023** |
| | *U.S. v. Shah and Smith S4 19 Cr. 833 (SHS)*<br>Marketing expert consultation, case settled before trial<br>Sales, Customer resource management, Pricing strategy, Returns, Chargebacks | **2022** |
| | *Multiple Plaintiffs v. Kimberly-Clark Corp., et al.*<br>Marketing expert report, deposition<br>Class action, recall of personal hygiene/pediatric care product, estimation of damages | **2022** |
| | *City and County of San Francisco and the People of the State of California by and through the City Attorney Dennis Herrera v. Purdue et al.*<br>*Case No. 3:18-cv-07591- CRB*<br>Marketing expert report, deposition and court testimony<br>Enumerating promotional activities, pricing strategy, co-pay cards, digital marketing | **2021** |

| TEACHING EXPERIENCE | **Berkeley Haas** | |
|---|---|---|
| | *MBA 263: Marketing Analytics*<br>Teaching rating: 6.12/7.00 | **2014-2023** |
| | *PHDBA 269B: Choice Models*<br>Teaching rating: 7.00/7.00 | **2017-2023** |
| | *PHDBA 297T: Computational Methods for Economics and Marketing*<br>Teaching rating 7.00/7.00 | **2014-2016** |
| | *UGBA 106: Introduction to Marketing (Undergraduate)* | **2012-2013** |
| | **Johns Hopkins University** | |
| | *Multi-agent numerical methods (PhD)* | **2010-2012** |
| | **Stanford University** | |
| | *Teaching Assistant: Graduate Microeconomics* | **2010** |
| | **University of Arizona** | |
| | *Lecturer: Economics of Information* | **2009** |
| | *Teaching Assistant: Graduate Macroeconomics, Industrial Organization, Graduate* | |

*Microeconomics, Intermediate Microeconomics, Economics of Regulated Industries* **2004-2006**

**ACADEMIC**
**SERVICES**

**Conferences**
*SICS Conference, Marketing Analytics Day Organizer* **2015-2019**

**Journal Referee**
*Games and Economic Behavior, American Economic Review, Journal of Industrial Economics, International Journal of Industrial Organization, Review of Economic Studies, RAND Journal of Economics, Marketing Science, Economic Journal, Journal of Marketing Research, AEJ: Microeconomics, AEJ: Policy, Review of Economics and Statistics, Journal of Political Economy, Journal of Economics and Business, Journal of the European Economic Association, Electronic Commerce Research and Applications, Econometrica, Management Science, Journal of Marketing*

**INVITED TALKS**

University if Iowa (economics), Santa Clara University (marketing) **2023**

Virtual Quant Marketing Seminar, Temple University **2021**

Marketing Science Conference, SICS Conference **2019**

University of Texas, Austin (economics) **2018**

University of Iowa (economics)
University of Wisconsin-Madison (economics),
Santa Clara University (marketing),
Stanford GSB (marketing), UTD-FORMS Conference (discussant),
Rochester University (marketing), Carnegie Mellon University (marketing),
Marketing Science Conference **2017**

ASSA American Economic Association, Marketing Science Conference,
Rice University (economics), Society for Economic Dynamics Conference,
The 3rd Annual Empirical Microeconomics Workshop – University of Calgary,
Conference on Big Data in Economics – University of Southern California,
Yale University (marketing) **2016**

Duke University (marketing), NYU Stern (economics),
University of Minnesota (economics), Northwestern University (marketing)
Harvard University (economics), Boston College (economics) **2015**

Marketing Dynamics Conference, NYC Media Seminar at Associated Press,
QME Conference **2014**

Net Institute Conference (discussion), 9th Invitational Choice Symposium,
Marketing Science Conference, Summer Institute in Competitive Strategy,
Federal Communication Commission, University of Virginia (economics),
Marketing-Industrial Organization Conference,
University of Michigan (economics), Washington University in St. Louis (economics),
UC Los Angeles(marketing), ASSA Industrial Organization Society (session chair),
ASSA Econometrics Society (session chair),
ASSA American Economic Association **2013**

University of Toronto (marketing), University of Rochester (marketing),
UT Dallas (marketing), Chicago Booth (marketing), Marketing Science Conference,
NBER Summer Institute, Stanford GSB (marketing) **2012**

ASSA Meetings Denver, Federal Trade Commission, Marketing-Industrial
Organization Conference, QME Conference (discussant), UC Berkeley (marketing) **2011**

Yale University (economics), Princeton University (economics),
Columbia University (economics), Northwestern University (economics)
New Economic School (economics), University College London (economics),    **2010**
Federal Reserve Board, Johns Hopkins University (economics),
UC Los Angeles (economics)

Stanford University (economics), UC Berkeley (marketing),
Warsaw University (economics)    **2009**

# Exhibit 2

**Exhibit 2**

Documents reviewed by Prof. Jeziorski

Natalia Ortiz v. Saba University School of Medicine and R3 Education, Inc.


1. Class Action Complaint, Case 1:23-cv-12002, Document 1, Filed 08/30/23

2. Plaintiff Natalia Ortiz's Memorandum of Law in Support of Her Motion for Class Certification, Case 1:23-cv-12002-WGY, Document 51, Filed 06/07/24

3. Defendants' Memorandum in Opposition to Plaintiff's Motion for Class Certification, Case 1:23-cv-12002-WGY, Document 69, Filed 07/19/24

4. Plaintiff Natalia Ortiz's Reply Memorandum of Law in Support of Her Motion for Class Certification, Case 1:23-cv-12002-WGY, Document 82, Filed 08/16/24

5. Declaration of William W. Pinsky, MD, dated August 16, 2024, Case 1:23-cv-12002-WGY, Document 83, Filed 08/16/24

6. Memorandum of Law in Support of Motion to Strike, Case 1:23-cv-12002-WGY, Document 87, Filed 09/09/24

7. Expert Report of William W. Pinsky, MD, 1:23-cv-12002-WGY, Dated 09/13/2024

8. Saba Enrollment from September 2017 to August 2023 (R3S00011799)

9. Defendant's Answer to Interrogatory No. 12 (R3S000118