UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>    v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; AND R3 EDUCATION, INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**[PROPOSED] ORDER GRANTING
MOTION TO SEAL CONFIDENTIAL MATERIALS**

Defendants Saba University School of Medicine and R3 Education, Inc. (collectively "Defendants"), having moved this Court pursuant to Local Rule 7.2 for an order sealing Exhibits 33, 34 and 38 to the Declaration of Margaret M. Siller accompanying Plaintiff Natalia Ortiz's Opposition to Defendants' Motion for Summary Judgment and cited in her Counterstatement of Material Facts ("Confidential Exhibits"); and the Court, having considered the papers and arguments submitted in Defendants' Motion; and good cause having been shown;

It is hereby ORDERED that:

Defendants' Motion to Seal Confidential Materials is GRANTED.

ENTER as an Order of this Court:

Enter:                                                    By order:

_____          _____

December 10, 2024                         Presented by:

1

SABA UNIVERSITY SCHOOL OF MEDICINE,
R3 EDUCATION, INC.


*/s/ Daryl J. Lapp*
Daryl J. Lapp (BBO #554980)
daryl.lapp@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
T: (617) 239-0100

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: 312-443-0700

Dale Evans (*pro hac vice*)
dale.evans@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700

Nathalie Vega (BBO #712480)
nathalie.vega@lockelord.com
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
T: 401-276-6421