UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>　　　　　　Defendants. | No. 1:23-cv-12002 |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to Farrah R. Berse, Maynard Nexsen PC, 551 Fifth Ave., New York, NY 10176, to appear on behalf of Plaintiff Natalia Ortiz in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1)　　Farrah R. Berse is and has been a member in good standing of the bar of the State of New York since 2003. Farrah R. Berse is also admitted to practice in the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Fifth, Ninth and Eleventh Circuits, and the United States District Courts for the Southern District of New York, Eastern District of New York, Western District of Michigan, and Northern District of Florida;

2)　　There are no disciplinary proceedings pending against Farrah R. Berse as a member of the bar in any jurisdiction, nor has she been subject to any such disciplinary proceedings in the past;

3) Farrah R. Berse has reviewed the rules of this Court and will abide by the rules of this Court; and

4) In further support of this motion, Farrah R. Berse has submitted herewith her Certification of Good Standing as required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Farrah R. Berse be admitted to practice before this Court *pro hac vice*.

DATED: December 12, 2024                                  Respectfully submitted,

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: pegan@bermantabacco.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  December 12, 2024                         */s/ Patrick T. Egan*
                                                  Patrick T. Egan