UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,<br><br>Defendants. | No. 1:23-cv-12002 |

**EXHIBIT A**

**CERTIFICATION OF GOOD STANDING OF FARRAH R. BERSE IN SUPPORT OF HER MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Farrah R. Berse, hereby certify that:

1) Since 2003, I have been a member in good standing of the bar of the highest court of the State of New York where I regularly practice law.

2) I am also admitted to practice in the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Fifth, Ninth and Eleventh Circuits, and the United States District Courts for the Southern District of New York, Eastern District of New York, Western District of Michigan, and Northern District of Florida.

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

1

4) There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5) I have not previously has a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6) I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7) My name, firm name, street address, telephone number, and fax number are as follows:

Farrah R. Berse
Maynard Nexsen PC
551 Fifth Ave.
New York, NY 10176
646-609-9280
farrah.berse@MaynardNexsen.com


DATED: December 12, 2024            Respectfully submitted,


                                    */s/ Farrah R. Berse*