AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| NATALIA ORTIZ ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-12002 |
| SABA UNIVERSITY SCHOOL OF MEDICINE, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Natalia Ortiz   .

Date: 12/16/2024

/s/ Farrah R. Berse
*Attorney's signature*

Farrah R. Berse, NY Bar No. 4129706
*Printed name and bar number*

Maynard Nexsen
551 Fifth Avenue, Suite 1600
New York, NY 10176
*Address*

Farrah.Berse@MaynardNexsen.com
*E-mail address*

(646) 609-9290
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 39, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

*/s/ Farrah O'Berere*
Farrah O'Berere