# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-12002-WGY |

## PLAINTIFF'S MOTION FOR A STAY PENDING APPEAL

Plaintiff Natalia Ortiz respectfully requests that the Court stay all proceedings until resolution of her Federal Rule of Civil Procedure 23(f) petition for leave to appeal the Court's November 26, 2024 order decertifying the class ("the Petition"). Ms. Ortiz also requests that, should the U.S. Court of Appeals for the First Circuit grant that Petition, the stay be maintained until the final disposition of the appeal.

In support of this motion, Plaintiff submits the accompanying memorandum of law.

WHEREFORE, Plaintiff respectfully requests that the Court stay the proceedings in this case until resolution of her Rule 23(f) Petition and any subsequent appeal in the U.S. Court of Appeals for the First Circuit.

| | |
|---|---|
| December 17, 2024 | Respectfully submitted, |
| | /s/ *Patrick T. Egan* |

**BERMAN TABACCO**
Patrick T. Egan (BBO #637477)
Christina L. G. Fitzgerald (BBO #709220)
One Liberty Square
Boston, MA 02109
(617) 542-8300
pegan@bermantabacco.com
cfitzgerald@bermantabacco.com

**MAYNARD NEXSEN PC**
Margaret M. Siller (admitted *pro hac vice*)
1131 4th Avenue South, Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

John R. Alford, Jr. (admitted *pro hac vice*)
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
(205) 254-1847
jalfordjr@maynardnexsen.com

**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
Alexander S. Elson (admitted *pro hac vice*)
Daniel A. Zibel (admitted *pro hac vice*)
Madeline D. Wiseman (admitted *pro hac vice*)
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
alex@defendstudents.org
dan@defendstudents.org
madeline@defendstudents.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 17, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

                                            */s/ Patrick T. Egan*
                                            Patrick T. Egan

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

    I hereby certify that counsel for Plaintiff conferred with counsel for Defendants via email in a good-faith effort to narrow or resolve the issues raised in this Motion. Defendants stated they will oppose this motion.

                                            */s/ Patrick T. Egan*
                                            Patrick T. Egan