UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALIA ORTIZ, on behalf of herself and a class of similarly situated persons,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE; and R3 EDUCATION, INC.,<br><br>　　　　　Defendants. | Civil Action No.: 1:23-cv-12002-WGY |

**AMENDED CORPORATE DISCLOSURE STATEMENT**

Saba University School of Medicine is owned by Saba University School of Medicine B.V., a privately held company. Saba University School of Medicine B.V. is wholly owned by Saba University Management Company B.V., a privately held company. Saba University Management Company B.V. is wholly owned by R3 Education, Inc., a privately held company. R3 Education, Inc. is wholly owned by Trinity BidCo LLC, a privately held company. Trinity BidCo, LLC is wholly owned by Trinity HoldCo Ltd. (UK), a privately held company. Trinity HoldCo Ltd. (UK) is wholly owned by Global University Systems Holding BV, a privately held company. There is no publicly held company that owns, directly or indirectly, 10% or more of Saba University School of Medicine B.V. or R3 Education, Inc.'s stock.

December 23, 2024

　　　　　　　　　　　　　　　　　　SABA UNIVERSITY SCHOOL OF MEDICINE;
　　　　　　　　　　　　　　　　　　and R3 EDUCATION, INC.,

　　　　　　　　　　　　　　　　　　*/s/ Daryl J. Lapp*
　　　　　　　　　　　　　　　　　　Daryl J. Lapp (BBO No. 554980)
　　　　　　　　　　　　　　　　　　daryl.lapp@lockelord.com
　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　Boston, MA  02199

617.230.0100

Dale A. Evans, Jr., (*pro hac vice*
dale.evans@lockelord.com
LOCKE LORD, LLP
777 South Flagler Drive – East Tower Suite 215
West Palm Beach, FL  33401
561.820.0248

Michael J. McMorrow (*pro hac vice*)
michael.mcmorrow@lockelord.com
LOCKE LORD, LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0246

Nathalie Vega (BBO No. 712480)
nathalie.vega@lockelord.com
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
401.276.6421

### Certificate of Service

I certify that on December 23, 2024 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　*/s/ Daryl J. Lapp*
　　　　　　　　　　　　　　　　　　Daryl J. Lapp

140888454v.1