# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

    Ortiz
    Plaintiff

V.

Saba University School of Medicine et al
    Defendants

CIVIL ACTION

NO. 23-12002-WGY

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, DJ

    The Court having been advised on January 3, 2025 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

January 6, 2025
Date

/s/ Jennifer Gaudet
Deputy Clerk