# United States Court of Appeals
## For the First Circuit

_____

No. 24-8033

NATALIA ORTIZ, on behalf of themselves and a class of similarly situated persons,

Plaintiff - Petitioner,

v.

SABA UNIVERSITY SCHOOL OF MEDICINE; R3 EDUCATION, INC.,

Defendants - Respondents.

_____

**CORRECTED JUDGMENT**[*]

Entered: March 21, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Patrick Thomas Egan
Daniel Zibel
Margaret Siller
Daryl J. Lapp
Elizabeth Howar Kelly
Nathalie Marie Vega Crespo
Michael J. McMorrow
Dale Evans Jr.

---

[*] Corrected judgment issued to amend text.